**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074 (*lead counsel*)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:     (818) 347-3333
Facsimile:      (818) 347-4118

**LAW OFFICES OF GRECH, PACKER & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel: (951) 682-9311

*Attorneys for Plaintiff,* HENRY BARNHILL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive<br><br>         Defendants. | Case No.: 5:23-cv-00589-JGB-SP<br><br>*District Judge: Jesus G. Bernal*<br>*Magistrate Judge: Sheri Pym*<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Dale K. Galipo, Esq., and Marcel F. Sincich, Esq., of the Law Offices of Dale K. Galipo hereby associate in with the Law Offices of Grech & Packer for Plaintiff Henry Barnhill.

NOTICE OF ASSOCIATION OF COUNSEL

1  The Law Offices of Dale K. Galipo are authorized to file motions, receive
2  notices and make necessary appearances. The contact information is as follows:
3      Dale K. Galipo, Esq.
4      dalekgalipo@yahoo.com
5      Marcel F. Sincich, Esq.
6      msincich@galipolaw.com
7      THE LAW OFFICES OF DALE K. GALIPO
8      21800 Burbank Blvd., Suite 310,
9      Woodland Hills, CA  91367
10     Telephone number (818) 347-3333
11 Dale K. Galipo and Marcel F. Sincich each hereby make their formal
12 appearance as counsel of record for Plaintiff in this matter.

Respectfully submitted,

Dated: August 4, 2025    **LAW OFFICES OF GRECH, PACKER & HANKS**

                                    __/s/ Trenton C. Packer_____
                                    Trenton C. Packer
                                    *Attorney for Plaintiff*

Dated: August 4, 2025    **LAW OFFICES OF DALE K. GALIPO**

                                    ___/s/ Dale K. Galipo_____
                                    Dale K. Galipo
                                    Marcel F. Sincich
                                    *Attorney for Plaintiff*