Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| HENRY BARNHILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-00589 JGB(SPx)**<br><br>[District Judge: Jesus G. Bernal<br>Magistrate Judge: Sheri Pym]<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Notice of Lodging; Index of Exhibits; Declaration of Andrea Kornblau; Declaration of Custodian of Records; and (Proposed) Order*<br><br>Date:    February 9, 2026<br>Time:   9:00 a.m.<br>Crtrm.: 1 (2nd Floor)<br><br>*Action Filed:    04/12/2024* |
|---|---|

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 9, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Jesus G. Bernal, located in the United States Courthouse, 3470 Twelfth Street, Riverside, CA 92501, Defendants OFFICER BRETT MAYNARD ("Maynard"), OFFICER

JOSHUA BISHOP ("Bishop"), OFFICER PEDRO AGUILA ("Aguila"), CORPORAL DOUGLAS KLINZING ("Klinzing"), (together "Defendant Officers"), CITY OF HEMET ("City"), JAMIE GONZALEZ ("Gonzalez"); and CATHERINE TIPTON ("Tipton") will and hereby do move this Court for Summary Judgment or Partial Summary Judgment on the following grounds:

    1. There is no triable issue of material fact, and Defendants Maynard, Bishop, Aguila, and Klinzing ("Defendant Officers") are entitled to judgment on Plaintiff's First Claim for violation of the Fourth Amendment on the basis of excessive force because uncontroverted facts demonstrate that the force used was reasonable under the totality of the circumstances facing the officers. Furthermore, the Defendant Officers are entitled to qualified immunity because there is no evidence that the use of force violated any clearly-established law.

    2. There is no triable issue of material fact, and Defendant Officers are entitled to judgment on Plaintiff's Fifth Claim for battery because uncontroverted facts demonstrate that the force used by the officers was objectively reasonable. Furthermore, the City, Gonzalez, and Tipton are not vicariously liable because there are no underlying wrongful acts.

    4. There is no triable issue of material fact, and Defendant Officers are entitled to judgment on Plaintiff's Sixth Claim for negligence because uncontroverted facts demonstrate that the officers acted reasonably under the totality of the circumstances and did not breach any duty of due care that they owed to Plaintiff. Furthermore, the City, Gonzalez, and Tipton are not vicariously liable because there are no underlying wrongful acts

    5. There is no triable issue of material fact, and the Defendant Officers are entitled to judgment on Plaintiff's Seventh Claim for violation of Civil Code § 52.1 (Bane Act) because the uncontroverted facts demonstrate that there was no underlying constitutional violation. Furthermore, there is no evidence of any specific intent to violate Plaintiff's constitutional rights. The City, Gonzalez, and Tipton are not

vicariously liable because there are no underlying wrongful acts.

6. There is no triable issue of material fact and the City, Gonzalez, and Tipton are entitled to judgment as a matter of law regarding Plaintiff's Second, Third, and Fourth Claims under 42 U.S.C. § 1983 on the basis that Plaintiff cannot establish a *Monell* liability under the theories of Unconstitutional Custom, Practice, or Policy, Failure to Train, or Ratification.

7. Plaintiff is not entitled to punitive damages against any Defendants

This Motion is based on the instant Notice of Motion and Motion, the Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts, the Index of Exhibits, and all exhibits attached thereto, Notice of Lodging, all Declarations submitted in support of this motion, pleadings and records on file in this action, and any evidence and argument offered in a hearing on this matter.

**STATEMENT REGARDING CONFERENCE OF COUNSEL**

Pursuant to Civil Local Rule 7-3, Defendant initiated meet and confer via letter on January 5, 2026, detailing the key issues to be raised in Defendants' motion for summary judgment. On January 8, 2026, parties conferred on the phone with Khouloud Pearson participating on behalf of Defendants and Marcel Sincich and Trenton Packer participating on behalf of Plaintiffs. During the conference, the parties thoroughly discussed each issue as well as potential resolution to some of the claims. Ultimately, the parties were unable to reach a resolution.

| | |
|---|---|
| DATED: January 12, 2026 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP**<br><br>By:  /s/ Andrea Kornblau<br>Eugene P. Ramirez<br>Andrea Kornblau<br>Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON |