Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
 *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-00589 JGB(SPx)**<br><br>[District Judge:   Jesus G. Bernal<br>Magistrate Judge:   Sheri Pym]<br><br>**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Index of Exhibits; Notice of Lodging; Declaration of Custodian of Records; and (Proposed) Order*<br><br>Date:   February 9, 2026<br>Time:   9:00 a.m.<br>Crtrm.:   1 (2nd Floor)<br><br>*Action Filed:      04/12/2024* |

I, Andrea Kornblau, declare as follows:

1.   I am an attorney duly admitted to practice before this Court. I am a Partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS

1

**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1  KLINZING; JAMIE GONZALEZ; and CATHERINE TIPTON.  I have personal
2  knowledge of the facts set forth herein, and if called as a witness, I could and would
3  competently testify thereto.
4      2.   I have reviewed **Exhibit B** attached to Defendants' Index of Exhibits.
5  **Exhibit B** is a true and correct copy of Plaintiffs' Operative Complaint;
6      3.   I have reviewed **Exhibit C** attached to Defendants' Index of Exhibits.
7  **Exhibit C** is a true and correct copy of Plaintiff's Responses to Defendants'
8  Interrogatories, Set One;
9      4.   I have reviewed **Exhibit E** attached to Defendants' Index of Exhibits.
10 **Exhibit E** is a true is a true and correct copy of relevant excerpts of Douglas
11 Klinzing's deposition, dated January 31, 2025;
12     5.   I have reviewed **Exhibit F** attached to Defendants' Index of Exhibits.
13 **Exhibit F** is a true is a true and correct copy of relevant excerpts of Plaintiff Henry
14 Barnhill's deposition, dated September 10, 2025;
15     6.   I have reviewed **Exhibit G** attached to Defendants' Index of Exhibits.
16 **Exhibit G** is a true is a true and correct copy of relevant excerpts of Brett Maynard's
17 deposition, dated April 15, 2025;
18     7.   I have reviewed **Exhibit H** attached to Defendants' Index of Exhibits.
19 **Exhibit H** is a true is a true and correct copy of relevant excerpts of Joshua Bishop's
20 deposition, dated January 30, 2025;
21     8.   I have reviewed **Exhibit I** attached to Defendants' Index of Exhibits.
22 **Exhibit I** is a true is a true and correct copy of relevant excerpts of Pedro Aguila's
23 deposition, dated January 31, 2025;
24     9.   I have reviewed **Exhibit P** attached to Defendants' Index of Exhibits.
25 **Exhibit P** is a true is a true and correct copy of the criminal Case No. BAF2300330
26 Report for Plaintiff Henry Barnhill generated on August 8, 2023, reflecting Plaintiff's
27 convictions.
28 / / /

2
**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

10. I have reviewed **Exhibit R** attached to Defendants' Index of Exhibits. **Exhibit R** is a true and correct copy of Riverside University Health Systems Medical Center records of Plaintiff Henry Barnhill obtained pursuant to subpoena

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of January, 2026, at Los Angeles, California.

/s/ Andrea Kornblau
Andrea Kornblau