Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, , CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| HENRY BARNHILL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No. 5:23-cv-00589 JGB(SPx)**<br><br>[District Judge:   Jesus G. Bernal<br>Magistrate Judge:   Sheri Pym]<br><br>**DECLARATION OF SERGEANT GABRIEL GOMEZ RE RECORDS CUSTODIAN OF CITY OF HEMET IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   February 9, 2026<br>Time:   9:00 a.m.<br>Crtrm.:   1 (2nd Floor)<br><br>*Action Filed:*   04/12/2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**DECLARATION OF CUSTODIAN OF RECORDS IN SUPPORT OF SUMMARY JUDGMENT MOTION**

I, SERGEANT GABRIEL GOMEZ, declare as follows:

1. I am currently employed by the Hemet Police Department as a fully sworn peace officer and was so employed at all times relevant to this action. I have been employed by the Hemet Police Department since 2002. I am currently a Sergeant with the Hemet Police Department, a rank I have held since 2017. I have personal knowledge of the matters set forth herein and can competently testify under oath to the following facts, except as to those matters that are stated on information and belief.

2. I am a custodian of records for the Hemet Police Department, and I am familiar with the department's record keeping policies and procedures for downloading, storing, and maintaining documents, records, photographs, and audio and video recordings. I hereby certify that the records identified in this declaration were made at or near the time of occurrence by, or from information transmitted by, someone with knowledge of the facts documented therein, and kept in the regular course of police business of the Hemet Police Department. I am thus informed and believe that such records constitute business records pursuant to the Federal Rules of Evidence 803(6).

All of the documents, records, audio and videos referenced in this declaration were photocopied and/or were electronically transmitted from my office and I have reviewed each of the documents, records, telephone calls and videos and attest that they are true and correct copies.

3. Attached to and referenced within Defendant's Index of Exhibits as **Exhibit A** is a true and accurate copy of Hemet Police Department's Audio Recording detailing a 911 Dispatch Call from Plaintiff's girlfriend, reporting domestic violence, Plaintiff's prior possession of a firearm, and fear for her life against Plaintiff;

4. Attached to and referenced within Defendant's Index of Exhibits as **Exhibit D** is a true and accurate copy of Hemet Police Department's Booking Record for Henry Barnhill dated April 29, 2022;

5. Attached to and referenced within Defendant's Index of Exhibits as

**Exhibit J** is a true and accurate copy of Officer Maynard Crime Incident Report DR # 2022-02719 dated April 29, 2022;

6.  Attached to and referenced within Defendant's Index of Exhibits as **Exhibit K** is a true and accurate copy of Officer Bishop Supplemental Use of Force Report DR # 2022-02719 dated April 29, 2022;

7.  Attached to and referenced within Defendant's Index of Exhibits as **Exhibit L** is a true and accurate copy of Officer Aguila Supplemental Report DR # 2022-02719 dated April 29, 2022;

8.  Attached to and referenced within Defendant's Index of Exhibits as **Exhibit M** is a true and accurate copy of copy of Officer Brett Maynord's 4/29/2022 Body Camera Footage (BWC) capturing his interactions with Plaintiff Henry Barnhill on 4/29/2022;

9.  Attached to and referenced within Defendant's Index of Exhibits as **Exhibit N** is a true and accurate copy of Officer Joshua Bishop's 4/29/2022 Body Camera Footage (BWC) capturing his interactions with Plaintiff Henry Barnhill on 4/29/2022;

10. Attached to and referenced within Defendant's Index of Exhibits as **Exhibit O** is a true and accurate copy of Officer Pedro Aguila's 4/29/2022 Body Camera Footage (BWC) capturing his interactions with Plaintiff Henry Barnhill on 4/29/2022;

11. Attached to and referenced within Defendant's Index of Exhibits as **Exhibit Q** is a true and accurate copy of Hemet Police Department's Policy Manual regarding use of force effective April 29, 2022;

12. Attached to and referenced within Defendant's Index of Exhibits as **Exhibit S** is a true and accurate copy is a true and accurate copy of Hemet Police Department's Training Profile for Officer Douglas Klinzing;

13. Attached to and referenced within Defendant's Index of Exhibits as **Exhibit T** is a true and accurate copy is a true and accurate copy of Hemet Police

1 | Department's Training Profile for Officer Brett Maynard;

2 |     14.   Attached to and referenced within Defendant's Index of Exhibits as **Exhibit U** is a true and accurate copy is a true and accurate copy of Hemet Police Department's Training Profile for Officer Joshua Bishop;

    15.   Attached to and referenced within Defendant's Index of Exhibits as **Exhibit V** is a true and accurate copy is a true and accurate copy of Hemet Police Department's Training Profile for Officer Pedro Aguila.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 6th day of January, 2026, at Hemet, California.



                                           Sgt. Gabriel Gomez

DECLARATION OF CUSTODIAN OF RECORDS IN SUPPORT OF SUMMARY JUDGMENT MOTION