Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HENRY BARNHILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **Case No. 5:23-cv-00589 JGB(SPx)**<br><br>[District Judge:　Jesus G. Bernal<br>Magistrate Judge:　Sheri Pym]<br><br>**DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Notice of Lodging; Declaration of Andrea Kornblau; Declaration of Custodian of Records; and (Proposed) Order*<br><br>Date:　February 9, 2026<br>Time:　9:00 a.m.<br>Crtrm.:　1 (2nd Floor)<br><br>*Action Filed:　　04/12/2024* |

　　　Defendants submit the following Index of Exhibits in support of their Motion for Summary Judgment.

---

**DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT A | Hemet Police Department's Audio Recording detailing a 911 Dispatch Call from Plaintiff's girlfriend from 4/29/2022 |
|---|---|
| EXHIBIT B | Plaintiff's Complaint filed April 4, 2023 |
| EXHIBIT C | Plaintiff's Responses to Defendants' Interrogatories, Set One |
| EXHIBIT D | Hemet Police Department's April 29, 2022 Booking Records regarding Plaintiff Henry Barnhill |
| EXHIBIT E | Relevant Excerpts of Deposition of Douglas Klinzing, dated January 31, 2025 |
| EXHIBIT F | Relevant Excerpts of Deposition of Henry Barnhill, dated September 10, 2025 |
| EXHIBIT G | Relevant Excerpts of Deposition of Brett Maynard, dated April 15, 2025 |
| EXHIBIT H | Relevant Excerpts of Deposition of Joshua Bishop, dated January 30, 2025 |
| EXHIBIT I | Relevant Excerpts of Deposition of Pedro Aguila, dated January 31, 2025 |
| EXHIBIT J | Officer Maynard Crime Incident Report DR # 2022-02719, dated April 29, 2022 |
| EXHIBIT K | Officer Bishop Supplemental Use of Force Report DR # 2022-02719 dated April 29, 2022 |
| EXHIBIT L | Officer Aguila Supplemental Report DR # 2022-02719 dated April 29, 2022 |
| EXHIBIT M | Officer Maynard's Body Cam Footage (BWC) dated April 29, 2022, pertaining to the subject incident |
| EXHIBIT N | Officer Bishop's Body Cam Footage (BWC) dated April 29, 2022, pertaining to the subject incident |
| EXHIBIT O | Officer Aguila's Body Cam Footage (BWC) dated April 29, 2022, pertaining to the subject incident |
| EXHIBIT P | Plaintiff's criminal case No. BAF2300330 Case Report generated 8/2/2023 |
| EXHIBIT Q | Relevant Excerpts of Hemet Police Department Policy Manual related to Use of Force Policy in place at the time of the incident |
| EXHIBIT R | Relevant excerpts of Riverside University Health Systems Medical Center records of Plaintiff Henry Barnhill obtained pursuant to subpoena |
| EXHIBIT S | Training Profile for Douglas Klinzing from Hemet Police Department |
| EXHIBIT T | Training Profile for Brett Maynard from Hemet Police Department |
| EXHIBIT U | Training Profile for Joshua Bishop from Hemet Police Department |
| EXHIBIT V | Training Profile for Pedro Aguila from Hemet Police Department |

1

**DEFENDANTS INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| DATED: January 12, 2026 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP**<br><br>By:     /s/ Andrea Kornblau<br>       Eugene P. Ramirez<br>       Andrea Kornblau<br>       Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON |