# EXHIBIT A

(Hemet Police Department's Audio Recording detailing a 911 Dispatch Call from Plaintiff's girlfriend from 4/29/2022)

# [LODGED MANUALLY]