# EXHIBIT D

| Booking Number | | Case Number |
|---|---|---|
| **116618** | **HEMET POLICE DEPARTMENT** | **2022-02719** |
| 4/29/2022  5:45 PM | BOOKING RECORD | |

## DEFENDANT INFORMATION

**Name** BARNHILL, HENRY MICHAEL
Alias

Occupation
Employer **None**

**Address** 354 GARDENIA
HEMET, CA 92543

Phone

Emergency Contact **None**
Address
Phone Number

Place of Birth

### ARREST INFORMATION

| | | |
|---|---|---|
| Date/Time | 4/29/2022 | 7:50 AM |
| Location | 354 GARDENA | |
| Arresting Officer | Maynard, Brett 10763 | |
| Booking Officer | Anderson, Kenneth 10620 | |
| Watch Commander | Gonzalez, Jamie 10192 | |

### IDENTIFICATION NUMBERS

| | | |
|---|---|---|
| Driver's License | B7767801 | CA |
| Social Security No. | | |
| CII No. | | |
| FBI No. | | |
| CDC No. | | |

### PHYSICAL DESCRIPTION

| | |
|---|---|
| Sex, Race | M / White |
| Date of Birth | 6/9/1978 |
| Age | 43 |
| Height | 6-03 |
| Weight | 210 |
| Hair | BLK |
| Eyes | BRO |

### CHARGES

| Violation | | Description | Warrant Number | Bail |
|---|---|---|---|---|
| 2800.4(A) VC | F | EVADE PEACE OFFICER WITH WANTON DISREGARD FOR SAFETY | ON | 100000 |
| 273.5(A) PC | F | INFLICT CORPORAL INJURY ON SPOUSE/COHABITANT | ON | 50000 |
| 273.5(A) PC | F | INFLICT CORPORAL INJURY ON SPOUSE/COHABITANT | ON | 50000 |
| 2800.2(A) VC | F | EVADE PEACE OFFICER WITH WANTON DISREGARD FOR SAFETY | ON | 50000 |
| 422 PC | F | THREATEN CRIME W/INTENT TO TERRORIZE | ON | 20000 |
| 245(A)(2) PC | F | ASSAULT WITH FIREARM ON PERSON | ON | 20000 |
| 236 PC | F | FALSE IMPRISONMENT W/VIOLENCE/ETC | ON | 20000 |
| 273A(A) PC | F | WILLFUL CRUELTY TO CHILD: POSSIBLE INJURY/DEATH | ON | 20000 |
| 30305(a)(1) PC | F | Prohibited Person Possessing Ammunition | ON | 10000 |
| 29800(a)(1) PC | F | Ex-Felon with firearm | ON | 10000 |
| 417(A)2 PC | M | EXIBIT FIREARM | OV | 5,000 |
| 148(A)1 PC | M | OBSTRUCT/RESIST | OV | 5,000 |
| 29825 B PC | M | OWN/POSSESS FIREARM RESTRAING ORDER | OV | 5,000 |
| 2800.1 CVC | M | EVADING POL OFF | OV | 5,000 |

**CELL: 2**

FINGERPRINTED
(Initials)

**FELONY** 

HPD000001

Booking Number
**116618**
4/29/2022  5:45 PM

# HEMET POLICE DEPARTMENT
## PROPERTY RECORD

Case Number
**2022-02719**

**BARNHILL, HENRY MICHAEL**

| Currency | 0 |
|---|---|

Locker Number  **BAGGED**

Vehicle Disposition  **None**

Tow Company

## PROPERTY

| Quantity | Item | Description |
|---|---|---|
| 1 | CELL CRACKED | |
| 1 | BEANIE | |

I have read this property receipt and agree with it's accuracy __X__
☐ Too Intoxicated    ☐ Refused

Officer Receiving Property

All of my property has been returned to me __X__
☐ Transferred to RSO    ☐ Refused

**CELL: 2**

Officer Returning Property

HPD000002

| Booking Number | | Case Number |
|---|---|---|
| **116618** | **HEMET POLICE DEPARTMENT** | **2022-02719** |
| 4/29/2022  5:45 PM | PROPERTY RECORD | |

## BARNHILL, HENRY MICHAEL

Currency  0

Vehicle Disposition  **None**

Tow Company

### PROPERTY

| Quantity | Item | Description |
|---|---|---|
| 1 | CELL CRACKED | |
| 1 | BEANIE | |

