# EXHIBIT E

Deposition Of:

# Douglas Klinzing

## January 31, 2025

---

Henry Barnhill

vs

City of Hemet, et al.

---

Job Number 238692



1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4   HENRY BARNHILL,                    )
                                       )
5                  Plaintiff,          )
                                       )
6        vs.                           )CASE NO.
                                       )5:23-CV-00589-JGB-SP
7   CITY OF HEMET; OFFICER BRETT       )
    MAYNARD; OFFICER JOSHUA BISHOP;    )
8   OFFICER PEDRO AGUILA; CORPORAL     )
    DOUGLAS KLINZING; CATHERINE        )
9   TIPTON; AND DOES 1-10, INCLUSIVE,  )
                                       )
10                                     )
                   Defendants.         )
11                                     )
                                       )
12

13

14  DEPOSITION OF : DOUGLAS KLINZING
    Taken By      : TRENTON C. PACKER, ESQ.
15  Commencing    : 1:07 p.m.
    Location      : Zoom Remote Proceeding
16  Day, Date     : FRIDAY, JANUARY 31, 2025
    Reported by   : Ora Kohn, CSR No. 11933
17  Pursuant to   : Notice
    Original to   : TRENTON C. PACKER, ESQ.

18

19

20

21

22

23

24  Pages 1-57

25  JOB NO. 238692

1    APPEARANCES OF COUNSEL:

2


3


4     FOR PLAINTIFF:

5     GRECH, PACKER & HANKS
      BY: PAUL GRECH, ESQ.
6        Trenton Packer, Esq.
      7095 Indiana Avenue
7     Suite 200
      Riverside, California, 92506
8     951.682.9311
      Paulgesq@aol.com
9     Tpacker@grechpackerlaw.com

10

11     FOR DEFENDANTS:

      MANNING & KASS
12    BY: ANDREA K. KORNBLAU, ESQ.
      801 Figueroa Street
13    15th Floor
      Los Angeles, California, 90017
14    213.624.6900
      Andrea.kornblau@manningkass.com
15

16

17

18

19

20

21

22

23

24

25

Deposition Of Douglas Klinzing

1              INDEX TO EXAMINATION

2

3

4                                                        Page

5    EXAMINATION BY MR. PACKER                              5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition Of Douglas Klinzing

```
1                    INDEX TO EXHIBITS

2

3  Exhibit No.          Description              Page

4

5    Exhibit A      Body-worn video of Officer    37

6                   Aguila

7    Exhibit B      Photograph of Mr. Barnhill's  51

8                   face

9    Exhibit C      Photograph of the left side   51

10                  of Mr. Barnhill's head

11   Exhibit D      Photograph of the Left Side   53

12                  of Mr. Barnhill's Head

13   Exhibit E      Photograph of the right side  53

14                  of Mr. Barnhill's face

15   Exhibit F      Photograph of the side of     54

16                  Mr. Barnhill's ear and head

17

18     EXHIBITS PROVIDED TO THE REPORTER ELECTRONICALLY

19

20

21

22

23

24

25
```

Deposition Of Douglas Klinzing

1                    REPORTED REMOTELY

2                FRIDAY, JANUARY 31, 2025

3          COURT REPORTER: Good morning.  My name is Ora

4    Kohn.  I'm a certified Court Reporter with the State of

5    California.  My CSR number is 11933.

6                    DOUGLAS KLINZING,

7          Sworn as a witness by the Certified

8        Shorthand Reporter, testified as follows:

9                EXAMINATION BY MR. PACKER

10         MR. PACKER:  Q.  Good morning.  I'm going to

11   say Mister right now because I understand you're

12   retired, but I'm happy to call you any name that you're

13   most comfortable with.  Is it Mister, Corporal?  What

14   are you comfortable with?

15         A.   Doug or Mr. Klinzing, whatever you're

16   comfortable with, sir, is fine.

17         Q.   I'm going to call you Mr. Klinzing.  I'm Trent

18   Packer.  I'm going to be taking the deposition today.

19   Have you had your deposition taken before?

20         A.   Not on this case, no, sir.

21         Q.   On any case.

22         A.   Once before, yes, sir.

23         Q.   And I assume you've testified in court before

24   as well?

25         A.   Yes, I have.

Deposition Of Douglas Klinzing

```
 1      Q.   So you're familiar with the question and
 2  answer process?
 3      A.   Yes, sir.
 4      Q.   Okay.  So you understand that the oath you
 5  took today is the same that you would take in court,
 6  right?
 7      A.   Yes.
 8      Q.   Okay.  I'm going to do my best to ask a
 9  question, wait for your answer, and not step over you
10  to make life easier for the Court Reporter.  If I
11  interrupt you, please let me know if your answer is not
12  complete, okay?
13      A.   Yes, sir.
14      Q.   From time to time your counsel may interject
15  objections.  I'm sure you understand that if she does
16  object, you are to answer the question unless she
17  instructs you not to.
18      A.   Okay.
19      Q.   Okay.  Is there any reason you can't give your
20  best testimony today?
21      A.   No, sir.
22      Q.   Excellent, then let's get started.  So Mr.
23  Klinzing, I understand that you retired from the Hemet
24  Police Department.  Is that correct?
25      A.   Yes.
```

Deposition Of Douglas Klinzing

1    Q.    What year was that?

2    A.    In 2022.

3    Q.    Congratulations.  Did you do any work after

4  retirement?

5    A.    Yes.

6    Q.    And are you currently working?

7    A.    Yes.  I'm not in law enforcement.

8    Q.    Understood.  What are you working in now?

9    A.    I currently work at a facility that houses

10 juveniles who are in custody for different reasons.

11   Q.    Okay.  Do you serve as a -- I guess the term

12 might be a corrections officer, in that type of

13 position?

14   A.    No.  It's a civilian-run facility, and so

15 nobody is sworn in any capacity.  I'm a shift

16 supervisor for other -- other, I guess, dorm

17 supervisors that work there and essentially monitor the

18 youth that are housed there.

19   Q.    Okay.  I'm going to go back in time and ask

20 you without telling me the city or a high school, what

21 state you graduated high school in?

22   A.    The State of California.

23   Q.    Did you do any college after high school?

24   A.    I have -- yes.  I did college online.

25   Q.    Okay.  What year did you graduate high school?

Deposition Of Douglas Klinzing

1    A.   Oh.  1991.  I believe it was '91.  It might
2  have been -- I believe it was '91.
3    Q.   Well, you look fantastic.  I'm '96 and my hair
4  looks like this.  Okay, you did college online.  Did
5  you receive a degree?
6    A.   I'm sorry, I have to actually correct that.  I
7  did briefly attend community college after high school.
8    Q.   And was that also in the State of California?
9    A.   Yes.
10   Q.   Did you receive any sort of degree or
11  certificate, for example an Associate's degree from
12  community college?
13   A.   No, not from the community college.  I did
14  from the online college.
15   Q.   Okay.  When did you receive your degree from
16  the online college?
17   A.   Oh, boy.  I really don't remember.  It was --
18  it was during my time with the Hemet Police Department.
19   Q.   Okay.
20   A.   It was during my time as a detective there.
21  So it would have been about roughly eight years ago.
22   Q.   Okay.  What was the degree in?  In other
23  words, what subject matter did you receive your degree
24  in?
25   A.   I actually achieved an Associate's degree and

Deposition Of Douglas Klinzing

1    then some additional classes, but I never completed my
2    Bachelor's.
3        Q.    Okay.  What was the Associate's degree in?
4    What was the focus of your study?
5        A.    Criminal justice.
6        Q.    So you graduated high school in 1991.  Did you
7    go directly into law enforcement?
8        A.    No.
9        Q.    When did you enter law enforcement?
10       A.    May of '97.
11       Q.    Between 1991 when you graduated and 1997 when
12   you entered law enforcement, did you have any other
13   jobs?
14       A.    Yes.
15       Q.    I don't want to belabor this, so I'll try to
16   ask a question more specific than everything you did.
17   Did you do any type of security work, for example, from
18   1991 to 1997?
19       A.    Yes, I did.
20       Q.    And where was that?
21       A.    In Southern California.
22       Q.    Okay.  What agency was it with or employer if
23   you're not going to give away the city by giving me
24   that information, if you can recall the employer?
25       A.    I don't.  It was like kind of like mall

Deposition Of Douglas Klinzing

1  security type of thing, but I don't recall the name of

2  the agency.  It was for a brief period of time.

3      Q.   Okay.  Did you have a CCW when you worked

4  there?

5      A.   No.

6      Q.   Did you have any training in use of force when

7  you worked at security?

8      A.   No.

9      Q.   Do you have any military experience?

10     A.   Yes.

11     Q.   What branch of the military?

12     A.   Army.

13     Q.   When did you -- is it army?  Were you active

14  duty?

15     A.   Yes, sir.

16     Q.   And when was that?

17     A.   1992 to 1995.

18     Q.   Did you continue any sort of affiliation with

19  the army after 1995?

20     A.   Yes.  Briefly with the reserves.  I did finish

21  out some time in the reserves after I left the active

22  military.

23     Q.   Okay.  Did you work as a military police

24  officer while in the army?

25     A.   No.

Deposition Of Douglas Klinzing

1        Q.    Were you trained on the use of weapons while
2    in the army?
3        A.    Yes.
4        Q.    Were you trained in hand-to-hand combat while
5    in the army?
6        A.    Yes, I think that's fair to say.
7        Q.    Were you trained in how to subdue an
8    individual, in other words bring them under control so
9    they no longer present a threat to you?
10       A.    I think no is probably the most accurate
11   answer.
12       Q.    Okay, I appreciate that.  So is it fair to say
13   that your time in the army and the reserves ended
14   sometime in 1996?
15       A.    Oh, the -- my active duty ended in '95.
16       Q.    Right.
17       A.    For sure.  That was my ETS.  I believe my
18   reserve time would have ended in like '98.
19       Q.    Okay, but --
20       A.    I'm not a hundred percent positive, but I
21   believe it was about 1998.
22       Q.    Okay, and did you discharge at that point?
23       A.    Yes.  I have an honorable discharge.
24       Q.    Thank you for your service.  So you entered
25   the academy in May of 1997.  Is that right?

Deposition Of Douglas Klinzing

```
 1     A.   Yes.

 2     Q.   What agency did you enter the academy with?

 3     A.   The Los Angeles Police Department.

 4     Q.   Did you attend the full academy at the LAPD?

 5     A.   Yes.

 6     Q.   And how long was that academy?

 7     A.   Six months.

 8     Q.   Were you trained in the use of force while in

 9 academy at the LAPD?

10     A.   Yes.

11     Q.   Were you trained in the use of deadly force?

12     A.   Yes.

13     Q.   How long did you serve at the LAPD?

14     A.   Nine and a half years.

15     Q.   So from May of 1997 through approximately

16 2008?

17     A.   March.  I believe it was March of 2007.

18     Q.   Okay.  While you were in training at the LAPD,

19 did you receive training on the POST learning domains?

20     A.   Yes.

21     Q.   And that was in addition to LAPD's own

22 policies?

23     A.   I'm sorry, can you say that again?  I didn't

24 hear.

25     Q.   Sure.  And that was in addition to or
```

Deposition Of Douglas Klinzing

1  something separate from the POST domains the LAPD

2  policies?  Let me try again.  Were you separately

3  trained on the POST domains while in the academy at the

4  LAPD?

5      A.   Separate from what?

6      Q.   A distinction between the LAPD's policy on use

7  of force and the POST domains on use of force.  Were

8  you separately trained on each of those?

