# EXHIBIT F

**In The Matter Of:**

*HENRY BARNHILL v.*
*CITY OF HEMET, et al.*

---

*HENRY MICHAEL BARNHILL*
*September 10, 2025*

---



Nationwide Legal
scheduling@nationwidelegal.com

*Min-U-Script® with Word Index*

HENRY MICHAEL BARNHILL                                    1

1                      UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4    HENRY BARNHILL,                )
                                    )
5              Plaintiff,           )
                                    )
6    vs.                            )
                                    ) Case No. 5:23-cv-00589
7    CITY OF HEMET, OFFICER         )
     BRETT MAYNARD; OFFICER         )
8    JOSHUA BISHOP; OFFICER         )
     PEDRO AGUILA; CORPORAL         )
9    DOUGLAS KLINZING; JAMIE        )
     GONZALEZ; CATHERINE            )
10   TIPTON; and DOES 1-10,         )
     inclusive,                     )
11                                  )
               Defendants.          )
12   _____)

13

14

15       VIDEOTAPED DEPOSITION OF HENRY MICHAEL BARNHILL

16                  Via Zoom Videoconference

17       Wednesday, September 10, 2025, at 10:00 a.m.

18

19

20

21

22

23

24
     Stenographically Reported by:
25   ALYSSA PACHECO, CA CSR 13391

HENRY MICHAEL BARNHILL                                2

```
 1                      APPEARANCES

 2            (All parties appeared remotely via Zoom.)

 3   For Plaintiff/Witness:

 4   GRECH, PACKER, & HANKS

 5   BY:  TRENT PACKER, Attorney at Law

 6   7095 Indiana Ave., Ste. 200

 7   Riverside, CA 92506-4160

 8   951-682-9311

 9   tpacker@grechpackerlaw.com

10   contact@grechpackerlaw.com

11

12   For Defendants:

13   MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

14   BY:  ANDREA KORNBLAU, Attorney at Law

15   801 South Figueroa Street, 15th Floor

16   Los Angeles, CA 90017-3012

17   213-624-6900

18   andrea.kornblau@manningkass.com

19

20   ALSO PRESENT:

21   RENE SANCHEZ, Videographer, Nationwide Legal      09:54:46

22

23                      ---oOo---

24

25
```

HENRY MICHAEL BARNHILL                                        3

```
1                          INDEX

2                                                    Page

3     EXAMINATION BY ATTORNEY KORNBLAU                 5

4

5                       ---oOo---

6

7                       EXHIBITS

8            (No exhibits were marked.)

9

10                      ---oOo---

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

HENRY MICHAEL BARNHILL                                    4

| | | |
|---|---|---|
| 1 | Wednesday, September 10, 2025, 10:00 a.m. | |
| 2 | ---oOo--- | 10:00:50 |
| 3 | THE VIDEOGRAPHER:  Good morning.  We are now on | 10:00:50 |
| 4 | the record.  Today's date is September 10th, 2025.  The | 10:00:55 |
| 5 | time is 10:00 a.m. Pacific Standard Time.  We're all | 10:00:57 |
| 6 | attending remotely via Web conference for the deposition | 10:01:01 |
| 7 | of Henry Barnhill in the matter of Henry Barnhill versus | 10:01:05 |
| 8 | the City of Hemet, et al.  The case number is | 10:01:10 |
| 9 | 5:23-CV-00589 ABG. | 10:01:13 |
| 10 | My name is Rene Sanchez, and I'm the videographer | 10:01:17 |
| 11 | on behalf of Nationwide Legal.  The court reporter is | 10:01:20 |
| 12 | Alyssa Pacheco. | 10:01:23 |
| 13 | Counsel, can you please identify yourselves and | 10:01:26 |
| 14 | state who you represent and then lodge an agreement to | 10:01:27 |
| 15 | remote swearing in and manner of deposition. | 10:01:33 |
| 16 | ATTORNEY KORNBLAU:  Andrea Kornblau on behalf of | 10:01:34 |
| 17 | the City of Hemet and its officers.  And, yes, I do agree | 10:01:38 |
| 18 | to the remote swearing in of the witness. | 10:01:42 |
| 19 | ATTORNEY PACKER:  Trent Packer for Mr. Barnhill, | 10:01:45 |
| 20 | and I also agree to the remote swearing of the witness. | 10:01:48 |
| 21 | THE VIDEOGRAPHER:  Thank you, Counsel. | 10:01:54 |
| 22 | Will the court reporter please swear in the | 10:01:54 |
| 23 | witness. | 10:01:56 |
| 24 | THE STENOGRAPHER:  Hello.  My name is Alyssa | |
| 25 | Pacheco, California CSR Number 13391. | |

HENRY MICHAEL BARNHILL                              5

```
 1        Mr. Barnhill, please raise your right hand to be
 2   sworn.
 3                 HENRY MICHAEL BARNHILL,
 4   a witness herein, having been duly and regularly sworn by
 5   the Certified Shorthand Reporter, was deposed and
 6   testified as follows:
 7        THE WITNESS:  I do.                          10:02:16
 8        THE STENOGRAPHER:  Thank you.                10:02:18
 9                 EXAMINATION                         10:02:18
10   BY ATTORNEY KORNBLAU:                             10:02:18
11     Q.  Good morning, Mr. Barnhill.  My name is Andrea   10:02:21
12   Kornblau.  I represent the City of Hemet in this lawsuit  10:02:25
13   that you have brought against them.  I'm going to try to  10:02:28
14   be very brief with the admonitions today because I   10:02:32
15   understand that you are in a custodial setting, and we're  10:02:36
16   hearing some echos.                               10:02:40
17        You understand that the oath you just took was an  10:02:44
18   oath to tell the truth, correct?                  10:02:47
19     A.  I do.                                       10:02:50
20     Q.  I'm going to be asking you a number of questions  10:02:52
21   today, and you will be giving me your best answers.  So  10:02:56
22   if you do not understand one of my questions, will you  10:03:01
23   let me know?                                      10:03:07
24     A.  I'll try to be mindful of that.             10:03:09
25     Q.  Okay.  So you will let me know if you do not   10:03:15
```

HENRY MICHAEL BARNHILL                                    6

1   understand one of my questions, correct?              10:03:17

2      A.  Yes.                                           10:03:20

3      Q.  Okay.  And it's difficult to hear you, so try to    10:03:20

4   also just be mindful of keeping your voice up so that we   10:03:25

5   can hear you.                                         10:03:28

6      A.  Okay.  I'll try.  Is this okay right here?  Like,    10:03:31

7   is this voice okay?                                   10:03:34

8      Q.  I can hear you.                                10:03:36

9      A.  Okay.                                          10:03:38

10     Q.  But I just raise that again because if, for some    10:03:42

11  reason, you don't hear my question a clearly or you don't   10:03:46

12  hear the entire question, please let me know.         10:03:49

13     A.  Okay.  I will.                                 10:03:52

14     Q.  Because if you answer a question, then we can    10:03:55

15  assume that you heard that question and that you heard    10:03:58

16  the entire question, so that's why I'm cautioning you    10:04:02

17  here now that if you don't clearly hear my entire       10:04:06

18  question, let me know, okay?                          10:04:10

19     A.  Okay.  I'll try my best to.                    10:04:11

20     Q.  Have you ever given a deposition before?       10:04:17

21     A.  No, I have not.                                10:04:27

22     Q.  And so that raises a good point.  The court    10:04:30

23  reporter is taking down everything that we say, so if you   10:04:35

24  shake your head in response to my question, the court    10:04:38

25  reporter is not going to be able to take that down in the   10:04:42

| | | |
|---|---|---|
| 1 | record. So I need you to use your voice, give audible | 10:04:45 |
| 2 | responses to my questions. | 10:04:49 |
| 3 | Understood? | 10:04:51 |
| 4 | A. Yes. | 10:04:53 |
| 5 | Q. Is there any reason that would prevent you from | 10:04:57 |
| 6 | giving your best testimony today? | 10:05:08 |
| 7 | A. No. | 10:05:12 |
| 8 | Q. Have you taken any drugs or alcohol in the last | 10:05:13 |
| 9 | 24 hours that would impair your ability to give your best | 10:05:17 |
| 10 | testimony today? | 10:05:22 |
| 11 | A. Well, I take seizure medication, and I take | 10:05:24 |
| 12 | sumatriptan for -- for migraines, but I'm -- you know, | 10:05:30 |
| 13 | I'm constantly aware of what's going on. | 10:05:33 |
| 14 | Q. It was difficult to hear the response. I believe | 10:05:37 |
| 15 | I heard you say you take seizure medication; is that | 10:05:40 |
| 16 | right? | 10:05:46 |
| 17 | A. Yes, ma'am. Yes. | 10:05:46 |
| 18 | Q. What is the name of that medication? | 10:05:48 |
| 19 | A. It's called Lamictal, I believe. | 10:05:51 |
| 20 | Q. How do you spell that? | 10:05:55 |
| 21 | A. I'm not correct on spelling, but my best guess | 10:05:57 |
| 22 | would be L-A-M-I-C-T-I-L [sic], something along -- within | 10:06:03 |
| 23 | that. | 10:06:07 |
| 24 | Q. How often do you take that medication? | 10:06:08 |
| 25 | A. I take it twice a day. I take it once in the | 10:06:10 |

1    morning and once in the evening.                      10:06:13

2      Q.  How long have you been taking seizure medication?  10:06:16

3      A.  I've been taking seizure medication since the    10:06:21

4    county jail, since I had my first seizure in county jail.  10:06:25

5      Q.  What year was that?                               10:06:29

6      A.  I don't remember.  I'd say 2022, somewhere around  10:06:31

7    the end of 2022, I believe.  It took some time for them  10:06:40

8    to actually give it to me.                              10:06:49

9      Q.  Have you had seizures your entire life?           10:06:50

10     A.  No.                                               10:06:54

11     Q.  Have you --                                       10:06:54

12     A.  I never had a seizure -- I never had a seizure    10:06:54

13   prior to the accident.                                  10:06:58

14     Q.  What accident?                                    10:06:59

15     A.  When I got in my -- I was beat in the head --     10:07:00

16   well, this incident right here.                         10:07:03

17     Q.  And so you said this was during your first time   10:07:06

18   incarcerated in prison?                                 10:07:13

19     A.  No.  I was actually in the county jail when they  10:07:15

20   initially started -- when they initially prescribed it to  10:07:22

21   me, but it carried over to when I got here.  All my     10:07:26

22   medications got transferred.                            10:07:30

23     Q.  Okay.  Who diagnosed you with seizures?           10:07:32

24     A.  A doctor.  I don't know the doctor's name.  But   10:07:37

25   I've seen so many doctors.  I -- I've seen              10:07:42

| | | |
|---|---|---|
| 1 | ophthalmologists, neurologists, head and neck trauma | 10:07:45 |
| 2 | doctors.  I've seen regular doctors.  I've seen so many | 10:07:50 |
| 3 | medical doctors. | 10:07:53 |
| 4 | Q.  Okay.  So you said that you were not diagnosed | 10:07:55 |
| 5 | with seizures prior to 2022? | 10:07:58 |
| 6 | A.  No, I never had a seizure prior. | 10:08:02 |
| 7 | Q.  Have you had any health problems prior to 2022? | 10:08:04 |
| 8 | A.  Health problems like what?  Like -- I mean, I've | 10:08:11 |
| 9 | been sick and all that type of stuff, but can you be more | 10:08:17 |
| 10 | specific? | 10:08:21 |
| 11 | Q.  Do you have any physical conditions that affect | 10:08:22 |
| 12 | your health? | 10:08:26 |
| 13 | A.  No. | 10:08:29 |
| 14 | Q.  Do you have any problems with your heart? | 10:08:30 |
| 15 | A.  I was born with a heart murmur, but it doesn't -- | 10:08:35 |
| 16 | it doesn't, like, really affect my health. | 10:08:40 |
| 17 | Q.  Okay.  But I did ask if you have any physical | 10:08:43 |
| 18 | conditions, and you said no, and so now you're saying you | 10:08:45 |
| 19 | do have a heart murmur; is that right? | 10:08:48 |
| 20 | A.  My understanding to the question that you asked | 10:08:50 |
| 21 | was if I had any type of health problems that affected my | 10:08:53 |
| 22 | health.  I was born with a -- a hole in my heart, a hole | 10:08:59 |
| 23 | in my left ventricle.  I'm not sure whether it closed or | 10:09:03 |
| 24 | not, so now I'm -- now it's a -- a irregular heartbeat, a | 10:09:07 |
| 25 | heart murmur, so that's my understanding of it.  But it | 10:09:12 |

1  doesn't affect my health in any way.                    10:09:15

2      Q.  Okay.  Any other heart conditions?              10:09:17

3      A.  Not that I'm aware of.  That's all I can         10:09:24

4  recollect.                                              10:09:27

5      Q.  Okay.  Any other health conditions regardless of 10:09:27

6  whether it affects your health or not?                  10:09:30

7          ATTORNEY PACKER:  Objection.  Vague as to --    10:09:34

8          THE WITNESS:  I --                              10:09:34

9          ATTORNEY PACKER:  -- "health conditions" -- hold 10:09:37

10 on.  Mr. Barnhill, that's -- I'm going to attempt --     10:09:38

11 occasionally object.  Unless I order you not to -- or    10:09:40

12 instruct you not to answer, they're still entitled to an 10:09:43

13 answer, but just let me get the objection out first.     10:09:46

14         So the objection was vague.  Go ahead.          10:09:49

15         Do you need to hear the question again?          10:09:53

16         THE WITNESS:  Oh, do I have any other health     10:09:55

17 issues?                                                  10:09:59

18         ATTORNEY KORNBLAU:  Yes.                         10:10:01

19         THE WITNESS:  That affect my health?            10:10:02

20 BY ATTORNEY KORNBLAU:                                    10:10:03

21     Q.  So my question was whether or not you have any   10:10:04

22 health conditions whether or not it affects your health. 10:10:07

23     A.  The only other condition that I'm aware of is I  10:10:14

24 had blood tests where they say my creatinine level is    10:10:18

25 high, so it kind of fluctuates, and so they say that I   10:10:23

```
 1   may have CKD, but that's all I'm aware of.  That and the    10:10:28
 2   heart -- the heart problem.  I was born with asthma, but    10:10:34
 3   I grew out of it, so I don't have that anymore.             10:10:36
 4      Q.  So you have an issue with your kidneys; is that      10:10:39
 5   what I'm understanding?                                     10:10:42
 6      A.  Well, they say that my creatinine level [sic].  I    10:10:44
 7   don't know if that -- that's the proper pronunciation,      10:10:49
 8   creatinine or creatnnine (phonetic), something like         10:10:53
 9   that, but they say it's -- it's -- it's high sometimes.     10:10:57
10   So I'm not sure if that, you know, amounts to a kidney      10:11:00
11   issue or what the -- the cause may be, but they're doing    10:11:04
12   blood tests for that.                                       10:11:07
13      Q.  Okay.  Have you reviewed any photographs, videos,    10:11:08
14   audiotapes, or any other recordings or documents in         10:11:12
15   preparation for your deposition today?                      10:11:16
16      A.  I've seen some of the video some time ago during a   10:11:20
17   different proceeding.                                       10:11:27
18      Q.  What different proceeding?                           10:11:28
19      A.  When I went to court in a -- the superior court.     10:11:30
20      Q.  Superior court.  So your criminal case?             10:11:38
21      A.  Yes, ma'am.                                          10:11:42
22      Q.  Who showed you the video?                            10:11:43
23      A.  My lawyer at that time.                              10:11:46
24      Q.  Who was your lawyer?                                 10:11:49
25      A.  I had a couple different lawyers, but the lawyer     10:11:51
```

| | | |
|---|---|---|
| 1 | that I recall was -- excuse me.  Sheesh.  It's on the tip | 10:11:57 |
| 2 | of my tongue too.  I don't know why -- oh, I forgot. | 10:12:07 |
| 3 | I -- | 10:12:11 |
| 4 | Q.  Was it -- | 10:12:12 |
| 5 | A.  -- I forget. | 10:12:12 |
| 6 | Q.  Was it Horwitz? | 10:12:13 |
| 7 | A.  Horwitz.  Yes, yes, yes.  Horwitz, David | 10:12:14 |
| 8 | Horwitz (phonetic).  I'm sorry.  I get confused | 10:12:18 |
| 9 | sometimes. | 10:12:20 |
| 10 | Q.  And you said you had several different lawyers. | 10:12:21 |
| 11 | Why? | 10:12:26 |
| 12 | A.  I think that in the court process what they do is | 10:12:26 |
| 13 | they set it up to where you have one lawyer during the | 10:12:29 |
| 14 | municipal level, and you have another lawyer during the | 10:12:34 |
| 15 | trial level, so I had two separate lawyers during that | 10:12:39 |
| 16 | time. | 10:12:42 |
| 17 | Q.  How many times did you watch a video or videos? | 10:12:42 |
| 18 | A.  I watched it several times some time ago. | 10:12:47 |
| 19 | Q.  And when you say you saw the videos, was it one or | 10:12:50 |
| 20 | more than one? | 10:12:57 |
| 21 | A.  No.  I think there's four different body cam | 10:12:58 |
| 22 | videos, I believe. | 10:13:00 |
| 23 | Q.  Did that help your recollection at the time? | 10:13:06 |
| 24 | A.  It kind of gave me a -- a better idea of what was | 10:13:14 |
| 25 | going on, you know, from the -- from the viewpoint of the | 10:13:19 |

1    body cam, but it's kind of hard to, you know, put          10:13:23
2    everything in perspective when you're -- when you're --    10:13:28
3    when you're being hit and things like that, when           10:13:31
4    everything's going on at -- at -- at once.  So it kind     10:13:34
5    of -- kind of gave me a better perspective, you know, and  10:13:36
6    just from a different view.                                10:13:38
7        Q.  When you were watching the videos, were you        10:13:43
8    cognizant of everything that occurred?  Did that remind    10:13:47
9    you of everything that occurred during the incident, or    10:13:51
10   were you --                                                10:13:54
11       ATTORNEY PACKER:  Objection.  Vague.  Sorry.           10:13:54
12   BY ATTORNEY KORNBLAU:                                      10:13:58
13       Q.  Okay.  So I was just asking you if when you were   10:13:58
14   watching those videos, did it refresh your recollection    10:14:02
15   of the incident, of everything that occurred, or were --   10:14:05
16   were you blacked out during the incident?                  10:14:10
17       ATTORNEY PACKER:  Objection.  Vague.  Compound.        10:14:14
18       Go ahead, Mr. Barnhill, if you understood.             10:14:16
19       THE WITNESS:  Yeah, there's -- there's two             10:14:19
20   different questions that -- that you asked.                10:14:21
21       As to the first question, as far as recollection,      10:14:24
22   you know, it didn't -- it didn't really hep me with --     10:14:31
23   with the recollection, you know?  Because if I, you know,  10:14:34
24   like, use my own memory, then -- and I'm going back to     10:14:38
25   it, I just remember, like, you know, just being hit, you   10:14:42

1   know, oh, it plays being tased and all that type of        10:14:45

2   stuff.                                                       10:14:48

3        You know, as far as watching the video, you know,     10:14:48

4   it kind of -- it kind of -- you know, it kind of -- I        10:14:51

5   felt frightened all over again, you know, because at that   10:14:53

6   moment I -- I -- I was fearful.  In my head I was just      10:14:56

7   thinking, like, "I hope they don't kill me," you know, "I   10:15:00

8   hope they don't, you know, like, take it too far," you      10:15:03

9   know.  I -- I was -- I was scared at the time, so           10:15:07

10  watching the videos just kind of brought back all that      10:15:10

11  stuff.                                                       10:15:13

12  BY ATTORNEY KORNBLAU:                                        10:15:14

13     Q.  Okay.  When you were interviewed in the hospital,    10:15:14

14  did you tell an investigator or an officer that you          10:15:16

15  blacked out?                                                 10:15:21

16     A.  I think that -- to the best of my recollection, I     10:15:24

17  vaguely recall speaking to an officer.  I'm not exactly     10:15:30

18  sure what the conversation entailed.  I remember asking      10:15:33

19  him why -- you know, why the officers, you know, beat me     10:15:40

20  up like that when I was just trying to, you know,            10:15:45

21  surrender, and I was doing everything that they asked me     10:15:47

22  to do.                                                       10:15:50

23        ATTORNEY KORNBLAU:  Okay.  Objection.  Move to --      10:15:50

24  move to strike your response as nonresponsive.               10:15:53

25     Q.  I asked you just whether you recall telling an        10:15:57

HENRY MICHAEL BARNHILL                                    15

```
 1   officer or an investigator that you blacked out.        10:15:59
 2       A.  I don't recall that those were my words.  I don't  10:16:05
 3   recall.                                                 10:16:09
 4       Q.  Okay.  So do you remember the entire incident?  10:16:09
 5       A.  I -- yeah, I remember what happened.  I remember  10:16:15
 6   being hit, yeah.                                        10:16:17
 7       Q.  Okay.  So you remember -- you didn't black out,  10:16:20
 8   then, is what you're saying now?                        10:16:22
 9       A.  My memory is kind of sketchy on that.  You know,  10:16:25
10   it's kind of like --                                    10:16:27
11       Q.  I don't know --                                 10:16:32
12       A.  It's like --                                    10:16:33
13       Q.  So you're --                                    10:16:34
14       A.  It's --                                         10:16:34
15       Q.  -- saying --                                    10:16:35
16       A.  -- it's --                                      10:16:35
17       Q.  -- your memory --                               10:16:35
18       A.  -- it's --                                      10:16:35
19       Q.  You're saying your memory is sketchy?  What does  10:16:36
20   that mean?                                              10:16:40
21       A.  It's sketchy because, you know, like, I'm on the  10:16:41
22   ground.  Like, you know, every time you get hit, it's   10:16:48
23   like everything goes black, you know, everything -- so,  10:16:48
24   like, trying to put it all together, you know, I remember  10:16:50
25   being hit.  I remember, you know, how -- you know, how   10:16:53
```

| | | |
|---|---|---|
| 1 | the hit felt, but I'm not sure that if you were to ask me | 10:16:56 |
| 2 | I would be able to put them in -- you know, everything | 10:17:02 |
| 3 | that happened in chron -- in chronological order, you | 10:17:04 |
| 4 | know. | 10:17:08 |
| 5 | Q.  Okay.  So we'll come back to that later. | 10:17:08 |
| 6 | So you are represented by an attorney in this | 10:17:11 |
| 7 | civil case, correct? | 10:17:15 |
| 8 | A.  Yes. | 10:17:18 |
| 9 | Q.  Can you state and spell your full name, please? | 10:17:21 |
| 10 | A.  My name is Henry Michael Barnhill.  Spell the | 10:17:25 |
| 11 | first and last name? | 10:17:29 |
| 12 | Do you want me to spell the first and last name? | 10:17:33 |
| 13 | Q.  Yes, please. | 10:17:37 |
| 14 | A.  My first name is H-E-N-R-Y.  My last name is | 10:17:38 |
| 15 | B-A-R-N-H-I-L-L. | 10:17:43 |
| 16 | Q.  Do you have a middle name? | 10:17:46 |
| 17 | A.  Michael.  That's spelled M-I-C-H-A-E-L. | 10:17:47 |
| 18 | Q.  Have you gone by any other names? | 10:17:55 |
| 19 | A.  Hank.  Hank is short for Henry. | 10:17:59 |
| 20 | Q.  Any monikers? | 10:18:03 |
| 21 | A.  No, just Hank. | 10:18:05 |
| 22 | Q.  What is your date of birth? | 10:18:07 |
| 23 | A.  My birth date is June 9th, 1978. | 10:18:09 |
| 24 | Q.  Do you have a driver's license? | 10:18:15 |
| 25 | A.  I do. | 10:18:17 |

| 1  | Q.  Is it active?                                     | 10:18:18 |
| 2  | A.  I'm not sure if -- I believe it is.              | 10:18:23 |
| 3  | Q.  Was it ever suspended?                            | 10:18:27 |
| 4  | A.  I think it was suspended maybe, like, over       | 10:18:31 |
| 5  | 20 years ago.                                         | 10:18:36 |
| 6  | Q.  Ever revoked?                                     | 10:18:37 |
| 7  | A.  No.  Not that I recall.                           | 10:18:39 |
| 8  | Q.  Before being taken to jail, where were you living? | 10:18:49 |
| 9  | A.  I was living in Riverside.                        | 10:18:56 |
| 10 | Q.  Address?                                          | 10:18:59 |
| 11 | A.  Ooh.  I think -- I want to say 354 Gardenia      | 10:19:02 |
| 12 | Circle.  Or 34 -- 354, 345, one of the two.          | 10:19:12 |
| 13 | Q.  Does 354 Gardenia Circle in Hemet sound right?  | 10:19:16 |
| 14 | A.  I believe so.                                    | 10:19:21 |
| 15 | Q.  Whose home was that?                             | 10:19:23 |
| 16 | A.  It was my house and Rachel's (phonetic) house.  We | 10:19:29 |
| 17 | both lived together.                                 | 10:19:32 |
| 18 | Q.  Who was paying the rent?                         | 10:19:33 |
| 19 | A.  Rachel was paying the rent.                      | 10:19:35 |
| 20 | Q.  Did you contribute?                              | 10:19:37 |
| 21 | A.  Sometimes I did, yes.                            | 10:19:40 |
| 22 | Q.  When you contributed, how did you pay?           | 10:19:42 |
| 23 | A.  Excuse me?                                       | 10:19:47 |
| 24 | Q.  When you did contribute to the rent, how did you | 10:19:47 |
| 25 | give Rachel money?                                   | 10:19:52 |

HENRY MICHAEL BARNHILL                                    18

| 1  | ATTORNEY PACKER:  Objection.  Relevance. | 10:19:54 |
| 2  | Go ahead, Mr. Barnhill. | 10:19:55 |
| 3  | THE WITNESS:  I would just -- so should I answer | 10:19:57 |
| 4  | the question? | 10:20:01 |
| 5  | ATTORNEY PACKER:  Yes.  Unless I instruct you not | 10:20:02 |
| 6  | to, go ahead and answer. | 10:20:04 |
| 7  | THE WITNESS:  Okay.  So, you know, it would be | 10:20:05 |
| 8  | different amounts at different times.  Usually, generally | 10:20:08 |
| 9  | speaking, it would be around, like, a thousand dollars. | 10:20:11 |
| 10 | BY ATTORNEY KORNBLAU: | 10:20:19 |
| 11 | Q.  $5,000? | 10:20:20 |
| 12 | A.  No.  It would be generally, like, a thousand | 10:20:20 |
| 13 | dollars, you know, towards the rent. | 10:20:26 |
| 14 | Q.  Okay.  And how did you pay?  Was it cash?  Was it | 10:20:26 |
| 15 | Venmo?  How did you pay? | 10:20:29 |
| 16 | A.  It would be cash.  Sometimes it would -- it would | 10:20:30 |
| 17 | go through -- you know, to her bank account. | 10:20:33 |
| 18 | Q.  So you would at times wire money directly to | 10:20:36 |
| 19 | Rachel's bank account? | 10:20:41 |
| 20 | A.  Yeah.  I don't know whether it was -- I don't know | 10:20:44 |
| 21 | if it -- if it was through Chime or through -- what do | 10:20:48 |
| 22 | you call that?  CashApp.  Through one of those two.  It's | 10:20:53 |
| 23 | a common app.  Like, we would do several tran -- | 10:21:04 |
| 24 | transactions all the time through -- through those apps. | 10:21:08 |
| 25 | Q.  Who else was living in the home with you and | 10:21:09 |

| | | |
|---|---|---|
| 1 | Rachel? | 10:21:13 |
| 2 | A.  My stepdaughter Ava (phonetic), Rachel's daughter. | 10:21:13 |
| 3 | Q.  Did you say your stepdaughter? | 10:21:18 |
| 4 | A.  Yeah, that's how I refer to her.  Yes.  Yeah. | 10:21:18 |
| 5 | Q.  Were you married to Rachel? | 10:21:22 |
| 6 | A.  No, I've never been married to Rachel. | 10:21:25 |
| 7 | Q.  How old is Ava? | 10:21:28 |
| 8 | A.  Ava is -- now she would be -- she would be 9 now. | 10:21:36 |
| 9 | Yeah, she would be 9.  At that time, I believe she was, | 10:21:40 |
| 10 | like, 6. | 10:21:43 |
| 11 | Q.  Anyone else living in the home? | 10:21:47 |
| 12 | A.  No. | 10:21:50 |
| 13 | Q.  Did Rachel have other children? | 10:21:52 |
| 14 | A.  She did.  Or she does, yes. | 10:21:55 |
| 15 | Q.  Why were they not living in the home? | 10:21:59 |
| 16 | ATTORNEY PACKER:  Objection. | 10:22:03 |
| 17 | THE WITNESS:  They were -- | 10:22:03 |
| 18 | ATTORNEY PACKER:  Relevance.  Speculation. | 10:22:04 |
| 19 | Hold on, Mr. Barnhill. | 10:22:05 |
| 20 | Objection.  Relevance.  Speculation. | 10:22:06 |
| 21 | Go ahead. | 10:22:07 |
| 22 | THE WITNESS:  They were living with their grand -- | 10:22:08 |
| 23 | their grandmother. | 10:22:12 |
| 24 | BY ATTORNEY KORNBLAU: | 10:22:15 |
| 25 | Q.  Okay.  Why were they not living in the home with | 10:22:16 |

HENRY MICHAEL BARNHILL                                          20

```
1   you and Rachel?                                    10:22:18
2       A.  I can't speak to that.  Yeah.              10:22:19
3       Q.  Were they ever living in the home with you and  10:22:25
4   Rachel?                                            10:22:28
5       A.  For some time the older daughter           10:22:30
6   Sinkenna (phonetic) was living there.              10:22:40
7       Q.  How often did you take Ava to school, if ever?  10:22:42
8       A.  I took Ava to school -- I -- I generally picked  10:22:49
9   her up.  You know, so every day I would pick her up from  10:22:54
10  school, but I've taken her to school several times.  The  10:22:58
11  majority of the times I would take her to school was when  10:23:01
12  either Rachel was late or she was running late or she had  10:23:05
13  to go into work early because -- she worked at a bank, so  10:23:06
14  sometimes she would have to be the first person to be  10:23:10
15  there or something, you know, so sometimes things would  10:23:12
16  change, depending on whether she was supervisor of the  10:23:15
17  day.  So there were several times during the morning that  10:23:17
18  I would have to take Ava to cla -- to school and -- but,  10:23:21
19  yeah, primarily I -- you know, I would pick her up from  10:23:25
20  school.  Every day I picked her up from school.  10:23:28
21      Q.  Did you sign in or sign her out of school?  10:23:31
22      A.  No.  We just picked her up from the -- the  10:23:36
23  teacher.                                           10:23:38
24      Q.  Were you on a list of the people that could pick  10:23:39
25  up Ava from school?                                10:23:42
```

HENRY MICHAEL BARNHILL                                                21

| | | |
|---|---|---|
| 1 | ATTORNEY PACKER:  I'm going to object to relevance | 10:23:44 |
| 2 | to this line of questions. | 10:23:46 |
| 3 | Go ahead, Mr. Barnhill. | 10:23:48 |
| 4 | THE WITNESS:  Yes. | 10:23:49 |
| 5 | BY ATTORNEY KORNBLAU: | 10:23:54 |
| 6 | Q.  Do you have any children? | 10:23:55 |
| 7 | A.  I do. | 10:23:56 |
| 8 | Q.  How many? | 10:23:57 |
| 9 | A.  I have three. | 10:23:59 |
| 10 | Q.  And who do they live with? | 10:24:04 |
| 11 | A.  My younger daughter, she -- she still lives with | 10:24:06 |
| 12 | her mother -- mother even though she's -- she's an adult. | 10:24:14 |
| 13 | My oldest daughter Aleesa (phonetic), she lives with her | 10:24:17 |
| 14 | boyfriend.  They live up north.  And my younger son, he | 10:24:22 |
| 15 | stays in Pennsylvania. | 10:24:26 |
| 16 | Q.  Okay.  At the time of this incident on April 29th, | 10:24:27 |
| 17 | 2022, were any of your three children living with you? | 10:24:32 |
| 18 | A.  No. | 10:24:36 |
| 19 | Q.  Why? | 10:24:36 |
| 20 | ATTORNEY PACKER:  Objection.  Relevance. | 10:24:39 |
| 21 | Go ahead. | 10:24:40 |
| 22 | THE WITNESS:  Honestly, I never thought of that | 10:24:42 |
| 23 | question as to why.  I don't -- I really can't -- I don't | 10:24:44 |
| 24 | know.  You know, it was, you know, a different | 10:24:51 |
| 25 | relationship.  I don't know -- you know, not only that, | 10:24:55 |

HENRY MICHAEL BARNHILL                                    22

| | | |
|---|---|---|
| 1 | they're -- you know, they're adults.  They have -- you | 10:24:57 |
| 2 | know, they have their own -- you know, they have their | 10:25:01 |
| 3 | own lives, you know.  So I don't -- I don't really know | 10:25:03 |
| 4 | how to answer that question as to why. | 10:25:08 |
| 5 | BY ATTORNEY KORNBLAU: | 10:25:11 |
| 6 | Q.  How old are your three children? | 10:25:11 |
| 7 | A.  Aleesa is 29.  Tosheeko (phonetic) is 19 and | 10:25:15 |
| 8 | Elijah (phonetic) is age 22 -- 23. | 10:25:23 |
| 9 | Q.  Did your three children live with you while they | 10:25:35 |
| 10 | were growing up? | 10:25:39 |
| 11 | A.  Yeah.  At different times, yes. | 10:25:42 |
| 12 | Q.  What is your highest level of education? | 10:25:52 |
| 13 | A.  I completed high school and some college. | 10:25:58 |
| 14 | Q.  You graduated from high school?  Is that correct? | 10:26:04 |
| 15 | A.  I did.  I graduated in Arizona, so I also have a | 10:26:08 |
| 16 | GED in California, so I have both. | 10:26:12 |
| 17 | Q.  Why did you need a GED if you have a diploma? | 10:26:14 |
| 18 | A.  The reason why is because in -- so this all -- so | 10:26:21 |
| 19 | I got my GED when I was in prison and -- because I guess | 10:26:25 |
| 20 | so -- some -- some way that they look it up, the only | 10:26:29 |
| 21 | thing that comes up is things that, you know, happened in | 10:26:32 |
| 22 | California.  So if I would have -- if I would have gotten | 10:26:37 |
| 23 | my high school diploma in California, it would have came | 10:26:39 |
| 24 | up on their end, but for some reason because I got it | 10:26:42 |
| 25 | over in Arizona, it didn't come up on their end.  So -- | 10:26:46 |

1  but I graduated in Arizona.  I graduated from high school          10:26:50
2  in Arizona.  So I have both.                                       10:26:53
3      Q.  What was the name of the schools that you                  10:26:59
4  graduated from?                                                    10:27:03
5      A.  VisionQuest Lodgemakers, Elfrida, Arizona                  10:27:06
6      Q.  Can you say that again, please?                            10:27:09
7      A.  VisionQuest -- that's one word -- Lodgemakers in          10:27:12
8  Elfrida, Arizona.                                                  10:27:16
9      Q.  And what's the other school?                               10:27:19
10     A.  I -- I only graduated from one school.                    10:27:26
11     Q.  Okay.  You said you graduated from a school in            10:27:30
12  Arizona and then California.                                      10:27:33
13     A.  No, no, no --                                              10:27:37
14         ATTORNEY PACKER:  Objection.  Mis --                       10:27:38
15         THE WITNESS:  -- I graduated -- I -- I graduated          10:27:38
16  from -- from a school called VisionQuest Lodgemakers in           10:27:42
17  Arizona, California [sic].  And then I obtained my GED            10:27:47
18  from -- I want to say that that would be in Riverside            10:27:51
19  because that happened in CRC.                                     10:27:59
20     Q.  Okay.  What were you doing for work at the time of        10:28:01
21  this incident?                                                    10:28:09
22     A.  I was driving a truck.                                     10:28:10
23     Q.  For whom?                                                  10:28:14
24     A.  For Big O's (phonetic).  I was doing deliveries.          10:28:17
25     Q.  What was your salary?                                      10:28:22

| | | |
|---|---|---|
| 1 | A.  I would make generally around 4,000 a month. | 10:28:25 |
| 2 | Q.  4,000? | 10:28:29 |
| 3 | A.  Yes. | 10:28:32 |
| 4 | Q.  Per month? | 10:28:33 |
| 5 | A.  Per month, yeah. | 10:28:34 |
| 6 | Q.  Do you file tax returns? | 10:28:37 |
| 7 | ATTORNEY PACKER:  Objection.  Relevance.  I'm | 10:28:42 |
| 8 | going to instruct him not to answer that question, | 10:28:44 |
| 9 | potential Fifth Amendment concerns. | 10:28:46 |
| 10 | ATTORNEY KORNBLAU:  I saw you nod your head, | 10:28:48 |
| 11 | though.  Did you -- did you answer that -- | 10:28:50 |
| 12 | ATTORNEY PACKER:  I'm going to object.  Move to | 10:28:52 |
| 13 | strike that. | 10:28:53 |
| 14 | ATTORNEY KORNBLAU:  Okay.  You've already been | 10:28:56 |
| 15 | prosecuted, though, so I don't know if the Fifth | 10:29:15 |
| 16 | Amendment would apply here.  So I'll just reserve my | 10:29:18 |
| 17 | right to bring you back for a further deposition if I | 10:29:20 |
| 18 | decide that I want to pursue an answer to my questions, | 10:29:22 |
| 19 | okay? | 10:29:27 |
| 20 | ATTORNEY PACKER:  To -- let me clarify.  To that | 10:29:29 |
| 21 | question in particular, and the concern is that's a | 10:29:32 |
| 22 | separate sovereign that would have jurisdiction over that | 10:29:33 |
| 23 | issue. | 10:29:38 |
| 24 | ATTORNEY KORNBLAU:  Okay. | 10:29:38 |
| 25 | Q.  Okay.  So how long had you been employed with the | 10:29:46 |

HENRY MICHAEL BARNHILL                                   25

1    trucking company making deliveries?                    10:29:49

2        A.  Well, I've driven tow trucks.  I've driven a box    10:29:53

3    truck, and I was enrolled into a school out in Fontana    10:29:58

4    studying for my CDL-A.                                  10:30:06

5        Q.  Okay.  So what were you doing before working for    10:30:14

6    the trucking company?                                   10:30:18

7        A.  I was driving a tow truck.  So I've driven in    10:30:21

8    three different...                                      10:30:25

9            I've driven at four different towing -- towing    10:30:35

10   jobs.                                                   10:30:40

11       Q.  Okay.  Can you give me the names and dates when    10:30:42

12   you were employed by each of these places.              10:30:45

13       A.  I don't really recall the dates, but one of them    10:30:50

14   was Western Towing.  One of them was University Towing.    10:30:54

15   One of them was ABI Towing.  And one of them was Coastal    10:30:59

16   Pride Towing.                                           10:31:08

17       Q.  Okay.  Other than working for companies in the    10:31:09

18   capacity of a truck driver or towing vehicles, any other    10:31:14

19   employment?                                             10:31:20

20       A.  None really, not -- when I was younger, you know,    10:31:24

21   I had, like -- when I worked at, like, Pic 'N' Save.  I    10:31:28

22   think I was a teenager during those times, but, you know,    10:31:31

23   like, different little jobs like that.  I remember doing,    10:31:34

24   like -- I did some -- I did some sales.  That's when I    10:31:37

25   was -- I was really younger too.  That's -- that's really    10:31:43

HENRY MICHAEL BARNHILL                                    26

| | | |
|---|---|---|
| 1 | it, then the many, like, trucking jobs. | 10:31:46 |
| 2 | Q.  I understand you don't recall the employment years | 10:31:52 |
| 3 | for any of these companies. | 10:31:55 |
| 4 | Were -- why did you leave each one of them? | 10:31:58 |
| 5 | A.  Well, they were different times, you know.  There | 10:32:01 |
| 6 | were times when I had got incarcerated, so I was -- you | 10:32:11 |
| 7 | know, I -- I couldn't work, and there were -- I guess you | 10:32:14 |
| 8 | just -- the best way to say it, you know, different | 10:32:22 |
| 9 | circumstances in life. | 10:32:29 |
| 10 | Q.  What circumstances?  Were you terminated or did | 10:32:30 |
| 11 | you decide to leave? | 10:32:32 |
| 12 | A.  Well, during the times when -- you know, when I | 10:32:34 |
| 13 | had got incarcerated, I don't know whether I was | 10:32:38 |
| 14 | terminated or not.  I don't know what happened, you know, | 10:32:41 |
| 15 | around those times, but, you know, I couldn't work and | 10:32:43 |
| 16 | that -- that's it. | 10:32:48 |
| 17 | Q.  What crimes have you been convicted of during your | 10:32:49 |
| 18 | lifetime? | 10:33:01 |
| 19 | ATTORNEY PACKER:  Objection.  Relevance. | 10:33:02 |
| 20 | Hold on just a second. | 10:33:04 |
| 21 | Objection.  Relevance. | 10:33:07 |
| 22 | Go ahead. | 10:33:09 |
| 23 | THE WITNESS:  I've been -- to the best of my | 10:33:09 |
| 24 | recollection, I've been convicted of possession of a | 10:33:11 |
| 25 | controlled substance, receiving money from prostitution, | 10:33:19 |

| | | |
|---|---|---|
| 1 | domestic violence.  Oh, and I got -- and the possession | 10:33:30 |
| 2 | of a firearm on this case right here, and that's all I | 10:33:35 |
| 3 | recall.  Two, three cases.  Domestic violence, possession | 10:33:44 |
| 4 | of a firearm, and receiving money from prostitution. | 10:33:51 |
| 5 | BY ATTORNEY KORNBLAU: | 10:33:57 |
| 6 |   Q.  How many times were you convicted of DV, domestic | 10:33:57 |
| 7 | violence? | 10:34:02 |
| 8 |   A.  Twice, I believe, that was -- | 10:34:02 |
| 9 |   Q.  Was that the same woman or man or different? | 10:34:06 |
| 10 |   A.  Two.  Different. | 10:34:11 |
| 11 |   Q.  Two different women? | 10:34:13 |
| 12 |   A.  Yes. | 10:34:16 |
| 13 |   Q.  What are their names? | 10:34:17 |
| 14 |     ATTORNEY PACKER:  Objection.  Relevance. | 10:34:19 |
| 15 |     Go ahead. | 10:34:21 |
| 16 |     THE WITNESS:  One's name is Michelle (phonetic) | 10:34:22 |
| 17 | and the other is Rachel. | 10:34:24 |
| 18 | BY ATTORNEY KORNBLAU: | 10:34:26 |
| 19 |   Q.  What's Michelle's last name? | 10:34:26 |
| 20 |   A.  Her last name is ari -- Ariza (phonetic), Ariza, | 10:34:29 |
| 21 | something lake that.  Uriza (phonetic)?  Yeah, Uriza, | 10:34:42 |
| 22 | something like that.  That's her maiden name, Uriza.  You | 10:34:46 |
| 23 | Ursua.  That's what it is, Ursua. | 10:34:52 |
| 24 |   Q.  On April 29, 2022, with were you prohibited from | 10:34:54 |
| 25 | being in possession of a firearm? | 10:34:58 |

| 1 | ATTORNEY PACKER:  Objection.  Relevance. | 10:35:00 |
|---|---|---|
| 2 | Go ahead. | 10:35:02 |
| 3 | THE WITNESS:  Then I was permitted from owning a | 10:35:05 |
| 4 | firearm, yes, and possessing a firearm, yes. | 10:35:08 |
| 5 | BY ATTORNEY KORNBLAU: | 10:35:12 |
| 6 | Q.  Is there a difference in your mind between owning | 10:35:14 |
| 7 | and possessing? | 10:35:16 |
| 8 | A.  Yeah.  I mean -- | 10:35:22 |
| 9 | Q.  What's the difference? | 10:35:23 |
| 10 | A.  I mean, they're -- they're kind of the same | 10:35:24 |
| 11 | because in order to own a gun you have to -- I guess you | 10:35:26 |
| 12 | would have possession of it.  So I guess they're similar. | 10:35:32 |
| 13 | Q.  So you -- | 10:35:35 |
| 14 | A.  So it's -- | 10:35:38 |
| 15 | Q.  Can you -- | 10:35:38 |
| 16 | A.  -- my understanding -- | 10:35:39 |
| 17 | Q.  Can you be -- | 10:35:40 |
| 18 | A.  -- my understanding -- | 10:35:40 |
| 19 | Q.  -- in a home -- sorry.  What were you saying? | 10:35:42 |
| 20 | A.  (Audio distortion). | 10:35:46 |
| 21 | Q.  I didn't hear what you said. | 10:35:47 |
| 22 | A.  You -- you kind of cut off.  You said if I was in | 10:35:50 |
| 23 | a home, and you just cut off. | 10:35:56 |
| 24 | Q.  Can you be in a home living with someone who owns | 10:35:58 |
| 25 | a firearm? | 10:36:01 |

| 1 | ATTORNEY PACKER:  Objection.  Calls for a legal | 10:36:01 |
| 2 | conclusion.  Vague. | 10:36:03 |
| 3 | Go ahead, if you understand. | 10:36:03 |
| 4 | THE WITNESS:  I believe so.  To my understanding, | 10:36:05 |
| 5 | I can.  I just can't have ownership of a firearm or | 10:36:09 |
| 6 | actual possess a firearm. | 10:36:13 |
| 7 | BY ATTORNEY KORNBLAU: | 10:36:14 |
| 8 | Q.  Okay.  So can you use that firearm as long as you | 10:36:15 |
| 9 | don't own it? | 10:36:17 |
| 10 | A.  No.  I can't use it, no. | 10:36:19 |
| 11 | Q.  So you can be in a home with guns; you just can't | 10:36:22 |
| 12 | own it and you can't use it? | 10:36:28 |
| 13 | A.  Correct. | 10:36:31 |
| 14 | Q.  Okay.  So you can -- | 10:36:32 |
| 15 | A.  That's my understanding. | 10:36:33 |
| 16 | Q.  -- pick it up? | 10:36:35 |
| 17 | A.  No, no, no, no, no.  That would be using it. | 10:36:37 |
| 18 | Q.  Okay.  So being near a -- | 10:36:40 |
| 19 | A.  So I can't -- | 10:36:43 |
| 20 | Q.  -- that be -- | 10:36:44 |
| 21 | A.  I can -- | 10:36:45 |
| 22 | Q.  -- being near a gun -- | 10:36:46 |
| 23 | A.  I can have -- | 10:36:46 |
| 24 | Q.  -- that you can see out in the open, would that be | 10:36:47 |
| 25 | okay? | 10:36:49 |

| | | |
|---|---|---|
| 1 | ATTORNEY PACKER:  Objection.  Vague.  Calls -- | 10:36:49 |
| 2 | THE WITNESS:  Yeah, I -- | 10:36:49 |
| 3 | ATTORNEY PACKER:  -- for a legal conclusion. | 10:36:49 |
| 4 | Hold on.  Okay.  Go ahead. | 10:36:56 |
| 5 | THE WITNESS:  I don't think that that -- I don't | 10:36:57 |
| 6 | think I'm prohibited from that.  I think I'm just | 10:36:59 |
| 7 | prohibited from, like, physically possessing it and | 10:37:01 |
| 8 | owning it.  I don't think I'm prohibited from, like, | 10:37:03 |
| 9 | someone else owning it.  It's kind of like if I got into | 10:37:07 |
| 10 | a cop car or a car and they had a firearm that was -- I | 10:37:09 |
| 11 | don't visually see, I don't have possession of it, I | 10:37:14 |
| 12 | don't have ownership of it. | 10:37:14 |
| 13 | BY ATTORNEY KORNBLAU: | 10:37:19 |
| 14 | Q.  Were you aware that Rachel, your girlfriend who | 10:37:19 |
| 15 | you were living with, owned a firearm? | 10:37:23 |
| 16 | A.  Yes. | 10:37:25 |
| 17 | Q.  Did you see that firearm? | 10:37:25 |
| 18 | ATTORNEY PACKER:  Objection.  Relevance. | 10:37:27 |
| 19 | THE WITNESS:  The firearm was stored in a safe, | 10:37:30 |
| 20 | so, like, you can't -- you can't see it. | 10:37:32 |
| 21 | BY ATTORNEY KORNBLAU: | 10:37:38 |
| 22 | Q.  Did you ever see Rachel's firearm? | 10:37:38 |
| 23 | A.  Yes, I have. | 10:37:40 |
| 24 | Q.  Did you ask Rachel to purchase a firearm? | 10:37:41 |
| 25 | ATTORNEY PACKER:  Objection.  Relevance. | 10:37:45 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  I think that during that time Rachel | 10:37:49 |
| 2 | had concerns because her ex-boyfriend was sending people | 10:37:52 |
| 3 | to the house in the middle of the night.  You know, so we | 10:37:57 |
| 4 | had video surveillance that the -- these people come to | 10:38:00 |
| 5 | the house, and so she was fearful of that, and so she | 10:38:06 |
| 6 | decided to get a firearm.  We had a conversation -- we | 10:38:09 |
| 7 | had several conversations about it, and so that's what | 10:38:12 |
| 8 | kind of prompted her to get a firearm. | 10:38:14 |
| 9 | BY ATTORNEY KORNBLAU: | 10:38:15 |
| 10 | Q.  Did you encourage Rachel to get a firearm? | 10:38:16 |
| 11 | ATTORNEY PACKER:  Objection.  Relevance. | 10:38:18 |
| 12 | Go ahead. | 10:38:24 |
| 13 | THE WITNESS:  I wouldn't -- I don't know if you | 10:38:26 |
| 14 | would call it encouraging her.  I think that we both had | 10:38:29 |
| 15 | a conversation and it kind of led to her deciding to get | 10:38:33 |
| 16 | a firearm.  I think that that was a decision that she | 10:38:38 |
| 17 | ultimately made herself. | 10:38:42 |
| 18 | BY ATTORNEY KORNBLAU: | 10:38:44 |
| 19 | Q.  Were you aware that she had purchased a firearm? | 10:38:44 |
| 20 | A.  I was. | 10:38:47 |
| 21 | Q.  And did you know where she stored it? | 10:38:48 |
| 22 | A.  She stored it in -- in -- inside of a little safe | 10:38:52 |
| 23 | that she would also store inside a bigger safe.  So | 10:38:57 |
| 24 | there's two different safes.  There's a -- a gun safe, | 10:39:01 |
| 25 | and then there's a -- like, a big safe.  So, like, even | 10:39:04 |

1    when she would store it in the big safe, it would still     10:39:07

2    be in the little safe.                                       10:39:11

3      Q.  Okay.  And how would she access the safe?             10:39:12

4         ATTORNEY PACKER:  Objection.  Calls for                10:39:15

5    speculation.                                                 10:39:16

6         Go ahead, if you know.                                 10:39:16

7         THE WITNESS:  She would access the safe -- I           10:39:18

8    believe the little safe needed a key, and the bigger safe   10:39:22

9    you'd have to have a password.                               10:39:25

10   BY ATTORNEY KORNBLAU:                                        10:39:27

11     Q.  Okay.  Did you know the password?                     10:39:28

12        Can you repeat your response, please.                  10:39:34

13     A.  I did.                                                 10:39:36

14     Q.  You did have the password to the safe, correct?      10:39:37

15     A.  Yes.                                                   10:39:41

16     Q.  And then the other safe that had a key, where was    10:39:43

17   the key kept?                                                10:39:47

18        ATTORNEY PACKER:  Objection.  Relevance.  Calls        10:39:49

19   for speculation.                                             10:39:52

20        If you know.                                           10:39:52

21        THE WITNESS:  I don't know.  You know, I can           10:39:53

22   guess, but I don't know for certain.                        10:39:57

23   BY ATTORNEY KORNBLAU:                                        10:39:58

24     Q.  I don't want you to guess, but do you know whether   10:39:59

25   or not Rachel had it with her, or did she hide it           10:40:01

```
 1  somewhere or keep it somewhere?                     10:40:04
 2       ATTORNEY PACKER:  Same objections.  Relevance.  10:40:05
 3  Speculation.                                         10:40:07
 4       Go ahead, if you know.                          10:40:08
 5       THE WITNESS:  Yeah, I don't -- I don't know for 10:40:09
 6  certain where she -- you know, where she would keep it 10:40:12
 7  at.                                                  10:40:15
 8       ATTORNEY KORNBLAU:  Okay.  And I'll just put on 10:40:16
 9  the record that saying "if you know" is coaching a   10:40:22
10  witness so...                                        10:40:24
11    Q.  Okay.  So regardless, you were aware that Rachel 10:40:25
12  had -- or owned a firearm and she kept it in the     10:40:29
13  residence where you both lived, correct?             10:40:33
14    A.  Correct.                                       10:40:41
15    Q.  You were previously convicted of PC 273.5(a) in 10:41:00
16  2018.  Do you recall that?                           10:41:05
17       ATTORNEY PACKER:  Objection.  Relevance.        10:41:08
18       Go ahead.                                       10:41:15
19       THE WITNESS:  I'm not sure what that Penal Code 10:41:16
20  is.                                                  10:41:19
21  BY ATTORNEY KORNBLAU:                                10:41:21
22    Q.  You were sentenced to eight years in prison, and 10:41:22
23  the 245(a)(4) is assault with a deadly weapon with force, 10:41:29
24  possible GBI.  Do you recall that?                   10:41:36
25    A.  So with a deadly weapon?                       10:41:38
```

HENRY MICHAEL BARNHILL                                    34

1        ATTORNEY PACKER:  Ho -- hold on a second.        10:41:43

2   Objection.  Relevance.  Objection.  Vague.           10:41:46

3        Go ahead.                                         10:41:48

4        THE WITNESS:  What year -- what year are we      10:41:48

5   talking about?  Sorry.                                10:41:51

6        ATTORNEY KORNBLAU:  2018.                         10:41:52

7        THE WITNESS:  No, just -- I -- I -- I was -- there  10:41:53

8   was no weapon.                                         10:41:59

9   BY ATTORNEY KORNBLAU:                                  10:42:00

10   Q.  Okay.  San Diego Court Case Number SCE366539.  You  10:42:00

11  don't recall that?                                     10:42:11

12   A.  In 2018, there was no conviction there.  What      10:42:16

13  happened is that case got overturned.  The case was    10:42:21

14  vacated.  There was a granting of a new trial.         10:42:26

15   Q.  Okay.  What about a DV incident, San Diego County  10:42:31

16  Court Case Number SVD20200106?                         10:42:40

17       ATTORNEY PACKER:  Objection.  Relevance.          10:42:45

18       THE WITNESS:  I don't -- I don't recall numbers,   10:42:50

19  so when you ask me a number, I don't -- I -- I can't    10:42:53

20  recall any case numbers.                               10:42:58

21  BY ATTORNEY KORNBLAU:                                  10:42:59

22   Q.  Okay.  So the case was -- the DV, it was issued in  10:42:59

23  2022, expires January 5th, 2030, so it's a ten-year --  10:43:04

24   A.  Oh --                                             10:43:11

25   Q.  -- D --                                           10:43:13

HENRY MICHAEL BARNHILL                                    35

1          ATTORNEY PACKER:  Hold on a second.  Hold on.        10:43:13

2    Objection.  Vague.  Objection.  Relevance.                 10:43:16

3    BY ATTORNEY KORNBLAU:                                      10:43:21

4      Q.  Do you recall that?                                  10:43:21

5      A.  You talking about a protective order?                10:43:23

6      Q.  Yes.                                                 10:43:23

7      A.  Yes.                                                 10:43:35

8      Q.  So you are aware of a protective order that was in   10:43:35

9    place from January 6th, 2020, and expires in 2030,         10:43:37

10   correct?                                                   10:43:43

11     A.  Yes.                                                 10:43:44

12     Q.  And then you were sentenced to three years in        10:43:44

13   prison.  It's Court Case Number SVD1322681.                10:43:47

14         ATTORNEY PACKER:  Objection.  Relevance              10:43:59

15         Go ahead.                                            10:44:06

16         THE WITNESS:  I'm not -- are -- are -- are you       10:44:07

17   referring to the same year?                                10:44:09

18         ATTORNEY KORNBLAU:  Yes.                             10:44:10

19         THE WITNESS:  Whenever -- whenever -- just for the   10:44:11

20   record, whenever you say a case number, I don't know --    10:44:13

21   first of all, I don't know what the case number is, so I   10:44:16

22   don't know what case number goes to what, so I don't want  10:44:19

23   there to be any confusion to that so -- but 2018, yeah.    10:44:24

24   Yeah.  2018, yeah, I took a deal -- yeah, I took a no --   10:44:30

25   oh, no, 2020.  That case got vacated once I admitted.      10:44:38

```
1   BY ATTORNEY KORNBLAU:                                  10:44:42

2     Q.  Okay.  You were convicted on July 28, 2023, of  10:44:43

3   three misdemeanor counts and five felony counts related 10:44:51

4   to the incident that we're here today talking about.   10:44:55

5        Are you aware of that?                            10:44:59

6        ATTORNEY PACKER:  Objection.  Vague.  Objection.  10:45:01

7   Relevance.                                             10:45:02

8        Go ahead.                                         10:45:03

9        THE WITNESS:  Okay.  I'm not sure on the number of 10:45:05

10  misdemeanors or the number of felonies.  And what year -- 10:45:11

11  what year was that?                                    10:45:15

12       ATTORNEY KORNBLAU:  July 28, 2023.  And here, I'll 10:45:16

13  be specific.  You were convicted of PC 243, domestic   10:45:20

14  battery; of PC 240, assault; PC 422, criminal threats; 10:45:26

15  PC 30305, possession of ammunition; PC 29800, possession 10:45:35

16  of a firearm; VC 2800.2, evading; PC 29825, possession of 10:45:43

17  a firearm in violation of CPO; and PC 148, resisting e  10:45:53

18  delaying, obstructing arrest.                          10:45:58

19       THE WITNESS:  Okay.  So this is just like the case 10:46:02

20  in 2018, so you have two different instances to where two 10:46:04

21  different things that happened.  So in this case in     10:46:10

22  particular here, yes, there was a conviction.  Then there 10:46:13

23  was an appeal.  Then it was returned to the court.     10:46:17

24       When it returned to the court, because there was a 10:46:20

25  issue where they didn't give the correct self-defense  10:46:24
```

| | | |
|---|---|---|
| 1 | instructions because there was an incident in -- during | 10:46:28 |
| 2 | one of those -- during the course of one of those where | 10:46:32 |
| 3 | she had discharged a firearm at me, and so they didn't | 10:46:34 |
| 4 | give a self-defense instruction, and so when I went back | 10:46:38 |
| 5 | to court, the district attorney already -- not two of | 10:46:42 |
| 6 | those cases, so to my understanding, I -- I don't have | 10:46:46 |
| 7 | the convictions to those batteries because the district | 10:46:54 |
| 8 | attorney elected not to pursue those cases because they | 10:46:54 |
| 9 | -- instead, what the higher court, the appellate court, | 10:46:57 |
| 10 | did is they gave me a new trial on the -- on -- on the | 10:46:59 |
| 11 | batteries, and they elected not to take me to trial on | 10:47:02 |
| 12 | it, so they dismissed it. | 10:47:05 |
| 13 | BY ATTORNEY KORNBLAU: | 10:47:07 |
| 14 | Q.  Only on the battery claim; is that right? | 10:47:07 |
| 15 | A.  Yes, on that -- yeah, whatever -- yeah, on the -- | 10:47:11 |
| 16 | on the, yeah, battery charge. | 10:47:15 |
| 17 | Q.  Okay.  Any of the other counts? | 10:47:17 |
| 18 | A.  No.  So right now, as I sit here today, my best | 10:47:19 |
| 19 | recollection, I'm -- I'm -- for terrorist threat, | 10:47:24 |
| 20 | terrorist threat, possession of a firearm and evading. | 10:47:32 |
| 21 | Yeah. | 10:47:37 |
| 22 | Q.  You said "possession of a firearm" and what else? | 10:47:38 |
| 23 | A.  So I'm charged with criminal threat, possession of | 10:47:44 |
| 24 | a firearm and evading.  So that's the reason why I'm here | 10:47:46 |
| 25 | in prison. | 10:47:50 |

 1     Q.  So that was what?                              10:47:51

 2     A.  In this case right here, possession of a firearm,   10:47:53

 3  evading and -- and criminal threat.  The batteries, they   10:47:57

 4  didn't -- they didn't pursue those charges.  They        10:48:01

 5  dismissed those.  So instead of taking me back to trial   10:48:04

 6  and having a new trial, they dismissed it.               10:48:06

 7     Q.  Okay.  So what about the PC 148?  You don't know   10:48:08

 8  what Penal Code Section 148 is?                           10:48:20

 9     A.  What is that?                                    10:48:22

10     Q.  Okay.  So that's resisting, delaying, obstructing   10:48:25

11  arrest.  So is it your understanding that evading is the   10:48:28

12  same thing?                                              10:48:31

13     A.  Yeah.  So, yeah -- yeah, an evading an arrest is   10:48:33

14  resisting.                                               10:48:38

15     Q.  And you were convicted of both of those; is that   10:48:39

16  right?                                                   10:48:43

17     A.  I was -- to my under -- yeah, I believe so.     10:48:43

18     Q.  Was that -- was -- were either of those appealed?   10:48:48

19        ATTORNEY PACKER:  Can you rephrase that?  I --    10:48:53

20  or restate that.  I just didn't hear it.  Or read it    10:48:55

21  back.  I'm sorry.                                        10:48:59

22  BY ATTORNEY KORNBLAU:                                    10:49:00

23     Q.  Was either the V -- Vehicle Code Section 2800 for   10:49:00

24  evading or Penal Code Section 148 for resisting,         10:49:06

25  delaying, obstructing arrest appealed?                   10:49:12

1    A.  No, no, no.  So, yeah, I'm convicted of -- of        10:49:17

2    evading and resisting, yes.  Yeah.                        10:49:20

3    Q.  You were convicted of both of those counts; is        10:49:25

4    that correct?                                             10:49:29

5    A.  I believe so, yes.                                    10:49:29

6    Q.  And those were not appealed; is that correct?         10:49:31

7    A.  No.  No.  No, they weren't.                           10:49:35

8    Q.  "No," they were not appealed; is that right?          10:49:37

9        ATTORNEY PACKER:  Objection.  Calls for               10:49:41

10   speculation.                                              10:49:42

11       Go ahead.  Sorry.                                     10:49:42

12       THE WITNESS:  I don't -- I don't think so.  I         10:49:45

13   don't --                                                  10:49:49

14   BY ATTORNEY KORNBLAU:                                     10:49:49

15   Q.  Are you currently serving time as a result of this    10:49:49

16   incident?                                                 10:49:52

17       ATTORNEY PACKER:  Objection.  Vague.                  10:49:54

18       THE WITNESS:  The -- to what charges?                 10:50:00

19       ATTORNEY KORNBLAU:  For any of the charges related    10:50:03

20   to the incident that occurred on April 29, 2022.          10:50:07

21       THE WITNESS:  From my understanding, I'm currently    10:50:13

22   serving charges -- I'm serving -- serving time for        10:50:15

23   criminal threat, possession of a firearm, evading and     10:50:18

24   resisting.  So the evading and resisting are -- are --    10:50:22

25   are the same thing.                                       10:50:28

| | | |
|---|---|---|
| 1 | BY ATTORNEY KORNBLAU: | 10:50:29 |
| 2 | Q.  Okay.  They're two separate counts, though.  Do | 10:50:29 |
| 3 | you understand that? | 10:50:34 |
| 4 | A.  Yes. | 10:50:34 |
| 5 | Q.  So you're serving time for the PC 148, correct? | 10:50:36 |
| 6 | ATTORNEY PACKER:  Objection -- | 10:50:43 |
| 7 | THE WITNESS:  That's -- | 10:50:44 |
| 8 | ATTORNEY PACKER:  Relevance.  Vague. | 10:50:44 |
| 9 | Go ahead. | 10:50:46 |
| 10 | THE WITNESS:  That's evading? | 10:50:47 |
| 11 | BY ATTORNEY KORNBLAU: | 10:50:50 |
| 12 | Q.  The PC 148 is for resist, delay, obstruct arrest | 10:50:50 |
| 13 | so are you serving time for that? | 10:50:55 |
| 14 | A.  Oh, yeah, yeah, yeah, yeah, yeah.  Yeah. | 10:50:56 |
| 15 | Q.  Yes, you are?  Is that -- I'm hearing you? | 10:50:58 |
| 16 | A.  Yeah, the -- | 10:51:02 |
| 17 | ATTORNEY PACKER:  Objection.  Relevance.  Calls | 10:51:03 |
| 18 | for speculation. | 10:51:05 |
| 19 | Hold on.  Go ahead. | 10:51:05 |
| 20 | BY ATTORNEY KORNBLAU: | 10:51:06 |
| 21 | Q.  Are you also serving time for Vehicle Code | 10:51:07 |
| 22 | Section 2800, evading? | 10:51:11 |
| 23 | A.  I believe so. | 10:51:14 |
| 24 | (Stenographer interrupts to ask witness to stay in | 10:51:14 |
| 25 | camera view.) | 10:51:40 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  Sometimes I get confused because | 10:51:40 |
| 2 | the -- like, sometimes it goes in and out so I have to | 10:51:42 |
| 3 | kind of, like, put everything together. | 10:51:45 |
| 4 | BY ATTORNEY KORNBLAU: | 10:51:49 |
| 5 |   Q.  Okay.  So just to be specific, Count 10 was | 10:51:51 |
| 6 | resisting a police officer in the performance or | 10:52:05 |
| 7 | attempted performance of his or her duties in violation | 10:52:08 |
| 8 | of Penal Code Section 148(a).  So were -- | 10:52:10 |
| 9 |     ATTORNEY PACKER:  Objection.  Relevance. | 10:52:16 |
| 10 |     Sorry.  Go ahead. | 10:52:17 |
| 11 | BY ATTORNEY KORNBLAU: | 10:52:17 |
| 12 |   Q.  So were you convicted of resisting a police | 10:52:18 |
| 13 | officer in the performance or attempted performance of | 10:52:20 |
| 14 | his or her duties in violation of Penal Code Section | 10:52:20 |
| 15 | 148(a)? | 10:52:23 |
| 16 |     ATTORNEY PACKER:  Objection.  Relevance. | 10:52:23 |
| 17 | Speculation. | 10:52:25 |
| 18 |     Go ahead. | 10:52:26 |
| 19 |     THE WITNESS:  To my understanding, because I got | 10:52:27 |
| 20 | out the car and I ran to the door, that was considered | 10:52:31 |
| 21 | resisting arrest, so I was found guilty of that. | 10:52:34 |
| 22 | BY ATTORNEY KORNBLAU: | 10:52:39 |
| 23 |   Q.  And what is your understanding based on? | 10:52:40 |
| 24 |     ATTORNEY PACKER:  Objection.  Relevance. | 10:52:42 |
| 25 |     THE WITNESS:  Well, to the best of my | 10:52:47 |

| | | |
|---|---|---|
| 1 | understanding, it was the -- the explanation -- it was | 10:52:48 |
| 2 | two things to how -- my -- my understanding.  It was from | 10:52:53 |
| 3 | what my lawyer -- | 10:52:57 |
| 4 |     ATTORNEY PACKER:  Objection. | 10:52:58 |
| 5 |     THE WITNESS:  -- explained to. | 10:53:00 |
| 6 |     ATTORNEY KORNBLAU:  Hold on. | 10:53:01 |
| 7 |     ATTORNEY PACKER:  Mr. Barnhill, I'm going to | 10:53:02 |
| 8 | caution you -- | 10:53:03 |
| 9 |     ATTORNEY KORNBLAU:  I -- | 10:53:03 |
| 10 |     ATTORNEY PACKER:  Go ahead.  Sorry. | 10:53:04 |
| 11 | BY ATTORNEY KORNBLAU: | 10:53:06 |
| 12 |   Q.  Yeah, so, Mr. Barnhill, we don't want you to give | 10:53:06 |
| 13 | us any information about discussions that you've had with | 10:53:09 |
| 14 | lawyers. | 10:53:12 |
| 15 |   A.  Oh, okay. | 10:53:13 |
| 16 |   Q.  Only -- only with your -- your civil attorney, | 10:53:14 |
| 17 | though, Mr. Packer or anyone with regards to your civil | 10:53:16 |
| 18 | case. | 10:53:22 |
| 19 |     ATTORNEY PACKER:  Well, I'm -- I'm going to | 10:53:23 |
| 20 | suggest any conversations with his criminal lawyer would | 10:53:25 |
| 21 | also be protected, and you should not discuss those | 10:53:29 |
| 22 | either. | 10:53:33 |
| 23 | BY ATTORNEY KORNBLAU: | 10:53:34 |
| 24 |   Q.  So you can tell me if it's based on a conversation | 10:53:34 |
| 25 | with a lawyer, but don't tell me what the substance of | 10:53:37 |

HENRY MICHAEL BARNHILL                                43

1    the conversation was.                                    10:53:41

2        A.   Yeah.   To my understanding, it was because I got  10:53:45

3    out the car and ran to the door that was resisting      10:53:47

4    arrest.                                                  10:53:51

5        Q.   And you knew that it was police officers, correct?  10:53:51

6        A.   Yes.   That -- yeah.                            10:53:57

7        Q.   Okay.   So when you got out of the car, you were  10:54:01

8    aware that police officers were trying to stop you,     10:54:04

9    correct?                                                 10:54:06

10       A.   Yeah.   I kind of -- everything kind of, like, came  10:54:06

11   back to focus once I got to the door, kind of, like, you  10:54:09

12   know, I saw the officer running at me, and I just froze.  10:54:13

13   You know, it's like at that time my brain was putting    10:54:17

14   everything together.                                    10:54:22

15       Q.   Okay.   So you --                               10:54:23

16       A.   Kind of like --                                10:54:25

17       Q.   So you did know, though -- getting out of the car,  10:54:26

18   you said you ran, and you knew that it was a police     10:54:27

19   officer trying to stop you; is that right?             10:54:28

20       A.   Yeah, I was -- I was in fight-or-flight mode.   I  10:54:31

21   was just -- I was just trying to get somewhere safe.    10:54:37

22       Q.   So at what point were you aware that police      10:54:40

23   officers were trying to stop you, detain you, arrest you?  10:54:42

24   When were you aware of police officers being involved?  10:54:46

25       A.   I think that when -- when everything became clear  10:54:48

```
 1   to me what was -- what was going down, like, everything      10:54:51
 2   was coming to focus was when I was on the porch.             10:54:55
 3      Q.  Okay.  And why were things coming into focus only    10:55:00
 4   when you were on the porch?                                  10:55:04
 5      A.  Because at that time I seen a officer running --      10:55:06
 6   you know, running towards me, you know, so everything --     10:55:10
 7   I didn't understand what was going on.  I didn't -- I        10:55:12
 8   didn't understand why the officers, you know, were --       10:55:14
 9   were running at me, why he had his gun drawn when he was     10:55:17
10   running at me, and I think at that time I just started,      10:55:22
11   like, placing everything, the reality of -- of -- of what    10:55:24
12   was happening, you know --                                   10:55:28
13      Q.  Okay.  So --                                          10:55:28
14      A.  -- started to realize it.                             10:55:29
15      Q.  So you said that you saw police officers running      10:55:31
16   at you, and that was before you were on the porch,           10:55:35
17   correct?                                                     10:55:38
18      A.  I think I had turned to look over my shoulder         10:55:39
19   or -- I think -- once I was on the porch and I had turned    10:55:45
20   and I -- and I had looked, I could see him run -- running    10:55:49
21   towards me.                                                  10:55:52
22      Q.  So you didn't see any officers until after you        10:55:52
23   were on the porn?                                            10:55:55
24      ATTORNEY PACKER:  Objection.  Misstates testimony.        10:55:56
25   Relevance.                                                   10:55:59
```

| | | |
|---|---|---|
| 1 | Go ahead. | 10:55:59 |
| 2 | ATTORNEY KORNBLAU:  I'm having a hard time -- | 10:56:00 |
| 3 | THE WITNESS:  So -- | 10:56:00 |
| 4 | ATTORNEY KORNBLAU:  -- following you because it | 10:56:02 |
| 5 | just sounds like you're contradicting yourself but -- | 10:56:03 |
| 6 | so -- okay -- | 10:56:07 |
| 7 | THE WITNESS:  So -- | 10:56:08 |
| 8 | ATTORNEY KORNBLAU:  -- back --let go back to the | 10:56:09 |
| 9 | beginning of the incident and just take it step-by-step. | 10:56:10 |
| 10 | Maybe that's a -- a better way to do this. | 10:56:13 |
| 11 | Q.  So why don't you start with the previous day on | 10:56:16 |
| 12 | April 28th, 2022. | 10:56:20 |
| 13 | What occurred between you and your girlfriend or | 10:56:23 |
| 14 | ex-girlfriend Rachel? | 10:56:27 |
| 15 | ATTORNEY PACKER:  Objection.  Relevance. | 10:56:29 |
| 16 | Go ahead. | 10:56:31 |
| 17 | THE WITNESS:  So the day prior, essentially my | 10:56:32 |
| 18 | girlfriend -- I had left my watch in the house.  And so I | 10:56:39 |
| 19 | was outside in the back talking to my sister in the | 10:56:43 |
| 20 | alley.  They were having, like, a little get-together in | 10:56:47 |
| 21 | -- in the garage with some of her and her friends.  So I | 10:56:51 |
| 22 | was back there talking to my sister in the alley, and I | 10:56:53 |
| 23 | guess Rachel had accessed the cameras, and so she was | 10:56:56 |
| 24 | able to see and hear our conversation.  And so while I | 10:56:59 |
| 25 | was out there, I was having -- I was receiving texts from | 10:57:03 |

```
 1   -- from a woman named Zedonia (phonetic).  And the texts     10:57:06
 2   were going to my watch.  So she was able to read the         10:57:10
 3   texts as, you know, I was texting her and the texts were     10:57:14
 4   -- so she was able to read both side of the texts.           10:57:17
 5       So when I -- when I went back to the house, she          10:57:20
 6   confronted me about that, and, you know, we had the -- a     10:57:22
 7   verbal argument.  You know, there were threats that were,    10:57:25
 8   you know, being exchanged between the two of us.  I told     10:57:29
 9   her that I was going to beat her ass, you know, myself.      10:57:32
10   I told her -- I also told her that I was going to, you       10:57:36
11   know, have my sister kick her ass, and, you know, from --    10:57:38
12   from that point we kind of, like, argued and went to         10:57:42
13   sleep.                                                       10:57:45
14   BY ATTORNEY KORNBLAU:                                        10:57:46
15       Q.  Was there a gun involved?                            10:57:46
16       A.  No.  Never got a gun.                                10:57:48
17       Q.  Did Rachel point a gun at you?                       10:57:52
18       A.  No.  Rachel pointed me -- a gun at me in a -- a      10:57:55
19   different incident prior to that.                            10:58:01
20       Q.  When did Rachel point a gun at you?                  10:58:02
21       ATTORNEY PACKER:  Objection.  Relevance.                 10:58:04
22       THE WITNESS:  I'm not sure on the date, but it          10:58:05
23   relates to one of the charges that I had.                    10:58:10
24   BY ATTORNEY KORNBLAU:                                        10:58:14
25       Q.  Can you give me an estimate?  A month?  A year?      10:58:14
```

1      A.  I believe it was a couple weeks prior to that.        10:58:19

2      Q.  So it was still in April of 2022?                     10:58:22

3      A.  Yeah.  A week or two prior to that, somewhere --      10:58:27

4  it was -- it wasn't -- it wasn't too far.  It was, like,      10:58:31

5  maybe a week or two.  Not sure.                               10:58:35

6      Q.  So a week or two before April 28, 2022, Rachel        10:58:38

7  pointed a gun at you?                                         10:58:41

8      A.  Yeah, she pointed a gun and shot me.  That's why      10:58:43

9  there's a bullet hole through the window and a bullet         10:58:47

10  hole in the back gate.                                        10:58:51

11      Q.  You cut out a little bit.  You said she pointed a    10:58:53

12  gun at you and something else?                                10:58:56

13      A.  Yeah, and she shot me.                                10:58:59

14      Q.  She fired the gun?                                    10:59:02

15      A.  Yeah, she fired the gun.  Yes.                        10:59:04

16      Q.  In your direction?                                    10:59:05

17      A.  Yes.  It -- it -- it went through my -- through my   10:59:06

18  windbreaker.  Because at the time I was getting dressed       10:59:08

19  because I was planning to go down to San Diego to see         10:59:11

20  another woman.  And so at the time I was -- I was putting     10:59:14

21  my windbreaker on when the gun actually launched, so it       10:59:16

22  went -- it went through my windbreaker.  It went through      10:59:21

23  the -- through the blinds, then through the sheer             10:59:26

24  curtains, the cloth curtains through the -- through the       10:59:30

25  -- the glass and then out the back gate.                      10:59:32

1    Q.  So you're saying Rachel tried to stop you from                10:59:33

2  cheating on her?                                                    10:59:36

3        ATTORNEY PACKER:  Objection.  Relevance.                     10:59:37

4        THE WITNESS:  I don't -- I don't know what her               10:59:41

5  mind was thinking or why she did -- I want to believe             10:59:44

6  that it was an accident.  That's what I honestly want to          10:59:50

7  believe because at the time, you know, she was kind of            10:59:53

8  heated, and she was trying to cock the gun back.  She was         10:59:56

9  having difficulties cocking the gun.  So, you know, she           11:00:00

10  was talking to me at the same time while she was -- she          11:00:04

11  was cocking the gun back.  So in my mind I'm thinking,           11:00:08

12  you know, she was just trying to scare me a bit, right?          11:00:10

13  You know, so when she's trying to cock the gun back, the          11:00:12

14  gun goes off.  You know, boom, it goes off, and she             11:00:16

15  immediately drops it.                                            11:00:19

16        So when she drops it, we both kind of, like,               11:00:20

17  freeze there, you know, and everything's, like, coming           11:00:25

18  back into focus.  It's like my -- my hearing is coming           11:00:27

19  back in -- into focus.  You know, I -- I remember                11:00:30

20  smelling the gun, the gun smoke and everything like that,        11:00:34

21  and I don't know.  I tell her, I say -- I said, "Give the        11:00:36

22  -- give me the gun.  Give me that damn gun," you know?           11:00:44

23  And I kind of, like, started to walk around the bed              11:00:44

24  because she's on the other side of the bed, and so she           11:00:47

25  jumps on the bed, you know, because she's only -- when           11:00:49

```
 1   she shoots the gun, like, I'm assuming her -- her legs      11:00:53
 2   were touching it.  So when she shoots the gun, she drops    11:00:55
 3   it.  You know, she, like, immediately -- I can tell she's   11:00:59
 4   scared when she drops it.                                   11:01:02
 5        And so once I told her to give me the gun, she         11:01:03
 6   kind of, like, jumps on me, so I jump on the other end of   11:01:05
 7   the bed.  We, like, scramble towards the gun.  And so she   11:01:09
 8   gets to the gun first, and I'm trying to get to her, and    11:01:11
 9   so she, like -- kind of, like, flips.  You know, she's,     11:01:13
10   like, pulling the gun, and she's trying to hold the gun     11:01:16
11   away from me.  Like, I can tell, like, she's trying to,     11:01:20
12   like, keep it away from me.  So I'm on top of her, and      11:01:23
13   I'm trying to get the gun.                                  11:01:26
14        So I'm holding the gun on this end, and she            11:01:27
15   won't let -- she won't let go of it, right?  You know, so   11:01:31
16   I grab her by face like this and I'm -- I'm, like, "Let     11:01:34
17   go of the gun.  Let go of the gun," and she won't let go    11:01:37
18   of the gun.  And so I'm assuming that the way that she's    11:01:40
19   holding the gun, she's just holding the handle of the       11:01:42
20   gun.  So she doesn't have her finger, like, on the          11:01:46
21   trigger.  So I take my hand and I -- I wrap around her      11:01:49
22   hand, you know, squeezing it really hard, right?  Because   11:01:51
23   this is go -- my -- my mind is thinking that I don't want   11:01:55
24   her finger -- because I don't know where her head is at,    11:01:58
25   you know, her actually saying that he's scared of me        11:02:01
```

| | | |
|---|---|---|
| 1 | getting the gun, and I don't know what she -- she's in | 11:02:03 |
| 2 | her head is at at this time if she had got the gun.  I -- | 11:02:07 |
| 3 | THE STENOGRAPHER:  Excuse me, Mr. Barnhill.  I | 11:02:07 |
| 4 | couldn't hear that last sentence.  Please repeat it. | 11:02:20 |
| 5 | THE WITNESS:  Yeah, so I don't know what her mind | 11:02:20 |
| 6 | is thinking at this time.  So my -- I'm -- I'm going to | 11:02:22 |
| 7 | get the gun.  So I'm holding the gun like this.  I, you | 11:02:27 |
| 8 | know, kind of, like, switch my body to the side, and I, | 11:02:32 |
| 9 | like, lean on her like this, and I push the button to the | 11:02:32 |
| 10 | -- to the -- | 11:02:46 |
| 11 | (Stenographer interrupted to clarify the record.) | 11:02:46 |
| 12 | THE WITNESS:  Oh, I'm sorry.  The video's kind of | 11:02:48 |
| 13 | frozen.  So everyone's frozen. | 11:02:50 |
| 14 | ATTORNEY PACKER:  Do you want to take a little | 11:02:52 |
| 15 | break now?  I don't want to interrupt if you -- if you | 11:02:53 |
| 16 | want to keep going, but if it's frozen, maybe we should | 11:02:57 |
| 17 | take a break and see if they can fix that. | 11:03:00 |
| 18 | ATTORNEY KORNBLAU:  Okay.  Yeah, that's fine. | 11:03:03 |
| 19 | THE WITNESS:  Yeah, I can -- I can -- I can hear | 11:03:04 |
| 20 | you guys.  It's like -- it -- it's back in, like, now, | 11:03:05 |
| 21 | but -- so now it's all frozen.  Like... | 11:03:08 |
| 22 | ATTORNEY KORNBLAU:  It could just be that we're | 11:03:12 |
| 23 | not moving. | 11:03:14 |
| 24 | THE WITNESS:  No.  You can -- you can see that | 11:03:18 |
| 25 | it's frozen because, like, the pixels are just sticking. | 11:03:19 |

HENRY MICHAEL BARNHILL                                          51

1      ATTORNEY KORNBLAU:  Okay.  I mean, we can see if          11:03:30
2  you want to try and fix it, I suppose.  Yeah, why don't      11:03:31
3  we go ahead and take -- is a ten-minute break okay with      11:03:33
4  everyone?                                                    11:03:39
5      ATTORNEY PACKER:  That's fine.  Thank you.               11:03:39
6      ATTORNEY KORNBLAU:  Okay.                                11:03:40
7      THE VIDEOGRAPHER:  One moment, please.  Off the          11:03:40
8  record.  11:03 a.m.                                          11:03:43
9      (Break in proceedings.)                                  11:04:22
10      THE VIDEOGRAPHER:  On the record.  11:20 a.m.            11:20:03
11 BY ATTORNEY KORNBLAU:                                        11:20:08
12   Q.  Good morning, Mr. Barnhill.  You understand that       11:20:09
13 we just took a break and that you are still under oath,      11:20:11
14 correct?                                                     11:20:17
15   A.  Yes.                                                   11:20:17
16   Q.  Do you recall giving a statement to police about      11:20:18
17 the incident?                                                11:20:27
18   A.  No, I -- I've never -- I don't think I've ever         11:20:30
19 talked to them.  I don't think I've ever talked to them     11:20:34
20 about it.                                                    11:20:36
21   Q.  Did you ever speak with police while you were in      11:20:37
22 the hospital on April 29, 2022?                             11:20:40
23   A.  I -- I spoke to -- yeah, I think I spoke to an         11:20:48
24 officer, not, like -- in an interview or anything like      11:20:51
25 that.                                                        11:20:54

1    Q.  Do you understand that your conversation with          11:20:56

2    police in the hospital was recorded?                       11:21:00

3    A.  I believe so, yeah.  If it was on body cam, yeah.      11:21:07

4    Q.  Have you seen that body cam footage?                   11:21:12

5    A.  I've seen all the body cam, but that was several       11:21:15

6    years ago, though, so it's kind of -- kind of hard to      11:21:18

7    recall all that stuff.                                     11:21:21

8    Q.  Would you say that your memory was better on           11:21:22

9    April 29, 2022, than it is today?                          11:21:31

10   A.  I couldn't tell you, you know, if it was better        11:21:33

11   than now.  I don't -- I don't -- I don't -- I recall --    11:21:37

12   you know, I -- I recall a female officer.  I recall a      11:21:40

13   male officer, and I recall going to a couple different     11:21:45

14   hospitals.  That's pretty much it.  I remember --          11:21:49

15   Q.  Would you --                                           11:21:55

16   A.  -- being in the hospital for a long time.              11:21:56

17   Q.  Would you ever lie to police?                          11:21:59

18   ATTORNEY PACKER:  Objection.  Relevance.                   11:22:01

19   Go ahead.                                                  11:22:03

20   THE WITNESS:  I don't think that I would have              11:22:05

21   reason to lie.                                             11:22:08

22   BY ATTORNEY KORNBLAU:                                      11:22:08

23   Q.  Okay.  So then your conversation, which was            11:22:09

24   recorded with police in the hospital on the date of the   11:22:13

25   incident, would your memory on the date of the incident   11:22:18

| | | |
|---|---|---|
| 1 | be better than it is today when you were speaking about | 11:22:22 |
| 2 | the incident? | 11:22:26 |
| 3 | A.  I -- I don't -- I don't know how to put it in | 11:22:32 |
| 4 | words, but it's like so many things happened that, you | 11:22:34 |
| 5 | know, if you were to -- you know, especially during that | 11:22:41 |
| 6 | time, if you were to ask me the question, you know, I | 11:22:44 |
| 7 | would have to -- you know, trying to, like, put it in its | 11:22:46 |
| 8 | proper context is kind of hard, you know, because my | 11:22:49 |
| 9 | memory was just so distorted, just, like, all -- you | 11:22:52 |
| 10 | know, all over the place.  You know, I didn't know -- I | 11:22:56 |
| 11 | was -- it was like I was slowly finding -- finding out | 11:23:01 |
| 12 | what was going on, you know, during that time. | 11:23:02 |
| 13 | Q.  On April 29, 2022, it's your testimony that your | 11:23:04 |
| 14 | memory was distorted? | 11:23:10 |
| 15 | A.  Yeah.  During -- I was -- I was -- I was -- I | 11:23:14 |
| 16 | don't know.  Everything was just going on all at once, | 11:23:18 |
| 17 | and I -- you know, finding out what happened, you know, | 11:23:21 |
| 18 | why all this happened, you know, and trying to put | 11:23:25 |
| 19 | everything into -- into proper perspective, you know, was | 11:23:29 |
| 20 | just -- it was difficult during that time. | 11:23:33 |
| 21 | Q.  So going back, then, to the day before the | 11:23:38 |
| 22 | incident, April 28, 2022, you said that you and Rachel | 11:23:42 |
| 23 | had a dispute; is that right? | 11:23:51 |
| 24 | A.  Yeah.  We had got into -- we had a argument -- you | 11:23:54 |
| 25 | know, an argument or whatnot, you know, that -- that led | 11:24:03 |

```
 1  to us -- you know, her jumping up and confronting me         11:24:04
 2  about things that -- text messages she had read through      11:24:08
 3  my watch, and that -- you know, that led to, you know, a     11:24:13
 4  verbal confront -- confrontation between the two of us       11:24:18
 5  and, you know, to -- to the point of us arguing back and     11:24:22
 6  forth and us falling asleep.                                 11:24:27
 7      Q.  Okay.  Was a gun pointed at you on April 28, 2022?   11:24:28
 8      A.  No.  That happened in a -- at a different time a     11:24:38
 9  week or -- week and a half or something before that.  I     11:24:43
10  don't know the exact amount of days, but --                 11:24:47
11      Q.  Did --                                               11:24:50
12      A.  -- it was shortly before that, not on that date.    11:24:50
13      Q.  Did you point a gun at Rachel, your girlfriend or   11:24:54
14  exgirlfriend, on April 28, 2022?                             11:24:58
15      A.  No, I never had a firearm.  I never had a gun.      11:25:02
16      Q.  And I'm not asking, by the way, if you were in      11:25:06
17  possession or owning it because you believe it's the same   11:25:08
18  thing; I'm just asking if you pointed a gun at Rachel on    11:25:12
19  April 28, 2022.                                              11:25:18
20      A.  There was no gun involved in that day, and there    11:25:20
21  was no physical altercation that happened that day.         11:25:25
22  Ever.                                                        11:25:28
23      Q.  What about the week prior when you're saying that   11:25:29
24  there was a physical engagement, altercation between you    11:25:33
25  and Rachel?                                                  11:25:39
```

1    A.  Yeah, that's where -- that was the day when she          11:25:40

2   fired a -- when the gun discharged, you know, and I had       11:25:44

3   to wrestle the gun away from her, but that was a              11:25:50

4   different day, though.                                        11:25:52

5    Q.  Okay.  And you said you wrestled physically the          11:25:53

6   gun away from Rachel; is that right?                          11:25:57

7    A.  Yes.                                                     11:25:59

8    Q.  And how did you wrestle the gun away from Rachel?       11:25:59

9        ATTORNEY PACKER:  Objection.  Relevance.                11:26:03

10       Go ahead.                                               11:26:05

11       THE WITNESS:  I had to basically pry it out of her      11:26:06

12  hands -- or out of her hand, I should say.  She only had     11:26:13

13  it in one.                                                   11:26:16

14  BY ATTORNEY KORNBLAU:                                        11:26:17

15   Q.  Did Rachel fight back?                                  11:26:17

16       ATTORNEY PACKER:  Objection.  Relevance.                11:26:18

17       Go ahead.                                               11:26:24

18       ATTORNEY KORNBLAU:  She was struggling.  Neither        11:26:25

19  one of us fought, like, you know, like, fight.  We didn't    11:26:27

20  fight.  You know, I just wrestled the gun, you know.         11:26:32

21  She -- I had to, you know, physically take it from her,      11:26:37

22  but we didn't fight for it.                                  11:26:40

23  BY ATTORNEY KORNBLAU:                                        11:26:43

24   Q.  But you said that Rachel fired or discharged the        11:26:43

25  gun at you; is that right?                                   11:26:45

1      A.  Correct.  So she was standing on one side of the      11:26:48

2   bed.  I was standing on the other side of the bed.  I'm      11:26:52

3   getting dressed.  I had just came out of the shower.  So      11:26:55

4   I'm on one side of the bed getting dressed.  I'm about to      11:26:58

5   go down to -- to San Diego to visit another woman down      11:27:04

6   there.  I had told Rachel that I was going down there to      11:27:08

7   help my niece and her husband finish extending the fence.      11:27:13

8   So Rachel, you know, she was, like, why aren't you -- why      11:27:16

9   aren't you already -- already -- already -- "Aren't you      11:27:20

10  already finished with that?" or whatever -- whatever.      11:27:21

11  She said something along -- along the lines of that.  And      11:27:24

12  I was, like, "No.  We still have to do it.  We're not      11:27:26

13  finish over there yet."      11:27:27

14          So anyhow, when I was in the shower, I guess,      11:27:29

15  apparently, when I went in the shower I left my phone      11:27:31

16  right there.  It wasn't locked.  So I'm -- I'm receiving      11:27:34

17  texts during that time, and I knew she knew that I -- I      11:27:38

18  knew she had read a text because she had mentioned the      11:27:45

19  girl's names, and she had said something along the lines      11:27:51

20  of, "She had just told you to text her when you're on      11:27:55

21  your way down there."      11:27:58

22          So to make a long story short, I had talked to her      11:27:59

23  prior, earlier on in that day, when I was out in the      11:28:02

24  garage.  And she was work -- supposed to be working --      11:28:03

25  she usually works overnight and so -- but that particular      11:28:05

| | | |
|---|---|---|
| 1 | night she was getting off early, around, like -- I don't | 11:28:07 |
| 2 | know what time it was, but she told me that she would | 11:28:09 |
| 3 | text me when she got off. | 11:28:12 |
| 4 | And so she had text me while Rachel and I were | 11:28:13 |
| 5 | laying in the bed.  And I was, like, "Okay.  You know, | 11:28:17 |
| 6 | give me about an hour to get ready."  So I had got up.  I | 11:28:19 |
| 7 | went in the shower.  I showered.  Got out of the shower. | 11:28:22 |
| 8 | I went to the closet.  I grabbed some clothes off the | 11:28:24 |
| 9 | hanger, and I walked around to the -- to my side of the | 11:28:29 |
| 10 | bed.  At that time, Rachel brought the subject up.  She, | 11:28:31 |
| 11 | you know, brought up -- you know, she started it off, | 11:28:37 |
| 12 | like, just kind of eased into it, like, you know -- she | 11:28:39 |
| 13 | was, like, "Oh, so where are you going?"  You know, | 11:28:42 |
| 14 | because she was asleep or pretending to sleep.  I don't | 11:28:44 |
| 15 | know if she was asleep or not, but prior to me going into | 11:28:46 |
| 16 | the shower, I thought she was asleep. | 11:28:50 |
| 17 | And so she kind of, like, eased me into it, like, | 11:28:51 |
| 18 | "Where are you going?"  And I told her that I was going | 11:28:54 |
| 19 | down to San Diego to help my niece and nephew.  And she | 11:28:56 |
| 20 | was, like, "I thought you were already finished with | 11:28:59 |
| 21 | that."  And I was, like, "No.  We should be finished | 11:29:02 |
| 22 | today."  And then she said -- I don't know exactly what | 11:29:05 |
| 23 | she said, but she was, like, "Well, who is -- who is -- | 11:29:13 |
| 24 | who is Rose (phonetic)?"  And kind of, like -- I kind of, | 11:29:18 |
| 25 | like, just got shocked.  You know, I was, like, frozen, | 11:29:23 |

| | | |
|---|---|---|
| 1 | like, you know, like, oh, shoot.  She -- it just, like, | 11:29:26 |
| 2 | dawned on me.  How the heck does she know Rose or | 11:29:28 |
| 3 | whatever, right? | 11:29:29 |
| 4 | And so I'm continuing getting dressed, and I'm, | 11:29:30 |
| 5 | like, uh, uh, like, here we go again, you know.  You | 11:29:32 |
| 6 | know, you're accusing me of other women, and so I'm -- | 11:29:36 |
| 7 | but I'm still getting dressed.  And so she reached under | 11:29:39 |
| 8 | the pillow, and she stood up with a gun, and she's | 11:29:41 |
| 9 | starting to point -- you know, she points it at me.  You | 11:29:43 |
| 10 | know, she's holding it in two hands and she's pointing it | 11:29:46 |
| 11 | at me, and she was, like, "You think I'm stupid or | 11:29:49 |
| 12 | something?"  And so, like, I'm on the side of the bedroom | 11:29:56 |
| 13 | getting dressed, and in my head I'm thinking, like, you | 11:29:57 |
| 14 | know, like, she's just trying to, like, scare me into not | 11:29:59 |
| 15 | going or I don't know what she's doing, right?  But I | 11:30:01 |
| 16 | don't -- | 11:30:06 |
| 17 | Q.  So the gun -- | 11:30:07 |
| 18 | A.  I don't believe -- | 11:30:07 |
| 19 | Q.  So the gun was under the -- | 11:30:07 |
| 20 | A.  -- perceive -- | 11:30:07 |
| 21 | Q.  I'm not trying to make this into a Dr. Phil | 11:30:08 |
| 22 | episode, but the gun was under the pillow? | 11:30:10 |
| 23 | A.  Yes.  So when I -- | 11:30:15 |
| 24 | Q.  You knew that.  And you knew that, correct? | 11:30:17 |
| 25 | A.  No.  No, I didn't. | 11:30:20 |

```
 1        So when I initially went into the shower, the      11:30:23
 2   light in the closet was off.  And so when I came out of  11:30:27
 3   the shower, she's sitting up on the bed.  She's sitting  11:30:29
 4   on her side of the bed, and she's kind of, like, back to 11:30:32
 5   the -- to the headboard thing or whatever.  And so she's 11:30:36
 6   sitting there, you know, so the pillow's behind her.  And 11:30:39
 7   so even though I seen the -- I seen that the -- the --    11:30:42
 8   the -- the light was on and she was sitting up, not -- it 11:30:45
 9   didn't occur to me -- you know, it didn't -- none of that 11:30:48
10   occurred to me, right, to --                             11:30:51
11     Q.  Well, were you -- were you afraid when you saw the 11:30:52
12   gun being pointed at you?                                11:30:56
13     A.  When she pointed the gun at me, I just kind of     11:30:59
14   took it as, like, her, like -- like, having a tantrum or 11:31:05
15   whatever to me, like, leaving or whatever, right?  So I  11:31:16
16   didn't, like, really, really, really understand the      11:31:18
17   dangers that -- that -- of -- of it.  I just thought it  11:31:20
18   was just, like, her -- like, I never thought that would  11:31:23
19   shoot me, right?  Because this was the first time that   11:31:25
20   anything like that had ever occurred between us so...    11:31:28
21     Q.  The first time that anyone had pointed a gun at    11:31:32
22   you?                                                     11:31:35
23     A.  No, I --                                           11:31:37
24        ATTORNEY PACKER:  Objection.  Relevance.           11:31:38
25        THE WITNESS:  -- was --                             11:31:38
```

| | | |
|---|---|---|
| 1 | ATTORNEY PACKER:  Hold on.  Objection.  Relevance. | 11:31:40 |
| 2 | Go ahead. | 11:31:41 |
| 3 | THE WITNESS:  No.  I've had guns point at me | 11:31:41 |
| 4 | before, but this was the first time she had pointed a gun | 11:31:44 |
| 5 | at me, right?  So I really didn't know -- | 11:31:46 |
| 6 | BY ATTORNEY KORNBLAU: | 11:31:46 |
| 7 | Q.  Okay.  Wait, wait.  So on how many occasions have | 11:31:49 |
| 8 | you had guns pointed at you? | 11:31:52 |
| 9 | ATTORNEY PACKER:  Objection.  Relevance. | 11:31:53 |
| 10 | Go ahead. | 11:31:57 |
| 11 | THE WITNESS:  I've had guns pointed at me before, | 11:31:59 |
| 12 | you know, and then -- you know, throughout my life.  I've | 11:32:08 |
| 13 | had a gun pointed at me twice, I think. | 11:32:09 |
| 14 | ATTORNEY KORNBLAU:  Two time -- | 11:32:16 |
| 15 | THE WITNESS:  That I can recall.  Two times that I | 11:32:18 |
| 16 | can recall that a gun was pointed at me. | 11:32:20 |
| 17 | BY ATTORNEY KORNBLAU: | 11:32:22 |
| 18 | Q.  Okay.  And who pointed a gun at you on these two | 11:32:22 |
| 19 | different occasions? | 11:32:26 |
| 20 | ATTORNEY PACKER:  Objection. | 11:32:27 |
| 21 | THE WITNESS:  I -- | 11:32:28 |
| 22 | ATTORNEY PACKER:  Relevance.  Speculation. | 11:32:28 |
| 23 | Hold on.  Go ahead. | 11:32:31 |
| 24 | THE WITNESS:  So the only two times that I can | 11:32:33 |
| 25 | think of, like, just off the top of my head was when she | 11:32:34 |

HENRY MICHAEL BARNHILL                                              61

```
1   pointed a gun at me and when the officers had, like,        11:32:38
2   pointed -- pointed a gun.  Those are the only two times     11:32:44
3   that I can think of.                                        11:32:46
4   BY ATTORNEY KORNBLAU:                                       11:32:47
5       Q.  When did officers point a gun at you?               11:32:47
6       A.  Oh, that was so many years prior to that.  That     11:32:51
7   was -- I want to say 2002 or 3, somewhere around that       11:32:58
8   time.  So, like, maybe, like, 22 years -- 20 years before   11:33:05
9   that maybe.                                                 11:33:08
10      Q.  So 20 years prior to this incident approximately?   11:33:09
11      A.  Yeah.  That I can recall, yeah.                      11:33:14
12      Q.  And why did officers point guns or a gun at you     11:33:17
13  in --                                                       11:33:22
14          ATTORNEY PACKER:  Objection.  Relevance.            11:33:22
15          ATTORNEY KORNBLAU:  -- 2002?                         11:33:24
16          ATTORNEY PACKER:  Objection.  Relevance.            11:33:25
17  Speculation.                                                11:33:27
18          Go ahead.                                            11:33:28
19          THE WITNESS:  I had gotten pulled over and turn to  11:33:31
20  find out it was something that had nothing to do with       11:33:38
21  me [sic].  It was some -- some description of a bank        11:33:42
22  robber that happened way on the way other side of town.     11:33:45
23  And it had nothing to do with me.  You know, come to find   11:33:49
24  out, that it was -- it didn't have anything to do with      11:33:53
25  me, but I was pulled over for that.                         11:33:55
```

HENRY MICHAEL BARNHILL                                    62

| | | |
|---|---|---|
| 1 | BY ATTORNEY KORNBLAU: | 11:33:56 |
| 2 | Q.  And did -- in 20 -- or 2002 during this incident | 11:33:56 |
| 3 | you're talking about where an officer pointed a gun at | 11:34:00 |
| 4 | you, did you evade during that incident? | 11:34:03 |
| 5 | A.  No, I -- | 11:34:06 |
| 6 | ATTORNEY PACKER:  Objection.  Relevance. | 11:34:07 |
| 7 | THE WITNESS:  -- never evaded an officer. | 11:34:08 |
| 8 | ATTORNEY PACKER:  Hold on just a second. | 11:34:10 |
| 9 | Objection.  Relevance. | 11:34:12 |
| 10 | Go ahead. | 11:34:13 |
| 11 | THE WITNESS:  No, I've never evaded an officer. | 11:34:13 |
| 12 | BY ATTORNEY KORNBLAU: | 11:34:19 |
| 13 | Q.  Okay.  So, again, the only two times that you've | 11:34:22 |
| 14 | had a gun or guns pointed at you was this one incident in | 11:34:25 |
| 15 | 2002 and then when Rachel pointed it at you a week or two | 11:34:30 |
| 16 | prior to April 29, 2022; is that correct? | 11:34:34 |
| 17 | A.  Yes. | 11:34:41 |
| 18 | Q.  Okay.  All right.  I'm going to skip ahead.  We | 11:34:43 |
| 19 | have to move along, I think, to the date of this | 11:34:48 |
| 20 | incident, April 29, 2022. | 11:34:54 |
| 21 | So what time did you wake up that day? | 11:34:56 |
| 22 | A.  I'm not sure on the time.  April can -- I said | 11:35:02 |
| 23 | "April."  Rachel came and woke me up.  She handed me a | 11:35:07 |
| 24 | cup of coffee, and she said that we were ready and we -- | 11:35:12 |
| 25 | I got up to leave, took Ava to school. | 11:35:17 |

HENRY MICHAEL BARNHILL                                    63

1      Q.  And what time was that?                        11:35:20

2      A.  I'm not sure the time, but I would, like, maybe    11:35:22

3   7:30.  Or I -- I don't -- I don't really recall the time,  11:35:31

4   to be honest with you.                                 11:35:34

5      Q.  Did you have to work that day?                  11:35:35

6      A.  No.                                             11:35:37

7      Q.  Okay.                                           11:35:37

8      A.  I wasn't working during that time.              11:35:38

9      Q.  Oh, okay.  When had you stopped working prior to  11:35:40

10  April 29, 2022?                                        11:35:45

11     A.  That was -- well, I was work -- I was working for  11:35:49

12  my sister.  So my sister and her husband, they own a    11:35:54

13  company called Big O's, so I was doing deliveries for   11:35:58

14  them.  So that was the only work that I was doing around  11:36:05

15  that time.  I was --                                   11:36:09

16     Q.  Were you --                                     11:36:10

17     A.  -- I was driving -- I was driving a box truck.  11:36:11

18     Q.  Were you on their payroll?                      11:36:13

19     A.  Yeah, I would be paid by my sister.  Yeah.      11:36:14

20     Q.  What's your sister's name?                      11:36:18

21     A.  My sister name is Lennita.                      11:36:19

22     Q.  What's her last name?                           11:36:21

23     A.  Well, her maiden name or her married name?      11:36:23

24     Q.  Both.                                           11:36:28

25     A.  Barnhill and Ozier.                             11:36:29

HENRY MICHAEL BARNHILL                                    64

1     Q.  What's the married last name?                  11:36:31

2     A.  Ozier, O-Z-I-E-R.                              11:36:34

3     Q.  And her first name, you said, is Lennita?      11:36:39

4     A.  Ali nah.                                       11:36:43

5     Q.  Can you spell --                               11:36:45

6     A.  With an L.  L-E-N -- L-E-N-I-T-T-A [sic].      11:36:46

7     Q.  Lennita.  Okay.                                11:36:54

8     A.  I always get it mixed up.  I always put either two    11:36:55

9  Ts or two Ns, but yes.                                11:36:59

10    Q.  Sure.                                          11:37:03

11    A.  It's Leneice (phonetic) plus Rita (phonetic),  11:37:03

12 Lennita.                                              11:37:03

13    Q.  Okay.  So were you concerned on April 29, '22, 11:37:05

14 about the argument that you had with Rachel the day   11:37:08

15 prior?                                                11:37:15

16    A.  I wasn't.  You know, and that morning, you know,   11:37:15

17 when we -- you know, I was getting dressed, like -- and   11:37:21

18 I threw on my -- my shorts and my hoodie, you know, to   11:37:23

19 go, and as we were leaving out the door, she kind of,   11:37:28

20 like -- you know, like, grabbed me and, like, tried to   11:37:31

21 hug me, you know.  She was, like, "Are we okay?"  And I   11:37:34

22 kind of, like -- I didn't answer her, you know.  I was   11:37:37

23 kind of, like, still, like, giving her the cold shoulder.   11:37:40

24 But I didn't think anything of it.  I didn't think,   11:37:44

25 like -- for me, the fight was over, you know, even though   11:37:48

| | | |
|---|---|---|
| 1 | we had, like, our disagreements and the night prior, you | 11:37:50 |
| 2 | know, we got into it about -- we got into it about, you | 11:37:52 |
| 3 | know, her going through my text messages, and, you know, | 11:37:55 |
| 4 | I told her that I was going to let my sister beat her up | 11:37:58 |
| 5 | in the morning, you know, but I thought it was over.  You | 11:38:01 |
| 6 | know, I didn't think that -- it -- in my mind I thought | 11:38:04 |
| 7 | it was over, you know.  And I remember, like, driving to | 11:38:09 |
| 8 | the school, and she kind of, like, reached over.  So I | 11:38:12 |
| 9 | had my hand on the -- on the shifter, you know, driving, | 11:38:15 |
| 10 | but she kind of reached over, and she kind of, like, | 11:38:18 |
| 11 | tried to grab my hand, you know, and I kind of, like, | 11:38:21 |
| 12 | pulled it away from her.  I was just -- I was just giving | 11:38:23 |
| 13 | her the cold shoulder, you know, just -- | 11:38:27 |
| 14 | Q.  Why were you giving her the cold shoulder if you | 11:38:29 |
| 15 | said you thought it was over? | 11:38:33 |
| 16 | A.  Yeah, I thought, like, the arguments, you know, | 11:38:34 |
| 17 | that -- that we had, but I was still giving her the cold | 11:38:37 |
| 18 | shoulder.  You know, I don't know.  Call me being a dick | 11:38:41 |
| 19 | or whatever -- whatever I was being, you know, I was -- | 11:38:44 |
| 20 | Q.  Okay. | 11:38:44 |
| 21 | A.  -- just -- I was giving her the cold shoulder. | 11:38:46 |
| 22 | Q.  So when Rachel pointed the gun at you a week | 11:38:48 |
| 23 | before April 29, 2022, did that affect you in any way? | 11:38:52 |
| 24 | ATTORNEY PACKER:  Objection.  Relevance. | 11:38:58 |
| 25 | Go ahead. | 11:39:01 |

1          THE WITNESS:  When -- when she pointed it at me, I        11:39:02
2    didn't know how to take it.  Like, there was a part of me       11:39:06
3    that was -- was scared.  You know, there was a part of me       11:39:10
4    that felt like she was just doing it to -- to kind of --        11:39:12
5    kind of control me, to try to, like, stop me from              11:39:15
6    leaving.  Then there was a part of me that was just            11:39:20
7    trying to understand everything, you know, like -- so I'm      11:39:22
8    kind of like -- I kind of, like, just ignored it and           11:39:25
9    continued to get dressed, you know, but at the same time       11:39:28
10   while I'm getting dressed, I can -- you know, she's            11:39:31
11   cocking the gun.  Like, she's trying to pull it back,         11:39:34
12   right, but I can see that she's not strong enough to          11:39:37
13   actually complete the full cycle, right?  So she's -- she     11:39:40
14   keeps, like, trying to, like, cock it back, and in the        11:39:44
15   midst of her cocking it back, the gun fires off.              11:39:47
16          So I don't know what happened.  I'm just               11:39:51
17   assuming -- the best way I can wrap my head around it is      11:39:54
18   I'm thinking, like, maybe she was pulling the trigger        11:39:57
19   while she's pulling it back and the gun fires off.           11:40:01
20   BY ATTORNEY KORNBLAU:                                         11:40:04
21     Q.  Did you want to stay together with her after she       11:40:04
22   fired the gun at you?                                         11:40:07
23     A.  Of course.  You know, we -- we talked about it the     11:40:08
24   next morning.  You know, we had a conversation about it.     11:40:12
25   She told me that she didn't mean to do it.  We -- and I      11:40:16

```
 1  ended up going to the lake the next morning.        11:40:21
 2    Q.  Okay.  Did the -- the firing of the gun at you  11:40:25
 3  have any effect on you?                              11:40:29
 4      ATTORNEY PACKER:  Objection.  Relevance.  Vague.  11:40:33
 5      Go ahead.                                         11:40:35
 6      THE WITNESS:  I -- when it initially happened, I  11:40:36
 7  was shocked.  I was scared, you know.  I just --     11:40:41
 8  everything just -- just -- like, if you were just to push  11:40:46
 9  the pause button, like, everything --               11:40:50
10      ATTORNEY KORNBLAU:  Did you try --               11:40:52
11      THE WITNESS:  -- just --                         11:40:52
12  BY ATTORNEY KORNBLAU:                                11:40:52
13    Q.  Did you try to get away from her when she was  11:40:53
14  firing a gun at you?                                 11:40:59
15    A.  My initial response was just to pause.  I      11:41:00
16  didn't -- like, there was a part of my brain that    11:41:04
17  realized the gun went off, but there was a part of my  11:41:06
18  brain that's still trying to understand what happened.  11:41:07
19  So --                                                11:41:14
20    Q.  So you stayed in the -- in the bedroom.  You    11:41:14
21  stayed in the bedroom where the gun went off, right?  11:41:16
22    A.  Correct.                                        11:41:19
23    Q.  Okay.  Why didn't you try to leave the bedroom?  11:41:19
24      ATTORNEY PACKER:  Objection.  Relevance.          11:41:22
25      Go ahead.                                         11:41:23
```

HENRY MICHAEL BARNHILL                                    68

1       THE WITNESS:  Because when everything came back          11:41:24
2   into focus and I'm -- I'm kind of, like, beginning to      11:41:29
3   understand that the gun actually went off, right?  And my  11:41:32
4   first -- you know, so I'm seeing that she had dropped the  11:41:37
5   gun, you know.  I'm realizing that at this point.  I'm     11:41:41
6   thinking in my head, like, "Oh, shoot.  I need to get the  11:41:44
7   gun away from her," right?  So --                          11:41:48
8   BY ATTORNEY KORNBLAU:                                      11:41:49
9       Q.  Did you see the gun before it went off?            11:41:49
10      A.  Of course.  I -- I seen her point it at me.  I      11:41:51
11  seen her trying to cock it back.  You know, I -- I seen     11:41:54
12  all this happen.                                            11:41:57
13      Q.  Did you try to do anything to stop her?            11:41:58
14      A.  No, I didn't.  I just -- I didn't think, you know,  11:42:02
15  that -- that the gun would wind up going off.  Like, in    11:42:07
16  my heart of hearts, I don't believe that she did it on     11:42:11
17  purpose, you know, my heart --                             11:42:14
18      Q.  Okay.  So you were -- so you were actively          11:42:16
19  processing what was happening as you saw her pointing the  11:42:18
20  gun at you; is that right?                                 11:42:21
21      A.  Right.  You know, because I had just got -- I had   11:42:24
22  just got out the shower so, you know, starting to get      11:42:29
23  dressed, you know, because I'm supposed to be going down   11:42:33
24  to San Diego.  So she confronts me about this other        11:42:36
25  woman.                                                      11:42:38

| | | |
|---|---|---|
| 1 | Q.  Okay.  I don't want to get into all that.  I just | 11:42:38 |
| 2 | want to know -- so when Rachel pointed the gun at you a | 11:42:40 |
| 3 | week or two before April 29, 2022, you saw the gun and | 11:42:43 |
| 4 | you were processing, that and then -- then you -- you saw | 11:42:50 |
| 5 | her discharge the gun, and you believe it may or -- have | 11:42:53 |
| 6 | been just an accident. | 11:42:58 |
| 7 | Is that all right? | 11:43:00 |
| 8 | A.  Right.  I believe it was an accident.  And still | 11:43:01 |
| 9 | to this day I -- I believe -- I believe it was an | 11:43:05 |
| 10 | accident. | 11:43:07 |
| 11 | Q.  And then you immediately took action and tried to | 11:43:07 |
| 12 | take the gun away from Rachel; is that right? | 11:43:10 |
| 13 | A.  Correct. | 11:43:13 |
| 14 | Q.  Was that within seconds of seeing the gun and | 11:43:13 |
| 15 | having her discharge the gun? | 11:43:17 |
| 16 | A.  I don't know how long it took.  I would assume | 11:43:21 |
| 17 | that it was within seconds.  Because when something like | 11:43:24 |
| 18 | that happens, everything just slows down.  It's like | 11:43:28 |
| 19 | everything in my mind is happening in slow motion, you | 11:43:30 |
| 20 | know.  So I'm -- | 11:43:33 |
| 21 | Q.  But you -- | 11:43:33 |
| 22 | A.  -- was seeing -- | 11:43:34 |
| 23 | Q.  -- remember, like -- but you can recall all the | 11:43:34 |
| 24 | events that happened; is that right? | 11:43:38 |
| 25 | A.  Yes. | 11:43:40 |

| | | |
|---|---|---|
| 1 | Q.  Okay.  And it's clear to you, right? | 11:43:41 |
| 2 | A.  During that day, yes, it's -- yes, it's clear. | 11:43:46 |
| 3 | I -- | 11:43:50 |
| 4 | Q.  And this is -- | 11:43:50 |
| 5 | A.  -- recall -- | 11:43:50 |
| 6 | Q.  And this is someone who's pointing a gun at you | 11:43:50 |
| 7 | and then firing the gun at you, correct? | 11:43:53 |
| 8 | A.  Correct. | 11:43:56 |
| 9 | Q.  Okay.  And you were able to process all of that | 11:43:57 |
| 10 | and then go and get the gun away from Rachel, correct? | 11:43:59 |
| 11 | A.  Yeah, but I just think -- you know, I can only | 11:44:04 |
| 12 | speak for myself, you know, human experience, you know, a | 11:44:08 |
| 13 | lot of the processing comes afterwards -- | 11:44:12 |
| 14 | Q.  So why would you -- | 11:44:16 |
| 15 | A.  -- right?  So -- | 11:44:16 |
| 16 | Q.  -- approach -- why would you approach a person who | 11:44:18 |
| 17 | just discharged a firearm at you? | 11:44:20 |
| 18 | ATTORNEY PACKER:  Objection. | 11:44:22 |
| 19 | THE WITNESS:  I think -- | 11:44:23 |
| 20 | ATTORNEY PACKER:  Relevance. | 11:44:24 |
| 21 | THE WITNESS:  I think that -- | 11:44:26 |
| 22 | ATTORNEY PACKER:  Go ahead. | 11:44:27 |
| 23 | THE WITNESS:  I think that instinctively, you | 11:44:28 |
| 24 | know, I just wanted to get the gun.  You know, I think | 11:44:32 |
| 25 | that anyone in that type of situation, having a gun, you | 11:44:34 |

 1  know, accidentally discharge or -- whatever -- however it    11:44:40
 2  -- it occurred, I think that it -- it -- it would be         11:44:42
 3  natural, it would be human instinct for that person to       11:44:50
 4  try and get the gun to --                                    11:44:50
 5  BY ATTORNEY KORNBLAU:                                        11:44:52
 6    Q.  Okay.  And would you -- would you do that again.       11:44:52
 7  If someone pointed a gun at you, discharged a gun at you,    11:44:55
 8  would you, again, try to go and get the gun away from        11:44:59
 9  that person?                                                 11:45:01
10        ATTORNEY PACKER:  Objection.  Relevance.              11:45:02
11  Speculation..                                                11:45:03
12        Go ahead.                                              11:45:04
13        THE WITNESS:  I think that if -- if -- I mean, I       11:45:04
14  can't -- I can't speak to, like, hypotheticals, but I        11:45:06
15  think that that if we had to redo that situation all over    11:45:08
16  again, I think that my response would have been exactly      11:45:12
17  the same.                                                    11:45:14
18  BY ATTORNEY KORNBLAU:                                        11:45:15
19    Q.  Okay.  So then why on April 29, 2022, did you flee    11:45:15
20  from police?                                                 11:45:21
21    A.  That was different.  Okay.  So let me explain.         11:45:24
22  You know, that -- that would kind of, like, help me get a    11:45:27
23  better understanding of --                                   11:45:30
24    Q.  Okay.  So I'm -- I'm going to back up a little         11:45:31
25  bit.  So April 29, 2022, you're driving Ava to school,      11:45:33

HENRY MICHAEL BARNHILL                              72

1  correct?                                            11:45:38

2       Yes?                                           11:45:41

3       Okay.  I just see you nodding your head.  Is that   11:45:44

4  a "yes"?  Can you give me --                        11:45:46

5     A.  Yes.                                         11:45:48

6     Q.  -- verbal responses, please.                11:45:48

7     A.  Yes.  I'm sorry.  I -- I was speaking low.  I have   11:45:52

8  to remind myself to speak up.                       11:45:56

9     Q.  Okay.  So you -- you drive Ava to school and also   11:45:58

10 Rachel, correct?                                    11:46:01

11    A.  Correct.                                     11:46:03

12    Q.  Why did you want to go with them to Ava's school?   11:46:04

13    A.  Okay.  So on this particular day, Ava was going   11:46:09

14 to -- she was going on a field trip, right?  So the night   11:46:13

15 prior, Ava, Rachel and I, we were watching a movie.  So   11:46:17

16 during the movie -- you know, a -- Ava was really excited   11:46:22

17 about going on a field trip.  This was her very first   11:46:26

18 field trip, you know, and me and -- Ava and I we're   11:46:29

19 really, really close, and so she promised me to take her.   11:46:35

20 Like, so I promised her.  I said, "Yeah, I'll take --   11:46:37

21 I'll take you."  You know, so that morning -- like,   11:46:40

22 everyone knew that I was going to -- to drop Ava at   11:46:41

23 school that day, to see her off on the field trip.   11:46:44

24    Q.  Okay.  So it was your choice?  And even though you   11:46:48

25 were trying to give Rachel the cold shoulder, you wanted   11:46:55

HENRY MICHAEL BARNHILL                                        73

1   to go with them and go to school?                          11:47:00

2     A.  Of course.  I promised Ava.  I mean, me and Ava      11:47:01

3   are really, really tight.                                  11:47:06

4     Q.  Okay.  So while Rachel was inside the school, why    11:47:08

5   were you texting her with concern that she was taking too  11:47:10

6   long?                                                      11:47:16

7     A.  So I was sitting in the car.  They had got out of    11:47:16

8   the car.  They walked across the street to the school,     11:47:21

9   and so I'm sitting there.  You know, I'm -- I'm going       11:47:23

10  through -- you know, searching the internet.  I'm doing    11:47:25

11  something -- oh, I'm looking for music on there.  That's    11:47:28

12  what I'm doing.  And so it dawned on me that it's -- it's   11:47:31

13  taking her too long, right?  You know, I'm thinking in my  11:47:34

14  head, like, "She should have been back," right?  Right?    11:47:36

15  So I'm thinking, okay, she has to go to a field trip, so   11:47:38

16  I'm thinking maybe there's more that has to be done.       11:47:40

17  Maybe she has to sign paperwork.  You know, I don't -- I   11:47:43

18  don't know exactly what's going on, why she's across the   11:47:46

19  street at the school.                                      11:47:48

20        You know, so I continue, you know, searching the     11:47:49

21  internet or whatever -- whatever I'm -- when I'm on my     11:47:51

22  phone, I don't -- but I did -- I did text Rachel and       11:47:55

23  asked her what was taking so long.  And so I didn't get a  11:47:59

24  response back, and so I called her, and I didn't get a     11:48:03

25  response.  You know, she didn't answer.  And so I look     11:48:08

| | | |
|---|---|---|
| 1 | up -- you know, I see movement out the corner of my eye, | 11:48:12 |
| 2 | and that was when I seen a body coming down the -- the | 11:48:15 |
| 3 | side of the car, but I seen it through my mirror.  I | 11:48:20 |
| 4 | seen, you know, someone with a gun coming down the side | 11:48:24 |
| 5 | of the car, you know.  And at that point, I just got | 11:48:26 |
| 6 | frightened.  I hit the button and I took off, you know, | 11:48:29 |
| 7 | because I'm -- | 11:48:35 |
| 8 | Q.  Why -- why were you frightened? | 11:48:35 |
| 9 | A.  All I see is a gun.  I don't understand what's | 11:48:38 |
| 10 | going on.  At that time I didn't realize the police had | 11:48:42 |
| 11 | been called.  I didn't even realize the police were | 11:48:46 |
| 12 | there. | 11:48:49 |
| 13 | Q.  Okay.  You just -- you just testified less than | 11:48:50 |
| 14 | ten minutes ago that you were in this exact same type of | 11:48:52 |
| 15 | situation where someone was pointing a gun at you, and | 11:48:56 |
| 16 | you were able to process that and take the gun away from | 11:48:59 |
| 17 | them.  So why were you fleeing in this situation where | 11:49:02 |
| 18 | there's someone that you believe is pointing a gun at | 11:49:07 |
| 19 | you? | 11:49:10 |
| 20 | ATTORNEY PACKER:  Objection.  Relevance. | 11:49:10 |
| 21 | Go ahead. | 11:49:13 |
| 22 | BY ATTORNEY KORNBLAU: | 11:49:16 |
| 23 | Q.  Can you explain that? | 11:49:16 |
| 24 | A.  I can.  I definitely can. | 11:49:17 |
| 25 | Q.  Please do. | 11:49:19 |

HENRY MICHAEL BARNHILL                                        75

1    A.  So -- so with the situation with Rachel, right,        11:49:20

2    you know, this is my girlfriend.  I know who she is,       11:49:26

3    right, you know, and I can see that she's the one          11:49:28

4    pointing a gun, right?  You know, so my interpretation of  11:49:32

5    that at the time, I honestly just thought that she was     11:49:35

6    just doing whatever she can do to keep me home.  So I      11:49:38

7    didn't really see -- I didn't view it as a threat, right?  11:49:42

8    I just viewed it as her, like, throwing a hissy fit        11:49:47

9    trying to --                                               11:49:51

10   Q.  But Rachel actually fired the gun at you.  This        11:49:51

11   other person at the school did not; is that correct?       11:49:56

12   A.  See, with Rachel I understood what was going on --     11:50:01

13   Q.  Yeah, so you'll only approach someone who fires a      11:50:04

14   gun at you; you won't approach someone who doesn't.  Is    11:50:07

15   that right?                                                11:50:10

16       ATTORNEY PACKER:  Objection.  Argumentative.           11:50:10

17   Relevance.                                                 11:50:12

18       THE WITNESS:  I think that those were two entirely     11:50:12

19   different type of situations to where my responses were    11:50:15

20   entirely different because with Rachel, my thoughts were   11:50:20

21   to -- after the gun discharged was to -- you know, to      11:50:24

22   secure the gun, right, so I was aware of what was going    11:50:30

23   on in that scenario.                                       11:50:32

24       In this scenario, I was leaning back in the -- in      11:50:33

25   the car seat, so I had it back, right?  I was leaning      11:50:37

| | | |
|---|---|---|
| 1 | back.  See, so I couldn't see anything.  Then I seen | 11:50:40 |
| 2 | something out of the corner -- I seen movement out the | 11:50:42 |
| 3 | corner of my eye, so I didn't know what was going on.  So | 11:50:48 |
| 4 | I started to get up like this, and all I see -- because | 11:50:50 |
| 5 | on that -- on that particular car they have very small | 11:50:53 |
| 6 | mirrors, little round mirrors on that side of you.  And | 11:50:54 |
| 7 | so all I see is a -- a body, like, a torso, like, from | 11:50:56 |
| 8 | here to here, and all I'm seeing is a gun, right?  And so | 11:51:01 |
| 9 | at that moment, my mind -- I can't wrap my mind around | 11:51:04 |
| 10 | what's going on, right?  And I don't even take the time | 11:51:07 |
| 11 | to try to figure out what's going on.  My first impulse, | 11:51:12 |
| 12 | my first reaction was to hit the start button and leave, | 11:51:16 |
| 13 | you know -- | 11:51:21 |
| 14 | BY ATTORNEY KORNBLAU: | 11:51:21 |
| 15 | Q.  And so at -- at -- at the hospital you said that | 11:51:21 |
| 16 | all you saw was a person from the neck up, and now you're | 11:51:24 |
| 17 | saying today that you saw the person's torso that was | 11:51:28 |
| 18 | approaching you while you were sitting in the vehicle in | 11:51:32 |
| 19 | front of the school; is that right? | 11:51:35 |
| 20 | A.  I saw the -- I'm not exactly sure what I said | 11:51:36 |
| 21 | during the -- when I was in the hospital, but if | 11:51:40 |
| 22 | someone's holding a gun, right -- you know, and -- and | 11:51:46 |
| 23 | people make mistakes, you know.  Sometimes we describe | 11:51:49 |
| 24 | things the wrong way, but, you know, if you see someone, | 11:51:54 |
| 25 | you know, coming down, you know, the side of your car -- | 11:51:58 |

| | | |
|---|---|---|
| 1 | I remember them holding the gun like this, you know, | 11:52:00 |
| 2 | like, two hands coming down the side of the car, right. | 11:52:03 |
| 3 | So obviously if I'm seeing the gun, I couldn't have just | 11:52:06 |
| 4 | been seeing the neck up because the -- the gun is lower | 11:52:09 |
| 5 | than the neck.  So maybe I gave a wrong description at | 11:52:12 |
| 6 | the time, but out of what I recall -- | 11:52:17 |
| 7 | Q.  Let's get -- | 11:52:18 |
| 8 | A.  -- sitting here -- | 11:52:18 |
| 9 | Q.  -- into more details about what happened here. | 11:52:20 |
| 10 | So you see -- you're sitting in the vehicle.  You | 11:52:23 |
| 11 | said you were looking at your phone. | 11:52:26 |
| 12 | A.  Yes, I was -- so I had -- I had text Rachel.  She | 11:52:28 |
| 13 | didn't respond back.  So I called her, you know -- I'm -- | 11:52:32 |
| 14 | you know, I'm looking down like this, you know.  Mind | 11:52:39 |
| 15 | you, the seat is back.  The seat is back.  The music's | 11:52:42 |
| 16 | on.  I'm calling, you know, on the phone.  It's ringing. | 11:52:45 |
| 17 | It's ringing.  Then it goes to -- it goes to voicemail. | 11:52:47 |
| 18 | So at that time I go like this.  I go to hang up the | 11:52:51 |
| 19 | phone.  While I'm hanging up the phone, I see something | 11:52:54 |
| 20 | out the corner of my eye, like, some type of movement. | 11:52:58 |
| 21 | So I look up like this, and the first thing I see was a | 11:53:01 |
| 22 | gun.  At that point in time, you know, I panicked, you | 11:53:05 |
| 23 | know.  I became -- I didn't understand what was going on | 11:53:08 |
| 24 | so I -- | 11:53:12 |
| 25 | Q.  Okay.  Stop. | 11:53:14 |

| | | |
|---|---|---|
| 1 | A. -- panicked -- | 11:53:14 |
| 2 | Q. Stop. Okay. I just want to take it step-by-step, | 11:53:15 |
| 3 | so if you could just give me little bits and pieces, let | 11:53:18 |
| 4 | me follow up. I just want to go, like I said, | 11:53:18 |
| 5 | step-by-step rather than get a big narrative right now. | 11:53:21 |
| 6 | And I'll give you an opportunity if you want to say more | 11:53:23 |
| 7 | afterwards, but I just kind of want to go step-by-step | 11:53:26 |
| 8 | here. | 11:53:29 |
| 9 | So you're in the car. You're trying to call | 11:53:29 |
| 10 | Rachel. You said you see something out of the corner of | 11:53:32 |
| 11 | your eye. Which eye? | 11:53:36 |
| 12 | A. Out my left eye. | 11:53:37 |
| 13 | Q. Okay. And on which side of the vehicle do you see | 11:53:39 |
| 14 | someone approaching? | 11:53:42 |
| 15 | A. I believe it was on my -- my driver's side window. | 11:53:45 |
| 16 | You know, it -- this is -- I don't know if you've ever | 11:53:50 |
| 17 | been in an experience where you were, like, just really | 11:53:53 |
| 18 | frightened. You know, when you're frightened and you're | 11:53:57 |
| 19 | -- you're -- you're asked to recall those moments, it's | 11:54:00 |
| 20 | kind of like everything is just -- it's kind of -- it's | 11:54:02 |
| 21 | fuzzy, you know, on those times, you know -- | 11:54:04 |
| 22 | Q. Well, you were -- | 11:54:06 |
| 23 | A. -- and -- | 11:54:06 |
| 24 | Q. -- able to recall exactly what happened with you | 11:54:09 |
| 25 | and Rachel when she discharged the gun at you a week | 11:54:11 |

| | | |
|---|---|---|
| 1 | prior.  So you're seeing -- | 11:54:14 |
| 2 | A.  So -- | 11:54:15 |
| 3 | Q.  -- someone approaching the vehicle on -- was it | 11:54:16 |
| 4 | the passenger's side or driver's side? | 11:54:21 |
| 5 | A.  Okay.  So let me address the first thing as far as | 11:54:22 |
| 6 | being frightened, right? | 11:54:22 |
| 7 | So with Rachel I didn't actually -- I wasn't | 11:54:26 |
| 8 | frightened un -- un -- un -- until the gun discharged at | 11:54:28 |
| 9 | that time, right?  But I wasn't as frightened as this | 11:54:31 |
| 10 | person I don't know coming down the side of my car with | 11:54:35 |
| 11 | it. | 11:54:39 |
| 12 | Q.  Okay. | 11:54:39 |
| 13 | A.  Because I don't -- | 11:54:42 |
| 14 | Q.  Did not -- | 11:54:42 |
| 15 | A.  -- know who -- | 11:54:42 |
| 16 | Q.  -- discharge -- | 11:54:43 |
| 17 | A.  -- this person is. | 11:54:43 |
| 18 | Q.  -- the firearm, but Rachel did, right? | 11:54:43 |
| 19 | A.  She did. | 11:54:45 |
| 20 | Q.  Okay.  So what side of the car were they | 11:54:46 |
| 21 | approaching?  Was it the driver's side or passenger's | 11:54:48 |
| 22 | side? | 11:54:50 |
| 23 | A.  I believe it was the driver's side. | 11:54:51 |
| 24 | Q.  Okay.  And what did you do when you saw someone | 11:54:53 |
| 25 | approaching the vehicle on your driver's side? | 11:54:56 |

HENRY MICHAEL BARNHILL                          80

```
 1      A.  I hit -- I hit the start button and I just -- I --    11:55:00
 2   I took off.  I kind of, like, just -- I was frightened.      11:55:05
 3   I was -- I was scared.  I just went into fight-or-flight     11:55:08
 4   mode.  Like, I didn't think things through.  I did not       11:55:11
 5   take the time to -- what's going on, to judge anything.      11:55:14
 6      Q.  Where were you --                                     11:55:17
 7      A.  You know, I just --                                   11:55:18
 8      Q.  -- planning to go when you hit the start button?      11:55:20
 9      A.  To drive home.  You know, my mind was just to get     11:55:25
10   somewhere safe, you know, that's -- that's --               11:55:28
11      Q.  So your mind was thinking, then.  You had a plan      11:55:30
12   to hit the start button and to drive home, right?           11:55:33
13      A.  The -- the best way I can describe it, right --       11:55:35
14   you know, because I don't want you to misconstrue           11:55:40
15   anything or -- or have your wrong interpretation.  The      11:55:41
16   best type of way that I can explain it is like a natural    11:55:41
17   reflex.  It's kind of like when you're a kid.  You fall     11:55:45
18   and you hit your head.  You don't think.  The first thing   11:55:48
19   you do is you get up and run home.  That was the -- that    11:55:51
20   was the response that I had at that time.                   11:55:53
21      Q.  Okay.  Do you have to stop at stop signs,            11:55:55
22   stoplights and focus on where you were driving in order     11:56:02
23   to get home, or is your car a Tesla?  Does it drive         11:56:05
24   itself?                                                     11:56:08
25          ATTORNEY PACKER:  Objection.  Compound.             11:56:08
```

| | | |
|---|---|---|
| 1 | Objection.  Relevance.  Argumentative. | 11:56:10 |
| 2 | THE WITNESS:  No.  I think -- even a Tesla you | 11:56:13 |
| 3 | would have to pay attention to where you're going.  You | 11:56:18 |
| 4 | know, but in -- in that moment it's not -- I can only | 11:56:23 |
| 5 | describe to you what was going on with me at that time, | 11:56:30 |
| 6 | right?  So at that time -- | 11:56:33 |
| 7 | ATTORNEY KORNBLAU:  Do -- | 11:56:33 |
| 8 | THE WITNESS:  -- I was -- I was -- | 11:56:34 |
| 9 | BY ATTORNEY KORNBLAU: | 11:56:34 |
| 10 | Q.  Did you know where you were going? | 11:56:34 |
| 11 | A.  Of course.  I was instinctively driving home. | 11:56:37 |
| 12 | Q.  So you had a plan.  You drove home. | 11:56:39 |
| 13 | ATTORNEY PACKER:  Objection.  Misstates testimony. | 11:56:43 |
| 14 | Go ahead. | 11:56:45 |
| 15 | ATTORNEY KORNBLAU:  Okay. | 11:56:47 |
| 16 | THE WITNESS:  So -- so when you say "plan," right? | 11:56:47 |
| 17 | You know, that describes something of someone, like, | 11:56:51 |
| 18 | actually thinking something through.  You know, as I | 11:56:53 |
| 19 | describe something -- as I described to you earlier, I | 11:56:56 |
| 20 | didn't take the time to evaluate anything.  It was just a | 11:56:59 |
| 21 | response, you know -- | 11:57:03 |
| 22 | ATTORNEY KORNBLAU:  Okay.  You made -- | 11:57:04 |
| 23 | THE WITNESS:  -- to -- | 11:57:06 |
| 24 | ATTORNEY KORNBLAU:  -- the decision to drive home, | 11:57:07 |
| 25 | and that's where you were headed. | 11:57:08 |

HENRY MICHAEL BARNHILL                                    82

1          THE WITNESS:  I think that that was my response.    11:57:10
2    I don't -- I don't want for you to be able to say that   11:57:13
3    I --                                                     11:57:18
4          ATTORNEY KORNBLAU:  Did you --                     11:57:18
5          THE WITNESS:  -- made a decision when it was just  11:57:19
6    a response.                                              11:57:21
7    BY ATTORNEY KORNBLAU:                                    11:57:21
8      Q.  Did you see where you were going while you were    11:57:21
9    driving?                                                 11:57:25
10     A.  I would imagine so.  It's -- it's -- it's hard to  11:57:26
11   explain.  It's like at that time it's kind of like I went 11:57:29
12   into fight-or-flight mode and I was just -- I just had   11:57:33
13   tunnel vision.  I just -- just --                        11:57:37
14     Q.  Did you make it to your intended destination?     11:57:39
15     A.  I did.                                             11:57:41
16     Q.  Did you crash the car in the process?             11:57:42
17     A.  I didn't.                                          11:57:48
18     Q.  Okay.  So when you hit the start button and you   11:57:50
19   take off, you only saw one person; is that right?       11:57:56
20     A.  Yeah, that's -- all I remember is the gun.  I     11:58:04
21   didn't take the time to appraise anything.  Everything  11:58:04
22   just --                                                 11:58:07
23     Q.  Did you see --                                    11:58:07
24     A.  -- happen --                                      11:58:09
25         ATTORNEY PACKER:  Hold on.  Hold on.  Let him     11:58:09

| | | |
|---|---|---|
| 1 | finish. | 11:58:10 |
| 2 | THE WITNESS:  Oh, let me finish? | 11:58:13 |
| 3 | ATTORNEY PACKER:  Yeah.  Let -- | 11:58:14 |
| 4 | THE WITNESS:  Okay.  So yeah.  Like, at that | 11:58:16 |
| 5 | time -- like, at the moment that I seen the gun, I didn't | 11:58:18 |
| 6 | take the time to appraise it.  Like, literally, I didn't | 11:58:21 |
| 7 | take the time to even attempt to figure out what was | 11:58:28 |
| 8 | going on.  Once I -- once that happened, it was just -- | 11:58:31 |
| 9 | instantaneously I just instinctively hit the button and | 11:58:34 |
| 10 | drove off. | 11:58:38 |
| 11 | BY ATTORNEY KORNBLAU: | 11:58:38 |
| 12 | Q.  Were you driving the speed limit home since that's | 11:58:38 |
| 13 | probably instinctive as well? | 11:58:41 |
| 14 | ATTORNEY PACKER:  Objection.  Calls for | 11:58:43 |
| 15 | speculation.  Relevance. | 11:58:44 |
| 16 | Go ahead. | 11:58:45 |
| 17 | THE WITNESS:  I would -- I was driving like a | 11:58:46 |
| 18 | scared man, you know.  Like, I don't -- I don't know what | 11:58:52 |
| 19 | speed limit I was driving.  I don't know -- like, I | 11:58:56 |
| 20 | certainly know that I wasn't trying to hurt myself.  I | 11:58:59 |
| 21 | was trying to get away from danger, not hurt myself. | 11:59:04 |
| 22 | ATTORNEY KORNBLAU:  You said you were -- | 11:59:06 |
| 23 | THE WITNESS:  I wasn't trying to -- | 11:59:06 |
| 24 | ATTORNEY KORNBLAU:  -- driving -- | 11:59:06 |
| 25 | THE WITNESS:  -- hurt myself. | 11:59:06 |

```
1   BY ATTORNEY KORNBLAU:                              11:59:06
2     Q.  Okay.  You said you were driving like a scared   11:59:09
3   man.  What does that mean?                         11:59:12
4     A.  The only way that I can -- I can -- I can get you   11:59:13
5   to relate to me is if -- if -- if you've ever had an   11:59:19
6   experience like this to where you become frightened,   11:59:23
7   right?  When -- when you -- when you become frightened,   11:59:30
8   you don't think.  You know, you just become frightened.   11:59:34
9   You know, you don't really evaluate everything that's   11:59:38
10  going on.  You just become frightened.  And -- and you --   11:59:40
11  you just -- for me, I just went into a fight or flight,   11:59:43
12  you know --                                        11:59:46
13    Q.  Okay.  No.  Mr. --                           11:59:47
14    A.  I'm not --                                   11:59:48
15    Q.  Okay.  Mr. Barnhill, and just so we're clear, I'm   11:59:49
16  just here to get information from you, your personal   11:59:51
17  knowledge about what occurred, okay?  I don't want you to   11:59:53
18  try to relate to me or anyone else.  All I want is just   11:59:57
19  your information, what you were thinking, doing, feeling.   12:00:02
20      Do you understand?                             12:00:08
21    A.  Yes, I do.  And that's the -- the best way that I   12:00:10
22  can --                                            12:00:16
23      ATTORNEY PACKER:  Hold on.  There's no question   12:00:16
24  pending, Mr. Barnhill.  Let her ask the question.   12:00:18
25                                                     12:00:20
```

```
 1  BY ATTORNEY KORNBLAU:                                12:00:20
 2     Q.  So you were driving home.  Did you see police  12:00:20
 3  behind you?                                          12:00:26
 4     A.  Like, to be -- I just want to be brutally honest  12:00:27
 5  with you.  Like, my memory when it comes to that is   12:00:30
 6  just -- it's -- it's kind of like -- it's -- it's just  12:00:35
 7  blank.  You know, like, I've seen the videos, and I don't  12:00:38
 8  want to be giving you, like, the wrong memory of -- of --  12:00:42
 9  of what I seen, like, based on the video and what I    12:00:46
10  actually remember, you know.  And -- and -- and when it  12:00:50
11  comes to what I actually remember, I don't recall that  12:00:54
12  stuff.  Like, I can't, like, draw an actual memory    12:00:58
13  from -- from what happened during that time.  I just know  12:01:01
14  that I was scared, and I was trying to get somewhere  12:01:03
15  safe.                                                12:01:06
16     Q.  So you don't recall one way or the other if you  12:01:06
17  saw police lights and sirens behind you while you were  12:01:10
18  driving home; is that right?                         12:01:16
19     A.  I think the first time that it really dawned on me  12:01:18
20  to where I'm piecing all these things together was at the  12:01:27
21  door.  I mean, that's -- that's when everything's just,  12:01:31
22  like -- everything's being pieced together.  It's --  12:01:35
23  it's -- it's so hard for me to explain.              12:01:37
24     Q.  Okay.  Mr. Barnhill, that wasn't an answer to my  12:01:39
25  question.  My question was different, okay?          12:01:42
```

HENRY MICHAEL BARNHILL                                    86

| | | |
|---|---|---|
| 1 | I was asking you if you recall seeing lights and | 12:01:45 |
| 2 | sirens, seeing police behind you -- | 12:01:49 |
| 3 | A.  I do -- | 12:01:52 |
| 4 | Q.  -- when you were driving home. | 12:01:53 |
| 5 | A.  I do not. | 12:01:57 |
| 6 | Q.  Okay.  So you never saw any lights behind you, you | 12:01:58 |
| 7 | did not hear sirens; is that correct? | 12:02:03 |
| 8 | ATTORNEY PACKER:  Objection.  Misstates testimony. | 12:02:05 |
| 9 | Go ahead. | 12:02:08 |
| 10 | THE WITNESS:  I don't recall lights or sirens, to | 12:02:09 |
| 11 | be, like, brutally honest -- | 12:02:13 |
| 12 | ATTORNEY KORNBLAU:  But -- | 12:02:13 |
| 13 | THE WITNESS:  -- with you.  Honestly, I truly -- I | 12:02:15 |
| 14 | don't recall either one of those. | 12:02:18 |
| 15 | BY ATTORNEY KORNBLAU: | 12:02:18 |
| 16 | Q.  Then why were you driving scared home if you don't | 12:02:19 |
| 17 | even know one way or the other if anyone was behind you? | 12:02:21 |
| 18 | A.  I don't know.  Like, that was just a response. | 12:02:27 |
| 19 | You know, like -- you know, the only way that I can -- I | 12:02:31 |
| 20 | can -- I can only explain it, like, I was just -- I was | 12:02:37 |
| 21 | in fight-or-flight mode.  That was the reason why I was | 12:02:40 |
| 22 | doing it.  Like, I don't have a better way of explaining | 12:02:44 |
| 23 | it, you know.  I -- | 12:02:46 |
| 24 | Q.  Okay. | 12:02:48 |
| 25 | A.  -- I can -- I can -- | 12:02:48 |

1    Q.  Do you recall --                              12:02:50

2    A.  -- explain the way that it was -- has been    12:02:51

3  explained to me, but it still doesn't recreate memories  12:02:54

4  that I don't have.                                  12:02:57

5    Q.  Okay.  And I don't want what someone has explained  12:02:57

6  to you.  I want your personal knowledge of what you  12:03:01

7  recall from this incident.                          12:03:05

8    A.  Right.                                        12:03:05

9    Q.  So do you recall anything about the drive home on  12:03:12

10  April 29, 2022?  From the school to your home, do you  12:03:14

11  remember anything?                                 12:03:19

12    A.  All I remember was seeing the gun, hitting the  12:03:19

13  start button, driving off.  From that point on, I don't  12:03:25

14  remember -- I don't even remember people from that --  12:03:30

15  from that point on.  I kind of, like, just went into  12:03:34

16  autopilot.  You know, I wasn't thinking.  I -- I -- I  12:03:37

17  swear to you I just kind of, like -- everything just  12:03:40

18  happened on its own.  Everything just -- I don't -- I  12:03:43

19  don't know the words to explain it.  I don't know how to  12:03:48

20  explain it.  Every -- from that point on, everything, it  12:03:49

21  just -- it just happened.  You know, I don't --       12:03:52

22    Q.  Is --                                         12:03:54

23    A.  I don't --                                    12:03:56

24    Q.  Is that what you referred to when you were  12:03:57

25  speaking to police in the hospital as a blackout?    12:04:03

1     A.  As a who?                                      12:04:07

2     Q.  Blackout.                                      12:04:08

3     A.  Yeah, when I speak in -- like, of a blackout, it's    12:04:09

4  just, like, you know, to where I just don't -- again,    12:04:12

5  I can't even recall it.  Like, everything is just --    12:04:16

6  everything's blank.  You know, I don't -- I don't -- I    12:04:17

7  don't -- I can't recall it.  You know, it's just -- I've    12:04:21

8  been through this so many times trying to -- trying to    12:04:22

9  understand, trying to put people in it.  I can't.  You    12:04:25

10 know, I just -- everything just -- it's black.  It's --    12:04:30

11 it's -- it's -- it's blank.  I can't -- I can't really --    12:04:34

12 you know, I can't put it all -- I can't put it all in --    12:04:37

13    Q.  Okay.  Mr. Barnhill, it looks like you're getting    12:04:41

14 emotional.  Would you like to take a break?            12:04:43

15       Yes?  Okay.  Let's go off the record.           12:04:47

16       THE VIDEOGRAPHER:  Off the record.  12:04 p.m.    12:04:52

17       (Break in proceedings.)                         12:04:57

18       THE VIDEOGRAPHER:  On the record.  12:33 p.m.    12:33:30

19 BY ATTORNEY KORNBLAU:                                 12:33:34

20    Q.  Good afternoon, Mr. Barnhill.  We just took     12:33:34

21 another break.  I just want to make sure you understand    12:33:37

22 that you are still under oath to tell the truth here    12:33:40

23 today.                                                12:33:43

24       Do you understand?                              12:33:45

25    A.  Yes.                                           12:33:46

| | | |
|---|---|---|
| 1 | Q.  I want to go back just briefly and ask you about | 12:33:46 |
| 2 | what you did to prepare for your deposition today, and I | 12:33:54 |
| 3 | do not want any communications that you've had with | 12:33:59 |
| 4 | Mr. Packer or any lawyers.  So I don't want the substance | 12:34:03 |
| 5 | of any communications with lawyers.  I just want to know | 12:34:08 |
| 6 | if you had any meeting to prepare for this deposition | 12:34:12 |
| 7 | today. | 12:34:19 |
| 8 | A.  Any meetings?  No. | 12:34:19 |
| 9 | Q.  Okay.  So you did not review any documents or any | 12:34:23 |
| 10 | audio or video in preparation for this deposition today; | 12:34:28 |
| 11 | is that correct? | 12:34:33 |
| 12 | A.  No. | 12:34:34 |
| 13 | Q.  "No," that's not correct or, "no," you did not | 12:34:36 |
| 14 | review -- | 12:34:39 |
| 15 | A.  No.  No, I didn't. | 12:34:39 |
| 16 | Q.  Have you ever had communications -- again, without | 12:34:43 |
| 17 | the substance, have you had any communications with | 12:34:47 |
| 18 | lawyers about this case? | 12:34:51 |
| 19 | A.  Yes. | 12:34:54 |
| 20 | Q.  When was the last time that you had a | 12:34:55 |
| 21 | conversation? | 12:34:59 |
| 22 | ATTORNEY PACKER:  Objection.  Relevance. | 12:35:00 |
| 23 | THE WITNESS:  Do I answer? | 12:35:09 |
| 24 | ATTORNEY KORNBLAU:  Just a date, if you remember. | 12:35:11 |
| 25 | THE WITNESS:  I don't recall the date.  I was just | 12:35:13 |

| 1 | informed that -- some time ago, that I would have a | 12:35:15 |
| 2 | deposition today. | 12:35:19 |
| 3 | ATTORNEY KORNBLAU:  Okay.  Okay.  That's fine. | 12:35:20 |
| 4 | Q.  All right.  So going back to the incident, we were | 12:35:22 |
| 5 | talking about the fact that you believe that you saw | 12:35:28 |
| 6 | someone approaching your vehicle on the driver's side, | 12:35:33 |
| 7 | and you took off, you said, and you were driving. | 12:35:38 |
| 8 | Do you remember that? | 12:35:44 |
| 9 | A.  Yeah, I remember taking off, yeah.  I remember, | 12:35:46 |
| 10 | yeah.  I rem -- remember what you're talking about. | 12:35:49 |
| 11 | Q.  And I asked you if you remembered any details | 12:35:51 |
| 12 | about the drive home. | 12:35:55 |
| 13 | Do you remember that? | 12:35:57 |
| 14 | A.  Yeah.  Everything is just so distorted during that | 12:36:00 |
| 15 | time.  I just -- you know, I don't -- I really couldn't | 12:36:03 |
| 16 | answer the question either way. | 12:36:10 |
| 17 | Q.  And when you say, "Everything is distorted during | 12:36:11 |
| 18 | that time," are you saying on April 29, 2022, everything | 12:36:14 |
| 19 | was distorted? | 12:36:22 |
| 20 | A.  Yeah, during the -- during the -- from the time | 12:36:23 |
| 21 | that the person on the side of the vehicle was with a | 12:36:29 |
| 22 | fire -- from the time that I seen that until the time | 12:36:35 |
| 23 | that I got home, everything's kind of like -- it's -- | 12:36:38 |
| 24 | it's just fuzzy for that -- from that time.  It's kind of | 12:36:46 |
| 25 | like -- the best way I can explain it is like if you're | 12:36:49 |

```
 1   watching TV and then -- thee -- the -- the cable goes out        12:36:53
 2   and you just see fuzz and then it comes back in.  You            12:36:57
 3   know, we all know that during that time, you know, if we         12:36:59
 4   were watching the football game, that the football game          12:37:01
 5   carried on, but the TV lost reception suring (phonetic)          12:37:04
 6   that -- during that time.                                        12:37:06
 7       So you can't really -- it's just -- it's hard me             12:37:06
 8   to walk you through what happened during that time               12:37:09
 9   because my memory just -- it's all over the place when it        12:37:13
10   comes --                                                         12:37:16
11       Q.  So do you --                                             12:37:16
12       A.  -- to that --                                            12:37:16
13       Q.  Do you remember stopping your vehicle near your          12:37:16
14   home?                                                            12:37:22
15       A.  In front of the house, yes.  I remember -- yeah,         12:37:24
16   I --                                                             12:37:28
17       Q.  Where did --                                             12:37:28
18       A.  -- stopped in front of the house -- huh?                 12:37:33
19       Q.  Where did you stop your vehicle?                         12:37:34
20       A.  Right immediately in front -- in front of our           12:37:36
21   house.                                                           12:37:39
22       Q.  Did you park the vehicle or you got out?                 12:37:39
23       A.  No, I did not park.  I just pulled up and I got          12:37:42
24   out.                                                             12:37:44
25       Q.  Were you in the street or you were -- were you           12:37:46
```

HENRY MICHAEL BARNHILL                    92

1   along a curb?                                      12:37:50

2      A.  I was in the street not too far from the curb.  I   12:37:52

3   was in the street, yeah.                           12:37:57

4      Q.  Why did you stop the vehicle in the street?   12:37:58

5      A.  I have no idea.  Like -- like, a lot of these   12:38:03

6   things, like, I'm picturing it, right?  But the only   12:38:05

7   reason why I have this picture in my head is because I   12:38:08

8   seen it on the body cam, right?  So I can see the car's   12:38:11

9   position, but at the time I don't -- it's -- it's so hard   12:38:15

10  for me to explain it to you because, you know, my --   12:38:20

11  naturally I want to explain it to you from the body cam.   12:38:25

12  It's, like, had -- like, it -- all people do this, right?   12:38:29

13  It could be something as simple as being at a wedding and   12:38:32

14  you seeing a video of yourself, you spitting.  You're,   12:38:35

15  like, "I don't remember spitting."  Well, obviously you   12:38:39

16  did because the video shows you that, right?  But you   12:38:40

17  don't recall, see?  So it's -- it's hard for me to walk   12:38:45

18  you through these things because I honestly don't recall   12:38:47

19  it.  You know, I don't recall these things.   12:38:51

20     Q.  So I'll just ask you again.  Why did you stop your   12:38:53

21  vehicle in the road near your home?                12:38:55

22     A.  Because it was at my house I guess.  I don't know.   12:38:59

23  You know, it was at the house.  I was trying to get   12:39:07

24  somewhere safe.                                    12:39:10

25     Q.  I don't understand why you're laughing when you're   12:39:10

HENRY MICHAEL BARNHILL                                    93

1    trying to answer my question.                          12:39:12

2         ATTORNEY PACKER:  Objection.                       12:39:18

3         THE WITNESS:  Because --                           12:39:18

4         ATTORNEY PACKER:  Argumentative.                   12:39:19

5         THE WITNESS:  -- it's all --                       12:39:19

6         ATTORNEY PACKER:  No question pending.  No, you    12:39:19

7    don't need to answer that.                              12:39:20

8         Go ahead.                                          12:39:22

9    BY ATTORNEY KORNBLAU:                                   12:39:22

10    Q.  Okay.  So without laughing, can you just answer    12:39:24

11    the simple question -- and if you don't know why or you 12:39:26

12    don't recall, that's a perfectly fine answer.  I just  12:39:28

13    want to know why you stopped your vehicle where you did, 12:39:31

14    which was in the road and not against the curb parked by 12:39:35

15    your home.                                             12:39:38

16    A.  The best way -- I just -- I just went on           12:39:42

17    autopilot, like -- I don't really notice --            12:39:48

18    Q.  Is it instinct to stop your vehicle in the middle  12:39:50

19    of a road before you get out?                          12:39:56

20    A.  I would have to say yes because that's what I did, 12:39:58

21    and I know that everything that I did, I just did off  12:40:02

22    instinct.                                              12:40:05

23    Q.  So you said you instinctively drove home, but then 12:40:11

24    wouldn't it follow that you would instinctively park your 12:40:15

25    vehicle where you normally park it before you exit?    12:40:20

HENRY MICHAEL BARNHILL                                    94

1    A.  I think that in the moment of fear, you don't --    12:40:24
2    you don't do things in the moment of fear that you would    12:40:27
3    do during norm -- normal times.  Normally I would park    12:40:27
4    the car, but in this state of fear I didn't -- I didn't    12:40:28
5    do any of those things.    12:40:31
6    Q.  So while you were driving home -- I know you said    12:40:33
7    you don't remember much or anything, but you keep saying    12:40:37
8    that you were fearful.  What were you fearful of while    12:40:41
9    you were driving home?    12:40:44
10   A.  Of being killed.  You know, I just -- I -- I just    12:40:47
11   had a person, you know, who I don't know who it is, I    12:40:51
12   don't know what their intentions are, I don't know what's    12:40:55
13   going on.  I didn't take the time to wrap my head around    12:40:57
14   what was going on.  You know, I was --    12:41:01
15   Q.  Were you looking to see if someone was around you    12:41:02
16   while you were driving home?    12:41:06
17   A.  I would imagine that somewhere within that --    12:41:10
18   Q.  Well, I don't want you to guess.  I -- I don't    12:41:16
19   want you to say "I imagine."  Were you looking to see if    12:41:19
20   someone who you claim just had a gun to see if that    12:41:22
21   person was following you, whether running after you,    12:41:26
22   driving, bicycling after you?  Were you looking to see if    12:41:30
23   that person was behind you if you said you're in fear?    12:41:35
24   A.  I think that's what's happening is you're    12:41:38
25   answering -- you're asking me the same question in    12:41:42

| 1 | different type of ways.  Trying to -- I -- I -- I can't | 12:41:45 |
| 2 | give you a response other than the responses I've given | 12:41:51 |
| 3 | you, you know, because that's the truth.  I don't really | 12:41:53 |
| 4 | recall.  Everything is just kind of blank when it comes | 12:41:57 |
| 5 | to that.  You know, the only thing that I can -- when | 12:42:00 |
| 6 | you're asking these questions, the only thing that I can | 12:42:04 |
| 7 | think of are the body cam, you know, from when I seen the | 12:42:06 |
| 8 | body cam. | 12:42:10 |
| 9 |    Q.  Okay.  So when you said a person was approaching | 12:42:10 |
| 10 | you inside the vehicle in front of the school on the | 12:42:14 |
| 11 | driver's side, where was the gun? | 12:42:17 |
| 12 |    A.  The gun was out in front of him, you know, like I | 12:42:24 |
| 13 | seen someone holding a gun, like, moving at the same | 12:42:28 |
| 14 | time.  You know, all I'm seeing is a gun.  In that | 12:42:31 |
| 15 | moment, I see the gun.  I don't take the time to try to | 12:42:34 |
| 16 | figure everything out.  I don't -- if -- everything just | 12:42:38 |
| 17 | happened instinctively.  It just happened.  It's like I | 12:42:42 |
| 18 | see the gun and I -- I just -- I panic and I just -- | 12:42:46 |
| 19 | everything from that point just happened just | 12:42:52 |
| 20 | instinctive.  Like, I didn't take the time to evaluate | 12:42:55 |
| 21 | anything else that was going on at that -- | 12:42:57 |
| 22 |    Q.  Can you -- | 12:42:57 |
| 23 |    A.  -- time. | 12:42:59 |
| 24 |    Q.  -- describe the manner in which a person was | 12:42:59 |
| 25 | holding the gun? | 12:43:03 |

HENRY MICHAEL BARNHILL                                    96

1      A.  I seen two hands holding a gun.  I believe it        12:43:07
2  could have been one hand to two hand.  I just seen -- you    12:43:11
3  know, I see -- I see, like -- I see hands, which I           12:43:15
4  obviously know that belongs to a body, but I can't see       12:43:19
5  the full body.  I can't see the full picture of -- of --     12:43:22
6  of what's going on.  I see, you know, hands -- I see a       12:43:25
7  gun, somebody walking with a gun that's extended out         12:43:30
8  coming towards me, like, coming closer to my -- my -- my     12:43:38
9  -- the side of my car toward the window.                     12:43:40
10     Q.  You said you could see the person's torso; is that   12:43:40
11 right?                                                        12:43:45
12     A.  I could see -- I could see their body.  I think --   12:43:45
13 I think that at that time -- I didn't really focus on it,    12:43:49
14 you know, at that time.  And I -- I'm trying to give you,    12:43:54
15 like, an actual picture, like -- you know, even seeing       12:43:56
16 the body cam, I still can't -- all I can see is -- is --     12:44:01
17 is a body comes towards me with a -- with -- with a gun      12:44:06
18 up, you know, out towards me.  That's all I -- that's all    12:44:10
19 I can recall.                                                12:44:13
20     Q.  Did you check to see if it was Rachel?              12:44:14
21     A.  No.  I don't -- no, I didn't think -- I didn't       12:44:17
22 think any of that.  You know, I didn't think --             12:44:23
23     Q.  Why not?                                            12:44:25
24     A.  Like, my mind -- my mind didn't take the time to    12:44:26
25 try to analyze anything.  You know, it's kind of like if    12:44:28

```
 1   you grab a hot pot, right?  You don't think, "Oh, hot --    12:44:34
 2   this pot is hot, so let me snatch my hand."  It kind of,    12:44:37
 3   like -- it happens, and then you think back and say, "Oh,   12:44:40
 4   I snatched my hand because it was hot," right?              12:44:43
 5        So you -- during that time, that instinct to -- to     12:44:47
 6   do, you don't think it through, you don't plan to do it;    12:44:49
 7   it just happens.  I just occurs.  And in that moment,       12:44:51
 8   that's what happened.  I just -- I got scared.  I was       12:44:54
 9   frightened.  I panicked and -- and -- and from that point   12:44:57
10   I just instinctively hit the button and drove off.         12:45:01
11     Q.  Okay.  So we're at the point where you stop the       12:45:05
12   vehicle that you were driving in the road, and you exit     12:45:12
13   the vehicle.                                                12:45:18
14        Did you put the car in park before exiting?           12:45:19
15     A.  Yes.                                                  12:45:25
16     Q.  How do you know that?                                 12:45:26
17     A.  First of all -- I mean, I'm doing deductions.         12:45:29
18   First of all, the car didn't roll, so I'm pretty sure it    12:45:34
19   was in park.                                                12:45:37
20     Q.  You answered that quickly with a "yes," so you        12:45:37
21   knew that you had put the car in park.  So I just want to   12:45:40
22   know how you know that.                                     12:45:44
23     A.  Yeah, from -- I think -- if I'm remembering           12:45:46
24   correctly, I remember putting the car in park.  I          12:45:49
25   remember opening the door, and I remember just moving       12:45:52
```

```
 1  real fast to my door, like, hurrying to my door.        12:45:56

 2      Q.  So you do remember --                            12:46:02

 3      A.  To my front porch --                             12:46:02

 4      Q.  -- things that occurred before you got to --     12:46:03

 5          ATTORNEY PACKER:  Hold on.  Andrea, let him      12:46:03

 6  finish.  I don't think he was finished yet.             12:46:06

 7          ATTORNEY KORNBLAU:  Okay.  I'm sorry.            12:46:08

 8          THE WITNESS:  Right.  So, you know -- and        12:46:10

 9  I'm trying to, like -- I'm trying to think things       12:46:11

10  backwards, right?  You know, so -- when -- when I'm      12:46:13

11  answering these questions, a lot of things are going into 12:46:15

12  it, right?  Like, first and foremost common sense goes   12:46:18

13  into these things, right?  So when you ask me these      12:46:22

14  questions, like, I may not have the absolute recollection 12:46:26

15  of it, but trying to put it together the best way that I  12:46:30

16  can for you.                                             12:46:32

17  BY ATTORNEY KORNBLAU:                                    12:46:33

18      Q.  Oak.  So you do recall putting the vehicle in    12:46:33

19  park, so you do remember things that occurred before you 12:46:37

20  arrived at the porch?                                    12:46:40

21      A.  Right.  You know, and it's -- it's -- this is -- 12:46:45

22  this is the tricky part when it comes to that, right?    12:46:47

23  Because I don't -- I don't -- like, if you were to give  12:46:49

24  me a multiple choice/true or false, right, is this an    12:46:52

25  actual memory or is this a memory that I'm -- I'm -- I'm  12:46:56
```

HENRY MICHAEL BARNHILL                                    99

1   creating, you know, to -- to fit this, like, hole, I        12:46:59

2   wouldn't be able to answer it whether it is -- it's         12:47:05

3   actual one or it's a false memory.  I don't -- I mean,      12:47:08

4   I'm trying to communicate what happened to you the best     12:47:10

5   that I can.                                                  12:47:12

6      Q.  So you put the vehicle in park and you said you      12:47:13

7   recall exiting the vehicle.  How did you exit the vehicle   12:47:17

8   after putting the car in park?                              12:47:21

9      A.  I got out the car with my hands up in the air, and   12:47:24

10  I quickly -- you know, I hurried to my door.                12:47:31

11     Q.  Okay.  Why did you put your hands in the air after   12:47:34

12  exiting the car?  Or did you say during the process of      12:47:36

13  exiting?                                                     12:47:40

14     A.  Yeah, so when I got up -- evidently, you know,       12:47:41

15  I -- I got out of the car, I put my hands in the car and    12:47:45

16  I -- you know, I quickly went to my door.                   12:47:48

17     Q.  Where did you put your hands in the air with         12:47:50

18  relation to your vehicle?                                    12:47:54

19     A.  As soon as I got out the vehicle, I believe.         12:47:56

20     Q.  Were you standing within arm's reach of your         12:47:58

21  vehicle when you did that?                                   12:48:02

22     A.  I would imagine as soon as I got out the car, you    12:48:07

23  know, I put my hands up.                                     12:48:11

24     Q.  Why did you do that?                                  12:48:12

25     A.  I don't -- I don't remember if I shut the door or    12:48:16

| | | |
|---|---|---|
| 1 | not.  I just -- I just -- I know -- I -- I want to say | 12:48:19 |
| 2 | that I instinctively did it, but I've been posed this | 12:48:24 |
| 3 | question before, right?  So I'm, like -- and I'm sorry if | 12:48:27 |
| 4 | I -- if I laugh.  I think it's kind of, like, a nervous | 12:48:30 |
| 5 | response.  Be -- because I've been posed this question | 12:48:34 |
| 6 | before, and I've been trying to, like, place everything | 12:48:37 |
| 7 | together. | 12:48:41 |
| 8 | And I put my hands up, but I don't know if that's | 12:48:41 |
| 9 | because -- because I honestly don't recall voices.  Like, | 12:48:47 |
| 10 | I don't recall someone saying, "Put your hands up in the | 12:48:48 |
| 11 | air."  You know, I don't recall these things happening | 12:48:50 |
| 12 | until I got to my front porch. | 12:48:52 |
| 13 | Q.  Okay.  Why did you put your hands in the air when | 12:48:54 |
| 14 | you exited the vehicle? | 12:48:58 |
| 15 | A.  Right.  So that's the thing that I'm struggling | 12:49:00 |
| 16 | with.  I don't know whether I instinctively did it or if | 12:49:03 |
| 17 | it's because I heard someone, you know, commanding me to | 12:49:07 |
| 18 | do so.  But either way, I did it.  So if I -- if I heard | 12:49:10 |
| 19 | someone tell me to do it, I did it because of that.  If I | 12:49:14 |
| 20 | did it out of instinct, I don't know, but I don't -- from | 12:49:17 |
| 21 | the best of my re -- like, if you asked me to sit back | 12:49:21 |
| 22 | and think, I -- I don't hear anyone say, "Put your hands | 12:49:24 |
| 23 | up." | 12:49:28 |
| 24 | Q.  Okay. | 12:49:28 |
| 25 | A.  I don't -- I don't hear that.  I -- I've heard it | 12:49:28 |

HENRY MICHAEL BARNHILL                                    101

1   on the body cam, but I don't recall from my own memory.   12:49:33

2       Q.  When you put your hands in the air, were you      12:49:36

3   intending to cooperate with anyone who may have given you  12:49:39

4   a command to do that?                                      12:49:42

5       A.  I think that -- if I put my hands up              12:49:43

6   instinctively, it's because I didn't want to get shot.  I  12:49:51

7   didn't want to get killed.  I wanted to make it --         12:49:54

8   every -- you know, I didn't want to be seen as if I posed  12:49:57

9   any type of threat.                                        12:49:59

10      Now, if I did it because I did hear, obviously        12:50:00

11  it's because I was following a command, obviously.  But I   12:50:06

12  -- but, like I said, I don't really recall hearing         12:50:09

13  anything at that time.  I don't recall hearing someone     12:50:11

14  say, "Put your hands up," so I don't know if I did it      12:50:14

15  instinctively, but I know that gesture is so no one        12:50:18

16  thinks that I'm trying to do anything, you know?           12:50:23

17      Q.  So you keep saying "if I did it," so do you       12:50:25

18  actually remember putting your hands in the air?           12:50:32

19      A.  I can recall running towards the door, right?     12:50:35

20  I -- I can recall that, but I don't recall why I put my     12:50:39

21  hands in the air.  I don't know if I did it just out of    12:50:45

22  pure instinct, and I don't know if I did it because I      12:50:50

23  actually heard someone say it.  I don't -- like, I --      12:50:52

24  honestly -- like, honest -- truthfully, I don't know why.  12:50:58

25  It just -- I just did it.  You know, I don't -- I don't    12:50:59

HENRY MICHAEL BARNHILL                                    102

1   know.                                            12:51:02

2     Q.  When you put your hands in the air, did you intend   12:51:02

3   to cooperate with police officers' commands to do so?   12:51:06

4     A.  With -- at any inter -- encounter, at any -- you   12:51:17

5   know, whenever -- any time with police officers, the only   12:51:24

6   thing that I ever tried to do was obey their commands.  I   12:51:26

7   wasn't trying to get shot.  I wasn't trying to get   12:51:28

8   killed.  You know, all these things are going through my   12:51:31

9   head during this encounter.  You know, I'm thinking,   12:51:34

10  like, "Oh, jeez.  Like, I might accidentally get shot.   12:51:37

11  You know, I might accidently" -- I'm thinking of all   12:51:40

12  these accidents, you know, based on all these things that   12:51:42

13  I've seen throughout my life.  You know, I've had a   12:51:45

14  friend of mine get killed when I was -- you know, killed   12:51:48

15  by a police officer when I was a kid.  You know, I've   12:51:50

16  seen -- I wit -- witnessed this right in front of me, you   12:51:55

17  know.                                            12:51:59

18       So all these scenarios are going through my head.   12:51:59

19  They're -- the -- they're happening so fast, you know,   12:52:03

20  so -- but the last thing that I'm trying to do is trying   12:52:04

21  to get hurt.  The last thing I'm trying to do is put   12:52:10

22  myself in a situation to where I can be hurt, right?  So   12:52:12

23  I'm not trying to do anything that's going to cause me to   12:52:16

24  get killed, right?  So the -- that's where my mind's at   12:52:19

25  at this time.  I'm scared.  I don't know what to do, you   12:52:22

1   know, and I'm not -- I try -- I tried my -- my -- my best      12:52:25

2   just to get through the situation without getting killed.      12:52:31

3   And that's -- that's the truth.  I don't -- you know, I        12:52:36

4   don't know specifics.                                          12:52:40

5       ATTORNEY KORNBLAU:  Objection.  Nonresponsive.             12:52:40

6   Move to strike the entire answer.                              12:52:44

7    Q.  When you raised your hands in the air after               12:52:46

8   exiting the vehicle, was it your intent to cooperate with      12:52:49

9   police commands?                                               12:52:53

10      ATTORNEY PACKER:  Objection.  Asked and answered.          12:52:54

11      Go ahead.                                                  12:52:57

12      THE WITNESS:  All -- all I know is I put my hands           12:53:01

13  up in the air, you know.  I did it instinctively or I did      12:53:04

14  it trying to obey the commands.  I don't know.  I can't        12:53:10

15  -- I can't put my finger on it.                                12:53:13

16  BY ATTORNEY KORNBLAU:                                          12:53:13

17   Q.  Do you know one way or the other?                         12:53:13

18   A.  I -- I would -- I would guess that there was --           12:53:22

19  somewhere in my head I must have -- I don't know.  I           12:53:25

20  don't know if it was just on an instinct.  I don't know       12:53:29

21  if I -- and I don't recall hearing someone say, "Put your     12:53:31

22  hands up in the air."  I don't know if I heard it or I        12:53:35

23  blocked anything out.  I don't -- I don't know.               12:53:39

24   Q.  Okay.  So at the point where you exit the                 12:53:42

25  vehicle -- you said you don't want to get shot -- did you      12:53:44

 1  see anyone near your vehicle immediately upon exiting?    12:53:47
 2     A.  No.  I just remember -- the first time that I can   12:53:50
 3  recall seeing an officer that I began to know was an      12:53:58
 4  officer was actually running through the gate, and he was 12:54:04
 5  running through the gate with -- with a -- with a gun     12:54:08
 6  pointed at me and he's running.  And I remember looking   12:54:12
 7  over and I just -- you know, I'm realizing that he's      12:54:15
 8  coming towards me, and I just freeze.  You know, I        12:54:18
 9  just -- I just freeze, you know.  And the way that I      12:54:21
10  always explain that is fight, flight, freeze.  And so     12:54:25
11  that was my reaction.  I just -- I just froze, right?     12:54:30
12  And so I have a million things going through my head.     12:54:33
13  I'm, like, "Oh, shoot.  Oh, shoot."  You know, like, what 12:54:36
14  -- I'm trying -- at this time I'm still trying to figure  12:54:38
15  out what's going on, you know --                          12:54:40
16     Q.  Where -- where did you freeze?                     12:54:43
17     A.  I froze at the door.                               12:54:45
18     Q.  How close were you to the door?                    12:54:46
19     A.  I was at the door, like -- like, literally at the  12:54:51
20  door, like, right in front of it.                         12:54:54
21     Q.  Did you have keys in your hand?                    12:54:56
22     A.  I don't recall if I had keys in my hand or if I    12:54:58
23  dropped them to the ground.  I know at the end -- I don't 12:55:05
24  know.  The offer -- they -- they found my keys somewhere. 12:55:11
25  I think they got them on the ground.                      12:55:15

HENRY MICHAEL BARNHILL                                     105

1      Q.  But you --                                    12:55:17

2      A.  I don't know.                                 12:55:17

3      Q.  -- were intending to go inside the house?     12:55:18

4      A.  Yeah, I think -- I think my first -- my first,  12:55:20

5   initial, reaction was to try to get into the house.  12:55:22

6      Q.  Okay.                                          12:55:24

7      A.  Yeah.                                          12:55:25

8      Q.  So if -- if your initial reaction is to go into  12:55:25

9   the house, then how do you freeze before that?       12:55:31

10     A.  So all this is -- is in -- occurring, you know,  12:55:32

11  from -- from me getting out the car, running towards the  12:55:35

12  door and I'm -- and I'm -- I'm just -- I'm just --    12:55:39

13  everything is going off instinct.  Everything is just  12:55:41

14  pure instinct.  So when I get to the door and, you know,  12:55:47

15  I grab the door, you know, I can hear someone coming   12:55:49

16  towards me, and he's -- you know, he's making commands at  12:55:52

17  me.  And -- and I can't really tell you what commands   12:55:55

18  he -- but, you know, I'm -- I'm turning like this and I'm  12:55:59

19  -- I'm realizing that it's an officer coming towards me,  12:56:02

20  right?                                                12:56:06

21        So from this point, I'm -- I'm seeing he's an    12:56:06

22  officer, right?  I -- I -- at this point I fully        12:56:10

23  understand he's an officer, right?  And so I -- I just  12:56:13

24  freeze.  You know, I don't know what to do and I -- I   12:56:15

25  just -- just froze.  You know, at that time I just froze.  12:56:17

1    Q.  Okay.  You said that you saw an officer running        12:56:19

2    towards you at the gate.                                   12:56:22

3    A.  Correct.                                               12:56:25

4    Q.  And you were looking over your shoulder, you           12:56:26

5    testified earlier in this deposition.  Do you remember     12:56:29

6    that?                                                      12:56:34

7    A.  Correct.                                               12:56:34

8    Q.  Okay.  So that's when you realized that there was      12:56:35

9    a police officer.  Why didn't --                           12:56:38

10   A.  Correct.                                               12:56:39

11   Q.  -- you surrender and put your hands up at that         12:56:39

12   point?                                                     12:56:43

13   A.  Okay.  Just to -- just to clear something up, when     12:56:43

14   I say look over my shoulder, that's what I'm talking       12:56:46

15   about.  I'm at the door and I look over, you know, over    12:56:48

16   my shoulder, and I'm seeing the officer.  Because from     12:56:51

17   the way that the door is -- so the door is right here,     12:56:54

18   but the gate that they come through is a little back       12:56:56

19   further.  So in order for me to turn my head and look, I   12:57:00

20   have to look over my shoulder.  You get what I'm saying?   12:57:02

21   So I'm looking to the side and I'm looking over my         12:57:06

22   shoulder, if you get what I'm saying.  Because we're       12:57:08

23   not -- we're not actually parallel to each other.  So      12:57:11

24   he's kind of, like -- from the door to the gate, you       12:57:13

25   know, the sidewalk from the gate where it comes in it's,   12:57:18

HENRY MICHAEL BARNHILL                                    107

```
 1  like, maybe 4 feet behind.  So I have to look out to the    12:57:21
 2  side, if you get what I'm saying.                           12:57:24
 3      Q.  Okay.  Before you got to the door, you recognized   12:57:26
 4  that there were officers in pursuit of you; is that        12:57:38
 5  correct?                                                    12:57:41
 6      A.  You know, like, I want to say that's right, you     12:57:41
 7  know, because that would be the easiest way just to let     12:57:44
 8  this thing go, is just to say yes.  But I'm trying to be    12:57:46
 9  as truthful with you as I can, and I'm trying to go back    12:57:50
10  to the memory as I have so many times, but I don't          12:57:52
11  remember how the things -- I just went on autopilot.       12:57:58
12  Everything that I did was just instinctively.  I didn't     12:58:05
13  think about anything.  I didn't -- I didn't -- I just --    12:58:08
14  everything happened instinctively.  I knew that I wasn't    12:58:11
15  trying to get hurt.  I knew that I wasn't trying to hurt    12:58:16
16  anybody else.                                               12:58:19
17      Q.  Is it fair to say that you do not have a good      12:58:19
18  memory of the incident that occurred on April 29, 2022?    12:58:24
19      A.  I have memories of certain parts of that day.      12:58:29
20      Q.  So we're at the door and you're attempting to go   12:58:35
21  inside the house; is that right?                           12:58:41
22      A.  Yeah.  Apparently, yeah.                           12:58:46
23      Q.  Well, no.  Do you remember that?  You were trying  12:58:48
24  to go inside the house; is that correct?                   12:58:51
25      A.  Yes.                                                12:58:55
```

1     Q.  Okay.  So you don't know if you had the keys in          12:58:55
2  your hand or if you had dropped them.                            12:58:59
3     A.  I didn't just have them.  Everything happened so          12:59:03
4  fast.  I just -- I remember grabbing the door and looking        12:59:07
5  over and just freezing up.  I just -- that's all I               12:59:11
6  remember.  I remember getting out the car, running to the        12:59:14
7  door, grabbing the door, looking over and just freezing,         12:59:16
8  just freezing up, you know.                                      12:59:20
9     Q.  Okay.  So -- and when you say you froze, does that        12:59:23
10  mean your brain froze and you froze physically?  What           12:59:26
11  does that mean?                                                 12:59:30
12     A.  No.  I -- I think -- and I'm sorry -- I'm sorry.         12:59:32
13  I just naturally just wants to -- to smile.  I'm trying         12:59:37
14  to be mindful not to smile.  It's just natural.                 12:59:37
15        At -- you know, at that time, my mind is thinking         12:59:48
16  a million thoughts.  You know, I'm thinking -- trying to        12:59:50
17  figure out what's going on.  I'm trying to figure out           12:59:52
18  what led to this point, you know.  I'm -- I'm -- I'm in         12:59:56
19  fear.  I'm not knowing how far or what this is going to         12:59:59
20  turn into.  There's a part of my mind that's saying,           13:00:05
21  "Okay.  I'm safe.  There's a camera right here on the          13:00:08
22  porch.  You know, it's able to see everything."  There's       13:00:12
23  a part of my mind that says -- thinking that because the       13:00:14
24  camera 's here, that the officers won't go too far.            13:00:17
25        You know, like, all these are based on my life           13:00:21

| | | |
|---|---|---|
| 1 | experiences.  They're based on things that I've seen. | 13:00:23 |
| 2 | They're based on things that I've been through.  They're | 13:00:27 |
| 3 | based on the things that I've seen to others.  They're | 13:00:30 |
| 4 | based on, you know, different, you know, experiences that | 13:00:32 |
| 5 | I've had or, you know, the people in -- that -- that I | 13:00:35 |
| 6 | know have been -- you know, with -- with -- with -- in | 13:00:41 |
| 7 | these type of situations dealing with officers. | 13:00:48 |
| 8 |       So all these things are -- are going through my -- | 13:00:49 |
| 9 | one is -- everything is just happening so fast. | 13:00:51 |
| 10 | Q.  Okay.  So, again, was your mind frozen at any | 13:00:54 |
| 11 | point when you're on the porch? | 13:00:59 |
| 12 | A.  Was my mind frozen?  Can you -- can you -- | 13:01:04 |
| 13 | Q.  You said that -- | 13:01:04 |
| 14 | A.  -- say that again? | 13:01:08 |
| 15 | Q.  Sure.  And so I'm just trying to get some | 13:01:08 |
| 16 | clarification because you said when you were on the porch | 13:01:11 |
| 17 | you froze. | 13:01:14 |
| 18 |       So what does that mean? | 13:01:16 |
| 19 | A.  I froze, like, in fear.  Like, instinctually I | 13:01:18 |
| 20 | just -- I just froze.  You now, I was kind of like a deer | 13:01:28 |
| 21 | caught in the headlights, right?  So if you were to ask | 13:01:30 |
| 22 | me to describe what a deer caught in the headlights would | 13:01:34 |
| 23 | mean, I wouldn't be able to describe, and I don't even | 13:01:37 |
| 24 | think the deer himself would be able to describe it. | 13:01:38 |
| 25 | It's just something that happens.  You know, that's -- | 13:01:43 |

```
 1  like, honestly, like, at that moment, that's what I -- I      13:01:45
 2  -- I just froze.  I just froze up.  You know, I'm looking     13:01:48
 3  over my shoulder and I'm -- I'm just froze.  You know, I      13:01:51
 4  don't -- because I don't -- I don't know what to do.  I       13:01:54
 5  just -- I just froze.                                         13:01:57
 6     Q.  So while you were on the porch frozen, were you        13:01:58
 7  able to clearly hear and see everything that was going        13:02:02
 8  on?                                                           13:02:08
 9     A.  I think the first thing that I recall hearing is,      13:02:11
10  "Get on the ground," or something like that.  "Okay.          13:02:20
11  Okay.  Okay."  You know, that's all I recall, like,           13:02:23
12  "Okay.  Okay."  Like, I don't even really remember, like,     13:02:26
13  screaming out all those times, "I'm not resisting.  I'm       13:02:29
14  not resisting.  I'm not resisting."  Or my hands are up.      13:02:33
15  I don't even recall all those things.  You know, like, I      13:02:37
16  don't --                                                      13:02:41
17     Q.  So what do you --                                      13:02:41
18     A.  Everything --                                          13:02:43
19     Q.  -- recall --                                           13:02:43
20     A.  -- is just -- what do I recall?  I recall -- I --      13:02:46
21  I can recall the feeling that I had in that moment, you       13:02:50
22  know, when I froze.  You know, I'm -- I'm scared.  You         13:02:53
23  know, I see him, like, charging towards me, right?  You       13:02:55
24  know, and I -- and I'm froze.  You know, I kind of, like,     13:02:58
25  brace up because I know that he's about to, like, you         13:03:01
```

| | | |
|---|---|---|
| 1 | know, like, tackle into me, right?  And so I'm just | 13:03:04 |
| 2 | frozen like this, and my body, like, braced.  Then he | 13:03:06 |
| 3 | tackles me.  You know, he pushes me.  You know, I don't | 13:03:10 |
| 4 | know how it happened, whether he tackle -- pushed me or | 13:03:12 |
| 5 | tackled me, but he tackled me.  Then I -- I remember | 13:03:17 |
| 6 | getting hit.  Then I remember getting dropped into the | 13:03:20 |
| 7 | chair, and then when I'm in the char, I -- you know, I | 13:03:23 |
| 8 | just immediately, like, raise my hands up, you know, | 13:03:26 |
| 9 | like, in the air, like -- and I'm, like, "Okay.  Okay. | 13:03:28 |
| 10 | Okay.  Okay," you know. | 13:03:30 |
| 11 | And then from that point, you know, he starts | 13:03:32 |
| 12 | hitting me.  You know, he hits me, and then I think a -- | 13:03:34 |
| 13 | another officer grabbed this hand, and so my -- my hands | 13:03:38 |
| 14 | were up in the air like this.  Another officer grabs -- | 13:03:41 |
| 15 | wait.  Was he grabbing this hand?  I don't -- I don't | 13:03:44 |
| 16 | know.  One of the officers grabbed -- I don't know | 13:03:49 |
| 17 | where -- which hands they grabbed, right? | 13:03:52 |
| 18 | And then -- so after that, I remember seeing | 13:03:54 |
| 19 | someone point a -- point a -- a Taser gun at me.  I | 13:03:59 |
| 20 | remember seeing the -- the red light, right?  And I | 13:04:05 |
| 21 | remember hearing the crackling sound, hearing | 13:04:07 |
| 22 | (descriptive sound), the -- you know, the crackling sound | 13:04:12 |
| 23 | and I'm -- you know, I'm -- I'm, like -- I'm getting | 13:04:12 |
| 24 | shocked now, right?  So you -- I'm, like -- you know, I'm | 13:04:14 |
| 25 | getting shocked.  You know, what the crazy part about it | 13:04:16 |

HENRY MICHAEL BARNHILL                    112

1    is I'm still able to talk.  But if you listen to me, you      13:04:18

2    can hear my voice going up and down with the crackle,        13:04:22

3    right, because I'm being -- I'm being electrocuted during    13:04:25

4    this time, right?  And it's like everything is happening     13:04:30

5    really fast, but it's happening in slow motion.  You         13:04:33

6    know, it's -- it's --                                        13:04:35

7        Q.  Okay.  So I want to talk to you about the Taser.     13:04:38

8    Did you feel the Taser?                                      13:04:41

9        A.  Yes.  My body -- so as soon as I -- as soon as I     13:04:43

10   got shocked, you know, from my memory, like, my -- it's      13:04:47

11   like my lower -- like, my lower back just, like -- like,     13:04:51

12   you know, like -- that's the first place that I remember     13:04:55

13   feeling it.  I'm feeling my -- my back, like, locking up,    13:04:58

14   right?  So that's -- the only -- that -- that's what I       13:05:03

15   recall the most, is my back locking up, you know, and my     13:05:08

16   -- my arm -- you know, everything is just frozen.  You       13:05:10

17   know, everything is just, like, stiff, you know.  That's     13:05:11

18   my first time ever getting tased with a Taser gun, so        13:05:14

19   yeah.  It was --                                             13:05:18

20       Q.  Were you --                                          13:05:18

21       A.  It was --                                            13:05:19

22       Q.  Were you still able to move your arms and/or legs?   13:05:19

23       A.  I don't remember.  I just remember being tased       13:05:29

24   and -- and, like -- you know, like, just -- I'm -- I'm --    13:05:32

25   I'm stiff.  You know, so I don't know if I was able to       13:05:35

HENRY MICHAEL BARNHILL                          113

1    actually move, you know, but if I'm -- I'm only able to      13:05:38

2    move in, like, slow directions or -- or I'm stiff though    13:05:42

3    I can't move.  I just --                                    13:05:48

4        Q.  Were --                                             13:05:49

5        A.  -- wouldn't be able to tell you.  I think my body   13:05:50

6    just locked up at that time.                                13:05:52

7        Q.  Okay.  But you said that your voice was changing    13:05:53

8    when you were being tased; is that right?                   13:05:56

9        A.  Because at the time when I'm tased I'm -- I'm        13:05:59

10   like -- you know, like, it was just natural, like           13:06:04

11   (descriptive sound).  You know, like -- you know, it's      13:06:06

12   hard to explain.  But like, I didn't do it.  Like, if you   13:06:09

13   asked me to say hi, like, I'm -- you know, I'm              13:06:13

14   responsible for saying hi.  But when I got tased, right,    13:06:17

15   it's just -- that's just what came out, (descriptive        13:06:20

16   sound).  Like -- you know, like, doing a (descriptive       13:06:24

17   sound) noise, you know.                                     13:06:26

18       Q.  Okay.  You said you could hear the voice change,    13:06:27

19   though.  Is that right?                                     13:06:30

20       A.  Yes.                                                13:06:31

21       Q.  Okay.  But you don't know one way or the other if   13:06:32

22   you were able to move your extremities?                     13:06:35

23       A.  I don't -- I don't recall if I was able to,         13:06:40

24   like -- I know I wasn't able to voluntarily, like -- you    13:06:43

25   know, during the times when I'm being tased, I don't        13:06:48

HENRY MICHAEL BARNHILL                                    114

```
 1   think I was able to voluntarily, like, move, right?  So I      13:06:53
 2   don't know if I'm, like, stuck in that position or, like,      13:06:58
 3   you know, I'm -- I'm -- I'm hearing, you know, someone --      13:07:01
 4   as I'm being tased, I'm hearing someone, like, say, "Put       13:07:04
 5   your hands behind your back."  Like, I'm -- I -- I'm           13:07:07
 6   trying to, you know, but I'm locked up.  You know, but         13:07:10
 7   then when the Taser stops, now I'm able to move freely,        13:07:13
 8   and so I'm able to put my hands up.  You know, I'm able        13:07:19
 9   to do everything, but during the moment when you're,          13:07:22
10   like, being tased, like, you could consciouly (phonetic)      13:07:25
11   hear or whatever, but your body just won't respond to it,     13:07:30
12   if you --                                                     13:07:32
13       Q.  How --                                                13:07:32
14       A.  -- get what I'm saying.                               13:07:33
15       Q.  How long did you feel the Taser?                      13:07:34
16       A.  It felt like it was going on through the entire       13:07:36
17   time.  That's what it felt like.  You know, I don't -- I      13:07:40
18   don't know.  Like, I know that I was -- all I can             13:07:45
19   remember, I -- I remember being shot by the Taser, and I      13:07:49
20   remember being tased.  You know, I -- I -- it felt like I     13:07:52
21   was being tased through the whole time --                     13:07:56
22       Q.  So can you tell me --                                 13:07:58
23       A.  That's what --                                        13:07:59
24       Q.  -- estimate as to how long you felt the Taser?        13:08:00
25       A.  I -- it felt like the entire time.  You know, I       13:08:04
```

HENRY MICHAEL BARNHILL                                    115

1   don't know if it was just a -- a residual effect from it    13:08:08

2   or if I was actually being tased the entire time.  You      13:08:11

3   know, like, even at the -- the -- at the end of this        13:08:14

4   encounter, like -- like, my fingers and everything just     13:08:17

5   involuntarily just kept moving, you know, like, even        13:08:20

6   after I was finished being tased.                           13:08:24

7       So I don't know if it was just a residual effect        13:08:27

8   from it or if I was being tased through the entire time.    13:08:29

9   But I remember very clearly being tased.                    13:08:33

10      Q.  Okay.  And do you know if a person is able to       13:08:37

11  think clearly when they're being tased?                     13:08:40

12      ATTORNEY PACKER:  Objection.  Calls for                 13:08:44

13  speculation.                                                13:08:47

14      Go ahead.  You can answer.                              13:08:50

15      THE WITNESS:  Okay.  I think -- yeah, during that       13:08:51

16  time you can -- you can think, of course, but your body     13:08:53

17  is just not going to move to what you're actually trying    13:08:56

18  to do.                                                      13:08:59

19  BY ATTORNEY KORNBLAU:                                       13:09:00

20      Q.  And is that what happened here?                     13:09:00

21      A.  Yes.  There were -- there were -- there were --     13:09:04

22  there were moments where I was being directed to do         13:09:08

23  something, and I'm trying to do it, you know, but my body   13:09:10

24  was just locked up.  You know, I can't -- I can't move.     13:09:13

25  You know, my body's locked up.                              13:09:16

1    Q.   Okay.  And you said you felt like you were being      13:09:18

2    tased through the duration; is that right?                 13:09:24

3    A.   Right.  So I don't know if it -- what was             13:09:28

4    happening is if I was being tased, then not being tased,   13:09:30

5    and then being tased again, and then not -- I don't know   13:09:35

6    exactly how it happened because, like I say, everything    13:09:38

7    was -- I'm dealing with so many things at that point,      13:09:41

8    right?  I'm being hit all over the place by the officers.  13:09:44

9    I'm being simultaneously tased, so it's hard for me to,    13:09:48

10   you know, discern the difference, right, you know, to --   13:09:54

11   between what's going on, like, to isolate everything one   13:09:56

12   from the other.  This all happened to me at once.          13:10:00

13   Q.   Okay.  What was your body position when you           13:10:02

14   believe you were first feeling the effects of a Taser?     13:10:05

15   A.   I remember I was sitting in the chair when I          13:10:11

16   was -- when I first got tased.  So from that point, you    13:10:15

17   know, I'm being tased while these officers are telling me  13:10:19

18   to get down on the ground.  So I'm hearing them telling    13:10:22

19   me to get down to the ground.  I'm actually trying to get  13:10:26

20   down to the ground, but my body's locked up, so I don't    13:10:29

21   know if I'm moving in slow motion, you know, if my body    13:10:33

22   is actually, you know, giving -- you know, giving away to  13:10:38

23   the Taser, if -- if I'm actually to do it or -- or how it  13:10:42

24   actually, you know, transpired.                            13:10:47

25       But I -- I do know that I was being tased.  I'm --     13:10:48

HENRY MICHAEL BARNHILL                                    117

1    I'm being, you know, told to get on the ground.  I'm      13:10:51

2    actually trying to do it to the best that I can.  I'm     13:10:54

3    trying to do everything that I can, but I'm being tased,  13:10:57

4    you know, during that time, you know, when I was sitting  13:11:01

5    on the chair trying to get to the ground.  And then I     13:11:04

6    think from after that, they -- yeah, they just jumped on  13:11:10

7    me and just, you know, like, just tried to, you know,     13:11:13

8    like, punching me -- well, even before that, you know,    13:11:15

9    they, you know, started punching me.                      13:11:17

10       Q.  You said you were trying to move in slow motion    13:11:19

11   during the Taser deployment?                              13:11:22

12       A.  No.  I think that what happens when you're being  13:11:26

13   tased, like, you don't have any choice.  Like, your --    13:11:28

14   your muscles just won't allow you to do it.  You know,    13:11:32

15   now, had I not been tased and the person would have said, 13:11:34

16   "Hey, raise your hand," I'm able to do it.  You know,     13:11:38

17   "Touch your toes," I'm able to do it.  But if you're      13:11:43

18   being tased, it's, like, you -- you -- somebody says,     13:11:44

19   "Touch your toes," you're like -- you can't.  You know,   13:11:47

20   you're trying.  Your brain is telling your body to do it, 13:11:47

21   but you can't.                                            13:11:48

22       Q.  Do you understand how Tasers work?                13:11:48

23       A.  I -- you get shocked and then you lock up.  I     13:11:53

24   only -- I -- I only know what happened to me, you know.   13:11:57

25       Q.  But you don't know what happened to you; is that  13:12:00

HENRY MICHAEL BARNHILL                                    118

```
 1   what you said?                                    13:12:03

 2      A.  No, I do know what happened to me.  I got tased.   13:12:03

 3      Q.  Okay.                                      13:12:06

 4      A.  Right.                                     13:12:08

 5      Q.  Were you tased in probe mode or stun mode?   13:12:08

 6          ATTORNEY PACKER:  Objection.  Calls for     13:12:14

 7   speculation.                                      13:12:16

 8          THE WITNESS:  Was I -- can you repeat that?   13:12:16

 9          ATTORNEY KORNBLAU:  Okay.  And that's why I was   13:12:19

10   asking if you understand how Tasers work.          13:12:21

11          ATTORNEY PACKER:  Objection.  Relevance.    13:12:23

12   BY ATTORNEY KORNBLAU:                              13:12:25

13      Q.  So there are two modes for a Taser deployment:   13:12:27

14   Probe mode and stun mode.  Do you understand the   13:12:31

15   distinction?                                       13:12:34

16      A.  Oh, yeah, at that time, yes, I understand the   13:12:35

17   distinction.  So I'm sorry.  I didn't actually hear what   13:12:38

18   you said the first time.  That's all I was trying to   13:12:42

19   understand, what you were saying.                  13:12:45

20          At that time I was tased with the -- the -- the   13:12:46

21   probes, the things that shoot out.                 13:12:48

22      Q.  Okay.  And you said "the things," so how many   13:12:50

23   probes?                                            13:12:53

24      A.  I believe there's two.                      13:12:54

25      Q.  Okay.  Do you know that that was the case here?   13:12:55
```

HENRY MICHAEL BARNHILL                                      119

| | | |
|---|---|---|
| 1 | A.  I believe so. | 13:13:00 |
| 2 | Q.  How do you know? | 13:13:02 |
| 3 | A.  I know because, you know, I had a little -- | 13:13:03 |
| 4 | little, like, scab or whatever from where the Taser had | 13:13:11 |
| 5 | went in, and I don't know where -- I don't know exactly | 13:13:14 |
| 6 | where they landed, but I know -- I know for sure, like, | 13:13:18 |
| 7 | on my -- like, the side part right here, like, close to | 13:13:21 |
| 8 | my buttocks or on my buttocks, whatever you want to de -- | 13:13:26 |
| 9 | however you want to describe it, but I know for sure that | 13:13:28 |
| 10 | the probes went in me.  I know that for sure. | 13:13:32 |
| 11 | Q.  Okay.  And -- | 13:13:35 |
| 12 | A.  I don't know -- | 13:13:35 |
| 13 | Q.  -- where? | 13:13:35 |
| 14 | A.  On my -- on my left side. | 13:13:36 |
| 15 | Q.  Okay.  Was it one? | 13:13:37 |
| 16 | A.  No.  Two. | 13:13:39 |
| 17 | Q.  Okay.  And you said you have scabs or you did | 13:13:41 |
| 18 | have? | 13:13:41 |
| 19 | A.  I did.  I did.  And I realized that some days | 13:13:47 |
| 20 | after or whatever.  I don't know if it was when I was in | 13:13:52 |
| 21 | the shower or after the shower.  I don't remember.  I | 13:13:56 |
| 22 | couldn't -- you know, once I -- once I -- because I was | 13:14:01 |
| 23 | told not to take a shower because of my ears.  I was told | 13:14:04 |
| 24 | just to bathe, so I think it was -- I don't -- I don't | 13:14:08 |
| 25 | recall that -- if it happened before that or after that, | 13:14:11 |

| 1 | but I do know at one time I recall -- you know, when you | 13:14:13 |
| 2 | get dressed or whatever, you examine your body or you see | 13:14:17 |
| 3 | things, right?  You know, so I -- I -- I do recall seeing | 13:14:20 |
| 4 | some type of, you know, puncture thing, whatever, which | 13:14:25 |
| 5 | I'm, you know, assuming came from the probe. | 13:14:28 |
| 6 | Q.  Okay.  So you don't know one way or the other? | 13:14:31 |
| 7 | A.  All I do know is that I got shocked, and if it | 13:14:38 |
| 8 | came from those probes, that's because those probes | 13:14:41 |
| 9 | entered my body because there's no other way to get | 13:14:45 |
| 10 | shocked, right? | 13:14:46 |
| 11 | Q.  Do you know the duration of a Taser deployment in | 13:14:47 |
| 12 | probe mode? | 13:14:53 |
| 13 | ATTORNEY PACKER:  Objection.  Calls for | 13:14:54 |
| 14 | speculation.  Relevance. | 13:14:55 |
| 15 | THE WITNESS:  I figure that -- I don't -- I don't | 13:14:57 |
| 16 | know. | 13:14:59 |
| 17 | BY ATTORNEY KORNBLAU: | 13:14:59 |
| 18 | Q.  Okay.  So we're at the point where you felt a | 13:15:00 |
| 19 | Taser, and you said you were in a chair. | 13:15:02 |
| 20 | Do you remember what happened after that? | 13:15:05 |
| 21 | A.  In the chair and I'm -- I'm holding my hands up -- | 13:15:07 |
| 22 | up and I -- I'm being hit by an officer.  Well, actually | 13:15:15 |
| 23 | I'm being hit by this officer.  Wait.  Okay.  Yeah, so | 13:15:21 |
| 24 | I'm being hit by this officer. | 13:15:25 |
| 25 | So I recall getting hit a couple times.  I recall, | 13:15:27 |

| | | |
|---|---|---|
| 1 | you know, after getting hit, tying to -- you know, trying | 13:15:31 |
| 2 | to -- I don't know if I blocked it with this hand or | 13:15:33 |
| 3 | whatever.  You know, I'm trying to, you know, like, block | 13:15:41 |
| 4 | from being hit, and I'm holding my hands up.  And then | 13:15:41 |
| 5 | after that, I remember being taken down to the ground, | 13:15:44 |
| 6 | and then just kind of, like, being pounded on after that. | 13:15:47 |
| 7 | Q.  Anything else? | 13:15:51 |
| 8 | A.  That's all.  That's all I can recall. | 13:15:55 |
| 9 | Q.  Okay.  How did you know it was officers that were | 13:15:57 |
| 10 | trying to take you down to the ground? | 13:16:04 |
| 11 | A.  At that time, I didn't -- I didn't know who was | 13:16:05 |
| 12 | who.  I didn't know what was what.  I -- I can -- I can | 13:16:08 |
| 13 | only describe the officers by seeing the body cam.  Like, | 13:16:13 |
| 14 | that's where I recognize this person or I -- even when | 13:16:21 |
| 15 | the guy was running through the gate, even though I knew | 13:16:24 |
| 16 | it was an officer, like, my brain didn't take the tame to | 13:16:26 |
| 17 | figure out facial features or anything like that.  Like, | 13:16:29 |
| 18 | my brain just told me it's a guy with a -- aimed with a | 13:16:33 |
| 19 | gun, and I just froze.  You know, it's an officer and a | 13:16:37 |
| 20 | gun.  But I didn't take the time to figure out what | 13:16:40 |
| 21 | officer was what officer.  Like, my brain just didn't | 13:16:43 |
| 22 | think like that.  I don't think -- for -- for a human, I | 13:16:46 |
| 23 | don't think that we're in -- when we're in that state of | 13:16:50 |
| 24 | being frightened and we're scared, I don't think we think | 13:16:52 |
| 25 | like that. | 13:16:55 |

HENRY MICHAEL BARNHILL                                    122

1    Q.  Okay.  So you aren't processing or making          13:16:56

2    decisions during the time that you're on the porch?    13:17:00

3        ATTORNEY PACKER:  Objection.  Misstates testimony. 13:17:02

4    BY ATTORNEY KORNBLAU:                                   13:17:06

5    Q.  Is that correct?                                    13:17:07

6    A.  No.  What I was doing at that time and during the   13:17:08

7    entire altercation was trying to comply with everything 13:17:14

8    that they said.                                         13:17:17

9    Q.  Okay.  And what was said?                           13:17:18

10   A.  I was -- you know, every time they told me to put   13:17:19

11   my hands behind my back, you know, I was attempting to  13:17:25

12   put my hands behind my back, you know.  Even during the 13:17:28

13   times when he purposely -- or what felt like to me like 13:17:34

14   he purposely let my hand go, you know, I was still trying 13:17:38

15   to put my hand behind my back.  Then he would hit me in 13:17:42

16   my face, and my natural reaction to that would be to    13:17:43

17   bring my arm up to my face to guard my face from being  13:17:44

18   hit.  But with each and every single, you know, time that 13:17:48

19   they tried to tell me to do anything, you know, like, you 13:17:52

20   can clearly hear me telling them, "My hands are behind my 13:17:57

21   back.  My hands are behind my back," and that's me trying 13:17:57

22   to communicate to them, "Hey, my hands are behind my    13:17:57

23   back, and I'm trying to do as you say."  You know, that's 13:17:57

24   why those words are coming out of my mouth.             13:18:08

25   Q.  But you just said that there were times where you   13:18:08

HENRY MICHAEL BARNHILL                                      123

1    were putting your arm and your hand in front of your        13:18:10

2    face, so it wasn't behind your back; is that correct?       13:18:14

3        A.  Correct.  This is what I believe was happening,     13:18:19

4    and this is just me trying to wrap my head around what it   13:18:24

5    felt like to me what was going on.  What it felt like to    13:18:27

6    me was going on was that I had an officer who's holding     13:18:31

7    my hand.  You know, I can -- I can remember him hold --     13:18:35

8    you know, feel him holding my hand.  He's telling me to     13:18:39

9    put my hands behind my back, and I'm trying to put my       13:18:41

10   hands behind my back, and he's guiding it to my back,       13:18:44

11   right?  Then all of a sudden he'll let it go, right?  And   13:18:47

12   just hit me on my face, you know, knowing that my           13:18:51

13   instinctive reaction would be to -- to guard my face,       13:18:54

14   right?  You know, like if -- if -- during any time of       13:18:55

15   that, the only times that my hand ever went any other       13:18:58

16   direction was to protect myself from being hit.             13:19:03

17       Q.  Okay.                                               13:19:06

18       A.  You know, after that, I was hit, you know, and      13:19:06

19   that was just an instant reaction.                          13:19:09

20       Q.  But --                                              13:19:13

21       A.  And that's what it felt like to me.                 13:19:15

22       Q.  -- earlier, though, you said that you felt like     13:19:15

23   you were being tased and incapacitated during the entire   13:19:18

24   incident on the front porch?                                13:19:22

25       ATTORNEY PACKER:  Objection.  Misstates testimony.     13:19:24

HENRY MICHAEL BARNHILL                                    124

1        Go ahead.                                         13:19:26

2        THE WITNESS:  Yeah.  So I -- you know, like I kind    13:19:27

3   of explained to you earlier, you know, everything's    13:19:29

4   happening, you know, fluently.  Every -- all these things    13:19:33

5   are going on at once.  So when you ask me to recall a    13:19:35

6   certain way that it happened, you know, your asking me to    13:19:41

7   isolate that certain thing, right?  And it's kind of hard    13:19:44

8   for me to isolate that certain thing because I'm feeling    13:19:48

9   myself being hit.  I'm feeling myself being hit in the    13:19:51

10  back.  I'm feeling myself being hit in the face, kneed in    13:19:54

11  the face.  I'm feeling all these things going on at once,    13:19:58

12  and I'm also hearing, you know, these commands, you know,    13:20:01

13  and there were -- there were times where I'm -- I'm    13:20:05

14  hearing these commands and I'm -- you know, I'm actually    13:20:08

15  trying to put my hands behind my back, and there's a time    13:20:11

16  to where I'm being commanded to do this and my body's    13:20:14

17  locked up, and I'm still physically trying to put my    13:20:17

18  hands behind my back.                                    13:20:20

19        You know, at -- at all times I'm trying to do    13:20:22

20  everything that the officers are telling me to do.  I    13:20:24

21  mean, I have guys who have guns -- the last thing I    13:20:27

22  remember is a gun trained at me.  The last thing that I    13:20:30

23  want to do is do anything to put myself in a position to    13:20:33

24  where I'm going to be killed.  That's the only thing my    13:20:36

25  mind is thinking.  You know, "Do what they say.  Don't    13:20:40

HENRY MICHAEL BARNHILL                                          125

1   get killed.  Do what they say.  Don't get killed."        13:20:43
2   That's all I'm thinking at the time.                       13:20:47
3   BY ATTORNEY KORNBLAU:                                      13:20:49
4       Q.  So you were not incapacitated during the entire   13:20:49
5   time that you were on the porch; is that right?            13:20:54
6       A.  Can you define to me what -- when you say          13:20:57
7   "incapacitated," what do you mean?  Because when I think   13:21:01
8   incapacitated, I think, like, somebody was just, like,     13:21:05
9   knocked out, like, unconscious.                            13:21:09
10      Q.  So earlier you said that you felt like you were    13:21:10
11  being tased the entire time that you were on the porch,    13:21:13
12  or is that not accurate?                                   13:21:17
13          ATTORNEY PACKER:  Objection.  Misstates testimony. 13:21:20
14          Go ahead.                                          13:21:22
15          THE WITNESS:  It -- it -- like I said, like I      13:21:23
16  explained to you earlier, right, I know for certain I was  13:21:26
17  being tased.  You know, I felt being tased.  You know, I   13:21:31
18  don't know if I was being tased over and over again or     13:21:34
19  if, you know, part of what I was feeling was just the      13:21:37
20  residual effects, but I know that I was -- I was tased     13:21:39
21  repeatedly.                                                13:21:43
22  BY ATTORNEY KORNBLAU:                                      13:21:44
23      Q.  Okay.  How many times?                             13:21:44
24      A.  I'm not sure.  I'm not sure exactly how many       13:21:46
25  times, but I do know that I was tased repeatedly.          13:21:50

HENRY MICHAEL BARNHILL                                    126

| 1  | Q.  How many times would you estimate? | 13:21:53 |
| 2  | A.  Just take a wild guess? | 13:21:57 |
| 3  | Q.  Well, I don't want a wild guess.  What's your best | 13:22:01 |
| 4  | estimate?  Was it more than five times? | 13:22:06 |
| 5  | A.  No, I don't think it was that many times.  I think | 13:22:09 |
| 6  | it was maybe three or four times, maybe -- in -- in | 13:22:10 |
| 7  | between -- in between two and four times.  I don't -- the | 13:22:15 |
| 8  | thing where I don't know is the durations of the tases, | 13:22:18 |
| 9  | but it felt like -- it felt like it -- I was constantly | 13:22:22 |
| 10 | being -- being tased, you know, like, at different, you | 13:22:25 |
| 11 | know, increments during the -- during the transaction. | 13:22:30 |
| 12 | Q.  Can you give me an estimate as to the duration of | 13:22:30 |
| 13 | each of the two to four Taser deployments? | 13:22:33 |
| 14 | ATTORNEY PACKER:  Objection.  Calls for | 13:22:38 |
| 15 | speculation.  Asked and answered. | 13:22:40 |
| 16 | Go ahead. | 13:22:41 |
| 17 | THE WITNESS:  I don't -- I -- I can't give you a | 13:22:45 |
| 18 | -- a time because -- because like I -- like I -- like, as | 13:22:47 |
| 19 | I explained to you earlier, right, even though everything | 13:22:50 |
| 20 | is going so fast, like, it's happening, in my mind it's | 13:22:53 |
| 21 | like everything is happening in slow motion.  Like -- | 13:22:58 |
| 22 | it's like -- that -- it's like -- and -- and part of my | 13:23:01 |
| 23 | brain is trying to wrap around what's going on, and it's | 13:23:05 |
| 24 | like I can't believe this is happening.  You know, I'm -- | 13:23:08 |
| 25 | I'm thinking of all these things.  I'm -- it -- it -- it | 13:23:10 |

HENRY MICHAEL BARNHILL                                    127

| | | |
|---|---|---|
| 1 | -- I don't know.  I don't know a duration, to be honest | 13:23:14 |
| 2 | with you.  Like, I wasn't thinking like that.  I'm just | 13:23:14 |
| 3 | thinking, "Don't get hurt," like, you know.  And I'm | 13:23:23 |
| 4 | trying to understand why.  I'm trying to --. The biggest | 13:23:23 |
| 5 | thing going through my head is trying to make | 13:23:23 |
| 6 | understanding what is going on, you know. | 13:23:23 |
| 7 | BY ATTORNEY KORNBLAU: | 13:23:38 |
| 8 | Q.  All right.  And you said that you're not clear on | 13:23:38 |
| 9 | what was going on? | 13:23:41 |
| 10 | ATTORNEY PACKER:  Objection.  Misstates testimony. | 13:23:42 |
| 11 | Go ahead. | 13:23:46 |
| 12 | THE WITNESS:  No, I -- I am clear that at this | 13:23:47 |
| 13 | point in time that, you know, I'm being -- you know, I | 13:23:50 |
| 14 | had been, you know, tackled by the officers.  I'm being | 13:23:53 |
| 15 | hit by the officers.  I'm being commanded to do things | 13:23:58 |
| 16 | that I'm actually doing, you know?  You have an officer | 13:24:02 |
| 17 | who's -- he himself is physically holding my hands | 13:24:05 |
| 18 | telling me to put my hands behind my back.  He's holding | 13:24:08 |
| 19 | my hand behind my back, so he knows my hands are behind | 13:24:12 |
| 20 | my back, you know, and he's directing me to do this. | 13:24:15 |
| 21 | Then he's letting my hand go.  You know, a person | 13:24:19 |
| 22 | doesn't let a hand go accidentally.  You know, he does it | 13:24:22 |
| 23 | on purpose.  He's done this multiple times, you know.  He | 13:24:26 |
| 24 | grabbed my hand, put it back, you know, let it go, hit me | 13:24:29 |
| 25 | in my face.  It's like he knew that my reaction to that | 13:24:31 |

| 1 | would be to bring my face -- to guard my face. I think | 13:24:34 |
| 2 | that -- I personally believe from the time that he | 13:24:38 |
| 3 | encountered me that he was trying to entice me into, you | 13:24:42 |
| 4 | know, responding to what -- what he did, you know, but I | 13:24:49 |
| 5 | think that my -- because I was so fearful, my instinct | 13:24:53 |
| 6 | was just to protect myself, you know, not to be violent | 13:24:58 |
| 7 | towards them, you know, because that's -- that wasn't how | 13:25:01 |
| 8 | I was feeling at that time. I was doing everything out | 13:25:07 |
| 9 | of fear, so instinctually just out of fear for my face | 13:25:08 |
| 10 | getting hit, you know, I was trying to block my face, you | 13:25:11 |
| 11 | know, but I was -- to the best that I could, I was trying | 13:25:13 |
| 12 | to do every single thing that they said to show that the | 13:25:16 |
| 13 | -- that I wasn't a threat, that I was willing to comply, | 13:25:19 |
| 14 | you know, just -- at that point, I just wanted to be | 13:25:23 |
| 15 | arrested, you know, I just wanted -- I wanted for all | 13:25:25 |
| 16 | this to stop. | 13:25:27 |
| 17 | BY ATTORNEY KORNBLAU: | 13:25:29 |
| 18 | Q. Okay. So you're saying, though, that there were | 13:25:29 |
| 19 | times when your arms were free and, you know, again, you | 13:25:31 |
| 20 | were using -- you were showing us that you were trying to | 13:25:34 |
| 21 | put your arm in front of your face, right? | 13:25:37 |
| 22 | A. Yes. Yeah, there were -- there was times that -- | 13:25:40 |
| 23 | and forgive me if I'm -- if I'm mixing things up because, | 13:25:44 |
| 24 | you know, there was -- there were so many different hits | 13:25:49 |
| 25 | that were going on at that -- at that time. | 13:25:51 |

| | | |
|---|---|---|
| 1 | I do recall being kneed in the face, and I think | 13:25:53 |
| 2 | that my instinct reaction was to guard my face, you know, | 13:25:58 |
| 3 | so I brought -- you know, arm my face up -- you know, to | 13:26:03 |
| 4 | try to block my face.  I recall being in the chair and | 13:26:08 |
| 5 | being, you know -- you know, kind of like -- you know, | 13:26:11 |
| 6 | somebody punched me in the face, you know, like, you | 13:26:13 |
| 7 | know, multiple times, you know, and in my instinctive | 13:26:16 |
| 8 | reaction was to, you know, my arm up from being hit | 13:26:21 |
| 9 | again. | 13:26:25 |
| 10 | You know, it's kind of like when you -- when you | 13:26:26 |
| 11 | get hit, right, at that moment of impact everything goes | 13:26:27 |
| 12 | black, right?  And so, you know, you kind of like -- it's | 13:26:31 |
| 13 | like -- it's like a flash.  You know, everything goes | 13:26:34 |
| 14 | black, and you just -- it -- it flashes, but | 13:26:37 |
| 15 | instinctively, without even thinking, you just try to | 13:26:39 |
| 16 | guard your face, you know, you try to guard the part | 13:26:42 |
| 17 | that's -- that's -- that's being hit. | 13:26:46 |
| 18 | Q.  So in -- | 13:26:46 |
| 19 | A.  I think that all leads to it. | 13:26:48 |
| 20 | Q.  So instinctively while you were out on the porch, | 13:26:48 |
| 21 | you were trying to bring your arm or arms in front of | 13:26:53 |
| 22 | your face; is that accurate? | 13:26:59 |
| 23 | A.  I think that, you know, as I explained, each and | 13:27:00 |
| 24 | every single time, you know, all I was trying to do was | 13:27:04 |
| 25 | obey what they were -- what they were saying, but at the | 13:27:07 |

1    same time as I'm obeying what they're saying, I'm being      13:27:11

2    hit, so my reactions to that is to try to guard myself       13:27:15

3    from being hit, if you get what I'm saying.                  13:27:19

4       Q.  And you're using your hands, your arms to do that;    13:27:22

5    is that correct?                                             13:27:26

6       A.  Yes.  My -- my right arm, I believe.  You know,       13:27:28

7    and -- and at the same time I'm telling him, "My arms are    13:27:31

8    behind my back.  My arms are behind my back."  Like, I'm     13:27:36

9    telling him this to let him know, like, "You don't have      13:27:39

10   to keep hitting me.  My arms are behind my back.  When       13:27:43

11   you tell me to put my hands behind my -- I'm trying to."     13:27:46

12      Q.  Okay.  And --                                         13:27:50

13      A.  You know --                                           13:27:50

14      Q.  -- you said you were --                               13:27:51

15          ATTORNEY PACKER:  Hold on.                            13:27:51

16          ATTORNEY KORNBLAU:  -- trying to but they weren't     13:27:52

17   behind your back.  You were trying to; is that right?        13:27:52

18          ATTORNEY PACKER:  Objection.  Misstates testimony.    13:27:53

19          Go ahead.                                             13:27:55

20          THE WITNESS:  Yeah, so, you know, as I explained      13:27:56

21   earlier, you know, from -- from what it felt like to me,     13:28:00

22   was that he would grab my hand, you know, and he would       13:28:03

23   say, "Put your hands behind your back," so I -- I'm          13:28:08

24   trying to put my hands behind my back, right?  You know,     13:28:11

25   from the position that I'm in, you know, you're laying       13:28:13

HENRY MICHAEL BARNHILL                                    131

| | | |
|---|---|---|
| 1 | down where your arm wants -- you can't -- you can't | 13:28:15 |
| 2 | really move it like this, right?  So for your arm to have | 13:28:17 |
| 3 | -- go back, you have to first cuff it to go back because | 13:28:20 |
| 4 | your arm just -- it won't -- it won't go like this, | 13:28:22 |
| 5 | right?  So I'm trying.  I'm trying my best to do it. | 13:28:24 |
| 6 | You know, and even when I actually get my hand to | 13:28:28 |
| 7 | my back, right, you know, I -- I could feel it, you know, | 13:28:31 |
| 8 | get back there.  I know the position of my hand.  I know | 13:28:33 |
| 9 | he's there and I feel him holding my hand.  Then all of a | 13:28:38 |
| 10 | sudden he'll let it go and strike me in the face.  So my | 13:28:39 |
| 11 | instant reaction to being struck in the face is -- is, | 13:28:43 |
| 12 | you know, to, like, you know, try and guard my face.  And | 13:28:47 |
| 13 | I think that that occurred one or two times to where I | 13:28:52 |
| 14 | actually -- I think one time I just -- I kind -- I turned | 13:28:55 |
| 15 | my head.  You know, I think the other time I actually | 13:28:59 |
| 16 | tried to, you know, guard my face. | 13:29:01 |
| 17 | BY ATTORNEY KORNBLAU: | 13:29:05 |
| 18 |     Q.  And so you were convicted of Penal Code | 13:29:05 |
| 19 | Section 148, resisting arrest.  You -- | 13:29:10 |
| 20 |     ATTORNEY PACKER:  Objection.  Asked and answered. | 13:29:12 |
| 21 | BY ATTORNEY KORNBLAU: | 13:29:14 |
| 22 |     Q.  You understand that, correct? | 13:29:14 |
| 23 |     A.  I do. | 13:29:15 |
| 24 |     Q.  And you were convicted by a jury.  You didn't take | 13:29:16 |
| 25 | a plea, correct? | 13:29:22 |

1    A.  I was convicted by the jury based on the district    13:29:24

2    attorney's argument to the jury, was that because -- from    13:29:29

3    the time that I exit the vehicle and got to the door,    13:29:33

4    that was considered resisting an officer and delaying a    13:29:38

5    police officer in the performance of his duties.  And so    13:29:42

6    that's what the jury was asked to come back and find me    13:29:44

7    guilty of, was whether, from that time, according to her    13:29:49

8    argument, from the time that I exit the vehicle until I    13:29:53

9    got to the door whether I, you know, resisted arrest, and    13:29:57

10   so they found me guilty of that.  But if you're asking me    13:30:00

11   had I resisted arrest at any point of physical contact,    13:30:03

12   no.  I was too scared to resist.    13:30:10

13   Q.  But you said earlier that you were afraid of what    13:30:12

14   the police would do, so you ran, or is that not correct?    13:30:15

15   A.  Well, from the time when I ran, you know, to    13:30:21

16   that track all the way to there -- and go through this    13:30:24

17   dialogue again -- I think that at that time, you know,    13:30:29

18   when that happened, I didn't -- you know, I was in    13:30:32

19   fight-or-flight mode, you know, and I just acted    13:30:35

20   instinctively.  But from the time -- you know, to make    13:30:38

21   that separation, from the time when I was on the porch    13:30:41

22   and I was fully aware that these are officers now, the --    13:30:44

23   the only thing my mind could think was to do everything    13:30:50

24   that they said, you know, not to be hurt.  I'm -- I'm not    13:30:53

25   trying to do anything that's going to cause me to get    13:30:56

HENRY MICHAEL BARNHILL                                    133

| | | |
|---|---|---|
| 1 | hurt, anything that's going to cause me to be killed, to | 13:30:59 |
| 2 | be accidentally killed.  These are things that are -- | 13:31:04 |
| 3 | that are going through my head at this time.  Like, "Oh, | 13:31:06 |
| 4 | shoot.  I don't want anything to happen on accident.  I | 13:31:09 |
| 5 | don't want anything to happen because they think that I'm | 13:31:13 |
| 6 | -- I'm -- I'm trying to resist or any of that."  The | 13:31:17 |
| 7 | last -- and I'm trying to do every single thing that they | 13:31:19 |
| 8 | ask me to do. | 13:31:23 |
| 9 | Q.  Okay.  So here you're -- | 13:31:24 |
| 10 | A.  Everything. | 13:31:25 |
| 11 | Q.  -- saying today that you were fully aware that it | 13:31:26 |
| 12 | was police you were dealing with on your front porch, yet | 13:31:30 |
| 13 | in the hospital on the day of the incident on April 29th, | 13:31:33 |
| 14 | 2022, you told police and medical staff that were there | 13:31:36 |
| 15 | that you had no idea, even as you were sitting in that | 13:31:40 |
| 16 | hospital bed, that you were dealing with police. | 13:31:43 |
| 17 | A.  From my recollection, I think it's kind of like | 13:31:47 |
| 18 | the same way that I just explained it to you.  I think | 13:31:50 |
| 19 | that what the officer was asking me, kind of like in the | 13:31:50 |
| 20 | same way that you just asked me, and I kind of explained | 13:31:58 |
| 21 | to him the same way that I explained to you, that in the | 13:32:00 |
| 22 | beginning I didn't know it was officers.  You know, | 13:32:03 |
| 23 | everything didn't come, like, till when I was at my | 13:32:07 |
| 24 | full -- you know, what's the word you would use -- | 13:32:11 |
| 25 | faculties, you know, to where I really understood the | 13:32:14 |

1   nature of what was going on, was when I was at the front        13:32:17

2   door at the time when I was already encountered by these       13:32:22

3   officers.                                                        13:32:25

4        But when -- you know, and I want to -- I want to          13:32:26

5   be really, really clear on this when -- when -- when we         13:32:28

6   use terms like "blackout" or "I don't remember," you           13:32:29

7   know, I'm -- I'm speaking from the time that I was first       13:32:33

8   approached by the officers until the time to where it was      13:32:36

9   clear to me what was happening, and that was the time          13:32:39

10  that I was on the front porch.                                  13:32:42

11    Q.  So it's convenient that everything was clear to          13:32:44

12  you only when you're on the front porch.                       13:32:46

13       Why did it suddenly become clear to you when             13:32:49

14  you're on the front porch?                                     13:32:51

15       ATTORNEY PACKER:  Objection.  Argumentative.             13:32:54

16  Compound.                                                       13:32:56

17       THE WITNESS:  Because at that time, that's when my       13:32:57

18  brain was finally understanding what's going on.  You          13:33:01

19  know, I think -- I think just as humans, right, part of        13:33:06

20  that experience is we don't fully understand things,           13:33:09

21  right, unless we look at things through hindsight, right?      13:33:12

22  You know, but in the -- in the moment, we don't really         13:33:17

23  understand these things until we take ourselves away from      13:33:19

24  those things, right, and try to analyze it to the best of      13:33:24

25  -- of our ability to try to understand, like, you know,        13:33:29

1    what happened, what made this happened, you know, why?    13:33:30

2    You know, there was a whole lot of whys to where I can't    13:33:34

3    even -- I don't even know the answers to these whys    13:33:38

4    today.    13:33:42

5    BY ATTORNEY KORNBLAU:    13:33:43

6      Q.  So were you confused at all, fuzzy at all while    13:33:43

7    you were on the front porch?    13:33:47

8      A.  No.  I knew exactly -- I knew what was going on at    13:33:48

9    that point.    13:33:51

10     Q.  And do you remember the chronological order of    13:33:51

11   what occurred on the front porch?    13:33:54

12        ATTORNEY PACKER:  Objection.  Vague.    13:33:55

13        THE WITNESS:  I think at the -- at the point where    13:33:58

14   the officer that I now know as Maynard, you know, rushed    13:34:02

15   into me, I knew the nature of it and I knew -- clearly    13:34:07

16   understood at that point I was -- I was being arrested.    13:34:10

17   BY ATTORNEY KORNBLAU:    13:34:16

18     Q.  But earlier you said you do not remember the    13:34:16

19   chronological order of things that occurred on the front    13:34:18

20   porch; is that true?    13:34:21

21        ATTORNEY PACKER:  Objection.  Vague.  Misstates    13:34:22

22   testimony.    13:34:25

23        THE WITNESS:  When I'm referring to chronological    13:34:26

24   orders is I don't know chronological order of each and    13:34:29

25   every single punch that was thrown by different officers.    13:34:34

```
 1  I don't know the chronological order in relations to the    13:34:38
 2  times that I was tased.  You know, I know some of them,     13:34:42
 3  but I don't know all of them.  You know, I may, you         13:34:46
 4  know -- because everything was happening at once.  You      13:34:51
 5  know, it's like you have three people that were hitting     13:34:53
 6  you all at the same time -- time and you were asked,        13:34:55
 7  "Okay.  Which one's first?  Which one's second?"  You       13:34:59
 8  know, the first and second, the second and third punch      13:35:02
 9  might happen at the same time or too close to -- you        13:35:03
10  know, to -- to -- to be able to tell which was which, you   13:35:06
11  know.                                                       13:35:06
12       But not only that, but your mind is in a place        13:35:09
13  where you're just -- the only thing you're thinking is      13:35:13
14  not to be hurt.  So you're not -- you're not recording at   13:35:16
15  that time any order, any specific order what happens.       13:35:23
16  BY ATTORNEY KORNBLAU:                                       13:35:29
17     Q.  So everything could have happened all at once; you   13:35:29
18  just don't recall?                                          13:35:32
19     A.  No, it did all happen at once.  I all happened       13:35:33
20  fluid.  So there was -- there was no breaks containing it   13:35:37
21  of anything [sic].  You know, it all -- it all happened     13:35:42
22  fluidly, you know.                                          13:35:44
23     Q.  So the -- the incapacitation caused py the Taser     13:35:44
24  and all of the punches, everything happened all at once     13:35:50
25  fluidly?                                                    13:35:55
```

| | | |
|---|---|---|
| 1 | A.  Yes.  When I say fluidly, I mean, like, | 13:35:55 |
| 2 | simultaneously, like, it's all the -- it's all evolving | 13:35:59 |
| 3 | all in -- in one -- at one time, you know. | 13:36:03 |
| 4 | Q.  So tell me about your injuries or your damages | 13:36:09 |
| 5 | here.  What are you claiming? | 13:36:17 |
| 6 | ATTORNEY PACKER:  Objection. | 13:36:21 |
| 7 | THE WITNESS:  What am I -- | 13:36:22 |
| 8 | ATTORNEY PACKER:  Vague. | 13:36:24 |
| 9 | THE WITNESS:  -- claiming? | 13:36:26 |
| 10 | ATTORNEY PACKER:  Go ahead. | 13:36:28 |
| 11 | And compound. | 13:36:28 |
| 12 | BY ATTORNEY KORNBLAU: | 13:36:29 |
| 13 | Q.  Okay.  So let's start with what are your injuries | 13:36:29 |
| 14 | as a result of this incident?  Not the incident with your | 13:36:31 |
| 15 | girlfriend or ex-girlfriend, just as it relates to this | 13:36:34 |
| 16 | incident with police on April 29th, 2022. | 13:36:39 |
| 17 | A.  Okay.  So my understanding of the injuries are I | 13:36:42 |
| 18 | have a -- a separated ear on this side, and so the | 13:36:45 |
| 19 | cartilage doesn't get -- so my understanding, you know, | 13:36:53 |
| 20 | the way that I was explained is that cartilage will never | 13:36:57 |
| 21 | heal.  I doesn't even have the ability to heal.  So at | 13:37:00 |
| 22 | this time my cartilage, instead of being like this, it's | 13:37:03 |
| 23 | overlapping on the side.  So if you feel it, it's -- it's | 13:37:07 |
| 24 | overlapped, like -- and it -- it'll start to droop. | 13:37:11 |
| 25 | Like, I literally tie a shirt around my head, you know, | 13:37:14 |

```
 1   to -- to keep my ear in because in the beginning it was      13:37:16
 2   really, really dropped, it was really drooped.               13:37:18
 3        But -- so, yeah, the cartilage doesn't have the         13:37:21
 4   ability to heal, so it's forever going to be like this.      13:37:22
 5   This ear is visually lower than this ear, and it's -- it     13:37:25
 6   lops over.  You know, it's -- it's more pronounced from      13:37:29
 7   the back, you know, because I've had people, like -- you     13:37:35
 8   know, I've asked people about it, like, to look at it for    13:37:35
 9   me, you know, to see if they can tell or whatnot.  And I     13:37:38
10   have his -- the top of my ear is darker than the rest of     13:37:41
11   my ear because I guess that has something to do with it      13:37:45
12   being starved and blood flow or whatever.  At first they     13:37:50
13   -- they thought they were going to have to cut it all the    13:37:53
14   way off, but I guess somewhere -- somehow it had -- it --    13:37:56
15   the blood flow or whatever to where they didn't have to      13:37:59
16   cut it off, but when they first put it together, they        13:37:59
17   thought they were going to have to cut it off but -- so      13:38:03
18   now my ears are two different colors.  This part is dark.    13:38:03
19   I don't know if you can see it, but this part is darker      13:38:07
20   than the rest of my ear, and it -- it flops over.            13:38:10
21        So I had that and I don't have any sensation in --      13:38:13
22   in this part of my ear, the top part.  Like, I can feel      13:38:17
23   it, right, but it's -- it's different than this.  Like, I    13:38:20
24   know that I'm touching it, but I don't have that same        13:38:25
25   sensation in that part of my ear.                            13:38:27
```

HENRY MICHAEL BARNHILL                                    139

```
 1        So on my face, I had what's -- what they told me      13:38:29
 2   was a completely blown orbital fracture, so they put       13:38:34
 3   three titanium screws in there, and they put mesh in       13:38:34
 4   there because what was happening was my orbital muscles    13:38:34
 5   were falling into the -- the -- they empty space, and so   13:38:44
 6   as the bone -- or something -- somehow the -- the orbital  13:38:48
 7   muscles fell in there and they were trapped in there, so   13:38:52
 8   they were starved from oxygen, and I couldn't get the      13:38:55
 9   surgery that I needed until, like, some weeks later        13:38:58
10   because it was too swollen or whatever, so they had to     13:39:01
11   wait for the swelling to do down so they could do the sur  13:39:05
12   -- surgery.                                                13:39:09
13        And so because of that, my orbital muscles don't      13:39:09
14   have -- what's the word that they used?  Basically it      13:39:13
15   doesn't have the same strength as -- so to my             13:39:16
16   understanding, there's -- there's -- I think it's four or  13:39:19
17   six.  You have four or six muscles that hold your eye,     13:39:23
18   and these -- because these muscles were starved for        13:39:27
19   oxygen, they're weaker than the others.  So if I'm         13:39:31
20   reading something for -- for some time or I get, like,     13:39:34
21   fatigue or something, my -- my eye will -- will -- will    13:39:40
22   drift, you know.  And, you know, I can catch it sometimes  13:39:42
23   and I'll -- you know, I can pull it and -- well, I can     13:39:44
24   catch it all time.  I can, like -- kind of, like, bring    13:39:46
25   it back into focus, but it'll move.  It'll -- it'll move   13:39:50
```

HENRY MICHAEL BARNHILL                                   140

1    on it own because of the -- the weakness in the orbital        13:39:53
2    muscles.                                                        13:39:57
3            And I also have nerve damage right here.  So this      13:39:57
4    portion of my lip right here, right, just the corner          13:40:00
5    part, right, so it's -- it's numb right here, and it's        13:40:05
6    numb all the way from here to here.  But if I scratch it      13:40:09
7    like this right here, it feels like I'm scratching up         13:40:15
8    here, right?  And so this never goes away, right, so it's     13:40:17
9    -- it's always numb from here to here, and it feels like      13:40:20
10   that -- the -- the feeling that you get when you -- when      13:40:24
11   your -- when your foot is asleep and you step on it and      13:40:26
12   it feels like -- like pins and needles when you -- when      13:40:29
13   you -- when you touch it.  Like, so even though I can        13:40:31
14   feel myself touching it, right, it has that numb feeling,    13:40:35
15   but it also feels like there's, like -- like, kind of        13:40:39
16   like the same feeling when you -- when you step on your      13:40:39
17   foot when it's asleep.  You get, like, that pins and         13:40:42
18   needles feel.  So that never goes away.  This is always      13:40:43
19   like that, right?  So that never goes away.                   13:40:46
20           And then -- so I have trigeminal -- what I come to     13:40:49
21   find out, it's -- I don't know if it's trigeminal,           13:40:49
22   tridreminal (phonetic) neuralgia or whatever.  So I have      13:40:58
23   that.  So I get jolts in -- the jolts in my face.  Like,     13:40:58
24   more -- usually, generally speaking, it's -- you know,        13:41:07
25   it's -- it's a few jolts that are just happening, you         13:41:10

1   know, all -- all in one wrapped session, right?  Like,          13:41:13

2   I'll just feel a jolt, right?  And so sometimes they're         13:41:16

3   different.  Like, I'll feel a jolt and -- and -- and, you       13:41:19

4   know, it'll just be, like, in the -- in -- like, it'll          13:41:22

5   feel like it's behind my eye, and then sometimes, like,         13:41:24

6   it'd, like -- it'll feel like it's jolting all the way          13:41:27

7   down to my -- to my tooth, right?  And then I ask the           13:41:30

8   doctor, like, why does it feel like, you know, it's going       13:41:34

9   to my tooth?  And he explained to me that it's -- I guess       13:41:36

10  it's all the same nerve, right?                                 13:41:41

11       So to make a long story short, I have tri --               13:41:42

12  trigeminal neuralgia to where I get these jolting pains         13:41:45

13  in my face, and then sometimes, like, those will, like,         13:41:46

14  turn into, like, like, migraine headaches.  So I -- I           13:41:52

15  take sumatriptan for -- for migraines.  And I get -- I          13:41:57

16  get really severe headaches, you know, if I -- if I read        13:42:04

17  a lot.  Even if I'm watch -- even if I watch TV a lot, I        13:42:08

18  get shocks.  I get some type of -- some time of nerve           13:42:13

19  blocker.  So what the doctor does is he -- he measures          13:42:20

20  somehow.  He measures -- because I can feel him when he's       13:42:22

21  doing it.  He's measuring from here, and he's measuring         13:42:26

22  to, like, the crown, and then he's finding the middle          13:42:29

23  place and he's -- he's injecting something in my -- in my       13:42:32

24  head.  So I get -- I get nerve blockers.  He told me that       13:42:34

25  that's some type of nerve blockers.  And so I get -- I          13:42:39

HENRY MICHAEL BARNHILL                                    142

```
 1   get nerve blockers for that.                        13:42:43
 2       I have seizures.  So I have to take seizure      13:42:45
 3   medication, and I haven't -- I can't -- I can't work on  13:42:48
 4   the roofs.  I have restricted access to -- to stairs.  13:42:54
 5   All those -- and I can't work around heavy machinery.  13:43:01
 6   I'm trying to think, you know, because I have the    13:43:04
 7   chronos, so I'm trying to think of everything that it  13:43:04
 8   says.  So I can't do those things.  And --           13:43:12
 9       Q.  Can I just clarify?  Earlier you said -- when you  13:43:17
10   were talking about your nerve damage, you pointed to your  13:43:20
11   face when you were described the area, and you said "from  13:43:25
12   here to here."  Can you describe that since we dont have  13:43:28
13   that in the record.  Since you were pointing to it, we  13:43:33
14   can't take that down.  So can you just --            13:43:37
15       A.  Okay.  Oh --                                 13:43:40
16       Q.  -- tell us --                                13:43:40
17       A.  -- I'm sorry.  Okay.  So -- so there's two   13:43:41
18   different things, right?  So there -- starts from the --  13:43:42
19   the right side, the right corner of my lip all the way --  13:43:46
20   if I were to, like, draw all the way up to the -- the  13:43:50
21   right corner of my right eye, from that -- from there all  13:43:53
22   the way down kind of, like -- I don't want to say     13:43:59
23   straight but kind of like in a curve, all that -- all  13:44:02
24   that area is numb.  So all throughout the day, like, no  13:44:04
25   matter what, it's -- it's -- it's always -- it has a numb  13:44:09
```

1    sensation, but if I -- if -- if you touch it, it feels        13:44:13

2    like -- like pins and needles, and it's always numb --        13:44:17

3    numb on the corner of my lips, you know.  So, like, if I       13:44:20

4    -- if I go like this, it feels like I'm actually              13:44:23

5    scratching up here, and so, you know, I -- I -- I spoke        13:44:26

6    to the people.  They -- they said it -- it's nerve            13:44:29

7    damage, you know, so there's nothing that I can -- that I      13:44:33

8    can do about that.                                            13:44:36

9         So that's -- so when I was pointing, I was               13:44:37

10   pointing from my lip to the right corner of my right eye.      13:44:40

11     Q.  Okay.  All of the doctors that you have seen             13:44:43

12   specifically regarding injuries related to this incident,      13:44:47

13   have they been through the county?                             13:44:50

14     A.  I don't know who they're employed by.  I don't --        13:44:56

15   I've seen receive doctors.  I've seen doctors in prison.       13:45:01

16   I've seen doctors.  I've seen specialists.  I've seen          13:45:04

17   doctors.  I have an appointment next week with the             13:45:09

18   ophthalmologist, but I've seen several different               13:45:13

19   ophthalmologists.                                              13:45:15

20     Q.  Were these all doctors that you have seen while          13:45:15

21   you've been in custody?                                        13:45:18

22     A.  Yes, ma'am.                                              13:45:19

23     Q.  Have you paid anything out of pocket as it relates       13:45:20

24   to any of these injuries?                                      13:45:23

25     A.  From my understanding, my -- my health -- my             13:45:26

HENRY MICHAEL BARNHILL                                    144

| | | |
|---|---|---|
| 1 | medical benefits while I'm in here takes care of all my | 13:45:31 |
| 2 | medical bills. | 13:45:34 |
| 3 | Q.  Okay.  So you -- | 13:45:36 |
| 4 | A.  That's my understanding.  I'm not sure though. | 13:45:36 |
| 5 | Q.  Okay.  So have you paid anything out of pocket, | 13:45:40 |
| 6 | your own money, for any of the surgeries or doctor visits | 13:45:42 |
| 7 | related to the incident that happened on April 29th, | 13:45:45 |
| 8 | 2022? | 13:45:51 |
| 9 | A.  No.  My -- no, no, not my -- not me myself, no. | 13:45:51 |
| 10 | Q.  Have you received any bills, doctor medical bills? | 13:45:54 |
| 11 | A.  I'm not sure how it works, if I get billed.  I | 13:46:02 |
| 12 | don't know how the medical system works here, but I | 13:46:02 |
| 13 | haven't received any of the bills, so I don't know if I'm | 13:46:06 |
| 14 | going to get billed later.  I don't know how that works. | 13:46:07 |
| 15 | Q.  As far as you're aware, though, someone else has | 13:46:10 |
| 16 | paid the medical bills? | 13:46:14 |
| 17 | A.  Right.  Yes.  I believe so. | 13:46:17 |
| 18 | Q.  Have you paid for any medication? | 13:46:28 |
| 19 | A.  No.  No.  No. | 13:46:31 |
| 20 | Q.  Do you have any out-of-pocket expenses as it | 13:46:32 |
| 21 | relates to the incident on April 29th, 2022? | 13:46:35 |
| 22 | A.  No, I don't.  No.  They're -- they're -- they're | 13:46:39 |
| 23 | in charge of all the, like, medications and things like | 13:46:47 |
| 24 | that. | 13:46:49 |
| 25 | Q.  Do you need any additional surgery? | 13:46:50 |

HENRY MICHAEL BARNHILL                                          145

| | | |
|---|---|---|
| 1 | ATTORNEY PACKER:  Objection.  Calls for | 13:46:51 |
| 2 | speculation.  Calls for a medical opinion. | 13:46:53 |
| 3 | THE WITNESS:  From what I am aware of, I have a -- | 13:46:56 |
| 4 | a torn rate -- rotator cuff that still has to be -- so | 13:47:01 |
| 5 | it's in the process of whether they're -- they're | 13:47:11 |
| 6 | determining whether want to do surgery on it or not.  I | 13:47:14 |
| 7 | don't know what they're -- I don't know when they will do | 13:47:17 |
| 8 | it, you know, but I -- I -- I do know that I've been told | 13:47:19 |
| 9 | that I have to do -- they have to do surgery on my | 13:47:21 |
| 10 | rotator cuff because that's the only way that it can -- | 13:47:23 |
| 11 | it can be repaired.  So that's the only surgery that I | 13:47:25 |
| 12 | know that I have to do other than, like, getting, like, | 13:47:29 |
| 13 | nerve blocker shots.  That's the only thing that I know | 13:47:33 |
| 14 | that I have to do. | 13:47:36 |
| 15 | BY ATTORNEY KORNBLAU: | 13:47:37 |
| 16 | Q.  How was your rotator cuff -- and it looks like you | 13:47:38 |
| 17 | were pointing to your left arm.  How was it torn? | 13:47:41 |
| 18 | A.  I believe it happened during the incident, you | 13:47:45 |
| 19 | know, because, like, when it first -- when it -- when it | 13:47:47 |
| 20 | first happened, right, like, the next day, like, I | 13:47:51 |
| 21 | couldn't -- I couldn't move my hand up.  Like, I had to | 13:47:53 |
| 22 | physically take this hand and, like, put it -- you know, | 13:47:57 |
| 23 | whenever I would dress or whatever.  Even now to the day, | 13:47:59 |
| 24 | like, I still have trouble with it.  Like, every -- each | 13:48:02 |
| 25 | and every single morning when I wake up, it's -- it -- it | 13:48:05 |

```
 1   hurts.  If I put my arm in different directions, it       13:48:07
 2   hurts.  You know, like, I'm -- I'm not able to -- to --   13:48:11
 3   to work on it -- work out on it because the doctor said   13:48:13
 4   the strength of it -- like, this side'll give out.  Like, 13:48:16
 5   if I were to try to do exercise, this side would -- would 13:48:21
 6   give out because of the torn rotator cuff.  So they're    13:48:25
 7   supposed to do surgery on it.                             13:48:29
 8       Q.  Have X-rays been taken?                           13:48:30
 9       A.  Yeah.  I have -- and they're supposed to be doing 13:48:33
10   an MRI.                                                   13:48:36
11       Q.  Okay.  Do you know when that's going to occur?    13:48:36
12       A.  I don't want to -- I have a medical appointment   13:48:41
13   next week.  The only information that they give me,       13:48:44
14   they -- they send me a docket saying that, "On the week   13:48:47
15   of the 15th you have a appointment with an outside        13:48:51
16   agency."  So it never tells me exactly who or exactly     13:48:56
17   what appointment I'm going to.  I don't know if I'm going 13:48:59
18   for this or I'm going for the ophthalmologist.  I don't   13:49:03
19   know.  To be honest with you, I don't -- because they     13:49:07
20   don't -- they don't -- they don't give me that -- all     13:49:09
21   that information.                                         13:49:11
22       Q.  Other --                                          13:49:13
23       A.  They kind of, like, just pull me out.             13:49:15
24       Q.  Other than your suspected torn rotator cuff, any  13:49:16
25   other surgeries that you believe you may need in the      13:49:20
```

```
 1  future?                                            13:49:23
 2        ATTORNEY PACKER:  Objection.  Calls --       13:49:25
 3        THE WITNESS:  Surgeries?                      13:49:26
 4        ATTORNEY PACKER:  -- for speculation.  Calls for a  13:49:27
 5  medical opinion.                                   13:49:29
 6        Go ahead.                                    13:49:29
 7        THE WITNESS:  I don't -- I don't know what kind of  13:49:30
 8  surgeries that I'll need in the -- in the -- in the  13:49:33
 9  future.  I know that -- so I don't know if I'm going to  13:49:36
10  need surgery for here on this side, but if you visually  13:49:38
11  look at -- at -- the corner of my eye, you know, measure  13:49:44
12  it from -- from ear to ear and you visually look at this  13:49:47
13  side, this bone is further back, so I don't know if I  13:49:50
14  need medical surgery to correct that or not.  You know, I  13:49:53
15  can feel the -- I can feel the -- the screws that they  13:49:56
16  put in there, so I don't know if I'm going to need  13:50:01
17  surgery to bring this back up, but -- so -- but if you  13:50:04
18  visually look at it, this side is back further than this  13:50:07
19  side.  You know, can you see that off there?  Can you see  13:50:10
20  it from there?                                     13:50:15
21     Q.  I can't.  I can barely see you but --       13:50:16
22     A.  Oh, I'm sorry.                              13:50:21
23        ATTORNEY PACKER:  Can -- just --             13:50:21
24        ATTORNEY KORNBLAU:  Okay.  So --             13:50:21
25        ATTORNEY PACKER:  -- real quick, can you --  13:50:21
```

| 1  | ATTORNEY KORNBLAU:  Go ahead. | 13:50:21 |
| 2  | ATTORNEY PACKER:  He was saying "this side, this | 13:50:22 |
| 3  | side, this side."  I was just going to ask him to clarify | 13:50:24 |
| 4  | which side he -- | 13:50:27 |
| 5  | THE WITNESS:  Oh -- | 13:50:28 |
| 6  | ATTORNEY PACKER:  -- was describing to you. | 13:50:28 |
| 7  | THE WITNESS:  -- you know, like, my -- my right | 13:50:29 |
| 8  | side, like, where my cheekbone meets, like, the | 13:50:29 |
| 9  | intersection of the -- where the nose, eyes and cheekbone | 13:50:33 |
| 10 | all, you know, come to, you know, to a -- to a point | 13:50:37 |
| 11 | where they connect.  That part is sunken in further than | 13:50:39 |
| 12 | this side, and you can visually see it when you turn from | 13:50:43 |
| 13 | side to side of -- of -- of my face, like -- yeah. | 13:50:46 |
| 14 | ATTORNEY KORNBLAU:  Okay.  So -- | 13:50:50 |
| 15 | THE WITNESS:  And then I don't -- | 13:50:51 |
| 16 | ATTORNEY KORNBLAU:  And -- and -- | 13:50:52 |
| 17 | THE WITNESS:  -- that this kind of like this too. | 13:50:54 |
| 18 | Yeah. | 13:50:54 |
| 19 | BY ATTORNEY KORNBLAU: | 13:50:54 |
| 20 | Q.  Sorry.  Just because I'm trying to also, you know, | 13:50:57 |
| 21 | help you out.  So when you say "this side" and you're | 13:50:59 |
| 22 | pointing, just say "my right eye or left eye, right side | 13:51:02 |
| 23 | of face, left" -- you have to describe what you're | 13:51:02 |
| 24 | talking about because pointing to it, we're not going to | 13:51:05 |
| 25 | capture that in the record? | 13:51:09 |

HENRY MICHAEL BARNHILL                                      149

1        So can you say that again and just say -- when          13:51:11

2    you're just saying, "This side is sunken more than this     13:51:12

3    side," can you use "right eye," "left eye," please.         13:51:15

4    A.   I'm sorry.  My -- my right eye is -- is sunken in      13:51:18

5    further than my left eye.                                   13:51:23

6    Q.   Okay.  Any other issues with your face or your         13:51:25

7    head?                                                       13:51:29

8    A.   Well, I get migraines and all that type of stuff,      13:51:33

9    you know, so --                                             13:51:38

10   Q.   Other -- sorry.  Other than what we've already         13:51:38

11   discussed.  So anything now in the future, is there any     13:51:42

12   other issues, like any other surgeries, you know, do you    13:51:46

13   need more medication as it relates to your face or your     13:51:49

14   head?                                                       13:51:52

15       ATTORNEY PACKER:  Objection.  Calls for                 13:51:53

16   speculation.  Calls for expert opinion.                     13:51:54

17       Go ahead.                                               13:51:57

18       THE WITNESS:  Yeah.  I mean, as far as I'm aware        13:51:57

19   of, no.  At this time, I can't think of anything else.      13:51:59

20   BY ATTORNEY KORNBLAU:                                       13:52:02

21   Q.   And then you said your shoulder, so rotator cuff.      13:52:05

22       Any other parts of your body that you're claiming       13:52:09

23   injuries to?                                                13:52:13

24   A.   Not that I can think of, no.                           13:52:15

25   Q.   Okay.  Have doctors given you a plan of what           13:52:28

HENRY MICHAEL BARNHILL                          150

```
 1   things you could do to help your -- your shoulder?      13:52:32

 2     A.  Yeah.  So we talked about therapy, physical       13:52:35

 3   therapy, for that, but of course will come after the    13:52:39

 4   surgery.  So to my understanding it's going to be the   13:52:44

 5   surgery and then physical therapy.  I've just been told 13:52:47

 6   not to -- you know, not to exercise, you know, which I --13:52:50

 7   unfortunately I can't exercise.                         13:52:53

 8        You know, I can't -- I can't, like -- I can't lift 13:52:55

 9   certain things in certain directions.  You know, so of  13:52:59

10   course I can move my arm or whatever, but, like, if I'm  13:53:02

11   moving in certain directions, it -- it -- it hurts and   13:53:05

12   I'm -- I'm -- I don't have the -- he explained to me that13:53:09

13   there's two things that happen.  There's -- there's a    13:53:15

14   rotator cuff, and there's something else that helps move 13:53:18

15   the shoulder, so -- and the reason why we have to get the 13:53:21

16   surgery -- that it needs to have the surgery is because   13:53:25

17   if we don't get the surgery, then it can cause some type  13:53:28

18   of dystrophy or something like that to the muscles,       13:53:33

19   something.                                               13:53:36

20        So after the MRI, depending on how bad this tore,   13:53:37

21   I will have to do surgery, and then from there, we'll go 13:53:41

22   from there.                                              13:53:44

23     Q.  Okay.  What about emotionally?  Are you seeing a   13:53:45

24   psychiatrist or a psychologist for any issues related to 13:53:49

25   this incident?                                           13:53:55
```

1    A.  Well, in the -- in the beginning, I -- I spoke to     13:53:56

2  a clinician regarding, you know, like, having nightmares    13:54:01

3  of, you know, being beat by police officers, having         13:54:13

4  nightmares of being killed.  You know, I kind of, like,     13:54:15

5  just vaguely expressed these things during -- during        13:54:19

6  times that I've -- I've seen therapists.  I don't know      13:54:23

7  whether they were psychologists or -- I don't know what     13:54:25

8  their actual titles were.                                   13:54:29

9    Q.  Okay.  Have you ever been diagnosed with a mental     13:54:31

10  condition such as PTSD?                                     13:54:39

11    A.  I've been diagnosed with PTSD coming from being      13:54:41

12  raped in prison.                                            13:54:46

13    Q.  When did that occur?                                 13:54:55

14    A.  I'm not sure.  It was about 2013.                    13:54:56

15    Q.  In -- and was it in 2013 that you were diagnosed     13:54:59

16  with PTSD or that the -- the rape incident occurred?       13:55:02

17    A.  I was -- I was diagnosed with PTSD after that.  I    13:55:07

18  think --                                                   13:55:07

19    Q.  So --                                                13:55:07

20    A.  -- the first time --                                 13:55:12

21    Q.  Sorry.                                               13:55:13

22    A.  I think the first time was when I -- oh, I'm         13:55:14

23  sorry.  Go ahead.                                          13:55:16

24    Q.  When were you diagnosed with PTSD?                   13:55:17

25    A.  The first time that I was diagnosed with PTSD, I     13:55:22

| | | |
|---|---|---|
| 1 | was -- believe was either in 2016 or 2017, one of the | 13:55:27 |
| 2 | two. | 13:55:31 |
| 3 | Q.  And it was because a rape incident; is that right? | 13:55:32 |
| 4 | So does that have effects, then, for you sexually? | 13:55:40 |
| 5 | ATTORNEY PACKER:  Objection.  Relevance. | 13:55:45 |
| 6 | By ATTORNEY KORNBLAU: | 13:55:48 |
| 7 | Q.  So I -- I just want to understand, what is the | 13:55:48 |
| 8 | nature of the PTSD? | 13:55:50 |
| 9 | ATTORNEY PACKER:  Okay. | 13:55:53 |
| 10 | THE WITNESS:  I don't -- I don't know because I -- | 13:55:54 |
| 11 | you'd have to ask mental health people.  I -- I don't | 13:55:58 |
| 12 | know. | 13:56:02 |
| 13 | BY ATTORNEY KORNBLAU: | 13:56:02 |
| 14 | Q.  Did PTSD have anything at all to do with the | 13:56:02 |
| 15 | incident on April 29, 2022? | 13:56:06 |
| 16 | A.  No, not -- I don't think so. | 13:56:09 |
| 17 | Q.  And the reason that I'm asking you is because I | 13:56:11 |
| 18 | have reporting that says you told police that you suffer | 13:56:13 |
| 19 | from PTSD and that's why you fled from police. | 13:56:17 |
| 20 | A.  I don't think that that's what I said.  You know, | 13:56:22 |
| 21 | like I said, I'm trying the put everything in | 13:56:25 |
| 22 | perspective, right?  So I -- on one hand I understanding | 13:56:27 |
| 23 | that I'm having PTSD, but on the other hand I'm -- I'm -- | 13:56:31 |
| 24 | I'm not fully able to recall, you know, to -- to -- to -- | 13:56:35 |
| 25 | to summon these -- these memories, right?  So what I'm | 13:56:38 |

HENRY MICHAEL BARNHILL                                        153

```
 1   trying to convey to -- to the officer is, you know, maybe    13:56:42
 2   these things, you know, have to do with me having PTSD.      13:56:45
 3   Like, I don't -- I don't know.  You know, I'm not a          13:56:49
 4   mental health expert, so, like, I don't know whether they    13:56:52
 5   do or they don't, you know, but that's my best way of        13:56:54
 6   trying to communicate to the person what the                 13:56:59
 7   possibilities of not being able to recall these things,      13:57:01
 8   you know, because I'm -- as he's asking, I'm trying to       13:57:05
 9   understand why I don't really fully understand what          13:57:09
10   happened.                                                    13:57:12
11      Q.  Okay.                                                 13:57:12
12      A.  So I'm just kind of trying to put my finger on        13:57:13
13   anything, you know?                                          13:57:15
14      Q.  Okay.  So do you expect or want any psychological     13:57:16
15   treatment as it relates to this incident in 2022?           13:57:23
16      A.  Can you say that again?                               13:57:29
17      Q.  Do you want or expecting to request any               13:57:30
18   psychological treatment or counseling as it relates to      13:57:36
19   the incident that occurred on April 29, 2022?               13:57:41
20      A.  Well, I think that the -- I think that the           13:57:44
21   treatment is ongoing.                                        13:57:47
22      Q.  Okay.  I -- I just mean psychological, though.        13:57:49
23   Have you had counseling?                                     13:57:52
24      A.  Yes, I have.                                          13:57:55
25      Q.  Okay.                                                 13:57:57
```

| | | |
|---|---|---|
| 1 | A.  Therapy, yes. | 13:57:57 |
| 2 | Q.  With whom? | 13:57:58 |
| 3 | A.  With mental health clinicians. | 13:58:03 |
| 4 | Q.  How often? | 13:58:08 |
| 5 | A.  How often?  Regarding this? | 13:58:11 |
| 6 | Q.  Yes. | 13:58:14 |
| 7 | A.  I -- I see -- every -- everyone, they see -- they | 13:58:16 |
| 8 | see the clinician once a week. | 13:58:19 |
| 9 | Q.  You said everyone sees a clinician one time a | 13:58:23 |
| 10 | week?  What does that mean? | 13:58:28 |
| 11 | A.  Oh, everyone where I'm at sees a clinician once a | 13:58:29 |
| 12 | week. | 13:58:34 |
| 13 | Q.  Okay.  Regardless of that the reason is? | 13:58:34 |
| 14 | A.  Right. | 13:58:36 |
| 15 | ATTORNEY KORNBLAU:  All right.  I think those are | 13:58:38 |
| 16 | all my questions. | 13:58:38 |
| 17 | Mr. Packer, do you have any questions? | 13:58:39 |
| 18 | ATTORNEY PACKER:  I don't.  Thank you. | 13:58:42 |
| 19 | ATTORNEY KORNBLAU:  Okay.  We'll just go per Code | 13:58:42 |
| 20 | then. | 13:58:42 |
| 21 | ATTORNEY PACKER:  Sounds good. | 13:58:42 |
| 22 | ATTORNEY KORNBLAU:  Okay. | 13:58:51 |
| 23 | THE STENOGRAPHER:  Mr. Packer, did you want a copy | 13:58:51 |
| 24 | of the transcript? | 13:58:53 |
| 25 | ATTORNEY PACKER:  I do. | 13:58:56 |

HENRY MICHAEL BARNHILL                          155

1          THE STENOGRAPHER:  Thank you.                    13:58:57

2          THE VIDEOGRAPHER:  Do you need a video by chance?  13:58:57

3          ATTORNEY PACKER:  Say that again.                13:59:01

4          THE VIDEOGRAPHER:  Do you need the video by      13:59:01

5   chance?                                                 13:59:04

6          ATTORNEY PACKER:  I don't.  Not at this point.  We  13:59:04

7   may but not at this point.  Thank you.                  13:59:07

8          THE VIDEOGRAPHER:  Okay.  This concludes today's  13:59:07

9   proceeding.  We're off the record at 1:59 p.m.          13:59:09

10         (Proceedings concluded at 1:59 p.m.)             13:59:46

11                        ---oOo---

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HENRY MICHAEL BARNHILL                                    156

1                   REPORTER'S CERTIFICATE

2           I, ALYSSA PACHECO, do hereby certify that I am a

3   licensed Certified Shorthand Reporter, duly qualified and

4   certified as such by the state of California;

5           That prior to being examined, the witness named

6   in the foregoing deposition was duly sworn by me;

7           That the said deposition was recorded

8   stenographically by me at the time and place herein

9   mentioned; and the foregoing pages constitute a full,

10  true, complete, and correct record of the testimony given

11  by the said witness;

12          That review of the transcript was not requested

13  pursuant to Federal Rules of Civil Procedure Rule

14  30(e)(1);

15          That I am a disinterested person, not being in

16  any way interested in the outcome of said action, or

17  connected with, nor related to any of the parties in said

18  actions, or to their respective counsel in any manner.

19

20

21

22          ALYSSA PACHECO, CSR NO. 13391

23

24

25

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 159 of 172
Page ID #:628

HENRY BARNHILL v.
CITY OF HEMET, et al.

HENRY MICHAEL BARNHILL
September 10, 2025

## $

**$5,000 (1)** 18:11

## [

**[sic] (6)** 7:22;11:6;
23:17;61:21;64:6;
136:21

## A

**ABG (1)** 4:9
**ABI (1)** 25:15
**ability (4)** 7:9;134:25;
137:21;138:4
**able (33)** 6:25;16:2;
45:24;46:2,4;70:9;
74:16;78:24;82:2;
99:2;108:22;109:23,
24;110:7;112:1,22,
25;113:1,5,22,23,24;
114:1,7,8,8;115:10;
117:16,17;136:10;
146:2;152:24;153:7
**absolute (1)** 98:14
**access (3)** 32:3,7;
142:4
**accessed (1)** 45:23
**accident (7)** 8:13,14;
48:6;69:6,8,10;133:4
**accidentally (4)** 71:1;
102:10;127:22;133:2
**accidently (1)** 102:11
**accidents (1)** 102:12
**according (1)** 132:7
**account (2)** 18:17,19
**accurate (2)** 125:12;
129:22
**accusing (1)** 58:6
**across (2)** 73:8,18
**acted (1)** 132:19
**action (1)** 69:11
**active (1)** 17:1
**actively (1)** 68:18
**actual (6)** 29:6;85:12;
96:15;98:25;99:3;
151:8
**actually (31)** 8:8,19;
47:21;49:25;66:13;
68:3;75:10;79:7;
81:18;85:10,11;
101:18,23;104:4;
106:23;113:1;115:2,
17;116:19,22,23,24;
117:2;118:17;120:22;
124:14;127:16;131:6,
14,15;143:4
**additional (1)** 144:25
**Address (2)** 17:10;
79:5
**admitted (1)** 35:25

**admonitions (1)** 5:14
**adult (1)** 21:12
**adults (1)** 22:1
**affect (5)** 9:11,16;
10:1,19;65:23
**affected (1)** 9:21
**affects (2)** 10:6,22
**afraid (2)** 59:11;
132:13
**afternoon (1)** 88:20
**afterwards (2)** 70:13;
78:7
**again (22)** 6:10;
10:15;14:5;23:6;
58:5;62:13;71:6,8,16;
88:4;89:16;92:20;
109:10,14;116:5;
125:18;128:19;129:9;
132:17;149:1;153:16;
155:3
**against (2)** 5:13;93:14
**age (1)** 22:8
**agency (1)** 146:16
**ago (6)** 11:16;12:18;
17:5;52:6;74:14;90:1
**agree (2)** 4:17,20
**agreement (1)** 4:14
**ahead (59)** 10:14;
13:18;18:2,6;19:21;
21:3,21;26:22;27:15;
28:2;29:3;30:4;
31:12;32:6;33:4,18;
34:3;35:15;36:8;
39:11;40:9,19;41:10,
18;42:10;45:1,16;
51:3;52:19;55:10,17;
60:2,10,23;61:18;
62:10,18;65:25;67:5,
25;70:22;71:12;
74:21;81:14;83:16;
86:9;93:8;103:11;
115:14;124:1;125:14;
126:16;127:11;
130:19;137:10;147:6;
148:1;149:17;151:23
**aimed (1)** 121:18
**air (14)** 99:9,11,17;
100:11,13;101:2,18,
21;102:2;103:7,13,
22;111:9,14
**al (1)** 4:8
**alcohol (1)** 7:8
**Aleesa (2)** 21:13;22:7
**Ali (1)** 64:4
**alley (2)** 45:20,22
**allow (1)** 117:14
**along (6)** 7:22;56:11,
11,19;62:19;92:1
**altercation (3)** 54:21,
24;122:7
**always (7)** 64:8,8;
104:10;140:9,18;
142:25;143:2

**Alyssa (2)** 4:12,24
**Amendment (2)** 24:9,
16
**ammunition (1)** 36:15
**amount (1)** 54:10
**amounts (2)** 11:10;
18:8
**analyze (2)** 96:25;
134:24
**and/or (1)** 112:22
**Andrea (3)** 4:16;5:11;
98:5
**answered (4)** 97:20;
103:10;126:15;
131:20
**anymore (1)** 11:3
**app (1)** 18:23
**apparently (2)** 56:15;
107:22
**appeal (1)** 36:23
**appealed (4)** 38:18,
25;39:6,8
**appellate (1)** 37:9
**apply (1)** 24:16
**appointment (4)**
143:17;146:12,15,17
**appraise (2)** 82:21;
83:6
**approach (4)** 70:16,
16;75:13,14
**approached (1)** 134:8
**approaching (7)**
76:18;78:14;79:3,21,
25;90:6;95:9
**approximately (1)**
61:10
**apps (1)** 18:24
**April (32)** 21:16;
27:24;39:20;45:12;
47:2,6;51:22;52:9;
53:13,22;54:7,14,19;
62:16,20,22,23;
63:10;64:13;65:23;
69:3;71:19,25;87:10;
90:18;107:18;133:13;
137:16;144:7,21;
152:15;153:19
**area (2)** 142:11,24
**argued (1)** 46:12
**arguing (1)** 54:5
**argument (6)** 46:7;
53:24,25;64:14;
132:2,8
**Argumentative (4)**
75:16;81:1;93:4;
134:15
**arguments (1)** 65:16
**ari (1)** 27:20
**Ariza (2)** 27:20,20
**Arizona (8)** 22:15,25;
23:1,2,5,8,12,17
**arm (14)** 112:16;
122:17;123:1;128:21;

129:3,8,21;130:6;
131:1,2,4;145:17;
146:1;150:10
**arms (7)** 112:22;
128:19;129:21;130:4,
7,8,10
**arm's (1)** 99:20
**around (18)** 8:6;18:9;
24:1;26:15;48:23;
49:21;57:1,9;61:7;
63:14;66:17;76:9;
94:13,15;123:4;
126:23;137:25;142:5
**arrest (11)** 36:18;
38:11,13,25;40:12;
41:21;43:4,23;
131:19;132:9,11
**arrested (2)** 128:15;
135:16
**arrived (1)** 98:20
**asleep (6)** 54:6;57:14,
15,16;140:11,17
**ass (2)** 46:9,11
**assault (2)** 33:23;
36:14
**assume (2)** 6:15;
69:16
**assuming (4)** 49:1,18;
66:17;120:5
**asthma (1)** 11:2
**attempt (2)** 10:10;83:7
**attempted (2)** 41:7,13
**attempting (2)** 107:20;
122:11
**attending (1)** 4:6
**attention (1)** 81:3
**ATTORNEY (249)**
4:16,19;5:10;10:7,9,
18,20;13:11,12,17;
14:12,23;16:6;18:1,5,
10;19:16,18,24;21:1,
5,20;22:5,23;24:24;7,
10,12,14,20,24;26:19;
27:5,14,18;28:1,5;
29:1,7;30:1,3,13,18,
21,25;31:9,11,18;
32:4,10,18,23;33:2,8,
17,21;34:1,6,9,17,21;
35:1,3,14,18;36:1,6,
12;37:5,8,13;38:19,
22;39:9,14,17,19;
40:1,6,8,11,17,20;
41:4,9,11,16,22,24;
42:4,6,7,9,10,11,16,
19,23;44:24;45:2,4,8,
15;46:14,21,24;48:3;
50:14,18,22;51:1,5,6,
11;52:18,22;55:9,14,
16,18,23;59:24;60:1,
6,9,14,17,20,22;61:4,
14,15,16;62:1,6,8,8,9;
65:24;66:20;67:4,10,
12,24;68:8;70:18,20,

22;71:5,10,18;74:20,
22;75:16;76:14;
80:25;81:7,9,13,15,
22,24;82:4,7,25;83:3,
11,14,22,24;84:1,23;
85:1;86:8,12,15;
88:19;89:22,24;90:3;
93:2,4,6,9;98:5,7,17;
103:5,10,16;115:12,
19;118:6,9,11,12;
120:13,17;122:3,4;
123:25;125:3,13,22;
126:14;127:7,10;
128:17;130:15,16,18;
131:17,20,21;134:15;
135:5,12,17,21;
136:16;137:6,8,10,
12;145:1,15;147:2,4,
23,24,25;148:1,2,6,
14,16,19;149:15,20;
152:5,6,9,13;154:15,
18,19,21,22,25;155:3,
6
**attorney's (1)** 132:2
**audible (1)** 7:1
**Audio (2)** 28:20;89:10
**audiotapes (1)** 11:14
**autopilot (3)** 87:16;
93:17;107:11
**Ava (17)** 19:2,7,8;
20:7,8,18,25;62:25;
71:25;72:9,13,15,16,
18,22;73:2,2
**Ava's (1)** 72:12
**aware (18)** 7:13;10:3,
23;11:1;30:14;31:19;
33:11;35:8;36:5;43:8,
22,24;75:22;132:22;
133:11;144:15;145:3;
149:18
**away (18)** 49:11,12;
55:3,6,8;65:12;67:13;
68:7;69:12;70:10;
71:8;74:16;83:21;
116:22;134:23;140:8,
18,19

## B

**back (84)** 13:24;
14:10;16:5;24:17;
37:4;38:5,21;43:11;
45:8,8,19,22;46:5;
47:10,25;48:8,11,13,
18,19;50:20;53:21;
54:5;55:15;59:4;
66:11,14,15,19;68:1,
11;71:24;73:14,24;
75:24,25;76:1;77:13,
15,15;89:1;90:4;91:2;
97:3;100:21;106:18;
107:9;112:11,13,15;
114:5;122:11,12,15,

Case 5:23-cv-00589-JGB-SP   Document 48-11   Filed 01/12/26   Page 160 of 172
Page ID #:629
HENRY BARNHILL v.
CITY OF HEMET, et al.
HENRY MICHAEL BARNHILL
September 10, 2025

21,21,23;123:2,9,10,
10;124:10,15,18;
127:18,19,20,24;
130:8,8,10,17,23,24;
131:3,3,7,8;132:6;
138:7;139:25;147:13,
17,18
**backwards (1)** 98:10
**bad (1)** 150:20
**bank (4)** 18:17,19;
20:13;61:21
**barely (1)** 147:21
**Barnhill (22)** 4:7,7,19;
5:1,3,11;10:10;13:18;
16:10;18:2;19:19;
21:3;42:7,12;50:3;
51:12;63:25;84:15,
24;85:24;88:13,20
**B-A-R-N-H-I-L-L (1)**
16:15
**based (10)** 41:23;
42:24;85:9;102:12;
108:25;109:1,2,3,4;
132:1
**basically (2)** 55:11;
139:14
**bathe (1)** 119:24
**batteries (3)** 37:7,11;
38:3
**battery (3)** 36:14;
37:14,16
**beat (5)** 8:15;14:19;
46:9;65:4;151:3
**became (2)** 43:25;
77:23
**become (5)** 84:6,7,8,
10;134:13
**bed (12)** 48:23,24,25;
49:7;56:2,2,4;57:5,
10;59:3,4;133:16
**bedroom (4)** 58:12;
67:20,21,23
**began (1)** 104:3
**beginning (5)** 45:9;
68:2;133:22;138:1;
151:1
**behalf (2)** 4:11,16
**behind (31)** 59:6;
85:3,17;86:2,6,17;
94:23;107:1;114:5;
122:11,12,15,20,21,
22;123:2,9,10;
124:15,18;127:18,19,
19;130:8,8,10,11,17,
23,24;141:5
**belongs (1)** 96:4
**benefits (1)** 144:1
**best (26)** 5:21;6:19;
7:6,9,21;14:16;26:8,
23;37:18;41:25;
66:17;80:13,16;
84:21;90:25;93:16;
98:15;99:4;100:21;

103:1;117:2;126:3;
128:11;131:5;134:24;
153:5
**better (8)** 12:24;13:5;
45:10;52:8,10;53:1;
71:23;86:22
**bicycling (1)** 94:22
**Big (5)** 23:24;31:25;
32:1;63:13;78:5
**bigger (2)** 31:23;32:8
**biggest (1)** 127:4
**billed (2)** 144:11,14
**bills (5)** 144:2,10,10,
13,16
**birth (2)** 16:22,23
**bit (3)** 47:11;48:12;
71:25
**bits (1)** 78:3
**black (5)** 15:7,23;
88:10;129:12,14
**blacked (3)** 13:16;
14:15;15:1
**blackout (4)** 87:25;
88:2,3;134:6
**blank (4)** 85:7;88:6,
11;95:4
**blinds (1)** 47:23
**block (3)** 121:3;
128:10;129:4
**blocked (2)** 103:23;
121:2
**blocker (2)** 141:19;
145:13
**blockers (3)** 141:24,
25;142:1
**blood (4)** 10:24;
11:12;138:12,15
**blown (1)** 139:2
**body (31)** 12:21;13:1;
50:8;52:3,4,5;74:2;
76:7;92:8,11;95:7,8;
96:4,5,12,16,17;
101:1;111:2;112:9;
113:5;114:11;115:16,
23;116:13,21;117:20;
120:2,9;121:13;
149:22
**body's (3)** 115:25;
116:20;124:16
**bone (2)** 139:6;
147:13
**boom (1)** 48:14
**born (3)** 9:15,22;11:2
**both (10)** 17:17;
22:16;23:2;31:14;
33:13;38:15;39:3;
46:4;48:16;63:24
**box (2)** 25:2;63:17
**boyfriend (1)** 21:14
**brace (1)** 110:25
**braced (1)** 111:2
**brain (10)** 43:13;
67:16,18;108:10;

117:20;121:16,18,21;
126:23;134:18
**break (8)** 50:15,17;
51:3,9,13;88:14,17,21
**breaks (1)** 136:20
**brief (1)** 5:14
**briefly (1)** 89:1
**bring (6)** 24:17;
122:17;128:1;129:21;
139:24;147:17
**brought (5)** 5:13;
14:10;57:10,11;129:3
**brutally (2)** 85:4;86:11
**bullet (2)** 47:9,9
**buttocks (2)** 119:8,8
**button (11)** 50:9;67:9;
74:6;76:12;80:1,8,12;
82:18;83:9;87:13;
97:10

# C

**cable (1)** 91:1
**California (6)** 4:25;
22:16,22,23;23:12,17
**call (4)** 18:22;31:14;
65:18;78:9
**called (6)** 7:19;23:16;
63:13;73:24;74:11;
77:13
**calling (1)** 77:16
**Calls (17)** 29:1;30:1;
32:4,18;39:9;40:17;
83:14;115:12;118:6;
120:13;126:14;145:1,
2;147:2,4;149:15,16
**cam (12)** 12:21;13:1;
52:3,4,5;92:8,11;
95:7,8;96:16;101:1;
121:13
**came (9)** 22:23;
43:10;56:3;59:2;
62:23;68:1;113:15;
120:5,8
**camera (3)** 40:25;
108:21,24
**cameras (1)** 45:23
**can (129)** 4:13;6:5,8,
14;9:9;10:3;16:9;
23:6;25:11;28:15,17,
24;29:5,8,11,14,21,
23,24;32:12,21;
38:19;42:24;46:25;
49:3,11;50:17,19,19,
19,24,24;51:1;60:15,
16,24;61:3,11;62:22;
64:5;66:10,12,17;
69:23;70:11;72:4;
74:23,24,24;75:3,6;
80:13,16;81:4;84:4,4,
4,22;86:19,20,20,25,
25;90:25;92:8;93:10;
95:5,6,22;96:16,19;

98:16;99:5;101:19,
20;102:22;104:2;
105:15;107:9;109:12,
12;110:21;112:2;
114:18,22;115:14,16,
16;117:2,3;118:8;
121:8,12,12;122:20;
123:7,7;125:6;
126:12;138:9,19,22;
139:22,23,23,24;
140:13;141:20;142:9,
12,14;143:7,8;
145:10,11;147:15,15,
19,19,21,23,25;
148:12;149:1,3,24;
150:10,17;153:16
**capacity (1)** 25:18
**capture (1)** 148:25
**car (33)** 30:10,10;
41:20;43:3,7,17;73:7,
8;74:3,5;75:25;76:5,
25;77:2;78:9;79:10,
20;80:23;82:16;94:4;
96:9;97:14,18,21,24;
99:8,9,12,15,15,22;
105:11;108:6
**care (1)** 144:1
**carried (2)** 8:21;91:5
**car's (1)** 92:8
**cartilage (4)** 137:19,
20,22;138:3
**case (21)** 4:8;11:20;
16:7;27:2;34:10,13,
13,16,20,22;35:13,20,
21,22,25;36:19,21;
38:2;42:18;89:18;
118:25
**cases (3)** 27:3;37:6,8
**cash (2)** 18:14,16
**CashApp (1)** 18:22
**catch (2)** 139:22,24
**caught (2)** 109:21,22
**cause (5)** 11:11;
102:23;132:25;133:1;
150:17
**caused (1)** 136:23
**caution (1)** 42:8
**cautioning (1)** 6:16
**CDL-A (1)** 25:4
**certain (10)** 32:22;
33:6;107:19;124:6,7,
8;125:16;150:9,9,11
**certainly (1)** 83:20
**Certified (1)** 5:5
**chair (6)** 111:7;
116:15;117:5;120:19,
21;129:4
**chance (2)** 155:2,5
**change (2)** 20:16;
113:18
**changing (1)** 113:7
**char (1)** 111:7
**charge (2)** 37:16;

144:23
**charged (1)** 37:23
**charges (5)** 38:4;
39:18,19,22;46:23
**charging (1)** 110:23
**cheating (1)** 48:2
**check (1)** 96:20
**cheekbone (2)** 148:8,
9
**children (5)** 19:13;
21:6,17;22:6,9
**Chime (1)** 18:21
**choice (2)** 72:24;
117:13
**choice/true (1)** 98:24
**chron (1)** 16:3
**chronological (6)**
16:3;135:10,19,23,
24;136:1
**chronos (1)** 142:7
**Circle (2)** 17:12,13
**circumstances (2)**
26:9,10
**City (3)** 4:8,17;5:12
**civil (3)** 16:7;42:16,17
**CKD (1)** 11:1
**cla (1)** 20:18
**claim (2)** 37:14;94:20
**claiming (3)** 137:5,9;
149:22
**clarification (1)** 109:16
**clarify (4)** 24:20;
50:11;142:9;148:3
**clear (11)** 43:25;70:1,
2;84:15;106:13;
127:8,12;134:5,9,11,
13
**clearly (7)** 6:11,17;
110:7;115:9,11;
122:20;135:15
**clinician (4)** 151:2;
154:8,9,11
**clinicians (1)** 154:3
**close (4)** 72:19;
104:18;119:7;136:9
**closed (1)** 9:23
**closer (1)** 96:8
**closet (2)** 57:8;59:2
**cloth (1)** 47:24
**clothes (1)** 57:8
**coaching (1)** 33:9
**Coastal (1)** 25:15
**cock (4)** 48:8,13;
66:14;68:11
**cocking (4)** 48:9,11;
66:11,15
**Code (9)** 33:19;38:8,
23,24;40:21;41:8,14;
131:18;154:19
**coffee (1)** 62:24
**cognizant (1)** 33:9
**cold (6)** 64:23;65:13,
14,17,21;72:25

Case 5:23-cv-00589-JGB-SP   Document 48-11   Filed 01/12/26   Page 161 of 172
Page ID #:630
HENRY BARNHILL v.
CITY OF HEMET, et al.
HENRY MICHAEL BARNHILL
September 10, 2025

**college (1)** 22:13
**colors (1)** 138:18
**coming (16)** 44:2,3;
48:17,18;74:2,4;
76:25;77:2;79:10;
96:8,8;104:8;105:15,
19;122:24;151:11
**command (2)** 101:4,
11
**commanded (2)**
124:16;127:15
**commanding (1)**
100:17
**commands (8)** 102:3,
6;103:9,14;105:16,
17;124:12,14
**common (2)** 18:23;
98:12
**communicate (3)**
99:4;122:22;153:6
**communications (4)**
89:3,5,16,17
**companies (2)** 25:17;
26:3
**company (3)** 25:1,6;
63:13
**complete (1)** 66:13
**completed (1)** 22:13
**completely (1)** 139:2
**comply (2)** 122:7;
128:13
**Compound (4)** 13:17;
80:25;134:16;137:11
**concern (2)** 24:21;
73:5
**concerned (1)** 64:13
**concerns (2)** 24:9;
31:2
**concluded (1)** 155:10
**concludes (1)** 155:8
**conclusion (2)** 29:2;
30:3
**condition (2)** 10:23;
151:10
**conditions (6)** 9:11,
18;10:2,5,9,22
**conference (1)** 4:6
**confront (1)** 54:4
**confrontation (1)** 54:4
**confronted (1)** 46:6
**confronting (1)** 54:1
**confronts (1)** 68:24
**confused (3)** 12:8;
41:1;135:6
**confusion (1)** 35:23
**connect (1)** 148:11
**conscionly (1)** 114:10
**considered (2)** 41:20;
132:4
**constantly (2)** 7:13;
126:9
**contact (1)** 132:11
**containing (1)** 136:20

**context (1)** 53:8
**continue (1)** 73:20
**continued (1)** 66:9
**continuing (1)** 58:4
**contradicting (1)** 45:5
**contribute (2)** 17:20,
24
**contributed (1)** 17:22
**control (1)** 66:5
**controlled (1)** 26:25
**convenient (1)** 134:11
**conversation (10)**
14:18;31:6,15;42:24;
43:1;45:24;52:1,23;
66:24;89:21
**conversations (2)**
31:7;42:20
**convey (1)** 153:1
**convicted (13)** 26:17,
24;27:6;33:15;36:2,
13;38:15;39:1,3;
41:12;131:18,24;
132:1
**conviction (2)** 34:12;
36:22
**convictions (1)** 37:7
**cooperate (3)** 101:3;
102:3;103:8
**cop (1)** 30:10
**copy (1)** 154:23
**corner (11)** 74:1;76:2,
3;77:20;78:10;140:4;
142:19,21;143:3,10;
147:11
**correctly (1)** 97:24
**Counsel (2)** 4:13,21
**counseling (2)**
153:18,23
**Count (1)** 41:5
**counts (5)** 36:3,3;
37:17;39:3;40:2
**county (5)** 8:4,4,19;
34:15;143:13
**couple (4)** 11:25;
47:1;52:13;120:25
**course (8)** 37:2;
66:23;68:10;73:2;
81:11;115:16;150:3,
10
**court (16)** 4:11,22;
6:22,24;11:19,19,20;
12:12;34:10,16;
35:13;36:23,24;37:5,
9,9
**CPO (1)** 36:17
**crackle (1)** 112:2
**crackling (2)** 111:21,
22
**crash (1)** 82:16
**crazy (1)** 111:25
**CRC (1)** 23:19
**creating (1)** 99:1
**creatinine (3)** 10:24;

11:6,8
**creatinine (1)** 11:8
**crimes (1)** 26:17
**criminal (6)** 11:20;
36:14;37:23;38:3;
39:23;42:20
**crown (1)** 141:22
**CSR (1)** 4:25
**cuff (8)** 131:3;145:4,
10,16;146:6,24;
149:21;150:14
**cup (1)** 62:24
**curb (3)** 92:1,2;93:14
**currently (2)** 39:15,21
**curtains (2)** 47:24,24
**curve (1)** 142:23
**custodial (1)** 5:15
**custody (1)** 143:21
**cut (6)** 28:22,23;
47:11;138:13,16,17
**cycle (1)** 66:13

# D

**damage (3)** 140:3;
142:10;143:7
**damages (1)** 137:4
**damn (1)** 48:22
**danger (1)** 83:21
**dangers (1)** 59:17
**dark (1)** 138:18
**darker (2)** 138:10,19
**date (10)** 4:4;16:22,
23;46:22;52:24,25;
54:12;62:19;89:24,25
**dates (2)** 25:11,13
**daughter (4)** 19:2;
20:5;21:11,13
**David (1)** 12:7
**dawned (3)** 58:2;
73:12;85:19
**day (24)** 7:25;20:9,17,
20;45:11,17;53:21;
54:20,21;55:1,4;
56:23;62:21;63:5;
64:14;69:9;70:2;
72:13,23;107:19;
133:13;142:24;
145:20,23
**days (2)** 54:10;119:19
**de (1)** 119:8
**deadly (2)** 33:23,25
**deal (1)** 35:24
**dealing (4)** 109:7;
116:7;133:12,16
**decide (2)** 24:18;
26:11
**decided (1)** 31:6
**deciding (1)** 31:15
**decision (3)** 31:16;
81:24;82:5
**decisions (1)** 122:2
**deductions (1)** 97:17

**deer (3)** 109:20,22,24
**define (1)** 125:6
**definitely (1)** 74:24
**delay (1)** 40:12
**delaying (4)** 36:18;
38:10,25;132:4
**deliveries (3)** 23:24;
25:1;63:13
**depending (2)** 20:16;
150:20
**deployment (3)**
117:11;118:13;
120:11
**deployments (1)**
126:13
**deposed (1)** 5:5
**deposition (10)** 4:6,
15;6:20;11:15;24:17;
89:2,6,10;90:2;106:5
**describe (12)** 76:23;
80:13;81:5,19;95:24;
109:22,23,24;119:9;
121:13;142:12;
148:23
**described (2)** 81:19;
142:11
**describes (1)** 81:17
**describing (1)** 148:6
**description (2)** 61:21;
77:5
**descriptive (4)**
111:22;113:11,15,16
**destination (1)** 82:14
**details (2)** 77:9;90:11
**detain (1)** 43:23
**determining (1)** 145:6
**diagnosed (8)** 8:23;
9:4;151:9,11,15,17,
24,25
**dialogue (1)** 132:17
**dick (1)** 65:18
**Diego (6)** 34:10,15;
47:19;56:5;57:19;
68:24
**difference (3)** 28:6,9;
116:10
**different (42)** 11:17,
18,25;12:10,21;13:6,
20;18:8,8;21:24;
22:11;25:8,9,23;26:5,
8;27:9,10,11;31:24;
36:20,21;46:19;
52:13;54:8;55:4;
60:19;71:21;75:19,
20;85:25;95:1;109:4;
126:10;128:24;
135:25;138:18,23;
141:3;142:18;143:18;
146:1
**difficult (3)** 6:3;7:14;
53:20
**difficulties (1)** 48:9
**diploma (2)** 22:17,23

**directed (1)** 115:22
**directing (1)** 127:20
**direction (2)** 47:16;
123:16
**directions (4)** 113:2;
146:1;150:9,11
**directly (1)** 18:18
**disagreements (1)**
65:1
**discern (1)** 116:10
**discharge (4)** 69:5,15;
71:1;79:16
**discharged (8)** 37:3;
55:2,24;70:17;71:7;
75:21;78:25;79:8
**discuss (1)** 42:21
**discussed (1)** 149:11
**discussions (1)** 42:13
**dismissed (3)** 37:12;
38:5,6
**dispute (1)** 53:23
**distinction (2)** 118:15,
17
**distorted (5)** 53:9,14;
90:14,17,19
**distortion (1)** 28:20
**district (3)** 37:5,7;
132:1
**docket (1)** 146:14
**doctor (6)** 8:24;141:8,
19;144:6,10;146:3
**doctors (1)** 8:25;9:2,
2,3;143:11,15,15,16,
17,20;149:25
**doctor's (1)** 8:24
**documents (2)** 11:14;
89:9
**dollars (2)** 18:9,13
**domestic (4)** 27:1,3,6;
36:13
**done (2)** 73:16;
127:23
**dont (1)** 142:12
**door (31)** 41:20;43:3,
11;64:19;85:21;
97:25;98:1,1;99:10,
16,25;101:19;104:17,
18,19,20;105:12,14,
15;106:15,17,17,24;
107:3,20;108:4,7,7;
132:3,9;134:2
**down (28)** 6:23,25;
44:1;47:19;56:5,5,6,
21;57:19;68:23;
69:18;74:2,4;76:25;
77:2,14;79:10;112:2;
116:18,19,20;121:5,
10;131:1;139:11;
141:7;142:14,22
**Dr (1)** 58:21
**draw (2)** 85:12;
142:20
**drawn (1)** 44:9

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 162 of 172
Page ID #:631

HENRY BARNHILL v.                                          HENRY MICHAEL BARNHILL
CITY OF HEMET, et al.                                           September 10, 2025

**dress (1)** 145:23
**dressed (11)** 47:18;
56:3,4;58:4,7,13;
64:17;66:9,10;68:23;
120:2
**drift (1)** 139:22
**drive (7)** 72:9;80:9,12,
23;81:24;87:9;90:12
**driven (4)** 25:2,2,7,9
**driver (1)** 25:18
**driver's (8)** 16:24;
78:15;79:4,21,23,25;
90:6;95:11
**driving (26)** 23:22;
25:7;63:17,17;65:7,9;
71:25;80:22;81:11;
82:9;83:12,17,19,24;
84:2;85:2,18;86:4,16;
87:13;90:7;94:6,9,16,
22;97:12
**droop (1)** 137:24
**drooped (1)** 138:2
**drop (1)** 72:22
**dropped (5)** 68:4;
104:23;108:2;111:6;
138:2
**drops (4)** 48:15,16;
49:2,4
**drove (4)** 81:12;
83:10;93:23;97:10
**drugs (1)** 7:8
**duly (1)** 5:4
**duration (4)** 116:2;
120:11;126:12;127:1
**durations (1)** 126:8
**during (54)** 8:17;
11:16;12:13,14,15;
13:9,16;20:17;25:22;
26:12,17;31:1;37:1,2;
53:5,12,15,20;56:17;
62:2,4;63:8;70:2;
72:16;76:21;85:13;
90:14,17,20,20;91:3,
6,8;94:3;97:5;99:12;
102:9;112:3;113:25;
114:9;115:15;117:4,
11;122:2,6,12;
126:11,11;145:18;
151:5,5
**duties (3)** 41:7,14;
132:5
**DV (3)** 27:6;34:15,22
**dystrophy (1)** 150:18

## E

**ear (11)** 137:18;
138:1,5,5,10,11,20,
22,25;147:12,12
**earlier (12)** 56:23;
81:19;106:5;123:22;
124:3;125:10,16;

126:19;130:21;
132:13;135:18;142:9
**early (2)** 20:13;57:1
**ears (2)** 119:23;
138:18
**eased (2)** 57:12,17
**easiest (1)** 107:7
**echos (1)** 5:16
**education (1)** 22:12
**effect (3)** 67:3;115:1,7
**effects (3)** 116:14;
125:20;152:4
**eight (1)** 33:22
**either (9)** 20:12;
38:18,23;42:22;64:8;
86:14;90:16;100:18;
152:1
**elected (2)** 37:8,11
**electrocuted (1)** 112:3
**Elfrida (2)** 23:5,8
**Elijah (1)** 22:8
**else (12)** 18:25;
19:11;30:9;37:22;
47:12;84:18;95:21;
107:16;121:7;144:15;
149:19;150:14
**emotional (1)** 88:14
**emotionally (1)**
150:23
**employed (3)** 24:25;
25:12;143:14
**employment (2)**
25:19;26:2
**empty (1)** 139:5
**encounter (3)** 102:4,9;
115:4
**encountered (2)**
128:3;134:2
**encourage (1)** 31:10
**encouraging (1)** 31:14
**end (7)** 8:7;22:24,25;
49:6,14;104:23;115:3
**ended (1)** 67:1
**engagement (1)** 54:24
**enough (1)** 66:12
**enrolled (1)** 25:3
**entailed (1)** 14:18
**entered (1)** 120:9
**entice (1)** 128:3
**entire (14)** 6:12,16,17;
8:9;15:4;103:6;
114:16,25;115:2,8;
122:7;123:23;125:4,
11
**entirely (2)** 75:18,20
**entitled (1)** 10:12
**episode (1)** 58:22
**especially (1)** 53:5
**essentially (1)** 45:17
**estimate (5)** 46:25;
114:24;126:1,4,12
**et (1)** 4:8
**evade (1)** 62:4

**evaded (2)** 62:7,11
**evading (12)** 36:16;
37:20,24;38:3,11,13,
24;39:2,23,24;40:10,
22
**evaluate (1)** 81:20;
84:9;95:20
**even (33)** 21:12;
31:25;59:7;64:25;
72:24;74:11;76:10;
81:2;83:7;86:17;
87:14;88:5;96:15;
109:23;110:12,15;
115:3,5;117:8;
121:14,15;122:12;
126:19;129:15;131:6;
133:15;135:3,3;
137:21;140:13;
141:17,17;145:23
**evening (1)** 8:1
**events (1)** 69:24
**everyone (5)** 51:4;
72:22;154:7,9,11
**everyone's (1)** 50:13
**everything's (7)** 13:4;
48:17;85:21,22;88:6;
90:23;124:3
**evidently (1)** 99:14
**evolving (1)** 137:2
**exact (2)** 54:10;74:14
**exactly (12)** 14:17;
57:22;71:16;73:18;
76:20;78:24;116:6;
119:5;125:24;135:8;
146:16,16
**EXAMINATION (1)**
5:9
**examine (1)** 120:2
**ex-boyfriend (1)** 31:2
**exchanged (1)** 46:8
**excited (1)** 72:16
**excuse (3)** 12:1;
17:23;50:3
**exercise (3)** 146:5;
150:6,7
**exgirlfriend (1)** 54:14
**ex-girlfriend (2)** 45:14;
137:15
**exit (6)** 93:25;97:12;
99:7;103:24;132:3,8
**exited (1)** 100:14
**exiting (6)** 97:14;99:7,
12,13;103:8;104:1
**expect (1)** 153:14
**expecting (1)** 153:17
**expenses (1)** 144:20
**experience (4)** 70:12;
78:17;84:6;134:20
**experiences (2)**
109:1,4
**expert (2)** 149:16;
153:4
**expires (2)** 34:23;35:9

**explain (14)** 71:21;
74:23;80:16;82:11;
85:23;86:20;87:2,19,
20;90:25;92:10,11;
104:10;113:12
**explained (14)** 42:5;
87:3,5;124:3;125:16;
126:19;129:23;
130:20;133:18,20,21;
137:20;141:9;150:12
**explaining (1)** 86:22
**explanation (1)** 42:1
**expressed (1)** 151:5
**extended (1)** 96:7
**extending (1)** 56:7
**extremities (1)** 113:22
**eye (18)** 74:1;76:3;
77:20;78:11,11,12;
139:17,21;141:5;
142:21;143:10;
147:11;148:22,22;
149:3,3,4,5
**eyes (1)** 148:9

## F

**face (34)** 49:16;
122:16,17,17;123:2,
12,13;124:10,11;
127:25;128:1,1,9,10,
21;129:1,2,3,4,6,16,
22;131:10,11,12,16;
139:1;140:23;141:13;
142:11;148:13,23;
149:6,13
**facial (1)** 121:17
**fact (1)** 90:5
**faculties (1)** 133:25
**fair (1)** 107:17
**fall (1)** 80:17
**falling (2)** 54:6;139:5
**false (2)** 98:24;99:3
**far (10)** 13:21;14:3,8;
47:4;79:5;92:2;
108:19,24;144:15;
149:18
**fast (6)** 98:1;102:19;
108:4;109:9;112:5;
126:20
**fatigue (1)** 139:21
**fear (8)** 94:1,2,4,23;
108:19;109:19;128:9,
9
**fearful (5)** 14:6;31:5;
94:8,8;128:5
**features (1)** 121:17
**feel (17)** 112:8;
114:15;123:8;131:7,
9;137:23;138:22;
140:14,18;141:2,3,5,
6,8,20;147:15,15
**feeling (14)** 84:19;
110:21;112:13,13;

116:14;124:8,9,10,
11;125:19;128:8;
140:10,14,16
**feels (6)** 140:7,9,12,
15;143:1,4
**feet (1)** 107:1
**fell (1)** 139:7
**felonies (1)** 36:10
**felony (1)** 36:3
**felt (20)** 14:5;16:1;
66:4;114:16,17,20,24,
25;116:1;120:18;
122:13;123:5,5,21,
22;125:10,17;126:9,
9;130:21
**female (1)** 52:12
**fence (1)** 56:7
**few (1)** 140:25
**field (5)** 72:14,17,18,
23;73:15
**Fifth (2)** 24:9,15
**fight (7)** 55:15,19,20,
22;64:25;84:11;
104:10
**fight-or-flight (5)**
43:20;80:3;82:12;
86:21;132:19
**figure (9)** 76:11;83:7;
95:16;104:14;108:17,
17;120:15;121:17,20
**file (1)** 24:6
**finally (1)** 134:18
**find (4)** 61:20,23;
132:6;140:21
**finding (4)** 53:11,11,
17;141:22
**fine (4)** 50:18;51:5;
90:3;93:12
**finger (4)** 49:20,24;
103:15;153:12
**fingers (1)** 115:4
**finish (5)** 56:7,13;
83:1,2;98:6
**finished (5)** 56:10;
57:20,21;98:6;115:6
**fire (1)** 90:22
**firearm (32)** 27:2,4,25;
28:4,4,25;29:5,6,8;
30:10,15,17,19,22,24;
31:6,8,10,16,19;
33:12;36:16,17;37:3,
20,22,24;38:2;39:23;
54:15;70:17;79:18
**fired (6)** 47:14,15;
55:2,24;66:22;75:10
**fires (6)** 66:15,19;
75:13
**firing (6)** 67:2,14;70:7
**first (45)** 8:4,17;10:13;
13:21;16:11,12,14;
20:14;35:21;49:8;
59:19,21;60:4;64:3;
68:4;72:17;76:11,12;

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 163 of 172
Page ID #:632
HENRY BARNHILL v.                                    HENRY MICHAEL BARNHILL
CITY OF HEMET, et al.                                          September 10, 2025

77:21;79:5;80:18;
85:19;97:17,18;
98:12;104:2;105:4,4;
110:9;112:12,18;
116:14,16;118:18;
131:3;134:7;136:7,8;
138:12,16;145:19,20;
151:20,22,25
**fit (2)** 75:8;99:1
**five (2)** 36:3;126:4
**fix (2)** 50:17;51:2
**flash (1)** 129:13
**flashes (1)** 129:14
**fled (1)** 152:19
**flee (1)** 71:19
**fleeing (1)** 74:17
**flight (2)** 84:11;104:10
**flips (1)** 49:9
**flops (1)** 138:20
**flow (2)** 138:12,15
**fluctuates (1)** 10:25
**fluently (1)** 124:4
**fluid (1)** 136:20
**fluidly (3)** 136:22,25;
137:1
**focus (9)** 43:11;44:2,
3;48:18,19;68:2;
80:22;96:13;139:25
**follow (2)** 78:4;93:24
**following (3)** 45:4;
94:21;101:11
**follows (1)** 5:6
**Fontana (1)** 25:3
**foot (2)** 140:11,17
**footage (1)** 52:4
**football (2)** 91:4,4
**force (1)** 33:23
**foremost (1)** 98:12
**forever (1)** 138:4
**forget (1)** 12:5
**forgive (1)** 128:23
**forgot (1)** 12:2
**forth (1)** 54:6
**fought (1)** 55:19
**found (3)** 41:21;
104:24;132:10
**four (7)** 12:21;25:9;
126:6,7,13;139:16,17
**fracture (1)** 139:2
**free (1)** 128:19
**freely (1)** 114:7
**freeze (7)** 48:17;
104:8,9,10,16;105:9,
24
**freezing (3)** 108:5,7,8
**friend (1)** 102:14
**friends (1)** 45:21
**frightened (15)** 14:5;
74:6,8;78:18,18;79:6,
8,9;80:2;84:6,7,8,10;
97:9;121:24
**front (23)** 76:19;
91:15,18,20,20;95:10,

12;98:3;100:12;
102:16;104:20;123:1,
24;128:21;129:21;
133:12;134:1,10,12,
14;135:7,11,19
**froze (18)** 43:12;
104:11,17;105:25,25;
108:9,10,10;109:17,
19,20;110:2,2,3,5,22,
24;121:19
**frozen (11)** 50:13,13,
16,21,25;57:25;
109:10,12;110:6;
111:2;112:16
**full (5)** 16:9;66:13;
96:5,5;133:24
**fully (6)** 105:22;
132:22;133:11;
134:20;152:24;153:9
**further (6)** 24:17;
106:19;147:13,18;
148:11;149:5
**future (3)** 147:1,9;
149:11
**fuzz (1)** 91:2
**fuzzy (3)** 78:21;90:24;
135:6

## G

**game (2)** 91:4,4
**garage (2)** 45:21;
56:24
**Gardenia (2)** 17:11,13
**gate (9)** 47:10,25;
104:4,5;106:2,18,24,
25;121:15
**gave (4)** 12:24;13:5;
37:10;77:5
**GBI (1)** 33:24
**GED (4)** 22:16,17,19;
23:17
**generally (5)** 18:8,12;
20:8;24:1;140:24
**gesture (1)** 101:15
**gets (1)** 49:8
**get-together (1)** 45:20
**girlfriend (6)** 30:14;
45:13,18;54:13;75:2;
137:15
**girl's (1)** 56:19
**given (4)** 6:20;95:2;
101:3;149:25
**giving (1)** 5:21;7:6;
51:16;64:23;65:12,
14,17,21;85:8;
116:22,22
**glass (1)** 47:25
**goes (14)** 15:23;
35:22;41:2;48:14,14;
77:17,17;91:1;98:12;
129:11,13;140:8,18,
19

**Good (7)** 4:3;5:11;
6:22;51:12;88:20;
107:17;154:21
**grab (5)** 49:16;65:11;
97:1;105:15;130:22
**grabbed (6)** 57:8;
64:20;111:13,16,17;
127:24
**grabbing (3)** 108:4,7;
111:15
**grabs (1)** 111:14
**graduated (9)** 22:14,
15;23:1,1,4,10,11,15,
15
**grand (1)** 19:22
**grandmother (1)**
19:23
**granting (1)** 34:14
**grew (1)** 11:3
**ground (11)** 15:22;
104:23,25;110:10;
116:18,19,20;117:1,
5;121:5,10
**growing (1)** 22:10
**guard (9)** 122:17;
123:13;128:1;129:2,
16,16;130:2;131:12,
16
**guess (17)** 7:21;
22:19;26:7;28:11,12;
32:22,24;45:23;
56:14;92:22;94:18;
103:18;126:2,3;
138:11,14;141:9
**guiding (1)** 123:10
**guilty (3)** 41:21;132:7,
10
**gun (139)** 28:11;
29:22;31:24;44:9;
46:15,16,17,18,20;
47:7,8,12,14,15,21;
48:8,9,11,13,14,20,
20,22,22;49:1,2,5,7,8,
10,10,13,14,17,17,18,
19,20;50:1,2,7,7;54:7,
13,15,18,20;55:2,3,6,
8,20,25;58:8,17,19,
22;59:12,13,21;60:4,
13,16,18;61:1,2,5,12;
62:3,14;65:22;66:11,
15,19,22;67:4,14,17,
21;68:3,5,7,9,15,20;
69:2,3,5,12,14,15;
70:6,7,10,24,25;71:4,
7,7,8;74:4,9,15,16,18;
75:4,10,14,21,22;
76:8,22;77:1,3,4,22;
78:25;79:8;82:20;
83:5;87:12;94:20;
95:11,12,13,14,15,18,
25;96:1,7,7,17;104:5;
111:19;112:18;
121:19,20;124:22

**guns (7)** 29:11;60:3,8,
11;61:12;62:14;
124:21
**guy (2)** 121:15,18
**guys (2)** 50:20;124:21

## H

**half (1)** 54:9
**hand (35)** 5:1;49:21,
22;55:12;65:9,11;
96:2,2;97:2,4;104:21,
22;108:2;111:13,15;
117:16;121:2;122:14,
15;123:1,7,8,15;
127:19,21,22,24;
130:22;131:6,8,9;
145:21,22;152:22,23
**handed (1)** 62:23
**handle (1)** 49:19
**hands (49)** 55:12;
58:10;77:2;96:1,3,6;
99:9,11,15,17,23;
100:8,10,13,22;101:2,
5,14,18,21;102:2;
103:7,12,22;106:11;
110:14;111:8,13,17;
114:5,8;120:21;
121:4;122:11,12,20,
21,22;123:9,10;
124:15,18;127:17,18,
19;130:4,11,23,24
**hang (1)** 77:18
**hanger (1)** 57:9
**hanging (1)** 77:19
**Hank (3)** 16:19,19,21
**happen (7)** 68:12;
82:24;133:4,5;136:9,
19;150:13
**happened (52)** 15:5;
16:3;22:21;23:19;
26:14;34:13;36:21;
53:4,17,18;54:8,21;
61:22;66:16;67:6,18;
69:24;77:9;78:24;
83:8;85:13;87:18,21;
91:8;95:17,17,19;
97:8;99:4;107:14;
108:3;111:4;115:20;
116:6,12;117:24,25;
118:2;119:25;120:20;
124:6;132:18;135:1,
1;136:17,19,21,24;
144:7;145:18,20;
153:10
**happening (19)**
44:12;68:19;69:19;
94:24;100:11;102:19;
109:9;112:4,5;116:4;
123:3;124:4;126:20,
21,24;134:9;136:4;
139:4;140:25
**happens (6)** 69:18;

97:3,7;109:25;
117:12;136:15
**hard (13)** 13:1;45:2;
49:22;52:6;53:8;
82:10;85:23;91:7;
92:9,17;113:12;
116:9;124:7
**head (29)** 6:24;8:15;
9:1;14:6;24:10;
49:24;50:2;58:13;
60:25;66:17;68:6;
72:3;73:14;80:18;
92:7;94:13;102:9,18;
103:19;104:12;
106:19;123:4;127:5;
131:15;133:3;137:25;
141:24;149:7,14
**headaches (2)**
141:14,16
**headboard (1)** 59:5
**headed (1)** 81:25
**headlights (2)** 109:21,
22
**heal (3)** 137:21,21;
138:4
**health (18)** 9:7,8,12,
16,21,22;10:1,5,6,9,
16,19,22,22;143:25;
152:11;153:4;154:3
**hear (24)** 6:3,5,8,11,
12,17;7:14;10:15;
28:21;38:20;45:24;
50:4,19;86:7;100:22,
25;101:10;105:15;
110:7;112:2;113:18;
114:11;118:17;
122:20
**heard (8)** 6:15,15;
7:15;100:17,18,25;
101:23;103:22
**hearing (14)** 5:16;
40:15;48:18;101:12,
13;103:21;110:9;
111:21,21;114:3,4;
116:18;124:12,14
**heart (10)** 9:14,15,19,
22,25;10:2;11:2,2;
68:16,17
**heartbeat (1)** 9:24
**hearts (1)** 68:16
**heated (1)** 48:8
**heavy (1)** 142:5
**heck (1)** 58:2
**Hello (1)** 4:24
**help (6)** 12:23;56:7;
57:19;71:22;148:21;
150:1
**helps (1)** 150:14
**Hemet (4)** 4:8,17;
5:12;17:13
**Henry (5)** 4:7,7;5:3;
16:10,19
**H-E-N-R-Y (1)** 16:14

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 164 of 172
Page ID #:633
HENRY BARNHILL v.
CITY OF HEMET, et al.
HENRY MICHAEL BARNHILL
September 10, 2025

**hep (1)** 13:22
**herein (1)** 5:4
**herself (1)** 31:17
**Hey (2)** 117:16;
  122:22
**hi (2)** 113:13,14
**hide (1)** 32:25
**high (6)** 10:25;11:9;
  22:13,14,23;23:1
**higher (1)** 37:9
**highest (1)** 22:12
**himself (2)** 109:24;
  127:17
**hindsight (1)** 134:21
**hissy (1)** 75:8
**hit (40)** 13:3,25;15:6,
  22,25;16:1;74:6;
  76:12;80:1,1,8,12,18;
  82:18;83:9;97:10;
  111:6;116:8;120:22,
  23,24,25;121:1,4;
  122:15,18;123:12,16,
  18;124:9,9,10;
  127:15,24;128:10;
  129:8,11,17;130:2,3
**hits (2)** 111:12;128:24
**hitting (4)** 87:12;
  111:12;130:10;136:5
**Ho (1)** 34:1
**hold (20)** 10:9;19:19;
  26:20;30:4;34:1;35:1,
  1;40:19;42:6;49:10;
  60:1,23;62:8;82:25,
  25;84:23;98:5;123:7;
  130:15;139:17
**holding (17)** 49:14,19,
  19;50:7;58:10;76:22;
  77:1;95:13,25;96:1;
  120:21;121:4;123:6,
  8;127:17,18;131:9
**hole (5)** 9:22,22;47:9,
  10;99:1
**home (34)** 17:15;
  18:25;19:11,15,25;
  20:3;28:19,23,24;
  29:11;75:6;80:9,12,
  19,23;81:11,12,24;
  83:12;85:2,18;86:4,
  16;87:9,10;90:12,23;
  91:14;92:21;93:15,
  23;94:6,9,16
**honest (6)** 63:4;85:4;
  86:11;101:24;127:1;
  146:19
**Honestly (8)** 21:22;
  48:6;75:5;86:13;
  92:18;100:9;101:24;
  110:1
**hoodie (1)** 64:18
**hope (2)** 14:7,8
**Horwitz (4)** 12:6,7,7,8
**hospital (10)** 14:13;
  51:22;52:2,16,24;

76:15,21;87:25;
  133:13,16
**hospitals (1)** 52:14
**hot (4)** 97:1,1,2,4
**hour (1)** 57:6
**hours (1)** 7:9
**house (16)** 17:16,16;
  31:3,5;45:18;46:5;
  91:15,18,21;92:22,
  23;105:3,5,9;107:21,
  24
**hug (1)** 64:21
**huh (1)** 91:18
**human (3)** 70:12;
  71:3;121:22
**humans (1)** 134:19
**hurried (1)** 99:10
**hurrying (1)** 98:1
**hurt (11)** 83:20,21,25;
  102:21,22;107:15,15;
  127:3;132:24;133:1;
  136:14
**hurts (3)** 146:1,2;
  150:11
**husband (2)** 56:7;
  63:12
**hypotheticals (1)**
  71:14

**I**

**idea (3)** 12:24;92:5;
  133:15
**identify (1)** 4:13
**ignored (1)** 66:8
**imagine (4)** 82:10;
  94:17,19;99:22
**immediately (6)**
  48:15;49:3;69:11;
  91:20;104:1;111:8
**impact (1)** 129:11
**impair (1)** 7:9
**impulse (1)** 76:11
**incapacitated (4)**
  123:23;125:4,7,8
**incapacitation (1)**
  136:23
**incarcerated (3)** 8:18;
  26:6,13
**incident (42)** 8:16;
  13:9,15,16;15:4;
  21:16;23:21;34:15;
  36:4;37:1;39:16,20;
  45:9;46:19;51:17;
  52:25,25;53:2,22;
  61:10;62:2,4,14,20;
  87:7;90:4;107:18;
  123:24;133:13;
  137:14,14,16;143:12;
  144:7,21;145:18;
  150:25;151:16;152:3,
  15;153:15,19
**increments (1)** 126:11

**information (5)** 42:13;
  84:16,19;146:13,21
**informed (1)** 90:1
**initial (3)** 67:15;105:5,
  8
**initially (4)** 8:20,20;
  59:1;67:6
**injecting (1)** 141:23
**injuries (6)** 137:4,13,
  17;143:12,24;149:23
**inside (7)** 31:22,23;
  73:4;95:10;105:3;
  107:21,24
**instances (1)** 36:20
**instant (2)** 123:19;
  131:11
**instantaneously (1)**
  83:9
**instead (3)** 37:9;38:5;
  137:22
**instinct (1)** 71:3;
  93:18,22;97:5;
  100:20;101:22;
  103:20;105:13,14;
  128:5;129:2
**instinctive (4)** 83:13;
  95:20;123:13;129:7
**instinctively (17)**
  70:23;81:11;83:9;
  93:23,24;95:17;
  97:10;100:2,16;
  101:6,15;103:13;
  107:12,14;129:15,20;
  132:20
**instinctually (2)**
  109:19;128:9
**instruct (3)** 10:12;
  18:5;24:8
**instruction (1)** 37:4
**instructions (1)** 37:1
**intend (1)** 102:2
**intended (1)** 82:14
**intending (2)** 101:3;
  105:3
**intent (1)** 103:8
**intentions (1)** 94:12
**inter (1)** 102:4
**internet (2)** 73:10,21
**interpretation (2)** 75:4;
  80:15
**interrupt (1)** 50:15
**interrupted (1)** 50:11
**interrupts (1)** 40:24
**intersection (1)** 148:9
**interview (1)** 51:24
**interviewed (1)** 14:13
**into (36)** 20:13;25:3;
  30:9;44:3;48:18,19;
  53:19,19,24;57:12,15,
  17;58:14,21;59:1;
  65:2,2;68:2;69:1;
  77:9;80:3;82:12;
  84:11;87:15;98:11,

13;105:5,8;108:20;
  111:1,6;128:3;
  135:15;139:5,25;
  141:14
**investigator (2)** 14:14;
  15:1
**involuntarily (1)** 115:5
**involved (3)** 43:24;
  46:15;54:20
**irregular (1)** 9:24
**isolate (3)** 116:11;
  124:7,8
**issue (4)** 11:4,11;
  24:23;36:25
**issued (1)** 34:22
**issues (4)** 10:17;
  149:6,12;150:24

**J**

**jail (4)** 8:4,4,19;17:8
**January (2)** 34:23;
  35:9
**jeez (1)** 102:10
**jobs (3)** 25:10,23;26:1
**jolt (2)** 141:2,3
**jolting (2)** 141:6,12
**jolts (3)** 140:23,23,25
**judge (1)** 80:5
**July (2)** 36:2,12
**jump (1)** 49:6
**jumped (1)** 117:6
**jumping (1)** 54:1
**jumps (2)** 48:25;49:6
**June (1)** 16:23
**jurisdiction (1)** 24:22
**jury (4)** 131:24;132:1,
  2,6

**K**

**keep (9)** 33:1,6;
  49:12;50:16;75:6;
  94:7;101:17;130:10;
  138:1
**keeping (1)** 6:4
**keeps (1)** 66:14
**kept (3)** 32:17;33:12;
  115:5
**key (3)** 32:8,16,17
**keys (4)** 104:21,22,
  24;108:1
**kick (1)** 46:11
**kid (2)** 80:17;102:15
**kidney (1)** 11:10
**kidneys (1)** 11:4
**kill (1)** 14:7
**killed (13)** 94:10;
  101:7;102:8,14,14,
  24;103:2;124:24;
  125:1,1;133:1,2;
  151:4
**kind (88)** 10:25;

12:24;13:1,4,5;14:4,
  4,4,10;15:9,10;28:10,
  22;30:9;31:8,15;41:3;
  43:10,10,11,16;
  46:12;48:7,16,23;
  49:6,9;50:8,12;52:6,
  6;53:8;57:12,17,24,
  24;59:4,13;64:19,22,
  23;65:8,10,10,11;
  66:4,5,8,8;68:2;
  71:22;78:7,20,20;
  80:2,17;82:11;85:6;
  87:15,17;90:23,24;
  95:4;96:25;97:2;
  100:4;106:24;109:20;
  110:24;121:6;124:2,
  7;129:5,10,12;
  131:14;133:17,19,20;
  139:24;140:15;
  142:22,23;146:23;
  147:7;148:17;151:4;
  153:12
**kneed (2)** 124:10;
  129:1
**knew (17)** 43:5,18;
  56:17,17,18;58:24,
  24;72:22;97:21;
  107:14,15;121:15;
  127:25;135:8,8,15,15
**knocked (1)** 125:9
**knowing (2)** 108:19;
  123:12
**knowledge (2)** 84:17;
  87:6
**knows (1)** 127:19
**Kornblau (128)** 4:16,
  16;5:10,12;10:18,20;
  13:12;14:12,23;
  18:10;19:24;21:5;
  22:5;24:10,14,24;
  27:5,18;28:5;29:7;
  30:13,21;31:9,18;
  34:6,9,21;35:3,18;
  36:1,12;37:13;38:22;
  39:14,19;40:1,11,20;
  41:4,11,22;42:6,9,11,
  23;45:2,4,8;46:14,24;
  50:18,22;51:1,6,11;
  52:22;55:14,18,23;
  60:6,14,17;61:4,15;
  62:1,12;66:20;67:10,
  12;68:8;71:5,18;
  74:22;76:14;81:7,9,
  15,22,24;82:4,7;
  83:11,22,24;84:1;
  85:1;86:12,15;88:19;
  89:24;90:3;93:9;98:7,
  17;103:5,16;115:19;
  118:9,12;120:17;
  122:4;125:3,22;
  127:7;128:17;130:16;
  131:17,21;135:5,17;

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 165 of 172
Page ID #:634
HENRY BARNHILL v.
CITY OF HEMET, et al.

HENRY MICHAEL BARNHILL
September 10, 2025

136:16;137:12;
145:15;147:24;148:1,
14,16,19;149:20;
152:6,13;154:15,19,
22

**L**

**lake (2)** 27:21;67:1
**Lamictal (1)** 7:19
**L-A-M-I-C-T-I-L (1)**
7:22
**landed (1)** 119:6
**last (15)** 7:8;16:11,12,
14;27:19,20;50:4;
63:22;64:1;89:20;
102:20,21;124:21,22;
133:7
**late (2)** 20:12,12
**later (3)** 16:5;139:9;
144:14
**laugh (1)** 100:4
**laughing (2)** 92:25;
93:10
**launched (1)** 47:21
**lawsuit (1)** 5:12
**lawyer (8)** 11:23,24,
25;12:13,14;42:3,20,
133:7
**lawyers (7)** 11:25;
12:10,15;42:14;89:4,
5,18
**laying (2)** 57:5;130:25
**leads (1)** 129:19
**lean (1)** 50:9
**leaning (2)** 75:24,25
**leave (5)** 26:4,11;
62:25;67:23;76:12
**leaving (3)** 59:15;
64:19;66:6
**led (4)** 31:15;53:25;
54:3;108:18
**left (10)** 9:23;45:18;
56:15;78:12;119:14;
145:17;148:22,23;
149:3,5
**Legal (3)** 4:11;29:1;
30:3
**legs (2)** 49:1;112:22
**L-E-N (1)** 64:6
**Leneice (1)** 64:11
**L-E-N-I-T-T-A (1)** 64:6
**Lennita (4)** 63:21;
64:3,7,12
**less (1)** 74:13
**letting (1)** 127:21
**level (5)** 10:24;11:6;
12:14,15;22:12
**license (1)** 16:24
**lie (2)** 52:17,21
**life (5)** 8:9;26:9;
60:12;102:13;108:25
**lifetime (1)** 26:18

**lift (1)** 150:8
**light (3)** 59:2,8;111:20
**lights (4)** 85:17;86:1,
6,10
**limit (2)** 83:12,19
**line (1)** 21:2
**lines (2)** 56:11,19
**lip (3)** 140:4;142:19;
143:10
**lips (1)** 143:3
**list (1)** 10:24
**listen (1)** 112:1
**literally (3)** 83:6;
104:19;137:25
**little (13)** 25:23;31:22;
32:2,8;45:20;47:11;
50:14;71:24;76:6;
78:3;106:18;119:3,4
**live (3)** 21:10,14;22:9
**lived (2)** 17:17;33:13
**lives (3)** 21:11,13;
22:3
**living (12)** 17:8,9;
18:25;19:11,15,22,
25;20:3,6;21:17;
28:24;30:15
**lock (1)** 117:23
**locked (7)** 56:16;
113:6;114:6;115:24,
25;116:20;124:17
**locking (2)** 112:13,15
**lodge (1)** 4:14
**Lodgemakers (3)**
23:5,7,16
**long (12)** 8:2;24:25;
29:8;52:16;56:22;
69:16;73:6,13,23;
114:15,24;141:11
**look (14)** 22:20;
44:18;73:25;77:21;
106:14,15,19,20;
107:1;134:21;138:8;
147:11,12,18
**looked (1)** 44:20
**looking (13)** 73:11;
77:11,14;94:15,19,
22;104:6;106:4,21,
21;108:4,7;110:2
**looks (2)** 88:13;
145:16
**lops (1)** 138:6
**lost (1)** 91:5
**lot (6)** 70:13;92:5;
98:11;135:2;141:17,
17
**low (1)** 72:7
**lower (4)** 77:4;112:11,
11;138:5

**M**

**ma'am (3)** 7:17;11:21;
143:22

**machinery (1)** 142:5
**maiden (2)** 27:22;
63:23
**majority (1)** 20:11
**making (3)** 25:1;
105:16;122:1
**male (1)** 52:13
**man (3)** 27:9;83:18;
84:3
**manner (2)** 4:15;
95:24
**many (18)** 8:25;9:2;
12:17;21:8;26:1;
27:6;53:4;60:7;61:6;
88:8;107:10;116:7;
118:22;125:23,24;
126:1,5;128:24
**married (4)** 19:5,6;
63:23;64:1
**matter (2)** 4:7;142:25
**may (8)** 11:1,11;69:5;
98:14;101:3;136:3;
146:25;155:7
**maybe (15)** 17:4;
45:10;47:5;50:16;
61:8,9;63:2;66:18;
73:16,17;77:5;107:1;
126:6,6;153:1
**Maynard (1)** 135:14
**mean (22)** 9:8;15:20;
28:8,10;51:1;66:25;
71:13;73:2;84:3;
85:21;97:17;99:3;
108:10,11;109:18,23;
124:21;125:7;137:1;
149:18;153:22;
154:10
**measure (1)** 147:11
**measures (2)** 141:19,
20
**measuring (2)** 141:21,
21
**medical (11)** 9:3;
133:14;144:1,2,10,12,
16;145:2;146:12;
147:5,14
**medication (9)** 7:11,
15,18,24;8:2,3;142:3;
144:18;149:13
**medications (2)** 8:22;
144:23
**meeting (1)** 89:6
**meetings (1)** 89:8
**meets (1)** 148:8
**memories (3)** 87:3;
107:19;152:25
**memory (19)** 13:24;
15:9,17,19;52:8,25;
53:9,14;85:5,8,12;
91:9;98:25,25;99:3;
101:1;107:10,18;
112:10
**mental (4)** 151:9;

152:11;153:4;154:3
**mentioned (1)** 56:18
**mesh (1)** 139:3
**messages (2)** 54:2;
65:3
**MICHAEL (3)** 5:3;
16:10,17
**M-I-C-H-A-E-L (1)**
16:17
**Michelle (1)** 27:16
**Michelle's (1)** 27:19
**middle (4)** 16:16;
31:3;93:18;141:22
**midst (1)** 66:15
**might (3)** 102:10,11;
136:9
**migraine (1)** 141:14
**migraines (3)** 7:12;
141:15;149:8
**million (2)** 104:12;
108:16
**mind (23)** 28:6;48:5,
11;49:23;50:5;65:6;
69:19;76:9,9;77:14;
80:9,11;96:24,24;
108:15,20,23;109:10,
12;124:25;126:20;
132:23;136:12
**mindful (3)** 5:24;6:4;
108:14
**mind's (1)** 102:24
**mine (1)** 102:14
**minutes (1)** 74:14
**mirror (1)** 74:3
**mirrors (2)** 76:6,6
**Mis (1)** 23:14
**misconstrue (1)** 80:14
**misdemeanor (1)** 36:3
**misdemeanors (1)**
36:10
**Misstates (9)** 44:24;
81:13;86:8;122:3;
123:25;125:13;
127:10;130:18;
135:21
**mistakes (1)** 76:23
**mixed (1)** 64:8
**mixing (1)** 128:23
**mode (10)** 43:20;
80:4;82:12;86:21;
118:5,5,14,14;
120:12;132:19
**modes (1)** 118:13
**moment (14)** 14:6;
51:7;76:9;81:4;83:5;
94:1,2;95:15;97:7;
110:1,21;114:9;
129:11;134:22
**moments (2)** 78:19;
115:22
**money (5)** 17:25;
18:18;26:25;27:4;
144:6

**monikers (1)** 16:20
**month (4)** 24:1,4,5;
46:25
**more (10)** 9:9;12:20;
73:16;77:9;78:6;
126:4;138:6;140:24;
149:2,13
**morning (11)** 4:3;
5:11;8:1;20:17;
51:12;64:16;65:5;
66:24;67:1;72:21;
145:25
**most (1)** 112:15
**mother (2)** 21:12,12
**motion (5)** 69:19;
112:5;116:21;117:10;
126:21
**mouth (1)** 122:24
**Move (21)** 14:23,24;
24:12;62:19;103:6;
112:22;113:1,2,3,22;
114:1,7;115:17,24;
117:10;131:2;139:25,
25;145:21;150:10,14
**movement (3)** 74:1;
76:2;77:20
**movie (2)** 72:15,16
**moving (6)** 50:23;
95:13;97:25;115:5;
116:21;150:11
**MRI (2)** 146:10;
150:20
**much (2)** 52:14;94:7
**multiple (3)** 98:24;
127:23;129:7
**municipal (1)** 12:14
**murmur (3)** 9:15,19,25
**muscles (8)** 117:14;
139:4,7,13,17,18;
140:2;150:18
**music (1)** 73:11
**music's (1)** 77:15
**must (1)** 103:19
**myself (16)** 46:9;
70:12;72:8;83:20,21,
25;102:22;123:16;
124:9,9,10,23;128:6;
130:2;140:14;144:9

**N**

**N' (1)** 25:21
**nah (1)** 64:4
**name (24)** 4:10,24;
5:11;7:18;8:24;16:9,
10,11,12,14,14,16;
23:3;27:16,19,20,22;
63:20,21,22,23,23;
64:1,3
**named (1)** 46:1
**names (4)** 16:18;
25:11;27:13;56:19
**narrative (1)** 78:5

Case 5:23-cv-00589-JGB-SP   Document 48-11   Filed 01/12/26   Page 166 of 172
Page ID #:635
HENRY BARNHILL v.
CITY OF HEMET, et al.
HENRY MICHAEL BARNHILL
September 10, 2025

**Nationwide (1)** 4:11

**natural (5)** 71:3;
80:16;108:14;113:10;
122:16
**naturally (2)** 92:11;
108:13
**nature (3)** 134:1;
135:15;152:8
**near (5)** 29:18,22;
91:13;92:21;104:1
**neck (4)** 9:1;76:16;
77:4,5
**need (14)** 7:1;10:15;
22:17;68:6;93:7;
144:25;146:25;147:8,
10,14,16;149:13;
155:2,4
**needed (2)** 32:8;
139:9
**needles (3)** 140:12,
18;143:2
**needs (1)** 150:16
**Neither (1)** 55:18
**nephew (1)** 57:19
**nerve (9)** 140:3;
141:10,18,24,25;
142:1,10;143:6;
145:13
**nervous (1)** 100:4
**neuralgia (2)** 140:22;
141:12
**neurologists (1)** 9:1
**new (3)** 34:14;37:10;
46:13
**next (5)** 66:24;67:1;
143:17;145:20;
146:13
**niece (2)** 56:7;57:19
**night (4)** 31:3;57:1;
65:1;72:14
**nightmares (2)** 151:2,
4
**nod (1)** 24:10
**nodding (1)** 72:3
**noise (1)** 113:17
**None (2)** 25:20;59:9
**nonresponsive (2)**
14:24;103:5
**norm (1)** 94:3
**normal (1)** 94:3
**normally (2)** 93:25;
94:3
**north (1)** 21:14
**nose (1)** 148:9
**notice (1)** 93:17
**Ns (1)** 64:9
**numb (8)** 140:5,6,9,
14;142:24,25;143:2,3
**number (12)** 4:8,25;
5:20;34:10,16,19;
35:13,20,21,22;36:9,
10
**numbers (2)** 34:18,20

## O

**Oak (1)** 98:18
**oath (4)** 5:17,18;
51:13;88:22
**obey (3)** 102:6;
103:14;129:25
**obeying (1)** 130:1
**object (3)** 10:11;21:1;
24:12
**Objection (90)** 10:7,
13,14;13:11,17;
14:23;18:1;19:16,20;
21:20;23:14;24:7;
26:19,21;27:14;28:1;
29:1;30:1,18,25;
31:11;32:4,18;33:17;
34:2,2,17;35:2,2,14;
36:6,6;39:9,17;40:6,
17;41:9,16,24;42:4;
44:24;45:15;46:21;
48:3;52:18;55:9,16;
59:24;60:1,9,20;
61:14,16;62:6,9;
65:24;67:4,24;70:18;
71:10;74:20;75:16;
80:25;81:1,13;83:14;
86:8;89:22;93:2;
103:5,10;115:12;
118:6,11;120:13;
122:3;123:25;125:13;
126:14;127:10;
130:18;131:20;
134:15;135:12,21;
137:6;145:1;147:2;
149:15;152:5
**objections (1)** 33:2
**obstruct (1)** 40:12
**obstructing (3)** 36:18;
38:10,25
**obtained (1)** 23:17
**obviously (5)** 77:3;
92:15;96:4;101:10,11
**occasionally (1)** 10:11
**occasions (2)** 60:7,19
**occur (3)** 59:9;
146:11;151:13
**occurred (17)** 13:8,9,
15;39:20;45:13;
59:10,20;71:2;84:17;
98:4,19;107:18;
131:13;135:11,19;
151:16;153:19
**occurring (1)** 105:10
**occurs (1)** 97:7
**off (36)** 28:22,23;
48:14,14;51:7;57:1,3,
8,11;59:2;60:25;
66:15,19;67:17,21;
68:3,9,15;72:23;74:6;
80:2;82:19;83:10;
87:13;88:15,16;90:7,

9;93:21;97:10;
105:13;138:14,16,17;
147:19;155:9
**offer (1)** 104:24
**officer (39)** 14:14,17;
15:1;41:6,13;43:12,
19;44:5;51:24;52:12,
13;62:3,7,11;102:15;
104:3,4;105:19,22,
23;106:1,9,16;
111:13,14;120:22,23,
24;121:16,19,21,21;
123:6;127:16;132:4,
5;133:19;135:14;
153:1
**officers (30)** 4:17;
14:19;43:5,8,23,24;
44:8,15,22;61:1,5,12;
102:5;107:4;108:24;
109:7;111:16;116:8,
17;121:9,13;124:20;
127:14,15;132:22;
133:22;134:3,8;
135:25;151:3
**officers' (1)** 102:3
**often (4)** 7:24;20:7;
154:4,5
**old (2)** 19:7;22:6
**older (1)** 20:5
**oldest (1)** 21:13
**once (21)** 7:25;8:1;
13:4;35:25;43:11;
44:19;49:5;53:16;
83:8,8;116:12;
119:22,22;124:5,11;
136:4,17,19,24;154:8,
11
**one (47)** 5:22;6:1;
12:13,19,20;17:12;
18:22;23:7,10;25:13,
14,15,15;26:4;37:2,2;
46:23;51:7;55:13,19;
56:1,4;62:14;75:3;
82:19;85:16;86:14,
17;96:2;99:3;101:15;
103:17;109:9;111:16;
113:21;116:11;
119:15;120:1,6;
131:13,14;137:3,3;
141:1;152:1,22;154:9
**One's (3)** 27:16;
136:7,7
**ongoing (1)** 153:21
**only (40)** 10:23;
21:25;22:20;23:10;
37:14;42:16,16;44:3;
48:25;55:12;60:24;
61:2;62:13;63:14;
70:11;75:13;81:4;
82:19;84:4;86:19,20;
92:6;95:5,6;102:5;
112:14;113:1;117:24,
24;121:13;123:15;

124:24;132:23;
134:12;136:12,13;
145:10,11,13;146:13
**Ooh (1)** 17:11
**oOo- (2)** 4:2;155:11
**open (1)** 29:24
**opening (1)** 97:25
**ophthalmologist (2)**
143:18;146:18
**ophthalmologists (2)**
9:1;143:19
**opinion (3)** 145:2;
147:5;149:16
**opportunity (1)** 78:6
**orbital (5)** 139:2,4,6,
13;140:1
**order (13)** 10:11;16:3;
28:11;35:5,8;80:22;
106:19;135:10,19,24;
136:1,15,15
**orders (1)** 135:24
**O's (2)** 23:24;63:13
**others (2)** 109:3;
139:19
**ourselves (1)** 134:23
**out (78)** 10:13;11:3;
13:16;14:15;15:1,7;
20:21;25:3;29:24;
41:2,20;43:3,7,17;
45:25;47:11,25;
53:11,17;55:11,12;
56:3,23;57:7;59:2;
61:20,24;64:19;
68:22;73:7;74:1;76:2,
2,11;77:6,20;78:10,
12;83:7;91:1,22,24;
93:19;95:12,16;96:7,
18;99:9,15,19,22;
100:20;101:21;
103:23;104:15;
105:11;107:1;108:6,
17,17;110:13;113:15;
118:21;121:17,20;
122:24;125:9;128:8,
9;129:20;140:21;
143:23;144:5;146:3,
4,6,23;148:21
**out-of-pocket (1)**
144:20
**outside (2)** 45:19;
146:15
**over (33)** 8:21;14:5;
17:4;22:25;24:22;
44:18;53:10;56:13;
61:19,25;64:25;65:5,
7,8,10,15;71:15;91:9;
104:7;106:4,14,15,15,
20,21;108:5,7;110:3;
116:8;125:18,18;
138:6,20
**overlapped (1)** 137:24
**overlapping (1)**
137:23

**overnight (1)** 56:25
**overturned (1)** 34:13
**own (11)** 13:24;22:2,
3;28:11;29:9,12;
63:12;87:18;101:1;
140:1;144:6
**owned (2)** 30:15;
33:12
**ownership (2)** 29:5;
30:12
**owning (5)** 28:3,6;
30:8,9;54:17
**owns (1)** 28:24
**oxygen (2)** 139:8,19
**Ozier (2)** 63:25;64:2
**O-Z-I-E-R (1)** 64:2

## P

**Pacheco (2)** 4:12,25
**Pacific (1)** 4:5
**PACKER (124)** 4:19,
19;10:7,9;13:11,17;
18:1,5;19:16,18;21:1,
20;23:14;24:7,12,20;
26:19;27:14;28:1;
29:1;30:1,3,18,25;
31:11;32:4,18;33:2,
17;34:1,17;35:1,14;
36:6;38:19;39:9,17;
40:6,8,17;41:9,16,24;
42:4,7,10,17,19;
44:24;45:15;46:21;
48:3;50:14;51:5;
52:18;55:9,16;59:24;
60:1,9,20,22;61:14,
16;62:6,8;65:24;67:4,
24;70:18,20,22;
71:10;74:20;75:16;
80:25;81:13;82:25;
83:3,14;84:23;86:8;
89:4,22;93:2,4,6;
98:5;103:10;115:12;
118:6,11;120:13;
122:3;123:25;125:13;
126:14;127:10;
130:15,18;131:20;
134:15;135:12,21;
137:6,8,10;145:1;
147:2,4,23,25;148:2,
6;149:15;152:5,9;
154:17,18,21,23,25;
155:3,6
**paid (5)** 63:19;
143:23;144:5,16,18
**pains (1)** 141:12
**panic (1)** 95:18
**panicked (3)** 77:22;
78:1;97:9
**paperwork (1)** 73:17
**parallel (1)** 106:23
**park (12)** 91:22,23;
93:24,25;94:3;97:14,

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 167 of 172
Page ID #:636
HENRY BARNHILL v.                                    HENRY MICHAEL BARNHILL
CITY OF HEMET, et al.                                      September 10, 2025

19,21,24;98:19;99:6,8

**parked (1)** 93:14
**part (21)** 66:2,3,6;
67:16,17;98:22;
108:20,23;111:25;
119:7;125:19;126:22;
129:16;134:19;
138:18,19,22,22,25;
140:5;148:11
**particular (5)** 24:21;
36:22;56:25;72:13;
76:5
**parts (2)** 107:19;
149:22
**passenger's (2)** 79:4,21
**password (3)** 32:9,11,14
**pause (2)** 67:9,15
**pay (13)** 17:22;18:14,15;81:3
**paying (2)** 17:18,19
**payroll (1)** 63:18
**PC (11)** 33:15;36:13,14,14,15,15,16,17;38:7;40:5,12
**Penal (6)** 33:19;38:8,24;41:8,14;131:18
**pending (2)** 84:24;93:6
**Pennsylvania (1)** 21:15
**people (13)** 20:24;31:2,4;76:23;87:14;88:9;92:12;109:5;136:5;138:7,8;143:6;152:11
**Per (3)** 24:4,5;154:19
**perceive (1)** 58:20
**perfectly (1)** 93:12
**performance (5)** 41:6,7,13,13;132:5
**permitted (1)** 28:3
**person (20)** 20:14;70:16;71:3,9;75:11;76:16;79:10,17;82:19;90:21;94:11,21,23;95:9,24;115:10;117:15;121:14;127:21;153:6
**personal (2)** 84:16;87:6
**personally (1)** 128:2
**person's (2)** 76:17;96:10
**perspective (4)** 13:2,5;53:19;152:22
**Phil (1)** 58:21
**phone (6)** 56:15;73:22;77:11,16,19,19
**phonetic (19)** 11:8;12:8;17:16;19:2;

20:6;21:13;22:7,8;23:24;27:16,20,21;46:1;57:24;64:11,11;91:5;114:10;140:22
**photographs (1)** 11:13
**physical (7)** 9:11,17;54:21,24;132:11;150:2,5
**physically (7)** 30:7;55:5,21;108:10;124:17;127:17;145:22
**Pic (1)** 25:21
**pick (4)** 20:9,19,24;29:16
**picked (3)** 20:8,20,22
**picture (3)** 92:7;96:5,15
**picturing (1)** 92:6
**pieced (1)** 85:22
**pieces (1)** 78:3
**piecing (1)** 85:20
**pillow (2)** 58:8,22
**pillow's (1)** 59:6
**pins (3)** 140:12,17;143:2
**pixels (1)** 50:25
**place (8)** 35:9;53:10;91:9;100:6;112:12;116:8;136:12;141:23
**places (1)** 25:12
**placing (1)** 44:11
**plan (5)** 80:11;81:12,16;97:6;149:25
**planning (2)** 47:19;80:8
**plays (1)** 14:1
**plea (1)** 131:25
**please (13)** 4:13,22;5:1;6:12;16:9,13;23:6;32:12;50:4;51:7;72:6;74:25;149:3
**plus (1)** 64:11
**pm (4)** 88:16,18;155:9,10
**pocket (2)** 143:23;144:5
**point (42)** 6:22;43:22;46:12,17,20;54:5,13;58:9;60:3;61:5,12;68:5,10;74:5;77:22;87:13,15,20;95:19;97:9,11;103:24;105:21,22;106:12;108:18;109:11;111:11,19,19;116:7,16;120:18;127:13;128:14;132:11;135:9,13,16;148:10;155:6,7
**pointed (27)** 46:18;47:7,8,11;54:7,18;59:12,13,21;60:4,8,

11,13,16,18;61:1,2,2;62:3,14,15;65:22;66:1;69:2;71:7;104:6;142:10
**pointing (12)** 58:10;68:19;70:6;74:15,18;75:4;142:13;143:9,10;145:17;148:22,24
**points (1)** 58:9
**police (34)** 41:6,12;43:5,8,18,22,24;44:15;51:16,21;52:2,17,24;71:20;74:10,11;85:2,17;86:2;87:25;102:3,5,15;103:9;106:9;132:5,14;133:12,14,16;137:16;151:3;152:18,19
**porch (24)** 44:2,4,16,19;98:3,20;100:12;108:22;109:11,16;110:6;122:2;123:24;125:5,11;129:20;132:21;133:12;134:10,12,14;135:7,11,20
**porn (1)** 44:23
**portion (1)** 140:4
**posed (3)** 100:2,5;101:8
**position (6)** 92:9;114:2;116:13;124:23;130:25;131:8
**possess (1)** 29:6
**possessing (3)** 28:4,7;30:7
**possession (15)** 26:24;27:1,3,25;28:12;30:11;36:15,15,16;37:20,22,23;38:2;39:23;54:17
**possibilities (1)** 153:7
**possible (1)** 33:24
**pot (2)** 97:1,2
**potential (1)** 24:9
**pounded (1)** 121:6
**preparation (2)** 11:15;89:10
**prepare (2)** 89:2,6
**prescribed (1)** 8:20
**pretending (1)** 57:14
**pretty (2)** 52:14;97:18
**prevent (1)** 7:5
**previous (1)** 45:11
**previously (1)** 33:15
**Pride (1)** 25:16
**primarily (1)** 20:19
**prior (19)** 8:13;9:5,6,7;45:17;46:19;47:1,3;54:23;56:23;57:15;61:6,10;62:16;63:9;64:15;65:1;72:15;

79:1
**prison (7)** 8:18;22:19;33:22;35:13;37:25;143:15;151:12
**probably (1)** 83:13
**probe (4)** 118:5,14;120:5,12
**probes (5)** 118:21,23;119:10;120:8,8
**problem (1)** 11:2
**problems (4)** 9:7,8,14,21
**proceeding (3)** 11:17,18;155:9
**proceedings (3)** 51:9;88:17;155:10
**process (6)** 12:12;70:9;74:16;82:16;99:12;145:5
**processing (4)** 68:19;69:4;70:13;122:1
**prohibited (4)** 27:24;30:6,7,8
**promised (3)** 72:19,20;73:2
**prompted (1)** 31:8
**pronounced (1)** 138:6
**pronunciation (1)** 11:7
**proper (3)** 11:7;53:8,19
**prosecuted (1)** 24:15
**prostitution (2)** 26:25;27:4
**protect (2)** 123:16;128:6
**protected (1)** 42:21
**protective (2)** 35:5,8
**pry (1)** 55:11
**psychiatrist (1)** 150:24
**psychological (3)** 153:14,18,22
**psychologist (1)** 150:24
**psychologists (1)** 151:7
**PTSD (11)** 151:10,11,16,17,24,25;152:8,14,19,23;153:2
**pull (3)** 66:11;139:23;146:23
**pulled (4)** 61:19,25;65:12;91:23
**pulling (3)** 49:10;66:18,19
**punch (2)** 135:25;136:8
**punched (1)** 129:6
**punches (1)** 136:24
**punching (2)** 117:8,9
**puncture (1)** 120:4
**purchase (1)** 30:24
**purchased (1)** 31:19
**pure (2)** 101:22;

105:14
**purpose (2)** 68:17;127:23
**purposely (2)** 122:13,14
**pursue (3)** 24:18;37:8;38:4
**pursuit (1)** 107:4
**push (2)** 50:9;67:8
**pushed (1)** 111:4
**put (58)** 13:1;15:24;16:2;33:8;41:3;53:3,7,18;64:8;88:9,12,12;97:14,21;98:15;99:6,11,15,17,23;100:8,10,13,22;101:2,5,14,20;102:2,21;103:12,15,21;106:11;114:4,8;122:10,12,15;123:9,9;124:15,17,23;127:18,24;128:21;130:11,23,24;138:16;139:2,3;145:22;146:1;147:16;152:21;153:12
**putting (7)** 43:13;47:20;97:24;98:18;99:8;101:18;123:1
**py (1)** 136:23

## Q

**quick (1)** 147:25
**quickly (3)** 97:20;99:10,16

## R

**Rachel (57)** 17:19,25;19:1,5,6,13;20:1,4,12;27:17;30:14,24;31:1,10;32:25;33:11;45:14,23;46:17,18,20;47:6;48:1;53:22;54:13,18,25;55:6,8;57:4,10;62:15,23;64:14;65:22;69:2,12;70:10;72:10,15,25;73:4,22;75:1,10,12,20;77:12;78:10,25;79:7,18;96:20
**Rachel's (4)** 17:16;18:19;19:2;30:22
**raise (4)** 5:1;6:10;111:8;117:16
**raised (1)** 103:7
**raises (1)** 6:22
**ran (5)** 41:20;43:3,18;132:14,15
**rape (3)** 151:16;152:3
**raped (1)** 151:12

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 168 of 172
Page ID #:637
HENRY BARNHILL v.
CITY OF HEMET, et al.
HENRY MICHAEL BARNHILL
September 10, 2025

**rate (1)** 145:4
**rather (1)** 78:5
**re (1)** 100:21
**reach (1)** 99:20
**reached (3)** 58:7;
65:8,10
**reaction (11)** 76:12;
104:11;105:5,8;
122:16;123:13,19;
127:25;129:2,8;
131:11
**reactions (1)** 130:2
**read (6)** 38:20;46:2,4;
54:2;56:18;141:16
**reading (1)** 139:20
**ready (2)** 57:6;62:24
**real (2)** 98:1;147:25
**reality (1)** 44:11
**realize (3)** 44:14;
74:10,11
**realized (3)** 67:17;
106:8;119:19
**realizing (3)** 68:5;
104:7;105:19
**really (43)** 9:16;
13:22;21:23;22:3;
25:13,20,25,25;
49:22;59:16,16,16;
60:5;63:3;72:16,19,
19;73:3,3;75:7;78:17;
84:9;85:19;88:11;
90:15;91:7;93:17;
95:3;96:13;101:12;
105:17;110:12;112:5;
131:2;133:25;134:5,
5,22;138:2,2,2;
141:16;153:9
**reason (11)** 6:11;7:5;
22:18,24;37:24;
52:21;86:21;92:7;
150:15;152:17;
154:13
**recall (82)** 12:1;14:17,
25;15:2,3;17:7;25:13;
26:2;27:3;33:16,24;
34:11,18,20;35:4;
51:16;52:7,11,12,12,
13;60:15,16;61:11;
63:3;69:23;70:5;
77:6;78:19,24;85:11,
16;86:1,10,14;87:1,7,
9;88:5,7;89:25;92:17,
18,19;93:12;95:4;
96:19;98:18;99:7;
100:9,10,11;101:1,12,
13,19,20,20;103:21;
104:3,22;110:9,11,15,
19,20,20,21;112:15;
113:23;119:25;120:1,
3,25,25;121:8;124:5;
129:1,4;136:18;
152:24;153:7
**receive (1)** 143:15

**received (2)** 144:10,
13
**receiving (4)** 26:25;
27:4;45:25;56:16
**reception (1)** 91:5
**recognize (1)** 121:14
**recognized (1)** 107:3
**recollect (1)** 10:4
**recollection (9)** 12:23;
13:14,21,23;14:16;
26:24;37:19;98:14;
133:17
**record (13)** 4:4;7:1;
33:9;35:20;50:11;
51:8,10;88:15,16,18;
142:13;148:25;155:9
**recorded (2)** 52:2,24
**recording (1)** 136:14
**recordings (1)** 11:14
**recreate (1)** 87:3
**red (1)** 111:20
**redo (1)** 71:15
**refer (1)** 19:4
**referred (1)** 87:24
**referring (2)** 35:17;
135:23
**reflex (1)** 80:17
**refresh (1)** 13:14
**regarding (3)** 143:12;
151:2;154:5
**regardless (3)** 10:5;
33:11;154:13
**regards (1)** 42:17
**regular (1)** 9:2
**regularly (1)** 5:4
**relate (2)** 84:5,18
**related (5)** 36:3;
39:19;143:12;144:7;
150:24
**relates (7)** 46:23;
137:15;143:23;
144:21;149:13;
153:15,18
**relation (1)** 99:18
**relations (1)** 136:1
**relationship (1)** 21:25
**Relevance (54)** 18:1;
19:18,20;21:1,20;
24:7;26:19,21;27:14;
28:1;30:18,25;31:11;
32:18;33:2,17;34:2,
17;35:2,14;36:7;40:8;
17;41:9,16,24;44:25;
45:15;46:21;48:3;
52:18;55:9,16;59:24;
60:1,9,22;61:14,16;
62:6,9;65:24;67:4,24;
70:20;71:10;74:20;
75:17;81:1;83:15;
89:22;118:11;120:14;
152:5
**rem (1)** 90:10
**remember (69)** 8:6;

13:25;14:18;15:4,5,5,
7,24,25;25:23;48:19;
52:14;65:7;69:23;
77:1;82:20;85:10,11;
87:11,12,14,14;
89:24;90:8,9,9,10,13;
91:13,15;92:15;94:7;
97:24,25,25;98:2,19;
99:25;101:18;104:2,
6;106:5;107:11,23;
108:4,6,6;110:12;
111:5,6,18,20,21;
112:12,23,23;114:19,
19,20;115:9;116:15;
119:21;120:20;121:5;
123:7;124:22;134:6;
135:10,18
**remembered (1)**
90:11
**remembering (1)**
97:23
**remind (2)** 13:8;72:8
**remote (3)** 4:15,18,20
**remotely (1)** 4:6
**Rene (1)** 4:10
**rent (4)** 17:18,19,24;
18:13
**repaired (1)** 145:11
**repeat (3)** 32:12;50:4;
118:8
**repeatedly (2)** 125:21,
25
**rephrase (1)** 38:19
**reporter (5)** 4:11,22;
5:5;6:23,25
**reporting (1)** 152:18
**represent (2)** 4:14;
5:12
**represented (1)** 16:6
**request (1)** 153:17
**reserve (1)** 24:16
**residence (1)** 33:13
**residual (3)** 115:1,7;
125:20
**resist (3)** 40:12;
132:12;133:6
**resisted (2)** 132:9,11
**resisting (16)** 36:17;
38:10,14,24;39:2,24,
24;41:6,12,21;43:3;
110:13,14,14;131:19;
132:4
**respond (2)** 77:13;
114:11
**responding (1)** 128:4
**response (15)** 6:24;
7:14;14:24;32:12;
67:15;71:16;73:24,
25;80:20;81:21;82:1,
6;86:18;95:2;100:5
**responses (4)** 7:2;
72:6;75:19;95:2
**responsible (1)**

113:14
**rest (2)** 138:10,20
**restate (1)** 38:20
**restricted (1)** 142:4
**result (2)** 39:15;
137:14
**returned (2)** 36:23,24
**returns (1)** 24:6
**review (2)** 89:9,14
**reviewed (1)** 11:13
**revoked (1)** 17:6
**right (176)** 5:1;6:6;
7:16;8:16;9:19;
17:13;24:17;27:2;
37:14,18;38:2,16;
39:8;43:19;48:12;
49:15,22;53:23;55:6,
25;56:16;58:3,15;
59:10,15,19;60:5;
62:18;66:12,13;
67:21;68:3,7,20,21;
69:7,8,12,24;70:1,15;
72:14;73:13,14,14;
75:1,3,4,7,15,22,25;
76:8,10,19,22;77:2;
78:5;79:6,9,18;80:12,
13;81:6,16;82:19;
84:7;85:18;87:8;
90:4;91:20;92:6,8,12,
16;96:11;97:1,4;98:8,
10,12,13,21,22,24;
100:3,15;101:19;
102:16,22,24;104:11,
20;105:20,22,23;
106:17;107:6,21;
108:21;109:21;
110:23;111:1,17,20,
24;112:3,4,14;113:8,
14,19;114:1;116:2,3,
8,10;118:4;119:7;
120:3,10;123:11,11,
14;124:7;125:5,16;
126:19;127:8;128:21;
129:11,12;130:6,17,
24;131:2,5,7;134:19,
21,21,24;138:23;
140:3,4,4,5,5,7,8,8,14,
19;141:1,2,7,10;
142:18,19,19,21,21;
143:10,10;144:17;
145:20;148:7,22,22;
149:3,4;152:3,22,25;
154:14,15
**ringing (2)** 77:16,17
**Rita (1)** 64:11
**Riverside (2)** 17:9;
23:18
**road (4)** 92:21;93:14,
19;97:12
**robber (1)** 61:22
**roll (1)** 97:18
**roofs (1)** 142:4
**Rose (2)** 57:24;58:2

**rotator (7)** 145:4,10,
16;146:6,24;149:21;
150:14
**round (1)** 76:6
**run (2)** 44:20;80:19
**running (17)** 20:12;
43:12;44:5,6,9,10,15,
20;94:21;101:19;
104:4,5,6;105:11;
106:1;108:6;121:15
**rushed (1)** 135:14

---

**S**

**safe (18)** 30:19;31:22,
23,24,25;32:1,2,3,7,8,
8,14,16;43:21;80:10;
85:15;92:24;108:21
**safes (1)** 31:24
**safety (1)** 23:25
**sales (1)** 25:24
**same (24)** 27:9;
28:10;33:2;35:17;
38:12;39:25;48:10;
54:17;66:9;71:17;
74:14;94:25;95:13;
130:1,7;133:18,20,
21;136:6,9;138:24;
139:15;140:16;
141:10
**San (6)** 34:10,15;
47:19;56:5;57:19;
68:24
**Sanchez (1)** 4:10
**Save (1)** 25:21
**saw (17)** 12:19;24:10;
43:12;44:15;59:11;
68:19;69:3,4;76:16,
17,20;79:24;82:19;
85:17;86:6;90:5;
106:1
**saying (29)** 9:18;15:8,
15,19;28:19;33:9;
48:1;49:25;54:23;
76:17;90:18;94:7;
100:10;101:17;
106:20,22;107:2;
108:20;113:14;
114:14;118:19;
128:18;129:25;130:1,
3;133:11;146:14;
148:2;149:2
**scab (1)** 119:4
**scabs (1)** 119:17
**scare (2)** 48:12;58:14
**scared (15)** 14:9;49:4,
25;66:3;67:7;80:3;
83:18;84:2;85:14;
86:16;97:8;102:25;
110:22;121:24;
132:12
**SCE366539 (1)** 34:10
**scenario (2)** 75:23,24

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 169 of 172
Page ID #:638

HENRY BARNHILL v.                                    HENRY MICHAEL BARNHILL
CITY OF HEMET, et al.                                        September 10, 2025

scenarios (1) 102:18
school (33) 20:7,8,10,
  10,11,18,20,20,21,25;
  22:13,14,23;23:1,9,
  10,11,16;25:3;62:25;
  65:8;71:25;72:9,12,
  23;73:1,4,8,19;75:11;
  76:19;87:10;95:10
schools (1) 23:3
scramble (1) 49:7
scratch (1) 140:6
scratching (2) 140:7;
  143:5
screaming (1) 110:13
screws (2) 139:3;
  147:15
searching (2) 73:10,
  20
seat (3) 75:25;77:15,
  15
second (7) 26:20;
  34:1;35:1;62:8;136:7,
  8,8
seconds (2) 69:14,17
Section (7) 38:8,23,
  24;40:22;41:8,14;
  131:19
secure (1) 75:22
seeing (21) 68:4;
  69:14,22;76:8;77:3,4;
  79:1;86:1,2;87:12;
  92:14;95:14;96:15;
  104:3;105:21;106:16;
  111:18,20;120:3;
  121:13;150:23
sees (2) 154:9,11
seizure (9) 7:11,15;
  8:2,3,4,12,12;9:6;
  142:2
seizures (4) 8:9,23;
  9:5;142:2
self-defense (2)
  36:25;37:4
send (1) 146:14
sending (1) 31:2
sensation (3) 138:21,
  25;143:1
sense (1) 98:12
sentence (1) 50:4
sentenced (2) 33:22;
  35:12
separate (3) 12:15;
  24:22;40:2
separated (1) 137:18
separation (1) 132:21
September (2) 4:1,4
serving (7) 39:15,22,
  22,22;40:5,13,21
session (1) 141:1
set (1) 12:13
setting (1) 5:15
several (8) 12:10,18;
  18:23;20:10,17;31:7;

52:5;143:18
severe (1) 141:16
sexually (1) 152:4
shake (1) 6:24
sheer (1) 47:23
Sheesh (1) 12:1
shifter (1) 65:9
shirt (1) 137:25
shocked (5) 57:25;
  67:7;111:24,25;
  112:10;117:23;120:7,
  10
shocks (1) 141:18
shoot (7) 58:1;59:19;
  68:6;104:13,13;
  118:21;133:4
shoots (2) 49:1,2
short (3) 16:19;56:22;
  141:11
Shorthand (1) 5:5
shortly (1) 54:12
shorts (1) 64:18
shot (7) 47:8,13;
  101:6;102:7,10;
  103:25;114:19
shots (1) 145:13
shoulder (16) 44:18;
  64:23;65:13,14,18,
  21;72:25;106:4,14,
  16,20,22;110:3;
  149:21;150:1,15
show (1) 128:12
showed (1) 11:22
shower (12) 56:3,14,
  15;57:7,7,16;59:1,3;
  68:22;119:21,21,23
showered (1) 57:7
showing (1) 128:20
shows (1) 92:16
shut (1) 99:25
sick (1) 9:9
side (53) 46:4;48:24;
  50:8;56:1,2,4;57:9;
  58:12;59:4;61:22;
  74:3,4;76:6,25;77:2;
  78:13,15;79:4,4,10,
  20,21,22,23,25;90:6,
  21;95:11;96:9;
  106:21;107:2;119:7,
  14;137:18,23;142:19;
  146:5;147:10,13,18,
  19;148:2,3,3,4,8,12,
  13,13,21,22;149:2,3
side'll (1) 146:4
sidewalk (1) 106:25
sign (3) 20:21,21;
  73:17
signs (1) 80:21
similar (1) 28:12
simple (2) 92:13;
  93:11
simultaneously (2)
  116:9;137:2

single (6) 122:18;
  128:12;129:24;133:7;
  135:25;145:25
Sinkenna (1) 20:6
sirens (4) 85:17;86:2,
  7,10
sister (8) 45:19,22;
  46:11;63:12,12,19,
  21;65:4
sister's (1) 63:20
sit (2) 37:18;100:21
sitting (12) 59:3,3,6,8;
  73:7,9;76:18;77:8,10;
  116:15;117:4;133:15
situation (7) 70:25;
  71:15;74:15,17;75:1;
  102:22;103:2
situations (2) 75:19;
  109:7
six (2) 139:17,17
sketchy (3) 15:9,19,21
skip (1) 62:18
sleep (2) 46:13;57:14
slow (6) 69:19;112:5;
  113:2;116:21;117:10;
  126:21
slowly (1) 53:11
slows (1) 69:18
small (1) 76:5
smelling (1) 48:20
smile (2) 108:13,14
smoke (1) 48:20
snatch (1) 97:2
snatched (1) 97:4
somebody (4) 96:7;
  117:18;125:8;129:6
somehow (3) 138:14;
  139:6;141:20
someone (30) 28:24;
  30:9;70:6;71:7;74:4,
  15,18;75:13,14;
  76:24;78:14;79:3,24;
  81:17;87:5;90:6;
  94:15,20;95:13;
  100:10,17,19;101:13,
  23;103:21;105:15;
  111:19;114:3,4;
  144:15
someone's (1) 76:22
sometimes (13) 11:9;
  12:9;17:21;18:16;
  20:14,15;41:1,2;
  76:23;139:22;141:2,
  5,13
somewhere (13) 8:6;
  33:1,1;43:21;47:3;
  61:7;80:10;85:14;
  92:24;94:17;103:19;
  104:24;138:14
son (1) 21:14
soon (4) 99:19,22;
  112:9,9
sorry (22) 12:8;13:11;

28:19;34:5;38:21;
  39:11;41:10;42:10;
  50:12;72:7;98:7;
  100:3;108:12,12;
  118:17;142:17;
  147:22;148:20;149:4,
  10;151:21,23
sound (7) 17:13;
  111:21,22,22;113:11,
  16,17
sounds (2) 45:5;
  154:21
sovereign (1) 24:22
space (1) 139:5
speak (6) 20:2;51:21;
  70:12;71:14;72:8;
  88:3
speaking (7) 14:17;
  18:9;53:1;72:7;
  87:25;134:7;140:24
specialists (1) 143:16
specific (4) 9:10;
  36:13;41:5;136:15
specifically (1) 143:12
specifics (1) 103:4
Speculation (19)
  19:18,20;32:5,19;
  33:3;39:10;40:18;
  41:17;60:22;61:17;
  71:11;83:15;115:13;
  118:7;120:14;126:15;
  145:2;147:4;149:16
speed (2) 83:12,19
spell (5) 7:20;16:9,10,
  12;64:5
spelled (1) 16:17
spelling (1) 7:21
spitting (2) 92:14,15
spoke (4) 51:23,23;
  143:5;151:1
squeezing (1) 49:22
staff (1) 133:14
stairs (1) 142:4
Standard (1) 4:5
standing (3) 56:1,2;
  99:20
start (9) 45:11;76:12;
  80:1,8,12;82:18;
  87:13;137:13,24
started (7) 8:20;44:10,
  14;48:23;57:11;76:4;
  117:9
starting (2) 58:9;68:22
starts (2) 111:11;
  142:18
starved (3) 138:12;
  139:8,18
state (4) 4:14;16:9;
  94:4;121:23
statement (1) 51:16
stay (2) 40:24;66:21
stayed (2) 67:20,21
stays (1) 21:15

STENOGRAPHER (7)
  4:24;5:8;40:24;50:3,
  11;154:23;155:1
step (2) 140:11,16
step-by-step (4) 45:9;
  78:2,5,7
stepdaughter (2) 19:2,
  3
sticking (1) 50:25
stiff (3) 112:17,25;
  113:2
still (21) 10:12;21:11;
  32:1;47:2;51:13;
  56:12;58:7;64:23;
  65:17;67:18;69:8;
  87:3;88:22;96:16;
  104:14;112:1,22;
  122:14;124:17;145:4,
  24
stood (1) 58:8
stop (16) 43:8,19,23;
  48:1;66:5;68:13;
  77:25;78:2;80:21,21;
  91:19;92:4,20;93:18;
  97:11;128:16
stoplights (1) 80:22
stopped (3) 63:9;
  91:18;93:13
stopping (1) 91:13
stops (1) 114:7
store (2) 31:23;32:1
stored (3) 30:19;
  31:21,22
story (2) 56:22;141:11
straight (1) 142:23
street (6) 73:8,19;
  91:25;92:2,3,4
strength (2) 139:15;
  146:4
strike (4) 14:24;24:13;
  103:6;131:10
strong (1) 66:12
struck (1) 131:11
struggling (2) 55:18;
  100:15
stuck (1) 114:2
studying (1) 25:4
stuff (6) 9:9;14:2,11;
  52:7;85:12;149:8
stun (2) 118:5,14
stupid (1) 58:11
subject (1) 57:10
substance (4) 26:25;
  42:25;89:4,17
sudden (2) 123:11;
  131:10
suddenly (1) 134:13
suffer (1) 152:18
suggest (1) 42:20
sumatriptan (2) 7:12;
  141:15
summon (1) 152:25
sunken (3) 148:11;

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 170 of 172
Page ID #:639
HENRY BARNHILL v.                                    HENRY MICHAEL BARNHILL
CITY OF HEMET, et al.                                        September 10, 2025

149:2,4
**superior (2)** 11:19,20
**supervisor (1)** 20:16
**suppose (1)** 51:2
**supposed (4)** 56:24;
68:23;146:7,9
**sur (1)** 139:11
**sure (24)** 9:23;11:10;
14:18;16:1;17:2;
33:19;36:9;46:22;
47:5;62:22;63:2;
64:10;76:20;88:21;
97:18;109:15;119:6,
9,10;125:24,24;
144:4,11;151:14
**surgeries (5)** 144:6;
146:25;147:3,8;
149:12
**surgery (16)** 139:9,12;
144:25;145:6,9,11;
146:7;147:10,14,17;
150:4,5,16,16,17,21
**suring (1)** 91:5
**surrender (2)** 14:21;
106:11
**surveillance (1)** 31:4
**suspected (1)** 146:24
**suspended (2)** 17:3,4
**SVD1322681 (1)**
35:13
**SVD20200106 (1)**
34:16
**swear (2)** 4:22;87:17
**swearing (3)** 4:15,18,
20
**swelling (1)** 139:11
**switch (1)** 50:8
**swollen (1)** 139:10
**sworn (2)** 5:2,4
**system (1)** 144:12

**T**

**tackle (2)** 111:1,4
**tackled (3)** 111:5,5;
127:14
**tackles (1)** 111:3
**talk (2)** 112:1,7
**talked (5)** 51:19,19;
56:22;66:23;150:2
**talking (12)** 34:5;35:5;
36:4;45:19,22;48:10;
62:3;90:5,10;106:14;
142:10;148:24
**tame (1)** 121:16
**tantrum (1)** 59:14
**tased (40)** 14:1;
112:18,23;113:8,9,14,
25;114:4,10,20,21;
115:2,6,8,9,11;116:2,
4,4,5,9,16,17,25;
117:3,13,15,18;118:2,
5,20;123:23;125:11,

17,17,18,20,25;
126:10;136:2
**Taser (17)** 111:19;
112:7,8,18;114:7,15,
19,24;116:14,23;
117:11;118:13;119:4;
120:11,19;126:13;
136:23
**Tasers (2)** 117:22;
118:10
**tases (1)** 126:8
**tax (1)** 24:6
**teacher (1)** 20:23
**teenager (1)** 25:22
**telling (10)** 14:25;
116:17,18;117:20;
122:20;123:8;124:20;
127:18;130:7,9
**tells (1)** 146:16
**ten (1)** 74:14
**ten-minute (1)** 51:3
**ten-year (1)** 34:23
**terminated (2)** 26:10,
14
**terms (1)** 134:6
**terrorist (2)** 37:19,20
**Tesla (2)** 80:23;81:2
**testified (3)** 5:6;74:13;
106:5
**testimony (12)** 7:6,10;
44:24;53:13;81:13;
86:8;122:3;123:25;
125:13;127:10;
130:18;135:22
**tests (2)** 10:24;11:12
**texting (2)** 46:3;73:5
**texts (6)** 45:25;46:1,3,
3,4;56:17
**thee (1)** 91:1
**therapists (1)** 151:6
**therapy (4)** 150:2,3,5;
154:1
**thinking (27)** 14:7;
48:5,11;49:23;50:6;
58:13;66:18;68:6;
73:13,15,16;80:11;
81:18;84:19;87:16;
102:9,11;108:15,16,
23;124:25;125:2;
126:25;127:2,3;
129:15;136:13
**third (1)** 136:8
**though (21)** 21:12;
24:11,15;40:2;42:17;
43:17;52:6;55:4;
59:7;64:25;72:24;
113:2,19;121:15;
123:22;126:19;
128:18;140:13;144:4,
15;153:22
**thought (12)** 21:22;
57:16,20;59:17,18;
65:5,6,15,16;75:5;

138:13,17
**thoughts (2)** 75:20;
108:16
**thousand (2)** 18:9,12
**threat (8)** 37:19,20,23;
38:3;39:23;75:7;
101:9;128:13
**threats (2)** 36:14;46:7
**three (11)** 21:9,17;
22:6,9;25:8;27:3;
35:12;36:3;126:6;
136:5;139:3
**threw (1)** 64:18
**throughout (3)** 60:12;
102:13;142:24
**throwing (1)** 75:8
**thrown (1)** 135:25
**tie (1)** 137:25
**tight (1)** 73:3
**till (1)** 133:23
**times (44)** 12:17,18;
18:8,18;20:10,11,17;
22:11;25:22;26:5,6,
12,15;27:6;60:15,24;
61:2;62:13;78:21;
88:8;94:3;107:10;
110:13;113:25;
120:25;122:13,25;
123:15;124:13,19;
125:23,25;126:1,4,5,
6,7;127:23;128:19,
22;129:7;131:13;
136:2;151:6
**tip (1)** 12:1
**titanium (1)** 139:3
**titles (1)** 151:8
**today (18)** 5:14,21;
7:6,10;11:15;36:4;
37:18;52:9;53:1;
57:22;76:17;88:23;
89:2,7,10;90:2;
133:11;135:4
**Today's (2)** 4:4;155:8
**toes (2)** 117:17,19
**together (10)** 15:24;
17:17;41:3;43:14;
66:21;85:20,22;
98:15;100:7;138:16
**told (21)** 46:8,10,10;
49:5;56:6,20;57:2,18;
65:4;66:25;117:1;
119:23,23;121:18;
122:10;133:14;139:1;
141:24;145:8;150:5;
152:18
**tongue (1)** 12:2
**took (14)** 5:17;8:7;
20:8;35:24,24;51:13;
59:14;62:25;69:11,
16;74:6;80:2;88:20;
90:7
**tooth (2)** 141:7,9
**top (4)** 49:12;60:25;

138:10,22
**tore (1)** 150:20
**torn (4)** 145:4,17;
146:6,24
**torso (3)** 76:7,17;
96:10
**Tosheeko (1)** 22:7
**Touch (4)** 117:17,19;
140:13;143:1
**touching (3)** 49:2;
138:24;140:14
**tow (2)** 25:2,7
**toward (1)** 96:9
**towards (15)** 18:13;
44:6,21;49:7;96:8,17,
18;101:19;104:8;
105:11,16,19;106:2;
110:23;128:7
**towing (7)** 25:9,9,14,
14,15,16,18
**town (1)** 61:22
**track (1)** 132:16
**trained (1)** 124:22
**tran (1)** 18:23
**transaction (1)** 126:11
**transactions (1)** 18:24
**transcript (1)** 154:24
**transferred (1)** 8:22
**transpired (1)** 116:24
**trapped (1)** 139:7
**trauma (1)** 9:1
**treatment (3)** 153:15,
18,21
**Trent (1)** 4:19
**tri (1)** 141:11
**trial (6)** 12:15;34:14;
37:10,11;38:5,6
**tricky (1)** 98:22
**tridreminal (1)** 140:22
**tried (9)** 48:1;64:20;
65:11;69:11;102:6;
103:1;117:7;122:19;
131:16
**trigeminal (3)** 140:20,
21;141:12
**trigger (2)** 49:21;
66:18
**trip (5)** 72:14,17,18,
23;73:15
**trouble (1)** 145:24
**truck (5)** 23:22;25:3,7,
18;63:17
**trucking (3)** 25:1,6;
26:1
**trucks (1)** 25:2
**true (1)** 135:20
**truly (1)** 86:13
**truth (4)** 5:18;88:22;
95:3;103:3
**truthful (1)** 107:9
**truthfully (1)** 101:24
**try (27)** 5:13,24;6:3,6,
19;51:2;66:5;67:10,

13,23;68:13;71:4,8;
76:11;84:18;95:15;
96:25;103:1;105:5;
129:4,15,16;130:2;
131:12;134:24,25;
146:5
**trying (109)** 14:20;
15:24;43:8,19,21,23;
48:8,12,13;49:8,10,
11,13;53:7;18;58:14,
21;66:7,11,14;67:18;
68:11;72:25;75:9;
78:9;83:20,21,23;
85:14;88:8,8,9;92:23;
93:1;95:1;96:14;98:9,
9,15;99:4;100:6;
101:16;102:7,7,20,20,
21,23;103:14;104:14,
14;107:8,9,15,15,23;
108:13,16,17;109:15;
114:6;115:17,23;
116:19;117:2,3,5,10,
20;118:18;121:1,3,
10;122:7,14,21,23;
123:4,9;124:15,17,
19;126:23;127:4,4,5;
128:3,10,11,20;
129:21,24;130:11,16,
17,24;131:5,5;
132:25;133:6,7;
142:6,7;148:20;
152:21;153:1,6,8,12
**Ts (1)** 64:9
**tunnel (1)** 82:13
**turn (5)** 61:19;106:19;
108:20;141:14;
148:12
**turned (3)** 44:18,19;
131:14
**turning (1)** 105:18
**TV (3)** 91:1,5;141:17
**twice (3)** 7:25;27:8;
60:13
**two (43)** 12:15;13:19;
17:12;18:22;27:3,10,
11;31:24;36:20,20;
37:5;40:2;42:2;46:8;
47:3,5,6;54:4;58:10;
60:14,15,18,24;61:2;
62:13,15;64:8,9;69:3;
75:18;77:2;96:1,2;
118:13,24;119:16;
126:7,13;131:13;
138:18;142:17;
150:13;152:2
**tying (1)** 121:1
**type (16)** 9:9,21;14:1;
70:25;74:14;75:19;
77:20;80:16;95:1;
101:9;109:7;120:4;
141:18,25;149:8;
150:17

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 171 of 172
Page ID #:640
HENRY BARNHILL v.
CITY OF HEMET, et al.

HENRY MICHAEL BARNHILL
September 10, 2025

## U

**uh (2)** 58:5,5
**ultimately (1)** 31:17
**un (3)** 79:8,8,8
**unconscious (1)** 125:9
**under (6)** 38:17;
51:13;58:7,19,22;
88:22
**Understood (5)** 7:3;
13:18;75:12;133:25;
135:16
**unfortunately (1)**
150:7
**University (1)** 25:14
**Unless (3)** 10:11;
18:5;134:21
**up (86)** 6:4;12:13;
14:20;20:9,9,19,20,
22,25;21:14;22:10,
20,21,24,25;29:16;
54:1;57:6,10,11;58:8;
59:3,8;62:21,23,25;
64:8;65:4;67:1;
68:15;71:24;72:8;
74:1;76:4,16;77:4,18,
19,21;78:4;80:19;
91:23;96:18;99:9,14,
23;100:8,10,23;
101:5,14;103:13,22;
106:11,13;108:5,8;
110:2,14,25;111:8,
14;112:2,13,15;
113:6;114:6,8;
115:24,25;116:20;
117:23;120:21,22;
121:4;122:17;124:17;
128:23;129:3,8;
140:7;142:20;143:5;
145:21,25;147:17
**upon (1)** 104:1
**Uriza (3)** 27:21,21,22
**Ursua (2)** 27:23,23
**use (8)** 7:1;13:24;
29:8,10,12;133:24;
134:6;149:3
**used (1)** 139:14
**using (3)** 29:17;
128:20;130:4
**Usually (3)** 18:8;
56:25;140:24

## V

**vacated (2)** 34:14;
35:25
**Vague (15)** 10:7,14;
13:11,17;29:2;30:1;
34:2;35:2;36:6;
39:17;40:8;67:4;
135:12,21;137:8
**vaguely (1)** 14:17;

151:5
**VC (1)** 36:16
**Vehicle (33)** 38:23;
40:21;76:18;77:10;
78:13;79:3,25;90:6,
21;91:13,19,22;92:4,
21;93:13,18,25;
95:10;97:12,13;
98:18;99:6,7,7,18,19,
21;100:14;103:8,25;
104:1;132:3,8
**vehicles (1)** 25:18
**Venmo (1)** 18:15
**ventricle (1)** 9:23
**verbal (3)** 46:7;54:4;
72:6
**versus (1)** 4:7
**via (1)** 4:6
**video (11)** 11:16,22;
12:17;14:3;31:4;
85:9;89:10;92:14,16;
155:2,4
**VIDEOGRAPHER (10)**
4:3,10,21;51:7,10;
88:16,18;155:2,4,8
**videos (8)** 11:13;
12:17,19,22;13:7,14;
14:10;85:7
**video's (1)** 50:12
**view (3)** 13:6;40:25;
75:7
**viewed (1)** 75:8
**viewpoint (1)** 12:25
**violation (3)** 36:17;
41:7,14
**violence (3)** 27:1,3,7
**violent (1)** 128:6
**vision (1)** 82:13
**VisionQuest (3)** 23:5,
7,16
**visit (1)** 56:5
**visits (1)** 144:6
**visually (6)** 30:11;
138:5;147:10,12,18;
148:12
**voice (6)** 6:4,7;7:1;
112:2;113:7,18
**voicemail (1)** 77:17
**voices (1)** 100:9
**voluntarily (2)** 113:24;
114:1

## W

**Wait (5)** 60:7,7;
111:15;120:23;
139:11
**wake (2)** 62:21;
145:25
**walk (3)** 48:23;91:8;
92:17
**walked (2)** 57:9;73:8
**walking (1)** 96:7

**wants (2)** 108:13;
131:1
**watch (6)** 12:17;
45:18;46:2;54:3;
141:17,17
**watched (1)** 12:18
**watching (7)** 13:7,14;
14:3,10;72:13;141:1,4
**way (47)** 10:1;22:20;
26:8;45:10;49:18;
54:16;56:21;61:22,
22;65:23;66:17;
76:24;80:13,16;84:4,
21;85:16;86:17,19,
22;87:2;90:16,25;
93:16;98:15;100:18;
103:17;104:9;106:17;
107:7;113:21;120:6,
9;124:6;132:16;
133:18,20,21;137:20;
138:14;140:6;141:6;
142:19,20,22;145:10;
153:5
**ways (1)** 95:1
**weaker (1)** 139:19
**weakness (1)** 140:1
**weapon (3)** 33:23,25;
34:8
**Web (1)** 4:6
**wedding (1)** 92:13
**Wednesday (1)** 4:1
**week (16)** 47:3,5,6;
54:9,9,23;62:15;
65:22;69:3;78:25;
143:17;146:13,14;
154:8,10,12
**weeks (2)** 47:1;139:9
**weren't (2)** 39:7;
130:16
**Western (1)** 25:14
**whatnot (2)** 53:25;
138:9
**what's (24)** 7:13;23:9;
27:19;28:9;63:20,22;
64:1;73:18;74:9;
76:10,11;80:5;94:12,
24;96:6;104:15;
108:17;116:11;126:3,
23;133:24;134:18;
139:1,14
**Whenever (5)** 35:19,
19,20;102:5;145:23
**whole (2)** 114:21;
135:2
**who's (3)** 70:6;123:6;
127:17
**Whose (1)** 17:15
**whys (2)** 135:2,3
**wild (2)** 126:2,3
**willing (1)** 128:13
**wind (1)** 68:15
**windbreaker (3)**
47:18,21,22

**window (3)** 47:9;
78:15;96:9
**wire (1)** 18:18
**wit (1)** 102:16
**within (5)** 7:22;69:14,
17;94:17;99:20
**without (4)** 89:16;
93:10;103:2;129:15
**witness (117)** 4:18,20,
23;5:4,7;10:8,16,19;
13:19;18:3,7;19:17,
22;21:4,22;23:15;
26:23;27:16;28:3;
29:4;30:2,5,19;31:1,
13;32:7,21;33:5,10,
19;34:4,7,18;35:16,
19;36:9,19;39:12,18,
21;40:7,10,24;41:1,
19,25;42:5;45:3,7,17;
46:22;48:4;50:5,12,
19,24;52:20;55:11;
59:25;60:3,11,15,21,
24;61:19;62:7,11;
66:1;67:6,11;68:1;
70:19,21,23;71:13;
75:18;81:2,8,16,23;
82:1,5;83:2,4,17,23,
25;86:10,13;89:23,
25;93:3,5;98:8;
103:12;115:15;118:8;
120:15;124:2;125:15;
126:17;127:12;
130:20;134:17;
135:13,23;137:7,9;
145:3;147:3,7;148:5,
7,15,17;149:18;
152:10
**witnessed (1)** 102:16
**woke (1)** 62:23
**woman (5)** 27:9;46:1;
47:20;56:5;68:25
**women (2)** 27:11;58:6
**word (3)** 23:7;133:24;
139:14
**words (4)** 15:2;53:4;
87:19;122:24
**work (14)** 20:13;
23:20;26:7,15;56:24;
63:5,11,14;117:22;
118:10;142:3,5;
146:3,3
**worked (2)** 20:13;
25:21
**working (6)** 25:5,17;
56:24;63:8,9,11
**works (4)** 56:25;
144:11,12,14
**wrap (6)** 49:21;66:17;
76:9;94:13;123:4;
126:23
**wrapped (1)** 141:1
**wrestle (2)** 55:3,8
**wrestled (2)** 55:5,20

**wrong (4)** 76:24;77:5;
80:15;85:8

## X

**X-rays (1)** 146:8

## Y

**year (7)** 8:5;34:4,4;
35:17;36:10,11;46:25
**years (9)** 17:5;26:2;
33:22;35:12;52:6;
61:6,8,8,10
**younger (4)** 21:11,14;
25:20,25

## Z

**Zedonia (1)** 46:1

## 1

**1:59 (2)** 155:9,10
**10 (2)** 4:1;41:5
**10:00 (2)** 4:1,5
**10th (1)** 4:4
**11:03 (1)** 51:8
**11:20 (1)** 51:10
**12:04 (1)** 88:16
**12:33 (1)** 88:18
**13391 (1)** 4:25
**148 (7)** 36:17;38:7,8,
24;40:5,12;131:19
**148a (2)** 41:8,15
**15th (1)** 146:15
**19 (1)** 22:7
**1978 (1)** 16:23

## 2

**20 (4)** 17:5;61:8,10;
62:2
**2002 (4)** 61:7,15;
62:2,15
**2013 (2)** 151:14,15
**2016 (1)** 152:1
**2017 (1)** 152:1
**2018 (6)** 33:16;34:6,
12;35:23,24;36:20
**2020 (2)** 35:9,25
**2022 (35)** 8:6,7;9:5,7;
21:17;27:24;34:23;
39:20;45:12;47:2,6;
51:22;52:9;53:13,22;
54:7,14,19;62:16,20;
63:10;65:23;69:3;
71:19,25;87:10;
90:18;107:18;133:14;
137:16;144:8,21;
152:15;153:15,19
**2023 (1)** 36:2,12
**2025 (2)** 4:1,4

Case 5:23-cv-00589-JGB-SP    Document 48-11    Filed 01/12/26    Page 172 of 172
Page ID #:641

HENRY BARNHILL v.
CITY OF HEMET, et al.

HENRY MICHAEL BARNHILL
September 10, 2025

**2030 (2)** 34:23;35:9
**22 (3)** 22:8;61:8;
  64:13
**23 (1)** 22:8
**24 (1)** 7:9
**240 (1)** 36:14
**243 (1)** 36:13
**245a4 (1)** 33:23
**273.5a (1)** 33:15
**28 (7)** 36:2,12;47:6;
  53:22;54:7,14,19
**2800 (2)** 38:23;40:22
**2800.2 (1)** 36:16
**28th (1)** 45:12
**29 (19)** 22:7;27:24;
  39:20;51:22;52:9;
  53:13;62:16,20;
  63:10;64:13;65:23;
  69:3;71:19,25;87:10;
  90:18;107:18;152:15;
  153:19
**29800 (1)** 36:15
**29825 (1)** 36:16
**29th (5)** 21:16;
  133:13;137:16;144:7,
  21

---

**3**

---

**3 (1)** 61:7
**30305 (1)** 36:15
**34 (1)** 17:12
**345 (1)** 17:12
**354 (3)** 17:11,12,13

---

**4**

---

**4 (1)** 107:1
**4,000 (2)** 24:1,2
**422 (1)** 36:14

---

**5**

---

**5:23-CV-00589 (1)**
  4:9
**5th (1)** 34:23

---

**6**

---

**6 (1)** 19:10
**6th (1)** 35:9

---

**7**

---

**7:30 (1)** 63:3

---

**9**

---

**9 (2)** 19:8,9
**9th (1)** 16:23