# EXHIBIT G

Deposition Of:

# Officer Brett Maynard

### April 15, 2025

---

Henry Barnhill

vs

City of Hemet, et al.

---

Job Number 247069



```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                                      )
                                        )
 4    HENRY BARNHILL,                   )CASE NO.
                                        )5:23-cv-00589-JGB-SP
 5                   Plaintiff,         )
                                        )
 6        vs.                           )
                                        )
 7    CITY OF HEMET; OFFICER BRETT      )
      MAYNARD; OFFICER JOSHUA           )
 8    BISHOP; OFFICER PEDRO AGUILA;)
      Corporal DOUGLAS KLINZING;        )
 9    JAIME GONZALEZ; CATHERINE         )
      TIPTON; and DOES 1-10,            )
10    inclusive,                        )
                                        )
11                   Defendants.        )
      _____)
12

13

14            DEPOSITION OF OFFICER BRETT MAYNARD

15                    VIA VIDEOCONFERENCE

16               TUESDAY, APRIL 15, 2025

17

18

19

20

21
      REPORTED BY:
22    CLAUDIA P. MARSH, CSR NO. 6353

23

24

25
```

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                                      )
4    HENRY BARNHILL,                   )CASE NO.
                                       )5:23-cv-00589-JGB-SP
5              Plaintiff,              )
                                       )
6         vs.                          )
                                       )
7    CITY OF HEMET; OFFICER BRETT      )
     MAYNARD; OFFICER JOSHUA           )
8    BISHOP; OFFICER PEDRO AGUILA;     )
     Corporal DOUGLAS KLINZING;        )
9    JAIME GONZALEZ; CATHERINE         )
     TIPTON; and DOES 1-10,            )
10   inclusive,                        )
                                       )
11             Defendants.             )
     _____)
12

13

14         DEPOSITION OF OFFICER BRETT MAYNARD,

15         taken on behalf of Plaintiff, via

16         videoconference, commencing at

17         1:34 p.m. and ending at 3:55 p.m., on

18         Tuesday, April 15, 2025, before

19         Claudia P. Marsh, CSR No. 6353.

20

21

22

23

24

25

```
1                    APPEARANCES OF COUNSEL

2

3   FOR THE PLAINTIFF:

4                    GRECH, PACKER & HANKS
                     BY:   TRENTON C. PACKER, ESQ.
5                    7095 Indiana Avenue
                     Suite 200
6                    Riverside, California  92506
                     (951) 682-9311
7                    TPACKER@GRECHPACKERLAW.COM

8

9   FOR THE DEFENDANTS:

                     MANNING & KASS
10                   BY:   ANDREA K. KORNBLAU, ESQ.
                     801 South Figueroa Street
11                   Suite 1500
                     Los Angeles, California  90017
12                   (213) 624-6900
                     ANDREA.KORNBLAU@MANNINGKASS.COM
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Deposition Of Officer Brett Maynard

```
 1                    I N D E X
 2   EXAMINATION BY                          PAGE
 3   MR. PACKER          ------------------   5
 4
 5
 6
 7
 8                  E X H I B I T S
 9
10   PLAINTIFF'S            DESCRIPTION        PAGE
11   EXHIBIT 1  -  Video file                 56
12   EXHIBIT 2  -  Video file                 64
13   EXHIBIT 3  -  Video file                 69
14             (Retained by counsel)
15   EXHIBIT 4  -  Photographs                79
16   EXHIBIT 5  -  Photograph                 87
17
18              INFORMATION REQUESTED:
19                    (NONE)
20
21            INSTRUCTION NOT TO ANSWER:
22                    (NONE)
23
24
25
```

Deposition Of Officer Brett Maynard

1          VIA VIDEOCONFERENCE; TUESDAY, APRIL 15, 2025

2                         1:34 P.M.

3                          -oOo-

4      THE COURT REPORTER:  As of January 1st, 2025, new

5    code regulations dictate I must state my name and

6    certification for the record:

7           My name is Claudia Marsh, and I am a Certified

8    Shorthand Reporter with the State of California, CSR

9    Number 6353.

10

11                  OFFICER BRETT MAYNARD,

12   was called as a witness by and on behalf of the

13   Plaintiff, and having been first duly sworn by the

14   Certified Shorthand Reporter, was examined and testified

15   as follows:

16

17                        EXAMINATION

18

19   BY MR. PACKER:

20      Q    Good afternoon, Officer.

21      A    Good afternoon, sir.

22      Q    I am using "Officer"; is that correct?  That's

23   your rank still today?

24      A    Correct, sir.

25      Q    That was your rank as of April of 2023?

Deposition Of Officer Brett Maynard

1        A    Yes, sir.

2        Q    2022.  Excuse me?

3        A    Both.

4        Q    Have you ever had your deposition taken before?

5        A    No.  First time.

6        Q    Have you ever testified in court before?

7        A    Yes, sir.

8        Q    You understand that the oath you took today is

9    similar to the one you take in court?

10       A    Absolutely.

11       Q    Excellent.  Just to review the process, then,

12   with you, a little bit.  Unlike court, I will ask you a

13   question, and I will give your attorney time to make an

14   objection, and I think she probably asks that you do the

15   same.

16            Unlike in court, nobody will be ruling on that

17   objection.  So unless she tells you not to answer, then

18   I'm still entitled to an answer, if that makes sense.

19            If at any point you don't understand a question

20   I have asked, please ask me to rephrase.  If at any

21   point you need to take a break, let us know.  Okay?  We

22   are not trying to torture you here.

23            Okay?

24       A    All right.

25       Q    Even though it is very cold where you are.  My

Deposition Of Officer Brett Maynard

1  apologies for that.

2      A    I brought a jacket.  No problem.

3      Q    How long have you been an officer with Hemet

4  Police Department?

5      A    I've been with Hemet Police Department over a

6  little over five years.

7      Q    Were you with another agency before that?

8      A    Yes.

9      Q    Where was that?

10     A    San Diego Sheriff's Department.

11     Q    How long were you with San Diego Sheriff's

12 Department?

13     A    A little over one year.  I got probation.  I

14 did the initial six months academy, and six months more

15 in the jail.

16     Q    "In the jail," you said?

17     A    Correct.

18     Q    You were a sworn peace officer while you were

19 in the jail, with San Diego?

20     A    Yes.

21     Q    For that entire year, you were a sworn peace

22 officer?

23     A    Initial six months was the academy.  So halfway

24 through.

25     Q    So the five years you spent with Hemet, you

Deposition Of Officer Brett Maynard

```
 1    have been a sworn peace officer that entire time?
 2         A    That's correct.
 3         Q    Did you undergo training when you joined Hemet?
 4         A    Yes, I did
 5         Q    Was it similar to the academy you attended with
 6    the Sheriff's Department?
 7         A    It was field training.
 8         Q    "Field training."  Okay.
 9              How long did your field training last?
10         A    Approximately six months.
11         Q    What was your first assignment with Hemet after
12    your field training ended?
13         A    Patrol.
14         Q    Have you been on patrol the entire time you
15    have been with Hemet, since your field training ended?
16         A    No, sir.
17         Q    What is your current position?
18         A    Currently, I'm back on patrol as a canine
19    handler.
20         Q    You say, "back on patrol."
21              What did you do in between the time when you
22    were initially on patrol and when you went back on
23    patrol as a canine handler?
24         A    I was assigned as a detective to the police
25    department's ROCs, slash, AERO Team, and I can spell
```

Deposition Of Officer Brett Maynard

1  those for you; R-O-C-S, "AERO," A-E-R-O.  Same team,

2  just changed names.  That was almost two years.

3      Q    What team were you serving on, on April 2019 of

4  2022?

5      A    Patrol.  That was before I went to those extra

6  teams.

7          (Whereupon, a Eddy Dagani entered the

8      videoconference.)

9      MR. PACKER:  Andrea, who just joined us?  Do you

10  know?

11     MS. KORNBLAU:  I don't know.  "Eddy Dagani"?

12     MR. DAGANI:  I'm with the court reporting firm.  I

13  wanted to make sure the audio is good.

14     MR. PACKER:  We are good.  Thank you.

15         (Whereupon, a Eddie Dagani exited the

16     videoconference.)

17  BY MR. PACKER:

18     Q    Did you do anything to prepare for today's

19  deposition?

20     A    I have.

21     Q    Aside from talking to your attorney, did you

22  review any materials?

23     A    I have.

24     Q    What have you reviewed?

25     A    The initial narrative from the crime incident

Deposition Of Officer Brett Maynard

1   report that I wrote, as well as the CAD log from that

2   incident, and the use of force policy.

3       Q    Did you review any body camera footage from the

4   date of the incident?

5       A    Oh, yes.  Also, that.

6       Q    Did you review your footage?

7       A    Yes, sir.

8       Q    Did you review any other officer's footage?

9       A    At one time, I have.  That was with attorney.

10      Q    Okay.  Without telling me what you discussed

11  with the attorney, did you review Officer Aguila's body

12  cam footage?

13      A    I believe so.

14      Q    Do you have your report with you today?

15      A    I do have my narrative, so it's not like a full

16  records-keeping portion of the report, with the -- I

17  don't know, the charges listed and stuff.  Just my

18  narrative that I wrote.

19      Q    I want to make sure we are working off the same

20  document.  I didn't scan the entirety of the document.

21  It is over 30 pages.  When you say, "your portion of the

22  narrative," if you could look at the report, in the

23  upper right-hand corner, does it say, "Case Number

24  2022-02719"?

25      A    It is the same case number.  However, mine is

Deposition Of Officer Brett Maynard

1    printed on a Word document.  There is no letterhead --

2    sorry.  Yeah, letterhead, lower head [sic], that kind of

3    stuff.

4        Q    When you talk about "your version," of the

5    narrative, does it start on a page 1 of 33?

6        A    No.  Like I said, it's just printed on a Word

7    document.  So it's just the words that were written in

8    the report copied onto a Word document.  It starts at

9    the word, "origin," and --

10       Q    Does it start with the text, "On 04/29/2022, at

11   approximately 7:36 hours"?

12       A    That is under the word "origin."

13       Q    I am going to flip two pages in, to -- I'm

14   sorry -- one page in, to my version of that report, and

15   direct your attention to a paragraph that starts, "I

16   chased Barnhill."

17       A    I believe I'm there.

18       Q    Okay.  I want to make sure we are working on

19   the same report.

20            You see that text?

21       A    I do, sir, yes.

22       Q    I will ask you about texts later in the report

23   as well, when we get further along in the deposition.

24            Andrea, I don't think I have a copy of what he

25   has.  If it's work product, I understand.  What I might

Deposition Of Officer Brett Maynard

1   do, is, send you the version I have, as part of a

2   request for admission, unless you think I can email it

3   to you now, at a break.  I will scan it and he can

4   authenticate it?

5       MS. KORNBLAU:  Sure.  That's fine.  I think what he

6   has, it's a printout of the narrative, like he was

7   saying.  I didn't give him anything, so it would not be

8   my work product.  I'm putting that on the record.  It

9   wouldn't be something I gave him.

10      MR. PACKER:  That's fair.

11  BY MR. PACKER:

12      Q    Is that something, Officer Maynard, you can

13  email to your counsel?

14      A    Yes, perhaps I can scan it.  It was printed

15  this morning.

16      Q    Why don't we do it that way.  That way, we are

17  all working off the same document.

18      MS. KORNBLAU:  That's fine.

19  BY MR. PACKER:

20      Q    We were talking about what you reviewed today.

21          You told us that narrative we have been

22  discussing, right?

23      A    Yes, sir.

24      Q    The videos, and use of force manual, the CAD

25  log, and your report.

Deposition Of Officer Brett Maynard

1           Is that everything?

2      A    That should be all, sir.

3      Q    I want to ask you about your background before

4  you joined the academy with the San Diego Sheriff's

5  Department.

6           Did you attend high school?

7      A    Yes, I did.

8      Q    Did you graduate?

9      A    Yes, I did.

10     Q    Did you do anything after graduating high

11  school?  Did you do any further schooling?

12     A    Both "Yes," and "No."  I attended a school for

13  EMTs and paramedics and I got my EMT license.  However,

14  at that time, that school wasn't accredited.  So I

15  didn't receive college credits.

16     Q    Fair enough.

17          Did you then become an EMT after you completed

18  that school?

19     A    Yes.

20     Q    How long were you an EMT?

21     A    I'm still certified as an EMT.  That's

22  something I keep up, when I can.  I keep the license

23  going.  I worked for a couple of different companies in

24  the meantime, before going to the Sheriff's Department.

25     Q    You went directly from your work as an EMT into

Deposition Of Officer Brett Maynard

```
 1    the Sheriff's academy?
 2         A    Yes.
 3         Q    While you were at the academy for six months,
 4    were you trained on police tactics?
 5         A    Some.   That would one of the areas, sir.
 6         Q    And use of force?
 7         A    Yes, sir.
 8         Q    Did you get trained on the POST learning
 9    domains on the use of force?
10         A    Yes, sir.
11         Q    And have you continued to stay apprised of
12    changing POST policies throughout your time as a sworn
13    officer?
14         A    I have continuously attended our use of force
15    updates.
16         Q    You told us one of the documents you reviewed,
17    prior to today's deposition, is the Hemet Police
18    Department use of force manual; is that right?
19         A    The Hemet Police Department policy, Section
20    300, which covers it.
21         Q    You told us you were in the field as a field
22    trainee, essentially, for your first six months with
23    Hemet PD; is that right?
24         A    Yes, sir.
25         Q    Was there one particular officer who served as
```

Deposition Of Officer Brett Maynard

1   your field training officer?

2       A    No, sir.

3       Q    Do you recall which officers served as your

4   field training officers?

5       A    I do.

6       Q    Who was that?

7       A    First phase was Officer Stehli.  Second phase

8   was, I believe, Officer Ortiz.  Third phase was

9   Officer Preston and fourth phase was, again, Officer

10  Stehli, S-T-E-H-L-I.

11      Q    And Ortiz and Preston are the common spelling?

12      A    Yes, sir.

13      Q    Do you recall the date of the incident from --

14  that we are here to talk about today?

15      A    I believe so.

16      Q    And what date do you recall?

17      A    April 29th, 2022.

18      Q    You said you were on patrol that day?

19      A    That's correct.

20      Q    You were in uniform?

21      A    I was.

22      Q    Can you describe what that uniform was?

23      A    It was our Class D uniform, which includes an

24  outer vest, black with internal ballistics, multiple

25  pieces of equipment attached to the front, as well as a

Deposition Of Officer Brett Maynard

1    police badge on the left side of the chest, the word,

2    "Police," on the right side of the chest and my name

3    above it.  And then on the back side, across the entire

4    back, another large patch that says, "Police."

5        Q    Okay.  On that day, were you assigned to a

6    single-man patrol?

7        A    Yes, I was.

8        Q    In other words, you were in a car on your own?

9        A    Yes, sir.

10        Q    Now, have you ever had a sustained -- or a

11    complaint of excessive force sustained against you?

12        A    No, sir.

13        Q    You said, "No"?

14        A    "No, sir."

15        Q    Are you aware of any complaints of excessive

16    force that have been made against you, let's say, in the

17    last five years, since your time with Hemet?

18        A    I'm not sure.  I heard that something got

19    closed and I wasn't even sure what the start of the case

20    was.  I just got notified it was closed.  So, no.

21        Q    Aside from this case, have you ever been named

22    in a lawsuit based on your work as an officer with the

23    Hemet Police Department?

24        A    No, sir.

25        Q    I want to talk to you specifically about

Deposition Of Officer Brett Maynard

1    April 29th.

2         Okay?

3         You told us you were on patrol in a single car

4    that day, right?

5         A    Yes, sir.

6         Q    What was the first thing you did with respect

7    to the case we are here to talk about, regarding

8    Mr. Barnhill?

9         A    First thing?  Well, I received a dispatch, so

10   the first thing I did was probably mark myself en route

11   on my computer.

12        Q    What was the dispatch you received?

13        A    It was a call for service, I believe, for

14   suspicious circumstances in regards to a female at a

15   children's school, an elementary school, in the area of

16   the district I worked.  She was stating that her

17   ex-boyfriend, who she named as Henry Barnhill, had

18   threatened her with a gun the night prior, had driven

19   her and her daughter to the school and was waiting

20   outside in a vehicle for her to come out and she was

21   inside the school when she called.

22        Q    Okay.  Did you have any information that

23   Mr. Barnhill had a gun on him, specifically on

24   April 29th, 2022?

25        A    That initial statement, that he was in

Deposition Of Officer Brett Maynard

1    possession of a firearm.  Later on, during the incident,

2    there's multiple officers saying over the radio he has

3    access to a firearm.  The belief for me at the time,

4    was, he would still have it in his possession or he did

5    still have it in his possession.

6         Q    That was based on the broadcast that he had one

7    the night before; is that right?

8         MS. KORNBLAU:  Objection.  May misstate testimony.

9    BY MR. PACKER:

10        Q    Go ahead.  You can answer.

11        A    Could you say the question one more time for

12   me?

13        Q    Sure.

14             You told us there was a belief, or you had a

15   belief, he could have a gun on April 29th.

16             Do you recall that?

17        A    Yes.  I did believe he had a gun on him.

18        Q    And what I'm trying to understand is what the

19   source of that belief was.

20             Is it the fact that you were told on the

21   dispatch that he had a gun on him the night before?

22        A    I'm sure that played a factor.  Obviously,

23   going into this incident with no knowledge, other than

24   the first couple of sentences from this victim calling

25   in, saying she was threatened with a gun, and he drove

Deposition Of Officer Brett Maynard

1   her to the school, and the belief was it was still in

2   his possession.

3       Q    You were not specifically told, though,

4   "Henry Barnhill is known to have a gun on him, today,

5   April 29th, 2022"; is that fair to say?

6       A    Actually, we were told that Henry Barnhill --

7   or "Henry Barnhill," was stated earlier, so we knew that

8   was alleged suspect.  And during the course of the

9   investigation, later, as he was fleeing from us, yes,

10  there was a broadcast report saying he is known to carry

11  firearms, he is a violent fleeing felon.

12      Q    What specifically were you told about him being

13  a violent felon?  Were you told about any past

14  convictions?

15      A    At that time -- I would say -- ultimately, I

16  learned of past convictions.  However, in the very brief

17  response to the scene, I didn't know his background.  I

18  had never heard his name before.  The portion where I

19  learned about that, quote, unquote, "violent felon with

20  access to a firearm" -- "semiautomatic firearm," was

21  what was actually stated, that was broadcast during this

22  pursuit, that Mr. Barnhill led us on a chase through the

23  city, on.  I believe halfway through the pursuit, it was

24  reported he had access to a semiautomatic firearm, and

25  he was a violent felon.

Deposition Of Officer Brett Maynard

