# EXHIBIT K

# DR # 2022-02719 - Use of Force - 1 Report

| REPORT DATE / TIME | BEAT / REPORTING DISTRICT / SUBDIVISION 4 / SUBDIVISION 5 | OCCURENCE START DATE / TIME - OCCURENCE END DATE / TIME |
|---|---|---|
| Apr 29, 2022 10:02 | 3 / 547 | Apr 29, 2022 07:36 |

**PRIMARY REPORTER**
Joshua Bishop #10803

**REPORT TAKEN LOCATION**
354 GARDENIA CIR, HEMET, CA 92543

354 GARDENIA CIR, HEMET, CA 92543

**STAT REPORTING**

- ☐ Glass Break
- ☒ Officer Involved
- ☐ Juvenile
- ☒ Use of Force
- ☐ Domestic Violence
- ☐ Transient-Related
- ☐ AED Deployed
- ☐ Narcotics
- ☐ Confidential Victim (PC 293)
- ☐ Courtesy Report
- ☐ Alcohol
- ☒ Pursuit
- ☐ K9 Deployed
- ☐ Gang
- ☐ Hate Crime
- ☐ School Incident
- ☒ Taser Deployed
- ☐ Firework Related
- ☐ Graffiti

**NOTIFICATIONS**

| NOTIFICATION-1 MADE | NOTIFICATION DATE |
|---|---|
| Supervisor | Apr 29, 2022 07:36 |

**NOTIFICATION DETAILS**
Use of Force/Pursuit

| NOTIFICATION-2 MADE | NOTIFICATION DATE |
|---|---|
| Dispatch (MP/CHP180/SVS/RO/AFS) | Apr 29, 2022 07:36 |

**NOTIFICATION DETAILS**
Pursuit

## NARRATIVE

**NARRATIVE:**

On 04/29/2022, at approximately 0736 hours, I was dispatched to McSweeny Elementary School, located at 451 W. Chambers Avenue, in the City of Hemet, County of Riverside, reference a criminal threats investigation. The reporting party/victim, who will be further referenced as Victim 1, stated her ex-boyfriend, Henry Barnhill (06-09-78), was outside of McSweeny Elementary waiting for her. Victim 1 indicated on 04/28/2022, during the nighttime hours, Barnhill threatened to kill her and pointed a firearm at her head.

It should be noted I was driving a marked Hemet Police patrol vehicle and wearing a Hemet Police Department issued Class D uniform.

Sergeant Reynoso arrived first on scene to McSweeny Elementary and contacted Victim 1. Sergeant Reynoso advised Barnhill was possibly driving a black Dodge Challenger, which was possibly parked in the area of Gilbert St/Chambers St (Hemet/Riverside). Officer Maynard observed a vehicle matching the suspect vehicle description parked west of the intersection, facing west, along the north curb line prolongation. Officer Maynard broadcasted the suspect vehicle's license plate of (8RUU690).

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Joshua Bishop #10803   Apr 29, 2022 14:58 (e-signature) | Jamie Gonzalez #10192   May 2, 2022 13:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Joshua Bishop #10803 | Jamie Gonzalez #10192 |

Hemet Police Department                                                                                                Pg 1 of 8
Mark43 RMS Form v2.0 generated by J. Douglas #8322 on Oct 12, 2022 09:30.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                            HPD000053

The vehicle was registered to Victim 1 and I arrived on scene shortly after Officer Maynard broadcasted the license plate. I positioned my patrol vehicle behind the Dodge and activated my forward facing steady red/blue lights, and attempted to conduct a felony vehicle stop. As I waited for more officers to arrive on scene, the vehicle's engine started. I observed the brake lights of the vehicle illuminate and the vehicle began driving west on Chambers Street. It should be noted I was on the felony vehicle stop for approximately 20 seconds before the vehicle drove away.

The driver and sole occupant of the vehicle, was later identified as Barnhill. At this time I activated my patrol vehicle's flashing red/blue lights and audible siren. As Barnhill drove west on Chambers Street, he reached speeds of approximately 50 miles per hour (MPH), in a 25 MPH speed limit zone, in violation of CVC 22350. Barnhill turned right, north, onto Palm Avenue and failed to stop for the stop sign at the intersection of Chambers St/Palm Ave, in violation of CVC 22450(a).

