# EXHIBIT L

DR # 2022-02719 - Supplement - 1 Report Hemet Police Department                                    Pg 1 of 4

## DR # 2022-02719 - Supplement - 1 Report

| REPORT DATE / TIME | OCCURENCE START DATE / TIME - OCCURENCE END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Apr 29, 2022 15:11 | Apr 29, 2022 07:36 - 15:00 | Pedro Aguila #10832 |

REPORT DESCRIPTION
Assisting Narrative

SUPPLEMENT TYPE
Assisting narrative

## NARRATIVE

**NARRATIVE:**

On 04/29/2022, at approximately 0736 hours, I, Officer Aguila, was working Patrol Team 1, in a fully marked Hemet Police Department Police vehicle (3137), in full Duty Uniform. The uniform consists of black load bearing vest with "Police" on the front/back and a cloth breast badge, black uniform shirt with City of Hemet Police patches on each shoulder, black pants, black boots, and a Sam Browne duty belt. I was dispatched to 451 W Chambers Avenue, McSweeny Elementary School, in the City of Hemet, County of Riverside, regarding a criminal threats investigation.

Call notes advised the victim stated her ex-boyfriend, later identified as Henry Barnhill (DOB: 06-09-78), has been threatening to kill her and at one point, held a firearm to her head. Barnhill dropped off the victim and her daughter at school (McSweeny Elementary School) and is still outside in a Dodge Charger, waiting for the victim to exit the school.

Sergeant Reynoso arrived first on scene to McSweeny Elementary and contacted the victim. Sergeant Reynoso advised Barnhill was possibly driving a black Dodge Challenger, which was possibly parked in the area of Gilbert St and Chambers St. Officer Maynard observed a vehicle matching the suspect vehicle description parked west of the intersection, facing west, along the north curb line. Officer Maynard broadcasted the suspect vehicle's license plate of (8RUU690).

Officer Bishop located the suspect vehicle parked and began attempting a felony stop on the suspect. Due to traffic conditions, I parked my police vehicle behind Officer Bishop's and positioned myself forward to the right side of Officer Bishop's police vehicle. As I opened Officer Bishop's passenger side door for cover, the suspect vehicle began to drive westbound on Chambers Street towards Palm Avenue. I then entered Officer Bishop's police vehicle and Officer Bishop initiated a pursuit with the suspect vehicle (*See Officer Bishop's supplemental for further information*).

After approximately three minutes, the pursuit terminated in front of 354 Gardenia Circle. Barnhill exited the Dodge via the driver's door and began running on foot, directly to the front porch of 354 Gardenia Circle. Barnhill began reaching for the front portion of his waistband as he began running.

Due to my training and experience, I know it is common for suspects to conceal firearms and other dangerous weapons in their front waistband.

I immediately exited Officer Bishop's police vehicle and gave chase after Barnhill. I commanded Barnhill to place his hands in the air, where Officer's could see them. Barnhill attempted to open the front door of the location but was tackled into a patio chair by Officer Maynard. I arrived and grabbed Barnhill's left wrist. After Barnhill was taken to the ground, I placed his left arm behind his back but Barnhill refused to place his right arm behind his back. I then placed Barnhill's left wrist into a control hold and commanded Barnhill place his right arm behind his back. Barnhill refused to comply with my commands and kept his right underneath him towards his waistband area. Due to Barnhill not being

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Pedro Aguila #10832    Apr 30, 2022 12:17 (e-signature) | Jamie Gonzalez #10192    May 2, 2022 12:43 (e-signature) |
| PRINT NAME | PRINT NAME |
| Pedro Aguila #10832 | Jamie Gonzalez #10192 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    HPD000061

searched and possibly still in the possession of a firearm, I punched Barnhill eight times to the right side of his rib cage. Barnhill released his right arm and Officers were able to detain him without further incident (*See Officer Maynard's initial report and Officer Bishop's supplemental report for further investigation*).

It was later discovered that Barnhill and the victim reside at 354 Gardenia Circle. Officer Dominguez met with the victim and obtained a written consent form to search the property. As I searched the residence, I located a black handgun in plain sight, on the nightstand of the main bedroom. The black handgun was loaded with ten rounds of ball point live ammunition but did not have one loaded in the chamber. Shortly after, I located a grey lock box underneath the bed. The lock box was unlocked and had a magazine inside, loaded with ten rounds ball point live ammunition. The handgun, magazines and live ammunition were recovered and booked into the Hemet Police Department as evidence.

I later secured the residence and stood by until Officer Maynard obtained a judge approved search warrant for a vehicle and locked safe at the residence. I then executed the search warrant with Officer Maynard.

This concludes my involvement in this incident.

