# EXHIBIT M

(Officer Maynard's Body Cam Footage (BWC) dated April 29, 2022, pertaining to the subject incident)

# [LODGED MANUALLY]