# EXHIBIT O

(Officer Aguila's Body Cam Footage (BWC) dated April 29, 2022, pertaining to the subject incident)

# [LODGED MANUALLY]