# EXHIBIT P

# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Criminal Case Report

### Pay Ticket / Case Fine

Send me an email when this case is updated (click here) 

[Print This Report]
[Purchase Documents for this Case]
[Close This Window]

### Case BAF2300330 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | BARNHILL, HENRY MICHAEL | Report and Sentencing 08/28/2023 AT 8:30 AM DEPT. B303 | ACTIVE | HEPD 202202719A | 04/23/2022 | PC 243(E)(1) | 04/28/2022 |
| | ALIAS: BRANHILL, HENRY MICHAEL | | | | | | |

### Case BAF2300330 - BARNHILL, HENRY MICHAEL - Status

| | | | |
|---|---|---|---|
| Filing Type | Held to Answer | Custody | In Custody |
| Ordered Bail | $500,000.00 | Filing Date | 03/27/2023 |
| D.A. | Cathryn Heinen | Posted Bail | $0.00 |
| Next Action: | Report and Sentencing 08/28/2023 AT 8:30 AM DEPT. B303 | Defense | DPD Jeff Hurwitz |
| | | Deputy Report #: | HEPD 202202719A |

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
| | | NONE | N/A | N/A |
| Probation | Type | Granted | Expiration | |
| | N/A | N/A | N/A | |
| Sentence | Convicted Date | Fine and Penalty | Restitution Fine | |
| | 07/28/2023 | | 0 | |

### Case BAF2300330 - BARNHILL, HENRY MICHAEL - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|

| 1 | PC 245(A)(2) | F | Assault with a gun | 04/28/2022 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 273.5(F)(1) | F | Inflict corporal injury with prior conviction within 7 years | 04/28/2022 | NOT GUILTY | HTA |
| 2 | PC 273.5(F)(1) | F | Inflict corporal injury with prior conviction within 7 years | 04/28/2022 | NOT GUILTY | HTA |
| | Enhancement | | Description | | Plea | Status |
| | PC 12022.7(E) | | GBI Domestic Violence | | DENY | HTA |
| 3 | PC 245(A)(2) | F | Assault with a gun | 04/28/2022 | NOT GUILTY | HTA |
| 4 | PC 422 | F | Criminal Threats Death/GBI | 04/28/2022 | NOT GUILTY | HTA |
| | Enhancement | | Description | | Plea | Status |
| | PC 12022.5(A) | | Use Firearm | | DENY | HTA |
| 5 | PC 236 | F | False Imprisonment | 04/28/2022 | NOT GUILTY | HTA |
| 6 | PC 30305(A)(1) | F | No person prohibited from owning firearm shall poss.ammuniti | 04/28/2022 | NOT GUILTY | HTA |
| 7 | PC 29800(A)(1) | F | Convicted felon and narcotic addict own or possesses firearm | 04/28/2022 | NOT GUILTY | HTA |
| 8 | VC 2800.2 | F | Evading Arrest | 04/28/2022 | NOT GUILTY | HTA |
| 9 | VC 2800.4 | F | Eluding a pursuing peace officer | 04/28/2022 | NOT GUILTY | HTA |
| 10 | PC F29825(A) | F | Possess a firearm knowing person is prohibited due to TRO | 04/28/2022 | NOT GUILTY | HTA |
| 11 | PC 148(A)(1) | M | Willful Resist/Delay/Obstruct | 04/28/2022 | NOT GUILTY | HTA |