**INMATE COPY**

Booking Number
**116618**
4/29/2022 5:45 PM

# HEMET POLICE DEPARTMENT
## BOOKING RECORD

Case Number
**2022-02719**

### RELEASE INFORMATION

**BARNHILL, HENRY MICHAEL**

Date / Time **4/29/2022   9:00 PM**

Manner of Release **Transported to RCJ**

Releasing Officer **Gonzalez, Jamie**
10192

PG 1 OF 3.                                                                                                    201423770

**RIVERSIDE COUNTY SHERIFF'S DEPARTMENT**
**Receiving Sheet**
**DEFENDANT INFORMATION**

- Arrest Time: 0750
- Arrest Date: 4/29/2022
- Booking Date and Time: 4/29/22 2300
- Booking Number: 202216744
- Last Name, F, M: BARNHILL, HENRY MICHAEL
- Street: 354 GARDENIA
- City: HEMET
- State: CA
- Zip: 92543
- Home Telephone:
- (Prior/Current) Military: No
- Sex: M
- Race: WHT
- DOB: 6/9/1978
- Age: 43
- Height: 6'3
- Weight: 210
- Hair: BLK
- Eyes: BRO
- Place of Birth:
- Drivers License & State: B7767801 CA
- SSN:
- Employer:
- Occupation:
- Other Names Used:
- Emergency Contact:
- Relationship:
- Address of Contact:
- Phone:
- Tattoos - Scars - Marks:

**ARREST INFORMATION**

- Arresting Agency: HEMET PD
- Agency Case Number: 2022-02719
- Arrest Location: 354 GARDENIA HEMET CA 92543
- Vehicle Disposition/Towing Company:
- Arresting Officer/I.D. #: MAYNARD 10763
- Transporting Officer/I.D.#:

**BOOKING CHARGES**

Type of Arrest: On View ☒   Warrant ☐   Citizen ☐   Other ☐

| Charges | M/F | Narrative | Court | Warrant # | Bail |
|---|---|---|---|---|---|
| 2800.4 (A) VC | F | EVADE PEACE OFFICER | | O/V | 100000 |
| 273.5 (A) PC | F | INFLICT CORP INJURY SPOUSE | | O/V | 50000 |
| 273.5 (D) PC | F | INFLICT CORP INJURY STRANGULATION | | O/V | 50000 |
| 2800.2 (A) VC | F | EVADE PEACE OFFICER | | O/V | 50000 |
| 422 PC | F | THREATEN WITH INTENT TO TERRORIZE | | O/V | 50000 |

**DOMESTIC VIOLENCE NOTIFICATION - PER 646.92 PC**

Victim requesting notification? YES  NO    If "YES," attach RSD Form 569, "Notification of Release" Form, to Receiving Sheet

**Miscellaneous Information**

- Displayed suicidal behavior? YES / **NO**
- Involved in a Vehicle Accident? YES / **NO**
- Fought with other than Law Enforcement? ~~YES~~ / **NO**
- Did arrestee ever lose consciousness? YES / **NO**
- Are there any special housing needs? YES / **NO**
- Did arrestee require an O.K. to book? **YES** / NO
- Did arrestee get tased? **YES** / NO
- (Explain)

**Billing Information** (For Business Office Use Only)
- On - Sight:
- Agency Case Number:
- Riverside County Warrant Number:
- Originative Police Agency:
- Reviewed by:
- Send Bill to:

- Citation Release Denied? YES  NO   Approving Supervisor              Reason Denied
- Recommendation for O.R. Release? YES **NO**  Reason Denied:
- Arresting Agency to be notified upon release of prisoner? YES **NO**  Person & 24 hr Phone #:
- Agency contact time & Date:   Who was contacted?    By whom:

**CONSULAR NOTIFICATION - PER P&P 504.33** MANDATORY ☐ REQUESTED ☐

Yes ☐ No ☑ Country:     Name/ID# of person making notification:

Arresting Officer: MAYNARD          Booking Officer: TOBIN 5812

Distribution: Original - Booking File   Green - Print Room   Yellow - O.R. Clerk   Pink - Classification/Medical/Billing   Goldenrod - Arresting Officer
RSD Form 500 (Rev.04/15/21)

HPD000005

PG 3 OF 3

# RIVERSIDE COUNTY SHERIFF'S DEPARTMENT
## Receiving Sheet
### DEFENDANT INFORMATION

- **Arrest Time:** 0750
- **Arrest Date:** 4-29-22
- **Booking Date and Time:** 4/29/22 2300
- **Booking Number:** 202216744