9      A.   I would have to say no.  I don't remember the

10 training being separated.  While covering the POST

11 domains I think they also at the same time would cover

12 related police department policies.  If --

13     Q.   Okay.  So at the time -- I'm sorry.

14     A.   If that makes sense.  I'm sorry.

15     Q.   It does.  So at the time you were at the

16 academy, you were familiar with LAPD policies on use of

17 force.  Is that fair to say?

18     A.   Yes.

19     Q.   And then also the POST domains on use of

20 force?

21     A.   Yes.

22     Q.   Okay.  Excuse me for just one second.  My

23 apologies.  I'm just fighting a little something.

24 Okay, so you entered the LAPD in May of '97.  You

25 completed a six-month academy.  What was your first

Deposition Of Douglas Klinzing

1  assignment?

2      A.   My first assignment was Rampart Division.

3  Patrol in a division known at Rampart.

4      Q.   Okay.  How long were you at the Rampart

5  Division?

6      A.   During my whole probationary period.  So

7  essentially one year.

8      Q.   And you were on patrol that entire time?

9      A.   Yes.

10     Q.   Were you ever involved in the use of force

11 during your time on patrol in the Rampart Division?

12     A.   Yes.

13     Q.   And was that -- did you ever use a weapon

14 during -- as part of a use of force incident with the

15 Rampart Division?

16     A.   Yes.

17     Q.   Okay.  Were you ever in a sort of hand-to-hand

18 combat situation in terms of the use of force incident

19 with LAPD while at the Rampart Division?

20     A.   Yes.

21     Q.   Did you ever have any sustained findings of

22 excessive force while you were at the LAPD in general?

23     A.   No.

24     Q.   And what about with the Hemet PD?

25     A.   Did I ever have any sustained uses of force

Deposition Of Douglas Klinzing

1   with Hemet PD?  No.

2      Q.   Okay.  So after you served your year at

3   Rampart Division in patrol, what other positions did

4   you serve in?  You don't need to give me every

5   location, but what positions did you serve in?

6      A.   All -- during my entire time with the Los

7   Angeles Police Department I was in some sort of

8   patrol-related function.  I worked like a traffic car,

9   you know, for some period of time.  I worked in a

10  domestic violence car for some period of time.  But

11  those were always like kind of special duty.  Special

12  detail I guess if you want to call it that.  But I was

13  always assigned to patrol.  I was -- yeah -- during my

14  time with the Los Angeles Police Department I was

15  always a patrol officer.

16     Q.   Okay.  Did -- approximately how many use of

17  force incidents not involving a weapon did you take

18  part in while at LAPD?

19     A.   So if we're talking about like the application

20  of a takedown, like a physical takedown?

21     Q.   Yes.

22     A.   Over the course of almost ten years, it would

23  be several.  Like too many probably for me to venture a

24  guess.

25     Q.   Okay.  Did you ever deploy a Taser while you

Deposition Of Douglas Klinzing

1  were with the LAPD at any point?

2      A.    Yes, I'm sure that I did.

3      Q.    Do you have any specific recollection of how

4  many times that might be?

5      A.    No.  Maybe -- maybe a dozen times or so, but

6  that is definitely a guess.

7      Q.    Okay.  What about the discharge of a firearm?

8      A.    No, I've never been involved in a shooting.  I

9  had one AD on duty during my time with the Los Angeles

10  Police Department.

11      Q.    Okay.  Can you describe that incident?

12      A.    The accidental discharge?

13      Q.    Yes.

14      A.    It was during a search of a residence.

15  After -- after detaining one burglary suspect from

16  inside the residence, he advised us that he had a

17  partner inside the residence, and it was during the

18  course of a search -- it's quite embarrassing, but I

19  was startled by an animal that ran out from under a bed

20  and unintentionally jerked up and fired a round into

21  the floor of the residence.

22      Q.    Okay, nobody was struck by that round?

23      A.    Correct, nobody was struck.

24      Q.    Okay.  So you were on patrol in one capacity

25  or another during your entire time at the LAPD.  When

Deposition Of Douglas Klinzing

1  you left in 2007, did you go directly to the Hemet
2  Police Department?
3      A.    Yes.
4      Q.    So your time with Hemet began in roughly March
5  of 2007?
6      A.    Yes.  If memory serves, I believe that was the
7  month.
8      Q.    Okay.  You told us that roughly eight years
9  ago you were a detective; is that right?
10     A.    Yes.  I was a detective for, I believe, seven
11 years.
12     Q.    Okay.
13     A.    With the Hemet Police Department.
14     Q.    So when you entered the Hemet Police
15 Department in March of 2007, what was your position?
16     A.    Patrol.
17     Q.    Did you hold any other positions before you
18 became a detective?
19     A.    Yes.
20     Q.    What were those?
21     A.    I was a school resource officer for a couple
22 years.  I think three years.
23     Q.    Okay.  When did you become a school resource
24 officer?
25     A.    I don't know.  I can probably do the math and

Deposition Of Douglas Klinzing

1  take a guess.

2      Q.    That's okay.  Let me ask you this.  When did

3  you become a detective?

4      A.    I became a detective -- so I -- let's see.  I

5  retired in June of '22.  I had been promoted to field

6  supervisor for one year before retiring, and I was a

7  detective for seven years prior to that.  So maybe

8  2016.

9      Q.    Okay.  What did -- what were your duties as a

10 detective?

11     A.    As a detective you conduct follow-up

12 investigations or in depth investigations.  You conduct

13 interviews.  You put together more complex cases that

14 maybe patrol are -- don't have -- the patrol function

15 doesn't have the time or possible resources to be able

16 to handle.  And so you do more in depth investigations.

17     Q.    Okay.  What units, if you understand what I

18 mean by units, were you assigned to as a detective with

19 the Hemet Police Department?

20     A.    So with the Hemet Police Department, they

21 don't have like -- like a burglary detective, homicide

22 detective.  I'm assuming that's what you referring to.

23     Q.    It was.  Thank you.

24     A.    So it's a -- because of the size of the

25 department and the busy and violent nature of the city

Deposition Of Douglas Klinzing

1    of Hemet, primarily detectives in Hemet -- there's
2    about six assigned to the unit, more or less, and those
3    detectives are handling essentially most of your
4    serious violent crimes; your homicides, attempted
5    homicides, sexual assaults, all your child crimes,
6    officer-involved shootings.  They -- at least when I
7    was there, they were still assisting in those
8    investigations as well.  So you really handle pretty
9    much everything as a detective with the Hemet Police
10    Department.
11         Q.    Okay.  And then you told us you became a field
12    supervisor for the last year that you spent at the HPD?
13         A.    Yes, sir.
14         Q.    You were a field supervisor that supervised
15    the patrol unit.  Is that fair to say?
16         A.    Yes.
17         Q.    And you were a Corporal at that point?
18         A.    Yes.
19         Q.    When you joined the Hemet Police Department,
20    were you again trained on use of force policies?
21         A.    Yes, to an extent.
22              MS. KORNBLAU:  Objection.  Vague and
23    ambiguous, but go ahead.
24              MR. PACKER:  Q.  Okay.  So let me ask you a
25    more specific question.  Did you familiarize yourself

Deposition Of Douglas Klinzing

1  with the Hemet manual on use of force?

2      A.    Yes.

3      Q.    Same question with respect to the use of

4  deadly force.

5      A.    Yes.

6      Q.    What -- as of -- well, during your time as a

7  supervisor of patrol at the Hemet Police Department,

8  what was your understanding of deadly force, the term

9  deadly force?

10     A.    I'm sorry, can you restate the question?  I

11  don't understand the question.

12     Q.    Sure.  Sure.  Did you have an understanding of

13  what was meant by the phrase deadly force during your

14  time as a supervisor at the Hemet Police Department?

15     A.    Yes.

16     Q.    And what was that understanding?

17     A.    Any force which is likely to produce serious

18  bodily injury or death.

19     Q.    Okay.  Did you understand that term to include

20  force that was likely to cause obvious disfigurement?

21     A.    No.

22     Q.    Okay.  That was something different in your

23  understanding?

24     A.    I don't understand the question.  I'm sorry.

25     Q.    Sure.  Were you trained in the definition of

Deposition Of Douglas Klinzing

1  serious bodily injury from the California Government
2  Code?
3      A.   Not that I'm aware of.
4      Q.   Okay.  So your understanding was just the
5  phrase serious bodily injury; is that right?
6          MS. KORNBLAU:  Objection.  May misstate
7  testimony, but go ahead.
8          THE WITNESS:  I'm sorry, can you ask that
9  question again?
10          MR. PACKER:  Q.  I can.  It was a poor
11  question.  When you were giving me your understanding
12  of the phrase deadly force, you used the separate
13  phrase serious bodily injury.  Do you remember that?
14      A.   Yes.
15      Q.   Okay.  So it was your understanding that force
16  that was likely to lead to serious bodily injury was
17  deadly force.  Is that fair to say?
18      A.   I believe that that is -- that phrase is
19  included in the definition of deadly force, yes.
20      Q.   Okay.  What was your understanding as to the
21  phrase serious bodily injury?
22      A.   I believe the -- I believe that the policy
23  identifies that as like broken bones, like permanent
24  disfigurement, things of that nature.
25      Q.   Okay.

Deposition Of Douglas Klinzing

1      A.    Or something that could lead to death
2  obviously.
3      Q.    Sure.  What were you trained in terms of when
4  an officer with the Hemet Police Department is
5  permitted to use deadly force?
6      A.    Well, we're all trained essentially to go back
7  to IDOL, the Immediate Defense of Life.
8      Q.    Okay.
9      A.    And then -- and then the policy very heavily
10 states that an officer can use that force which would
11 be objectively reasonable under the totality of the
12 circumstances.
13     Q.    Okay.  So can we talk about the acronym IDOL?
14 What did you say that stood for?
15     A.    Immediate Defense of Life.
16     Q.    So that was the primary focus of when deadly
17 force could be used.  Is that fair to say?
18          MS. KORNBLAU:  Objection.  Misstates
19 testimony, but go ahead.
20          THE WITNESS:  That is -- that's one acronym
21 that officers will generally apply that they are taught
22 related to shootings -- shooting incidents.
23          MR. PACKER:  Q.  Okay.  So that your
24 understanding is that acronym was specific to shooting
25 incidents.