```
 1      Q     Were you told what the basis for the conclusion
 2   that he was a violent felon was?  In other words, a
 3   prior conviction?  Anything of that sort?
 4      A     Not immediately at that time.  However, even
 5   just in the initial response, in those initial
 6   sentences, for the start of the call, the statement of,
 7   "My ex-boyfriend," whoever, "threatened me with a
 8   firearm the night before" as I'm en route there -- it's
 9   my zone.  I'm responsible.  I'm trying to understand
10   what kind of crime I'm investigating and what might be a
11   probable cause or a detainment or a contact, or anything
12   at all, I'm putting the pieces together that we possibly
13   have a felony domestic violence situation, we possibly
14   have a 245, a 422. 245 is assault with a deadly weapon,
15   422 is criminal threats, and 417, display or pointing a
16   firearm at somebody.
17          Those were going through my mind before I even
18   arrived on-scene.
19      Q     I understand that.  Putting aside April 29th,
20   and the day before, what you learned about the day
21   before, did you learn any information about anything
22   that happened prior to April 28th, with respect to any
23   criminal history, for example, of Mr. Barnhill, at the
24   time when you first were given the call?
25      A     No.  I -- that would have been too quick, in
```

Deposition Of Officer Brett Maynard

1  the response.  We had a name and the fact that a firearm

2  was in use, and it was probably in his possession, then.

3      Q    Did you learn at any point prior to

4  Mr. Barnhill's eventual arrest, that he had any

5  convictions prior to April 28th, 2022, for any violent

6  offenses?

7      A    If my memory is correct, I believe so.

8  However, I can't recall how I know that.

9      Q    Okay.  You reviewed --

10     A    Sorry.

11         It possibly was another thing that was relayed

12  at the same time that that violent felon information was

13  relayed, but I don't have an exact for you on that.

14     Q    Is there anything in your report that you

15  reviewed prior to today's deposition, that documents

16  your knowledge of a prior criminal history?

17     A    There is.  It's quite a lot.  However, that's

18  towards the end of my --

19     Q    That was not something that was necessarily

20  known to you, that you specifically recall on April 29th

21  of 2022, prior to Mr. Barnhill's arrest?

22     A    Correct.  Prior to meeting Mr. Barnhill, I

23  didn't know anything about him.

24     Q    You told us you reported to the school, right?

25     A    Yes, sir.  I responded to an elementary school

Deposition Of Officer Brett Maynard

1    off of Thornton Avenue in the city of Hemet.

2        Q    Did you see Mr. Barnhill parked outside, as it

3    was reported he may be?

4        A    Ultimately, I found a vehicle matching the

5    description given by the victim.  It was the only

6    vehicle on the street matching the description.  And so,

7    ultimately, in the course of an investigation,  to see

8    if this is the related subject or this is the related

9    vehicle, I assisted in conducting a felony contact or a

10   contact of the vehicle to try to see who was in there,

11   see what was going on.  The windows were very tinted.

12   And --

13       Q    Is the next thing that happened, that vehicle

14   drove away?

15       A    Officers initially set up -- myself,

16   Officer Bishop, Officer Aguila -- behind the vehicle.

17   And then, had our lights on, on all three vehicles that

18   were behind it.  Obviously, all three of us were in

19   uniform.  Started to set up to give commands to the

20   driver, and then the vehicle turned on.  It was off.  It

21   then turned on.  And it sped away at a high rate of

22   speed through the school zone.

23       Q    Okay.  Now, did you pursue that vehicle?

24       A    I was one of the officers involved in the

25   pursuit.  I was not the lead car.

Deposition Of Officer Brett Maynard

1    Q    You were involved in the pursuit.

2         Did that pursuit end at Gardenia Circle, the

3    vehicle portion of the pursuit?

4    A    Yes.  The vehicle traversed multiple miles

5    through the city, going into oncoming traffic, blowing

6    stop signs.  Not positive on red lights, but multiple

7    stop signs.  Exceeding the speed limit.  Going through

8    an alleyway and finally coming to a stop at the corner

9    of Gardenia Circle, and whatever cross street that is.

10   Q    At that point, did you know that -- what

11   Henry Barnhill's home address was?

12   A    I did not.  It would have been great to know.

13   I didn't know it at the time.

14   Q    Nothing came through on dispatch telling you

15   where Henry Barnhill was believed to live?

16   A    No, sir.  I know that they made a possible

17   match for the name, "Henry Barnhill," with a birthdate.

18   At the time, that was not able to be verified.  And

19   then, upon the start of a pursuit, the radio traffic,

20   it's a lot slower, and it's just giving out details of

21   pursuit and any pertinent information.

22        The address where he lived was not -- to my

23   knowledge, I didn't find out about it until after, after

24   an apprehension.

25   Q    Would it have been important to know what his

Deposition Of Officer Brett Maynard

1    home address was?

2        MS. KORNBLAU:  Objection.  Vague and ambiguous.

3        THE WITNESS:  Would it have been important to know?

4    Ultimately, I wasn't too concerned with where someone

5    might have lived.  I was following this person who was

6    fleeing with wanton disregard for the public, trying to

7    get them under -- apprehended, so I could begin an

8    investigation as to why this victim is saying she had a

9    gun pointed at her face.

10            I didn't know where it was headed.

11   BY MR. PACKER:

12       Q    We will get into the details of the foot

13   pursuit later.  But you do understand that it ended at

14   his residence; is that right?

15       A    Ultimately, like I said --

16       Q    You froze.

17            (Zoom communication disruption.)

18       THE WITNESS:  Ultimately, I learned that the

19   address was related to both the victim and Mr. Barnhill.

20   They both lived there.  This came about when I was

21   interviewing the victim after apprehension.

22   BY MR. PACKER:

23       Q    Okay.  If you had known it was his house -- let

24   me ask you this:

25            Would there have been anything illegal about

Deposition Of Officer Brett Maynard

1    him entering his own house?

2        MS. KORNBLAU:  Objection.  Incomplete hypothetical.

3        THE WITNESS:  Would there have been anything

4    illegal about him entering his house?

5            I think, under the circumstances of the

6    investigation we were engaged in, the high visibility of

7    our marked units with our lights on, forward-facing red

8    and blue lights, the sirens, the police pursuit of him

9    as he drove erratically through the neighborhoods,

10   through the school zone, yes, I believe that the

11   furtherance of him entering the home was a crime under

12   Penal Code 148.  He refused to stop, and essentially, he

13   refused to surrender and refused to be stop and be

14   detained for further investigation.

15   BY MR. PACKER:

16       Q    So the vehicle pursuit came to a stop on

17   Gardenia Circle.

18            We talked about that, right?

19       A    Yes, sir.

20       Q    And at that point, the individual, who you

21   later identified as Mr. Barnhill, exited his vehicle?

22       A    Ultimately, I believe he exited -- it was

23   Mr. Barnhill.  He did exit the victim's vehicle.

24       Q    Thank you.  That was an imprecise question.

25            He exited the vehicle that you were pursuing;

Deposition Of Officer Brett Maynard

1    is that right?

2        A    That's correct, sir.  He was the only person to

3    exit that vehicle, or be in the vehicle, at that time.

4        Q    He exits the vehicle.

5             In which direction does he run?

6        A    North, out the driver's door, towards the

7    address on the corner, which ultimately was 354 Gardenia

8    Circle.

9        Q    That was the address later associated with

10   Mr. Barnhill?

11       A    Yes, sir.  The victim told me that they both

12   resided there.

13       Q    So he runs north towards 354 Gardenia Circle.

14            Did you give chase on foot?

15       A    Yes, I did.

16       Q    Could you see Mr. Barnhill's hands while you

17   gave chase on foot?

18       A    At certain times, I could, and other times he

19   was dropping his hands low.  He was wearing a very

20   large, bulky, black, hooded sweatshirt.

21            Initially, once he exited the vehicle, he

22   wasn't walking.  He was immediately running away, as

23   officers are still stopping, with lights and sirens on,

24   behind that car.

25            Again, I was the second car, so I had further

Deposition Of Officer Brett Maynard

1   to run.  I could see glimpses of him as he exited the
2   vehicle and ran towards, like, a pedestrian gate at the
3   front of the house.  I couldn't see his hands,
4   especially his right hand, during that time.  He had
5   pulled them low towards the jacket pocket.  I couldn't
6   tell if he was reaching inside the jacket pocket or
7   under the jacket.
8          I was shouting, "Show me your hands."  I
9   believe I was using expletives.  Forgive me.  The
10  adrenaline was going a bunch.  I tried to document in my
11  report specifically what I had said.  So some "F," words
12  are in there.
13         I told him multiple times, "Show me your
14  hands."  This was because I couldn't see them.
15  Q     Okay.  Did Mr. Barnhill comply with the
16  command, "Show us your hands," or, "Show us your,"
17  expletive, "hands," at any time during the foot pursuit?
18  A     Oddly enough, he did raise them to about chest
19  height as he continued to run away from us, and towards
20  the front door.
21         Again, this is happening extremely quickly.
22  Both hands went up towards the chest and he kept running
23  away.  I know other officers behind me were yelling
24  multiple commands as well, while I was still in the
25  process of yelling, "Show me your hands."

Deposition Of Officer Brett Maynard

1          Then, they came up, but he continued to run
2     away.
3          Q    Okay.  At the time they come up, can you see
4     the hands?
5          A    I can see -- I recall seeing the left hand.  It
6     was just based on the way he was running, I couldn't see
7     the right.  I could see the elbow bent, but that's it.
8          Q    So you had -- you could clearly see the left
9     hand; is that fair to say?
10         MS. KORNBLAU:  Objection.  Misstates testimony.
11         THE WITNESS:  I could see the back side of this
12    left hand, over the shoulder.
13    BY MR. PACKER:
14         Q    You are showing us the -- your left hand.  It
15    appears your hand is open so that your palm would be
16    facing away from somebody behind you; is that right?
17         A    The palm was facing away.  I could see the back
18    side of the palm -- back side of the hand.  I couldn't
19    tell if it was open or closed, or what.  I could see the
20    back side.
21         Q    Could you see anything in the left hand?
22         A    I couldn't see anything at all.  Just the back
23    side of the hand.
24         Q    So you could not, for example, see whether
25    there was a weapon in that hand?

Deposition Of Officer Brett Maynard

1    A    At the time as he's running, I couldn't judge
2  whether there was or there was not.
3    Q    Okay.  And with respect to the right hand, you
4  told us you could not see the right hand?
5    A    I don't believe so, no.  It's the -- it's my
6  recollection that both hands came upwards towards his
7  chest, not extended, like in a surrender, but just up
8  towards the chest area.
9         That's just based on kind of the back, seeing
10  the body movement, and that left hand.
11    Q    You said earlier, you used the phrase, "Oddly
12  enough," he raised his hands.
13         Did you say that because this indicated some
14  measure of compliance from a man that had otherwise been
15  noncompliant?
16    MS. KORNBLAU:  Objection.  May misstate testimony.
17         Go ahead.
18    THE WITNESS:  To me, it was odd because all of his
19  actions were contrary to what a normal person would do
20  if they are obeying lawful commands and surrendering or
21  allowing themselves to be taken into custody.  His -- to
22  me, his action made sense that -- I was running towards
23  him, multiple officers were, and I felt that maybe he
24  was just trying to buy some time.  I can't talk about
25  his state of mind, but that's -- it just felt in

Deposition Of Officer Brett Maynard

1   furtherance of trying not to be taken into custody.

2   BY MR. PACKER:

3       Q    Let me ask a more specific question:

4            In your mind, did Mr. -- did the individual you

5   later identified as Mr. Barnhill, raising his hands when

6   you said, "Show us your hands," represent compliance

7   with that command at that moment, when he raised his

8   hands?

9       MS. KORNBLAU:  Objection.  Calls for speculation.

10      THE WITNESS:  The question, itself, makes me feel

11  like it's a split frame moment of trying to gauge what's

12  going on at a very, very tiny window.

13  BY MR. PACKER:

14      Q    I understand that.  I'm trying to understand

15  what was in your mind at the time of the pursuit.  I'm

16  not trying to talk about now, when we look at it in a

17  split frame type of analysis.

18           At the time when you gave the command and he

19  raised his hands, did that indicate to you compliance

20  with the command?

21      MS. KORNBLAU:  Objection.  Asked and answered.  He

22  was answering it.

23           Go ahead.

24      THE WITNESS:  Sorry.  No.  Ultimately, the totality

25  of his actions in that moment continued to disregard

Deposition Of Officer Brett Maynard

1  lawful commands and continue to flee away from us.

2          Maybe perhaps what I've been alluding at is,

3  upon watching my own body camera and typing out the

4  report, that's when I thought it was odd because I could

5  see it in second-by-second, hitting "pause," and "play,"

6  "pause," and "play."

7          In the moment, he was just continuing to flee.

8  I don't recall an exact thought about -- well, I recall

9  him continuing to flee.  And I recall me thinking, "I'm

10  going to have to continue to chase this person because

11  he's refusing to surrender, refusing to stop and obey

12  lawful commands."

13  BY MR. PACKER:

14      Q    At any time, did he stop?

15      A    No, sir.

16      Q    At any time, did you come into contact with

17  him?

18      A    Yes, sir, I did.

19      Q    Did that include physical contact?

20      A    Yes, it did.

21      Q    What was the first physical contact that you

22  had with this individual that we later identified, or

23  you later identified, as Mr. Barnhill?

24      A    The very first moment of physical contact would

25  be me arriving at where Mr. Barnhill was.  He was at the

Deposition Of Officer Brett Maynard

1    front door of the residence.  In that split second

2    moment, I could see he had a ring of keys in his hand

3    and he was reaching towards the front doorknob.  I don't

4    know if he was touching it or not.

5            My immediate thoughts, again -- I didn't know

6    it was his address or the victim's address.  I just saw

7    he was trying to gain entry into this house.  I don't

8    know why.  I can make what I feel are reasonable

9    assumptions as to why, and my immediate thought was, "I

10   don't know whose house this is.  Are there innocent

11   people inside?  Is he trying to take a hostage by going

12   to this random house?"

13           I was worried that he still had access to a

14   firearm that was either on his person or he was running

15   to gain access to a firearm.  How this house was in

16   play, I didn't know, but could there be more weapons

17   inside?  That was a factor.  My last thought was, just,

18   "If I don't immediately collect him in this time, this

19   is going to turn into a barricaded" -- could be a

20   barricade with a hostage or barricaded situation with an

21   armed suspect, or "reported to be armed suspect," who

22   already just, in the initial statement from the victim

23   over the phone, is potentially a victim [sic] of three

24   different or four different felonies.  So it was kind of

25   a maximum police incident the time.

Deposition Of Officer Brett Maynard

1       Q     Had you, in your time as a patrol officer with
2   the Hemet Police Department, prior to April 29th, 2022,
3   experienced a situation where somebody was chased on
4   foot and then took a hostage in their home?
5       A     Personally, no.  However -- and I can't point
6   to a definitive video.  I've seen probably thousands of
7   videos during my short time as a police officer.  But I
8   was already aware that persons, who, in my
9   understanding, generally run from the police or flee
10  from the police, only have a few options left.  And the
11  most immediate options, that would be life-threatening,
12  or something that I could prevent as an officer would be
13  potentially those things.
14           And so my thought process of, "Okay, these are
15  the things that make the most sense to me that he could
16  be going after.  Ultimately, I need to stop those from
17  happening.  I'm here now, still trying to apprehend him.
18  I need to make sure he don't get inside that door."
19  Because the end results of those possibilities is
20  possible loss of life, injuries to myself or other
21  people, and prolonged incidents trying to take him into
22  custody.  It has already been prolonged, by his flight
23  and the pursuit.  This is only going to continue until
24  he was taken into custody.
25      Q     Okay.  So to unpack that a little bit, is it

Deposition Of Officer Brett Maynard

```
 1  fair to say, you had never, yourself, experienced
 2  someone barricading themselves in their house after a
 3  foot pursuit; is that right?
 4      A    I don't recall at this time.
 5      Q    Okay.  But you do recall seeing videos where
 6  that happened; is that right?
 7      A    I recall being made aware there is a
 8  possibility of an armed subject potentially taking a
 9  hostage, if there is no police intervention.  That was
10  my understanding.
11      Q    So in this case, you did make physical contact.
12           Is it fair to call that "police intervention"?
13      A    My actions during the incident were effectively
14  some type of police intervention, I would say so.
15      Q    You told us you came into contact with -- I'm
16  going to call him "Mr. Barnhill," rather than saying,
17  "The individual later identified as Mr. Barnhill"; is
18  that fair?
19      MS. KORNBLAU:  Objection.  It may misstate his
20  testimony.
21  BY MR. PACKER:
22      Q    Okay.  I will call him "The individual later
23  identified as Mr. Barnhill."
24           When you made contact with him at the front
25  door of the house, you said that he appeared to have
```

Deposition Of Officer Brett Maynard

1   keys in his hand; is that right?

2       MS. KORNBLAU:  Objection.  May misstate testimony

3   regarding when Mr. Barnhill was identified by

4   Officer Maynard.

5       THE WITNESS:  During that time, I did observe -- I

6   believed there were keys in his hand.

7   BY MR. PACKER:

8       Q    At this point, then, could you see both of this

9   individual's hands?

10      A    I don't recall.  It was a very, very quick

11  split second.

12      Q    Do you recall seeing a weapon in their hands?

13           Do you have that specific recollection?

14      A    The keys in my mind were -- there was a bunch

15  of keys there, a small metal object.  They can be sharp.

16  I regarded the keys as a potential deadly weapon as

17  well.  It depends on how someone uses them against

18  another person.

19      Q    Let me specifically ask:

20           Did you see a gun in Mr. -- in this

21  individual's right hand?

22      A    I did not.

23      Q    Did you see a gun in this individual's left

24  hand?

25      A    I don't recall what his left hand was doing

Deposition Of Officer Brett Maynard

1    during this.

2        Q    Do you recall seeing a knife in this
3    individual's right hand?

4        A    I do not.

5        Q    To your knowledge, was there ever a gun found
6    outside of the home where you made physical contact with
7    this individual?

8        A    I did not conduct any sort of investigation to
9    the outside of the home.  Upon his apprehension, I was
10    immediately en route to go speak with the victim.

11            So I'm aware of multiple firearms being found.
12    At least one of them was within access of Mr. Barnhill.
13    However, I don't have a specific recollection to one
14    being outside the home.

15        Q    Okay.  So when you say, "within immediate
16    access," you mean, inside the home?

17        A    Yes.  Multiple firearms were found inside the
18    home.

19        Q    But, again, the physical contact you had with
20    this individual occurred outside the home, right?

21        A    That is correct.

22        Q    What was the nature of your physical contact
23    with this individual outside the home?

24        A    Well --

25        MS. KORNBLAU:  Objection.  Calls for a narrative.

Deposition Of Officer Brett Maynard