As Barnhill drove north on Palm Ave, he reached speeds of approximately 60 MPH, and failed to stop for the stop sign at the intersection of Palm Ave/Thornton Ave. Barnhill continued driving north and made a right, eastbound turn onto Stetson Avenue, reaching speeds of approximately 60 MPH. Barnhill continued driving east and approached the intersection of State St/Stetson Ave.

Barnhill then drove through the parking lot of Chevron, located at 1101 S. State Street (Hemet/Riverside). Barnhill drove east through the parking lot and exited the parking lot which enters the southbound lanes of travel for State Street. Barnhill drove north on State Street in the southbound lanes of travel, in violation of CVC 21651(b).

Barnhill made a right, eastbound turn onto Stetson Avenue, then a right southbound turn in an alley west of 309 W. Stetson Ave. Barnhill drove south through the alley and made a left eastbound turn in the alley, which leads to Magnolia Circle. Barnhill then drove in a southeast direction and stopped his vehicle near the southwest corner of 354 Gardenia Circle, which was the termination point of the pursuit.

It should be noted the pursuit lasted approximately 3 minutes and traveled approximately 1.4 miles. At no point during the progression of the pursuit did Barnhill stop the vehicle or roll the windows down. I did not lose a visual of the Dodge during the pursuit's entirety.

Barnhill exited the Dodge via the driver's door and began running on foot, east along the north curb of Gardenia Circle. Barnhill immediately reached for the front portion of his waistband as he began running. Due to my training and experience, I know it is common for suspects to carry firearms and other dangerous weapons concealed within their waistband. Barnhill was also wearing a large bulky sweater, which could easily conceal dangerous weapons.

As Barnhill ran, I gave him several commands to put his hands behind his back and for him to show officers his hands. Barnhill initially complied by placing both his hands/arms in the air, but continued running toward the front gate entrance of 354 Gardenia Circle. It was later discovered the Gardenia address was Barnhill's and Victim 1's residence.

Barnhill continued running from officers and ran toward the front door of the residence. At this point, Barnhill lowered his arms/hands from being up in the air and them in front of his body, out of sight. Barnhill again began reaching for his front waistband area as he approached the front door. Barnhill attempted to unlock the front door of the residence, but was contacted by officers prior to Barnhill being able to unlock the front security door.

Officer Maynard was able to assist Barnhill onto a patio chair, which was located near the front security door. Officers gave Barnhill commands to get down on the ground as he was in a seated position on the patio chair. Barnhill ignored officers commands by continuing to sit on the patio chair. Officers attempted to gain control of both of Barnhill's arms. Officer Aguila was able to gain control of Barnhill's left arm/hand, but I could see Officer Maynard struggling to gain control of Barnhill's right arm/hand.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Joshua Bishop #10803    Apr 29, 2022 14:58 (e-signature) | Jamie Gonzalez #10192    May 2, 2022 13:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Joshua Bishop #10803 | Jamie Gonzalez #10192 |

At this point, the firearm used by Barnhill the previous day was still outstanding. Due to Barnhill possibly still being in possession of the firearm, his prior furtive movements toward his front waistband, and being unable to see his right arm/hand, I told officers to move out of my way. I drew my Conducted Electrical Weapon (CEW) and pointed it at Barnhill. I deployed my CEW and both probes struck Barnhill. One of the probes struck him in the abdomen region and the other in the left thigh area.

Due to Barnhill's baggy clothing, I observed the CEW deployment was ineffective and did not penetrate Barnhill's skin. Officers then assisted Barnhill off of the chair during my CEW's 5 second cycle and ordered him to get down on the ground. As officers grasped Barnhill's arms/hands, I could see Barnhill actively attempting to pull away from both officer's grasp.

Barnhill was then placed onto his buttocks by officers and ordered to get down on the ground. Officers were able to roll Barnhill over onto his stomach and both officers struggled with placing Barnhill's hands behind his back, due to Barnhill pulling away from both officer's grasp. I then re-energized my CEW for another 5 second cycle. The CEW deployment was still ineffective in gaining compliance from Barnhill, and he was still actively pulling away from both officer's grasp.