**EVIDENCE:**

(1) Body Worn Camera

**CASE STATUS:**

Closed

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 Barnhill, Henry Michael | 1978-06-09 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Hispanic / Hispanic Or Latino |

HOME ADDRESS
354 GARDENIA CIR, HEMET, CA 92543

INVOLVEMENT TYPE
Suspect

## INVOLVED LOCATIONS

LOCATION
354 GARDENIA CIR, HEMET, CA 92543

LOCATION
MCSWEENY ELEMENTARY SCHOOL, 451 W CHAMBERS AVE, HEMET, CA 92543

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| black / unknown / Polymer 80 | Evidence/Seized / Apr 29, 2022 / Evidence | | 1 | UNKNOWN |
| BWC | Evidence/Seized / Apr 29, 2022 / Evidence | | 1 | UNKNOWN |

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | MIDDLE NAME | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| Henry | Barnhill | Michael | 1978-06-09 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Pedro Aguila #10832    Apr 30, 2022 12:17 (e-signature) | Jamie Gonzalez #10192    May 2, 2022 12:43 (e-signature) |
| PRINT NAME | PRINT NAME |
| Pedro Aguila #10832 | Jamie Gonzalez #10192 |

Hemet Police Department

Pg 2 of 4

Mark43 RMS Form v2.0 generated by J. Douglas #8322 on Oct 12, 2022 09:30.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                HPD000062

DR # 2022-02719 - Supplement - 1 Report Hemet Police Department

| RACE / ETHNICITY | | SEX | DECEASED | | SSN # |
|---|---|---|---|---|---|
| Hispanic / Hispanic Or Latino | | Male | ☐ YES ■ NO | | 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 |

| STATE ID NUMBER | FBI ID # | | RESIDENT OF JURISDICTION? |
|---|---|---|---|
| A11817538 | 279710FB7 | | Yes |

| HOME ADDRESS-1 | ENTERED DATE |
|---|---|
| 354 GARDENIA CIR, HEMET, CA 92543 | Apr 29, 2022 |

| HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR / LENGTH / STYLE |
|---|---|---|---|
| 6' 3" | 210 lbs | Brown | Black |

| DL ID # | DL STATE | DL TYPE |
|---|---|---|
| B7767801 | California | Class C |

## PROPERTY & ITEMS ADDENDUM

### 2022-02719-2 FIREARM - BLACK

| FIREARM TYPE | DESCRIPTION |
|---|---|
| Handgun, Semi-Automatic | black |

| FIREARM MAKE | FINISH |
|---|---|
| unknown | Black |

| STOCK | GRIP |
|---|---|
| Black Polymer | Black Polymer |

ARRESTEE

Henry Michael Barnhill

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Apr 29, 2022 | UNKNOWN | 1 |

| IN POLICE CUSTODY | REASON FOR POLICE CUSTODY |
|---|---|
| Yes | Evidence |

RECOVERING OFFICER / ID # / PERSON

Pedro Aguila #10832

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON

Police Station > Temporary Locker

RECOVERED LOCATION

354 GARDENIA CIR, HEMET, CA 92543

### 2022-02719-3 OTHER ITEM - BWC

ITEM CATEGORY

Other

DESCRIPTION

BWC

ARRESTEE

Henry Michael Barnhill

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Apr 29, 2022 | UNKNOWN | 1 |

| IN POLICE CUSTODY | REASON FOR POLICE CUSTODY |
|---|---|
| Yes | Evidence |

RECOVERING OFFICER / ID # / PERSON

Pedro Aguila #10832

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON

Police Station > Evidence.com

RECOVERED LOCATION

354 GARDENIA CIR, HEMET, CA 92543

## REPORT HISTORY

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Pedro Aguila #10832   Apr 30, 2022 12:17 (e-signature) | Jamie Gonzalez #10192   May 2, 2022 12:43 (e-signature) |
| PRINT NAME | PRINT NAME |
| Pedro Aguila #10832 | Jamie Gonzalez #10192 |

**Hemet Police Department**

*Mark43 RMS Form v2.0 generated by J. Douglas #8322 on Oct 12, 2022 09:30.*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000063

DR # 2022-02719 - Supplement - 1 Report Hemet Police Department                                                                    Pg 4 of 4

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 05/02/2022 15:05 | C. Tipton #8337 | Changed the report status to Completed |

| DATE / TIME | USER | CHANGE |
|---|---|---|
| 05/02/2022 12:43 | J. Gonzalez #10192 | Changed the report status to Pending Secondary Review |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Pedro Aguila #10832    Apr 30, 2022 12:17 (e-signature) | Jamie Gonzalez #10192    May 2, 2022 12:43 (e-signature) |
| PRINT NAME | PRINT NAME |
| Pedro Aguila #10832 | Jamie Gonzalez #10192 |

**Hemet Police Department**                                                                                                              Pg 4 of 4
*Mark43 RMS Form v2.0 generated by J. Douglas #8322 on Oct 12, 2022 09:30.*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    HPD000064