**Alleged Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 999 | PC 667(C) | F | Prior Felony Conviction(defined in 667.5(c)PC) | 04/28/2022 | | HTA |
| 999 | PC 667(E)(1) | F | 667(e)(1) or PC 1170.12 (strike prior) | 04/28/2022 | | HTA |
| 999 | PC 1170.12(C)(1) | F | 2 OR MORE VIOLENT OR SERIOUS FELONY CONVICTIONS | 04/28/2022 | | |
| 999 | PC 667(C)(2) | F | Inelgble for probation - Prior felony conviction | 04/28/2022 | | HTA |
| 999 | PC 1203(E)(2) | F | Felony-Probation shall not be granted | 04/28/2022 | | |
| 999 | RC 4.421(A)(1) | F | Involved great violence, bodily harm,threat of bodily harm | 04/28/2022 | | |
| 999 | RC 4.421(B)(1) | F | Engaged in violent conduct, a serious danger to society | 04/28/2022 | | |
| 999 | RC 4.421(B)(3) | F | Served a prior prison term | 04/28/2022 | | |
| 999 | RC 4.421(B)(5) | F | Prior performance on probationor parole was unsatisfactory | 04/28/2022 | | |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|

| 1 | PC 243(E)(1) | M | Battery on spouse/person whom defendant is cohabitating with | 04/28/2022 | | CONVICTED |
| 2 | PC 240 | M | Assault | 04/28/2022 | | CONVICTED |
| 3 | PC 240 | M | Assault | 04/28/2022 | | ACQUITTED |
| | Enhancement | | Description | | Plea | Status |
| | PC 12022.5(A) | | Use Firearm | | | STRICKEN |
| 4 | PC 422 | F | Criminal Threats Death/GBI | 04/28/2022 | NOT GUILTY | CONVICTED |
| | Enhancement | | Description | | Plea | Status |
| | PC 12022.5(A) | | Use Firearm | | | FOUND NOT TRUE |
| 5 | PC 236 | F | False Imprisonment | 04/28/2022 | | ACQUITTED |
| 6 | PC 30305(A)(1) | F | No person prohibited from owning firearm shall poss.ammuniti | 04/28/2022 | NOT GUILTY | CONVICTED |
| 7 | PC 29800(A)(1) | F | Convicted felon and narcotic addict own or possesses firearm | 04/28/2022 | NOT GUILTY | CONVICTED |
| 8 | VC 2800.2 | F | Evading Arrest | 04/28/2022 | NOT GUILTY | CONVICTED |
| 9 | PC F29825(A) | F | Possess a firearm knowing person is prohibited due to TRO | 04/28/2022 | NOT GUILTY | CONVICTED |
| 10 | PC 148(A)(1) | M | Willful Resist/Delay/Obstruct | 04/28/2022 | NOT GUILTY | CONVICTED |

### Origin Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 273.5(F)(1) | F | Inflict corporal injury with prior conviction within 7 years | 04/28/2022 | NOT GUILTY | |
| 2 | PC 273.5(F)(1) | F | Inflict corporal injury with prior conviction within 7 years | 04/28/2022 | NOT GUILTY | |
| 3 | PC 245(A)(2) | F | Assault with a gun | 04/28/2022 | NOT GUILTY | |
| 5 | PC 236 | F | False Imprisonment | 04/28/2022 | NOT GUILTY | |

### Other Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 999 | PC 667(A) | F | PRIOR Serious Felony Convictn | 04/28/2022 | | FOUND TRUE |

## Case BAF2300330 - BARNHILL, HENRY MICHAEL - Probation

**Probation Has Not Been Granted On This Case For This Defendant.**

## Case BAF2300330 - BARNHILL, HENRY MICHAEL - Related Cases On Calendar

| Related Cases On Calendar |
|---|
| This Defendant Does Not Have Any Other Cases With Future Hearings Scheduled. |

## Case BAF2300330 - BARNHILL, HENRY MICHAEL - All of Defendant's Other Cases

| Case Number | Filed Date | Charges | Next Hearing | Jurisdiction | Status |
|---|---|---|---|---|---|
| BAF2200499 | 05/03/2022 | PC 273.5(F)(1)<br>PC 245(A)(2)<br>PC 422<br>PC 236<br>PC M273A(B)<br>PC 30305(A)(1)<br>PC 29800(A)(1)<br>VC 2800.2<br>VC 2800.4<br>PC F29825(A)<br><more...> | None Scheduled | SUPERIOR COURT - BANNING JUSTICE CENTER | Closed |
| RIF1402039 | 03/19/2014 | PC 4501<br>PC 240<br>PC 1214.1(A)<br>PC 667.5(B) | None Scheduled | SUPERIOR COURT - RIVERSIDE | Fine |