- **Last Name, F, M:** BARNHILL, HENRY MICHAEL
- **Street:** 354 GARDENIA
- **City:** HEMET
- **State:** CA
- **Zip:** 92543
- **Home Telephone:**
- **(Prior/Current) Military:** No ☒
- **Sex:** M  **Race:** W  **DOB:** 6-9-78  **Age:** 43  **Height:** 6'3  **Weight:** 210
- **Hair:** BLK  **Eyes:** BRO  **Place of Birth:**
- **Drivers License & State:** R7767801
- **SSN:**
- **Employer:**
- **Occupation:**
- **Other Names Used:**
- **Emergency Contact:**
- **Relationship:**
- **Address of Contact:**
- **Phone:**
- **Tattoos - Scars - Marks:**

### ARREST INFORMATION

- **Arresting Agency:** HEMET PD
- **Agency Case Number:** 2022-02719
- **Arrest Location:** 354 GARDENIA
- **Vehicle Disposition/Towing Company:**
- **Arresting Officer/I.D. #:** MAYNARD 10763
- **Transporting Officer/I.D.#:**

### BOOKING CHARGES

**Type of Arrest:** On View ☒   Warrant ☐   Citizen ☐   Other ☐

| Charges | M/F | Narrative | Court | Warrant # | Bail |
|---|---|---|---|---|---|
| 417(A)(2) PC | M | EXHIBIT FIREARM | | 0 ✓ | 5,000 |
| 148(A)(1) PC | M | OBSTRUCTION | | 0 ✓ | 5,000 |
| 29825(B) PC | M | POSSESS FIREARM RESTRAINING ORDER | | 0 ✓ | 5,000 |
| 2800.1 CVC | M | EVADE POLICE OFF | | 0 ✓ | 5,000 |

### DOMESTIC VIOLENCE NOTIFICATION - PER 646.92 PC

**Victim requesting notification?** YES   NO — If "YES," attach RSD Form 569, "Notification of Release" Form, to Receiving Sheet

### Miscellaneous Information

- Displayed suicidal behavior? YES / NO
- Involved in a Vehicle Accident? YES / NO
- Fought with other than Law Enforcement? YES / NO
- Did arrestee ever lose consciousness? YES / NO
- Are there any special housing needs? YES / NO
- Did arrestee require an O.K. to book? YES / NO
- Did arrestee get tased? YES / NO
- (Explain)

### Billing Information
(For Business Office Use Only)
- On - Sight:
- Agency Case Number:
- Riverside County Warrant Number:
- Originative Police Agency:
- Reviewed by:
- Send Bill to:

- **Citation Release Denied?** YES  NO   Approving Supervisor   Reason Denied
- **Recommendation for O.R. Release?** YES  NO   Reason Denied:
- **Arresting Agency to be notified upon release of prisoner?** YES  NO   Person & 24 hr Phone #:
- **Agency contact time & Date:**  Who was contacted?  By whom:

### CONSULAR NOTIFICATION - PER P&P 504.33   MANDATORY ☐   REQUESTED ☐

Yes ☐ No ☒ Country:   Name/ID# of person making notification:

- **Arresting Officer:** MAYNARD
- **Booking Officer:** TOBIN 5812

Distribution: Original - Booking File   Green - Print Room   Yellow - O.R. Clerk   Pink - Classification/Medical/Billing   Goldenrod - Arresting Officer
RSD Form 500 (Rev.04/15/21)

HPD000006

PG 2 OF 3

# RIVERSIDE COUNTY SHERIFF'S DEPARTMENT
## Receiving Sheet
### DEFENDANT INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Arrest Time: | 0750 | Booking Date and Time: | 4/29/22 2300 |
| Arrest Date: | 4-29-22 | Booking Number: | 202216744 |
| Last Name, F, M | BARNHILL, HENRY MICHAEL | | |
| Street | 354 GARDENIA | City | HEMET |
| State | CA | Zip | 92543 |
| Home Telephone | | (Prior/Current) Military | Yes ☐ No ☑ |
| Sex | M | Race | W |
| DOB | 6-9-78 | Age | 43 |
| Height | 603 | Weight | 210 |
| Hair | BLK | Eyes | BRO |
| Place of Birth | | | |
| Drivers License & State | B7767801 | SSN | |

### ARREST INFORMATION
- Arresting Agency: HEMET PD
- Agency Case Number: 2022-02719
- Arrest Location: 354 GARDENIA
- Arresting Officer/I.D. #: MAYNARD 10763