Deposition Of Douglas Klinzing

```
 1          MS. KORNBLAU:  Objection.  May misstate
 2   testimony, but go ahead.
 3          THE WITNESS:  That is typically when -- when
 4   you hear that -- that acronym applied, yes.  You know
 5   when can you discharge your firearm?  It's an immediate
 6   defense of life.
 7          MR. PACKER:  Q.  Okay.  What about the use of
 8   force, the use of deadly force not involving a firearm,
 9   when can you use such force?
10      A.   Well again, I think you can use any force that
11   is objectively reasonable under the totality of the
12   circumstances.  And really that covers all force from
13   low level force up to deadly force.
14      Q.   Okay.  The force has to be reasonably
15   necessary, though, given the surrounding circumstances.
16   Is that what you're saying?
17          MS. KORNBLAU:  Objection.
18          THE WITNESS:  Yes, sir.
19          MS. KORNBLAU:  Wait, wait.  Objection.
20   Misstates testimony, but go ahead.
21          MR. PACKER:  Q.  What was your answer?  I'm
22   sorry.
23      A.   Yes.
24      Q.   Okay.  Do you recall the date of the incident
25   that we're here to talk about today?
```

Deposition Of Douglas Klinzing

```
 1      A.    I believe it's April 22nd of 2022.
 2      Q.    Does April 29th of 2022 ring a bell?
 3      A.    Okay.  April 29th.  I'm sorry.
 4      Q.    That's fine.  So April of 2022?
 5      A.    Yes, sir.
 6      Q.    Near the end of your time with Hemet Police
 7 Department?
 8      A.    Yes.
 9      Q.    And you were a field supervisor at that point?
10      A.    Yes.
11      Q.    What shift were you on at that -- on
12 April 29th, 2022?
13      A.    I believe it was day shift.
14      Q.    Okay, and when did the day shift run?  From
15 what time to what time?
16      A.    I think 6:00 a.m. to 6:00 p.m.
17      Q.    Okay.  I'll tell you that's what everybody
18 else remembers and they are still there.  So applaud
19 your memory.  And -- and what was your specific
20 assignment on April 29th, 2022, if you recall?
21      A.    Field supervisor.
22      Q.    Okay, so that was supervisor of the patrol
23 units?
24      A.    Yes.
25      Q.    Were you in uniform that day?
```

Deposition Of Douglas Klinzing

1      A.    Yes.

2      Q.    Can you describe, if you recall, what that

3  uniform looked like?

4      A.    Black cargo pants, black uniform shirt, and

5  load bearing vest on top with shoulder -- identifying

6  police shoulder patches, a badge patch and

7  associated -- your standard, you know, police belt and

8  load bearing vest.

9      Q.    Did you have a body worn camera?  I'm sorry, I

10 didn't hear if you said that.

11     A.    Yes.

12     Q.    And was it in working order that day?

13     A.    Yes.

14     Q.    I'm not sure I asked you this.  Forgive me if

15 I already did.  Have you ever been named in a lawsuit

16 alleging that you used excessive force while with any

17 police agency?

18     A.    Yes.

19     Q.    And what agency was that?

20     A.    With the Hemet Police Department.

21     Q.    How many times?

22     A.    One prior occasion.

23     Q.    Do you recall approximately what year that

24 was?

25     A.    It was recent.  2021.  Maybe or 2020.  Or

Deposition Of Douglas Klinzing

1    2021.

2        Q.    And there were no lawsuits at the LAPD that

3    you can recall?

4        A.    Yes, there was a lawsuit with the Los Angeles

5    Police Department.

6        Q.    And was that for the use of force?

7        A.    I don't recall what the allegations were on

8    that one.

9        Q.    Okay.  So on April 29th, 2022 you understand

10   we are talking about an incident that ended at 354

11   Gardenia Court.  Do you understand that?

12       A.    Yes.

13       Q.    When did your involvement in that incident

14   start?

15       A.    When I heard the broadcast of the call, which

16   very quickly turned into a pursuit, I would say that I

17   was involved as a field supervisor, although I was

18   absent from the scene, if that makes sense.  I was

19   listening and monitoring on the radio and I was

20   responding at that point.

21       Q.    Okay.  So to be more specific, you didn't

22   actually take place -- take part in the car pursuit

23   portion of April 29th, 2022's event?

24       A.    I caught up to the pursuit, if memory serves

25   me correct, like right as they were -- as it was

1  starting to terminate when he went into the alley, I
2  guess.  I believe that's when I -- about when I caught
3  up.
4      Q.    So pretty close to the terminal point of 354
5  Gardenia Court?
6      A.    Yes, sir.
7      Q.    I'm sorry, Circle.  Okay.  Did you -- you told
8  us you heard a broadcast, right?
9      A.    Yes.
10     Q.    What did you hear on that broadcast?
11     A.    I don't recall the specifics of what actually
12 was said.  I do remember generally speaking that
13 officers were responding to the school and that they
14 had located the suspected -- the suspect in the vehicle
15 outside the school in his vehicle.  But I really can't
16 say.  I don't recall what the specifics of the
17 broadcast were.
18     Q.    Okay.  Do you recall who gave the broadcast?
19     A.    No.  There were different officers on the air
20 at different times, and of course the dispatcher I
21 think would have been what I was linking into.
22     Q.    Did you have a computer in your car that day?
23     A.    Yes.
24     Q.    Did that computer provide any information
25 about the incident?  And that is the incident that took

Deposition Of Douglas Klinzing

1    place on April 29th, 2022.

2        A.    Yes.   The computer would have been able to

3    provide some information as well.

4        Q.    Do you have any specific recollection of what

5    information the computer provided you?

6        A.    I don't.

7        Q.    Do you recall if you were specifically told

8    that the individual in that car that was located

9    outside the school on April 29th had a firearm on them?

10       A.    Yes.

11       Q.    And what was that information?

12       A.    As the pursuit was taking place or under way,

13   I believe it was another supervisor who was with the

14   victim broadcast that the subject was or the suspect

15   was believed to be armed with a handgun.

16       Q.    Okay.   Was your understanding that the suspect

17   was believed to be armed with a handgun that day or the

18   day prior?

19       A.    That day.   That was my -- that was my

20   understanding of the situation.

21       Q.    Okay.   That was your understanding then or

22   that's your recollection now?

23       A.    That was my -- that was my understanding then.

24       Q.    Okay.   Did you ever see a firearm on the

25   suspect on April 29th, 2022?

Deposition Of Douglas Klinzing

1      A.    No.

2      Q.    Did you ever see a knife on the suspect at any

3  point on April 29th, 2022?

4      A.    No.

5      Q.    When the car pursuit terminated at that

6  address on Gardenia, what did you see?

7      A.    I saw the vehicle stopped.  I saw the officers

8  stop behind and begin to give chase toward -- around

9  toward the front of the house on that corner.

10     Q.    Okay.  When you say the officers, which

11 officers did you see begin to give chase?

12     A.    It was Officer Aguilera (sic) and I believe

13 Officer Bishop and Officer Maynard.  They were the

14 three officers involved.

15     Q.    Okay.  Could you see the suspect during the

16 time when the suspect began to run from their car

17 towards the front door of Gardenia?

18     A.    Very briefly.  I quickly went toward the alley

19 directly behind the residence, so I only saw when

20 everybody kind of jumped out of the cars and started

21 running, and then I turned my attention to where I felt

22 he might go to.

23     Q.    Okay.  Were you able to see the suspect's

24 hands during --

25     A.    No.

Deposition Of Douglas Klinzing

1    Q.    -- that brief -- I'm sorry.

2    A.    I'm sorry, I cut you off.

3    Q.    That's okay.  I was just going to be specific

4  as to that brief period of time when the foot

5  pursuit -- the brief period of time that you observed

6  the foot pursuit.

7    A.    No.  I would have to say I did not get a good

8  look at him or his hands specifically.

9    Q.    Okay.  Do you recall what the suspect was

10  wearing that day?

11    A.    Yes.

12    Q.    What was that?

13    A.    A large hooded sweatshirt and basketball

14  shorts, I believe, or some type of shorts.

15    Q.    Okay.  So you went around to the alley behind

16  the home.  Is that what you said?

17    A.    The mouth of the alley, yes.  The home is

18  located right on the corner and then there's an alley

19  directly behind it.

20    Q.    Okay.  At any point did you join Officers

21  Bishop, Aguila and Maynard who were with the suspect?

22    A.    Yes.

23    Q.    What did you observe when you saw those

24  officers after you briefly saw them during the foot

25  pursuit?

Deposition Of Douglas Klinzing

1    A.    Can you be more specific as to at what point?

2    Q.    Sure.  Let me ask you this question.  You were

3  at the mouth of the alley, right?

4    A.    Yes.

5    Q.    What do you do from there?

6    A.    When I -- when I heard that officers were

7  confronting the suspect on the front porch, I ran back

8  around to the front up the front walkway to join the

9  officers, and that's when I became more personally

10  involved.

11    Q.    Okay.  So we keep using suspect in our

12  questions and answers.  Did you understand that

13  suspect's name to be Henry Barnhill?

14    A.    I later learned that.  I don't know that I

15  knew that at the time.  But yes, that is who we are

16  discussing.

17    Q.    Okay.  Did you know the residence at 354

18  Gardenia to be his residence?

19    A.    At that time, no.

20    Q.    Now, we talked about how you came around from

21  the mouth of the alley and up the walkway and saw the

22  officers engaged with Mr. Barnhill.  Can you describe

23  specifically what you saw at that moment in time?

24    A.    The three officers were struggling with Mr.

25  Barnhill who was on the ground.  Officer Aguila

Deposition Of Douglas Klinzing

1  appeared to be holding or trying to keep control of I

2  believe it was Mr. Barnhill's left hand, and the other

3  two officers were struggling or trying to get Mr.

4  Barnhill's right hand out from underneath him and

5  behind his back.

6      Q.   During the time that you observed the officers

7  struggling with Mr. Barnhill, did you observe

8  anybody -- any of the officers strike Mr. Barnhill with

9  one of their body parts, in other words a fist, a foot,

10  a knee, something like that?

11      A.   Yes, I believe so.

12      Q.   What do you specifically recall?

13      A.   I believe I observed Officer Aguila strike Mr.

14  Barnhill in his -- it would be his right side with his

15  hand maybe two times.

16      Q.   Okay.  During the time that you observed the

17  three officers struggling with Mr. Barnhill, did you

18  see any of them strike Mr. Barnhill with an object

19  other than the body part?

20      A.   No, I did not observe.  I did not observe

21  that.

22      Q.   Okay.  Specifically you did not observe

23  anybody strike Mr. Barnhill with a Taser?

24      A.   I did not observe that, no.

25      Q.   Did you observe the deployment of a Taser?

Deposition Of Douglas Klinzing

1    A.    No.  I was not there to observe the Taser
2  deployment.
3    Q.    So you were describing how Officer Aguila is
4  struggling to gain control of Mr. Barnhill's left hand,
5  right?
6    A.    No.  At the time I came up I believe he was
7  still holding -- he had that grip on his left hand.  It
8  was the right hand they were trying to get control of.
9    Q.    Okay.  Is it fair to say it appeared Officer
10  Aguila had control of Mr. Barnhill's left hand at that
11  time?
12        MS. KORNBLAU:  Objection.  Calls for
13  speculation, but go ahead.
14        THE WITNESS:  I know he had a grip on it at
15  one point.  I can't say -- I can't say at what point --
16  like at what exact moment he, like, had firm control,
17  but I know that at one point he did get control of that
18  hand and appeared to be holding it pretty firmly from
19  what I could see.
20        MR. PACKER:  Q.  At the time that Officers
21  Bishop and Maynard were still struggling to gain
22  control of Mr. Barnhill's right hand, during that time
23  period, did it appear to you that Officer Aguila had
24  control of Mr. Barnhill's left hand, during that time?
25        MS. KORNBLAU:  Objection.  Calls for

Deposition Of Douglas Klinzing

1  speculation.  Vague and ambiguous, but go ahead.

2          THE WITNESS:  Yes.  I think it was my

3  impression that at that moment -- at the moment when I

4  became involved, he appeared to have a pretty good hold

5  on that left hand.

6          MR. PACKER:  Q.  Okay.  At some point were

7  Officers Bishop and Maynard able to gain control of Mr.

8  Barnhill's right hand?

9          MS. KORNBLAU:  Objection.  Calls for

10  speculation.  Vague and ambiguous.  Go ahead.

11          THE WITNESS:  Yes, at some point they were

12  able to get control.