```
 1           Go ahead.
 2       THE WITNESS:  What was the nature of my -- the
 3   nature?  I had to complete an apprehension.
 4   Mr. Barnhill continued to flee from us, armed, clothed,
 5   uniformed police officers, with our lights and sirens,
 6   for multiple miles throughout the city.  He continued to
 7   flee on foot at the conclusion of -- jumping out from
 8   the vehicle.  And so myself, and a couple of other
 9   officers had to physically take him into custody over
10   the top of his resistance and continued resistance
11   during that time, as well.
12   BY MR. PACKER:
13       Q    Okay.  Did you tackle Mr. Barnhill?  Was that
14   the first physical contact you had with him?
15       A    I recall -- from review of my report, I recall
16   using the word, "tackle."  However, with a probably
17   clearer mind now, I thought it would be the best word to
18   use at the time, and I wouldn't use it again, now.  I
19   can explain.  That's up to you.
20       Q    Let me ask you this:
21           At the time you wrote that report, when the
22   events were fresh in your mind, you used the word,
23   "tackle":  Is that fair to say?
24       A    I did write that word down.  However, I don't
25   believe it's an accurate representation, as I sit here
```

Deposition Of Officer Brett Maynard

1   now.
2        Q    Is that based on your further review of the
3   video, in part?
4        MS. KORNBLAU:  Go ahead.  Vague and ambiguous.
5        THE WITNESS:  My understanding of the use of that
6   word and my actions during that time, I believe I was
7   trying to give the best possible interpretation.
8   Mainly, because, as I was running, I had my firearm out.
9   Again, he was an alleged felony suspect, multiple
10  felonies, violent, against someone who he is supposed to
11  be the most close to.  And the continued understanding
12  and information we were getting was that he was in
13  possession of a firearm.
14          I'm chasing him and giving him commands.  He is
15  continuing to flee.  My mind goes to, "He is trying to
16  go inside the house.  We can't let that happen."  And
17  then, as I get to him, I couldn't put my gun away fast
18  enough.  I was going hands-on, because I knew it was a
19  close proximity environment.  Mr. Barnhill is vastly
20  bigger than I am.  I was worried that the close
21  proximity of me with my lethal weapon might introduce my
22  weapon as a potential weapon against me, even.
23          So when I used the word "tackle," in the best
24  way I could describe it, I used my left shoulder to
25  forcefully push Mr. Barnhill away from the front door.

Deposition Of Officer Brett Maynard

```
 1   But my description of a "tackle," is not something that
 2   I would -- the word "tackle," to me, it's America, we
 3   talk about football and a nice both-arm tackle, where
 4   you kind of gain control of someone during that time, to
 5   take them where you need to.  I didn't get that
 6   opportunity.  I had to use my left shoulder to push him
 7   away from the door and still try to holster my firearm.
 8   My hands were putting that gun away and not able to
 9   collect him, or maintain any sort of control on him.
10   BY MR. PACKER:
11       Q    Okay.  Did you holster the firearm?
12       A    Yes.
13       Q    So in this physical act of driving your
14   shoulder into Mr. Barnhill, did he fall to the ground?
15       A    No.
16       Q    What happened?
17       A    Mr. Barnhill went away from the door, kind of
18   stumbled backwards.  Then I was able to holster my
19   firearm, and try to reengage with my hands now, in
20   collecting an arm.  At that time, I was closest to his
21   right arm.  So my hands were trying to grab that right
22   wrist.
23           He now, or then, had become seated in a chair
24   that was on the -- like, a lawn chair, or patio chair,
25   on the deck, or on the patio.
```

Deposition Of Officer Brett Maynard

1      Q    We keep discussing your role.

2           Were there other officers present on the front

3    porch as you made contact with your shoulder to

4    Mr. Barnhill?

5      A    No.

6      Q    Sorry.  "To the individual later identified as

7    Mr. Barnhill"?

8      MS. KORNBLAU:  Objection.  May misstate testimony.

9           Go ahead.

10     THE WITNESS:  No, sir.  I was the first one to

11   reach Mr. Barnhill while he was trying to enter the

12   residence.  It wasn't until he had stumbled backward

13   against the chair and I was able to holster my firearm,

14   that multiple additional officers were able to get

15   closer, essentially.

16   BY MR. PACKER:

17     Q    How much time passed between when you made

18   contact with this individual with your shoulder, and the

19   other officers arrived?

20     A    I'm not sure.  It was very, very quick.

21     Q    Who were those other officers?

22     A    I recall initially Officer Aguila, and then

23   followed by Officer Bishop.  Ultimately, in order to get

24   Mr. Barnhill in handcuffs, a fourth officer had to

25   assist us.  That was Corporal Klinzing.

Deposition Of Officer Brett Maynard

1    Q    So at the time this individual is seated in the
2  chair, after you made contact with them with your
3  shoulder, there are now three officers on the porch; is
4  that fair to say?
5    A    Just to be factual, I recall Officer Aguila
6  standing on the concrete of the porch, but I don't think
7  Officer Bishop had made it onto the patio.  He was
8  further back.
9    Q    At what point does Officer Bishop make it onto
10  the patio?
11    A    I'm not sure.  I was focused on trying to
12  collect that arm from Mr. Barnhill.
13    Q    While you were trying to collect the arm from
14  Mr. Barnhill, does he remain in the chair?
15    A    No.  I tried to collect the right arm.  He kept
16  rotating his wrist out, flailing the arms, easily
17  breaking my grasp on it, to where I had not gained any
18  control on him.
19       At the same time as he rotated his wrist out of
20  my hand, he adjusted himself, and then leaned back and
21  brought his legs out, which ended up striking me in the
22  chest, with his right knee.
23       So while I still didn't have control of him, he
24  had just assaulted me.  So after that point, I still
25  recall trying to grab for that arm.  But now my

Deposition Of Officer Brett Maynard

1    understanding of his actions had changed, he was no

2    longer this -- just a violent fleeing felon.  Now he is

3    assaultive and had all -- the investigation of these

4    crimes had not being concluded, and he is potentially

5    still armed.

6            So he had stepped it up.  Now he assaulted me.

7    I'm the first one there.  I'm the first one trying to

8    take him into custody, ultimately with my hands, because

9    his continued flight brought us there.  Yeah.  Then he

10   struck me, and I continued trying to grab that hand.

11        Q    Where did he strike you?

12        A    In the chest area of my vest.

13        Q    Did you give any commands at this point?

14        A    I recall multiple times telling him to get on

15   the ground now.  And I'm sure there were multiple

16   expletives, that I put in my report as well.  I remember

17   giving him commands to get on the ground.  Maybe, "Show

18   me your hands," while I was still trying to fight for

19   that right hand that he was still flailing about in the

20   air.

21        Q    Did you use any force to try to gain compliance

22   with your commands at the point after he kneed you in

23   the chest?

24        A    Yes.  After his knee in the chest, and kind of

25   the understanding changed, now I wanted him to still

Deposition Of Officer Brett Maynard

1   follow the commands given.  But up to that point, he had

2   not listened to any commands or chose to obey any

3   commands in a manner that is telling me he is trying to

4   surrender or be taken into custody.

5        So I remember reaching out with either my right

6   or left hand and at least just getting -- touching his

7   right hand and I punched him in the face, I believe,

8   with my right hand, closed fist.

9        Q    After you punched him in the face, what was the

10  response from this individual?

11       A    It didn't seem to phase him at all.  Like I

12  said, Mr. Barnhill is six-foot-three, I believe, and

13  over 250 pounds.  At the time, I was -- I'm still

14  five-eight and under 160 pounds.  My strike didn't seem

15  to have an effect on him at all.  He was still flailing

16  his arms around and had not made any motion to follow

17  commands, such as, "Get on the ground."

18       Q    Do you recall writing in your report, "I

19  punched him in the front of the face with a closed right

20  fist in an effort to distract him from reaching towards

21  his clothing.  This was effective"?

22       A    I found it.  Yes.  Oh, okay.  So, yeah.  I do

23  recall stating that.  I had it backwards.

24       Q    The strike to the face was, at least to some

25  extent, at the time you wrote this report, in your mind,

Deposition Of Officer Brett Maynard

```
 1    effective?
 2        A    Yes.  When I say, "effective," it was in
 3    response to him -- it was during that process of him
 4    kneeing me.  Like I said, he slid back.  He rotated his
 5    arms out to where I couldn't get ahold of that wrist,
 6    and brought them close to his body, down where the
 7    jacket pocket and waistline is.
 8            In my training and experience, I know and have
 9    contacted people multiple times, who we were told have
10    concealed firearms and find out they do have firearms or
11    knives or shanks, or whatever else, a deadly weapon, in
12    that space.  Not only were we told he potentially  has
13    it and has access to it and used it before, but then he
14    immediately, upon the first physical sight of him
15    exiting the car, he drops his hands to that area.  And I
16    was giving the command to show me his hands.
17            My understanding was, he did have a potentially
18    lethal weapon of any type, and it was still concealed
19    under there.  His motion of getting my hand off him,
20    leaning back and striking me in the chest, was gaining
21    him distance, as he brought his hands down lower towards
22    that pocket.
23            As quick as I could step forward again, and now
24    trying to distract him from either reaching inside or
25    getting under, and accessing whatever it was that he
```

Deposition Of Officer Brett Maynard

1   had.  So, yes, when I said it was "effective," that one

2   punch was enough to bring his hand -- at least his right

3   hand, back up.  My understanding was potentially to

4   block any other strike.  So it was effective to me to

5   get him away from where I believed the deadly weapon

6   was.

7       Q    To be clear, there was no deadly weapon found

8   anywhere on him, right?

9       A    Ultimately, the officers on-scene conducted a

10  search.  I don't believe they found anything.  Like I

11  said, I had already seen those keys in his hands that

12  could have been used.  I don't know where those went.

13  This happened very quickly.  He had not been searched at

14  that point.

15       So the actions up until that point were still

16  with the understanding that he possessed it.

17      Q    But your understanding now is, nothing was

18  found, right?

19      A    As I sit here today, it doesn't appear he had a

20  firearm on his person.

21      Q    Okay.  And no knife on his person, right?

22      A    As far as I know.

23      Q    And at the time you struck him in the face, the

24  keys were no longer in his hands, right?

25      A    Like I said --

Deposition Of Officer Brett Maynard

```
1        MS. KORNBLAU:  Objection.  Misstates testimony.
2             Go ahead.
3        THE WITNESS:  Like I said, I don't know what
4   happened to the keys at that time.  I was just seeing
5   what his actions were and having to respond to it.  He
6   held the power factor since he was not cooperating and
7   not complying with directions.
8        MR. PACKER:  Is it convenient to take ten minutes
9   now?  I'm getting text messages from my son, trying to
10  figure out who is picking him up from school.
11       MS. KORNBLAU:  Sure.
12       MR. PACKER:  It's 2:32.  So maybe 2:42?  Thank
13  you.
14            (Brief recess.)
15  BY MR. PACKER:
16       Q    Thank you guys for that allowance.
17            We were talking, when we left, about -- well,
18  let me back up just a little bit to give us some
19  context:
20            We talked about how there was a strike to the
21  face.  You struck this individual in the face, right?
22       A    Yes.  We talked about that, right after he
23  struck me in the chest with his knee.
24       Q    Right.
25            And at this point, was it after you struck the
```

Deposition Of Officer Brett Maynard

1    individual in the face that you noticed Officer Bishop
2    had joined the incident?
3        A    I don't think I could put a direct moment on
4    it.  Since I was so kind of focused on what his hands
5    were doing, especially the right hand that I was
6    attempting to get control of.  I think my understanding
7    of when he came into the environment was better from
8    watching the video, not necessarily at the moment.
9        Q    What you do recall seeing is Dr. Aguila arrive
10   when this individual was still seated in the chair; is
11   that right?
12       A    Yeah.  While he was in the chair.  I don't know
13   about "seated."  But while he was in the chair.  I
14   recall my attention was now on that right hand with
15   respect to -- I was paying attention to the right hand,
16   and I understood that Officer Aguila might be trying on
17   the left hand.  But that was on him.
18            So, yeah, that would be the moment, I guess,
19   where I felt like I had an additional officer with me.
20       Q    Okay.  And at that point, you believed it to be
21   just one additional officer?
22       A    I don't know if that went through my mind.  I
23   apologize.
24       Q    That's okay.
25            At some point, you did hear a taser being

Deposition Of Officer Brett Maynard

1    deployed; is that right?

2       A    I don't know if I heard a taser being deployed.

3    I recall hearing announcements for a taser.  We like to

4    say something along the lines of "Taser, taser, taser."

5            I recall hearing the word multiple times.  I

6    think that's about it.

7       Q    Do you recall who said those words?

8       A    Ultimately, I do, because I've been able to

9    watch my body cam and see who said it.  In the moment, I

10   was still trying to collect that right arm and gain

11   compliance of some type.

12      Q    In the moment, did you believe that to be an

13   officer, other than you, and, Aguila, saying, "Taser,

14   taser"?

15      A    It's definitely other than me.  Ultimately, I

16   know Officer Bishop was using a taser, or attempting to

17   use a taser.  That's just after reviewing the video and

18   everything else.

19      Q    When you say Officer Bishop was using a taser,

20   is it your understanding he was using it in the way it

21   was intended, in other words, to deploy the prongs in an

22   attempt to immobilize the individual?

23      A    My ultimate understanding is, that,

24   Officer Bishop was trying to utilize the taser, and that

25   would be in probe mode.

Deposition Of Officer Brett Maynard

1      Q     Did you, at the time you were struggling with
2   this individual, see Officer Bishop use the taser in a
3   different manner?  In other words, to strike this
4   individual?
5      A     No.
6      Q     So let me just clarify then:
7            You didn't specifically see the taser used in
8   probe mode; is that right?
9      A     I recall there being an attempt to use it in
10  probe mode, where I believe the darts made contact with
11  Mr. Barnhill.  I don't know to what extent.
12           Ultimately, I know in the moment, they did not
13  work effectively as we are trained to have them work
14  because Mr. Barnhill was still able to very deliberately
15  move his arms around.  And when I have taken a taser, I
16  was unable to use my arms at all.  I wasn't able to move
17  any part of my body, other than to fall on my face.
18           When I knew there was a taser being deployed,
19  and Mr. Barnhill is still deliberately rotating his
20  wrist around and moving that hand back and forth to get
21  my hands off that right wrist, my understanding is,
22  that, "Okay, this is not working.  How to move forward
23  from here?"
24     Q     Did you strike this individual?  Other than the
25  strike you described to the face, were there any other

Deposition Of Officer Brett Maynard

```
1    strikes that you delivered to this individual?
2        A    Ultimately, yes, sir.
3        Q    What are those?
4        A    I delivered one strike, this is after he had
5    now -- Mr. Barnhill, had now become assaultive.  So
6    there was the assault on me with his knee, the
7    distraction blow by me with my right hand to his face to
8    get those hands away from his -- the area where I
9    believed there was going to be a weapon.  Following a
10   taser deployment that was ineffective and Mr. Barnhill
11   was still uncooperative and violently resisting.  I was
12   able to work together with Officer Aguila to essentially
13   pull Mr. Barnhill out of the chair and somewhat down to
14   the ground.  That just really means, we were making
15   contact with the ground.  Mr. Barnhill was truly trying
16   to push himself off the ground, again, pull that arm
17   away from me.  I was saying, multiple times, "Put your
18   hands behind your back."  He was never doing that.
19                Mr. Barnhill continued to use that
20   right arm that I was trying to focus on, and that was
21   the side of the body I was on, to reach down underneath
22   him, his body, and reach towards his right front
23   waistband area, or the jacket pocket.  They were both
24   kind of in the same spot.
25                So while I'm still trying to -- even trying to
```

Deposition Of Officer Brett Maynard

```
 1    grab the arm, I still don't have control over it, he is
 2    rotating his wrist out, deliberately, outside of my
 3    thumbs, to where I just couldn't get a firm grasp on it.
 4             I was extremely worried that the continued
 5    times of reaching towards that waistband, not just once,
 6    not just twice, this is, like, the fourth or fifth time
 7    that he is making a direct intention to go down there,
 8    my only thought was that he had a gun.
 9             So not being able to gain control over and
10    prevent him from accessing the gun, I had to switch my
11    body position, look for, essentially, a target to
12    distract him, and the only available target that I had,
13    based on his body position and how he was keeping those
14    arms away from us, and reaching, was the face.
15             So I used the quickest most effective thing I
16    could think of, which was a right knee strike to the
17    right side of his face.
18      Q    Do you recall where on the right side of his
19    face you struck him with your knee?
20      A    Not directly, or maybe not specifically.  I
21    could just see more the front of a face instead of,
22    like, the back side.  And then one knee strike, I'm
23    assessing the moment.  And again, just like how, before,
24    I'm assessing to see if that one face strike had
25    distracted him or done what I wanted it to accomplish,
```

Deposition Of Officer Brett Maynard

1    by getting his hands away from where I felt the gun was,

2    the same thing happened here.  One strike to the face,

3    and he brought that hand away from that waistband and

4    was now using that right hand to now protect his face

5    again.

6            So now I'm back on the hand.  This time, with

7    it being out from under the body more, I believe that

8    was the time I was able to get more firm control over it

9    and get two hands, and then try to -- again, he is 250

10   pounds, quite a bit taller than me.  I'm easily less --

11   more than 100 pounds lighter than him.  I'm using my

12   entire body weight to trying to pull the hand away from

13   the face area and back down, essentially, towards the

14   middle of his back.  I never even got there.  He -- he

15   is stronger.  He circumvented me trying to take it to

16   his back.  He went for the waistband again.

17           I continued to try to dig for that, until

18   another officer, the fourth officer, Corporal Klinzing,

19   was able to get on the scene, and help us bring both

20   hands to the middle of his back, and ultimately, I

21   handcuffed him.

22       Q    You were the one that handcuffed him?

23       A    Yes, sir.

24       Q    I heard there was one additional knee strike

25   you delivered to Mr. Barnhill's face; is that right?

Deposition Of Officer Brett Maynard