Officer Aguila was able to place Barnhill's left arm/hand behind his back, but Barnhill's right arm/hand was now underneath his body. Officers gave Barnhill several commands to place both his hands behind his back, but Barnhill refused by continuing to keep his right arm underneath his body.

Due to Barnhill still possibly being in possession of a firearm, his active physical resistance towards officers, and refusal to obey officers commands, I struck him 2 times on left side of his face/head with my CEW. Officer Aguila and Maynard were then able to place both of Barnhill's hands behind his back, but were unable to place him in handcuffs due to Barnhill still attempting to pull his arms/hands away from their grasp.

In an an attempt to immobilize Barnhill, so officers could place Barnhill into handcuffs, I grasped Barnhill's ponytail style hair and slammed his face/head into the ground. Officers were then finally able to place Barnhill into handcuffs without further incident.

Officer Walker arrived on scene and was able to remove the CEW probes from Barnhill's clothing and confirmed neither probe entered Barnhill's skin. I collected my CEW cartridge (X49227E1X) as evidence and later booked it into the Hemet Police property room. It should be noted my Body Worn Camera (BWC) was recording during my initial stop and ultimate apprehension of Barnhill. My BWC later uploaded as evidence into evidence.com.

**WITNESS STATEMENT:**

On the above listed date, following the apprehension/arrest of Barnhill, Victim 1's sister, Tammy Oliver (05-06-82), approached me concerned about Victim 1's welfare. Oliver advised she would provide a statement about her knowledge the relationship between Barnhill and Victim 1. The following is a summary of her statement:

Oliver indicated Barnhill and Victim 1 had been in a dating relationship for approximately 2 years. During the 2 years, Victim 1 had stopped dating Barnhill approximately 3 times due to recurring relational issues Victim 1 would not fully disclose.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Joshua Bishop #10803   Apr 29, 2022 14:58 (e-signature) | Jamie Gonzalez #10192   May 2, 2022 13:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Joshua Bishop #10803 | Jamie Gonzalez #10192 |

On 04/29/2022, at approximately 0740 hours, Oliver received a phone call from Victim 1. Victim 1 told Oliver on 04/28/2022, sometime during the nighttime hours, Barnhill had strangled her over an argument alleging Victim 1 was talking to a prior relational partner. Victim 1 advised the incident occurred within their home, located at 354 Gardenia Circle. During the argument, Barnhill pointed a firearm at Victim 1's head twice and threatened to kill Victim 1.

Victim 1 expressed to Oliver she was in fear for her life and thought Barnhill was going to kill her. Victim 1 told Oliver she was currently at her daughter's school and did not want to go home due to being in fear for her own life. Oliver could not provide any further details regarding the incident from 04/28, and this concludes her statement.

**EVIDENCE:**

(1) CEW Cartridge

(1) Body Worn Camera

**CASE STATUS:**

Closed

### REPORTING PARTY-1

**REPORTING PARTY-1 (ORGANIZATION)**
R-1 City of Hemet

### USE OF FORCE

**USE OF FORCE REASON TYPE**
Call for Service

| DID INCIDENT RESULT IN CRIME REPORT? | NUMBER OF OFFICERS ON SCENE |
|---|---|
| ■ YES  ☐ NO | 1 |

**OFFICER NAME**
Joshua Bishop

| AGE | OFFICER YEARS OF SERVICE |
|---|---|
| 27 | 4 |

| OFFICER BADGE # | OFFICER RANK | OFFICER DUTY ASSIGNMENT |
|---|---|---|
| 10803 | Police Officer | Patrol |

| OFFICER SEX | OFFICER RACE |
|---|---|
| Male | White |

| WAS OFFICER ON DUTY? | OFFICER DRESS |
|---|---|
| Yes | Patrol Uniform |

**OFFICER MEDICAL AID RECEIVED**
No Medical Assistance or Refused Assistance

### USE OF FORCE LOCATION

**LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION**
354 GARDENIA CIR

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| HEMET | CA | 92543 | US |

**BEAT / REPORTING DISTRICT / SUBDIVISION 4 / SUBDIVISION 5**
3 / 547

### SUBJECT-1

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SB-1 Barnhill, Henry Michael | 1978-06-09 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Joshua Bishop #10803   Apr 29, 2022 14:58 (e-signature) | Jamie Gonzalez #10192   May 2, 2022 13:00 (e-signature) |
| **PRINT NAME** | **PRINT NAME** |
| Joshua Bishop #10803 | Jamie Gonzalez #10192 |