### Case BAF2300330 - BARNHILL, HENRY MICHAEL - Actions & Minutes

| Action Date | Action Text | Disposition | Hearing Type |
|---|---|---|---|
| 09/11/2023 8:00 AM DEPT. RIEXH | CLERK'S CALENDAR - REVIEW EXHIBIT STATUS | | |
| 08/28/2023 8:30 AM DEPT. B303 | REPORT AND SENTENCING | ACTIVE | SENTENCING |
| 07/31/2023 8:30 AM DEPT. B303 | COURT TRIAL | DISPOSED | TRIAL |
| **Minutes** | Print Minute Order | | |
| 07/28/2023 9:00 AM DEPT. B303 | JURY TRIAL (JURY DELIBERATING) | DISPOSED | |
| **Minutes** | Print Minute Order | | |
| 07/27/2023 9:00 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| **Minutes** | Print Minute Order | | |
| 07/26/2023 | 5TH AMENDED INFORMATION FILED. | | |
| 07/26/2023 9:30 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| **Minutes** | Print Minute Order | | |
| 07/25/2023 9:00 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| **Minutes** | Print Minute Order | | |

| Date | Event | Status | |
|---|---|---|---|
| 07/24/2023 | FOURTH AMENDED INFORMATION FILED. | | |
| 07/24/2023 10:30 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/21/2023 | THIRD AMENDED INFORMATION FILED. | | |
| 07/21/2023 9:00 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/20/2023 | CALCRIM REQUEST BY DEFENSE FILED. | | |
| 07/20/2023 9:00 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/19/2023 8:00 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/18/2023 9:00 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/17/2023 | JURY PANEL CONTACT INFORMATION FILED [CR036] | | |
| 07/17/2023 | WITNESS/EXHIBIT LIST FILED. | | |
| 07/17/2023 9:00 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/14/2023 | WITNESS/EXHIBIT LIST FILED. | | |
| 07/14/2023 9:00 AM DEPT. B303 | JURY TRIAL IN-PROGRESS | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/13/2023 | STIPULATION RE JURY SEPARATION AND DELIBERATIONS, PRESENCE OF JURY FILED [CR035] | | |
| 07/13/2023 | PEOPLES PROPOSED WITNESS LIST FILED. | | |
| 07/13/2023 | REQUEST FOR JURY INSTRUCTIONS FILED BY PEOPLE | | |
| 07/13/2023 | PEOPLES EXHIBIT LIST FILED. | | |
| 07/13/2023 | PEOPLES TRIAL BRIEF & MOTIONS IN LIMINE FILED. | | |
| 07/13/2023 | SECOND AMENDED INFORMATION FILED. | | |
| 07/13/2023 | NOTICE OF MOTIONS AND MOTIONS IN LIMINE FILED. | | |

| | | | |
|---|---|---|---|
| 07/13/2023 8:30 AM DEPT. B303 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSAUNT TO 1538.5(I) PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/13/2023 8:30 AM DEPT. B303 | HEARING ON MOTION RE: TO TRAVERSE SEARCH WARRANT | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/13/2023 8:30 AM DEPT. B303 | JURY TRIAL | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/12/2023 8:30 AM DEPT. B304 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSAUNT TO 1538.5(I) PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/12/2023 8:30 AM DEPT. B304 | HEARING ON MOTION RE: TO TRAVERSE SEARCH WARRANT | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/12/2023 8:30 AM DEPT. B304 | JURY TRIAL TRAILING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/03/2023 8:30 AM DEPT. B304 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSAUNT TO 1538.5(I) PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/03/2023 8:30 AM DEPT. B304 | HEARING ON MOTION RE: MOTION TO TRAVERSE SEARCH WARRANT | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/03/2023 8:30 AM DEPT. B304 | JURY TRIAL | DISPOSED | |
| Minutes | Print Minute Order | | |
| 06/20/2023 | OPPOSITION TO MOTION TO SUPPRESS EVIDENCE PC 1538.5(I) FILED BY DIST ATTORNEY. | | |
| 06/16/2023 | OPPOSITION TO MOTION TO TRAVERSE SEARCH WARRANT FILED BY DISTRICT ATTORNEY. | | |
| 06/09/2023 | SUPPLEMENTAL POINTS AND AUTHORITIES FILED. | | |
| 06/09/2023 | PEOPLES SUPPLEMENTAL OPPOSITION FILED. | | |