### BOOKING CHARGES
Type of Arrest: On View ☑ Warrant ☐ Citizen ☐ Other ☐

| Charges | M/F | Narrative | Court | Warrant # | Bail |
|---|---|---|---|---|---|
| 245(A)(2) PC | F | ASST FIREARM PERSON | | OV | 20000 |
| 236 PC | F | FALSE IMPRISONMENT VIOLENCE | | OV | 20000 |
| 273(A)(A) PC | F | WILL CRUELTY CHILD | | OV | 20000 |
| 30305(A)(1) PC | F | PROHIBIT PERSON AMMO | | OV | 10,000 |
| 29800(A)(1) PC | F | EX FELON FIREARM | | OV | 10,000 |

### DOMESTIC VIOLENCE NOTIFICATION - PER 646.92 PC
Victim requesting notification? YES / NO

### Miscellaneous Information
- Displayed suicidal behavior? YES / NO
- Involved in a Vehicle Accident? YES / NO
- Fought with other than Law Enforcement? YES / NO
- Did arrestee ever lose consciousness? YES / NO
- Are there any special housing needs? YES / NO
- Did arrestee require an O.K. to book? YES / NO
- Did arrestee get tased? YES / NO
(Explain)

### Billing Information
(For Business Office Use Only)

Citation Release Denied? YES / NO
Recommendation for O.R. Release? YES / NO
Arresting Agency to be notified upon release of prisoner? YES / NO

### CONSULAR NOTIFICATION - PER P&P 504.33
Yes ☐ No ☑ Country:

Arresting Officer: MAYNARD
Booking Officer: TOBIN 5612

Distribution: Original - Booking File  Green - Print Room  Yellow - O.R. Clerk  Pink - Classification/Medical Billing  Goldenrod - Arresting Officer
RSD Form 500 (Rev.04/15/21)

HPD000007

 

**JIMS Jail Information Management System**

The data contained in this website should not be relied upon for any type of legal action.

**Booking Number:** 202216744

| Field | Value | | |
|---|---|---|---|
| **Name** | BARNHILL, HENRY MICHAEL | | |
| **Sex** | M | | |
| **Race** | B | | |
| **DOB** | 06/09/1978 | | |
| **Age** | 43 | | |
| **Hair** | BLK | | |
| **Eyes** | BRO | | |
| **Height** | 06'03" | | |
| **Weight** | 210 | | |
| **Arrest Date/Time** | 04/29/2022 07:50 | | |
| **Arresting Agency** | Hemet PD | | |
| **Arresting Location** | GARDENA, HEMET 92543 | | |
| **Booked Date/Time** | 04/29/2022 23:02 | | |
| **Case No.** | 2022-02719 | | |
| **Bail Amount** | 00500000 | | |
| **Current Facility** | Southwest Detention Center | | |
| **Housing Unit** | BH26 | | |
| **Next Court Date/Time** | 05/03/2022 08:00 | | |
| **Court Name** | | | |
| **Release Date** | | | |

Public Visiting Guidelines

Additional Court Information

[New Search]

### Charges

| Charge | Type | Description | Bail | Disposition | Booking Type |
|---|---|---|---|---|---|
| 148(A)(1) | MISD | OBSTRUCT/ETC PUB OFCR/ET | 00500000 | | PC |
| 236 | FEL | FALSE IMPRISONMENT | 00500000 | | PC |
| 245(A)(2) | FEL | ASSLT W/DEAD/WEAPON/FIRE | 00500000 | | PC |
| 273(A)(A) | FEL | WILLFUL HARM CHILD | 00500000 | | PC |
| 273.5(A) | FEL | INFLIC CORP INJ SPSE/COH | 00500000 | | PC |
| 273.5(D) | FEL | INFLIC CORP INJ SPSE/COH | 00500000 | | PC |
| 2800.1(A) | MISD | EVADING | 00500000 | | VC |
| 2800.2(A) | FEL | EVD PCE OFCR/REKLS DRVNG | 00500000 | | VC |
| 2800.4(A) | FEL | EVD PCE OFCR/REKLS DRVNG | 00500000 | | VC |
| 29800(A)(1) | FEL | FELON POSSESSING F/ARM | 00500000 | | PC |
| 29825(B) | MISD | OWN/POSSESS/F-ARM/RES/OR | 00500000 | | PC |
| 30305(A)(1) | FEL | PROHIB OWN/ETC AMMO/ETC | 00500000 | | PC |
| 417(A)(2) | MISD | BRANDISHING | 00500000 | | PC |

HPD000008

| | | | | |
|---|---|---|---|---|
| 422(A) | FEL | FIREARM THRTN CRIME:INT TERROR | 00500000 | PC |