13          MR. PACKER:  Q.  Did you --

14      A.  After I arrived.

15      Q.  Okay.  Did you participate in trying to gain

16  control of Mr. Barnhill's right hand?

17      A.  Yes.

18      Q.  Did you personally strike Mr. Barnhill at any

19  point?

20      A.  No.

21      Q.  So is it fair to say your entire involvement

22  in attempting to gain control of Mr. Barnhill had to do

23  with controlling his right hand?

24      A.  Yes, I think that's a fair statement.

25      Q.  Do you recall hearing the officers say

Deposition Of Douglas Klinzing

1  anything during this time period where they are
2  struggling to gain control of Mr. Barnhill's right
3  hand?

4      A.   Yes.

5      Q.   Do you specifically recall anything that was
6  said?

7      A.   Yes.  I could hear commands essentially from
8  the time that the pursuit terminated there.  You could
9  hear them yelling commands at him from around the back
10 of the house, yes.

11     Q.   Okay.  Do you recall Mr. Barnhill saying
12 anything during the time when now the four of you are
13 struggling to gain control of him?

14     A.   Yes.

15     Q.   What do you recall him saying?

16     A.   He was saying -- I don't remember his specific
17 words, but it was to the effect of my hands are behind
18 my back.  I'm not resisting.  Those types of phrases.

19     Q.   Okay.  Did you review any materials to prepare
20 for today's deposition?

21     A.   Yes, sir.

22     Q.   Can you tell me what you reviewed?  Without
23 disclosing any conversations you had with Counsel, can
24 you tell me what you reviewed?

25     A.   I reviewed policy.  I reviewed some reports

Deposition Of Douglas Klinzing

1  and also video.

2      Q.    Okay.  Let's start with the video.  Do you

3  recall whose video you reviewed?

4      A.    I believe I reviewed all of the video.

5      Q.    Okay.  So video from Officer Aguila?

6      A.    Yes, sir.

7      Q.    And what reports did you review?

8      A.    The use of force report by, I believe, Officer

9  Bishop and Officer Maynard, and I believe I also

10  reviewed a report by Officer Aguila, but I'm not sure

11  which report that was or what the title of that report

12  was.

13      Q.    Okay.  Did you prepare a report yourself?

14      A.    No.

15      Q.    Okay.  At some point during the effort to

16  bring Mr. Barnhill under control, do you recall anybody

17  announcing that they -- his hands were controlled?

18      A.    No.

19      Q.    Okay, you don't recall one way or another?

20      A.    I don't recall anyone making a statement that

21  his hands were under control, no.

22      Q.    Okay.  I'm going to show you Officer

23  Aguila's -- what I'm going to represent to you is

24  Officer Aguila's video and ask if it refreshes your

25  recollection with respect to the moment that the four

Deposition Of Douglas Klinzing

1  of you were attempting to bring Mr. Barnhill under
2  control.  Okay?
3      A.    All right.
4      Q.    Bear with me for a second.  (VIDEO PLAYED)  Do
5  you see the video that's playing in the background
6  here?
7      A.    Yes, sir.
8      Q.    I'm going to fast forward to the 1:50 mark in
9  what I'm going to be marking as Exhibit A to Mr.
10 Klinzing'S deposition and push play. (VIDEO PLAYED)
11         [Whereupon, Deposition Exhibit A, a
12         Body-worn video of Officer Aguila, was
13         marked for identification.]
14          I know it's hard to see too much in terms of
15 identifying information about the individual whose
16 video that is, but does this appear be Officer Aguila's
17 video to you?
18         MS. KORNBLAU:  Objection.  Calls for
19 speculation.
20         THE WITNESS:  Do I answer?
21         MS. KORNBLAU:  Yes.  I'll instruct you not to
22 answer if we don't want you to answer.
23         THE WITNESS:  Okay.
24         MS. KORNBLAU:  Go ahead.
25         THE WITNESS:  I believe this is Officer

Deposition Of Douglas Klinzing

```
 1  Aguila's BWC video.
 2          MR. PACKER:  Q.  Is this one of the videos you
 3  reviewed in preparation for today's deposition?
 4      A.   Yes.
 5      Q.   Okay.  I'm going to continue to play.  (VIDEO
 6  PLAYED.)  So what we're seeing here appears to be the
 7  foot pursuit that you described earlier, right?
 8          MS. KORNBLAU:  Objection.  Calls for
 9  speculation.  Go ahead.
10          THE WITNESS:  Yes.
11          MR. PACKER:  Q.  And at this point in time
12  you're around the back of the house at the mouth of the
13  alley.  Is that right?
14      A.   Yes.
15      Q.   Okay, I'm going to continue to play through.
16  (VIDEO PLAYED.)  Can you recall if you -- at this
17  moment where it appears somebody has ahold of a hand,
18  were you present at this moment, if you recall?
19          MS. KORNBLAU:  Objection.  Objection.  Lacks
20  foundation.  Calls for speculation.  Go ahead.
21          THE WITNESS:  No, I'm not present at this
22  particular point yet.
23          MR. PACKER:  Q.  Okay.  If I push play and let
24  it play, will you let me know the point you believe you
25  were present?
```

Deposition Of Douglas Klinzing

1      A.    Yes, sir.

2            MS. KORNBLAU:  Objection.  Lacks foundation.

3            MR. PACKER:  Sorry.  Sorry.  Hold on.  Go

4   ahead.

5            MS. KORNBLAU:  Mr. Klinzing, wait a couple of

6   seconds after the question to allow me to object if I

7   need to.  So again, objection.  Lacks foundation.

8   Calls for speculation, but go ahead.

9            MR. PACKER:  Q.  Okay, so I'm going to go

10  ahead and play it now with the understanding that

11  you're going to tell me to stop when you believe that

12  you arrived, okay?

13     A.    Okay.

14     Q.    (VIDEO PLAYED.)

15     A.    I'm there.  Yeah, that's me, I think.

16     Q.    So at roughly the 2:57 mark you believe that

17  you've arrived.  Is that right?

18            MS. KORNBLAU:  Once again, objection.  Lacks

19  foundation, but go ahead.

20            THE WITNESS:  Yes.  You can actually see my

21  uniform and my name right there in that actual still

22  frame.

23            MR. PACKER:  Q.  Okay.  In this still frame,

24  can you see two hands being held, one on the left side

25  of the screen -- do you see the one on the left-hand

Deposition Of Douglas Klinzing

1  side of the screen?

2      A.   Yes.

3           MS. KORNBLAU:  Hold on.  Objection.  Lacks

4  foundation.  Calls for speculation.  Go ahead.

5           MR. PACKER:  Q.  Is that what you described

6  earlier in terms of what you witnessed Officer Aguila

7  doing to control Mr. Barnhill's left hand when you

8  arrived?

9           MS. KORNBLAU:  Same objection.

10          THE WITNESS:  Well, at this point when I come

11  up, I was able to observe what you see in this still

12  frame here, Officer Aguila holding onto that left hand.

13          MR. PACKER:  Q.  Okay.  Do you know who's

14  holding onto his right hand?

15      A.   I do not know whose hand that is.

16      Q.   Okay.

17      A.   I think we're all trying to reach for his

18  hand.  By my recollection, that hand is not under

19  control yet.  He's still actively pulling it, pulling

20  away.

21      Q.   Okay.

22      A.   It appears in that still frame that hand is

23  under control, but my recollection is this it's not.

24  Not yet.  He's still pulling, and so the three of us

25  are now trying to work together to -- to actually get

Deposition Of Douglas Klinzing

1  control of that hand.

2      Q.   Okay, I'm going to continue to play.  (VIDEO

3  PLAYED.)  Did you hear a voice say, "I've got his

4  hands"?

5      A.   Yes.

6      Q.   Was that your voice?

7      A.   I don't know.  I would have to hear it again.

8      Q.   Sure.  So I'm playing from 2:52 on Exhibit A.

9  (VIDEO PLAYED.)  Did you hear the "got his hands"

10  again?

11     A.   I'm sorry, I missed it.

12     Q.   Okay.  We'll try again.

13     A.   I don't know if the sound is broken up on your

14  end, but it's really broken up on my end.

15         MS. KORNBLAU:  It's skipping on my end as

16  well.

17         MR. PACKER:  It's broken up on your end as

18  well?

19         MS. KORNBLAU:  Yeah.

20         MR. PACKER:  Q.   Okay, let's try it one more

21  time.  I'll turn the volume all the way up.  Actually

22  maybe turn it down a little bit so it's not as

23  distorted.  I'm playing again this time from 2:48 of

24  Exhibit A.  (VIDEO PLAYED.)  Were you able to hear it

25  that time?

Deposition Of Douglas Klinzing

1    A.    I heard his hand mentioned, but honestly I
2 can't -- I can't say what they are saying about his
3 hands.  Grab his hands or I've got his hands.  I don't
4 know.  I can hear the word hands, but I really don't
5 know what context it's in.
6    Q.   Okay, let me ask you this.  In the still frame
7 at 2:58 of Exhibit A, we see you in the picture on the
8 right-hand side.  Is that right?
9    A.   Yes.
10    Q.   Do you recall at this moment having control of
11 Mr. Barnhill's right hand?
12         MS. KORNBLAU:  Objection.  Lacks foundation.
13 Go ahead.
14         THE WITNESS:  I don't recall specifically.  If
15 you were to play the whole video for me, I might get a
16 better, like, understanding of if the time -- like the
17 time frame we're looking at.
18         MR. PACKER:  Q.  Absolutely.  We've been going
19 about an hour.  I don't have a whole lot, Andrea, but
20 do you want to just take five minutes?
21         MS. KORNBLAU:  Sure.
22         MR. PACKER:  Okay.  Is that okay with you,
23 Officer?
24         THE WITNESS:  Yes, sir.
25         MR. PACKER:  Madam Court Reporter, are you

Deposition Of Douglas Klinzing

1  okay with that?

2          COURT REPORTER:  That sounds good.

3          MR. PACKER:  Thank you, guys.

4                  (Brief recess.)

5          MR. PACKER:  Q.  So Mr. Klinzing, when we last

6  spoke, you asked me to play the video that's Exhibit A

7  through to see if you could identify the point at which

8  Mr. Barnhill's hands are under control, okay?

9      A.   Okay.

10     Q.   So I'm going to play it from the 2:48 mark.

11 You tell me when to stop.  (VIDEO PLAYED.)

12     A.   There, at that point right there.

13     Q.   So it's your testimony that not until the

14 handcuffs are placed are his hands under control?

15     A.   Correct.

16         MS. KORNBLAU:  And objection as to video lacks

17 foundation, but yeah, go ahead.

18         THE WITNESS:  Yes, I would say that is the

19 moment that his hands are under control.

20         MR. PACKER:  Q.  Okay.  Did you view Mr.

21 Barnhill trying to pull his -- I'm sorry, let me ask it

22 this way.  Do you recall Mr. Barnhill trying to pull

23 his hands away after the point when you arrived and

24 grabbed ahold of the right hand?

25         MS. KORNBLAU:  Objection.  Vague and

Deposition Of Douglas Klinzing

1 ambiguous.  Go ahead.

2          THE WITNESS:  Yes.  To me when I -- when I was

3 able to place a -- my hand on his hand or arm, I could

4 feel resistance.  And I mean, you can see the

5 difficulty we were having in getting the handcuffs

6 placed on him.  So it was my -- it was my feeling that

7 there was resistance the whole time until after those

8 handcuffs were secured on him.