```
 1        A     Yes, sir.
 2        Q     As you recall, there were no further strikes
 3   that you delivered to this individual?
 4        A     That's my recollection, sir.
 5        Q     After you struck this individual with your knee
 6   to the right side of their face, did you see blood?
 7        A     No, sir.
 8        Q     You told us that at some point, Corporal
 9   Klinzing joined you, Officer Aguila and Officer Bishop;
10   is that right?
11        A     That's correct.
12        Q     Do you recall where each person was standing or
13   kneeling in relation to Mr. Barnhill?  Maybe if we can
14   move counterclockwise from left to right, if you could
15   orient us as to who was standing where?
16        A     I just have a few questions for you:
17              So my left, or Mr. Barnhill's left or --
18        Q     Let me ask you this:
19              Were you the individual -- why don't you
20   describe for us where everybody was.  I will let you
21   give the landmarks, if that makes sense.
22        A     To the best of my recollection, I would be --
23   well, Mr. Barnhill was in a semiprone position.  So he
24   would be face towards the ground, at multiple times, up
25   on his knees and trying to do a pushup, and at other
```

Deposition Of Officer Brett Maynard

1  times, the hands tucked under him, to where he was on

2  his knees but the shoulders were down.  That was his

3  position.

4        I would be on his right arm side, and looking

5  down his body, down his flank, towards that right leg

6  and the waistband, with my hands in front of me, trying

7  to get the arm, where he kept reaching towards the

8  waistband.  I could see Officer Aguila to the leg side

9  [sic].  I don't believe he was on my side, but I don't

10  know if he was directly behind the legs or more on

11  Barnhill's left side.  I couldn't make out what he was

12  doing at any point, other than, at the very end, seeing

13  that he has the other hand.

14        At that moment, Corporal Klinzing comes in and

15  comes in the middle of the legs, and I remember him

16  reaching with his right hand to assist me bringing the

17  hand towards the middle of the back, so he was facing

18  towards the torso area.

19        At that time, I couldn't see where

20  Officer Bishop had gone.  My assumption, maybe based off

21  the way he came down, was, that he went somewhere behind

22  me.  But I couldn't tell.

23     Q    Okay.  So your best recollection is that you

24  were closest to the right side of Mr. Barnhill, right?

25     A    Yes.  I was towards his right arm.

Deposition Of Officer Brett Maynard

1      Q    And then, Corporal Klinzing was, as we move in
2  a clockwise fashion, the next in order, as you recall,
3  immediately to your left?
4      A    Corporal Klinzing was between the legs.  If we
5  are moving clockwise, based off me, then I believe he
6  would be, yes, in front of me, that way.
7      Q    Okay.  And then next to him would be
8  Officer Aguila; is that right?
9      A    I believe that would be the next person in
10  line.  Then the house is right up against us,
11  essentially.
12      Q    And you don't recall where Officer Bishop was?
13      A    I've been able to review some body-worn footage
14  to see ultimately that he was kind of standing over and
15  behind me.  But I -- again, I don't know what else, you
16  know, or where exactly.  If that meant he was closer
17  towards the wall by Mr. Barnhill's head or behind me or
18  the shoulder area, I don't know.
19      Q    Understood.
20          I'm going to share my screen and look at some
21  of this video to see if you can identify the people for
22  us.  First, I'm going to show you what I believe to be
23  your body-worn camera, just so I'm clear it is, in fact,
24  yours.
25          THE COURT REPORTER:  Just so you know, Counsel, I

Deposition Of Officer Brett Maynard

1   don't transcribe videotapes.  It will just show, "Video
2   clip played."
3       MR. PACKER:  That's fine.  I will stipulate to
4   that.
5       MS. KORNBLAU:  Yes.
6   BY MR. PACKER:
7       Q    Can you see my screen?
8       A    It says it started.  Okay.
9       Q    It has.  I'm sorry.  I will take it back to the
10  beginning.
11          Do you see where the video is marked all
12  zeroes, five zeroes, in the lower left-hand corner?
13      A    I do.
14      Q    I'm going to push, "Play," initially, so you
15  can identify this is, in fact, your video.
16      A    Okay.
17      Q    Then I will ask to have this marked as
18  Exhibit 1 to this deposition.
19          (Whereupon, the file referred to was
20      marked by the Certified Shorthand Reporter as
21      Plaintiff's Exhibit 1 for identification and
22      is hereto annexed.)
23          (Whereupon, a video clip was played.)
24  BY MR. PACKER:
25      Q    Once you can identify it as yours, you can feel

Deposition Of Officer Brett Maynard

```
1   free to stop us.
2       A    I would like to hear the voices.
3       Q    I think it comes on after 30 seconds, if I
4   recall if correctly.
5            (Whereupon, a video clip was played.)
6   BY MR. PACKER:
7       Q    Does that appear to be your video?
8       A    Yes, sir.
9       Q    To be clear, Exhibit 1, you have identified as
10  your body-worn camera video from April 29th of 2022?
11      A    Yes, sir.
12      Q    All right.  I want to now show you a portion of
13  that video.
14           (Whereupon, a video clip was played.)
15  BY MR. PACKER:
16      Q    I stopped that video at two minutes, 37
17  seconds, and I will push, "Play."
18           (Whereupon, a video clip was played.)
19  BY MR. PACKER:
20      Q    I am pausing the video at two minutes, 47
21  seconds.
22           Are you the individual in Exhibit 1, who
23  initially makes contact with Officer Barnhill [sic]?
24      A    "Officer Barnhill"?
25      Q    I'm sorry.  With "Mr. Barnhill."
```

Deposition Of Officer Brett Maynard

1      A    I believe so, yes, based on this video.

2      Q    I will continue to push, "Play," and see if you

3  can identify where people are standing, based on the

4  video.

5           (Whereupon, a video clip was played.)

6  BY MR. PACKER:

7      Q    The individual in the back holding the taser,

8  can you identify who that is?

9      A    I believe that's Officer Bishop.

10     Q    And that individual appears at 2:49, of Exhibit

11  1.

12          Would you agree with that?

13     A    Yes, sir.

14     Q    The individual we see at -- I will take us back

15  to 2:50.

16          Can you identify who that individual is?

17     A    Yes.  I believe that's Officer Aguila.

18          (Whereupon, a video clip was played.)

19  BY MR. PACKER:

20     Q    Can you identify where you are at this point,

21  at 2:54 of the video?

22     A    It appears I have got my back to the wall in

23  the corner of that patio, so two walls, essentially.

24  And then it looks like Mr. Barnhill is grabbing my hand,

25  my right hand, at the time.

Deposition Of Officer Brett Maynard

```
 1      Q    I will push, "Play," again.
 2           (Whereupon, a video clip was played.)
 3  BY MR. PACKER:
 4      Q    At this point is when you are giving commands
 5  to get on the ground, starting at about 2:57.
 6           Would you say that's fair?  I can play it
 7  again, if you need.
 8      A    I know, multiple times, I was saying, "Get on
 9  the ground."  Obviously, there is no sound there, so I
10  don't know for sure.
11      Q    I will play it through from 2:53.
12           (Whereupon, a video clip was played.)
13  BY MR. PACKER:
14      Q    Is that your voice, screaming, "Get the,"
15  expletive, "on the ground"?
16      MS. KORNBLAU:  I can't hear anything on my end.
17      MR. PACKER:  You can't?  That's not going to work
18  then.  Bear with me for a second.
19      MS. KORNBLAU:  The video is a little bit jumpy.  I
20  don't know if it's a lag going on.  That's a
21  possibility.
22  BY MR. PACKER:
23      Q    Let me push, "Play," again, and see if that's
24  helping at all.
25           (Whereupon, a video clip was played.)
```

Deposition Of Officer Brett Maynard

```
1    BY MR. PACKER:
2        Q    Can you hear that better?
3        A    Zero sound, sir.
4        Q    What we are going to do is go off visual for
5    now.
6             I'm pushing "Play," at 2:54.
7             (Whereupon, a video clip was played.)
8    BY MR. PACKER:
9        Q    At this point, at 2:59 of Exhibit 1, are those
10   your hands on this individual's right hand?
11       A    Yes.  I see my left hand, and what I believe is
12   my right hand.
13       Q    And this is the point at which you are
14   describing attempting to get control of his hands?
15       A    I believe it's -- well, "point," I think, is a
16   vague word.  "Point in time."
17            From the time that he went backwards in the
18   chair and struck me in the chest, from that point, even
19   forward, I was trying to get his hands the rest of the
20   time.
21            This is one of the points where I was trying to
22   get his hands.
23       Q    I understand.
24            I'm going to play the video back.  I'm going to
25   rewind and see if you can identify the point where this
```

Deposition Of Officer Brett Maynard

 1    individual strikes you in the chest with their knee.

 2          Okay?

 3      A    Okay.

 4      Q    Is this a sufficient time to start, do you

 5    think, at 2:40?

 6      A    It seems like it's before the contact.  So

 7    sure.

 8          (Whereupon, a video clip was played.)

 9      MS. KORNBLAU:  It's jumping around on my end.  It's

10    not smooth.

11      THE WITNESS:  Yeah.

12          I couldn't -- based on how it's playing, to me,

13    now, I couldn't see an -- the exact moment.  It seems

14    like it's jumping each second, more frames than how I

15    have played it back before.

16    BY MR. PACKER:

17      Q    In the version of Exhibit 1 that we are looking

18    at now, though, it's fair to say, you could not identify

19    when the knee strike occurred?

20      MS. KORNBLAU:  Objection.  Misstates his testimony.

21    Also, misstates the evidence.

22          We have already said that the video is jumping.

23    We can't see all of the incident in this video that you

24    are playing now.

25      THE WITNESS:  Yeah.  How it's replaying, to me,

Deposition Of Officer Brett Maynard

1    over this computer screen, is an inaccurate version of
2    how I'm able to review it through our evidence link.
3    It's jumping to where I can't see all the actions at the
4    time, or even all the actions as how I reviewed, to
5    document in my report.
6    BY MR. PACKER:
7        Q    Do you have the video you reviewed in front of
8    you?
9        A    I don't.  I could potentially bring it up.  But
10   it's -- it might take a second.
11       Q    Let me show you another officer's video.  I
12   will ask you if you reviewed it, and we can see if
13   there's less jumping in that video.
14            If there's not, maybe what we will do is ask to
15   go to your video.
16       MS. KORNBLAU:  Trent, I'm not sure he can play a
17   video.  He is not in his office, so I don't know that he
18   has access to it.  I'm pointing that out now.  I don't
19   want him logging on to somebody else's computer.
20       MR. PACKER:  I get it.
21       MS. KORNBLAU:  We don't have permission to access.
22   I want to avoid any issues.
23       MR. PACKER:  I understand.
24            I don't know if you have access to his video
25   that you could share on your screen and see if there is

Deposition Of Officer Brett Maynard

1   less of a jumping problem.

2   BY MR. PACKER:

3       Q    Let me do this first:

4            Let me do another video and ask if you have

5   seen it and see if it has the same problems.

6            (Whereupon, a video clip was played.)

7   BY MR. PACKER:

8       Q    Have you seen this video before, or have you

9   not seen enough of it to know yet?

10      A    I have an assumption, but I don't want to say

11  for sure.

12      Q    I can continue to play it.  If you believe

13  there is -- if I were to show you the end of pursuit,

14  that might help refresh your recollection.  I can go to

15  that point as well.  You tell me what would best for

16  you.

17      A    Perhaps, like, yeah, seeing a moment where I

18  can see multiple officers, it will tell me whose this

19  is, outside of it being named, just to be fair.

20      Q    That's fair.

21           I'm stopping be at 2:19.  I will push, "Play."

22  I will let it play for about ten seconds, to confirm

23  whether or not it's jumping.

24           Okay?

25      A    Okay.

Deposition Of Officer Brett Maynard

```
 1           (Whereupon, a video clip was played.)
 2    BY MR. PACKER:
 3        Q    Are you guys having the same problem with the
 4    jumping of the video, or is this clearer?
 5        A    It's still going clip by clip by clip.  It's
 6    not smooth.
 7             As far as your question with whose video I
 8    believe this is, I believe this would be
 9    Officer Aguila's, because I can see what I think is
10    myself and Officer Bishop.
11        Q    I will mark this as Exhibit 2.
12             (Whereupon, the file referred to was
13        marked by the Certified Shorthand Reporter as
14        Plaintiff's Exhibit 2 for identification and
15        is hereto annexed.)
16    BY MR. PACKER:
17        Q    On this freeze frame at 2:28, is this you
18    engaging with the individual on the front porch of 354
19    Gardenia?
20        A    Based on the totality, I believe it to be me.
21    This is very, very "click," in the moment, after I was
22    able to make initial contact and get him away from the
23    door.  Obviously, I haven't holstered my weapon yet,
24    which was my primary concern, now that we are in very
25    close proximity.
```

Deposition Of Officer Brett Maynard

1        Q    I will continue to play through.   What I am
2   going to do is, stop it when I believe that all the
3   officers have arrived, so you can identify where they
4   are for us.
5            Okay?
6        A    Okay.
7            ⟨Whereupon, a video clip was played.⟩
8   BY MR. PACKER:
9        Q    Do all the officers appear to be present now,
10  at 2:58, on Exhibit 2?   I will represent to you that we
11  can only see three in this frame, here.
12       A    I know it was jumpy and it's not smooth.   In
13  this freeze frame, and with my full knowledge of the
14  incident, up to today, I could see my name tag.   I know
15  that's me.   I believe I can see Corporal Klinzing's name
16  tag.   I believe that's him.   I said I believe we are
17  watching Officer Aguila's video.   So that would be him.
18  I believe the leg would be Officer Bishop.
19       Q    Now, in this frame, at 2:58, is it your left
20  hand that appears to have the individual's right hand in
21  their grasp?
22       A    The hand with the watch on it and the tattoo on
23  the ring finger, yes, that is my left hand.
24       Q    And in your mind, was the hand under control at
25  this point?

Deposition Of Officer Brett Maynard

1      A     No, sir.

2      Q     Why not?

3      A     Well, he's not in handcuffs.  Even during the

4    whole rest of the incident, up to then, every time I

5    would get a hand on it, or around the wrist, the hand,

6    or whatever, Mr. Barnhill was actively pulling that hand

7    away and rotating it out from my grasp.  So, no.

8          Until a physical device, such as handcuffs,

9    comes on, I do not declare or even understand that he's

10   under control.

11          As you saw earlier, he was grabbing my hand to

12   begin with, so I had no form or function of that hand at

13   all.  He is not under control here.

14      Q     Are you able to hear the audio on this?

15      A     So far, there has been no audio.

16      Q     At some point, you wrote in your report that

17   you yelled, "I've got his hands"; is that right?

18      A     I do remember writing that, yes, sir.

19      Q     Do you recall at what point you yelled, "I have

20   got his hands"?

21      A     In my recollection, that would have been after

22   this moment in time, where, once I had already blocked

23   that hand all the way forward -- so my understanding of

24   this moment, at 2:58, on this video, is, my right hand

25   is not on that wrist.  It's actually down lower.

Deposition Of Officer Brett Maynard

1          I don't remember exactly where it was in the
2    transition process, or whatever.  But I know it's not on
3    the wrist.  My left hand is around the fingers.  But
4    it's not under control.
5          So at some point, I recall having a firm
6    two-grasp [sic] on it and pushing it all the way to the
7    middle of the back, and Corporal Klinzing assisting me
8    in bringing the hands together.  Then I was able to kind
9    of disengage, collect a set of handcuffs and attach
10   them.
11       Q    Okay.  I'm sorry.  Are you done?
12       A    Yes.  It would have been after that restraint
13   and further taking the hand all the way to the middle of
14   the back.
15       Q    You believe it was after this moment that you
16   yelled, "I've got his hands," and we are at 2:57 of
17   Exhibit 2?
18       A    Yeah.  I felt it would have been after that
19   point.  I know we were looking at 2:58.  So this looks
20   like -- just prior to that, I still did not have control
21   of the hands.
22       Q    It is your recollection that you don't recall
23   saying, "I've got his hands," at the point we see at
24   2:57 of Exhibit 2?
25       A    No, yeah.  My recollection would be, it would

Deposition Of Officer Brett Maynard

1  be further towards the hands in the middle of the back.
2  So I believe it would have been after 2:58.
3      Q    Okay.  Bear with me a second.  I'm going to see
4  if I can do something to fix the sound.  I think we
5  established at the prior deposition, I'm not great at
6  this.
7      MS. KORNBLAU:  I could probably show my video, if
8  you want.
9      MR. PACKER:  If you could share your screen.  I
10  just want to get the audio and see if we can understand
11  the sequence.
12      MS. KORNBLAU:  Let me see if I can do it.
13  BY MR. PACKER:
14      Q    I honestly don't know what's happening.  I've
15  never had this problem using this same device before.
16  My apologies, Officer.
17          I will ask to mark this version of video as
18  Exhibit 3.
19          See if you can identify this as Officer
20  Aguila's video.
21      A    Okay.
22          This video now?
23      Q    This video now that your attorney is sharing
24  with us.
25      MR. PACKER:  If you could play it for him, Andrea.

Deposition Of Officer Brett Maynard

```
1      MS. KORNBLAU:  This is actually Officer Maynard's
2  video.  Do you want Aguila's?
3      MR. PACKER:  Do you have Aguila's?  The sequence
4  I'm interested in is Aguila's.
5          I appreciate you doing this, rather than
6  reconvening at a later date.
7      MS. KORNBLAU:  If you want to tell me where to stop
8  the video, just say, "Stop."  We will go from there.
9      MR. PACKER:  Not ideal, but I do appreciate it.
10 BY MR. PACKER:
11     Q   We are currently at -- I don't see a timestamp
12 there.
13     MS. KORNBLAU:  At the top.
14     MR. PACKER:  We will use the timestamp at the top.
15 I was using the video stamp.  Does it say, "2:20," on
16 the video app?
17     MS. KORNBLAU:  Yes.
18     MR. PACKER:  We are going to mark this as Exhibit
19 3.  I'm sorry, Ms. Court Reporter.  We will mark this as
20 Exhibit 3.  We will call it the "Aguila video, defense
21 version," for the record.
22          (Whereupon, the file referred to was
23      deemed marked by the Certified Shorthand Reporter
24      as Plaintiff's Exhibit 3 for identification and
25      was retained by counsel.)
```

Deposition Of Officer Brett Maynard

1    BY MR. PACKER:

2        Q    We will ask you, Officer Maynard, to confirm,

3    this does appear to be Officer Aguila's video?

4            (Whereupon, a video clip was played.)

5    BY MR. PACKER:

6        Q    It's completely jumping on my end now.  I can

7    see what you are saying.

8            Yours as well?

9        A    Same as mine, sir.

10           This appears to be the same video as before.  I

11   would call it Officer Aguila's video, but it is jumping

12   as well.

13       Q    Can you hear the audio?

14       A    Yes, I heard some audio.  Just with the jumping

15   of the frame, I hear noises with the jumping of the

16   audio.

17       Q    Thank you for trying.  Let me see if I can

18   figure out a different way.  This is the problem with

19   Zoom depositions sometimes.

20           I want to show you one other thing from

21   Exhibit 2, my version of Aguila's video.  Bear with me

22   for a second.

23           Can you see that video, which is 2?

24       A    Not yet.

25       Q    Try this again.

Deposition Of Officer Brett Maynard