Hemet Police Department                                                                                              Pg 4 of 8
Mark43 RMS Form v2.0 generated by J. Douglas #8322 on Oct 12, 2022 09:30.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                               HPD000056

| SEX | RACE / ETHNICITY | | |
|---|---|---|---|
| Male | Hispanic / Hispanic Or Latino | | |

**HOME ADDRESS**
354 GARDENIA CIR, HEMET, CA 92543

| ARRESTED | CHARGES | | |
|---|---|---|---|
| ■ YES ☐ NO | 273.5/Several felonies | | |

| FIREARM DISCHARGE - INTENTIONAL | FIREARM DISCHARGE - ACCIDENTAL | NUMBER OF SHOTS FIRED | NUMBER OF SHOTS HIT |
|---|---|---|---|
| ☐ YES ■ NO | ☐ YES ■ NO | 0 | 0 |

| SUBJECT PERCEIVED ARMED WITH | SUBJECT CONFIRMED ARMED WITH |
|---|---|
| Firearm | None |

| OFFICER ATTEMPTED TO DISARM SUBJECT? | SUBJECT RESISTANCE TYPE | SUBJECT BEHAVED ERRATICALLY? |
|---|---|---|
| ☐ YES ■ NO | Resistance | ■ YES ☐ NO |

| OBSERVED BEHAVIOR | OFFICER USED FORCE ON SUBJECT? | TYPE OF FORCE USED BY OFFICER |
|---|---|---|
| Signs of Drug Impairment | ■ YES ☐ NO | Blunt/Impact Weapon, Conducted Electrical Weapon |

| LOCATION OF FORCE USED BY OFFICER | SUBJECT INJURY SEVERITY | SUBJECT INJURY TYPE |
|---|---|---|
| Head (side) | NON_FATAL - Injury | Abrasion/Laceration, Obvious Disfigurement |

| SUBJECT MEDICAL AID RECEIVED | SUBJECT USED FORCE ON OFFICER? | OFFICER ASSAULT / HOMICIDE INCIDENT NUMBER |
|---|---|---|
| Medical Assistance (at Facility and Released) | ☐ YES ■ NO | 2022-02719 |

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 Barnhill, Henry Michael | 1978-06-09 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Hispanic / Hispanic Or Latino |

**HOME ADDRESS**
354 GARDENIA CIR, HEMET, CA 92543

**INVOLVEMENT TYPE**
Arrested

## INVOLVED ORGANIZATIONS

**INVOLVED ORGANIZATION-1 NAME**
O-1 City of Hemet

**INVOLVEMENT TYPE**
Reporting Officer

## INVOLVED LOCATIONS

**LOCATION**
354 GARDENIA CIR, HEMET, CA 92543

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | MIDDLE NAME | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| Henry | Barnhill | Michael | 1978-06-09 |

| RACE / ETHNICITY | SEX | DECEASED | SSN # |
|---|---|---|---|
| Hispanic / Hispanic Or Latino | Male | ☐ YES ■ NO | 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 |

| STATE ID NUMBER | FBI ID # | RESIDENT OF JURISDICTION? |
|---|---|---|
| A11817538 | 279710FB7 | Yes |

| HOME ADDRESS-1 | ENTERED DATE |
|---|---|
| 354 GARDENIA CIR, HEMET, CA 92543 | Apr 29, 2022 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Joshua Bishop #10803    Apr 29, 2022 14:58 (e-signature) | Jamie Gonzalez #10192    May 2, 2022 13:00 (e-signature) |
| **PRINT NAME** | **PRINT NAME** |
| Joshua Bishop #10803 | Jamie Gonzalez #10192 |

Hemet Police Department                                                                                          Pg 5 of 8
Mark43 RMS Form v2.0 generated by J. Douglas #8322 on Oct 12, 2022 09:30.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                   HPD000057