| Date | Event | Status | |
|---|---|---|---|
| 06/09/2023 | NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE FILED. | | |
| 06/09/2023 | NOTICE OF MOTION AND MOTION TO TRAVERSE FILED. | | |
| 06/09/2023 8:30 AM DEPT. B304 | HEARING ON MOTION TO SET ASIDE INFORMATION/INDICTMENT PURSUANT TO 995 PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 06/09/2023 8:30 AM DEPT. B304 | JURY TRIAL TRAILING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 06/08/2023 8:30 AM DEPT. B304 | HEARING ON MOTION RE: MOTION TO DISMISS PURSUANT 995 PC | DISPOSED | |
| Minutes | Print Minute Order | | |
| 06/08/2023 8:30 AM DEPT. B304 | JURY TRIAL | DISPOSED | |
| Minutes | Print Minute Order | | |
| 06/05/2023 | REPLY TO PROSECUTION OPPOSITION TO 995 FILED. | | |
| 06/02/2023 10:54 AM DEPT. RIEXH | RECEIPT FOR EXHIBITS | | |
| 05/31/2023 | OPPOSITION TO MOTION TO DISMISS & SET ASIDE INFORMATION FILED BY DIST ATTY. | | |
| 05/31/2023 8:30 AM DEPT. B101 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSAUNT TO 1538.5(I) PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 05/31/2023 8:30 AM DEPT. B101 | HEARING ON MOTION RE: MOTION TO TRAVERSE SEARCH WARRANT | DISPOSED | |
| Minutes | Print Minute Order | | |
| 05/31/2023 8:30 AM DEPT. B101 | TRIAL READINESS CONFERENCE | DISPOSED | TRC |
| Minutes | Print Minute Order | | |
| 05/26/2023 | FIRST AMENDED INFORMATION FILED. | | |
| 05/26/2023 8:30 AM DEPT. B101 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSAUNT TO 1538.5(I) PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 05/26/2023 8:30 AM DEPT. B101 | HEARING ON MOTION RE: MOTION TO TRAVERSE SEARCH WARRANT | DISPOSED | |