9          MR. PACKER:  Q.  Okay.  So it's your opinion

10 that he was resisting the entire time until the

11 handcuffs were on?

12     A.  Yes.

13     Q.  Did you see any weapons in Mr. Barnhill's

14 hands at that point when you arrived?

15          MS. KORNBLAU:  Objection.  Lacks foundation.

16 Vague and ambiguous.  Go ahead.

17          THE WITNESS:  No, I did not see a weapon in

18 his hands.

19          MR. PACKER:  Q.  Were you present for the

20 search of the area following Mr. Barnhill's arrest?

21     A.  Can you be more specific?

22     Q.  Sure.  Do you know if the area on that front

23 porch at 354 Gardenia was searched after Mr. Barnhill

24 was arrested?

25     A.  Yes.

Deposition Of Douglas Klinzing

1    Q.   And do you know if any weapons were found?

2         MS. KORNBLAU:  Objection.  Vague as to

3    "weapons,"  but go ahead.

4         THE WITNESS:  On the front porch there, no.

5    No weapons were found there on the front porch where

6    this -- where he was taken into custody.

7         MR. PACKER:  Q.  Okay, and then to clarify,

8    there were no firearms found, right?

9    A.   On his person or in that immediate area, no.

10   Correct.

11   Q.   No knives were found on his person or in that

12   immediate area?

13   A.   No, not to my knowledge.

14   Q.   And to your knowledge, nothing that could be

15   used as a weapon was found on his person or in that

16   general area?

17        MS. KORNBLAU:  Objection.  Vague and

18   ambiguous.  Go ahead.

19        THE WITNESS:  That I would have to say is not

20   true, only given that if he had become free, I mean

21   there's bricks in the -- you know, right in there in

22   the front patio.  There's the chair.  I mean, anything

23   could be used as a weapon if we were to have lost

24   control of him and a fight was to occur or something.

25   So that's a little bit different type of a question, I

Deposition Of Douglas Klinzing

```
 1   think.
 2          MR. PACKER:  Q.  Sure.  Now, at the point that
 3   we saw on the video when you arrived, there are four
 4   officers surrounding him.
 5          MS. KORNBLAU:  Objection.
 6          THE WITNESS:  I'm sorry.
 7          MS. KORNBLAU:  Objection.  Lacks foundation.
 8   Vague and ambiguous.  Go ahead.
 9          THE WITNESS:  I'm sorry, I don't understand
10   the question.
11          MR. PACKER:  Q.  Sure.  We talked about you
12   coming around to the front of the house from that back
13   alley, right?
14      A.   Yes.
15      Q.   And seeing Mr. Barnhill struggling with the
16   officer, right?
17      A.   Yes.
18      Q.   At that moment there were three officers
19   surrounding him, right?
20      A.   Yes.
21      Q.   And how many officers were on top of him at
22   that time?
23          MS. KORNBLAU:  Objection.  Vague and ambiguous
24   as to "on top."  Go ahead.
25          THE WITNESS:  Yeah, I don't -- I don't believe
```

Deposition Of Douglas Klinzing

1   anyone was on top of him.  Certainly they were

2   attempting to hold him down and were like -- had their

3   bodies up against him or their legs up against him.

4          MR. PACKER:  Q.  Okay, so we saw the movements

5   on the video, and you've testified about your

6   recollection of the struggle with Mr. Barnhill and the

7   officers, right?

8      A.   Yes.

9      Q.   At the time you arrived, did you believe that

10  Mr. Barnhill presented an immediate threat to your

11  life?

12     A.   Yes.

13     Q.   And why?

14     A.   It was my belief at that moment that he was

15  armed.

16     Q.   Okay.

17     A.   And he was not yet under control.

18     Q.   Okay.  Your belief that he was armed was based

19  solely on the broadcast that went out at the beginning

20  of the car pursuit.  Is that right?

21          MS. KORNBLAU:  Objection.

22          THE WITNESS:  Yes.

23          MS. KORNBLAU:  Objection.  May misstate

24  testimony, but go ahead.

25          THE WITNESS:  Yes.  Based on broadcasts, yes.

Deposition Of Douglas Klinzing

1          MR. PACKER:  Q.  Okay.  And that's because
2   your recollection of that broadcast was that he had a
3   weapon on him on April 29th, 2022?
4          MS. KORNBLAU:  Objection.  May misstate
5   testimony and may misstate the evidence, but go ahead.
6          THE WITNESS:  I'm sorry, can you restate the
7   question?
8          MR. PACKER:  Q.  That was based on your
9   understanding that on April 29th, 2022 he actually had
10  a firearm on him, right?
11         MS. KORNBLAU:  Objection.  May misstate
12  testimony and may misstate evidence, but go ahead.
13         THE WITNESS:  Yeah, I -- I don't know that
14  that's the verbiage that was in the broadcast.  I don't
15  want to say that's exactly what I heard if it's not
16  exactly that verbiage, if that makes sense.
17         MR. PACKER:  Q.  Sure.  You never saw a
18  firearm on Mr. Barnhill at any point on April 29th,
19  2022, right?
20         MS. KORNBLAU:  Objection.
21         THE WITNESS:  Correct.
22         MS. KORNBLAU:  Objection.  Vague and
23  ambiguous.  Go ahead.
24         THE WITNESS:  Correct.
25         MR. PACKER:  Q.  Do you know if any weapons

Deposition Of Douglas Klinzing

1  were found in the car in which Mr. Barnhill was driving

2  on April 29th, 2022?

3      A.   I don't know.

4      Q.   Okay.  So your belief that he presented an

5  imminent threat to your life was based on the prior

6  broadcast; is that right?

7           MS. KORNBLAU:  Objection.  May misstate

8  testimony.  Vague and ambiguous, but go ahead.

9           THE WITNESS:  Well, based on the broadcast and

10 also his actions leading up to our contact with him,

11 specifically the -- the pursuit, the nature of the

12 pursuit, and the offense that he was suspected of

13 having been involved in.

14          MR. PACKER:  Q.  What offense was that, as you

15 understood on April 29th, 2022?

16     A.   That he had threatened his wife with a

17 firearm.

18     Q.   And when did you understand that threat with a

19 firearm had taken place?

20     A.   I don't -- I don't recall if -- the time of

21 that incident.  I don't recall the time of that

22 incident whether or not that was broadcast or not.  I

23 don't remember that as I -- as I sit here today.

24     Q.   Okay.  Now, as the field supervisor on duty

25 that day, what responsibilities did you have after the

Deposition Of Douglas Klinzing

1   use of force incident?

2       A.   To ensure that medical treatment is obtained

3   for the subject or for Mr. Barnhill.  And to gather

4   statements from the involved officers and -- and then

5   to obtain a recorded statement from Mr. Barnhill.

6       Q.   Okay.  Do you recall doing all those things?

7       A.   Yes.

8       Q.   But you didn't memorialize them in a report

9   that you wrote?

10      A.   Correct.  No, there was no written report.

11      Q.   Do you know who, if anyone, accompanied Mr.

12  Barnhill to the hospital that day?

13      A.   To his -- to the first -- because he went to

14  two hospitals that day, so I want to be clear.

15      Q.   Sure.

16      A.   Initially I believe he was transported by the

17  ambulance, if I'm not mistaken, to Hemet Valley

18  Hospital.  I do not recall if or -- if an officer or

19  which officer would have accompanied him there.  I know

20  I followed the ambulance and went there as well.

21      Q.   Okay.  Did you get a chance to see Mr.

22  Barnhill when he was in the hospital?

23      A.   Yes.

24      Q.   I want to show you some pictures and see if

25  you recognize them.  This is the first photo.  I'm

Deposition Of Douglas Klinzing

1  going to ask that it be marked as Exhibit B to today's

2  deposition.

3          [Whereupon, Deposition Exhibit B, a

4          Photograph of Mr. Barnhill's face, was

5          marked for identification.]

6          Do you know who took this photo?

7     A.    I believe I took this photo.

8     Q.    Do you believe this is the condition Mr.

9  Barnhill was in at the time you took the photo at --

10 well, let me ask you.  Was this at Hemet Valley

11 Hospital?

12    A.    I believe that is -- I believe that is Hemet

13 Valley Hospital, yes.  And yes, I took that photo.

14    Q.    And do you recognize this as the condition Mr.

15 Barnhill was in at the time you took that photo?

16    A.    Yes.

17    Q.    Let me show you the next photo.  Did you also

18 take this photo which I'll mark as Exhibit C to today's

19 deposition.

20         [Whereupon, Deposition Exhibit C, a

21         Photograph of the left side of Mr.

22         Barnhill's head, was marked for

23         identification.]

24    A.    Yes.

25    Q.    This is a photo of the left side of Mr.

Deposition Of Douglas Klinzing

1  Barnhill's head?

2      A.   Yes.

3      Q.   It appears that the ear is detached in some

4  manner.  Is that fair to say?

5          MS. KORNBLAU:  Objection.  Calls for a medical

6  opinion, but go ahead.

7          THE WITNESS:  I think it's torn.  He has a

8  tear in his ear.  I wouldn't say it's detached.

9          MR. PACKER:  Q.  Okay, so he has a tear in his

10 ear is what you're saying.

11     A.   I believe so.

12     Q.   Did you ever talk to the doctors at Hemet

13 Valley regarding Mr. Barnhill's condition?

14     A.   I know I spoke to the doctors.  I think you

15 have to be more specific, though, what regarding.

16     Q.   Okay.  Did you -- did you ever speak to the

17 doctors about a diagnosis of any of Mr. Barnhill's

18 conditions?

19     A.   No.

20     Q.   Okay.  Did you understand that he had any

21 fractures after your conversations with the doctors?

22         MS. KORNBLAU:  Objection.

23         THE WITNESS:  No.

24         MS. KORNBLAU:  Calls for a medical opinion,

25 but go ahead.

Deposition Of Douglas Klinzing

```
1              THE WITNESS:  No, I was not aware or made
2    aware of any fractures.
3              MR. PACKER:  Q.  Okay.  I'm going to show you
4    what I will mark as Exhibit D.  I think we're on D,
5    right?
6              COURT REPORTER: That's right.
7              [Whereupon, Deposition Exhibit D, a
8              Photograph of the Left Side of Mr.
9              Barnhill's Head, was marked for
10             identification.]
11             MR. PACKER:  Q.  Do you recognize this to be a
12   picture of the left side of Mr. Barnhill's head?
13       A.   Yes.
14       Q.   And you took this picture as well?
15       A.   I believe so.
16       Q.   And this is how he appeared to you on
17   April 29th, 2022?
18       A.   Yes.
19       Q.   Now, Exhibit E, this appears to be the right
20   side of Mr. Barnhill's face, that picture?
21             [Whereupon, Deposition Exhibit E, a
22             Photograph of the right side of Mr.
23             Barnhill's face, was marked for
24             identification.]
25       A.   Yes.
```

Deposition Of Douglas Klinzing

1    Q.    Did you take that picture?

2    A.    I believe so, yes.

3    Q.    And this is F.  And then the last thing with

4  respect to -- and I just lost track of it.  Is this F?

5         COURT REPORTER:  Correct.

6         MR. PACKER:  Q.  Thank you.  This also appears

7  to be a picture of Mr. Barnhill's ear and head?

8         [Whereupon, Deposition Exhibit F, a

9         Photograph of the side of Mr. Barnhill's

10        ear and head, was marked for

11        identification.]

12   A.    Yes.

13   Q.    And you took this picture as well?

14   A.    Looks like the same series of photographs, the

15  same period of time.  I believe it was me that took it.