```
 1          How about now?
 2    A     There is the video.
 3    Q     We are going to take it to 2:46.  I will play
 4  it through.
 5          (Whereupon, a video clip was played.)
 6  BY MR. PACKER:
 7    Q     I stopped it at 2:58.
 8          We talked earlier about how you did not believe
 9  that his hands were under control yet at this point; is
10  that fair?
11    A     If I hadn't said it up to that point, that's my
12  belief.  I don't believe I said it before this point.
13  Ultimately, whether I would have said that I had his
14  hands or not, he still is not under control.  He is not
15  in handcuffs.
16          Again, there are four officers there,
17  apparently, all having to work together to get this
18  violently resisting assaultive person to bring his hands
19  together and put him in handcuffs.
20    Q     To be clear, at 2:58 of Exhibit 2, does it
21  appear to you that Officer Aguila has two hands on this
22  individual's left hand?  I'm looking towards the bottom
23  of the screen.
24    MS. KORNBLAU:  Objection.  Calls for speculation.
25    THE WITNESS:  Yeah.  I see skin.  I could make
```

Deposition Of Officer Brett Maynard

1   inferences, but I don't know.

2   BY MR. PACKER:

3       Q    Okay.  In terms of the right hand, does

4   Corporal Klinzing appear to be grasping the right hand

5   with his right hand?

6       MS. KORNBLAU:  Objection.  Calls for speculation.

7       THE WITNESS:  I could see Corporal Klinzing's hands

8   are away from his own body.  However, I can't say what

9   he is grabbing, whether it be something on the ground,

10  or whether it be a portion of clothing, or arm, hand, my

11  other hand, like we are shaking hands, I can't tell.

12  BY MR. PACKER:

13      Q    Your left hand, though, we have already

14  established, does have this individual's right hand in

15  its grasp.  We know that because your hand has the watch

16  on it, right?

17      A    I was able to inform you that I believe that's

18  my left hand around the fingers.  But I can't tell how

19  many fingers or if I have all of them or if I only have

20  a couple of them.  I don't know if it's the hand or

21  fingers.

22      Q    Now, you told us, at some point you said, "I've

23  got his hands"; is that right?

24      A    At some point, I believe I said it, and I wrote

25  that.

Deposition Of Officer Brett Maynard

1    Q    And you also wrote in your report that you "did
2  not see any further use of force against Barnhill by any
3  officer present after I shouted that his hands were
4  secured"; is that right?
5    A    That's accurate.
6    Q    After the time you said, "I've got his hands,"
7  you don't recall any other officer using force?
8    A    That's correct, sir.
9    Q    I will play it through.
10    A    Not even that -- I don't recall --
11    Q    I'm sorry.  I had it playing.  I didn't hear
12  you.
13        Could you repeat that?
14    A    Not even just in my recollection, but, you
15  know, my totality of the incident was, that, after four
16  officers had to work together and force his hands into
17  handcuffs and I made the universal statement to all
18  officers on-scene that we had control, or I had control
19  of his hands, there was no other use of force.
20        (Whereupon, a video clip was played.)
21  BY MR. PACKER:
22    Q    Do you see the officer at the top of the frame,
23  at the 3:06 mark, of Exhibit 2?
24    A    I believe so, sir.
25    Q    Does that appear to be Officer Bishop?

Deposition Of Officer Brett Maynard

```
 1        MS. KORNBLAU:  Objection.  May call for
 2   speculation.
 3        THE WITNESS:  My understanding of where
 4   Officer Bishop was at the time of the incident,
 5   obviously, it's nice I can see the camera now.  At the
 6   time of the incident, I just knew he was behind me.  So
 7   this could be him.  I'm not positive.
 8   BY MR. PACKER:
 9        Q    The individual I'm referring to has a tattoo
10   band around their left arm.
11             Do you see that?
12        A    I see a tattoo around an arm, yes.
13        Q    I'm going to direct your attention to the right
14   side of that individual's uniform.
15             Do you see an "I-S-H"?
16        A    I clearly see an "S," yes.
17        Q    Let me see if we can provide any further
18   clarity.
19             (Whereupon, a video clip was played.)
20   BY MR. PACKER:
21        Q    Are you able to see an "I-S-H," there, at 3:06?
22        A    I see an "S-H."  I'm not sure what the other
23   letters are.
24             Again, if we are talking totality, and
25   everything like that, this could be Officer Bishop.
```

Deposition Of Officer Brett Maynard

1   However, in this screenshot, and at the time I was
2   looking at the hands, I couldn't tell.
3       MS. KORNBLAU:  Just so we are clear, we are asking
4   him to interpret what he sees in the video now as
5   opposed to what he witnessed at the time of the
6   incident, correct?
7       MR. PACKER:  That's correct.  We have already
8   established what he recalls from the incident.  I'm
9   trying to understand, sequentially, in this video, who
10  was where.
11  BY MR. PACKER:
12      Q    Based on, I think you used the word,
13  "totality," of your understanding.
14           Is it fair to say that you are at the bottom of
15  the screen, holding a yellow pair of handcuffs?  Is that
16  right?
17      A    I do see myself with a yellow pair of
18  handcuffs, holding a pair.
19      Q    Just to clarify, this is at 3:06 of Exhibit 2,
20  correct?
21      A    Yes, 3:06.
22      Q    Corporal Klinzing is to your left, right?
23      A    Yes, sir.
24      Q    And standing over you, essentially,
25  is Officer Bishop; is that right?

Deposition Of Officer Brett Maynard

1    A    That could potentially be Officer Bishop.

2         (Whereupon, a video clip was played.)

3    BY MR. PACKER:

4    Q    I want to play this, at 2:59.

5         I don't know if you saw an individual grasping

6    the back of this person, the suspect's, head.

7         Do you see that?

8    A    I believe in my report, I stated that I believe

9    I saw Officer Bishop making contact with Barnhill's

10   upper -- his hair, essentially.  And so, yes, at some

11   point, I recall seeing Officer Bishop grab the hair.

12   Q    That's at the point where Mr. Barnhill's hands

13   are behind his back; is that fair to say?

14   MS. KORNBLAU:  Objection.  May misstate the

15   evidence.

16        Go ahead.

17   THE WITNESS:  Yeah.  Again, his hands are not

18   behind his back.  They are -- number one, they are not

19   in handcuffs.  Number two, they were not in the position

20   where I got them to get them into handcuffs.  It still

21   appears to be on this -- towards his right side.  I just

22   felt the hand or was able to get the hand to where I

23   could see it, out from under, near the waistband.

24        No, it's not behind his back.  At least, the

25   hand I'm holding on to with my left hand, is not behind

Deposition Of Officer Brett Maynard

1  his back.

2  BY MR. PACKER:

3      Q    Okay.  I want to watch this with you again.

4           (Whereupon, a video clip was played.)

5  BY MR. PACKER:

6      Q    Do you see the individual lift the suspect's

7  head with their hands at that moment, at 2:59?

8      A    No.

9      Q    You don't see them lift their head?

10     MS. KORNBLAU:  Objection.  Asked and answered.

11  BY MR. PACKER:

12     Q    I wanted to clarify.  I said, "Lift the

13  individual."  I wanted to clarify, I meant, "lift their

14  head."

15          Okay?

16     A    Okay.  No.

17          (Whereupon, a video clip was played.)

18  BY MR. PACKER:

19     Q    There, in the left side of the screen, at 2:59,

20  I stopped it at 3:00, but at 2:59, do you see a left

21  hand with a watch on it that has a hold of the back of

22  the suspect's head?

23     A    I see what appears to be a limb, I don't know

24  if it's the left or right hand, with a watch on it, what

25  I believe is a watch.  However, I can't tell what it's

Deposition Of Officer Brett Maynard

1   grabbing.  It looks to me, from this still frame, that

2   it's touching the jacket, the hoodie, or the top of the

3   jacket.  But I can't tell what really is in the hand.

4        Q    I'm going to ask you to focus on the upper

5   left-hand portion of the video with that limb that you

6   said may be grasping the back of the jacket.  I will

7   play from 2:56, with you, again, paying attention to the

8   upper left-hand portion of the video.

9            (Whereupon, a video clip was played.)

10  BY MR. PACKER:

11       Q    Did you see that limb lift the back of the

12  jacket, or what appears to be the jacket, and force the

13  head down?

14       A    No.

15  MS. KORNBLAU:  Objection.  Misstates the evidence.

16  Again, the video is jumping.

17           Go ahead.

18  THE WITNESS:  No, sir.  Watching this now, yeah,

19  it's not smooth.  It's kind of a clipped, freeze-frame

20  thing.  And the orientation goes from this to this.  So

21  you have to change your head.  I never saw a "lift."  I

22  believe, based off just watching this frame by frame, I

23  saw a jacket move.  However, I can't tell what it's

24  doing, why it's doing it or who is doing it, whether

25  it's under the control of anyone involved there.

Deposition Of Officer Brett Maynard

1    BY MR. PACKER:

2        Q    Okay.  Do you recall seeing that moment as you

3    were sitting there on April 29th, or kneeling there, on

4    April 29th, 2022?

5        MS. KORNBLAU:  Objection.  Vague and ambiguous.

6        THE WITNESS:  Like I stated in the report, I

7    recalled seeing, in the moment, who I believe was

8    Officer Bishop, grabbing Mr. Barnhill's hair.  I don't

9    recall when that exact moment was, other than, in the

10   report, how I laid it out, it would have been after we

11   got Barnhill to the ground and I had done my strike, and

12   now I am refocusing on the hand, pulling it away from

13   the waistband, where he kept digging to.

14            At some point, there, I recall someone, who I

15   believe to be Bishop, touch Mr. Barnhill around the head

16   area.  That's why I said there was hair involved.  It

17   was so quick that I can't tell anything after that.

18            After that, I laid it out that I was focused on

19   that hand in furtherance, and Corporal Klinzing showed

20   up and assisted me in pulling the hands back.

21       Q    I want to show you a picture, a still frame.  I

22   will share that with you.

23            For identification purposes, I will ask this be

24   marked as Exhibit 4.

25    ///

Deposition Of Officer Brett Maynard

1              (Whereupon, the document referred to was
2         marked by the Certified Shorthand Reporter as
3         Plaintiff's Exhibit 4 for identification and
4         is hereto annexed.)
5    BY MR. PACKER:
6         Q    We don't have the timestamp at the bottom.  I
7    will direct your attention to the upper right-hand
8    corner, where the first photo says, "7:49:40."
9              Do you see that?
10        A    Yes.
11        MS. KORNBLAU:  Objection.  Lacks foundation.
12   Objection to the use of still photos, or still shots,
13   within videos.
14   BY MR. PACKER:
15        Q    You said the first says, "7:49:40"; is that
16   right?
17        A    I apologize.  I was being vague.
18             I can see there was pictures and numbers in the
19   upper right-hand section, that says, "7:49:40."
20   However, this is not a video.
21        Q    Then the second still shot is time stamped
22   7:49:41; is that right?
23        MS. KORNBLAU:  Objection.  Lacks foundation.
24   Again, objection to the use of still photographs or
25   still shots.

Deposition Of Officer Brett Maynard

1    THE WITNESS:  I do see numbers on the second lower

2  picture saying -- actually, I can't say that --

3  "four-nine-four-one," based on how the numbers look.

4  BY MR. PACKER:

5    Q    Does this appear to you to be from

6  Officer Aguila's camera, to be still shots from the

7  camera view from Officer Aguila's body-worn camera?

8    MS. KORNBLAU:  Objection.  Lacks foundation.  Vague

9  and ambiguous.  Calls for speculation.

10       Go ahead.

11    THE WITNESS:  I was going to say, I don't want to

12  speculate about it.  The numbers are there.  However, I

13  don't -- I can't guarantee this came from any video.

14  BY MR. PACKER:

15    Q    I want to direct your attention to the top

16  photo, marked 7:49:40, of Exhibit 4.

17       Is this consistent with what we just watched on

18  Officer Aguila's video, of a limb grasping what appears

19  to be the back of the hooded sweatshirt of the suspect?

20    MS. KORNBLAU:  Objection.  Lacks foundation.  Vague

21  and ambiguous.  Calls for speculation.

22       Go ahead.

23    THE WITNESS:  I think the most consistent would be

24  a smooth-playing video of Officer Aguila's.  I couldn't

25  be positive for you, whether or not it is.

Deposition Of Officer Brett Maynard

1    BY MR. PACKER:

2        Q    Okay.  So is it the same answer with respect to

3    the bottom picture of Exhibit 4, that shows a limb

4    pulling up the back of the sweatshirt of the suspect?

5        MS. KORNBLAU:  Objection.  Lacks foundation.  Vague

6    and ambiguous.  Misstates potentially what you are

7    proposing the evidence is.

8            Go ahead.

9        THE WITNESS:  I will have the same response to the

10   overall -- is this a still shot from the video?  I

11   couldn't guarantee.  However, I believe we have already

12   talked about it from the source of the video, where you

13   mentioned this is a lift of the head.  I can't tell what

14   is going on here, what was going on in the video, at

15   that time, whether any action, up, down, left or right,

16   was caused by Mr. Barnhill, myself, any of the other

17   officers, or -- and/or if this included a torso, a head,

18   like, a physical body part, or just clothing.

19   BY MR. PACKER:

20       Q    I want to show you your video one more time.

21   I'm going to show you, starting at 2:56 of Exhibit 1,

22   and just ask if you see any blood on the ground at this

23   point in this view.

24       A    Before you played it, is this what you are

25   asking?

Deposition Of Officer Brett Maynard

1    Q    Yes, before I played it.

2    A    Before you played it, I recall testifying to

3    the fact that --

4    Q    Sorry.  Hold on just a second.

5         Go ahead.

6    A    I recall testifying on the stand that these

7    were not drops of blood, as you see, towards the middle

8    section of the wall, and stuff like that.  These are

9    actually flowers off of, like, a little wall.  I'm not a

10   floral expert.  However, I recall there being flowers

11   off this vine-type thing, that I had also remembered

12   growing up with and being used to those little petals.

13   My parents had a lot of plants.

14        In the video, I can see it looks like, next to

15   a taser cartridge thing, the yellow item, there is a red

16   dot, and towards what I think is a phone and a broom,

17   another red dot.  Those were flower petals all up

18   against the house, having landed there.

19        I don't know if they were there prior.  There

20   was some type of further questioning, like, "Did

21   Mr. Barnhill even go to that area?"  My response was,

22   "No.  We had to pull him down, against his wishes, and

23   against his body trying to push us off and pull our

24   hands out to that spot.  There was no more moving

25   around."

Deposition Of Officer Brett Maynard

1          He, as a person, had not gone further into that

2     corner.

3          Q    So you don't believe the red we see at 2:59 of

4     Exhibit 1 is blood; is that fair to say?

5          A    That's correct.  They are flower petals.

6          Q    Do you see any, what appears to be blood, in

7     the area of Mr. Barnhill's face, at 2:59 of Exhibit 1?

8          A    No, sir.  No blood.

9          (Whereupon, a video clip was played.)

10    BY MR. PACKER:

11         Q    It's tough to see, here, at 3:31.  But do you

12    see red under where Mr. Barnhill's face is, at this

13    point at the video?

14         A    No.  I see, I think, the red or orange, of the

15    "Play," bar.  But no red under him.

16         Q    How about at 3:42?  Those red dots that appear

17    under his face, is that blood?

18         A    I couldn't -- I don't think I would be able to

19    give you a specific answer.  My belief is, it could be

20    the flower pedals getting shifted around, having already

21    seen them up in that corner.  I'm not sure.

22         (Whereupon, a video clip was played.)

23    BY MR. PACKER:

24         Q    At this point, at 3:53 of the video, does that

25    appear to be blood then on the ground under where

Deposition Of Officer Brett Maynard

1    Mr. Barnhill's head is?

2        MS. KORNBLAU:  Objection.  Lacks foundation.  Calls

3    for speculation.  Calls for expert opinion.

4            Go ahead.

5        THE WITNESS:  Like I previously said, there were

6    flower petals all around.  I couldn't tell you what's

7    under him.

8            And also, at this time, it's a freeze frame of

9    a moment.  I don't know that I recall anything being on

10   the ground at all.  It was only after later reviewing

11   stuff I would be able to see this and say, "Oh, I think

12   that's what this looks like."

13       Q    Do you see the individual's face at 3:53 of

14   Exhibit 1?

15       A    No.  I believe I see the left side of his head.

16       Q    Does it appear to have blood on it?

17       MS. KORNBLAU:  Objection.  Calls for speculation.

18   Calls for expert opinion.

19           Go ahead.

20       THE WITNESS:  I don't believe I could give you a

21   firm understanding of what that was.  Just because, at

22   the time, I don't recall looking at his face.  I was

23   already, you know -- I was looking for a gun, and we

24   were looking at that spot.  While the camera might have

25   been over that area, I don't know what that is.

Deposition Of Officer Brett Maynard

1  BY MR. PACKER:

2      Q    I believe, don't let me put words in your

3  mouth, you testified earlier, when you struck

4  Mr. Barnhill in the face with your knee, you did not see

5  blood; is that right?

6      A    I don't know if the phrasing there is overall

7  exactly what I said.  But my current answer to it is,

8  once I struck him in the face, and saw that he had moved

9  his hand out from under, that was -- that's what my goal

10  was.  I wanted to get that hand away from where that gun

11  was, as far as I was concerned.  And so I couldn't see

12  his face, whether it be he had turned it or his hand was

13  blocking it.

14         I, at no point, recall seeing blood on his face

15  as a result of my strike, or at any other point.

16      Q    So you don't recall seeing it at any point,

17  blood on his face?

18      A    Up -- like, around that phrasing, if my strike

19  caused some blood?  No, I never saw it.

20      Q    At some point during the incident on

21  April 29th, 2022, did you see blood on Mr. Barnhill's

22  face?

23      A    I don't recall any at the time.  Like I said,

24  as soon as he was in handcuffs and he was rolling, or

25  checking for the gun, right in that moment, a supervisor

Deposition Of Officer Brett Maynard

1  -- not Corporal Klinzing, but another supervisor arrived
2  on-scene and directed me to go meet with the victim.  So
3  I left after having handcuffed and never got to speak to
4  Mr. Barnhill again or see him.
5      Q    I'm going to show you, then, one picture to
6  confirm you did not see Mr. Barnhill in this state that
7  the picture depicts.
8          Okay?
9          Can you see the photo I will mark as Exhibit 5?
10     A    I can see a photo.
11         (Whereupon, the document referred to was
12     marked by the Certified Shorthand Reporter as
13     Plaintiff's Exhibit 5 for identification and
14     is hereto annexed.)
15 BY MR. PACKER:
16     Q    You don't have a recollection of seeing
17 Mr. Barnhill appear like that on April 29th, 2022,
18 because you had already been directed away from the
19 scene?
20     MS. KORNBLAU:  Objection.  Lacks foundation.
21     THE WITNESS:  I don't recall if I have ever seen
22 this picture.  I don't recall if it was ever brought up
23 in the trial where he was convicted.  But based off my
24 recollection of who Mr. Barnhill is, that appears to be
25 Mr. Barnhill.

Deposition Of Officer Brett Maynard

1     MR. PACKER:  Okay.  Can you guys give me five

2   minutes?  My other son is now calling looking for a

3   ride.  Give me five minutes.  I don't think I have too

4   much more left.

5     MS. KORNBLAU:  Of course.

6          (Brief recess.)

7   BY MR. PACKER:

8     Q    I just want to clarify one thing with respect

9   to what you saw at the time.  I'm not talking about the

10  video.  I'm talking about at the time on April 29th,

11  2022.

12          You told us, at some point, you said, "I've got

13  his hands," right?

14    A    (Witness nods head up and down.)

15    Q    You have to answer audibly.

16    A    I'm sorry.  "Yes."  "Yes."  "I've got his

17  hands."  That's what I said.

18    Q    And after that, you did not see any use of

19  force, right?

20    A    That's how I related it in my report.  And

21  that's what I recall.

22    Q    Did you see Officer Bishop's hands when you

23  said, "I've got his hands"?

24    A    No, sir.

25    MR. PACKER:  I'm done.

Deposition Of Officer Brett Maynard

1                 Do you have anything?

2          MS. KORNBLAU:  No.

3          MR. PACKER:  Just handle it by Code, if that's

4     okay.

5          MS. KORNBLAU:  Yes.

6          THE COURT REPORTER:  If any counsel needs a

7     certified copy, please feel free to let me know here.

8          MR. PACKER:  Yes, please.

9               (Whereupon, at the hour of 3:55 p.m.,

10        the proceedings were concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    STATE OF CALIFORNIA      )
                               )    ss.
 2    COUNTY OF LOS ANGELES    )

 3

 4

 5        I,  Claudia P. Marsh, a Certified Shorthand

 6    Reporter, CSR No. 6353, hereby certify:

 7        I am the deposition officer that stenographically

 8    recorded the testimony in the foregoing deposition;

 9        Prior to being examined, the deponent was by me

10    first duly sworn;

11        That the foregoing deposition is a true record of

12    the testimony given.

13        Before completion of the deposition, review of the

14    transcript _____was/__x__was not requested.  If

15    requested, any changes made by the deponent (and

16    provided to the reporter) during the period allowed are

17    appended hereto.

18

19

20    Dated: April 23,2025.

21

22    _____

23         CLAUDIA P. MARSH, CSR No. 6353

24

25
```