| | | | |
|---|---|---|---|
| Minutes | Print Minute Order | | |
| 05/26/2023 8:30 AM DEPT. B101 | TRIAL READINESS CONFERENCE | DISPOSED | TRC |
| Minutes | Print Minute Order | | |
| 05/24/2023 | MOTION TO DISMISS PURSUANT 995 PC FILED. | | |
| 05/15/2023 8:30 AM DEPT. B101 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSAUNT TO 1538.5(I) PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 05/15/2023 8:30 AM DEPT. B101 | HEARING ON MOTION RE: MOTION TO TRAVERSE SEARCH WARRANT | DISPOSED | |
| Minutes | Print Minute Order | | |
| 05/15/2023 8:30 AM DEPT. B101 | TRIAL READINESS CONFERENCE | DISPOSED | TRC |
| Minutes | Print Minute Order | | |
| 05/11/2023 | OPPOSTION TO PROSECUTION REPLY FOR MOTION FILED. | | |
| 05/01/2023 | OPPOSITION TO MOTION TO TRAVERSE SEARCH WARRANT FILED BY DISTRICT ATTORNEY. | | |
| 05/01/2023 | OPPOSITION TO MOTION TO SUPPRESS EVIDENCE PC 1538.5(I) FILED BY DISTRICT ATTY. | | |
| 04/28/2023 | AMENDED NOTICE OF MOTION AND MOTION TO TRAVERSE SEARCH FILED. | | |
| 04/26/2023 | NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE FILED. | | |
| 04/26/2023 | MOTION TO TRAVERSE SEARCH WARRANT AND TO SUPPRESS FILED. | | |
| 04/25/2023 | SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FILED. | | |
| 04/25/2023 8:30 AM DEPT. B304 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSUANT TO 1538.5 PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/24/2023 | REQUEST FOR DISCOVERY BY DISTRICT ATTORNEY PURSUANT TO 1054 PC FILED. | | |
| 04/24/2023 | INFORMATION FILED. | | |
| 04/24/2023 | INFORMATION FILED | | |
| 04/24/2023 | OPPOSITION TO MOTION TO SUPPRESS FILED BY D.A. | | |
| 04/24/2023 8:30 AM DEPT. B101 | INFORMATION ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |

| Date | Event | Status | Type |
|---|---|---|---|
| 04/21/2023 | RECEIPT FOR EXHIBITS | | |
| 04/20/2023 | EXHIBIT LIST FILED. | | |
| 04/20/2023 10:30 AM DEPT. B304 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSUANT TO 1538.5 PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/20/2023 | EXHIBIT LIST FILED. | | |
| 04/20/2023 8:30 AM DEPT. B101 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSUANT TO 1538.5 PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/18/2023 | PRELIMINARY HEARING TRANSCRIPT FILED. | | |
| 04/18/2023 8:30 AM DEPT. B101 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSUANT TO 1538.5 PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/10/2023 | EXHIBIT LIST FILED. | | |
| 04/10/2023 9:30 AM DEPT. B301 | PRELIMINARY HEARING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/10/2023 8:30 AM DEPT. B101 | HEARING RE: MOTION TO SUPPRESS EVIDENCE PURSUANT TO 1538.5 PC. | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/10/2023 8:30 AM DEPT. B101 | PRELIMINARY HEARING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 03/29/2023 | OPPOSITION TO MOTION TO SUPPRESS EVIDENCE FILED BY DISTRICT ATTORNEY. | | |
| 03/28/2023 | NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE FILED. | | |
| 03/27/2023 1:30 PM DEPT. B304 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 03/27/2023 | DEFENDANT ALSO KNOWN AS: HENRY MICHAEL BRANHILL | | |
| 03/27/2023 | DEFENDANT HAS ONE PRIOR CONVICTION(S) THAT QUALIFIES AS A STRIKE. | | |
| 03/27/2023 | CASE DESIGNATION: VERTICAL. CASE ASSIGNED TO DEPT. B101 | | |
| 03/27/2023 | REFILED FROM CASE NUMBER BAF2200499 | | |
| 03/27/2023 | COMPLAINT FILED. (IMAGED) | | |

| 03/27/2023 | JURISDICTION SET TO BA BY OTS310. | | |
| 03/27/2023 | COMPLAINT FILED BY BAEWN | | |

### Case BAF2300330 - BARNHILL, HENRY MICHAEL - Fine Information

|  | Date To Pay: | **N/A** | First Payment: II |
| Prior NSF: **N** | Payment Amount: | **$0.00** | Last Payment: II |

| Fine Number | Fine Type | Fine Description | Original Amount | Paid To Date | Current Due |
|---|---|---|---|---|---|
| | | | | | |
| | | **Total:** | $0.00 | $0.00 | $0.00 |

[ Print This Report ]
[ Purchase Documents for this Case ]
[ Close This Window ]

Riverside Public Access 5.7.27 © 2023 Journal Technologies, Inc. All Rights Reserved. www.isd-corp.com
Contact Us