16   Q.    So you believe you took each of the pictures

17  that I've shown you, Exhibits C through F?  I'm sorry,

18  B through F?

19        MS. KORNBLAU:  Objection.

20        THE WITNESS:  Yes.

21        MS. KORNBLAU:  May misstate testimony, but go

22  ahead.

23        THE WITNESS:  I believe so, yes.

24        MR. PACKER:  Q.  Okay.  If you give me just

25  one minute to go through my notes, I think I'm pretty

1  close.  I don't have anything more.  Do you have

2  anything?

3          MS. KORNBLAU:  No.

4          MR. PACKER:  So we'll just ask this be handled

5  by Code as well.

6          MS. KORNBLAU:  Yes.

7          COURT REPORTER:  Ms. Kornblau, would you like

8  a copy of the transcript?

9          MS. KORNBLAU:  Yes, please.

10          (Whereupon, at the hour of 2:25 p.m. the

11  matter was adjourned.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition Of Douglas Klinzing

1                PENALTY OF PERJURY CERTIFICATE

2

3

4

5

6           I, the undersigned, declare under penalty

7    Of perjury that I have read the foregoing

8    Transcript, and I have made an corrections,

9    Additions or deletions that I was desirous of

10   Making; that the foregoing is a true and correct

11   Transcript of my testimony contained therein.

12              EXECUTED this _____ day of _____,

13   2025, at _____, California.

14

15

16

17

18

19

20

21        _____

22              Douglas Klinzing

23

24

25

```
 1                  CERTIFICATE OF REPORTER

 2

 3          I, ORA KOHN, Certified Shorthand Reporter,

 4  do hereby certify:

 5        That prior to being examined, the witness in the

 6  foregoing proceedings was by me duly sworn to testify

 7  to the truth, the whole truth, and nothing but the

 8  truth.

 9          That said proceedings were taken remotely

10  before me at the time and place therein set forth and

11  were taken down by me in shorthand and thereafter

12  transcribed into typewriting under my direction and

13  supervision.

14          That a review of the transcript was requested.

15          I further certify that I am neither counsel

16  for, nor related to, any parties to said proceedings,

17  nor in any way interested in the outcome thereof.

18                  In witness whereof, I have hereunto

19  subscribed my name.

20

21                  Dated: February 7, 2025

22

23          _____

24          ORA KOHN, CSR 11933

25
```

```
 1   California Deposition Reporters, Inc.

 2

 3   NAME OF CASE: Henry Barnhill vs City of Hemet, et al.

 4   DATE OF DEPOSITION: 01/31/2025

 5   NAME OF WITNESS: Douglas Klinzing

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                          _____
```

Deposition Of Douglas Klinzing

---

**Exhibits**

**Klinzing Exhibit B** 4:7 51:1,3

**Klinzing Exhibit C** 4:9 51:18,20

**Klinzing Exhibit D** 4:11 53:4,7

**Klinzing Exhibit E** 4:13 53:19,21

**Klinzing Exhibit F** 4:15 54:8

---

**1**

**11933** 5:5

**1991** 8:1 9:6,11, 18

**1992** 10:17

**1995** 10:17,19

**1996** 11:14

**1997** 9:11,18 11:25 12:15

**1998** 11:21

**1:50** 37:8

---

**2**

**2007** 12:17 17:1, 5,15

**2008** 12:16

**2016** 18:8

**2020** 25:25

**2021** 25:25 26:1

**2022** 7:2 24:1,2, 4,12,20 26:9

28:1,25 29:3 48:3,9,19 49:2, 15 53:17

**2022's** 26:23

**2025** 5:2

**22** 18:5

**22nd** 24:1

**29th** 24:2,3,12, 20 26:9,23 28:1, 9,25 29:3 48:3, 9,18 49:2,15 53:17

**2:25** 55:10

**2:48** 41:23 43:10

**2:52** 41:8

**2:57** 39:16

**2:58** 42:7

---

**3**

**31** 5:2

**354** 26:10 27:4 31:17 44:23

---

**6**

**6:00** 24:16

---

**9**

**91** 8:1,2

**95** 11:15

**96** 8:3

**97** 9:10 13:24

**98** 11:18

---

**A**

**a.m.** 24:16

**absent** 26:18

**Absolutely** 42:18

**academy** 11:25 12:2,4,6,9 13:3, 16,25

**accidental** 16:12

**accompanied** 50:11,19

**accurate** 11:10

**achieved** 8:25

**acronym** 22:13, 20,24 23:4

**actions** 49:10

**active** 10:13,21 11:15

**actively** 40:19

**actual** 39:21

**AD** 16:9

**addition** 12:21, 25

**additional** 9:1

**address** 29:6

**adjourned** 55:11

**advised** 16:16

**affiliation** 10:18

**agency** 9:22 10:2 12:2 25:17, 19

**Aguila** 30:21 31:25 32:13 33:3,10,23 36:5, 10 37:12 40:6, 12

**Aguila's** 36:23, 24 37:16 38:1

**Aguilera** 29:12

**ahead** 19:23 21:7 22:19 23:2, 20 33:13 34:1, 10 37:24 38:9, 20 39:4,8,10,19 40:4 42:13 43:17 44:1,16 45:3,18 46:8,24 47:24 48:5,12, 23 49:8 52:6,25 54:22

**ahold** 38:17 43:24

**air** 27:19

**allegations** 26:7

**alleging** 25:16

**alley** 27:1 29:18 30:15,17,18 31:3,21 38:13 46:13

**ambiguous** 19:23 34:1,10 44:1,16 45:18 46:8,23 48:23 49:8

**ambulance** 50:17,20

**Andrea** 42:19

**Angeles** 12:3 15:7,14 16:9 26:4

**animal** 16:19

**announcing** 36:17

**answers** 31:12

**apologies** 13:23

**appeared** 32:1 33:9,18 34:4 53:16

**appears** 38:6,17 40:22 52:3 53:19 54:6

**applaud** 24:18

**application** 15:19

**applied** 23:4

**apply** 22:21

**approximately** 12:15 15:16 25:23

**April** 24:1,2,3,4, 12,20 26:9,23 28:1,9,25 29:3 48:3,9,18 49:2, 15 53:17

**area** 44:20,22 45:9,12,16

**arm** 44:3

**armed** 28:15,17 47:15,18

**army** 10:12,13, 19,24 11:2,5,13

**arrest** 44:20

**arrested** 44:24

**arrived** 34:14 39:12,17 40:8 43:23 44:14

---

Deposition Of Douglas Klinzing

46:3 47:9

**assaults** 19:5

**assigned** 15:13
18:18 19:2

**assignment**
14:1,2 24:20

**assisting** 19:7

**Associate's**
8:11,25 9:3

**assume** 5:23

**assuming** 18:22

**attempted** 19:4

**attempting**
34:22 37:1 47:2

**attend** 8:7 12:4

**attention** 29:21

**aware** 21:3 53:1,
2

---

**B**

**Bachelor's** 9:2

**back** 7:19 22:6
31:7 32:5 35:9,
18 38:12 46:12

**background**
37:5

**badge** 25:6

**Barnhill** 31:13,
22,25 32:7,8,14,
17,18,23 34:18,
22 35:11 36:16
37:1 43:21,22
44:23 46:15
47:6,10 48:18
49:1 50:3,5,12,
22 51:9,15

**Barnhill's** 32:2,
4 33:4,10,22,24
34:8,16 35:2
40:7 42:11 43:8
44:13,20 51:4,
22 52:1,13,17
53:9,12,20,23
54:7,9

**based** 47:18,25
48:8 49:5,9

**basketball**
30:13

**Bear** 37:4

**bearing** 25:5,8

**bed** 16:19

**began** 17:4
29:16

**begin** 29:8,11

**beginning** 47:19

**belabor** 9:15

**belief** 47:14,18
49:4

**believed** 28:15,
17

**bell** 24:2

**belt** 25:7

**Bishop** 29:13
30:21 33:21
34:7 36:9

**bit** 41:22 45:25

**black** 25:4

**bodies** 47:3

**bodily** 20:18
21:1,5,13,16,21

**body** 25:9 32:9,
19

**Body-worn**
37:12

**bones** 21:23

**boy** 8:17

**branch** 10:11

**bricks** 45:21

**briefly** 8:7 10:20
29:18 30:24

**bring** 11:8 36:16
37:1

**broadcast** 26:15
27:8,10,17,18
28:14 47:19
48:2,14 49:6,9,
22

**broadcasts**
47:25

**broken** 21:23
41:13,14,17

**burglary** 16:15
18:21

**busy** 18:25

**BWC** 38:1

---

**C**

**California** 5:5
7:22 8:8 9:21
21:1

**call** 5:12,17
15:12 26:15

**Calls** 33:12,25
34:9 37:18 38:8,
20 39:8 40:4
52:5,24

**camera** 25:9

**capacity** 7:15

16:24

**car** 15:8,10
26:22 27:22
28:8 29:5,16
47:20 49:1

**cargo** 25:4

**cars** 29:20

**case** 5:20,21

**cases** 18:13

**caught** 26:24
27:2

**CCW** 10:3

**certificate** 8:11

**certified** 5:4,7

**chair** 45:22

**chance** 50:21

**chase** 29:8,11

**child** 19:5

**Circle** 27:7

**circumstances**
22:12 23:12,15

**city** 7:20 9:23
18:25

**civilian-run** 7:14

**clarify** 45:7

**classes** 9:1

**clear** 50:14

**close** 27:4 55:1

**Code** 21:2 55:5

**college** 7:23,24
8:4,7,12,13,14,
16

**combat** 11:4
14:18

**comfortable**
5:13,14,16

**commands**
35:7,9

**community** 8:7,
12,13

**complete** 6:12

**completed** 9:1
13:25

**complex** 18:13

**computer**
27:22,24 28:2,5

**condition** 51:8,
14 52:13

**conditions**
52:18

**conduct** 18:11,
12

**confronting**
31:7

**Congratulations**
7:3

**contact** 49:10

**context** 42:5

**continue** 10:18
38:5,15 41:2

**control** 11:8
32:1 33:4,8,10,
16,17,22,24
34:7,12,16,22
35:2,13 36:16,
21 37:2 40:7,19,
23 41:1 42:10
43:8,14,19
45:24 47:17