Deposition Of Officer Brett Maynard

**Exhibits**

**EXHIBIT 4** 4:15 79:24 80:3 81:16 82:3

**EXHIBIT 5** 4:16 87:9,13

**-**

**-ooo-** 5:3

**0**

**04/29/2022** 11:10

**1**

**1** 11:5 56:18,21 57:9,22 58:11 60:9 61:17 82:21 84:4,7 85:14

**100** 52:11

**148** 25:12

**15** 5:1

**160** 43:14

**1:34** 5:2

**1st** 5:4

**2**

**2** 64:11,14 65:10 67:17,24 70:21, 23 71:20 73:23 75:19

**2019** 9:3

**2022** 6:2 9:4 15:17 17:24 19:5 21:5,21 33:2 57:10 79:4 86:21 87:17 88:11

**2022-02719** 10:24

**2023** 5:25

**2025** 5:1,4

**245** 20:14

**250** 43:13 52:9

**28th** 20:22 21:5

**29th** 15:17 17:1, 24 18:15 19:5 20:19 21:20 33:2 57:10 79:3, 4 86:21 87:17 88:10

**2:19** 63:21

**2:20** 69:15

**2:28** 64:17

**2:32** 46:12

**2:40** 61:5

**2:42** 46:12

**2:46** 71:3

**2:49** 58:10

**2:50** 58:15

**2:53** 59:11

**2:54** 58:21 60:6

**2:56** 78:7 82:21

**2:57** 59:5 67:16, 24

**2:58** 65:10,19 66:24 67:19

68:2 71:7,20

**2:59** 60:9 76:4 77:7,19,20 84:3, 7

**3**

**3** 68:18 69:19, 20,24

**30** 10:21 57:3

**300** 14:20

**33** 11:5

**354** 26:7,13 64:18

**37** 57:16

**3:00** 77:20

**3:06** 73:23 74:21 75:19,21

**3:31** 84:11

**3:42** 84:16

**3:53** 84:24 85:13

**3:55** 89:9

**4**

**4** 79:24 80:3 81:16 82:3

**417** 20:15

**422** 20:14,15

**47** 57:20

**5**

**5** 87:9,13

**6**

**6353** 5:9

**7**

**7:36** 11:11

**7:49:40** 80:8,15, 19 81:16

**7:49:41** 80:22

**A**

**A-E-R-O** 9:1

**Absolutely** 6:10

**academy** 7:14, 23 8:5 13:4 14:1,3

**access** 18:3 19:20,24 32:13, 15 36:12,16 44:13 62:18,21, 24

**accessing** 44:25 51:10

**accomplish** 51:25

**accredited** 13:14

**accurate** 37:25 73:5

**act** 39:13

**action** 29:22 82:15

**actions** 29:19 30:25 34:13 38:6 42:1 45:15

46:5 62:3,4

**actively** 66:6

**additional** 40:14 47:19,21 52:24

**address** 23:11, 22 24:1,19 26:7, 9 32:6

**adjusted** 41:20

**admission** 12:2

**adrenaline** 27:10

**AERO** 8:25 9:1

**afternoon** 5:20, 21

**agency** 7:7

**agree** 58:12

**Aguila** 22:16 40:22 41:5 47:9, 16 48:13 50:12 53:9 54:8 55:8 58:17 69:20 71:21

**Aguila's** 10:11 64:9 65:17 68:20 69:2,3,4 70:3,11,21 81:6, 7,18,24

**ahead** 18:10 29:17 30:23 37:1 38:4 40:9 46:2 76:16 78:17 81:10,22 82:8 83:5 85:4, 19

**ahold** 44:5

**air** 42:20

**alleged** 19:8

Deposition Of Officer Brett Maynard

38:9

alleyway 23:8

allowance 46:16

allowing 29:21

alluding 31:2

ambiguous 24:2
38:4 79:5 81:9,
21 82:6

America 39:2

analysis 30:17

and/or 82:17

Andrea 9:9
11:24 68:25

annexed 56:22
64:15 80:4
87:14

announcements
48:3

answering
30:22

apologies 7:1
68:16

apologize 47:23
80:17

app 69:16

apparently
71:17

appeared 34:25

appears 28:15
58:10,22 65:20
70:10 76:21
77:23 78:12
81:18 84:6
87:24

apprehend
33:17

apprehended
24:7

apprehension
23:24 24:21
36:9 37:3

apprised 14:11

approximately
8:10 11:11

April 5:1,25 9:3
15:17 17:1,24
18:15 19:5
20:19,22 21:5,
20 33:2 57:10
79:3,4 86:21
87:17 88:10

area 17:15 29:8
42:12 44:15
50:8,23 52:13
54:18 55:18
79:16 83:21
84:7 85:25

areas 14:5

arm 39:20,21
41:12,13,15,25
48:10 50:16,20
51:1 54:4,7,25
72:10 74:10,12

armed 32:21
34:8 37:4 42:5

arms 41:16
43:16 44:5
49:15,16 51:14

arrest 21:4,21

arrive 47:9

arrived 20:18
40:19 65:3 87:1

arriving 31:25

asks 6:14

assault 20:14
50:6

assaulted 41:24
42:6

assaultive 42:3
50:5 71:18

assessing
51:23,24

assigned 8:24
16:5

assignment
8:11

assist 40:25
54:16

assisted 22:9
79:20

assisting 67:7

assumption
54:20 63:10

assumptions
32:9

attach 67:9

attached 15:25

attempt 48:22
49:9

attempting 47:6
48:16 60:14

attend 13:6

attended 8:5
13:12 14:14

attention 11:15
47:14,15 74:13
78:7 80:7 81:15

attorney 6:13
9:21 10:9,11
68:23

audibly 88:15

audio 9:13
66:14,15 68:10
70:13,14,16

authenticate
12:4

Avenue 22:1

avoid 62:22

aware 16:15
33:8 34:7 36:11

**B**

back 8:18,20,22
16:3,4 28:11,17,
18,20,22 29:9
41:8,20 44:4,20
45:3 46:18
49:20 50:18
51:22 52:6,13,
14,16,20 54:17
56:9 58:7,14,22
60:24 61:15
67:7,14 68:1
76:6,13,18,24
77:1,21 78:6,11
79:20 81:19
82:4

background
13:3 19:17

backward 40:12

backwards
39:18 43:23
60:17

badge 16:1

ballistics 15:24

band 74:10

bar 84:15

Barnhill 11:16
17:8,17,23 19:4,
6,7,22 20:23
21:22 22:2
23:15,17 24:19
25:21,23 26:10
27:15 30:5
31:23,25 34:16,
17,23 35:3
36:12 37:4,13
38:19,25 39:14,
17 40:4,7,11,24
41:12,14 43:12
49:11,14,19
50:5,10,13,15,
19 53:13,23
54:24 57:23,24,
25 58:24 66:6
73:2 79:11,15
82:16 83:21
86:4 87:4,6,17,
24,25

Barnhill's 21:4,
21 23:11 26:16
52:25 53:17
54:11 55:17
76:9,12 79:8
84:7,12 85:1
86:21

barricade 32:20

barricaded
32:19,20

barricading
34:2

based 16:22
18:6 28:6 29:9
38:2 51:13
54:20 55:5 58:1,
3 61:12 64:20
75:12 78:22
81:3 87:23

Deposition Of Officer Brett Maynard

basis 20:1

Bear 59:18 68:3
70:21

begin 24:7
66:12

beginning 56:10

behalf 5:12

belief 18:3,14,
15,19 19:1
71:12 84:19

believed 23:15
35:6 45:5 47:20
50:9

bent 28:7

bigger 38:20

birthdate 23:17

Bishop 22:16
40:23 41:7,9
47:1 48:16,19,
24 49:2 53:9
54:20 55:12
58:9 64:10
65:18 73:25
74:4,25 75:25
76:1,9,11 79:8,
15

Bishop's 88:22

bit 6:12 33:25
46:18 52:10
59:19

black 15:24
26:20

block 45:4

blocked 66:22

blocking 86:13

blood 53:6
82:22 83:7 84:4,

6,8,17,25 85:16
86:5,14,17,19,
21

blow 50:7

blowing 23:5

blue 25:8

body 10:3,11
29:10 31:3 44:6
48:9 49:17
50:21,22 51:11,
13 52:7,12 54:5
72:8 82:18
83:23

body-worn
55:13,23 57:10
81:7

both-arm 39:3

bottom 71:22
75:14 80:6 82:3

break 6:21 12:3

breaking 41:17

BRETT 5:11

bring 45:2 52:19
62:9 71:18

bringing 54:16
67:8

broadcast 18:6
19:10,21

broom 83:16

brought 7:2
41:21 42:9 44:6,
21 52:3 87:22

bulky 26:20

bunch 27:10
35:14

buy 29:24

_____

C

CAD 10:1 12:24

California 5:8

call 17:13 20:6,
24 34:12,16,22
69:20 70:11
74:1

called 5:12
17:21

calling 18:24
88:2

Calls 30:9 36:25
71:24 72:6 81:9,
21 85:2,3,17,18

cam 10:12 48:9

camera 10:3
31:3 55:23
57:10 74:5 81:6,
7 85:24

canine 8:18,23

car 16:8 17:3
22:25 26:24,25
44:15

carry 19:10

cartridge 83:15

case 10:23,25
16:19,21 17:7
34:11

caused 82:16
86:19

certification 5:6

certified 5:7,14
13:21 56:20
64:13 69:23
80:2 87:12 89:7

chair 39:23,24
40:13 41:2,14
47:10,12,13
50:13 60:18

change 78:21

changed 9:2
42:1,25

changing 14:12

charges 10:17

chase 19:22
26:14,17 31:10

chased 11:16
33:3

chasing 38:14

checking 86:25

chest 16:1,2
27:18,22 29:7,8
41:22 42:12,23,
24 44:20 46:23
60:18 61:1

children's 17:15

chose 43:2

Circle 23:2,9
25:17 26:8,13

circumstances
17:14 25:5

circumvented
52:15

city 19:23 22:1
23:5 37:6

clarify 49:6
75:19 77:12,13
88:8

clarity 74:18

Class 15:23

Claudia 5:7

clear 45:7 55:23
57:9 71:20 75:3

clearer 37:17
64:4

click 64:21

clip 56:2,23
57:5,14,18 58:5,
18 59:2,12,25
60:7 61:8 63:6
64:1,5 65:7 70:4
71:5 73:20
74:19 76:2 77:4,
17 78:9 84:9,22

clipped 78:19

clockwise 55:2,
5

close 38:11,19,
20 44:6 64:25

closed 16:19,20
28:19 43:8,19

closer 40:15
55:16

closest 39:20
54:24

clothed 37:4

clothing 43:21
72:10 82:18

code 5:5 25:12
89:3

cold 6:25

collect 32:18
39:9 41:12,13,
15 48:10 67:9

collecting 39:20

college 13:15

command 27:16
30:7,18,20

Deposition Of Officer Brett Maynard

44:16

commands 22:19 27:24 29:20 31:1,12 38:14 42:13,17, 22 43:1,2,3,17 59:4

common 15:11

communication 24:17

companies 13:23

complaint 16:11

complaints 16:15

complete 37:3

completed 13:17

completely 70:6

compliance 29:14 30:6,19 42:21 48:11

comply 27:15

complying 46:7

computer 17:11 62:1,19

concealed 44:10,18

concern 64:24

concerned 24:4 86:11

concluded 42:4 89:10

conclusion 20:1 37:7

concrete 41:6

conduct 36:8

conducted 45:9

conducting 22:9

confirm 63:22 70:2 87:6

consistent 81:17,23

contact 20:11 22:9,10 31:16, 19,21,24 34:11, 15,24 36:6,19, 22 37:14 40:3, 18 41:2 49:10 50:15 57:23 61:6 64:22 76:9

contacted 44:9

context 46:19

continue 31:1, 10 33:23 58:2 63:12 65:1

continued 14:11 27:19 28:1 30:25 37:4,6,10 38:11 42:9,10 50:19 51:4 52:17

continuing 31:7,9 38:15

continuously 14:14

contrary 29:19

control 39:4,9 41:18,23 47:6 51:1,9 52:8 60:14 65:24 66:10,13 67:4, 20 71:9,14 73:18 78:25

convenient 46:8

convicted 87:23

conviction 20:3

convictions 19:14,16 21:5

cooperating 46:6

copied 11:8

copy 11:24 89:7

corner 10:23 23:8 26:7 56:12 58:23 80:8 84:2, 21

Corporal 40:25 52:18 53:8 54:14 55:1,4 65:15 67:7 72:4, 7 75:22 79:19 87:1

correct 5:22,24 7:17 8:2 15:19 21:7,22 26:2 36:21 53:11 73:8 75:6,7,20 84:5

correctly 57:4

counsel 12:13 55:25 69:25 89:6

counterclockwise 53:14

couple 13:23 18:24 37:8 72:20

court 5:4 6:6,9, 12,16 9:12 55:25 69:19 89:6

covers 14:20

credits 13:15

crime 9:25 20:10 25:11

crimes 42:4

criminal 20:15, 23 21:16

cross 23:9

CSR 5:8

current 8:17 86:7

custody 29:21 30:1 33:22,24 37:9 42:8 43:4

**D**

Dagani 9:7,11, 12,15

darts 49:10

date 10:4 15:13, 16 69:6

daughter 17:19

day 15:18 16:5 17:4 20:20

deadly 20:14 35:16 44:11 45:5,7

deck 39:25

declare 66:9

deemed 69:23

defense 69:20

definitive 33:6

deliberately 49:14,19 51:2

delivered 50:1,4 52:25 53:3

Department 7:4, 5,10,12 8:6 13:5,24 14:18, 19 16:23 33:2

department's 8:25

depends 35:17

depicts 87:7

deploy 48:21

deployed 48:1,2 49:18

deployment 50:10

deposition 6:4 9:19 11:23 14:17 21:15 56:18 68:5

depositions 70:19

describe 15:22 38:24 53:20

describing 60:14

description 22:5,6 39:1

details 23:20 24:12

detained 25:14

detainment 20:11

detective 8:24

device 66:8 68:15

dictate 5:5

Deposition Of Officer Brett Maynard

**Diego** 7:10,11, 19 13:4

**dig** 52:17

**digging** 79:13

**direct** 11:15 47:3 51:7 74:13 80:7 81:15

**directed** 87:2,18

**direction** 26:5

**directions** 46:7

**directly** 13:25 51:20 54:10

**discussed** 10:10

**discussing** 12:22 40:1

**disengage** 67:9

**dispatch** 17:9, 12 18:21 23:14

**display** 20:15

**disregard** 24:6 30:25

**disruption** 24:17

**distance** 44:21

**distract** 43:20 44:24 51:12

**distracted** 51:25

**distraction** 50:7

**district** 17:16

**document** 10:20 11:1,7,8 12:17 27:10 62:5 80:1 87:11

**documents**

14:16 21:15

**domains** 14:9

**domestic** 20:13

**door** 26:6 27:20 32:1 33:18 34:25 38:25 39:7,17 64:23

**doorknob** 32:3

**dot** 83:16,17

**dots** 84:16

**driven** 17:18

**driver** 22:20

**driver's** 26:6

**driving** 39:13

**dropping** 26:19

**drops** 44:15 83:7

**drove** 18:25 22:14 25:9

**duly** 5:13

---

**E**

**earlier** 19:7 29:11 66:11 71:8 86:3

**easily** 41:16 52:10

**Eddie** 9:15

**Eddy** 9:7,11

**effect** 43:15

**effective** 43:21 44:1,2 45:1,4 51:15

**effectively**

34:13 49:13

**effort** 43:20

**elbow** 28:7

**elementary** 17:15 21:25

**else's** 62:19

**email** 12:2,13

**EMT** 13:13,17, 20,21,25

**EMTS** 13:13

**en** 17:10 20:8 36:10

**end** 21:18 23:2 33:19 54:12 59:16 61:9 63:13 70:6

**ended** 8:12,15 24:13 41:21

**engaged** 25:6

**engaging** 64:18

**enter** 40:11

**entered** 9:7

**entering** 25:1,4, 11

**entire** 7:21 8:1, 14 16:3 52:12

**entirety** 10:20

**entitled** 6:18

**entry** 32:7

**environment** 38:19 47:7

**equipment** 15:25

**erratically** 25:9

**essentially** 14:22 25:12 40:15 50:12 51:11 52:13 55:11 58:23 75:24 76:10

**established** 68:5 72:14 75:8

**events** 37:22

**eventual** 21:4

**evidence** 61:21 62:2 76:15 78:15 82:7

**ex-boyfriend** 17:17 20:7

**exact** 21:13 31:8 61:13 79:9

**EXAMINATION** 5:17

**examined** 5:14

**Exceeding** 23:7

**Excellent** 6:11

**excessive** 16:11,15

**Excuse** 6:2

**Exhibit** 56:18,21 57:9,22 58:10 60:9 61:17 64:11,14 65:10 67:17,24 68:18 69:18,20,24 70:21 71:20 73:23 75:19 79:24 80:3 81:16 82:3,21 84:4,7 85:14 87:9,13

**exit** 25:23 26:3

**exited** 9:15 25:21,22,25 26:21 27:1

**exiting** 44:15

**exits** 26:4

**experience** 44:8

**experienced** 33:3 34:1

**expert** 83:10 85:3,18

**explain** 37:19

**expletive** 27:17 59:15

**expletives** 27:9 42:16

**extended** 29:7

**extent** 43:25 49:11

**extra** 9:5

**extremely** 27:21 51:4

---

**F**

**face** 24:9 43:7,9, 19,24 45:23 46:21 47:1 49:17,25 50:7 51:14,17,19,21, 24 52:2,4,13,25 53:6,24 84:7,12, 17 85:13,22 86:4,8,12,14,17, 22