**controlled**
36:17

**controlling**
34:23

**conversations**
35:23 52:21

**copy** 55:8

**corner** 29:9
30:18

**Corporal** 5:13
19:17

**correct** 6:24 8:6
16:23 26:25
43:15 45:10
48:21,24 50:10
54:5

**corrections**
7:12

**counsel** 6:14
35:23

**couple** 17:21
39:5

**court** 5:3,4,23
6:5,10 26:11
27:5 42:25 43:2
53:6 54:5 55:7

**cover** 13:11

**covering** 13:10

**covers** 23:12

**crimes** 19:4,5

**Criminal** 9:5

**CSR** 5:5

**custody** 7:10
45:6

**cut** 30:2

---

**D**

**date** 23:24

**day** 24:13,14,25
25:12 27:22
28:17,18,19
30:10 49:25
50:12,14

**deadly** 12:11
20:4,8,9,13
21:12,17,19
22:5,16 23:8,13

**death** 20:18
22:1

**defense** 22:7,15
23:6

**definition** 20:25
21:19

**degree** 8:5,10,
11,15,22,23,25
9:3

**department**
6:24 8:18 12:3
13:12 15:7,14
16:10 17:2,13,
15 18:19,20,25
19:10,19 20:7,
14 22:4 24:7
25:20 26:5

**deploy** 15:25

**deployment**
32:25 33:2

**deposition** 5:18,
19 35:20 37:10,
11 38:3 51:2,3,
19,20 53:7,21
54:8

**depth** 18:12,16

**describe** 16:11
25:2 31:22

**describing** 33:3

**detached** 52:3,8

**detail** 15:12

**detaining** 16:15

**detective** 8:20
17:9,10,18 18:3,
4,7,10,11,18,21,
22 19:9

**detectives** 19:1,
3

**diagnosis** 52:17

**difficulty** 44:5

**directly** 9:7 17:1
29:19 30:19

**discharge**
11:22,23 16:7,
12 23:5

**disclosing**
35:23

**discussing**
31:16

**disfigurement**
20:20 21:24

**dispatcher**
27:20

**distinction** 13:6

**distorted** 41:23

**division** 14:2,3,
5,11,15,19 15:3

**doctors** 52:12,
14,17,21

**domains** 12:19
13:1,3,7,11,19

**domestic** 15:10

**door** 29:17

**dorm** 7:16

**Doug** 5:15

**DOUGLAS** 5:6

**dozen** 16:5

**driving** 49:1

**duties** 18:9

**duty** 10:14
11:15 15:11
16:9 49:24

---

**E**

**ear** 52:3,8,10
54:7,10

**earlier** 38:7 40:6

**easier** 6:10

**effect** 35:17

**effort** 36:15

**embarrassing**
16:18

**employer** 9:22,
24

**end** 24:6 41:14,
15,17

**ended** 11:13,15,
18 26:10

**enforcement**
7:7 9:7,9,12

**engaged** 31:22

**ensure** 50:2

**enter** 9:9 12:2

**entered** 9:12
11:24 13:24

17:14

**entire** 14:8 15:6
16:25 34:21
44:10

**essentially** 7:17
14:7 19:3 22:6
35:7

**ETS** 11:17

**event** 26:23

**evidence** 48:5,
12

**exact** 33:16

**EXAMINATION**
5:9

**Excellent** 6:22

**excessive** 14:22
25:16

**Excuse** 13:22

**Exhibit** 37:9,11
41:8,24 42:7
43:6 51:1,3,18,
20 53:4,7,19,21
54:8

**Exhibits** 54:17

**experience** 10:9

**extent** 19:21

---

**F**

**face** 51:4 53:20,
23

**facility** 7:9,14

**fair** 11:6,12
13:17 19:15
21:17 22:17
33:9 34:21,24
52:4

Deposition Of Douglas Klinzing

**familiar** 6:1 13:16

**familiarize** 19:25

**fantastic** 8:3

**fast** 37:8

**feel** 44:4

**feeling** 44:6

**felt** 29:21

**field** 18:5 19:11, 14 24:9,21 26:17 49:24

**fight** 45:24

**fighting** 13:23

**findings** 14:21

**fine** 5:16 24:4

**finish** 10:20

**firearm** 16:7 23:5,8 28:9,24 48:10,18 49:17, 19

**firearms** 45:8

**fired** 16:20

**firm** 33:16

**firmly** 33:18

**fist** 32:9

**floor** 16:21

**focus** 9:4 22:16

**follow-up** 18:11

**foot** 30:4,6,24 32:9 38:7

**force** 10:6 12:8, 11 13:7,17,20 14:10,14,18,22,

25 15:17 19:20 20:1,4,8,9,13, 17,20 21:12,15, 17,19 22:5,10, 17 23:8,9,10,12, 13,14 25:16 26:6 36:8 50:1

**Forgive** 25:14

**forward** 37:8

**found** 45:1,5,8, 11,15 49:1

**foundation** 38:20 39:2,7,19 40:4 42:12 43:17 44:15 46:7

**fractures** 52:21 53:2

**frame** 39:22,23 40:12,22 42:6, 17

**free** 45:20

**FRIDAY** 5:2

**front** 29:9,17 31:7,8 44:22 45:4,5,22 46:12

**full** 12:4

**function** 15:8 18:14

---

**G**

**gain** 33:4,21 34:7,15,22 35:2, 13

**Gardenia** 26:11 27:5 29:6,17 31:18 44:23

**gather** 50:3

**gave** 27:18

**general** 14:22 45:16

**generally** 22:21 27:12

**give** 6:19 9:23 15:4 29:8,11 54:24

**giving** 9:23 21:11

**good** 5:3,10 30:7 34:4 43:2

**Government** 21:1

**Grab** 42:3

**grabbed** 43:24

**graduate** 7:25

**graduated** 7:21 9:6,11

**grip** 33:7,14

**ground** 31:25

**guess** 7:11,16 15:12,24 16:6 18:1 27:2

**guys** 43:3

---

**H**

**hair** 8:3

**half** 12:14

**hand** 32:2,4,15 33:4,7,8,10,18, 22,24 34:5,8,16, 23 35:3 38:17 40:7,12,14,15, 18,22 41:1 42:1,

11 43:24 44:3

**hand-to-hand** 11:4 14:17

**handcuffs** 43:14 44:5,8,11

**handgun** 28:15, 17

**handle** 18:16 19:8

**handled** 55:4

**handling** 19:3

**hands** 29:24 30:8 35:17 36:17,21 39:24 41:4,9 42:3,4 43:8,14,19,23 44:14,18

**happy** 5:12

**hard** 37:14

**head** 51:22 52:1 53:9,12 54:7,10

**hear** 12:24 23:4 25:10 27:10 35:7,9 41:3,7,9, 24 42:4

**heard** 26:15 27:8 31:6 42:1 48:15

**hearing** 34:25

**heavily** 22:9

**held** 39:24

**Hemet** 6:23 8:18 14:24 15:1 17:1, 4,13,14 18:19, 20 19:1,9,19 20:1,7,14 22:4 24:6 25:20

**Henry** 31:13

**high** 7:20,21,23, 25 8:7 9:6

**hold** 17:17 34:4 39:3 40:3 47:2

**holding** 32:1 33:7,18 40:12, 14

**home** 30:16,17

**homicide** 18:21

**homicides** 19:4, 5

**honestly** 42:1

**honorable** 11:23

**hooded** 30:13

**hospital** 50:12, 18,22 51:11,13

**hospitals** 50:14

**hour** 42:19 55:10

**house** 29:9 35:10 38:12 46:12

**housed** 7:18

**houses** 7:9

**HPD** 19:12

**hundred** 11:20

---

**I**

**identification** 37:13 51:5,23 53:10,24 54:11

Deposition Of Douglas Klinzing

identifies 21:23

identify 43:7

identifying 25:5 37:15

IDOL 22:7,13

imminent 49:5

impression 34:3

incident 14:14, 18 16:11 23:24 26:10,13 27:25 49:21,22 50:1

incidents 15:17 22:22,25

include 20:19

included 21:19

individual 11:8 28:8 37:15

information 9:24 27:24 28:3, 5,11 37:15

Initially 50:16

injury 20:18 21:1,5,13,16,21

inside 16:16,17

instruct 37:21

instructs 6:17

interject 6:14

interrupt 6:11

interviews 18:13

investigations 18:12,16 19:8

involved 14:10 16:8 26:17 29:14 31:10

34:4 49:13 50:4

involvement 26:13 34:21

involving 15:17 23:8

J

JANUARY 5:2

jerked 16:20

jobs 9:13

join 30:20 31:8

joined 19:19

jumped 29:20

June 18:5

justice 9:5

juveniles 7:10

K

kind 9:25 15:11 29:20

Klinzing 5:6,15, 17 6:23 39:5 43:5

Klinzing's 37:10

knee 32:10

knew 31:15

knife 29:2

knives 45:11

knowledge 45:13,14

Kohn 5:4

Kornblau 19:22 21:6 22:18 23:1,

17,19 33:12,25 34:9 37:18,21, 24 38:8,19 39:2, 5,18 40:3,9 41:15,19 42:12, 21 43:16,25 44:15 45:2,17 46:5,7,23 47:21, 23 48:4,11,20, 22 49:7 52:5,22, 24 54:19,21 55:3,6,7,9

L

lacks 38:19 39:2,7,18 40:3 42:12 43:16 44:15 46:7

LAPD 12:4,9,13, 18 13:1,4,16,24 14:19,22 15:18 16:1,25 26:2

LAPD's 12:21 13:6

large 30:13

law 7:7 9:7,9,12

lawsuit 25:15 26:4

lawsuits 26:2

lead 21:16 22:1

leading 49:10

learned 31:14

learning 12:19

left 10:21 17:1 32:2 33:4,7,10, 24 34:5 39:24 40:7,12 51:21, 25 53:8,12

left-hand 39:25

legs 47:3

level 23:13

life 6:10 22:7,15 23:6 47:11 49:5

linking 27:21

listening 26:19

load 25:5,8

located 27:14 28:8 30:18

location 15:5

long 12:6,13 14:4

longer 11:9

looked 25:3

Los 12:3 15:6, 14 16:9 26:4

lost 45:23 54:4

lot 42:19

low 23:13

M

Madam 42:25

made 53:1

make 6:10

makes 13:14 26:18 48:16

making 36:20

mall 9:25

manner 52:4

manual 20:1

March 12:17 17:4,15

mark 37:8 39:16 43:10 51:18 53:4

marked 37:13 51:1,5,22 53:9, 23 54:10

marking 37:9

materials 35:19

math 17:25

matter 8:23 55:11

Maynard 29:13 30:21 33:21 34:7 36:9

meant 20:13

medical 50:2 52:5,24

memorialize 50:8

memory 17:6 24:19 26:24

mentioned 42:1

military 10:9,11, 22,23

minute 54:25

minutes 42:20

missed 41:11

misstate 21:6 23:1 47:23 48:4, 5,11,12 49:7 54:21

Misstates 22:18 23:20

mistaken 50:17

Mister 5:11,13

**moment** 31:23 33:16 34:3 36:25 38:17,18 42:10 43:19 46:18 47:14

**monitor** 7:17

**monitoring** 26:19

**month** 17:7

**months** 12:7

**morning** 5:3,10

**mouth** 30:17 31:3,21 38:12

**movements** 47:4

**N**

**named** 25:15

**nature** 18:25 21:24 49:11

**notes** 54:25

**number** 5:5

**O**

**oath** 6:4

**object** 6:16 32:18 39:6

**objection** 19:22 21:6 22:18 23:1, 17,19 33:12,25 34:9 37:18 38:8, 19 39:2,7,18 40:3,9 42:12 43:16,25 44:15 45:2,17 46:5,7, 23 47:21,23

48:4,11,20,22 49:7 52:5,22 54:19

**objections** 6:15

**objectively** 22:11 23:11

**observe** 30:23 32:7,20,22,24, 25 33:1 40:11

**observed** 30:5 32:6,13,16

**obtain** 50:5

**obtained** 50:2

**obvious** 20:20

**occasion** 25:22

**occur** 45:24

**offense** 49:12, 14

**officer** 7:12 10:24 15:15 17:21,24 22:4, 10 29:12,13 31:25 32:13 33:3,9,23 36:5, 8,9,10,22,24 37:12,16,25 40:6,12 42:23 46:16 50:18,19