**facing** 28:16,17 54:17

**fact** 18:20 21:1 55:23 56:15

Deposition Of Officer Brett Maynard

83:3

**factor** 18:22 32:17 46:6

**factual** 41:5

**fair** 12:10 13:16 19:5 28:9 34:1, 12,18 37:23 41:4 59:6 61:18 63:19,20 71:10 75:14 76:13 84:4

**fall** 39:14 49:17

**fashion** 55:2

**fast** 38:17

**feel** 30:10 32:8 56:25 89:7

**felon** 19:11,13, 19,25 20:2 21:12 42:2

**felonies** 32:24 38:10

**felony** 20:13 22:9 38:9

**felt** 29:23,25 47:19 52:1 67:18 76:22

**female** 17:14

**field** 8:7,8,9,12, 15 14:21 15:1,4

**fight** 42:18

**figure** 46:10 70:18

**file** 56:19 64:12 69:22

**finally** 23:8

**find** 23:23 44:10

**fine** 12:5,18 56:3

**finger** 65:23

**fingers** 67:3 72:18,19,21

**firearm** 18:1,3 19:20,24 20:8, 16 21:1 32:14, 15 38:8,13 39:7, 11,19 40:13 45:20

**firearms** 19:11 36:11,17 44:10

**firm** 9:12 51:3 52:8 67:5 85:21

**fist** 43:8,20

**five-eight** 43:14

**fix** 68:4

**flailing** 41:16 42:19 43:15

**flank** 54:5

**flee** 31:1,7,9 33:9 37:4,7 38:15

**fleeing** 19:9,11 24:6 42:2

**flight** 33:22 42:9

**flip** 11:13

**floral** 83:10

**flower** 83:17 84:5,20 85:6

**flowers** 83:9,10

**focus** 50:20 78:4

**focused** 41:11 47:4 79:18

**follow** 43:1,16

**foot** 24:12 26:14,17 27:17 33:4 34:3 37:7

**footage** 10:3,6, 8,12 55:13

**football** 39:3

**force** 10:2 12:24 14:6,9,14,18 16:11,16 42:21 73:2,7,16,19 78:12 88:19

**forcefully** 38:25

**Forgive** 27:9

**form** 66:12

**forward** 44:23 49:22 60:19 66:23

**forward-facing** 25:7

**found** 22:4 36:5, 11,17 43:22 45:7,10,18

**foundation** 80:11,23 81:8, 20 82:5 85:2 87:20

**four-nine-four-one** 81:3

**fourth** 15:9 40:24 51:6 52:18

**frame** 30:11,17 64:17 65:11,13, 19 70:15 73:22 78:1,22 79:21 85:8

**frames** 61:14

**free** 57:1 89:7

**freeze** 64:17 65:13 85:8

**freeze-frame** 78:19

**fresh** 37:22

**front** 15:25 27:3, 20 32:1,3 34:24 38:25 40:2 43:19 50:22 51:21 54:6 55:6 62:7 64:18

**froze** 24:16

**full** 10:15 65:13

**function** 66:12

**furtherance** 25:11 30:1 79:19

**G**

**gain** 32:7,15 39:4 42:21 48:10 51:9

**gained** 41:17

**gaining** 44:20

**Gardenia** 23:2,9 25:17 26:7,13 64:19

**gate** 27:2

**gauge** 30:11

**gave** 12:9 26:17 30:18

**generally** 33:9

**give** 6:13 12:7 22:19 26:14

38:7 42:13 46:18 53:21 84:19 85:20 88:1,3

**giving** 23:20 38:14 42:17 44:16 59:4

**glimpses** 27:1

**goal** 86:9

**good** 5:20,21 9:13,14

**grab** 39:21 41:25 42:10 51:1 76:11

**grabbing** 58:24 66:11 72:9 78:1 79:8

**graduate** 13:8

**graduating** 13:10

**grasp** 41:17 51:3 65:21 66:7 72:15

**grasping** 72:4 76:5 78:6 81:18

**great** 23:12 68:5

**ground** 39:14 42:15,17 43:17 50:14,15,16 53:24 59:5,9,15 72:9 79:11 82:22 84:25 85:10

**growing** 83:12

**guarantee** 81:13 82:11

**guess** 47:18

Deposition Of Officer Brett Maynard

**gun** 17:18,23
18:15,17,21,25
19:4 24:9 35:20,
23 36:5 38:17
39:8 51:8,10
52:1 85:23
86:10,25

**guys** 46:16 64:3
88:1

---

**H**

**hair** 76:10,11
79:8,16

**halfway** 7:23
19:23

**hand** 27:4 28:5,
9,12,14,15,18,
21,23,25 29:3,4,
10 32:2 35:1,6,
21,24,25 36:3
41:20 42:10,19
43:6,7,8 44:19
45:2,3 47:5,14,
15,17 49:20
50:7 52:3,4,6,12
54:13,16,17
58:24,25 60:10,
11,12 65:20,22,
23,24 66:5,6,11,
12,23,24 67:3,
13 71:22 72:3,4,
5,10,11,13,14,
15,18,20 76:22,
25 77:21,24
78:3 79:12,19
86:9,10,12

**handcuffed**
52:21,22 87:3

**handcuffs** 40:24
66:3,8 67:9
71:15,19 73:17

**gun** 75:15,18 76:19,
20 86:24

**handle** 89:3

**handler** 8:19,23

**hands** 26:16,19
27:3,8,14,16,17,
22,25 28:4 29:6,
12 30:5,6,8,19
35:9,12 39:8,19,
21 42:8,18
44:15,16,21
45:11,24 47:4
49:21 50:8,18
52:1,9,20 54:1,6
60:10,14,19,22
66:17,20 67:8,
16,21,23 68:1
71:9,14,18,21
72:7,11,23 73:3,
6,16,19 75:2
76:12,17 77:7
79:20 83:24
88:13,17,22,23

**hands-on** 38:18

**happen** 38:16

**happened** 20:22
22:13 34:6
39:16 45:13
46:4 52:2

**happening**
27:21 33:17
68:14

**head** 11:2 55:17
76:6 77:7,9,14,
22 78:13,21
79:15 82:13,17
85:1,15 88:14

**headed** 24:10

**hear** 47:25 57:2
59:16 60:2

66:14 70:13,15
73:11

**heard** 16:18
19:18 48:2
52:24 70:14

**hearing** 48:3,5

**height** 27:19

**held** 46:6

**helping** 59:24

**Hemet** 7:3,5,25
8:3,11,15 14:17,
19,23 16:17,23
22:1 33:2

**Henry** 17:17
19:4,6,7 23:11,
15,17

**hereto** 56:22
64:15 80:4
87:14

**high** 13:6,10
22:21 25:6

**history** 20:23
21:16

**hitting** 31:5

**hold** 77:21 83:4

**holding** 58:7
75:15,18 76:25

**holster** 39:7,11,
18 40:13

**holstered** 64:23

**home** 23:11
24:1 25:11 33:4
36:6,9,14,16,18,
20,23

**honestly** 68:14

**hooded** 26:20

81:19

**hoodie** 78:2

**hostage** 32:11,
20 33:4 34:9

**hour** 89:9

**hours** 11:11

**house** 24:23
25:1,4 27:3
32:7,10,12,15
34:2,25 38:16
55:10 83:18

**hypothetical**
25:2

---

**I**

**I-S-H** 74:15,21

**ideal** 69:9

**identification**
56:21 64:14
69:24 79:23
80:3 87:13

**identified** 25:21
30:5 31:22,23
34:17,23 35:3
40:6 57:9

**identify** 55:21
56:15,25 58:3,8,
16,20 60:25
61:18 65:3
68:19

**illegal** 24:25
25:4

**immediately**
20:4 26:22
32:18 36:10
44:14 55:3

**immobilize**

48:22

**important** 23:25
24:3

**imprecise** 25:24

**inaccurate** 62:1

**incident** 9:25
10:2,4 15:13
18:1,23 32:25
34:13 47:2
61:23 65:14
66:4 73:15 74:4,
6 75:6,8 86:20

**incidents** 33:21

**include** 31:19

**included** 82:17

**includes** 15:23

**Incomplete** 25:2

**individual** 25:20
30:4 31:22
34:17,22 36:7,
20,23 40:6,18
41:1 43:10
46:21 47:1,10
48:22 49:2,4,24
50:1 53:3,5,19
57:22 58:7,10,
14,16 61:1
64:18 74:9 76:5
77:6,13

**individual's**
35:9,21,23 36:3
60:10 65:20
71:22 72:14
74:14 85:13

**ineffective**
50:10

**inferences** 72:1

**inform** 72:17

Deposition Of Officer Brett Maynard

**information** 17:22 20:21 21:12 23:21 38:12

**initial** 7:14,23 9:25 17:25 20:5 32:22 64:22

**initially** 8:22 22:15 26:21 40:22 56:14 57:23

**injuries** 33:20

**innocent** 32:10

**inside** 17:21 27:6 32:11,17 33:18 36:16,17 38:16 44:24

**intended** 48:21

**intention** 51:7

**interested** 69:4

**internal** 15:24

**interpret** 75:4

**interpretation** 38:7

**intervention** 34:9,12,14

**interviewing** 24:21

**introduce** 38:21

**investigating** 20:10

**investigation** 19:9 22:7 24:8 25:6,14 36:8 42:3

**involved** 22:24 23:1 78:25

79:16

**issues** 62:22

**item** 83:15

---

**J**

**jacket** 7:2 27:5, 6,7 44:7 50:23 78:2,3,6,12,23

**jail** 7:15,16,19

**January** 5:4

**joined** 8:3 9:9 13:4 47:2 53:9

**judge** 29:1

**jumping** 37:7 61:9,14,22 62:3, 13 63:1,23 64:4 70:6,11,14,15 78:16

**jumpy** 59:19 65:12

---

**K**

**keeping** 51:13

**keys** 32:2 35:1, 6,14,15,16 45:11,24 46:4

**kind** 11:2 20:10 29:9 32:24 39:4, 17 42:24 47:4 50:24 55:14 67:8 78:19

**Klinzing** 40:25 52:18 53:9 54:14 55:1,4 67:7 72:4 75:22 79:19 87:1

**Klinzing's** 65:15 72:7

**knee** 41:22 42:24 46:23 50:6 51:16,19, 22 52:24 53:5 61:1,19 86:4

**kneed** 42:22

**kneeing** 44:4

**kneeling** 53:13 79:3

**knees** 53:25 54:2

**knew** 19:7 38:18 49:18 74:6

**knife** 36:2 45:21

**knives** 44:11

**knowledge** 18:23 21:16 23:23 36:5 65:13

**KORNBLAU** 9:11 12:5,18 18:8 24:2 25:2 28:10 29:16 30:9,21 34:19 35:2 36:25 38:4 40:8 46:1,11 56:5 59:16,19 61:9,20 62:16, 21 68:7,12 69:1, 7,13,17 71:24 72:6 74:1 75:3 76:14 77:10 78:15 79:5 80:11,23 81:8, 20 82:5 85:2,17 87:20 88:5 89:2, 5

---

**L**

**Lacks** 80:11,23 81:8,20 82:5 85:2 87:20

**lag** 59:20

**laid** 79:10,18

**landed** 83:18

**landmarks** 53:21

**large** 16:4 26:20

**lawful** 29:20 31:1,12

**lawn** 39:24

**lawsuit** 16:22

**lead** 22:25

**leaned** 41:20

**leaning** 44:20

**learn** 20:21 21:3

**learned** 19:16, 19 20:20 24:18

**learning** 14:8

**led** 19:22

**left** 16:1 28:5,8, 12,14,21 29:10 33:10 35:23,25 38:24 39:6 43:6 46:17 47:17 53:14,17 54:11 55:3 60:11 65:19,23 67:3 71:22 72:13,18 74:10 75:22 76:25 77:19,20, 24 82:15 85:15 87:3 88:4

**left-hand** 56:12 78:5,8

**leg** 54:5,8 65:18

**legs** 41:21 54:10,15 55:4

**lethal** 38:21 44:18

**letterhead** 11:1, 2

**letters** 74:23

**license** 13:13,22

**life** 33:20

**life-threatening** 33:11

**lift** 77:6,9,12,13 78:11,21 82:13

**lighter** 52:11

**lights** 22:17 23:6 25:7,8 26:23 37:5

**limb** 77:23 78:5, 11 81:18 82:3

**limit** 23:7

**lines** 48:4

**link** 62:2

**listed** 10:17

**listened** 43:2

**live** 23:15

**lived** 23:22 24:5, 20

**log** 10:1 12:25

**logging** 62:19

**long** 7:3,11 8:9 13:20

---

**longer** 42:2
45:24

**loss** 33:20

**lot** 21:17 23:20
83:13

**low** 26:19 27:5

**lower** 11:2
44:21 56:12
66:25 81:1

**M**

**made** 16:16
23:16 29:22
34:7,24 36:6
40:3,17 41:2,7
43:16 49:10
73:17

**maintain** 39:9

**make** 6:13 9:13
10:19 11:18
32:8 33:15,18
34:11 41:9
54:11 64:22
71:25

**makes** 6:18
30:10 53:21
57:23

**making** 50:14
51:7 76:9

**man** 29:14

**manner** 43:3
49:3

**manual** 12:24
14:18

**mark** 17:10
64:11 68:17
69:18,19 73:23
87:9

**marked** 25:7
56:11,17,20
64:13 69:23
79:24 80:2
81:16 87:12

**Marsh** 5:7

**match** 23:17

**matching** 22:4,6

**materials** 9:22

**maximum** 32:25

**Maynard** 5:11
12:12 35:4 70:2

**Maynard's** 69:1

**means** 50:14

**meant** 55:16
77:13

**meantime** 13:24

**measure** 29:14

**meet** 87:2

**meeting** 21:22

**memory** 21:7

**mentioned**
82:13

**messages** 46:9

**metal** 35:15

**middle** 52:14,20
54:15,17 67:7,
13 68:1 83:7

**miles** 23:4 37:6

**mind** 20:17
29:25 30:4,15
35:14 37:17,22
38:15 43:25
47:22 65:24

**mine** 10:25 70:9

**minutes** 46:8
57:16,20 88:2,3

**misstate** 18:8
29:16 34:19
35:2 40:8 76:14

**misstates** 28:10
46:1 61:20,21
78:15 82:6

**mode** 48:25
49:8,10

**moment** 30:7,
11,25 31:7,24
32:2 47:3,8,18
48:9,12 49:12
51:23 54:14
61:13 63:17
64:21 66:22,24
67:15 77:7 79:2,
7,9 85:9 86:25

**months** 7:14,23
8:10 14:3,22

**morning** 12:15

**motion** 43:16
44:19

**mouth** 86:3

**move** 49:15,16,
22 53:14 55:1
78:23

**moved** 86:8

**movement**
29:10

**moving** 49:20
55:5 83:24

**multiple** 15:24
18:2 23:4,6
27:13,24 29:23
36:11,17 37:6
38:9 40:14
42:14,15 44:9

48:5 50:17
53:24 59:8
63:18

**N**

**named** 16:21
17:17 63:19

**names** 9:2

**narrative** 9:25
10:15,18,22
11:5 12:6,21
36:25

**nature** 36:22
37:2,3

**necessarily**
21:19 47:8

**neighborhoods**
25:9

**nice** 39:3 74:5

**night** 17:18
18:7,21 20:8

**nods** 88:14

**noises** 70:15

**noncompliant**
29:15

**normal** 29:19

**north** 26:6,13

**noticed** 47:1

**notified** 16:20

**number** 5:9
10:23,25 76:18,
19

**numbers** 80:18
81:1,3,12

**O**

**oath** 6:8

**obey** 31:11 43:2

**obeying** 29:20

**object** 35:15

**objection** 6:14,
17 18:8 24:2
25:2 28:10
29:16 30:9,21
34:19 35:2
36:25 40:8 46:1
61:20 71:24
72:6 74:1 76:14
77:10 78:15
79:5 80:11,12,
23,24 81:8,20
82:5 85:2,17
87:20

**observe** 35:5

**occurred** 36:20
61:19

**odd** 29:18 31:4

**Oddly** 27:18
29:11

**offenses** 21:6

**office** 62:17

**officer** 5:11,20,
22 7:3,18,22 8:1
10:11 12:12
14:13,25 15:1,7,
8,9 16:22 22:16
33:1,7,12 35:4
40:22,23,24
41:5,7,9 47:1,
16,19,21 48:13,
16,19,24 49:2
50:12 52:18
53:9 54:8,20

55:8,12 57:23,
24 58:9,17 64:9,
10 65:17,18
68:16,19 69:1
70:2,3,11 71:21
73:3,7,22,25
74:4,25 75:25
76:1,9,11 79:8
81:6,7,18,24
88:22

**officer's** 10:8
62:11

**officers** 15:3,4
18:2 22:15,24
26:23 27:23
29:23 37:5,9
40:2,14,19,21
41:3 45:9 63:18
65:3,9 71:16
73:16,18 82:17

**on-scene** 20:18
45:9 73:18 87:2

**oncoming** 23:5

**open** 28:15,19

**opinion** 85:3,18

**opportunity**
39:6

**opposed** 75:5

**options** 33:10,
11

**orange** 84:14

**order** 40:23 55:2

**orient** 53:15

**orientation**
78:20

**origin** 11:9,12

**Ortiz** 15:8,11

**outer** 15:24

---

**P**

**p.m.** 5:2 89:9

**PACKER** 5:19
9:9,14,17 12:10,
11,19 18:9
24:11,22 25:15
28:13 30:2,13
31:13 34:21
35:7 37:12
39:10 40:16
46:8,12,15 56:3,
6,24 57:6,15,19
58:6,19 59:3,13,
17,22 60:1,8
61:16 62:6,20,
23 63:2,7 64:2,
16 65:8 68:9,13,
25 69:3,9,10,14,
18 70:1,5 71:6
72:2,12 73:21
74:8,20 75:7,11
76:3 77:2,5,11,
18 78:10 79:1
80:5,14 81:4,14
82:1,19 84:10,
23 86:1 87:15
88:1,7,25 89:3,8

**pages** 10:21
11:13

**pair** 75:15,17,18

**palm** 28:15,17,
18

**paragraph**
11:15

**paramedics**
13:13

**parents** 83:13

**parked** 22:2

**part** 12:1 38:3
49:17 82:18

**passed** 40:17

**past** 19:13,16

**patch** 16:4

**patio** 39:24,25
41:7,10 58:23

**patrol** 8:13,14,
18,20,22,23 9:5
15:18 16:6 17:3
33:1

**pause** 31:5,6

**pausing** 57:20

**paying** 47:15
78:7

**PD** 14:23

**peace** 7:18,21
8:1

**pedals** 84:20

**pedestrian** 27:2

**Penal** 25:12

**people** 32:11
33:21 44:9
55:21 58:3

**permission**
62:21

**person** 24:5
26:2 29:19
31:10 32:14
35:18 45:20,21
53:12 55:9
71:18 76:6 84:1

**Personally** 33:5

**persons** 33:8

**pertinent** 23:21

**petals** 83:12,17
84:5 85:6

**phase** 15:7,8,9
43:11

**phone** 32:23
83:16

**photo** 80:8
81:16 87:9,10

**photographs**
80:24

**photos** 80:12

**phrase** 29:11

**phrasing** 86:6,
18

**physical** 31:19,
21,24 34:11
36:6,19,22
37:14 39:13
44:14 66:8
82:18

**physically** 37:9

**picking** 46:10

**picture** 79:21
81:2 82:3 87:5,
7,22

**pictures** 80:18

**pieces** 15:25
20:12

**Plaintiff** 5:13

**Plaintiff's** 56:21
64:14 69:24
80:3 87:13

**plants** 83:13

**play** 31:5,6
32:16 56:14

57:17 58:2 59:1,
6,11,23 60:6,24
62:16 63:12,21,
22 65:1 68:25
71:3 73:9 76:4
78:7 84:15