**officer-involved** 19:6

**officers** 22:21 27:13,19 29:7, 10,11,14 30:20, 24 31:6,9,22,24 32:3,6,8,17 33:20 34:7,25 46:4,18,21 47:7 50:4

**online** 7:24 8:4, 14,16

**opinion** 44:9 52:6,24

**Ora** 5:3

**order** 25:12

**P**

**p.m.** 24:16 55:10

**Packer** 5:9,10, 18 19:24 21:10 22:23 23:7,21 33:20 34:6,13 38:2,11,23 39:3, 9,23 40:5,13 41:17,20 42:18, 22,25 43:3,5,20 44:9,19 45:7 46:2,11 47:4 48:1,8,17,25 49:14 52:9 53:3, 11 54:6,24 55:4

**pants** 25:4

**part** 14:14 15:18 26:22 32:19

**participate** 34:15

**partner** 16:17

**parts** 32:9

**patch** 25:6

**patches** 25:6

**patio** 45:22

**patrol** 14:3,8,11 15:3,13,15 16:24 17:16 18:14 19:15

20:7 24:22

**patrol-related** 15:8

**PD** 14:24 15:1

**percent** 11:20

**period** 10:2 14:6 15:9,10 30:4,5 33:23 35:1 54:15

**permanent** 21:23

**permitted** 22:5

**person** 45:9,11, 15

**personally** 31:9 34:18

**photo** 50:25 51:6,7,9,13,15, 17,18,25

**Photograph** 51:4,21 53:8,22 54:9

**photographs** 54:14

**phrase** 20:13 21:5,12,13,18, 21

**phrases** 35:18

**physical** 15:20

**picture** 42:7 53:12,14,20 54:1,7,13

**pictures** 50:24 54:16

**place** 26:22 28:1,12 44:3 49:19

**play** 37:10 38:5, 15,23,24 39:10 41:2 42:15 43:6, 10

**PLAYED** 37:4, 10 38:6,16 39:14 41:3,9,24 43:11

**playing** 37:5 41:8,23

**point** 11:22 16:1 19:17 24:9 26:20 27:4 29:3 30:20 31:1 33:15,17 34:6, 11,19 36:15 38:11,22,24 40:10 43:7,12, 23 44:14 46:2 48:18

**police** 6:24 8:18 10:23 12:3 13:12 15:7,14 16:10 17:2,13, 14 18:19,20 19:9,19 20:7,14 22:4 24:6 25:6, 7,17,20 26:5

**policies** 12:22 13:2,12,16 19:20

**policy** 13:6 21:22 22:9 35:25

**poor** 21:10

**porch** 31:7 44:23 45:4,5

**portion** 26:23

**position** 7:13 17:15

Deposition Of Douglas Klinzing

positions 15:3,5 17:17

positive 11:20

POST 12:19 13:1,3,7,10,19

preparation 38:3

prepare 35:19 36:13

present 11:9 38:18,21,25 44:19

presented 47:10 49:4

pretty 19:8 27:4 33:18 34:4 54:25

primarily 19:1

primary 22:16

prior 18:7 25:22 28:18 49:5

probationary 14:6

process 6:2

produce 20:17

promoted 18:5

provide 27:24 28:3

provided 28:5

pull 43:21,22

pulling 40:19,24

pursuit 26:16, 22,24 28:12 29:5 30:5,6,25 35:8 38:7 47:20 49:11,12

push 37:10 38:23

put 18:13

_____

**Q**

question 6:1,9, 16 9:16 19:25 20:3,10,11,24 21:9,11 31:2 39:6 45:25 46:10 48:7

questions 31:12

quickly 26:16 29:18

_____

**R**

radio 26:19

Rampart 14:2,3, 4,11,15,19 15:3

ran 16:19 31:7

reach 40:17

reason 6:19

reasonable 22:11 23:11

reasons 7:10

recall 9:24 10:1 23:24 24:20 25:2,23 26:3,7 27:11,16,18 28:7 30:9 32:12 34:25 35:5,11, 15 36:3,16,19, 20 38:16,18 42:10,14 43:22 49:20,21 50:6, 18

receive 8:5,10, 15,23 12:19

recent 25:25

recess 43:4

recognize 50:25 51:14 53:11

recollection 16:3 28:4,22 36:25 40:18,23 47:6 48:2

recorded 50:5

referring 18:22

refreshes 36:24

related 13:12 22:22

remember 8:17 13:9 21:13 27:12 35:16 49:23

remembers 24:18

REMOTELY 5:1

report 36:8,10, 11,13 50:8,10

REPORTED 5:1

Reporter 5:3,4,8 6:10 42:25 43:2 53:6 54:5 55:7

reports 35:25 36:7

represent 36:23

reserve 11:18

reserves 10:20, 21 11:13

residence 16:14,16,17,21

29:19 31:17,18

resistance 44:4, 7

resisting 35:18 44:10

resource 17:21, 23

resources 18:15

respect 20:3 36:25 54:4

responding 26:20 27:13

responsibilities 49:25

restate 20:10 48:6

retired 5:12 6:23 18:5

retirement 7:4

retiring 18:6

review 35:19 36:7

reviewed 35:22, 24,25 36:3,4,10 38:3

right-hand 42:8

ring 24:2

roughly 8:21 17:4,8 39:16

round 16:20,22

run 24:14 29:16

running 29:21

_____

**S**

scene 26:18

school 7:20,21, 23,25 8:7 9:6 17:21,23 27:13, 15 28:9

screen 39:25 40:1

search 16:14,18 44:20

searched 44:23

seconds 39:6

secured 44:8

security 9:17 10:1,7

sense 13:14 26:18 48:16

separate 13:1,5 21:12

separated 13:10

separately 13:2, 8

series 54:14

serve 7:11 12:13 15:4,5

served 15:2

serves 17:6 26:24

service 11:24

sexual 19:5

shift 7:15 24:11, 13,14

shirt 25:4

shooting 16:8 22:22,24

shootings 19:6 22:22

Deposition Of Douglas Klinzing

Shorthand 5:8

shorts 30:14

shoulder 25:5,6

show 36:22 50:24 51:17 53:3

shown 54:17

sic 29:12

side 32:14 39:24 40:1 42:8 51:21, 25 53:8,12,20, 22 54:9

sir 5:16,20,22 6:3,13,21 10:15 19:13 23:18 24:5 27:6 35:21 36:6 37:7 39:1 42:24

sit 49:23

situation 14:18 28:20

six-month 13:25

size 18:24

skipping 41:15

solely 47:19

sort 8:10 10:18 14:17 15:7

sound 41:13

sounds 43:2

Southern 9:21

speak 52:16

speaking 27:12

special 15:11

specific 9:16 16:3 19:25

22:24 24:19 26:21 28:4 30:3 31:1 35:16 44:21 52:15

specifically 28:7 30:8 31:23 32:12,22 35:5 42:14 49:11

specifics 27:11, 16

speculation 33:13 34:1,10 37:19 38:9,20 39:8 40:4

spent 19:12

spoke 43:6 52:14

standard 25:7

start 26:14 36:2

started 6:22 29:20

starting 27:1

startled 16:19

state 5:4 7:21, 22 8:8

statement 34:24 36:20 50:5

statements 50:4

states 22:10

step 6:9

stood 22:14

stop 29:8 39:11 43:11

stopped 29:7

strike 32:8,13, 18,23 34:18

struck 16:22,23

struggle 47:6

struggling 31:24 32:3,7,17 33:4,21 35:2,13 46:15

study 9:4

subdue 11:7

subject 8:23 28:14 50:3

supervised 19:14

supervisor 7:16 18:6 19:12,14 20:7,14 24:9,21, 22 26:17 28:13 49:24

supervisors 7:17

surrounding 23:15 46:4,19

suspect 16:15 27:14 28:14,16, 25 29:2,15,16 30:9,21 31:7,11

suspect's 29:23 31:13

suspected 27:14 49:12

sustained 14:21,25

sweatshirt 30:13

sworn 5:7 7:15

**T**

takedown 15:20

taking 5:18 28:12

talk 22:13 23:25 52:12

talked 31:20 46:11

talking 15:19 26:10

Taser 15:25 32:23,25 33:1

taught 22:21

tear 52:8,9

telling 7:20

ten 15:22

term 7:11 20:8, 19

terminal 27:4

terminate 27:1

terminated 29:5 35:8

terms 14:18 22:3 37:14 40:6

testified 5:8,23 47:5

testimony 6:20 21:7 22:19 23:2, 20 43:13 47:24 48:5,12 49:8 54:21

thing 10:1 54:3

things 21:24 50:6

threat 11:9 47:10 49:5,18

threatened 49:16

time 6:14 7:19 8:18,20 10:2,21 11:13,18 13:11, 13,15 14:8,11 15:6,9,10,14 16:9,25 17:4 18:15 20:6,14 24:6,15 29:16 30:4,5 31:15,19, 23 32:6,16 33:6, 11,20,22,24 35:1,8,12 38:11 41:21,23,25 42:16,17 44:7, 10 46:22 47:9 49:20,21 51:9, 15 54:15

times 16:4,5 25:21 27:20 32:15

title 36:11

today 5:18 6:5, 20 23:25 49:23

today's 35:20 38:3 51:1,18

told 17:8 19:11 27:7 28:7

top 25:5 46:21, 24 47:1

torn 52:7

totality 22:11 23:11

track 54:4

traffic 15:8

Deposition Of Douglas Klinzing

**trained** 11:1,4,7
12:8,11 13:3,8
19:20 20:25
22:3,6

**training** 10:6
12:18,19 13:10

**transcript** 55:8

**transported**
50:16

**treatment** 50:2

**Trent** 5:17

**true** 45:20

**turn** 41:21,22

**turned** 26:16
29:21

**type** 7:12 9:17
10:1 30:14
45:25

**types** 35:18

**typically** 23:3

**U**

**underneath**
32:4

**understand**
5:11 6:4,15,23
18:17 20:11,19,
24 26:9,11
31:12 46:9
49:18 52:20

**understanding**
20:8,12,16,23
21:4,11,15,20
22:24 28:16,20,
21,23 39:10
42:16 48:9

**understood** 7:8
49:15

**uniform** 24:25
25:3,4 39:21

**unintentionally**
16:20

**unit** 19:2,15

**units** 18:17,18
24:23

**V**

**Vague** 19:22
34:1,10 43:25
44:16 45:2,17
46:8,23 48:22
49:8

**Valley** 50:17
51:10,13 52:13

**vehicle** 27:14,15
29:7

**venture** 15:23

**verbiage** 48:14,
16

**vest** 25:5,8

**victim** 28:14

**video** 36:1,2,3,
4,5,24 37:4,5,
10,12,16,17
38:1,5,16 39:14
41:2,9,24 42:15
43:6,11,16 46:3
47:5

**videos** 38:2

**view** 43:20

**violence** 15:10

**violent** 18:25

19:4

**voice** 41:3,6

**volume** 41:21

**W**

**wait** 6:9 23:19
39:5

**walkway** 31:8,
21

**weapon** 14:13
15:17 44:17
45:15,23 48:3

**weapons** 11:1
44:13 45:1,3,5
48:25

**wearing** 30:10

**wife** 49:16

**witnessed** 40:6

**word** 42:4

**words** 8:23 11:8
32:9 35:17

**work** 7:3,9,17
9:17 10:23
40:25

**worked** 10:3,7
15:8,9

**working** 7:6,8
25:12

**worn** 25:9

**written** 50:10

**wrote** 50:9

**Y**

**year** 7:1,25 14:7
15:2 18:6 19:12

25:23

**years** 8:21
12:14 15:22
17:8,11,22 18:7

**yelling** 35:9

**youth** 7:18