**played** 18:22
56:2,23 57:5,14,
18 58:5,18 59:2,
12,25 60:7 61:8,
15 63:6 64:1
65:7 70:4 71:5
73:20 74:19
76:2 77:4,17
78:9 82:24 83:1,
2 84:9,22

**playing** 61:12,
24 73:11

**pocket** 27:5,6
44:7,22 50:23

**point** 6:19,21
21:3 23:10
25:20 33:5 35:8
41:9,24 42:13,
22 43:1 45:14,
15 46:25 47:20,
25 53:8 54:12
58:20 59:4 60:9,
13,15,16,18,25
63:15 65:25
66:16,19 67:5,
19,23 71:9,11,
12 72:22,24
76:11,12 79:14
82:23 84:13,24
86:14,15,16,20
88:12

**pointed** 24:9

**pointing** 20:15
62:18

**points** 60:21

76:1 82:6

**pounds** 43:13, 14 52:10,11

**power** 46:6

**prepare** 9:18

**present** 40:2 65:9 73:3

**Preston** 15:9,11

**prevent** 33:12 51:10

**previously** 85:5

**primary** 64:24

**printed** 11:1,6 12:14

**printout** 12:6

**prior** 14:17 17:18 20:3,22 21:3,5,15,16,21, 22 33:2 67:20 68:5 83:19

**probable** 20:11

**probation** 7:13

**probe** 48:25 49:8,10

**problem** 7:2 63:1 64:3 68:15 70:18

**problems** 63:5

**proceedings** 89:10

**process** 6:11 27:25 33:14 44:3 67:2

**product** 11:25 12:8

**police** 7:4,5 8:24 14:4,17,19 16:1,2,4,23 25:8 32:25 33:2,7,9, 10 34:9,12,14 37:5

**policies** 14:12

**policy** 10:2 14:19

**porch** 40:3 41:3, 6 64:18

**portion** 10:16, 21 19:18 23:3 57:12 72:10 78:5,8

**position** 8:17 51:11,13 53:23 54:3 76:19

**positive** 23:6 74:7 81:25

**possessed** 45:16

**possession** 18:1,4,5 19:2 21:2 38:13

**possibilities** 33:19

**possibility** 34:8 59:21

**possibly** 20:12, 13 21:11

**POST** 14:8,12

**potential** 35:16 38:22

**potentially** 32:23 33:13 34:8 42:4 44:12, 17 45:3 62:9

**prolonged** 33:21,22

**prongs** 48:21

**proposing** 82:7

**protect** 52:4

**provide** 74:17

**proximity** 38:19, 21 64:25

**public** 24:6

**pull** 50:13,16 52:12 83:22,23

**pulled** 27:5

**pulling** 66:6 79:12,20 82:4

**punch** 45:2

**punched** 43:7,9, 19

**purposes** 79:23

**pursue** 22:23

**pursuing** 25:25

**pursuit** 19:22,23 22:25 23:1,2,3, 19,21 24:13 25:8,16 27:17 30:15 33:23 34:3 63:13

**push** 38:25 39:6 50:16 56:14 57:17 58:2 59:1, 23 63:21 83:23

**pushing** 60:6 67:6

**pushup** 53:25

**put** 38:17 42:16 47:3 50:17 71:19 86:2

**putting** 12:8 20:12,19 39:8

---

**Q**

**question** 6:13, 19 18:11 25:24 30:3,10 64:7

**questioning** 83:20

**questions** 53:16

**quick** 20:25 35:10 40:20 44:23 79:17

**quickest** 51:15

**quickly** 27:21 45:13

**quote** 19:19

---

**R**

**R-O-C-S** 9:1

**radio** 18:2 23:19

**raise** 27:18

**raised** 29:12 30:7,19

**raising** 30:5

**ran** 27:2

**random** 32:12

**rank** 5:23,25

**rate** 22:21

**reach** 40:11 50:21,22

**reaching** 27:6 32:3 43:5,20 44:24 51:5,14 54:7,16

**reasonable** 32:8

**recall** 15:3,13, 16 18:16 21:8, 20 28:5 31:8,9 34:4,5,7 35:10, 12,25 36:2 37:15 40:22 41:5,25 42:14 43:18,23 47:9, 14 48:3,5,7 49:9 51:18 53:2,12 55:2,12 57:4 66:19 67:5,22 73:7,10 76:11 79:2,9,14 83:2, 6,10 85:9,22 86:14,16,23 87:21,22 88:21

**recalled** 79:7

**recalls** 75:8

**receive** 13:15

**received** 17:9, 12

**recess** 46:14 88:6

**recollection** 29:6 35:13 36:13 53:4,22 54:23 63:14 66:21 67:22,25 73:14 87:16,24

**reconvening** 69:6

**record** 5:6 12:8 69:21

**records-keeping** 10:16

**red** 23:6 25:7 83:15,17 84:3, 12,14,15,16

Deposition Of Officer Brett Maynard

reengage 39:19

referred 56:19 64:12 69:22 80:1 87:11

referring 74:9

refocusing 79:12

refresh 63:14

refused 25:12, 13

refusing 31:11

regarded 35:16

regulations 5:5

related 22:8 24:19 88:20

relation 53:13

relayed 21:11, 13

remain 41:14

remember 42:16 43:5 54:15 66:18 67:1

remembered 83:11

repeat 73:13

rephrase 6:20

replaying 61:25

report 10:1,14, 16,22 11:8,14, 19,22 12:25 19:10 21:14 27:11 31:4 37:15,21 42:16 43:18,25 62:5 66:16 73:1 76:8

79:6,10 88:20

reported 19:24 21:24 22:3 32:21

Reporter 5:4,8, 14 55:25 56:20 64:13 69:19,23 80:2 87:12 89:6

reporting 9:12

represent 30:6 65:10

representation 37:25

request 12:2

resided 26:12

residence 24:14 32:1 40:12

resistance 37:10

resisting 50:11 71:18

respect 17:6 20:22 29:3 47:15 82:2 88:8

respond 46:5

responded 21:25

response 19:17 20:5 21:1 43:10 44:3 82:9 83:21

responsible 20:9

rest 60:19 66:4

restraint 67:12

result 86:15

results 33:19

retained 69:25

review 6:11 9:22 10:3,6,8,11 37:15 38:2 55:13 62:2

reviewed 9:24 12:20 14:16 21:9,15 62:4,7, 12

reviewing 48:17 85:10

rewind 60:25

ride 88:3

right-hand 10:23 80:7,19

ring 32:2 65:23

ROCS 8:25

role 40:1

rolling 86:24

rotated 41:19 44:4

rotating 41:16 49:19 51:2 66:7

route 17:10 20:8 36:10

ruling 6:16

run 26:5 27:1,19 28:1 33:9

running 26:22 27:22 28:6 29:1, 22 32:14 38:8

runs 26:13

**S**

S-H 74:22

S-T-E-H-L-I 15:10

San 7:10,11,19 13:4

scan 10:20 12:3, 14

scene 19:17 52:19 87:19

school 13:6,11, 12,14,18 17:15, 19,21 19:1 21:24,25 22:22 25:10 46:10

schooling 13:11

screaming 59:14

screen 55:20 56:7 62:1,25 68:9 71:23 75:15 77:19

screenshot 75:1

search 45:10

searched 45:13

seated 39:23 41:1 47:10,13

second-by-second 31:5

seconds 57:3, 17,21 63:22

section 14:19 80:19 83:8

secured 73:4

sees 75:4

semiautomatic 19:20,24

semiprone

53:23

send 12:1

sense 6:18 29:22 33:15 53:21

sentences 18:24 20:6

sequence 68:11 69:3

sequentially 75:9

served 14:25 15:3

service 17:13

serving 9:3

set 22:15,19 67:9

shaking 72:11

shanks 44:11

share 55:20 62:25 68:9 79:22

sharing 68:23

sharp 35:15

Sheriff's 7:10, 11 8:6 13:4,24 14:1

shifted 84:20

short 33:7

Shorthand 5:8, 14 56:20 64:13 69:23 80:2 87:12

shot 80:21 82:10

Deposition Of Officer Brett Maynard

shots 80:12,25
81:6

shoulder 28:12
38:24 39:6,14
40:3,18 41:3
55:18

shoulders 54:2

shouted 73:3

shouting 27:8

show 27:8,13,
16,25 30:6
42:17 44:16
55:22 56:1
57:12 62:11
63:13 68:7
70:20 79:21
82:20,21 87:5

showed 79:19

showing 28:14

shows 82:3

sic 11:2 32:23
54:9 57:23 67:6

side 16:1,2,3
28:11,18,20,23
50:21 51:17,18,
22 53:6 54:4,8,
9,11,24 74:14
76:21 77:19
85:15

sight 44:14

signs 23:6,7

similar 6:9 8:5

single 17:3

single-man 16:6

sir 5:21,24 6:1,7
8:16 10:7 11:21
12:23 13:2 14:5,

7,10,24 15:2,12
16:9,12,14,24
17:5 21:25
23:16 25:19
26:2,11 31:15,
18 40:10 50:2
52:23 53:1,4,7
57:8,11 58:13
60:3 66:1,18
70:9 73:8,24
75:23 78:18
84:8 88:24

sirens 25:8
26:23 37:5

sit 37:25 45:19

sitting 79:3

situation 20:13
32:20 33:3

six-foot-three
43:12

skin 71:25

slash 8:25

slid 44:4

slower 23:20

small 35:15

smooth 61:10
64:6 65:12
78:19

smooth-playing
81:24

son 46:9 88:2

sort 20:3 36:8
39:9

sound 59:9 60:3
68:4

source 18:19
82:12

space 44:12

speak 36:10
87:3

specific 30:3
35:13 36:13
84:19

specifically
16:25 17:23
19:3,12 21:20
27:11 35:19
49:7 51:20

speculate 81:12

speculation
30:9 71:24 72:6
74:2 81:9,21
85:3,17

sped 22:21

speed 22:22
23:7

spell 8:25

spelling 15:11

spent 7:25

split 30:11,17
32:1 35:11

spot 50:24
83:24 85:24

stamp 69:15

stamped 80:21

stand 83:6

standing 41:6
53:12,15 55:14
58:3 75:24

start 11:5,10
16:19 20:6
23:19 61:4

started 22:19

56:8

starting 59:5
82:21

starts 11:8,15

state 5:5,8
29:25 87:6

stated 19:7,21
76:8 79:6

statement 17:25
20:6 32:22
73:17

stating 17:16
43:23

stay 14:11

Stehli 15:7,10

step 44:23

stepped 42:6

stipulate 56:3

stop 23:6,7,8
25:12,13,16
31:11,14 33:16
57:1 65:2 69:7,8

stopped 57:16
71:7 77:20

stopping 26:23
63:21

street 22:6 23:9

strike 42:11
43:14,24 45:4
46:20 49:3,24,
25 50:4 51:16,
22,24 52:2,24
61:19 79:11
86:15,18

strikes 50:1
53:2 61:1

striking 41:21
44:20

stronger 52:15

struck 42:10
45:23 46:21,23,
25 51:19 53:5
60:18 86:3,8

struggling 49:1

stuff 10:17 11:3
83:8 85:11

stumbled 39:18
40:12

subject 22:8
34:8

sufficient 61:4

supervisor
86:25 87:1

supposed 38:10

surrender 25:13
29:7 31:11 43:4

surrendering
29:20

suspect 19:8
32:21 38:9
81:19 82:4

suspect's 76:6
77:6,22

suspicious
17:14

sustained
16:10,11

sweatshirt
26:20 81:19
82:4

switch 51:10

sworn 5:13

7:18,21 8:1
14:12

---

**T**

**tackle** 37:13,16,
23 38:23 39:1,2,
3

**tactics** 14:4

**tag** 65:14,16

**taking** 34:8
67:13

**talk** 11:4 15:14
16:25 17:7
29:24 30:16
39:3

**talked** 25:18
46:20,22 71:8
82:12

**talking** 9:21
12:20 46:17
74:24 88:9,10

**taller** 52:10

**target** 51:11,12

**taser** 47:25
48:2,3,4,13,14,
16,17,19,24
49:2,7,15,18
50:10 58:7
83:15

**tattoo** 65:22
74:9,12

**team** 8:25 9:1,3

**teams** 9:6

**telling** 10:10
23:14 42:14
43:3

**tells** 6:17

**ten** 46:8 63:22

**terms** 72:3

**testified** 5:14
6:6 86:3

**testifying** 83:2,6

**testimony** 18:8
28:10 29:16
34:20 35:2 40:8
46:1 61:20

**text** 11:10,20
46:9

**texts** 11:22

**thing** 17:6,9,10
21:11 22:13
51:15 52:2
70:20 78:20
83:11,15 88:8

**things** 33:13,15

**thinking** 31:9

**Thornton** 22:1

**thought** 31:4,8
32:9,17 33:14
37:17 51:8

**thoughts** 32:5

**thousands** 33:6

**threatened**
17:18 18:25
20:7

**threats** 20:15

**thumbs** 51:3

**time** 6:5,13 8:1,
14,21 10:9
13:14 14:12
16:17 18:3,11
19:15 20:4,24

21:12 23:13,18
26:3 27:4,17
28:3 29:1,24
30:15,18 31:14,
16 32:18,25
33:1,7 34:4 35:5
37:11,18,21
38:6 39:4,20
40:17 41:1,19
43:13,25 45:23
46:4 49:1 51:6
52:6,8 54:19
58:25 60:16,17,
20 61:4 62:4
66:4,22 73:6
74:4,6 75:1,5
80:21 82:15,20
85:8,22 86:23
88:9,10

**times** 26:18
27:13 42:14
44:9 48:5 50:17
51:5 53:24 54:1
59:8

**timestamp**
69:11,14 80:6

**tinted** 22:11

**tiny** 30:12

**today** 5:23 6:8
10:14 12:20
15:14 19:4
45:19 65:14

**today's** 9:18
14:17 21:15

**told** 12:21
14:16,21 17:3
18:14,20 19:3,6,
12,13 20:1
21:24 26:11
27:13 29:4
34:15 44:9,12

53:8 72:22
88:12

**top** 37:10 69:13,
14 73:22 78:2
81:15

**torso** 54:18
82:17

**torture** 6:22

**totality** 30:24
64:20 73:15
74:24 75:13

**touch** 79:15

**touching** 32:4
43:6 78:2

**tough** 84:11

**traffic** 23:5,19

**trained** 14:4,8
49:13

**trainee** 14:22

**training** 8:3,7,8,
9,12,15 15:1,4
44:8

**transcribe** 56:1

**transition** 67:2

**traversed** 23:4

**Trent** 62:16

**trial** 87:23

**tucked** 54:1

**TUESDAY** 5:1

**turn** 32:19

**turned** 22:20,21
86:12

**two-grasp** 67:6

**type** 30:17
34:14 44:18

48:11 83:20

**typing** 31:3

---

**U**

**ultimate** 48:23

**ultimately** 19:15
22:4,7 24:4,15,
18 25:22 26:7
30:24 33:16
40:23 42:8 45:9
48:8,15 49:12
50:2 52:20
55:14 71:13

**unable** 49:16

**uncooperative**
50:11

**undergo** 8:3

**underneath**
50:21

**understand** 6:8,
19 11:25 18:18
20:9,19 24:13
30:14 60:23
62:23 66:9
68:10 75:9

**understanding**
33:9 34:10 38:5,
11 42:1,25
44:17 45:3,16,
17 47:6 48:20,
23 49:21 66:23
74:3 75:13
85:21

**understood**
47:16 55:19

**uniform** 15:20,
22,23 22:19
74:14

Deposition Of Officer Brett Maynard

uniformed 37:5

units 25:7

universal 73:17

Unlike 6:12,16

unpack 33:25

unquote 19:19

updates 14:15

upper 10:23
76:10 78:4,8
80:7,19

upwards 29:6

utilize 48:24

**V**

vague 24:2 38:4
60:16 79:5
80:17 81:8,20
82:5

vastly 38:19

vehicle 17:20
22:4,6,9,10,13,
16,20,23 23:3,4
25:16,21,23,25
26:3,4,21 27:2
37:8

vehicles 22:17

verified 23:18

version 11:4,14
12:1 61:17 62:1
68:17 69:21
70:21

vest 15:24 42:12

victim 18:24
22:5 24:8,19,21
26:11 32:22,23
36:10 87:2

victim's 25:23
32:6

video 33:6 38:3
47:8 48:17
55:21 56:1,11,
15,23 57:5,7,10,
13,14,16,18,20
58:1,4,5,18,21
59:2,12,19,25
60:7,24 61:8,22,
23 62:7,11,13,
15,17,24 63:4,6,
8 64:1,4,7 65:7,
17 66:24 68:7,
17,20,22,23
69:2,8,15,16,20
70:3,4,10,11,21,
23 71:2,5 73:20
74:19 75:4,9
76:2 77:4,17
78:5,8,9,16
80:20 81:13,18,
24 82:10,12,14,
20 83:14 84:9,
13,22,24 88:10

videoconferenc
e 5:1 9:8,16

videos 12:24
33:7 34:5 80:13

videotapes 56:1

view 81:7 82:23

vine-type 83:11

violence 20:13

violent 19:11,
13,19,25 20:2
21:5,12 38:10
42:2

violently 50:11
71:18

visibility 25:6

visual 60:4

voice 59:14

voices 57:2

**W**

waistband
50:23 51:5 52:3,
16 54:6,8 76:23
79:13

waistline 44:7

waiting 17:19

walking 26:22

wall 55:17 58:22
83:8,9

walls 58:23

wanted 9:13
42:25 51:25
77:12,13 86:10

wanton 24:6

watch 48:9
65:22 72:15
77:3,21,24,25

watched 81:17

watching 31:3
47:8 65:17
78:18,22

weapon 20:14
28:25 35:12,16
38:21,22 44:11,
18 45:5,7 50:9
64:23

weapons 32:16

wearing 26:19

weight 52:12

window 30:12

windows 22:11

wishes 83:22

witnessed 75:5

word 11:1,6,8,9,
12 16:1 37:16,
17,22,24 38:6,
23 39:2 48:5
60:16 75:12

words 11:7 16:8
20:2 27:11 48:7,
21 49:3 86:2

work 11:25 12:8
13:25 16:22
49:13 50:12
59:17 71:17
73:16

worked 13:23
17:16

working 10:19
11:18 12:17
49:22

worried 32:13
38:20 51:4

wrist 39:22
41:16,19 44:5
49:20,21 51:2
66:5,25 67:3

write 37:24

writing 43:18
66:18

written 11:7

wrote 10:1,18
37:21 43:25
66:16 72:24
73:1

**Y**

year 7:13,21

years 7:6,25 9:2
16:17

yelled 66:17,19
67:16

yelling 27:23,25

yellow 75:15,17
83:15

**Z**

zeroes 56:12

zone 20:9 22:22
25:10

zoom 24:17
70:19