# EXHIBIT R

Deliveree: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   *** CD ONLY **
Los Angeles, CA  90017
Attn: **Candice Raub**

file#

Case No: 5:23-CV-00589-SHK/

Caption: **Michael Henry Barnhill**
vs. **City of Hement; Officer**

━━━━━━━━━━━━━━━━━━━━━━━━

Records of: **Michael  Henry Barnhill**

From: **Riverside University Health Systems Medical Center**
7898 Mission Grove Pkwy. South,#200
Attn: Medical Records
Riverside, CA  92508

cc: Manning Kass

Requested By: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   *** CD ONLY **

# Claim #  Matter#07893-070019

D1724.02



1



# Quality Assurance Pledge

☒ RECORDS

☐ CERTIFICATE OF NO RECORDS

*This assignment has been reviewed by a supervisor. Based on the information provided no records were found. Please advise our office if additional information (such as AKA, etc) becomes available and we will re-contact the facility.*

☐ STATEMENT

## PROVIDED HAVE BEEN REVIEWED TO ASSURE ACCURACY AND QUALITY. THEY HAVE BEEN DETERMINED TO BE THE CORRECT DOCUMENTS BASED ON THE FOLLOWING INFORMATION:

☒ name/aka matches

☒ date of birth matches

☐ social security number matches

☐ claim number/date of loss/insured matches

☐ file/case number matches

☐ patient number matches

☐ employer matches

☐ other:_____
_____

☐ records are lost/misplaced/destroyed

☐ claim number/file number does NOT match

☐ no records for date specified

☐ records are located at another facility _____ which is already on order

☐ records are located at another facility _____ and we are entering a new request for this facility

REVIEWED BY: ____Ping_____

## SERVICE <u>AND</u> QUALITY ARE A HARD COPY PRIORITY

2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action
HC-FS1

D1724.02

# UNITED STATES DISTRICT COURT
for the
Central District of California

Michael Henry Barnhill )
_____ )
*Plaintiff* )
v. ) Civil Action No.  5:23-CV-00589-SHK
City of Hement; Officer )
_____ )
*Defendent* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES  IN A CIVIL ACTION

To: Riverside University Health Systems Medical Center 7898 Mission Grove Pkwy. South,#200 Attn: Medical Records
Riverside, CA 92508  Phone:951-486-5066

_____
*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT 3 FOR THE PRODUCTION OF BUSINESS RECORDS.

| Place: | Date and Time: |
|---|---|
|  |  |

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  | 9/23/2024  9:00 AM |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/22/2024

*CLERK OF COURT*

_____        OR        _____
*Signature of Clerk or Deputy Clerk*                         /s/Andrea Komblau, Esq.
                                                                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing (name of party) _____
City of Hement; Officer
_____, who issues or requests this subpoena, are:
Andrea Komblau, Esq., Manning Kass  801 S. Figueroa St., 15th Floor  Los Angeles, CA  90017
Tel:213-624-6900 . Fax:213-624-6999

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

3

# ATTACHMENT 3

**Civil Action No.** 5:23-CV-00589-SHK

Michael Henry Barnhill

*Plaintiff*

*v.*

City of Hement; Officer

*Defendent*

Any and all documents, records, reports, referrals, notes and test results pertaining to the care, treatment and examination of the applicant, all office, emergency room, correspondence, all industrial and non-industrial, inpatient and outpatient charts connected with Michael Henry Barnhill, DOB 6/9/1978, regardless of treatment or examination dates.

D1724.02

**4**

HC-FSP
D1724.02

A0 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action  (Page 2)

Civil Action No. 5:23-CV-00589-SHK

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of  $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

5

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.** The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

HC-FS4

NAME,ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

D1724.02

Manning Kass
Andrea Komblau, Esq.  BAR#291613

801 S. Figueroa St., 15th Floor
Los Angeles, CA  90017
213-624-6900 , Fax 213-624-6999

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Henry Barnhill

PLAINTIFF(S),

Civil Action No.   5:23-CV-00589-SHK

City of Hement; Officer

DEFENDENT(S).

### PROOF OF SERVICE - ACKNOWLEDGMENT
### OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of

Los Angeles

, State of California, and not a

party to the above-entitled cause.  On   August 22    ,    2024    ,  I served a true copy of

Subpoena To Produce Documents , Information, or Objects or to Permit Inspection Of Premises In A Civil Action

by personally delivering it to the person(s) indicated below in the manner as provided in FR. Civ. P. 5(b); by
depositing it in the United States Mail in a sealed envelope with postage thereon fully prepaid to the following:
*(list names and addresses for person(s) served.  Attach additional pages if necessary.)*

Law Offices of Grech and Packer  7095 Indiana Ave. # 200  Riverside, CA  92506
Tel:951-682-9311

Place of Mailing:   HARD COPY, A Litigation Services Co.  3233 N. San Fernando Road, #1  Los Angeles CA 90065
Executed on:    August 22    ,    2024    at     Los Angeles    , Californa.

Please check one of these boxes if service is made by mail:

☐  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.

☑  I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

### ACKNOWLEDGEMENT OF SERVICE

I, _____ , recieved a true copy of the within document on _____

*Signature*                                    *Party Served*

CV-40(01/00)                    **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

7

D1724.02
35108

HC-NCa
20001215

982(a) (15.5)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):

Manning Kass
801 S. Figueroa St., 15th Floor
Los Angeles, CA  90017

TELEPHONE NO.: 213-624-6900          FAX NO.: 213-624-6999

ATTORNEY FOR (Name):  Defendant; City of Hement; officer

| | |
|---|---|
| NAME OF COURT   United States District Court | |
| STREET ADDRESS | |
| MAILING ADDRESS | |
| CITY AND ZIP CODE   -CA | |
| BRANCH NAME | |

| | |
|---|---|
| PLAINTIFF/PETITIONER   Michael Henry Barnhill<br>DEFENDENT/RESPONDENT   City of Hement; Officer | CASE NUMBER |
| **NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**<br>(Code Civ. Proce., ☐☐ 1985.3, 1985.6) | **5:23-CV-00589-SHK** |

TO (name):  **Michael  Henry Barnhill c/o Law Offices of Grech and Packer 7095 Indiana Ave. # 200 Riverside CA 92506**

1.     PLEASE TAKE NOTICE THAT THE REQUESTING PARTY (name):  DEFENDANT City of Hement; officer  SEEKS YOUR
       RECORDS FOR EXAMINATION, by the parties to this action on (specify date):   Sep 23, 2024

       The records are described in the subpoena directed to witness (specify name and address of person or entity from who records are sought):

# *Riverside University Health Systems Medical Center*

7898 Mission Grove Pkwy. South,#200
Attn: Medical Records
Riverside CA 92508

       A copy of the subpoena is attached

2.   IF YOU OBJECT to the production of these records, YOU MUST DO ONE OF THE FOLLOWING BEFORE THE DATE SPECIFIED
     IN ITEM a. OR b. BELOW:

     a    If you are a party to the above entitled action, you must file a motion pursuant to Code of Civil Procedure section 1987.1 to quash or
          modify the subpoena and provide notice of that motion to the witness and the deposition officer named in the subpoena at least five
          days before the date set for production of the records.

     b    If you are not a party to this action you must serve on the requesting party and on the witness, before the date set for production of the
          records, a written objection that states the specific grounds on which production of such records should beprohibited.  You may use the
          form below to object and state the grounds for your objection.  The objection should not be filed with the court.
          WARNING:  IF YOUR OBJECTION IS NOT RECEIVED BEFORE THE DATE SPECIFIED IN ITEM 1, YOUR
          RECORDS MAY BE PRODUCED AND MAY BE AVAILABLE TO ALL PARTIES

3.   YOU OR YOUR ATTORNEY MAY CONTACT THE UNDERSIGNED to determine whether an agreement can be reached in writing
     to cancel or limit the scope of the subpoena.  If no such agreement is reached, and if you are not otherwise represented by an attorney in
     this action, YOU SHOULD CONSULT AN ATTORNEY TO ADVISE YOU OF YOUR RIGHTS OF PRIVACY.

Date:  **August 26, 2024**

| | |
|---|---|
| ANDREA KOMBLAU, ESQ. | ▼ /s/     ANDREA KOMBLAU, ESQ. |
| TYPE OR PRINT NAME | SIGNATURE OF    ☐ REQUESTING PARTY ☐ ATTORNEY |

## OBJECTION BY NON-PARTY TO PRODUCTION OF RECORDS

1.      I object to the production of all my records specified in the subpoena.

2.      I object only to the production of the following records:

3.   The specific grounds for my objection are as follows:

| | |
|---|---|
| (TYPE OR PRINT NAME) | ▼<br>(SIGNATURE) |

Form Adopted for Mandatory Use
Judicial Council of California
982 (a) (15.5) {Rev. January 1, 2000}

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**
(Code Civ. Proce., ☐☐ 1985.3, 1985.6

Code of Civil Procedure
☐☐ 1985.3, 1985.6 2020

| PLAINTIFF/PETITIONER · Michael Henry Barnhill<br>City of Hement; Officer<br><br>DEFENDANT/RESPONDENT | 5:23-CV-00589-SHK |

**PROOF OF SERVICE OF NOTICE TO CONSUMER OR EMPLOYEE OBJECTION**
(Code Civ. Proc., §§ 1985.3, 1985.6), ¤¤ 1985.3, 1985.6

☐ Personal Service    ☒☒ Mail

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. I served a copy of the *Notice to Consumer or Employee and Objection as follows* (check either a or b):

    **a:** ☐ **Personal Service.** I personally delivered the *Notice to Consumer or Employee and Objection as follows*
        (1) Name of person served:
        (2) Address where served:                     (3) Date Served:
                                                (4) Time Served:

    **b:** ☒☒ **Mail.** I deposited the *Notice to Consumer or Employee and Objection* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
        (1) Name of person served:  **Law Offices of Grech and Packer**
        (2) Address where served     **7095 Indiana Ave. # 200**        (3) Date of mailing: August 26, 2024
                              **Riverside CA 92506**       (4) Place or mailing (city and state)
                                                            Los Angeles, CA  90065

        (5) I am a resident employed in the country where the *Notice to Consumer or Employee and Objections* was mailed.
    **c:** My residence or business address *(specify)*: **3233 N. San Fernando Road, #1  Los Angeles CA 90065**
    **d:** My phone number is *(specify)*  **(323) 255-4252  FAX (323) 255-4352**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date 8/26/2024

**Tina Krauss**                       ▼ /s/             *Tina Krauss*
(TYPE OR PRINT NAME OF PERSON WHO SERVED)           (SIGNATURE OF PERSON WHO SERVED)

**PROOF OF SERVICE OF OBJECTION TO PRODUCTION OF RECORDS**
(Code Civ. Proc., §§ 1985.3, 1985.6)

☐ Personal Service                                ☐ Mail

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. I served a copy of the *Objection to Production of Records as follows* (complete either a or b):

    **a: ON THE REQUESTING PARTY**

      (1) ☐ **Personal Service.** I personally delivered the *Objection to Production of Records* as follows:
          (1) Name of person served:
          (2) Address where served:                 (3) Date Served:
                                        (4) Time Served:

      (2) ☐ **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
         (1) Name of person served:                  (3) Date of mailing:
          (2) Address where served:               (4) Place or mailing (city and state):

      (5) I am a resident employed in the country where the *Objection to Production of Records* was mailed:

    **b: ON THE WITNESS**

      (1) ☐ **Personal Service.** I personally delivered the *Objection to Production of Records* as follows:
          (1) Name of person served:
          (2) Address where served:                 (3) Date Served:
                                        (4) Time Served:

      (2) ☐ **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
         (1) Name of person served:                  (3) Date of mailing:
          (2) Address where served:               (4) Place or mailing (city and state):

      (5) I am a resident employed in the country where the *Objection to Production of Records* was mailed:

3. My residence or business address *(specify)*:
4. My phone number is *(specify)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▼

(TYPE OR PRINT NAME OF PERSON WHO SERVED)           (SIGNATURE OF PERSON WHO SERVED)

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**        Page 2 of 2
(Code Civ. Proc., §§ 1985.3, 1985.6)

9

**HARD COPY, A Litigation Services Co.**
**P.O. Box 92225**
**Pasadena CA91109**
**(323) 255-4252    FAX (323) 255-4352**

September 3, 2024

## Proof of Service by Mail

**State of California**
**County of Los Angeles**

RE:   Michael Henry Barnhill vs.City of Hement; Officer

I am employed in the county aforesaid; I am over the age of eighteen years and not a party
of the within entitled action; my business address is 3233 N. San Fernando Road, #1, Los
Angeles, CA, 90065 , I served the within subpoena or signed
authorization on the parties in said action, by placing a true copy thereof enclosed in a
sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA
addressed as follows:

**Riverside University Health Systems Medical Center**
**7898 Mission Grove Pkwy. South,#200**
**Attn: Medical Records**
**Riverside, CA  92508**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on
September 3, 2024 at Los Angeles, CA

**HARD COPY, A Litigation Services Co.**

Noe
D  1724.02

10

**Riverside University**
**HEALTH SYSTEM**

DECLARATION OF CUSTODIAN OF MEDICAL RECORDS (EVIDENCE CODE SECTION1560),
*with exception of documents (if any) listed below.*

*Patient Name:*   BARNHILL,HENRY MICHAEL         Case No:
                                                  **D1724.02**

*Release to:*     Hard Copy                       Release ID:    170594893

I , the undersigned, have the authority to certify to the following:

**CERTIFICATION OF RECORDS**

The records were prepared by the personnel of the business in the ordinary course of business at or near the
time of the act, condition or event. The copies submitted herewith represent true reproductions of the original
medical records as requested in the subpoena dues tecum and/or authorization.

1.  The records were prepared in the following manner:
    a. ☐ Provided for review and/or duplication to: _____
    b. ☒ Photocopied by personnel of the business
    c. ☒ Computer generated by personnel of the business
    d. ☐ Submitted herewith is the original record as requested in subpoena duces tecum. The
         exception of billing data is made and can be obtained from the Patient Business Office.
    e. ☐ Information protected by the Lanterman – Petris Short Act (LPS) has been redacted.
    f. ☐ Information protected by California Health and Safety Code 120975-120990 has been redacted.
    g. ☐ Other: _____

2.  The records enclosed are: Riverside University Health System Medical Records-Medical Center only.

**CERTIFICATION OF NO RECORDS**

1.  ☐   After a thorough and diligent search, no records were located for the subpoena / authorization
    submitted. **Note:** The records being requested may exist under another spelling, name, date of birth, or
    under different date(s) of service. Please resubmit the request with additional or corrected information
    (i.e. full name, AKAs,  date of birth, social security number, medical record number, name of the
    facility, and/or different date(s) of service).
2.  ☐ A thorough search has been made for the documents described in the subpoena and/or
    authorization for patient listed above.  Based on the information provided, no such record was
    found in;
        ☐ Riverside University Health System - Medical Center
        ☐ Riverside University Health System – Arlington Mental Health
        ☐ Riverside University Health System Community Health Center (Specify Clinic):

I declare under penalty of perjury of the state of California that the foregoing is true and correct.
Executed on 09/23/24 at Moreno Valley, California.


Lekisha Reese, CHC, RHIT                          *Cintya Acosta*
_____                          _____
HIM Director                                      SIGNATURE: Medical Records Technician
                                                  Cintya Acosta

**Riverside University Health System**
*Health Information Management, Release of Information*
26520 Cactus Avenue
Moreno Valley, CA 92555
Phone: (951) 486-5040  Fax: (951) 486-5075

11

HC-CUSTR

# HARD COPY, A Litigation Services Co.

3233-N. San Fernando Road, #1 Los Angeles, CA 90065* 323-255-4252 * Fax 323-255-4352

## DECLARATION OF CUSTODIAN OF RECORDS

Regarding  Michael  Henry Barnhill AKA: _____

DOB (or other ID ) June 9, 1978  SSN: _____    Our File No. D1724.02 _____

I am duly authorized as Custodian of Records (or other qualified witness) for

Riverside University Health Systems Medical Center _____  with authority to certify the records.

| CERTIFICATION OF RECORDS COPIED | *(Custodian's Initials:_____ )* |
|---|---|

Including this declaration, all documents, records and other things called for in the Subpena Duces Tecum or Authorization which are in my custody have been photocopied (on microfilm) at my office, in my presence under my direction and control; and the copy submitted with this declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above-named business, in the ordinary course of business, at or near the time of the acts conditions, or events recorded.

No documents, records or other things have been withheld in order to avoid their being photocopied.

Certain records were omitted because  _____

_____

| CERTIFICATION OF NO RECORDS | *(Custodian's Initials:_____ )* |
|---|---|

A thorough search of the records of the business revealed no records described in the attached subpoena or authorization.

This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

_____

_____

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on _____  at _____ California

Print Name _____  Signed_____

                                          Witnessed_____

| CERTIFICATION OF PROFESSIONAL PHOTOCOPIER |
|---|

*D1724.02*

**I, the undersigned, declare:**
**The attached copy of records was transmitted or distributed to the authorized persons or entities.**
**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  10 / 25 / 24          at   L A _____

Print Name   Jynn Thia          Signature

12

# RENAL

Preferred Spoken Language: ☑English ☐Spanish ☐Other _____
Interpreter Name: _____ ID#: _____

**Vital Signs:** Temp 35.6 C  Pulse 52  Resp 18  BP 140/65  Weight 101.5 kg  Height 191 cm  Pain 5 /10
SP02 100  Age 37  M. Nung MA 7/28/15  Marian Nung 840  Lower Back
Signature/Title _____  Date  Printed Name  Time

Tobacco smoker ☐ Yes ☑ No    Smoking Cessation Education ☐

**Reason for today's visit**    Allergies: ☑NKDA
☑ Follow-up Visit
☐ Medication Refill
☐ New Patient/Consult
☐ Post-hospital Visit

---

Review of Symptoms (Circle all positives)
**Gen:** wt gain/loss, appetite, fever, chills, night sweats (Fatigue)
**Skin:** Rashes, bruising, discolorations
**Head:** HA, dizziness, masses, seizures, trauma
**Eyes:** visual changes
**Ears:** Tinnitus, vertigo, hearing loss
**Nose:** bleeds, discharge
**Mouth and throat:** hoarseness, pain
**Respiratory:** Cough, Sputum, SOB

**CV:** Chest pain, nocturnal Dyspnea, on exertion claudication, edema, othopnea
**GI:** Dysphagia, abd pain, nausea, vomiging, diarrhea, constipation, melena, BRB
**GU:** Dysuria, freq, hesitancy, hematuria, d/c
**Gyn:** LMP _____, menopause, bleeding
**Endocrine:** Polyuria/dypsia/phagia, Skin/hair changes cold/heat intolerance
**NeuroPsych:** weakness, seizures, depression
(Musculoskeletal:) joint pain/swelling, myalgia   Bilateral Flank pains

History of Present Illness
CC: 37 y.o m PMH of prior CHD, Nephrolithiasis, mitral
Regurgitation, HTN Anemia presenting for followup,
Last clinic visit 12/30/14, scheduled to undergo
CBC, CMP, 24 HR Protein/Cr, Renal U/S.

Patient states CHD was secondary to poor Nephro
lithiasis. Patient does have episodes of
intermittent back/flank pain rated 5-10/10
w/o radiation.

Denies dysuria, hematuria, frequency,
hesitancy, blood in urine.
Denies constipation
Currently not being treated for HTN

**Physical Exam**
*Gen:* ☑ Alert and Oriented ☐ Other: _____
*HEENT/Neck:* ☑ PERRLA ☐ No Oral Lesions ☐ JVD at ___ cm ☐ Other: _____
*CV:* ☑ Regular rate and rhythm without murmur ☐ Other: _____
*Chest/Lung:* ☑ CTA x BIL ☐ Fine Basilar Crackles ☐ Expiratory Wheezes ☐ Other: _____
*Abd/back:* ☑ Bowel Sounds ☑ Soft ☑ Non-tender ☐ Non-distended ☐ Other: _____
*Ext:* ☑ Warm 2 + Pulses bilaterally ☐ Pitting edema to ∅ ☐ Other: _____
*Neuro:* ☑ Alert and Oriented x 3 ☑ 5 /5 strength bilaterally ☐ ___ + reflexes bilateral ☐ Down-going Babinski
∅ Flank pain  ∅ CVA tenderness  ∅ TTP along thoracic/Lumbar spine.

---

Riverside County Regional Medical Center
Moreno Valley, CA 92555

**INTERNAL MEDICINE CLINIC PROGRESS NOTE**
**RENAL**
MCL-320    Pg. 1 of 2    Rev. 8/12

BARNHILL, HENRY
PT 69813335  **MRN** 1516349
07/28/15 OA J01
M  **DOB** 06/09/1978

13

Retrospectioned w/c (3/26/15)
Normal renal size /anatomy bilaterally
No hydronephrosis, stones, masses
Normal echogenicity /cortices

**Lab/Imaging Results**

30/14
4.9 — 12.1 / 34.0 — 174
mcv 98.8

4/16/15
141 | 107 | 15
4.2 | 26 | 1.44

ALT 20    Alk phos- 54
AST 22    INR 1.0
Calcium 9.4

Chol LDL _____
Total Cholesterol _____
Chol HDL _____
Triglyceride _____
HbA1C _____

**Assessment**

1. Chronic Kidney Disease (Stage I eGFR 101 ml/min)
   - UA, Urine Prot/Cr performed via PMD at Prison Facility however results unavailable.
   - Risk of progression due to HTN

**Plan**

1. Repeat UA, Urine protein /cr ratio today
2. Repeat BMP in 6 months
3. Avoid Nephrotoxic medications including NSAID's for back pain
4. Follow-up in 6 months
5. Recommend PMD to start antihypertensive to limit HTN effect on CKD.

**Referrals**

To: _____
Reason: _____
To: _____
Reason: _____
To: _____
Reason: _____

RTC 6 months
10:40 am D.Garcia
UA
copies to facility

**Follow-up**

Return to Clinic in 6
☐ wks ☑ months with
☐ CBC
☑ Basic/Comp met Panel
☐ Fasting Lipid Panel
☐ Hb A1C
☐ Mammogram
☐ CXR (PA & Lateral)
☐ EKG/ECHO
☐ Other: _____

Urinalysis
Urine protein/creatine ratio

**Health Education**

☑ Weight Loss
☐ Exercise
☑ Healthy eating / diet
☑ Medicine Compliance
☐ Substance/Nicotine counseling
☐ Not Disabled
☐ Disabled for usual work
☐ Disabled for all work
☐ Disabled for _____ weeks
☐ Permanent disability
Reason: _____

☐ **Current medication list has been reviewed. No changes have been made and no long-term (chronic) medications were prescribed.**
☑ **Medications have been reviewed and reconciled. See physician's orders for changes and/or additions in long-term (chronic) medications.**

Primary Physician: _____    Print Name: Zachary Thomas, MD    Date 7/28/15 Time 10:00
PGY 1
951-222-0779

Clinic Chief or Designee: _____    Print Name: Ishak    Date 7/28/15 Time _____

DETENTION

# CARDIOLOGY

Preferred Spoken Language: ☐English ☐Spanish ☐Other _____
Interpreter Name: _____ ID#: _____

**Vital Signs:** Temp 36 C  Pulse 69  Resp 16  BP 136/56  Weight 225 kg  Height 63 cm  Pain 0 /10
SP02 99  Age 37

Signature/Title _____  Date 6-22-15  Printed Name Juan G  Time 9:10 Am

Tobacco smoker ☐ Yes ☐ No    Smoking Cessation Education ☐

**Reason for today's visit**
☐ Follow-up Visit
☐ Medication Refill
☑ New Patient/Consult
☑ Post-hospital Visit

Allergies: ☑ NKDA
_____     _____
_____     _____
_____     _____
_____     _____

**Review of Symptoms** (Circle all positives)
**Gen:** wt gain/loss, appetite, fever, chills, night sweats
**Skin:** Rashes, brusing, discolorations
**Head:** HA, dizziness, masses, seizures, trauma
**Eyes:** visual changes
**Ears:** Tinnitus, vertigo, hearing loss
**Nose:** bleeds, discharge
**Mouth and throat:** hoarseness, pain
**Respiratory:** Cough, Sputum, SOB

**CV:** Chest pain, nocturnal Dyspnea, on exertion
   claudication, edema, othopnea
**GI:** Dysphagia, abd pain, nausea, vomiging,
   diarrhea, constipation, melena, BRB
**GU:** Dysuria, freq. hesitancy, hematuria, d/c
**Gyn:** LMP _____, menopause, bleeding
**Endocrine:** Polyuria/dypsia/phagia, Skin/hair changes
   cold/heat intolerance
**NeuroPsych:** weakness, seizures, depression
**Musculoskeletal:** Joint pain/swelling, myalgia

History of Present Illness

CC: 37 y/o male with heart murmur since childhood, CKD, leukopenia, and anemia. He denies any PND, orthopnea, lower leg edema, or syncope. He denies any drug use. He can walk up to 20 min.

Family Hx:
Mother Anemia

PmH: HTN, Nephrolithiasis (2003)
mild Anemia, leukopenia, CKD
Mild mitral Regurgitation
Mild Tricuspid Regurgitation

## Physical Exam
**Gen:** ☑ Alert and Oriented ☐ Other: _____
**HEENT/Neck:** ☐ PERRLA ☐ No Oral Lesions ☑ JVD at 10 cm ☐ Other: _____
**CV:** ☐ Regular rate and rhythm without murmur ☐ Other: 2/6 early systolic murmur
**Chest/Lung:** ☑ CTA x B ☐ Fine Basilar Crackles ☐ Expiratory Wheezes ☐ Other: _____
**Abd/back:** ☑ + Bowel Sounds ☐ Soft ☐ Non-tender ☐ Non-distended ☐ Other: _____
**Ext:** ☑ Warm  + Pulses bilaterally ☑ Pitting edema to 0 ☐ Other: _____
**Neuro:** ☑ Alert and Oriented x 3 ☐ _____/5 strength bilaterally ☐ _____+ reflexes bilateral ☐ Down-going Babinski

Riverside County Regional Medical Center
Moreno Valley, CA 92555

**INTERNAL MEDICINE CLINIC PROGRESS NOTE**
**CARDIOLOGY**

MCL-320        Pg. 1 of 2        Rev. 2/13

BARNHILL, HENRY
PT 69813376  MRN 1516349
06/22/15  OA  J01
M    DOB 06/09/1978

15

**Lab/Imaging Results**

12/30/14

```
          12.1                 139 | 104 | 13
4.9  --- 174 ---       --- 4.1 | 28 | 1.4 --- 89
          34.0
```

Chol LDL _____

Total Cholesterol _____

Chol HDL _____                12 lead EKG Today

Triglyceride _____           HR 48 - SD

HbA1C _____

**Assessment**

1) Hx of Mitral valve regurgitation

2) Anemia

3) HTN

4) CKD - resolved

**Plan**

1) 2D ECHO today

2) 12 lead EKG today

3) Stable - F/u C Cardiology in 1 yr

**Referrals**

To: _____

Reason: _____

To: _____

Reason: _____

To: _____

Reason: _____

_____

_____

**Follow-up**

Return to Clinic in

☐ wks ☑ months with    /Flu C PCP
☐ CBC   12 months
☐ Basic/Comp met Panel   Cardio
☐ Fasting Lipid Panel
☐ Hb A1C
☐ Mammogram
☐ CXR (PA & Lateral)
☐ EKG/ECHO
☐ Other: _____

**Health Education**

☐ CHF Education

☑ Weight Loss

☑ Exercise

☑ Healthy eating / diet

☐ Medicine Compliance

☐ Substance/Nicotine counseling

☐ Not Disabled

☐ Disabled for usual work

☐ Disabled for all work

☐ Disabled for _____ weeks

☐ Permanent disability

Reason: _____

☐ **Current medication list has been reviewed. No changes have been made and no long-term (chronic) medications were prescribed.**

☐ **Medications have been reviewed and reconciled. See physician's orders for changes and/or additions in long-term (chronic) medications.**

Primary Physician: V. Gallen FNP    Print Name V Gallen FNP    Date 6/22/15    Time 1070

Clinic Chief or Designee: _____    Print Name DR KRISHna    Date 6/22/15    Time



Riverside County Regional Medical Center
Moreno Valley, CA

**INTERNAL MEDICINE CLINIC PROGRESS NOTE**
**CARDIOLOGY**

MCL-320    Pg 2 of 2    Rev. 2/13

BARNHILL, HENRY
PT 69813376    MRN 1516349
06/22/15 OA J01
VI    DOB 06/09/1978

16

## RENAL

Preferred Spoken Language: ☒English ☐Spanish ☐Other _____
Interpreter Name: _____ ID#: _____

**Vital Signs:** Temp 35.3 °c Pulse 52 Resp 16 BP 144/63 Weight 96 kg Height 188 cm Pain 5 /10
SP02 100 Age 37 _____ DEC 30 2014 Maria Macrena LVN 10:25 Am

Signature/Title _____ Date _____ Printed Name _____ Time

Tobacco smoker ☐ Yes ☒ No

Smoking Cessation Education ☐

**Reason for today's visit**
☐ Follow-up Visit
☐ Medication Refill
☒ New Patient/Consult
☐ Post-hospital Visit

Allergies: ☒ NKDA

_____     _____
_____     _____
_____     _____

**Review of Symptoms** (Circle all positives)
**Gen:** wt gain/loss, appetite, fever, chills, night sweats
**Skin:** Rashes, brusing, discolorations
**Head:** HA, dizziness, masses, seizures, trauma
**Eyes:** visual changes
**Ears:** Tinnitus, vertigo, hearing loss
**Nose:** bleeds, discharge
**Mouth and throat:** hoarseness, pain
**Respiratory:** Cough, Sputum, SOB

**CV:** Chest pain, nocturnal Dyspnea, on exertion
    claudication, edema, orthopnea
**GI:** Dysphagia, abd pain, nausea, vomiging,
    diarrhea, constipation, melena, BRB
**GU:** Dysuria, freq. hesitancy, hematuria, d/c
**Gyn:** LMP _____, menopause, bleeding
**Endocrine:** Polyuria/dypsia/phagia, Skin/hair changes
    cold/heat intolerance
**NeuroPsych:** weakness, seizures, depression
**Musculoskeletal:** Joint pain/swelling, myalgia

## History of Present Illness

CC: 37 yo M with h/o of nephrolithiasis & "hole in ventricle" here for referral for CKD
- ⊕ left flank pain - x 1 yr sharp/pressure, constant, radiating from back to front, intermittently worse, ⊝N/v, ⊝hematuria, ⊝swelling
- Denies nocturia, resistancy, dysuria
- Patient states told elevated creatinine since 2008.

PMHx:                    Psurghx:        Social           Allergies
"Hole in ventricle"      ∅              Smoke - ∅         NKDA
Anemia                                  Alcohol - ∅
Nephrolithiasis (2008)                  Drugs - ∅
FMHx:
Mom - Anemia, Osteoperosis
∅ FMHx of kidney problems, dialysis

## Physical Exam

**Gen:** ☒ Alert and Oriented ☐ Other: _____
**HEENT/Neck:** ☐ PERRLA ☐ No Oral Lesions ☐ JVD at ___ cm ☐ Other: _____
**CV:** ☒ Regular rate and rhythm without murmur ☐ Other: _____
**Chest/Lung:** ☒ CTA x B ☐ Fine Basilar Crackles ☐ Expiratory Wheezes ☐ Other: _____
**Abd/back:** ☒ +Bowel Sounds ☒ Soft ☒ Non-tender ☒ Non-distended ☐ Other: _____
**Ext:** ☒ Warm 2 + Pulses bilaterally ☐ Pitting edema to _____ ☐ Other: _____
**Neuro:** ☐ Alert and Oriented x ____ ☐ ____/5 strength bilaterally ☐ ____ + reflexes bilateral ☐ Down-going Babinski

Riverside County Regional Medical Center
Moreno Valley, CA 92555

**INTERNAL MEDICINE CLINIC PROGRESS NOTE
RENAL**
MCL-320                    Pg. 1 of 2          Rev. 8/12

BARNHILL, HENRY
**PT 68336320    MRN 1516349**
12/30/14   OA   J01
M   DOB 06/09/197_

**Lab/Imaging Results**

Chol LDL _____
Total Cholesterol _____
Chol HDL _____
Triglyceride _____
HbA1C _____

**Assessment**

1) H/o of elevated creatinine
   - No accompanying labs to confirm, evaluate & treat
   - Assymptomatic
   - Plan: Obtain labs (CBC, CMP) here today
           Obtain renal ultrasound
           Obtain 24 hour urine creatinine/total protein.
           Avoid nephrotoxic drugs like NSAIDs & IV contrast

**Plan**

2) Hypertension, undiagnosed
   - continue to monitor for now, will obtain further workup before proceeding with treatment

3) H/o of nephrolithiasis
   - recomend oral hydration, low sodium, moderate protein diet

**Referrals**

To: _____
Reason: _____
To: _____
Reason: _____
To: _____
Reason: _____
_____
_____

**Follow-up**

Return to Clinic in
☐ wks  ☐ months with
☐ CBC
☐ Basic/Comp met Panel
☐ Fasting Lipid Panel
☐ Hb A1C
☐ Mammogram
☐ CXR (PA & Lateral)
☐ EKG/ECHO
☐ Other: Dictation # 886376

RTC in 1month with above studies

**Health Education**

☐ Weight Loss
☐ Exercise
☐ Healthy eating / diet
☐ Medicine Compliance
☐ Substance/Nicotine counseling
☐ Not Disabled
☐ Disabled for usual work
☐ Disabled for all work
☐ Disabled for _____ weeks
☐ Permanent disability
Reason: _____

☐ **Current medication list has been reviewed. No changes have been made and no long-term (chronic) medications were prescribed.**
☐ **Medications have been reviewed and reconciled. See physician's orders for changes and/or additions in long-term (chronic) medications.**

Primary Physician: _____ Print Name _____ Momina Razaq, MD PGY3 LU 9891 Date 12/30/14 Time _____

Clinic Chief or Designee: _____ Print Name _____ Date _____ Time _____

---

Riverside County Regional Medical Center
Moreno Valley, CA

**INTERNAL MEDICINE CLINIC PROGRESS NOTE**
**RENAL**

MCL-320          Pg 2 of 2          Rev. 8/12

BARNHILL, HENRY    **MRN 1516349**
PT 68336320
12/30/14  OA  J01
M  **DOB** 06/09/1978



# Riverside County Regional Medical Center
## 26520 Cactus Avenue, Moreno Valley, CA 92555-3511
### Telephone: (951) 486-4000

## Echocardiography Report

Name **BARNHILL, HENRY**
Patient Id **1516349**
Account #
Age **37**
Birthdate **06/09/1978**
BP **136/56**

Date **06/22/2015**
Height **190.5 cm (6 ft 3.0 in)**
Weight **102.1 kg (225.0 lbs)**
Sex **Male**

Unit
Diagnosis **MURMUR**
Ref. Phys. **DR KRISHNAN**
OperId **JNR**

### 2D Measurements
| | |
|---|---|
| Ao asc | 2.4 cm |

### Mitral Valve Doppler
| | |
|---|---|
| MV E Vel | 1.22 m/s |
| MV DecT | 214 ms |
| MV Dec Slope | 5.7 m/s² |
| MV A Vel | 0.64 m/s |
| MV E/A Ratio | 1.90 |

### Tricuspid Valve Doppler
| | |
|---|---|
| TR Vmax | 2.86 m/s |
| TR maxPG | 32.76 mmHg |
| TV E Vel | 0.61 m/s |

### M-Mode Measurements
| | |
|---|---|
| Ao Diam | 2.7 cm |
| LA Diam | 4.7 cm |
| AV Cusp | 1.9 cm |
| LA/Ao | 1.74 |
| IVSd | 1.1 cm |
| LVIDd | 5.3 cm |
| EDV(Teich) | 133 ml |
| LVPWd | 0.9 cm |
| LVIDs | 3.7 cm |
| ESV(Teich) | 60 ml |
| EF(Teich) | 55 % |
| %FS | 29 % |

### Aortic Valve Doppler
| | |
|---|---|
| LVOT Vmax | 1.39 m/s |
| LVOT maxPG | 7.69 mmHg |
| LVOT Vmax | 1.46 m/s |
| LVOT Vmean | 1.04 m/s |
| LVOT maxPG | 8.51 mmHg |
| LVOT meanPG | 4.80 mmHg |
| LVOT VTI | 31.5 cm |
| AV Vmax | 2.01 m/s |
| AV maxPG | 16.20 mmHg |

### Pulmonary Valve Doppler
| | |
|---|---|
| RVOT Vmax | 1.02 m/s |
| RVOT maxPG | 4.14 mmHg |
| RVOT Vmax | 1.07 m/s |
| RVOT Vmean | 0.70 m/s |
| RVOT maxPG | 4.60 mmHg |
| RVOT meanPG | 2.23 mmHg |
| RVOT VTI | 26.2 cm |
| PV Vmax | 1.34 m/s |
| PV maxPG | 7.18 mmHg |



BARNHILL, HENRY
**PT** 69813376   **MRN** 1516349
06/22/15 OA J01
M   **DOB** 06/09/1978

### Pulmonary Vein Doppler
| | |
|---|---|
| P Vein S | 0.72 m/s |
| P Vein D | 0.85 m/s |
| P Vein A | 0.44 m/s |

### Findings
ECG rhythm: Sinus rhythm.
Left Ventricle: LV size, wall thickness and systolic function are normal, with an EF of 60%.

BARNHILL, HENRY                    1516349                    Page 1 of 2

BARNHILL, HENRY                    1516349    RCRMC                    Page 2 of 2

<u>Left Atrium:</u> The left atrium is normal in size and function.
<u>Aortic Valve:</u> Aortic valve is trileaflet and is mildly thickened. There is mild aortic stenosis present.
<u>Mitral Valve:</u> The mitral valve is normal.
<u>Tricuspid Valve:</u> The tricuspid valve appears structurally normal. Trace tricuspid regurgitation present.
Right ventricular systolic pressure is normal at < 35 mmHg.
<u>Pericardium:</u> There is no pericardial effusion.

**Conclusions**

1. LV size, wall thickness and systolic function are normal, with an EF of 60%.
2. The left atrium is normal in size and function.
3. Aortic valve is trileaflet and is mildly thickened.
4. There is mild aortic stenosis present.
5. The mitral valve is normal.
6. The tricuspid valve appears structurally normal.
7. Trace tricuspid regurgitation present.
8. Right ventricular systolic pressure is normal at < 35 mmHg.
9. There is no pericardial effusion.

**Electronically signed off by:Sivanandam Vasudevan, M.D.SV(Diagnosing Physician signoff)06/22/201512:22**

BARNHILL, HENRY
**PT** 69813376   **MRN** 1516349
06/22/15  OA  J01
M   **DOB** 06/09/1978



nKDA

Allergies and Reaction:_____  Pharmacy:_____
Preferred Spoken Language: ☒English ☐ Spanish ☐ Other:_____  Reads: ☒English ☐ Spanish ☐ Other:_____
Interpreter Information (as appropriate): Language:_____  Name/ID#_____
Source of Medication History: ☐ Patient ☐ Family ☐ Medication Bottles ☒Other:_____
Med History attempted, but unable to complete due to patient's: ☐ Condition ☐ Status ☐ Lack of information due to:_____

Current Medications: *(Include Over the Counter and Herbal Products)*

| | MEDICATIONS | Dose | Frequency | Reason | Refill | New | Continue as per Primary Care Provider | Stop |
|---|---|---|---|---|---|---|---|---|
| 1 | none. | | | | ☐ | ☐ | ☐ | ☐ |
| 2 | | | | | ☐ | ☐ | ☐ | ☐ |
| 3 | | | | | ☐ | ☐ | ☐ | ☐ |
| 4 | | | | | ☐ | ☐ | ☐ | ☐ |
| 5 | | | | | ☐ | ☐ | ☐ | ☐ |
| 6 | | | | | ☐ | ☐ | ☐ | ☐ |
| 7 | | | | | ☐ | ☐ | ☐ | ☐ |
| 8 | | | | | ☐ | ☐ | ☐ | ☐ |
| 9 | | | | | ☐ | ☐ | ☐ | ☐ |
| 10 | | | | | ☐ | ☐ | ☐ | ☐ |
| 11 | | | | | ☐ | ☐ | ☐ | ☐ |
| 12 | | | | | ☐ | ☐ | ☐ | ☐ |
| 13 | | | | | ☐ | ☐ | ☐ | ☐ |
| 14 | | | | | ☐ | ☐ | ☐ | ☐ |
| 15 | | | | | ☐ | ☐ | ☐ | ☐ |
| 16 | | | | | ☐ | ☐ | ☐ | ☐ |

☐ Patient provided with educational material and given a copy of this form on discharge
☐ Patient instructed to give an updated list of medications to his/her primary provider and carry list for emergency situations
Comments:_____

Physician or Qualified Individual Signature    Momina Razaq, MD    12/30/14
PGY3
_____    Print Name    Date/Time

I have received a copy of this form and understand the instructions given.
Patient/Representative Signature_____    Date/Time_____

Riverside County Regional Medical  Center
Moreno Valley, California 92555
**OUTPATIENT MEDICATION LIST**

# 289   ME0030   White-Chart , Yellow-Patient        Rev 6/12

BARNHILL, HENRY
**PT 68336320   MRN 1516349**
12/30/14 OA  J01
M  **DOB** 06/09/1978

21

FROM: _RC_ RN/MD  TO: _Medicine_  DATE: _8-13-14_

INSTITUTION: _____  TIME: _0900_

REASON FOR CONSULTATION: _Hx Abn blood Clots, Hx Anemia_  BP   Temp pain

DOCUMENTATION SHOULD BE LEGIBLE  PT   Allergies

CONSULTATION:   PHYSICIAN FOR OUTPATIENTS, please include your Findings, Diagnostic Results, Diagnosis and Treatment Plan complete instructions, follow-up needed, therapies, etc. FOR INPATIENTS, also include Admitting and Discharge Diagnosis, Operations, Procedures, and Discharge Meds, Activities, Diet Clinic Appointments, etc.

BEFORE DISCHARGE:  The Discharging Physician must obtain approval for discharge from the accepting physician (CMO).

_Medicine_   _Detention_   _8-13-14_
Name of Accepting Physician   Date / Time

_per RCJ C.O_
_I/M Not brought out_
_to Appt._
_Appt Missed? Refused?_

_8-13-14_

☐ Follow-up with State prison physician.

☐ Follow-up at RCRMC in_____weeks, with _____Clinic.

_____MD (signature) _____MD (print name)

_____
Date / Time

NAME OF PATIENT: _Barnhill, Henry_   BOOKING NUMBER: _201422770_

RIVERSIDE COUNTY REGIONAL MEDICAL CENTER
MORENO VALLEY, CALIFORNIA 92555

**INSTITUTIONAL DISCHARGE
TREATMENT SUMMARY**

BARNHILL, HENRY
PT 67145599   MRN 1516349
08/13/14 OA J01
M   DOB 06/09/1978



WHITE—Chart; YELLOW—Return to Institution with attendant; PINK—Detention Unit
#225   Rev 6/09

22



## RIVERSIDE COUNTY REGIONAL MEDICAL CENTER
## DETENTION HEALTH SERVICES

### RIVERSIDE COUNTY SHERIFF'S DEPARTMENT

## REQUEST FOR MEDICAL CARE OF INMATE



TO: MEDICAL FACILITY          DATE: 7/8/14          TIME: 1400

NAME OF PRISONER: Barnhill, Henry    DOB: 6/9/78    BOOKING NUMBER: 201423770

CHARGE: _____
(Write out charges in plain language - murder, burglary, drunk, etc.)

is a prisoner in-custody of the Riverside Sheriff's Department and appears to be in need of medical care. Request is hereby made for such medical and hospital care as may be indicated:

COMMENTS OF CUSTODY OFFICERS: (Give brief reason you believe medical attention is needed.)

Internal Medicine Clinic Consult
take Labs results to appointment
Re: Hx abnormal blood clotts Sxs of Anemia

INDICATE TYPE OF SECURITY REQUIRED

MAXIMUM SECURITY  ☒

MINIMUM SECURITY  ☐

By: E. _____
STAFF SIGNATURE

---

TRANSPORTATION OFFICER INFORMATION:

TIME OF ARRIVAL AT HOSPITAL:_____ TIME OF DEPARTURE TO JAIL: _____

If inmate admitted to hospital: TIME ADMITTED:_____ DATE ADMITTED:_____

TIME INMATE RELEASED BACK TO JAIL:_____ DATE RETURNED TO JAIL: _____

---

### TO BE COMPLETED BY EXAMINING PHYSICIAN

P.F. NO. _____

DIAGNOSIS: _____
-No Med Profile Just Labs.

DISPOSITION: _____
Appox 8/13/14 cont'd

COMMENTS:

BARNHILL, HENRY
PT 67145599   MRN 1516349
08/13/14 OA J01
M    DOB 06/09/1978

Signed: _____
Examining Physician

DS-1

23

# Transition of Care 07/23/2015 23:59

**Created on: July 23, 2015, 23:59:21 -0700 UTC**

| Patient | HENRY BARNHILL | Contact Information | 4000 ORANGE ST 7TH FLOOR RIVERSIDE, CA 92501 Phone: 951-9554400 (Home) |
|---|---|---|---|
| Date of birth | June 09, 1978 | Sex | Male |
| Race | Black or African American | Ethnicity | Not Hispanic or Latino |
| Preferred Language | eng | | |

| Encounter | Start: June 22, 2015 | End: July 22, 2015 | |
|---|---|---|---|
| Facility/Entity | Riverside County Reg Med Ctr | Contact Information | 26520 Cactus Av Moreno Valley, CA 92555 Phone: 951 486-4000 (Work) |
| Service Location | Medicine | Contact Information | |
| Patient IDs | RCMC MR#: 1516349 Riverside County Reg Med Ctr Visit: 000006169889 Riverside County Reg Med Ctr Patient Account: 69813376 RCMC Enterprise ID: 1516349 | Document Id | 1.3.6.1.4.1.43161.1.3.8.1.470876 |

| Attending Physician | Rajagopal Krishnan , MD | Contact Information | 26520 Cactus Av Moreno Valley, CA 92555 Phone: 951 486-4000 (Work) |
|---|---|---|---|

## Table of Contents

☑ Select/Deselect All

☑ Reason For Visit
☑ Chief Complaint
☑ Social History
☑ Functional Status
☑ Vital Signs
☑ Problems
☑ Plan of Care
☑ Procedures
☑ Immunizations

Transition of Care Riverside County Reg Med Ctr  01/26/2015

☑ Hospital Course
☑ Hospital Discharge Instructions
☑ Allergies, Adverse Reactions, Alerts
☑ Medication
☑ Results

---

☑ **Reason For Visit**

☑ **Chief Complaint**

RCJ F/U VISIT HEART MUMMUR, C.~P.

☑ **Social History**

☑ **Functional Status**

☑ **Vital Signs**

☑ **Problems**

**Encounter Diagnosis**

No relevant problems exist.

☑ **Plan of Care**

☑ **Procedures**

No relevant procedures performed.

☑ **Immunizations**

No immunizations administered or ordered.

☑ **Hospital Course**

☑ **Hospital Discharge Instructions**

☑ **Allergies, Adverse Reactions, Alerts**

| |
|---|
| Latex Allergy has not been assessed. |
| IV Contrast Allergy has not been assessed. |

☑ **Medication**

Medication reconciliation has not been performed.

Transition of Care Riverside County Reg Med Ctr   07/20/2015

☑ **Results**

| Created by: WFE CCD on July 23, 2015 |
|---|

Confidential Report. Dispose of Appropriately!

Transition of Care Riverside County Reg Med Ctr 06/28/2015

# Transition of Care 06/28/2015 00:01

**Created on: June 28, 2015, 00:01:10 -0700 UTC**

| Patient | HENRY BARNHILL | Contact Information | 4000 ORANGE ST 7TH FLOOR RIVERSIDE, CA 92501 Phone: 951-9554400 (Home) |
| --- | --- | --- | --- |
| Date of birth | June 09, 1978 | Sex | Male |
| Race | Black or African American | Ethnicity | Not Hispanic or Latino |
| Preferred Language | eng | | |

| Encounter | Start: May 27, 2015 | End: June 26, 2015 | |
| --- | --- | --- | --- |
| Facility/Entity | Riverside County Reg Med Ctr | Contact Information | 26520 Cactus Av Moreno Valley, CA 92555 Phone: 951 486-4000 (Work) |
| Service Location | Diagnostic Services | Contact Information | |
| Patient IDs | RCMC MR#: 1516349 Riverside County Reg Med Ctr Visit: 000006156791 Riverside County Reg Med Ctr Patient Account: 69682797 RCMC Enterprise ID: 1516349 | Document Id | 1.3.6.1.4.1.43161.1.3.8.1.448903 |

| Attending Physician | Daniel Kim , MD | Contact Information | 26520 Cactus Av Moreno Valley, CA 92555 Phone: 951 486-4000 (Work) |
| --- | --- | --- | --- |

## Table of Contents

☑ Select/Deselect All

☑ Reason For Visit
☑ Chief Complaint
☑ Social History
☑ Functional Status
☑ Vital Signs
☑ Problems
☑ Plan of Care
☑ Procedures
☑ Immunizations

Transition of Care Riverside County Reg Med Ctr 6/28/2013

☑ <u>Hospital Course</u>
☑ <u>Hospital Discharge Instructions</u>
☑ <u>Allergies, Adverse Reactions, Alerts</u>
☑ <u>Medication</u>
☑ <u>Results</u>

---

## ☑ **Reason For Visit**

## ☑ **Chief Complaint**

DIAGNOSTIC IMAGING

## ☑ **Social History**

## ☑ **Functional Status**

## ☑ **Vital Signs**

## ☑ **Problems**

**Encounter Diagnosis**

No relevant problems exist.

## ☑ **Plan of Care**

## ☑ **Procedures**

No relevant procedures performed.

## ☑ **Immunizations**

No immunizations administered or ordered.

## ☑ **Hospital Course**

## ☑ **Hospital Discharge Instructions**

## ☑ **Allergies, Adverse Reactions, Alerts**

| |
|---|
| Latex Allergy has not been assessed. |
| IV Contrast Allergy has not been assessed. |

## ☑ **Medication**

Medication reconciliation has not been performed.

Transition of Care Riverside County Reg Med Ctr 6/28/2015

## ☑ __Results__

| Created by: WFE CCD on June 28, 2015 |
|---|

Confidential Report. Dispose of Appropriately!

# Transition of Care 04/26/2015 23:59

**Created on: April 26, 2015, 23:59:09 -0700 UTC**

| Patient | HENRY BARNHILL | Contact Information | ATTN: BILL WILSON RIVERSIDE, CA 92501 Phone: 951-9554400 (Home) |
|---|---|---|---|
| Date of birth | June 09, 1978 | Sex | Male |
| Race | Black or African American | Ethnicity | Not Hispanic or Latino |
| Preferred Language | eng | | |

| Encounter | **Start:** March 26, 2015 | **End:** April 25, 2015 | |
|---|---|---|---|
| Facility/Entity | Riverside County Reg Med Ctr | Contact Information | 26520 Cactus Av Moreno Valley, CA 92555 Phone: 951 486-4000 (Work) |
| Service Location | Radiology | Contact Information | |
| Patient IDs | RCMC MR#: 1516349 Riverside County Reg Med Ctr Visit: 000006099547 Riverside County Reg Med Ctr Patient Account: 69112084 RCMC Enterprise ID: 1516349 | Document Id | 1.3.6.1.4.1.43161.1.3.8.1.393401 |

| Admission Physician | Unassigned Unassigned | Contact Information | 26520 Cactus Av Moreno Valley, CA 92555 Phone: 951 486-4000 (Work) |
|---|---|---|---|
| Attending Physician | Yogesh Patel , MD | Contact Information | 26520 Cactus Av Moreno Valley, CA 92555 Phone: 951 486-4000 (Work) |
| Referring Physician | Unassigned Unassigned | Contact Information | 26520 Cactus Av Moreno Valley, CA 92555 Phone: 951 486-4000 (Work) |

## Table of Contents

☑ Select/Deselect All

Transition of Care Riverside County Reg Med Ctr 12/29/2022

☑ <u>Reason For Visit</u>
☑ <u>Chief Complaint</u>
☑ <u>Social History</u>
☑ <u>Functional Status</u>
☑ <u>Vital Signs</u>
☑ <u>Problems</u>
☑ <u>Plan of Care</u>
☑ <u>Procedures</u>
☑ <u>Immunizations</u>
☑ <u>Hospital Course</u>
☑ <u>Hospital Discharge Instructions</u>
☑ <u>Allergies, Adverse Reactions, Alerts</u>
☑ <u>Medication</u>
☑ <u>Results</u>

---

☑ **<u>Reason For Visit</u>**

☑ **<u>Chief Complaint</u>**

ULTRASOUND

☑ **<u>Social History</u>**

☑ **<u>Functional Status</u>**

☑ **<u>Vital Signs</u>**

☑ **<u>Problems</u>**

**Encounter Diagnosis**

No relevant problems exist.

☑ **<u>Plan of Care</u>**

☑ **<u>Procedures</u>**

No relevant procedures performed.

☑ **<u>Immunizations</u>**

No immunizations administered or ordered.

☑ **<u>Hospital Course</u>**

☑ **<u>Hospital Discharge Instructions</u>**

Transition of Care Riverside County Reg Med Center 04/26/2015

☑ **Allergies, Adverse Reactions, Alerts**

| |
|---|
| Latex Allergy has not been assessed. |
| IV Contrast Allergy has not been assessed. |

☑ **Medication**

Medication reconciliation has not been performed.

☑ **Results**

| |
|---|
| Created by: WFE CCD on April 26, 2015 |

Confidential Report. Dispose of Appropriately!

Transition of Care Riverside County Reg Med Ctr /02/22/2015

# Transition of Care 02/22/2015 00:01

**Created on: February 22, 2015, 00:01:05 -0800
UTC**

| Patient | HENRY BARNHILL | Contact Information | ATTN: KERMIT SIMMS<br>RIVERSIDE, CA 92501<br>Phone: 951-9554400 (Home) |
|---|---|---|---|
| Date of birth | June 09, 1978 | Sex | Male |
| Race | Black or African American | Ethnicity | Not Hispanic or Latino |
| Preferred Language | eng | | |

| Encounter | **Start:** January 21, 2015 | **End:** February 20, 2015 | |
|---|---|---|---|
| Facility/Entity | Riverside County Reg Med Ctr | Contact Information | 26520 Cactus Av<br>Moreno Valley, California 92555<br><br>Phone: 951 486-4000 (Work) |
| Service Location | Radiology | Contact Information | |
| Patient IDs | RCMC MR#: 1516349<br>Riverside County Reg Med Ctr Visit:<br>000006040288<br>Riverside County Reg Med Ctr Patient<br>Account: 68521079<br>RCMC Enterprise ID: 1516349 | Document Id | 1.3.6.1.4.1.43161.1.3.8.1.335034 |

| Attending Physician | Yogesh Patel , MD | Contact Information | 26520 Cactus Av<br>Moreno Valley, California 92555<br><br>Phone: 951 486-4000 (Work) |
|---|---|---|---|

## Table of Contents

☑ Select/Deselect All

☑ <u>Reason For Visit</u>
☑ <u>Chief Complaint</u>
☑ <u>Social History</u>
☑ <u>Functional Status</u>
☑ <u>Vital Signs</u>
☑ <u>Problems</u>
☑ <u>Plan of Care</u>
☑ <u>Procedures</u>

Transition of Care Riverside County Reg Med Ctr 5/27/2015

☑ Immunizations
☑ Hospital Course
☑ Hospital Discharge Instructions
☑ Allergies, Adverse Reactions, Alerts
☑ Medication

---

# ☑ **Reason For Visit**

# ☑ **Chief Complaint**

ULTRASOUND

# ☑ **Social History**

# ☑ **Functional Status**

# ☑ **Vital Signs**

# ☑ **Problems**

**Encounter Diagnosis**

No relevant problems exist.

# ☑ **Plan of Care**

# ☑ **Procedures**

No relevant procedures performed.

# ☑ **Immunizations**

No immunizations administered or ordered.

# ☑ **Hospital Course**

# ☑ **Hospital Discharge Instructions**

# ☑ **Allergies, Adverse Reactions, Alerts**

| Latex Allergy has not been assessed. |
| --- |
| IV Contrast Allergy has not been assessed. |

# ☑ **Medication**

Medication reconciliation has not been performed.

Created by: WFE CCD on February 22, 2015

Confidential Report. Dispose of Appropriately!

Transition of Care Riverside County Reg Med Ctr 01/31/2015

# Transition of Care 01/31/2015 00:09

**Created on: January 31, 2015, 00:09:35 -0800 UTC**

| Patient | HENRY BARNHILL | **Contact Information** | ATTN: KERMIT SIMMS RIVERSIDE, CA 92501 Phone: 951-9554400 (Home) |
|---|---|---|---|
| **Date of birth** | June 09, 1978 | **Sex** | Male |
| **Race** | Black or African American | **Ethnicity** | Not Hispanic or Latino |
| **Preferred Language** | eng | | |

| Encounter | **Start:** December 30, 2014 | **End:** January 29, 2015 | |
|---|---|---|---|
| **Facility/Entity** | Riverside County Reg Med Ctr | **Contact Information** | 26520 Cactus Av Moreno Valley, California 92555 Phone: 951 486-4000 (Work) |
| **Service Location** | Medicine | **Contact Information** | |
| **Patient IDs** | RCMC MR#: 1516349 Riverside County Reg Med Ctr Visit: 000006021763 Riverside County Reg Med Ctr Patient Account: 68336320 RCMC Enterprise ID: 1516349 | **Document Id** | 1.3.6.1.4.1.43161.1.3.8.1.313643 |

| **Attending Physician** | Yogesh Patel , MD | **Contact Information** | 26520 Cactus Av Moreno Valley, California 92555 Phone: 951 486-4000 (Work) |
|---|---|---|---|

# Table of Contents

☑ Select/Deselect All

☑ <u>Reason For Visit</u>
☑ <u>Chief Complaint</u>
☑ <u>Social History</u>
☑ <u>Functional Status</u>
☑ <u>Vital Signs</u>
☑ <u>Problems</u>
☑ <u>Plan of Care</u>
☑ <u>Procedures</u>

- ☑ <u>Immunizations</u>
- ☑ <u>Hospital Course</u>
- ☑ <u>Hospital Discharge Instructions</u>
- ☑ <u>Allergies, Adverse Reactions, Alerts</u>
- ☑ <u>Medication</u>

## ☑ **Reason For Visit**

## ☑ **Chief Complaint**

NEPHRO

## ☑ **Social History**

## ☑ **Functional Status**

## ☑ **Vital Signs**

## ☑ **Problems**

**Encounter Diagnosis**

No relevant problems exist.

## ☑ **Plan of Care**

## ☑ **Procedures**

No relevant procedures performed.

## ☑ **Immunizations**

No immunizations administered or ordered.

## ☑ **Hospital Course**

## ☑ **Hospital Discharge Instructions**

## ☑ **Allergies, Adverse Reactions, Alerts**

| Latex Allergy has not been assessed. |
| IV Contrast Allergy has not been assessed. |

## ☑ **Medication**

Medication reconciliation has not been performed.

Transition of Care Riverside County Reg Med Ctr 0137/2/23

Created by: WFE CCD on January 31, 2015

Confidential Report. Dispose of Appropriately!

Transition of Care Riverside County Reg Med Ctr 01/04/2015

# Transition of Care 01/04/2015 00:00

**Created on: January 04, 2015, 00:00:47 -0800 UTC**

| Patient | HENRY BARNHILL | Contact Information | ATTN: KERMIT SIMMS RIVERSIDE, CA 92501 Phone: 951-9554400 (Home) |
|---|---|---|---|
| Date of birth | June 09, 1978 | Sex | Male |
| Race | White | Ethnicity | Not Hispanic or Latino |
| Preferred Language | eng | | |

| Encounter | **Start:** December 03, 2014 | **End:** January 02, 2015 | |
|---|---|---|---|
| Facility/Entity | Riverside County Reg Med Ctr | Contact Information | 26520 Cactus Av Moreno Valley, California 92555 Phone: 951 486-4000 (Work) |
| Service Location | Radiology | Contact Information | |
| Patient IDs | RCMC MR#: 1516349 Riverside County Reg Med Ctr Visit: 000006000817 Riverside County Reg Med Ctr Patient Account: 68127471 RCMC Enterprise ID: 1516349 | Document Id | 1.3.6.1.4.1.43161.1.3.8.1.285674 |

| Attending Physician | Victor Laus , MD | Contact Information | 26520 Cactus Av Moreno Valley, California 92555 Phone: 951 486-4000 (Work) |
|---|---|---|---|

## Table of Contents

☑ Select/Deselect All

☑ <u>Reason For Visit</u>
☑ <u>Chief Complaint</u>
☑ <u>Social History</u>
☑ <u>Functional Status</u>
☑ <u>Vital Signs</u>
☑ <u>Problems</u>
☑ <u>Plan of Care</u>
☑ <u>Procedures</u>

Transition of Care Riverside County Reg Med Ctr 04/2015

☑ Immunizations
☑ Hospital Course
☑ Hospital Discharge Instructions
☑ Allergies, Adverse Reactions, Alerts
☑ Medication

---

## ☑ **Reason For Visit**

## ☑ **Chief Complaint**

L SPINE X RAY, L FOOT XRAY

## ☑ **Social History**

## ☑ **Functional Status**

## ☑ **Vital Signs**

## ☑ **Problems**

**Encounter Diagnosis**

No relevant problems exist.

## ☑ **Plan of Care**

## ☑ **Procedures**

No relevant procedures performed.

## ☑ **Immunizations**

No immunizations administered or ordered.

## ☑ **Hospital Course**

## ☑ **Hospital Discharge Instructions**

## ☑ **Allergies, Adverse Reactions, Alerts**

| |
|---|
| Latex Allergy has not been assessed. |
| IV Contrast Allergy has not been assessed. |

## ☑ **Medication**

Medication reconciliation has not been performed.

Transition of Care Riverside County Reg Med Ctr 1/4/2015

| Created by: WFE CCD on January 04, 2015 |
| --- |

Confidential Report. Dispose of Appropriately!

# Transition of Care 12/07/2014 00:00

**Created on: December 07, 2014, 00:00:53 - 0800 UTC**

| Patient | HENRY BARNHILL | Contact Information | ATTN: KERMIT SIMMS RIVERSIDE, CA 92501 Phone: 951-9554400 (Home) |
|---|---|---|---|
| Date of birth | June 09, 1978 | Sex | Male |
| Race | White | Ethnicity | Not Hispanic or Latino |
| Preferred Language | eng | | |

| Encounter | Start: November 05, 2014 | End: December 05, 2014 | |
|---|---|---|---|
| Facility/Entity | Riverside County Reg Med Ctr | Contact Information | 26520 Cactus Av Moreno Valley, California 92555 Phone: 951 486-4000 (Work) |
| Service Location | Radiology | Contact Information | |
| Patient IDs | RCMC MR#: 1516349 Riverside County Reg Med Ctr Visit: 000005978511 Riverside County Reg Med Ctr Patient Account: 67904961 RCMC Enterprise ID: 1516349 | Document Id | 1.3.6.1.4.1.43161.1.3.8.1.258243 |

| Attending Physician | Victor Laus | Contact Information | 26520 Cactus Av Moreno Valley, California 92555 Phone: 951 486-4000 (Work) |
|---|---|---|---|

## Table of Contents

☑ Select/Deselect All

☑ <u>Reason For Visit</u>
☑ <u>Chief Complaint</u>
☑ <u>Social History</u>
☑ <u>Functional Status</u>
☑ <u>Vital Signs</u>
☑ <u>Problems</u>
☑ <u>Plan of Care</u>
☑ <u>Procedures</u>

    ☑ <u>Immunizations</u>
    ☑ <u>Hospital Course</u>
    ☑ <u>Hospital Discharge Instructions</u>
    ☑ <u>Allergies, Adverse Reactions, Alerts</u>
    ☑ <u>Medication</u>

---

☑ **<u>Reason For Visit</u>**

☑ **<u>Chief Complaint</u>**

L FOOT

☑ **<u>Social History</u>**

☑ **<u>Functional Status</u>**

☑ **<u>Vital Signs</u>**

☑ **<u>Problems</u>**

**Encounter Diagnosis**

No relevant problems exist.

☑ **<u>Plan of Care</u>**

☑ **<u>Procedures</u>**

No relevant procedures performed.

☑ **<u>Immunizations</u>**

No immunizations administered or ordered.

☑ **<u>Hospital Course</u>**

☑ **<u>Hospital Discharge Instructions</u>**

☑ **<u>Allergies, Adverse Reactions, Alerts</u>**

| Latex Allergy has not been assessed. |
| --- |
| IV Contrast Allergy has not been assessed. |

☑ **<u>Medication</u>**

Medication reconciliation has not been performed.

Case 5:23-cv-00589-JGB-SP    Document 48-23    Filed 01/12/26    Page 45 of 438   Page
ID #:1072
Transition of Care Riverside County Reg med center 400285

Created by: WFE CCD on December 07, 2014

Confidential Report. Dispose of Appropriately!

# Transition of Care 09/13/2014 23:59

**Created on: September 13, 2014, 23:59:51 - 0700 UTC**

| | | | |
|---|---|---|---|
| **Patient** | HENRY BARNHILL | **Contact Information** | ATTN: KERMIT SIMMS<br>RIVERSIDE, CA 92501<br>Phone: 951-9554400 (Home) |
| **Date of birth** | June 09, 1978 | **Sex** | Male |
| **Race** | White | **Ethnicity** | Not Hispanic or Latino |
| **Preferred Language** | eng | | |

| | | | |
|---|---|---|---|
| **Encounter** | **Start:** August 13, 2014 | **End:** September 12, 2014 | |
| **Facility/Entity** | Riverside County Reg Med Ctr | **Contact Information** | 26520 Cactus Av<br>Moreno Valley, California 92555<br><br>Phone: 951 486-4000 (Work) |
| **Service Location** | Medicine | **Contact Information** | |
| **Patient IDs** | RCMC MR#: 1516349<br>Riverside County Reg Med Ctr Visit: 000005902369<br>Riverside County Reg Med Ctr Patient Account: 67145599<br>RCMC Enterprise ID: 1516349 | **Document Id** | 1.3.6.1.4.1.43161.1.3.8.1.169214 |

| | | | |
|---|---|---|---|
| **Attending Physician** | Daniel Kim | **Contact Information** | 26520 Cactus Av<br>Moreno Valley, California 92555<br><br>Phone: 951 486-4000 (Work) |

## Table of Contents

☑ Select/Deselect All

☑ <u>Reason For Visit</u>
☑ <u>Chief Complaint</u>
☑ <u>Social History</u>
☑ <u>Functional Status</u>
☑ <u>Vital Signs</u>
☑ <u>Problems</u>
☑ <u>Plan of Care</u>
☑ <u>Procedures</u>

Transition of Care Riverside County Reg Med Ctr 3/17/2021

☑ Immunizations
☑ Hospital Course
☑ Hospital Discharge Instructions
☑ Allergies, Adverse Reactions, Alerts
☑ Medication

---

☑ **Reason For Visit**

☑ **Chief Complaint**

MEDICINE VISIT

☑ **Social History**

☑ **Functional Status**

☑ **Vital Signs**

☑ **Problems**

**Encounter Diagnosis**

No relevant problems exist.

☑ **Plan of Care**

☑ **Procedures**

No relevant procedures performed.

☑ **Immunizations**

No immunizations administered or ordered.

☑ **Hospital Course**

☑ **Hospital Discharge Instructions**

☑ **Allergies, Adverse Reactions, Alerts**

| Latex Allergy has not been assessed. |
| IV Contrast Allergy has not been assessed. |

☑ **Medication**

Medication reconciliation has not been performed.

Created by: WFE CCD on September 13, 2014

Confidential Report. Dispose of Appropriately!



**Riverside County Regional Medical Center**
**Diagnostic Imaging Department**
**26520 Cactus Avenue**
**Moreno Valley, CA 92555**
**Phone: (951) 486-4100**

Patient: BARNHILL, HENRY
DOB/Age: 06/09/1978  37Y

Location: RAD
Attending: DIONISIO MONTENEGRO
Ordering: DIONISIO MONTENEGRO

Renaissance Radiology Medical Group, Inc

## D i a g n o s t i c   I m a g i n g

Accession Number: 886718
Procedure: RA Lumbosacral Complete
Date/Time: 10/05/2015 14:37
Reason for Exam: HX lbp. Eval for ddd,djd,eteology of pain.

### ***Final Report***

\

**DIAGNOSTIC READ:**
EXAM: XR SPINE LUMBOSACRAL

LUMBAR SPINE:

HISTORY: "HX lbp.  Eval for ddd,djd,eteology of pain."

COMPARISON: Prior lumbar spine series dated

PROCEDURE: AP, lateral, and bilateral oblique views of the lumbosacral spine are received.

FINDINGS: The examination shows no evidence of acute fracture, subluxation or localized bone destruction.  Normal lordotic curvature is present.  The intervertebral disc spaces are maintained.  The pedicles and vertebral processes are intact.  The paravertebral soft tissues are unremarkable.

**DIAGNOSTIC IMPRESSION:**
No significant abnormality is demonstrated. Overall, I see no significant change compared to the most recent prior study.

Dictated By: STEVEN COBB M.D. on 10/05/2015 at 15:58
Transcribed By: SKY on 10/05/2015 15:58
Electronically Signed By: STEVEN COBB M.D. on 10/05/2015 15:58

## Riverside University Health System

| **Radiograph spine lumbosacral minimum 4 views** | | | |
|---|---|---|---|
| **Patient Name:** | BARNHILL , HENRY | **Account #:** | 70908298 |
| **MRN #:** | 1516349 | **Birth Date:** | 6/9/1978 |
| **Admit Date:** | 10/5/2015 | **Discharge Date:** | 11/4/2015 |
| **Transcript Date:** | 10/5/2015 | | |

***Final Report***\EDIAGNOSTIC READ:EXAM: XR SPINE LUMBOSACRALLUMBAR SPINE:HISTORY: "HX lbp.  Eval for ddd,djd,eteology of pain."COMPARISON: Prior lumbar spine series datedPROCEDURE: AP, lateral, and bilateral oblique views of the lumbosacral spine arereceived.  FINDINGS: The examination shows no evidence of acute fracture, subluxation orlocalized bone destruction.  Normal lordotic curvature is present.  Theintervertebral disc spaces are maintained.  The pedicles and vertebral processesare intact.  The paravertebral soft tissues are unremarkable.DIAGNOSTIC IMPRESSION:No significant abnormality is demonstrated. Overall, I see nosignificant change compared to the most recent prior study.Dictated By: STEVEN COBB M.D. on 10/05/2015 at 15:58Transcribed By: SKY on 10/05/2015 15:58Electronically Signed By: STEVEN COBB M.D. on 10/05/2015 15:58

## Riverside University Health System

| **Radiograph spine lumbosacral minimum 4 views** | |
|---|---|
| **Patient Name:** BARNHILL , HENRY | **Account #:** 70908298 |
| **MRN #:** 1516349 | **Birth Date:** 6/9/1978 |
| **Admit Date:** 10/5/2015 | **Discharge Date:** 11/4/2015 |
| **Transcript Date:** 10/5/2015 | |

***Final Report***\EDIAGNOSTIC READ:EXAM: XR SPINE LUMBOSACRALLUMBAR SPINE:HISTORY: "HX lbp.  Eval for ddd,djd,eteology of pain."COMPARISON: Prior lumbar spine series datedPROCEDURE: AP, lateral, and bilateral oblique views of the lumbosacral spine arereceived.  FINDINGS: The examination shows no evidence of acute fracture, subluxation orlocalized bone destruction.  Normal lordotic curvature is present.  Theintervertebral disc spaces are maintained.  The pedicles and vertebral processesare intact.  The paravertebral soft tissues are unremarkable.DIAGNOSTIC IMPRESSION:No significant abnormality is demonstrated. Overall, I see nosignificant change compared to the most recent prior study.Dictated By: STEVEN COBB M.D. on 10/05/2015 at 15:58Transcribed By: SKY on 10/05/2015 15:58Electronically Signed By: STEVEN COBB M.D. on 10/05/2015 15:58





**Riverside County Regional Medical Center**
**Diagnostic Imaging Department**
**26520 Cactus Avenue**
**Moreno Valley, CA 92555**
**Phone: (951) 486-4100**

Renaissance Radiology Medical Group, Inc

Patient: BARNHILL, HENRY
DOB/Age: 06/09/1978  36Y

Location: DGS
Attending: DANIEL KIM
Ordering: DIONISIO MONTENEGRO

## D i a g n o s t i c   I m a g i n g

Accession Number:  822027
Procedure:  RA Lumbosacral 2 Views
Date/Time:  05/27/2015 10:30
Reason for Exam: EVALUATE PAIN

### ***Final Report***

**AP AND LATERAL VIEWS OF THE LUMBAR SPINE AND LATERAL LUMBOSACRAL VIEW, 05/27/2015:**

**INDICATION:**
Pain.

**DIAGNOSTIC READ:**
There is no evidence of fracture or subluxation of the lumbar spine.  Vertebral body heights and intervertebral disc heights are maintained.

**DIAGNOSTIC IMPRESSION:**
UNREMARKABLE VIEWS OF THE LUMBAR SPINE.

Dictated By: THOMAS LIN M.D. on 05/27/2015 at 16:08
Transcribed By: OJ  on 05/28/2015 14:55
Electronically Signed By: THOMAS LIN M.D. on 05/29/2015 12:26

## Riverside University Health System

| Radiograph spine lumbosacral 2 or 3 views | | | |
|---|---|---|---|
| **Patient Name:** | BARNHILL , HENRY | **Account #:** | 69682797 |
| **MRN #:** | 1516349 | **Birth Date:** | 6/9/1978 |
| **Admit Date:** | 5/27/2015 | **Discharge Date:** | 6/26/2015 |
| **Transcript Date:** | 5/27/2015 | | |

***Final Report***AP AND LATERAL VIEWS OF THE LUMBAR SPINE AND LATERAL LUMBOSACRAL VIEW, 05/27/2015:INDICATION: Pain.DIAGNOSTIC READ:There is no evidence of fracture or subluxation of the lumbar spine.  Vertebral body heights and intervertebral disc heights are maintained.  DIAGNOSTIC IMPRESSION:UNREMARKABLE VIEWS OF THE LUMBAR SPINE.  Dictated By: THOMAS LIN M.D. on 05/27/2015 at 16:08Transcribed By: OJ  on 05/28/2015 14:55Electronically Signed By: THOMAS LIN M.D. on 05/29/2015 12:26



**Riverside County Regional Medical Center**
**Diagnostic Imaging Department**
**26520 Cactus Avenue**
**Moreno Valley, CA 92555**
**Phone: (951) 486-4100**

Renaissance Radiology Medical Group, Inc

Patient: BARNHILL, HENRY
DOB/Age: 06/09/1978  36Y

Location: RAD
Attending: PAUL HUYNH
Ordering: PAUL HUYNH

## D i a g n o s t i c   I m a g i n g

Accession Number:  791952
Procedure:  US Retroperitoneal Complete
Date/Time:  03/26/2015 11:19

**COMPLETE RENAL SONOGRAM, 03/26/2015:**

**REASON FOR EXAM:**
EVALUATE ELEVATED CREATININE

**CLINICAL HISTORY:**
Evaluate elevated creatinine.

**ULTRASOUND READ:**
The right kidney measures 9.5 x 5.6 cm.  The left kidney measures 9.7 x 4.6 cm.  There is no evidence for hydronephrosis or shadowing stones.  Cortical thickness and echogenicity of the renal cortices appear to be within normal limits.  No masses are appreciated.  The bladder is largely unremarkable.

**ULTRASOUND IMPRESSION:**
LARGELY UNREMARKABLE RENAL SONOGRAM WITH NO EVIDENCE FOR HYDRONEPHROSIS OR STONES.  NORMAL ECHOGENICITY IS DEMONSTRATED.  CORRELATION IS MADE TO PRIOR STUDY DONE ON JANUARY 21, 2015 WITHOUT SIGNIFICANT INTERVAL CHANGE.

Dictated By:ALFONSO CARRILLO M.D. on 03/26/2015   at 11:50
Electronically Signed By: CARRILLO M.D., ALFONSO
 on Mar 31 2015  4:20P
Transcribed By: OJ  on Mar 28 2015  9:42A

## Riverside University Health System

| Ultrasound retroperitoneal complete | | | |
|---|---|---|---|
| **Patient Name:** | BARNHILL , HENRY | **Account #:** | 69112084 |
| **MRN #:** | 1516349 | **Birth Date:** | 6/9/1978 |
| **Admit Date:** | 3/26/2015 | **Discharge Date:** | 4/25/2015 |
| **Transcript Date:** | 3/26/2015 | | |

COMPLETE RENAL SONOGRAM, 03/26/2015:REASON FOR EXAM:EVALUATE ELEVATED CREATININECLINICAL HISTORY: Evaluate elevated creatinine.  ULTRASOUND READ:        The right kidney measures 9.5 x 5.6 cm.  The left kidney measures 9.7 x 4.6 cm.  There is no evidence for hydronephrosis or shadowing stones.  Cortical thickness and echogenicity of the renal cortices appear to be within normal limits.  No masses are appreciated.  The bladder is largely unremarkable.  ULTRASOUND IMPRESSION:      LARGELY UNREMARKABLE RENAL SONOGRAM WITH NO EVIDENCE FOR HYDRONEPHROSIS OR STONES.  NORMAL ECHOGENICITY IS DEMONSTRATED. CORRELATION IS MADE TO PRIOR STUDY DONE ON JANUARY 21, 2015 WITHOUT SIGNIFICANT INTERVAL CHANGE. Dictated By:ALFONSO CARRILLO M.D. on 03/26/2015   at 11:50Electronically Signed By: CARRILLO M.D., ALFONSO                    on Mar 31 2015  4:20PTranscribed By: OJ  on Mar 28 2015  9:42A



**Riverside County Regional Medical Center**
**Diagnostic Imaging Department**
**26520 Cactus Avenue**
**Moreno Valley, CA 92555**
**Phone: (951) 486-4100**

Patient: BARNHILL, HENRY
DOB/Age: 06/09/1978  36Y

Location: RAD
Attending: YOGESH PATEL
Ordering: VICTOR LAUS

Renaissance Radiology Medical Group, Inc

## D i a g n o s t i c   I m a g i n g

Accession Number:  758299
Procedure:  US Retroperitoneal Complete
Date/Time:  01/21/2015 11:27

**RENAL ULTRASOUND:**

**COMPARISON:**
None.

**REASON FOR EXAM:**
PAIN. CKD

**INDICATION:**
Pain.

**ULTRASOUND READ:**
Right kidney measures 9.8 cm in length and demonstrates no evidence of cortical lesion, hydronephrosis, or calculus.  There is normal thickening and echogenicity of the right renal cortex.

The left kidney measures 9.4 cm in length and demonstrates no evidence of cortical lesion, hydronephrosis or calculus.  There is normal thickening and echogenicity of the left renal cortex.

The urinary bladder is partially distended with fluid and appears grossly unremarkable.

**ULTRASOUND IMPRESSION:**
NORMAL RENAL ULTRASOUND.

Dictated By:MICHAEL PETRUCCI M.D. on 01/21/2015  at 00:53
Reviewed for typographical errors and released by: MCNEILL M.D., JEANINE
 on Jan 23 2015  4:45P
Transcribed By: OJ  on Jan 22 2015  9:44A



**Riverside County Regional Medical Center**
**Diagnostic Imaging Department**
**26520 Cactus Avenue**
**Moreno Valley, CA 92555**
**Phone: (951) 486-4100**

Renaissance Radiology Medical Group, Inc

Patient: BARNHILL, HENRY
DOB/Age: 06/09/1978  36Y

Location: RAD
Attending: YOGESH PATEL
Ordering: VICTOR LAUS

## D i a g n o s t i c   I m a g i n g

Accession Number:  758299
Procedure:  US Retroperitoneal Complete
Date/Time:  01/21/2015 11:27

**Riverside University Health System**

| | Ultrasound retroperitoneal complete | |
|---|---|---|
| **Patient Name:** | BARNHILL , HENRY | **Account #:** 68521079 |
| **MRN #:** | 1516349 | **Birth Date:** 6/9/1978 |
| **Admit Date:** | 1/21/2015 | **Discharge Date:** 2/20/2015 |
| **Transcript Date:** | 1/21/2015 | |

RENAL ULTRASOUND:COMPARISON:None. REASON FOR EXAM:PAIN. CKDINDICATION: Pain.  ULTRASOUND READ:     Right kidney measures 9.8 cm in length and demonstrates no evidence of cortical lesion, hydronephrosis, or calculus.  There is normal thickening and echogenicity of the right renal cortex.  The left kidney measures 9.4 cm in length and demonstrates no evidence of cortical lesion, hydronephrosis or calculus.  There is normal thickening and echogenicity of the left renal cortex.  The urinary bladder is partially distended with fluid and appears grossly unremarkable. ULTRASOUND IMPRESSION:      NORMAL RENAL ULTRASOUND.  Dictated By:MICHAEL PETRUCCI M.D. on 01/21/2015  at 00:53Reviewed for typographical errors and released by: MCNEILL M.D., JEANINE   on Jan 23 2015 4:45PTranscribed By: OJ  on Jan 22 2015  9:44A

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                              Fax (951)486-5270

**HEMATOLOGY**
URINALYSIS

| Test Name | 07/28/2015 11:25 | Reference Range | Units of Measure |
|---|---|---|---|
| Color | YELLOW | | |
| Clarity, Urine | CLEAR | | |
| Glucose, Urine | NEGATIVE | | mg/dl |
| Bilirubin, Urine | NEGATIVE | | |
| Ketone, Urine | NEGATIVE | | mg/dl |
| Blood, Urine | NEGATIVE | | |
| pH | 6.5 | | |
| Protein | NEGATIVE | | mg/dl |
| Urobilinogen | 0.2 | | EU/dL |
| Nitrite | NEGATIVE | | |
| Leukocyte Esterase | NEGATIVE | | |
| Specific Gravity | 1.015 | | |
| Microalbumin | 20 | | mg/l |

=1=

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 69813335
Orgz: MDC
Birth Date: 06/09/1978                     Location:
Patient Phone:(951)955-4400                Sex: M
Doctor: THOMAS, ZACHARY

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **07/29/2015 23:00**
Page 1 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                      Fax (951)486-5270

**Comments**
=1= =< 20 mg/L is considered Normal

BODY FLUIDS

| Test Name | 07/28/2015 11:25 | Reference Range | Units of Measure |
|---|---|---|---|
| Creatinine Urine Random | **304.8 H** | 30.0-250.0 | mg/dl |
| Sodium Urine Random | 72 | 40-220 | mmol/L |
| | =1= | | |

**Comments**
=1= No Reference Ranges Available for Random Collections

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 69813335
Orgz: MDC
Birth Date: 06/09/1978          Location:
Patient Phone:(951)955-4400     Sex: M
Doctor: THOMAS, ZACHARY

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **07/29/2015 23:00**
Page 2 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                                            Fax (951)486-5270

**CHEMISTRY**
CHEMISTRY

| Test Name | 07/28/2015 11:25 | 07/28/2015 11:10 | Reference Range | Units of Measure |
|---|---|---|---|---|
| Sodium | | 141 | 136-145 | mmol/L |
| Potassium | | 4.2 | 3.6-5.0 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| CO2 | | 28 | 21-32 | mmol/L |
| Blood Urea Nitrogen | | 13 | 7-18 | mg/dl |
| Creatinine | | **1.4 H** | 0.6-1.3 | mg/dl |
| Glucose Random | | 93 | 74-106 | mg/dl |
| Calcium, Serum | | 9.5 | 8.5-10.1 | mg/dl |
| Anion Gap | | 8 | 5.0-14.0 | mmol/L |
| Total Protein Urine Random | **16.5 H** | | 0.0-11.9 | mg/dl |

Patient: BARNHILL, HENRY
MRN: 1516349
Visit ID: 69813335
Orgz: MDC                          Location:
Birth Date: 06/09/1978            Sex: M
Patient Phone:(951)955-4400
Doctor: THOMAS, ZACHARY

RIVERSIDE COUNTY REG MED CNTR
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **07/29/2015 23:00**
Page 3 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                    Fax (951)486-5270

**REFERENCE LAB**
QUEST REFERENCE LAB

| Test | |
| --- | --- |
| **Name** | Collection Date: 07/28/2015 |
| | Collection Time: 11:10 |
| Fax Mail Out | FAXED |

Faxed on 7/28/2015 at 23:37 by E230335
Fax number:951-955-4479
FAXED TO RIVERSIDE COUNTY JAIL

**KEY:**
H:High

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 69813335
Orgz: MDC                          Location:
Birth Date: 06/09/1978            Sex: M
Patient Phone:(951)955-4400
Doctor: THOMAS, ZACHARY

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **07/29/2015 23:00**
Page 4 of 1

| Lab Flowsheet |
|---|

**Patient Name:** BARNHILL, HENRY

**MRN #:**  1516349

**Gender:**  Male

**Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|---|---|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| Account # | 69813335 |
|---|---|
| Description | Microalbumin |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Microalbumin

| Component | 07/28/2015 11:25:00 | | Reference | Units |
|---|---|---|---|---|
| Microalbumin | 20 | (1) | | mg/l |

### Result Comments ()

1    =< 20 mg/L is considered Normal

### Flowsheet Comments

Microalbumin 07/28/2015 11:15:00 AM

Microalbumin Routine

# Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

## Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

## Order Information

| | |
|------|------|
| Account # | 69813335 |
| Description | Sodium level urine random |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Sodium level urine random

| Component | 07/28/2015 11:25:00 | | Reference | Units |
|-----------|---------------------|---|-----------|-------|
| Sodium level urine random | 72 | (1) | 40*220 | mmol/L |

#### Result Comments ()

1    No Reference Ranges Available for Random Collections

#### Flowsheet Comments

Sodium level urine random 07/28/2015 11:15:00 AM

Sodium level urine random Routine

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| Account # | 69813335 |
|-----------|----------|
| Description | Protein level urine random |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Protein level urine random

| Component | 07/28/2015 11:25:00 | | Reference | Units |
|-----------|---------------------|---|-----------|-------|
| Protein level urine random | 16.5 | H | 0.0*11.9 | mg/dl |

### Flowsheet Comments

Protein level urine random 07/28/2015 11:15:00 AM

Protein level urine random Routine

Created on 9/19/2024

Page 1 of 1

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                    **Gender:**    Male

**MRN #:**    1516349                                **Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| | |
|------|------|
| Account # | 69813335 |
| Description | Creatinine Cr urine |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Creatinine Cr urine

| Component | 07/28/2015 11:25:00 | | Reference | Units |
|-----------|---------------------|---|-----------|-------|
| Creatinine Cr urine | 304.8 | H | 30.0*250.0 | mg/dl |

### Flowsheet Comments

Creatinine Cr urine 07/28/2015 11:15:00 AM

Creatinine Cr urine Routine

Created on 9/19/2024                                                      Page 1 of 1

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                    **Gender:** Male

**MRN #:** 1516349                                           **Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| Account # | 69813335 |
|-----------|----------|
| Description | Urinalysis UA with microscopy |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Urinalysis UA with microscopy

| Component | 07/28/2015 11:25:00 | Reference | Units |
|-----------|---------------------|-----------|-------|
| Bilirubin urine | NEGATIVE | | |
| Blood urine | NEGATIVE | | |
| Clarity urine | CLEAR | | |
| Color | YELLOW | | |
| Glucose urine | NEGATIVE | | mg/dl |
| Ketones urine | NEGATIVE | | mg/dl |
| Leukocyte esterase | NEGATIVE | | |
| Nitrite | NEGATIVE | | |
| pH urine | 6.5 | | |
| Protein level urine | NEGATIVE | | mg/dl |
| Specific gravity urine | 1.015 | | |

Created on 9/19/2024                                        Page 1 of 2

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:**  1516349

**Gender:**  Male

**Birth Date:** 6/9/1978

| Component | 07/28/2015 11:25:00 | Reference | Units |
|---|---|---|---|
| Urobilinogen | 0.2 | | EU/dL |

### Flowsheet Comments

Urinalysis UA with microscopy 07/28/2015 11:15:00 AM

Urinalysis UA with microscopy Routine

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                    **Gender:** Male

**MRN #:**   1516349                                 **Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| | |
|------|------|
| Account # | 69813335 |
| Description | Basic metabolic panel |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Basic metabolic panel

| Component | 07/28/2015 11:10:00 | Reference | Units |
|-----------|---------------------|-----------|-------|
| AGAP | 8 | 5.0*14.0 | mmol/L |
| Blood urea nitrogen | 13 | 7*18 | mg/dl |
| Calcium level serum total | 9.5 | 8.5*10.1 | mg/dl |
| Chloride serum | 105 | 98*107 | mmol/L |
| CO2 | 28 | 21*32 | mmol/L |
| Creatinine cr serum | 1.4                    H | 0.6*1.3 | mg/dl |
| Glucose serum random | 93 | 74*106 | mg/dl |
| Potassium serum | 4.2 | 3.6*5.0 | mmol/L |
| Sodium level serum | 141 | 136*145 | mmol/L |

Created on 9/19/2024                                    Page 1 of 2

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:**  1516349

**Gender:**  Male

**Birth Date:** 6/9/1978

---

### Flowsheet Comments

Basic metabolic panel 07/28/2015 11:15:00 AM

Basic metabolic panel Routine

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

### Order Information

| Account # | 69813335 |
|---|---|
| Description | Results-Hematology |
| Gender | Male |
| Ordered On | 07/28/2015 11:10 AM |

### Results

| Component | 07/28/2015 11:10:00 | | Reference | Units |
|---|---|---|---|---|
| FAX Mail Out | FAXED | (1) | | |

### Result Comments ()

1  FAXED TO RIVERSIDE COUNTY JAIL
   Faxed on 7/28/2015 at 23:37 by E230335
   Fax number

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                          Fax (951)486-5270

**HEMATOLOGY**
HEMATOLOGY

| Test Name | 12/30/2014 12:40 | Reference Range | Units of Measure |
|---|---|---|---|
| WBC | 4.9 | 4.3-11.3 | X10e9/L |
| Neutrophil % | 63.9 | 37.0-80.0 | % |
| Lymphocytes % | 25.1 | 10.0-50.0 | % |
| Monocytes% | 9.8 | 0.0-12.0 | % |
| Eosinophils % | 0.5 | 0.0-7.0 | % |
| Basophils % | 0.7 | 0.0-2.5 | % |
| NRBC% | 0.0 | 0.0-0.4 | % |
| Neutrophils | 3.1 | 2.0-6.9 | X10e9/L |
| Lymphocytes | 1.2 | 0.6-6.4 | X10e9/L |
| Monocytes | 0.5 | 0.0-0.9 | X10e9/L |
| Eosinophils | 0.0 | 0.0-0.7 | X10e9/L |
| Basophils | 0.0 | 0.0-0.7 | X10e9/L |
| NURBC | 0.00 | 0.0-0.02 | X10e9/L |
| RBC Count | **3.44 L** | 3.94-5.66 | X10e12/L |

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC                         Location:
Birth Date: 06/09/1978            Sex: M
Patient Phone:(951)955-4400
Doctor: PATEL, YOGESH

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 1 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                                 Fax (951)486-5270

| | | |
|---|---|---|
| HGB | **12.1 L** | 13.0-16.5 g/dl |
| HCT | **34.0 L** | 36.4-50.2 % |
| Mean Corpuscular Volume | 98.8 | 81.8-98.8 FL |
| MCH | **35.3 H** | 25.8-31.8 pg |
| MCHC | **35.7 H** | 32.0-34.0 g/dl |
| RDW | 13.7 | 11.8-14.6 % |
| PLT | 174 | 147-409   X10e9/L |
| MPV | 9.8 | 7.4-10.4   FL |

.

**Patient:  BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC
Birth Date: 06/09/1978
Patient Phone:(951)955-4400
Doctor: PATEL, YOGESH

Location:
Sex: M

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 2 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                                    Fax (951)486-5270

## CHEMISTRY
CHEMISTRY

| Test Name | 12/30/2014 12:40 | Reference Range | Units of Measure |
|---|---|---|---|
| Sodium | 139 | 136-145 | mmol/L |
| Potassium | 4.1 | 3.6-5.0 | mmol/L |
| Chloride | 104 | 98-107 | mmol/L |
| CO2 | 28 | 21-32 | mmol/L |
| Blood Urea Nitrogen | 13 | 7-18 | mg/dl |
| Creatinine | **1.4 H** | 0.6-1.3 | mg/dl |
| Glucose Random | 89 | 74-106 | mg/dl |
| Calcium, Serum | 9.3 | 8.5-10.1 | mg/dl |
| Albumin | 4.5 | 3.4-5.0 | g/dl |
| Total Protein | 7.2 | 6.4-8.2 | g/dl |
| Globulin | 2.7 | 1.4-4.8 | g/dl |
| Alk Phos Total | 58 | 45-117 | U/L |
| Aspartate Aminotrans | 27 | 15-37 | U/L |
| Alanine Aminotransferase | 35 | 12-78 | U/L |

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC
Birth Date: 06/09/1978
Patient Phone:(951)955-4400
Doctor: PATEL, YOGESH

Location:
Sex: M

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 3 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                          Fax (951)486-5270

| | | | |
|---|---|---|---|
| Anion Gap | 7 | 5.0-14.0 | mmol/L |
| A/G Ratio | 1.7 | 1.2-2.2 | |
| Bilirubin Total | 0.6 | 0.2-1.0 | mg/dl |

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC                          Location:
Birth Date: 06/09/1978            Sex: M
Patient Phone:(951)955-4400
Doctor: PATEL, YOGESH

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 4 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                                 Fax (951)486-5270

**REFERENCE LAB**
QUEST REFERENCE LAB

| Test Name | Collection Date: 12/30/2014 Collection Time: 12:40 |
| --- | --- |
| Fax Mail Out | FAXED |

Faxed on 12/31/2014 at 00:07 by E97239
Fax number:12/30 FAXED AT 2300 TO 951 955 4479

**KEY:**
H:High          L:Low

Patient: **BARNHILL, HENRY**                              **RIVERSIDE COUNTY REG MED CNTR**
MRN: 1516349                                                                   26520 CACTUS AVE
Visit ID: 68336320                                                      MORENO VALLEY, CA 92555
Orgz: MDC                                                                            951-486-4000
Birth Date: 06/09/1978              Location:          Arnold O. Tabuenca, MD, Medical Director
Patient Phone:(951)955-4400         Sex: M                                           Final Report
Doctor: PATEL, YOGESH                                                          Report For: MDC
                                                                Report as of **12/31/2014 23:01**
                                                                                   Page 5 of 1

76

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

### Order Information

| Account # | 68336320 |
|---|---|
| Description | Results-Hematology |
| Gender | Male |
| Ordered On | 12/30/2014 12:40 PM |

### Results

| Component | 12/30/2014 12:40:00 | Reference | Units |
|---|---|---|---|
| FAX Mail Out | FAXED                                    (1) | | |

### Result Comments ()

1      Faxed on 12/31/2014 at 00:07 by E97239
       Fax number:12/30 FAXED AT 2300 TO 951 955

Created on 9/19/2024

Page 1 of 1

77

# Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                    **Gender:**    Male

**MRN #:**    1516349                    **Birth Date:** 6/9/1978

## Provider Information

| Role | Name |
|------|------|
| Ordering | Yogesh M Patel, MD |
| Signing | TPAT |

## Order Information

| Account # | 68336320 |
|-----------|----------|
| Description | CBCC |
| Gender | Male |
| Ordered By | Yogesh M Patel, MD |
| Ordered On | 12/30/2014 12:30 PM |
| Priority | Routine |
| Signed By | TPAT |
| Status Code | Complete |

### CBCC

| Component | 12/30/2014 12:40:00 | Reference | Units |
|-----------|---------------------|-----------|-------|
| AGAP | 7 | 5.0*14.0 | mmol/L |
| Alanine aminotransferase ALT | 35 | 12*78 | U/L |
| Albumin globulin ratio | 1.7 | 1.2*2.2 | |
| Albumin level serum | 4.5 | 3.4*5.0 | g/dl |
| Alkaline phosphatase total | 58 | 45*117 | U/L |
| Aspartate aminotransferase AST | 27 | 15*37 | U/L |
| Basophils count | 0.0 | 0.0*0.7 | X10e9/L |

Created on 9/19/2024                    Page 1 of 3

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY          **Gender:** Male

**MRN #:**          1516349          **Birth Date:** 6/9/1978

| Component | 12/30/2014 12:40:00 | | Reference | Units |
|---|---|---|---|---|
| Basophils percent | 0.7 | | 0.0*2.5 | % |
| Bilirubin total | 0.6 | | 0.2*1.0 | mg/dl |
| Blood urea nitrogen | 13 | | 7*18 | mg/dl |
| Calcium level serum total | 9.3 | | 8.5*10.1 | mg/dl |
| Chloride serum | 104 | | 98*107 | mmol/L |
| CO2 | 28 | | 21*32 | mmol/L |
| Creatinine cr serum | 1.4 | H | 0.6*1.3 | mg/dl |
| Eosinophil count | 0.0 | | 0.0*0.7 | X10e9/L |
| Eosinophil percent | 0.5 | | 0.0*7.0 | % |
| Globulin | 2.7 | | 1.4*4.8 | g/dl |
| Glucose serum random | 89 | | 74*106 | mg/dl |
| Hematocrit Hct | 34.0 | L | 36.4*50.2 | % |
| Hemoglobin Hb | 12.1 | L | 13.0*16.5 | g/dl |
| Lymphocytes count | 1.2 | | 0.6*6.4 | X10e9/L |
| Lymphocytes percent | 25.1 | | 10.0*50.0 | % |
| MCH | 35.3 | H | 25.8*31.8 | pg |
| MCHC | 35.7 | H | 32.0*34.0 | g/dl |
| MCV | 98.8 | | 81.8*98.8 | FL |
| Mono count | 0.5 | | 0.0*0.9 | X10e9/L |
| Monos percent | 9.8 | | 0.0*12.0 | % |
| MPV | 9.8 | | 7.4*10.4 | FL |
| Neut count | 3.1 | | 2.0*6.9 | X10e9/L |

Created on 9/19/2024                                    Page 2 of 3

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

| Component | 12/30/2014 12:40:00 | Reference | Units |
|---|---|---|---|
| Neut percent | 63.9 | 37.0*80.0 | % |
| Nucleated red blood cell count | 0.00 | 0.0*0.02 | X10e9/L |
| Nucleated red blood cell perecnt | 0.0 | 0.0*0.4 | % |
| Platelets | 174 | 147*409 | X10e9/L |
| Potassium serum | 4.1 | 3.6*5.0 | mmol/L |
| Protein level total serum | 7.2 | 6.4*8.2 | g/dl |
| RDW | 13.7 | 11.8*14.6 | % |
| Red blood cell | 3.44                          L | 3.94*5.66 | X10e12/L |
| Sodium level serum | 139 | 136*145 | mmol/L |
| WBC | 4.9 | 4.3*11.3 | X10e9/L |

### Flowsheet Comments

CBCC 12/30/2014 12:30:00 PM

CBCC Routine

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                   Fax (951)486-5270

**HEMATOLOGY**
URINALYSIS

| Test Name | 07/28/2015 11:25 | Reference Range | Units of Measure |
|---|---|---|---|
| Color | YELLOW | | |
| Clarity, Urine | CLEAR | | |
| Glucose, Urine | NEGATIVE | | mg/dl |
| Bilirubin, Urine | NEGATIVE | | |
| Ketone, Urine | NEGATIVE | | mg/dl |
| Blood, Urine | NEGATIVE | | |
| pH | 6.5 | | |
| Protein | NEGATIVE | | mg/dl |
| Urobilinogen | 0.2 | | EU/dL |
| Nitrite | NEGATIVE | | |
| Leukocyte Esterase | NEGATIVE | | |
| Specific Gravity | 1.015 | | |
| Microalbumin | 20 | | mg/l |

=1=

**Patient:  BARNHILL, HENRY**
MRN:  1516349
Visit ID: 69813335
Orgz: MDC
Birth Date: 06/09/1978
Patient Phone:(951)955-4400
Doctor: THOMAS, ZACHARY

Location:
Sex: M

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **07/29/2015 23:00**
Page 1 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                    Fax (951)486-5270

**Comments**
=1= =< 20 mg/L is considered Normal

BODY FLUIDS

| Test Name | 07/28/2015 11:25 | Reference Range | Units of Measure |
|---|---|---|---|
| Creatinine Urine Random | **304.8 H** | 30.0-250.0 | mg/dl |
| Sodium Urine Random | 72 | 40-220 | mmol/L |

=1=

**Comments**
=1= No Reference Ranges Available for Random Collections

Patient: BARNHILL, HENRY                        **RIVERSIDE COUNTY REG MED CNTR**
MRN: 1516349                                                   26520 CACTUS AVE
Visit ID: 69813335                                   MORENO VALLEY, CA 92555
Orgz: MDC                                                          951-486-4000
Birth Date: 06/09/1978              Location:      Arnold O. Tabuenca, MD, Medical Director
Patient Phone:(951)955-4400         Sex: M                          Final Report
Doctor: THOMAS, ZACHARY                                    Report For: MDC
                                                  Report as of **07/29/2015 23:00**
                                                                Page 2 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                                Fax (951)486-5270

**CHEMISTRY**
CHEMISTRY

| Test Name | 07/28/2015 11:25 | 07/28/2015 11:10 | Reference Range | Units of Measure |
|---|---|---|---|---|
| Sodium | | 141 | 136-145 | mmol/L |
| Potassium | | 4.2 | 3.6-5.0 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| CO2 | | 28 | 21-32 | mmol/L |
| Blood Urea Nitrogen | | 13 | 7-18 | mg/dl |
| Creatinine | | **1.4 H** | 0.6-1.3 | mg/dl |
| Glucose Random | | 93 | 74-106 | mg/dl |
| Calcium, Serum | | 9.5 | 8.5-10.1 | mg/dl |
| Anion Gap | | 8 | 5.0-14.0 | mmol/L |
| Total Protein Urine Random | **16.5 H** | | 0.0-11.9 | mg/dl |

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 69813335
Orgz: MDC
Birth Date: 06/09/1978
Patient Phone:(951)955-4400
Doctor: THOMAS, ZACHARY

Location:
Sex: M

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **07/29/2015 23:00**
Page 3 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                          Fax (951)486-5270

**REFERENCE LAB**
QUEST REFERENCE LAB

| Test Name | Collection Date: 07/28/2015 Collection Time: 11:10 |
|---|---|
| Fax Mail Out | FAXED |

Faxed on 7/28/2015 at 23:37 by E230335
Fax number:951-955-4479
FAXED TO RIVERSIDE COUNTY JAIL

**KEY:**
H:High

Patient: **BARNHILL, HENRY**                    **RIVERSIDE COUNTY REG MED CNTR**
MRN: 1516349                                        26520 CACTUS AVE
Visit ID: 69813335                               MORENO VALLEY, CA 92555
Orgz: MDC                                             951-486-4000
Birth Date: 06/09/1978          Location:     Arnold O. Tabuenca, MD, Medical Director
Patient Phone:(951)955-4400     Sex: M                          Final Report
Doctor: THOMAS, ZACHARY                                       Report For: MDC
                                              Report as of **07/29/2015 23:00**
                                                             Page 4 of 1

84

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| | |
|------|------|
| Account # | 69813335 |
| Description | Microalbumin |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Microalbumin

| Component | 07/28/2015 11:25:00 | | Reference | Units |
|-----------|--------------------|-----|-----------|-------|
| Microalbumin | 20 | (1) | | mg/l |

### Result Comments ()

1    =< 20 mg/L is considered Normal

### Flowsheet Comments

Microalbumin 07/28/2015 11:15:00 AM

Microalbumin Routine

Created on 9/19/2024

Page 1 of 1

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| Account # | 69813335 |
|-----------|----------|
| Description | Sodium level urine random |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Sodium level urine random

| Component | 07/28/2015 11:25:00 | | Reference | Units |
|-----------|---------------------|---|-----------|-------|
| Sodium level urine random | 72 | (1) | 40*220 | mmol/L |

### Result Comments ()

1    No Reference Ranges Available for Random Collections

### Flowsheet Comments

Sodium level urine random 07/28/2015 11:15:00 AM

Sodium level urine random Routine

Created on 9/19/2024

Page 1 of 1

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                    **Gender:**    Male

**MRN #:**        1516349                            **Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| | |
|------|------|
| Account # | 69813335 |
| Description | Protein level urine random |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Protein level urine random

| Component | 07/28/2015 11:25:00 | | Reference | Units |
|-----------|---------------------|---|-----------|-------|
| Protein level urine random | 16.5 | H | 0.0*11.9 | mg/dl |

### Flowsheet Comments

Protein level urine random 07/28/2015 11:15:00 AM

Protein level urine random Routine

Created on 9/19/2024                                          Page 1 of 1

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                    **Gender:**    Male

**MRN #:**    1516349                                **Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| Account # | 69813335 |
|-----------|----------|
| Description | Creatinine Cr urine |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Creatinine Cr urine

| Component | 07/28/2015 11:25:00 | | Reference | Units |
|-----------|---------------------|---|-----------|-------|
| Creatinine Cr urine | 304.8 | H | 30.0*250.0 | mg/dl |

### Flowsheet Comments

Creatinine Cr urine 07/28/2015 11:15:00 AM

Creatinine Cr urine Routine

Created on 9/19/2024                                      Page 1 of 1

88

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|---|---|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| Account # | 69813335 |
|---|---|
| Description | Urinalysis UA with microscopy |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Urinalysis UA with microscopy

| Component | 07/28/2015 11:25:00 | Reference | Units |
|---|---|---|---|
| Bilirubin urine | NEGATIVE | | |
| Blood urine | NEGATIVE | | |
| Clarity urine | CLEAR | | |
| Color | YELLOW | | |
| Glucose urine | NEGATIVE | | mg/dl |
| Ketones urine | NEGATIVE | | mg/dl |
| Leukocyte esterase | NEGATIVE | | |
| Nitrite | NEGATIVE | | |
| pH urine | 6.5 | | |
| Protein level urine | NEGATIVE | | mg/dl |
| Specific gravity urine | 1.015 | | |

Created on 9/19/2024

Page 1 of 2

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                    **Gender:**    Male

**MRN #:**          1516349                          **Birth Date:** 6/9/1978

| Component | 07/28/2015 11:25:00 | Reference | Units |
|-----------|---------------------|-----------|-------|
| Urobilinogen | 0.2 | | EU/dL |

### Flowsheet Comments

Urinalysis UA with microscopy 07/28/2015 11:15:00 AM

Urinalysis UA with microscopy Routine

Created on 9/19/2024                                              Page 2 of 2

90

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY    **Gender:** Male

**MRN #:** 1516349    **Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|---|---|
| Ordering | Zachary Simon Thomas, MD |
| Signing | CRodge |

### Order Information

| | |
|---|---|
| Account # | 69813335 |
| Description | Basic metabolic panel |
| Gender | Male |
| Ordered By | Zachary Simon Thomas, MD |
| Ordered On | 07/28/2015 11:15 AM |
| Priority | Routine |
| Signed By | CRodge |
| Status Code | Complete |

### Basic metabolic panel

| Component | 07/28/2015 11:10:00 | | Reference | Units |
|---|---|---|---|---|
| AGAP | 8 | | 5.0*14.0 | mmol/L |
| Blood urea nitrogen | 13 | | 7*18 | mg/dl |
| Calcium level serum total | 9.5 | | 8.5*10.1 | mg/dl |
| Chloride serum | 105 | | 98*107 | mmol/L |
| CO2 | 28 | | 21*32 | mmol/L |
| Creatinine cr serum | 1.4 | H | 0.6*1.3 | mg/dl |
| Glucose serum random | 93 | | 74*106 | mg/dl |
| Potassium serum | 4.2 | | 3.6*5.0 | mmol/L |
| Sodium level serum | 141 | | 136*145 | mmol/L |

Created on 9/19/2024

| Lab Flowsheet |
|---|

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

### Flowsheet Comments

Basic metabolic panel 07/28/2015 11:15:00 AM

Basic metabolic panel Routine

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY      **Gender:**   Male

**MRN #:**     1516349        **Birth Date:** 6/9/1978

### Order Information

| Account # | 69813335 |
|---|---|
| Description | Results-Hematology |
| Gender | Male |
| Ordered On | 07/28/2015 11:10 AM |

### Results

| Component | 07/28/2015 11:10:00 | | Reference | Units |
|---|---|---|---|---|
| FAX Mail Out | FAXED | (1) | | |

### Result Comments ()

1      FAXED TO RIVERSIDE COUNTY JAIL
       Faxed on 7/28/2015 at 23:37 by E230335
       Fax number

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                                Fax (951)486-5270

## HEMATOLOGY
HEMATOLOGY

| Test Name | 12/30/2014 12:40 | Reference Range | Units of Measure |
|---|---|---|---|
| WBC | 4.9 | 4.3-11.3 | X10e9/L |
| Neutrophil % | 63.9 | 37.0-80.0 | % |
| Lymphocytes % | 25.1 | 10.0-50.0 | % |
| Monocytes% | 9.8 | 0.0-12.0 | % |
| Eosinophils % | 0.5 | 0.0-7.0 | % |
| Basophils % | 0.7 | 0.0-2.5 | % |
| NRBC% | 0.0 | 0.0-0.4 | % |
| Neutrophils | 3.1 | 2.0-6.9 | X10e9/L |
| Lymphocytes | 1.2 | 0.6-6.4 | X10e9/L |
| Monocytes | 0.5 | 0.0-0.9 | X10e9/L |
| Eosinophils | 0.0 | 0.0-0.7 | X10e9/L |
| Basophils | 0.0 | 0.0-0.7 | X10e9/L |
| NURBC | 0.00 | 0.0-0.02 | X10e9/L |
| RBC Count | **3.44 L** | 3.94-5.66 | X10e12/L |

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC                          Location:
Birth Date: 06/09/1978            Sex: M
Patient Phone:(951)955-4400
Doctor: PATEL, YOGESH

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 1 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                                                    Fax (951)486-5270

| | | |
|---|---|---|
| HGB | **12.1 L** | 13.0-16.5 g/dl |
| HCT | **34.0 L** | 36.4-50.2 % |
| Mean Corpuscular Volume | 98.8 | 81.8-98.8 FL |
| MCH | **35.3 H** | 25.8-31.8 pg |
| MCHC | **35.7 H** | 32.0-34.0 g/dl |
| RDW | 13.7 | 11.8-14.6 % |
| PLT | 174 | 147-409    X10e9/L |
| MPV | 9.8 | 7.4-10.4   FL |

**Patient:  BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC                              Location:
Birth Date: 06/09/1978              Sex: M
Patient Phone:(951)955-4400
Doctor: PATEL, YOGESH

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 2 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                        Fax (951)486-5270

**CHEMISTRY**
CHEMISTRY

| Test Name | 12/30/2014 12:40 | Reference Range | Units of Measure |
|---|---|---|---|
| Sodium | 139 | 136-145 | mmol/L |
| Potassium | 4.1 | 3.6-5.0 | mmol/L |
| Chloride | 104 | 98-107 | mmol/L |
| CO2 | 28 | 21-32 | mmol/L |
| Blood Urea Nitrogen | 13 | 7-18 | mg/dl |
| Creatinine | **1.4 H** | 0.6-1.3 | mg/dl |
| Glucose Random | 89 | 74-106 | mg/dl |
| Calcium, Serum | 9.3 | 8.5-10.1 | mg/dl |
| Albumin | 4.5 | 3.4-5.0 | g/dl |
| Total Protein | 7.2 | 6.4-8.2 | g/dl |
| Globulin | 2.7 | 1.4-4.8 | g/dl |
| Alk Phos Total | 58 | 45-117 | U/L |
| Aspartate Aminotrans | 27 | 15-37 | U/L |
| Alanine Aminotransferase | 35 | 12-78 | U/L |

Patient: **BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC
Birth Date: 06/09/1978                  Location:
Patient Phone:(951)955-4400             Sex: M
Doctor: PATEL, YOGESH

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 3 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300                                                Fax (951)486-5270

| | | | |
|---|---|---|---|
| Anion Gap | 7 | 5.0-14.0 | mmol/L |
| A/G Ratio | 1.7 | 1.2-2.2 | |
| Bilirubin Total | 0.6 | 0.2-1.0 | mg/dl |

**Patient: BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC                         Location:
Birth Date: 06/09/1978           Sex: M
Patient Phone:(951)955-4400
Doctor: PATEL, YOGESH

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 4 of 1

DEPARTMENT OF CLINICAL LABORATORY
AND ANATOMIC PATHOLOGY
John W. Koett, MD, PhD, Chairman
Moogil Choe, MD, Vice Chairman
Gary R. Strickland, MD, Staff
Ronaldo D. Gnass, MD, Staff

Phone (951)486-5300

Fax (951)486-5270

**REFERENCE LAB**
QUEST REFERENCE LAB

| Test Name | Collection Date: 12/30/2014<br>Collection Time: 12:40 |
|---|---|
| Fax Mail Out | FAXED |

Faxed on 12/31/2014 at 00:07 by E97239
Fax number:12/30 FAXED AT 2300 TO 951 955 4479

**KEY:**
H:High          L:Low

---

Patient: **BARNHILL, HENRY**
MRN: 1516349
Visit ID: 68336320
Orgz: MDC
Birth Date: 06/09/1978          Location:
Patient Phone:(951)955-4400          Sex: M
Doctor: PATEL, YOGESH

**RIVERSIDE COUNTY REG MED CNTR**
26520 CACTUS AVE
MORENO VALLEY, CA 92555
951-486-4000
Arnold O. Tabuenca, MD, Medical Director
Final Report
Report For: MDC
Report as of **12/31/2014 23:01**
Page 5 of 1

98

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                    **Gender:**   Male

**MRN #:**        1516349                            **Birth Date:** 6/9/1978

### Order Information

| Account # | 68336320 |
|---|---|
| Description | Results-Hematology |
| Gender | Male |
| Ordered On | 12/30/2014 12:40 PM |

### Results

| Component | 12/30/2014 12:40:00 | Reference | Units |
|---|---|---|---|
| FAX Mail Out | FAXED                                    (1) | | |

### Result Comments ()

1    Faxed on 12/31/2014 at 00:07 by E97239
     Fax number:12/30 FAXED AT 2300 TO 951 955

Created on 9/19/2024                                              Page 1 of 1

99

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY

**MRN #:** 1516349

**Gender:** Male

**Birth Date:** 6/9/1978

### Provider Information

| Role | Name |
|------|------|
| Ordering | Yogesh M Patel, MD |
| Signing | TPAT |

### Order Information

| | |
|------|------|
| Account # | 68336320 |
| Description | CBCC |
| Gender | Male |
| Ordered By | Yogesh M Patel, MD |
| Ordered On | 12/30/2014 12:30 PM |
| Priority | Routine |
| Signed By | TPAT |
| Status Code | Complete |

### CBCC

| Component | 12/30/2014 12:40:00 | Reference | Units |
|-----------|---------------------|-----------|-------|
| AGAP | 7 | 5.0*14.0 | mmol/L |
| Alanine aminotransferase ALT | 35 | 12*78 | U/L |
| Albumin globulin ratio | 1.7 | 1.2*2.2 | |
| Albumin level serum | 4.5 | 3.4*5.0 | g/dl |
| Alkaline phosphatase total | 58 | 45*117 | U/L |
| Aspartate aminotransferase AST | 27 | 15*37 | U/L |
| Basophils count | 0.0 | 0.0*0.7 | X10e9/L |

Created on 9/19/2024

Page 1 of 3

100

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY          **Gender:**  Male

**MRN #:**  1516349                        **Birth Date:** 6/9/1978

| Component | 12/30/2014 12:40:00 | | Reference | Units |
|---|---|---|---|---|
| Basophils percent | 0.7 | | 0.0*2.5 | % |
| Bilirubin total | 0.6 | | 0.2*1.0 | mg/dl |
| Blood urea nitrogen | 13 | | 7*18 | mg/dl |
| Calcium level serum total | 9.3 | | 8.5*10.1 | mg/dl |
| Chloride serum | 104 | | 98*107 | mmol/L |
| CO2 | 28 | | 21*32 | mmol/L |
| Creatinine cr serum | 1.4 | H | 0.6*1.3 | mg/dl |
| Eosinophil count | 0.0 | | 0.0*0.7 | X10e9/L |
| Eosinophil percent | 0.5 | | 0.0*7.0 | % |
| Globulin | 2.7 | | 1.4*4.8 | g/dl |
| Glucose serum random | 89 | | 74*106 | mg/dl |
| Hematocrit Hct | 34.0 | L | 36.4*50.2 | % |
| Hemoglobin Hb | 12.1 | L | 13.0*16.5 | g/dl |
| Lymphocytes count | 1.2 | | 0.6*6.4 | X10e9/L |
| Lymphocytes percent | 25.1 | | 10.0*50.0 | % |
| MCH | 35.3 | H | 25.8*31.8 | pg |
| MCHC | 35.7 | H | 32.0*34.0 | g/dl |
| MCV | 98.8 | | 81.8*98.8 | FL |
| Mono count | 0.5 | | 0.0*0.9 | X10e9/L |
| Monos percent | 9.8 | | 0.0*12.0 | % |
| MPV | 9.8 | | 7.4*10.4 | FL |
| Neut count | 3.1 | | 2.0*6.9 | X10e9/L |

Created on 9/19/2024                                    Page 2 of 3

## Lab Flowsheet

**Patient Name:** BARNHILL, HENRY                **Gender:**    Male

**MRN #:**        1516349                         **Birth Date:** 6/9/1978

| Component | 12/30/2014 12:40:00 | Reference | Units |
|-----------|---------------------|-----------|-------|
| Neut percent | 63.9 | 37.0*80.0 | % |
| Nucleated red blood cell count | 0.00 | 0.0*0.02 | X10e9/L |
| Nucleated red blood cell perecnt | 0.0 | 0.0*0.4 | % |
| Platelets | 174 | 147*409 | X10e9/L |
| Potassium serum | 4.1 | 3.6*5.0 | mmol/L |
| Protein level total serum | 7.2 | 6.4*8.2 | g/dl |
| RDW | 13.7 | 11.8*14.6 | % |
| Red blood cell | 3.44                    L | 3.94*5.66 | X10e12/L |
| Sodium level serum | 139 | 136*145 | mmol/L |
| WBC | 4.9 | 4.3*11.3 | X10e9/L |

**Flowsheet Comments**

CBCC 12/30/2014 12:30:00 PM
CBCC Routine

# Riverside University Health System

## Provider Order Summary

| | | |
|---|---|---|
| **MPI** | 1516349 | **Birth Date** 6/9/1978 |
| **Name** | BARNHILL, HENRY | **Gender** Male |

### Order Information

| Order # | Ordered | Status | Description | Comments |
|---|---|---|---|---|
| 4476625 | 10/5/2015 2:24 PM By 083287 | Complete | RA spine lumbosacral minimum 4 views | RA spine lumbosacral minimum 4 views Stat Contact: RMS |
| 3907169 | 7/28/2015 11:15 AM By Zachary Simon Thomas, MD | Complete | Creatinine Cr urine | Creatinine Cr urine Routine |
| 3907171 | 7/28/2015 11:15 AM By Zachary Simon Thomas, MD | Complete | Sodium level urine random | Sodium level urine random Routine |
| 3907168 | 7/28/2015 11:15 AM By Zachary Simon Thomas, MD | Complete | Urinalysis UA with microscopy | Urinalysis UA with microscopy Routine |
| 3907167 | 7/28/2015 11:15 AM By Zachary Simon Thomas, MD | Complete | Microalbumin | Microalbumin Routine |
| 3907166 | 7/28/2015 11:15 AM By Zachary Simon Thomas, MD | Complete | Basic metabolic panel | Basic metabolic panel Routine |
| 3907170 | 7/28/2015 11:15 AM By Zachary Simon Thomas, MD | Complete | Protein level urine random | Protein level urine random Routine |
| 3421792 | 5/27/2015 9:06 AM By 083287 | Complete | RA spine lumbosacral 2 or 3 views | RA spine lumbosacral 2 or 3 views Contact: RMS |
| 2922627 | 3/26/2015 9:02 AM By Paul TH Huynh, DO | Complete | US retroperitoneal complete | US retroperitoneal complete Contact: RMS |
| 2405720 | 1/21/2015 8:53 AM By Victor Laus, MD | Complete | US retroperitoneal complete | US retroperitoneal complete Contact: RMS |
| | 12/30/2014 12:30 PM | | | |

# Riverside University Health System

## Provider Order Summary

| MPI | 1516349 | | Birth Date | 6/9/1978 |
| Name | BARNHILL, HENRY | | Gender | Male |

| 2227746 | By Yogesh M Patel, MD | Complete | CBCC | CBCC Routine |

eConsultation Summary Single Sign PAUL HUYNH, M.D., 12/30/2014

Riverside County Regional Medical Center
26520 Cactus Ave
Moreno Valley, CA 92555

Patient Name: HENRY BARNHILL
DOB: 06/09/1978
Admit Date: 12/30/2014

MRN: 1516349
Enc No: 68336320
Discharge Date:

CONSULTATION
RENAL

DATE OF CONSULTATION:
12/30/2014

REFERRED BY:


DICTATED BY:
MOMINA RAZAQ, M.D.

HISTORY OF PRESENT ILLNESS:
This is a 37-year-old male with history of nephrolithiasis and a hole
in his ventricle here for referral for chronic kidney disease. Per
patient, he has been told that he has elevated creatinine since 2008,
but nothing has been done about it. He also complains of some
left-sided flank pain, which has been going on for the past year. He
describes it as sharp, pressure, constant, radiating from the back to
the groin region, intermittently worse. He denies any nausea,
vomiting, hematuria, lower extremity swelling, nocturia, hesitancy, or
dysuria.

PAST MEDICAL HISTORY:

   1.  Hole in ventricle; he was told that it had decreased in size and
had not required any surgery.
2. Anemia.
3. Nephrolithiasis, one episode in 2008.

PAST SURGICAL HISTORY:
None.

SOCIAL HISTORY:
No smoking, no alcohol, and no drug history.

FAMILY HISTORY:
Mom has anemia and osteoporosis. The patient denies any family
history of kidney problems or any family members on dialysis.

ALLERGIES:

Page 1 of 3

eConsultation Summary Single Sign PAUL HUYNH, D.O. 01/49/2634

Riverside County Regional Medical Center
26520 Cactus Ave
Moreno Valley, CA 92555

Patient Name: HENRY BARNHILL            MRN: 1516349
DOB: 06/09/1978                          Enc No: 68336320
Admit Date: 12/30/2014                   Discharge Date:

No known drug allergies.

**PHYSICAL EXAMINATION:**
General:  The patient was alert and oriented in no distress.

Cardiovascular: Regular rate and rhythm.  No murmurs, rubs, or gallops.

Lungs:  Clear to auscultation bilaterally.  No crackles or wheezes.

Abdomen: Positive bowel sounds.  Soft, nontender, and nondistended.

Extremities: 2+ pulses bilaterally.  No peripheral edema was noted.

Neurologic:  Cranial nerves II through XII grossly intact.

**LABORATORY DATA:**
The patient did not accompany with any outside labs.  No lab data could be obtained from our computers or from Quest.

**IMPRESSION/PLANS:**

1.   History of elevated creatinine.  No accompanying labs to confirm, evaluate, or treat.  Clinically the patient is symptomatic.  No lower extremity swelling.  No shortness of breath.
   a. Will obtain labs today, CBC and CMP.
   b. The patient will need a renal ultrasound.
   c. The patient will need 24-hour urine creatinine clearance and 24-hour urine total protein.
   d. It is recommended that the patient avoid nephrotoxic drugs like nonsteroidal antiinflammatory medications and IV contrast.

2. Hypertension, undiagnosed.
   a. At this time we will continue to monitor and obtain further workup before proceeding with treatment.

3. History of nephrolithiasis.
   a. Recommend oral hydration, low sodium and moderate protein diet.
   b. Recommend follow-up in 1 month with the above studies done.

Page 2 of 3

eConsultation Summary Single Sign PAUL HUYNH, D.O.; 12/30/2014

Riverside County Regional Medical Center
26520 Cactus Ave
Moreno Valley, CA 92555

Patient Name: HENRY BARNHILL

MRN: 1516349

DOB: 06/09/1978

Enc No: 68336320

Admit Date: 12/30/2014

Discharge Date:

Attending Staff Physician: PAUL HUYNH, D.O.

MR:jnc
D: 12/30/2014 12:17:31
T: 12/30/2014 14:03:49
Job Number: 886376

**Electronically Signed By HUYNH, PAUL T. DO on 27-Feb-2015 11:59:41 -08:00**

Page 3 of 3



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/4/2022

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
**26520 Cactus Ave**
**Moreno Valley, CA 92555**
**EIN#: 95-6000930**
**Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840**

**Barnhill, Henry Michael**

| | | |
|---|---|---|
| Patient ID: | **7637901** | |
| Hosp Acct ID: | | Fin. Class: | **No info available** |
| Private? | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | | Service: | |
| Adm Source: | | Adm Type: | |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | | Encounter Number: | **151251402** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

There is no guarantor information entered for this encounter.

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified\*** | **None** | **No address on file** |
| Ref: **No ref. provider found** | **N/A** | |

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service: 5/4/2022

---

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/4/2022 11:28 AM | Calaguas, Shannon Olivia, MD | RUH ENT CLINIC | 151251402 |

## Visit Summary

### Diagnoses

Comments

**Closed fracture of right orbital floor with delayed healing, subsequent encounter**
- Primary

---

**Problem List** as of 5/4/2022      **Not Reviewed in this Encounter**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

    Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
    Added automatically from request for surgery 1125174

Review status set to Review Complete by
Jimenez, Ilse, MA on 5/3/2022

**Allergies as of 5/4/2022**

  No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
|   Given By: | | | Deferral: No Longer Needed | |

## Patient History

**Medical as of 5/4/2022**

  Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

**Surgical as of 5/4/2022**

  None

**Family as of 5/4/2022**

  None

**Family Status as of 5/4/2022**

  None

**Tobacco Use as of 5/4/2022**

Generated on 9/19/24 11:48 AM      Page 2



CareConnect Partners

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/4/2022

## Visit Summary (continued)

### Tobacco Use as of 5/4/2022 (continued)

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | — | — |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | — | | |
| Source | | | | |
| Provider | | | | |

### Alcohol Use as of 5/4/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Drug Use as of 5/4/2022

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 5/4/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Activities of Daily Living as of 5/4/2022

None

### Occupational as of 5/4/2022

None

### Socioeconomic as of 5/4/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

**Prior to Admission medications have not yet been reviewed for this encounter**

## Telephone Encounter

### Call Information

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/4/2022

## Telephone Encounter (continued)

### Call Information (continued)

| | Provider | Department | Center |
|---|---|---|---|
| 5/4/2022 11:28 AM | Calaguas, Shannon Olivia, MD | RUH ENT CLINIC | |

### Care Advice Given

No Care Advice given for this encounter.

### All Orders

**Echocardiogram [348380944]**

Electronically signed by: **Calaguas, Shannon Olivia, MD on 05/04/22 1129**       Status: **Expired**
Ordering user: Calaguas, Shannon Olivia, MD 05/04/22       Ordering provider: Calaguas, Shannon Olivia, MD
1129
Authorized by: Yalamanchili, Ronica Rajesh, MD
Frequency:  05/04/22 -
Diagnoses
Closed fracture of right orbital floor with delayed healing, subsequent encounter [S02.31XG]
Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | Preop. H/o congenital cardiac defect |

### All Results

No results found

### Collection Information

### Notes

### Encounter Notes

No notes of this type exist for this encounter.

## ORDERS PLACED OR RELEASED THIS ENCOUNTER

Echocardiogram [CAR022 Custom]  Order #:  348380944

**Children of Order # 348380944**

Order #:  348380945  (Sent)

### Echocardiogram Active                                      Order: 348380945

Status: **Active**

Result Care Coordination



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service: 5/4/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

**Echocardiogram (continued)** Active                              Order: 348380945

    📞 Patient Communication

    ☑ Not Released                               ✖ Not seen

---

### Health Maintenance

|  | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |

---

### Orders Placed This Encounter

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|
| **Echocardiogram [CAR022 Custom]** | 5/4/2022 | 5/4/2023 |

---

## END OF REPORT

---

**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
**26520 Cactus Ave**
**Moreno Valley, CA 92555**
**EIN#: 95-6000930**
**Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840**

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002308598** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Emergency** | Service: | **Emergency - adult** |
| Adm Source: | **Jail, prison, court, or *** | Adm Type: | **Emergency** |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | **RUH EMERGENCY DEPT** | Room/Bed: | **S03/S-03** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | **4/29/2022** | Disch Time: | **2115** |
| Disch Disp: | **01 - Home, Self Care, CP*** | Encounter Number: | **151104710** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| **104899992 - BARNHILL,HE*** | **000-000-0000** | | **Self** | **P/F** |
| **354 GARDENIA, HEMET, CA 92543** | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| **RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT*** | **BARNHILL,HENRY M*** | **Self** | **202216744** | **00** |
| **PO BOX 9610** | | | | |

---

CareConnect Partners



**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## PROVIDER INFORMATION

|  | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **No ref. provider found** | **N/A** |  |

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## Encounter Information

| | Department | Encounter # |
|---|---|---|
| 4/29/2022 12:11 PM | RUH EMERGENCY DEPT | 151104710 |

## Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | 04/29/2022 1154 | Admit Date/Time: 04/29/2022 1211 | IP Adm. Date/Time: |
| Admission Type: | Emergency | Point of Origin: Jail, Prison, Court, Or Law Enforcement | Admit Category: |
| Means of Arrival: | Ambulance - Amr | Primary Service: Emergency - Adult | Secondary Service: N/A |
| Transfer Source: | | Service Area: RUH SERVICE AREA | Unit: RUH Emergency Department |
| Admit Provider: | | Attending Provider: Loe, Stephanie Anne, MD | Referring Provider: |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 04/29/2022 2115 | 01 - Home, Self Care, Cps, Foster Care, Group Home | None | None | RUH Emergency Department |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S01.302A [Principal] | Unspecified open wound of left ear, initial encounter | | | | |
| S02.30XA | Fracture of orbital floor, unspecified side, initial encounter for closed fracture | | | | |
| S06.0X0A | Concussion without loss of consciousness, initial encounter | | | | |
| J45.909 | Unspecified asthma, uncomplicated | | | | |
| R01.1 | Cardiac murmur, unspecified | | | | |

## Events

**ED Arrival at 4/29/2022 1154**

| Unit: RUH Emergency Department | | |
|---|---|---|

**Admission at 4/29/2022 1211**

| Unit: RUH Emergency Department Patient class: Emergency | Room: S01 Service: Emergency - Adult | Bed: S-01 |
|---|---|---|

**ED Roomed at 4/29/2022 1211**

| Unit: RUH Emergency Department Patient class: Emergency | Room: S01 Service: Emergency - Adult | Bed: S-01 |
|---|---|---|

**Transfer In at 4/29/2022 1842**

| Unit: RUH Emergency Department Patient class: Emergency | Room: S03 Service: Emergency - Adult | Bed: S-03 |
|---|---|---|

**ED Transfer at 4/29/2022 1842**

| Unit: RUH Emergency Department Patient class: Emergency | Room: S03 Service: Emergency - Adult | Bed: S-03 |
|---|---|---|

Generated on 9/19/24 11:48 AM

Page 3

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## Events (continued)

Discharge at 4/29/2022 2115

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: S03 | Bed: S-03 |
| Patient class: Emergency | Service: Emergency - Adult | |

Discharge at 4/29/2022 2115

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: S03 | Bed: S-03 |
| Patient class: Emergency | Service: Emergency - Adult | |

Review status set to Review Complete by
Saucedo, Juan Miguel, RN on 4/29/2022

## Allergies as of 4/29/2022

No Known Allergies

## Immunizations

| Name | Date |
|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 |
| Deferral: No Longer Needed | |

## Medical as of 4/29/2022

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

## Problem List

| | Noted | Resolved |
|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC) [S02.30XB]** | 5/3/2022 by Calaguas, Shannon Olivia, MD | No |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

# ED RECORDS

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 4/29/2022 11:54 | 3 - Urgent / Urgent mental health response |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Ambulance - AMR | Care Provider | Emergency - Adult | Emergency |

Arrival complaint
Ear pain

## ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | Henry Barnhill discharge to home/self care. |

## ED Provider Notes

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/30/22 2146**

| | | |
|---|---|---|
| Author: Loe, Stephanie Anne, MD | Service: Emergency - Adult | Author Type: Physician |
| Filed: 04/30/22 2146 | Date of Service: 04/29/22 2115 | Status: Signed |

Editor: Loe, Stephanie Anne, MD (Physician)
Related Notes: Original Note by Andrew, Nicholas, MD (Physician) filed at 04/30/22 0045

**ADDENDUM NOTE**

Accepted patient from resident/mid-level provider: Dr. Batavia

Care for this patient was transferred to me at sign out. Please see the notes from previous provider for the full history, physical exam, and management prior to sign out.

Brief history: 43M orbital blow out fx, ear lac repaired by ENT

Signed out pending: Ophtho clearance for outpatient ENT surgery

Prior ED note, labs, and imaging reviewed.

Course in the ED under my care:

Vital signs reviewed: BP 128/81 | Pulse (!) 89 | Temp 98.8 °F (37.1 °C) | Resp 18 | Ht 1.83 m (6' 0.05") | Wt 100 kg (220 lb 7.4 oz) | SpO2 100% | BMI 29.86 kg/m²

**ORDERS:**
**Orders Placed This Encounter**
Procedures
- Insert PIV
- Nursing Communication
- ENT Consult
- Ophthalmology Consult
- CT Outside Films On File
- CT Outside Films On File

**MEDICATIONS GIVEN:**
Medications
morphine 4 mg/mL injection 4 mg 1 mL (4 mg
Intravenous Given 4/29/22 1241)
ampicillin-sulbactam (UNASYN) 3 g in sodium
chloride 0.9% (NS) 100 mL infusion (3 g
Intravenous Given 4/29/22 1436)
lidocaine-EPINEPHrine (XYLOCAINE WITH
EPINEPHrine) 1 %-1:100,000 injection 100 mg (100
mg Intradermal Given 4/29/22 1706)

**DIAGNOSTIC TEST RESULTS:**
No results found for this or any previous visit.

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/30/22 2146 (continued)**

---

No results found.

ED interpretation: I personally reviewed the above diagnostics and they show orbital fracture

**PENDING TESTS:** None

**CONSULTATIONS:**
IP CONSULT TO ENT
IP CONSULT TO OPHTHALMOLOGY

**RE-ASSESSMENT:** See ED course below for details.

**ED Course** as of 04/30/22 0043
**Fri Apr 29, 2022**
1733    Signed out to me pending ophtho recs for
        globe clearance for operative repair. Fight, R
        blowout fx, got unasyn. Ear lac repaired. ENT
        onboard.  [NA]

**ED Course User Index**
[NA] Andrew, Nicholas, MD

**IMPRESSION:**

|   |   | ICD-10-CM |
|---|---|---|
| **1.** | **Ear avulsion, left, initial encounter** | **S01.302A** |
| 2. | Closed blow out fracture of orbit, initial encounter (HCC) | S02.30XA |
| 3. | Concussion without loss of consciousness, initial encounter | S06.0X0A |
| 4. | Contusion of head, unspecified part of head, initial encounter | S00.93XA |

**PLAN:**

- Ophtho made aware of patient
- Plan for eye clinic follow-up on Monday with optho for orbital clearance; return to ED if unable
- Outpatient ENT surgery
- Discharge on augmentin
- Close outpatient follow-up
- Return precautions

**DISPOSITION:** Discharge home with continued outpatient follow up

**CONDITION:** Stable

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/30/22 2146 (continued)**

**PRESCRIPTIONS:**
There are no discharge medications for this patient.

Andrew, Nicholas, MD
Resident
04/30/22 0045

**Attending attestation:**

I performed the key portions of the history and physical examination of the patient and discussed the management with the resident physician/physician assistant. I reviewed and edited the resident physician/PA fellow's note and agree with the documented findings and plan of care.

Stephanie Anne Loe, MD
4/30/2022 9:46 PM

Loe, Stephanie Anne, MD
04/30/22 2146

Electronically signed by Andrew, Nicholas, MD at 04/30/22 0045
Electronically signed by Loe, Stephanie Anne, MD at 04/30/22 2146

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033**

| | | |
|---|---|---|
| Author: Loe, Stephanie Anne, MD | Service: **Emergency - Adult** | Author Type: **Physician** |
| Filed: 04/29/22 2033 | Date of Service: **04/29/22 1211** | Status: **Signed** |
| Editor: Loe, Stephanie Anne, MD (Physician) | | |
| Related Notes: Original Note by Batavia, Neev, MD (Resident) filed at 04/29/22 2008 | | |

### RIVERSIDE UNIVERSITY HEALTH SYSTEM (RUHS)
### EMERGENCY DEPARTMENT

Patient discussed and plan formulated with attending, Dr. Stephanie Loe

**Patient Identification and History**

**Chief Complaint**
Patient presents with
• Ear Pain

**HENRY BARNHILL**

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

**MRN:** 7637901
**DOB:** 6/9/1978

History obtained from Patient in English.

Henry Barnhill is a 43 y.o. male with h/o asthma, brought in by ambulance to RUH ED with c/o L ear pain. Transfer from Hemet. Got into altercation with police, injuries notable for avulsion of left ear and blowout fx of right eye. Sent for HLOC. Patient denies LOC or other traumatic injuries. Pain is sharp, constant, worse with palpation.

*All of the patient's medical, surgical, family, and social histories were reviewed and are accurate below.*

**Past Medical History:**
Diagnosis                                                    Date
- Asthma
- Heart murmur

History reviewed. No pertinent surgical history.

No family history on file.

**Social History**

Tobacco Use
- Smoking status:              Never Smoker
- Smokeless tobacco:          Never Used
Substance Use Topics
- Drug use:                   Never

No current facility-administered medications on file prior to encounter.

No current outpatient medications on file prior to encounter.

No Known Allergies

**Review of Systems**

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for ear pain. Negative for rhinorrhea and sinus pain.
Eyes: Positive for pain and redness.
Respiratory: Negative for cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## ED Provider Notes (continued)

### ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)

Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Endocrine: Negative for cold intolerance and heat intolerance.
Genitourinary: Negative for flank pain and hematuria.
Musculoskeletal: Negative for arthralgias and back pain.
Skin: Negative for color change and rash.
Neurological: Positive for headaches. Negative for light-headedness.

## Physical Exam

There were no vitals filed for this visit.

**Physical Exam**
Constitutional:
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic and atraumatic.
  Comments: **Large parieto-occipital hematoma present**
  Ears:
  Comments: **See picture**
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  General:
  Right eye: No discharge.
  Left eye: No discharge.
  Conjunctiva/sclera: Conjunctivae normal.
  Comments: **Periorbital swelling of right eye. EOM grossly intact. PERRL.**
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: No murmur heard.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No stridor. No wheezing or rhonchi.
Abdominal:
  General: Abdomen is flat. There is no distension.
  Palpations: Abdomen is soft. There is no mass.
  Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
  Hernia: No hernia is present.
Musculoskeletal:
  General: No deformity. Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.

---

Generated on 9/19/24 11:48 AM

Page 9



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.





**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## ED Provider Notes (continued)
ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)





CareConnect Partners

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## ED Provider Notes (continued)

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**



## Procedure Documentation
Procedures

## Medical Decision Making

**OXYGEN SATURATION REVIEWED:**
Pulse ox:   on room air - normal

**ORDERS:**
**Orders Placed This Encounter**
Procedures
- Insert PIV
- Nursing Communication
- ENT Consult
- Ophthalmology Consult
- CT Outside Films On File
- CT Outside Films On File

---

Generated on 9/19/24 11:48 AM


**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

---

**MEDICATIONS AND/OR FLUIDS GIVEN IN ED:**
Medications
morphine 4 mg/mL injection 4 mg 1 mL (4 mg
Intravenous Given 4/29/22 1241)
ampicillin-sulbactam (UNASYN) 3 g in sodium
chloride 0.9% (NS) 100 mL infusion (3 g
Intravenous Given 4/29/22 1436)
lidocaine-EPINEPHrine (XYLOCAINE WITH
EPINEPHrine) 1 %-1:100,000 injection 100 mg (100
mg Intradermal Given 4/29/22 1706)

**DIAGNOSTIC TEST RESULTS:**
No results found for this or any previous visit.

**IMAGING:**
No results found.

**Refer to ED course** for ED imaging and ECG interpretation. *Note: Some medications, labs, or imaging in this list may have been ordered by a consulting and/or admitting service. Any radiographs interpreted within this note were those ordered by the Emergency Department physicians or providers. Any additional labs or radiographs noted in the orders are interpreted by the consulting service(s).*

**ED INTERPRETATION:** I personally viewed the above diagnostics, and they showed: findings concerning for blowout fx right eye.

**CONSULTS:**
IP CONSULT TO ENT
IP CONSULT TO OPHTHALMOLOGY

**RE-ASSESSMENT:** See ED course for further details. Patient remained without acute distress and hemodynamically stable, with no acute events during ED stay.

**ED COURSE:**
**ED Course** as of 04/29/22 2008
**Fri Apr 29, 2022**
1733     Signed out to me pending ophtho recs for
         globe clearance for operative repair. Fight, R
         blowout fx, got unasyn. Ear lac repaired. ENT
         onboard.  [NA]

**ED Course User Index**
[NA] Andrew, Nicholas, MD

---



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

---

### Medical Decision Making and Impression

**MEDICAL DECISION MAKING:**
I have reviewed all the available lab data, EKGs, rhythm strips and radiologic images from this visit to the Emergency Department. When possible I compared this information data set with accessible data from prior visits. The remaining comments will be highlights of this review.

An extensive differential diagnosis was considered. Rather than list the full complement of potential causes of the patients symptoms and signs today, the following MDM is intended to give a general overview of some of the evaluation and thought process used to develop the diagnostic and treatment plan.

**DIFFERENTIAL DIAGNOSIS:**
**Suspect:** blowout fracture, ear avulsion, concussion
**Doubt:** sepsis, life threatening traumatic injuries, hemorrhagic shock, globe rupture, ICH/SDH

**OTHER DOCUMENTATION REVIEWED:** none

**IMPRESSION:**

|   |   | ICD-10-CM |
|---|---|---|
| 1. | Ear avulsion, left, initial encounter | **S01.302A** |
| 2. | Closed blow out fracture of orbit, initial encounter (HCC) | S02.30XA |
| 3. | Concussion without loss of consciousness, initial encounter | S06.0X0A |

### Plan and Disposition

**PLAN:**
Counseled patient regarding diagnosis, diagnostic results, and treatment plan. Henry Barnhill indicated understanding of instructions. Will continue to monitor patient while patient is in the Emergency Department

**DISPOSITION:** Signed out to oncoming provider pending specialist recommendations/plan

**CONDITION:** stable

**PRESCRIPTIONS:**
**Patient's Medications**
No medications on file

Attending: Stephanie Loe
Date: 4/29/2022
Time: 12:11 PM

---



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

---

**Scribe Attestation:**
Scribed for Dr. Batavia, Neev, MD by Alyssa Bruns

I have reviewed the documentation scribed for me.

The chief complaint (CC) and history of present illness (HPI) were personally obtained by me. I personally performed the physical exam (PE) and directed the documentation and generation of the medical decision making (MDM), diagnoses (Dx) disposition and discharge instructions. When not documented by me personally, the CC, HPI, PE, MDM, Dx, disposition and discharge instructions were dictated by me to the scribe. Portions of the review of system (ROS), past medical, family, and social histories (PMFSH) may have been independently obtained by the scribe but have been reviewed by me for accuracy. I have specifically noted positive responses that are documented in the ROS.

The note is accurate. When necessary, amendments to the medical record have been made by me.

4/29/2022
12:11 PM

Batavia, Neev, MD
Resident
04/29/22 2008

**Attending attestation:**

I performed the key portions of the history and physical examination of the patient and discussed the management with the resident physician/physician assistant. I reviewed and edited the resident physician/PA fellow's note and agree with the documented findings and plan of care.

Stephanie Anne Loe, MD
4/29/2022 8:33 PM

Loe, Stephanie Anne, MD
04/29/22 2033

Electronically signed by Batavia, Neev, MD at 04/29/22 2008
Electronically signed by Loe, Stephanie Anne, MD at 04/29/22 2033

---

**ED Notes.**

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## ED Notes. (continued)

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1843

| | | |
|---|---|---|
| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
| Filed: 04/29/22 1843 | Date of Service: 04/29/22 1842 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Pt resting nad, denies pain.

Ekstrom, Candice, RN
04/29/22 1843

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1843

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1842

| | | |
|---|---|---|
| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
| Filed: 04/29/22 1842 | Date of Service: 04/29/22 1842 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

wtg on optho consult

Ekstrom, Candice, RN
04/29/22 1842

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1842

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1740

| | | |
|---|---|---|
| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
| Filed: 04/29/22 1740 | Date of Service: 04/29/22 1740 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Pt resting, NAD, will continue to monitor.

Ekstrom, Candice, RN
04/29/22 1740

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1740

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1708

| | | |
|---|---|---|
| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
| Filed: 04/29/22 1708 | Date of Service: 04/29/22 1707 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Ear laceration repair complete

Ekstrom, Candice, RN
04/29/22 1708

---



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## ED Notes. (continued)

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1708 (continued)

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1708

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1612

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
| Filed: 04/29/22 1612 | Date of Service: 04/29/22 1612 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

ENT Dr. Perez bedsd to perform laceration repair.

Ekstrom, Candice, RN
04/29/22 1612

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1612

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1440

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
| Filed: 04/29/22 1440 | Date of Service: 04/29/22 1439 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Ear cleaned with normal saline, and tray set up with 5.o vicryl for suture repair. MD notified

Ekstrom, Candice, RN
04/29/22 1440

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1440

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1434

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
| Filed: 04/29/22 1434 | Date of Service: 04/29/22 1402 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Pictures of his left ear taken and placed in his chart.

Tip of left ear laceration.

Ekstrom, Candice, RN
04/29/22 1434

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1434

### ED Notes signed by Saucedo, Juan Miguel, RN at 04/29/22 1217

| Author: Saucedo, Juan Miguel, RN | Service: Emergency - Adult | Author Type: Registered Nurse |
| Filed: 04/29/22 1217 | Date of Service: 04/29/22 1215 | Status: Signed |
| Editor: Saucedo, Juan Miguel, RN (Registered Nurse) | | |

I have assumed care of pt. Pt is here with a CC of a left ear laceration that happened with altercation with police. Pt has a GCS of 15. Pt is not in respiratory distress. Skin perfusion is WNL. Pt is stable.



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

**ED Notes. (continued)**

**ED Notes signed by Saucedo, Juan Miguel, RN at 04/29/22 1217 (continued)**

Saucedo, Juan Miguel, RN
04/29/22 1217

Electronically signed by Saucedo, Juan Miguel, RN at 04/29/22 1217



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## HOSPITAL ENCOUNTER NOTES

### Encounter Notes

**Miscellaneous signed by Provider, Scan at 04/30/22 1223**

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 04/30/22 1223 | Date of Service: 04/29/22 1154 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

Scan on 4/29/2022 by Provider, Scan: CONFIRMATION OF RECEIPT DOS 042922    1

Electronically signed by Provider, Scan at 04/30/22 1223

**Miscellaneous signed by Provider, Scan at 04/30/22 1233**

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 04/30/22 1233 | Date of Service: 04/29/22 1154 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

Scan on 4/29/2022 by Provider, Scan: INTERFACILITY TRANSFER FORM DOS 042922    1

Electronically signed by Provider, Scan at 04/30/22 1233

**Miscellaneous signed by Provider, Scan at 04/30/22 1424**

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 04/30/22 1424 | Date of Service: 04/29/22 1154 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

Scan on 4/29/2022 by Provider, Scan: TRANSFER INFORMATION FORM DOS 042922    1

Electronically signed by Provider, Scan at 04/30/22 1424

**Consults signed by Lee, Steve Choon-Sung, MD at 05/03/22 1525**

| | | |
|---|---|---|
| Author: Lee, Steve Choon-Sung, MD | Service: ENT | Author Type: Physician |
| Filed: 05/03/22 1525 | Date of Service: 04/29/22 1719 | Status: Signed |
| Editor: Lee, Steve Choon-Sung, MD (Physician) | | |

Related Notes: Original Note by Perez, Hector Andres, MD (Resident) filed at 04/29/22 1727
    Consult Orders
    1. ENT Consult [348380929] ordered by Batavia, Neev, MD at 04/29/22 1357

## OTOLARYNGOLOGY CONSULT NOTE

**April 29, 2022**

Referring Physician/Service: Emergency Department

**Chief Complaint:** Ear laceration, orbital fracture

### SUBJECTIVE
**History of present illness:**
Henry Barnhill is a 43 y.o. male who presents after altercation with police. Patient suffered a right orbital blowout fracture as well as a through and through left ear laceration. He was transferred from OSH for facial trauma consultation. Patient is endorsing a headache and some issues with moving his eyes including pain and sensitivity to light. No other concerns at this time.

**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## Encounter Notes (continued)

**Consults signed by Lee, Steve Choon-Sung, MD at 05/03/22 1525 (continued)**

---

**Review of systems:**
General: Negative for fever, chills.
HEENT: As per HPI.
Cardiac: Negative for chest pain, palpitations.
Respiratory: Negative for shortness of breath.
Abdominal: Negative for abdominal pain, nausea, vomiting.
Skin: Negative for rash, pruritis.
Endocrine: Negative for polydipsia, polyuria, easy bruising/bleeding.
Neurologic: Negative for headaches, numbness, weakness.


**Past Medical History:**
**Past Medical History:**
Diagnosis                                                            Date
  • Asthma
  • Heart murmur


**Past surgical History:**
History reviewed. No pertinent surgical history.

**Allergies:** No Known Allergies

**Family history:**
No family history on file.

**Social history:**
**Social History**

Socioeconomic History
  • Marital status:                Single
        Spouse name:              None
  • Number of children:          None
  • Years of education:          None
  • Highest education level:     None
Occupational History
  • None
Tobacco Use
  • Smoking status:              Never Smoker
  • Smokeless tobacco:           Never Used
Substance and Sexual Activity
  • Alcohol use:                 None
  • Drug use:                    Never
  • Sexual activity:             None
Other Topics                     Concern

---



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**Encounter Notes (continued)**

**Consults signed by Lee, Steve Choon-Sung, MD at 05/03/22 1525 (continued)**

- None

Social History Narrative
- None

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**OBJECTIVE**
**Physical exam:**

**General Appearance:** Well developed, well nourished, well groomed

**Head:** 2cm abrasion to left parietal scalp
Face is symmetric
Cranial nerves V1, V2, V3 are intact
Normal facial strength (House Brackmann1/6)

**Eyes:** Extraocular motion appear full but severely limited by pain in all direction
Pupils equal round and reactive to light
Conjunctiva is clear and uninjected

**Ears:** Left ear with full thickness laceration through the superior helix with exposed cartilage, nearly avulsed, pedicled along helical root
External auditory canal clear
Tympanic membranes clear

**Nose:** Patent nares
Normal external nasal appearance
Normal mucosa
Septum midline
Normal turbinates

**Mouth:** Oral mucosa of midline lip with small abrasion, no deep lacerations noted
Normal dentition, normal occlusion
Tongue is soft and mobile

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**Encounter Notes (continued)**

**Consults signed by Lee, Steve Choon-Sung, MD at 05/03/22 1525 (continued)**

---

**Neck:** Symmetric
Normal thyroid, no palpable masses
Thyroid and cricoid cartilage architecture normal to palpation
No palpable cervical adenopathy

**Neuro:** CN 2-12 grossly intact except as mentioned above

**Heart:** Regular rate and rhythm

**Lungs:** Normal chest excursion

**Imaging reviewed:**
CT Maxillofacial 4/29
Right sided orbital blowout fracture

**ASSESSMENT**
Henry Barnhill, 43 y.o. male who is s/p assault after altercation with police with a left ear avulsion injury and a right sided orbital blowout fracture. Left ear avulsion was repaired at bedside. EOM appear full but patient with persistent complaint of pain when looking in every direction.

**PLAN**

-Ear laceration repaired, see separate procedure note
-Patient may follow-up in ENT clinic on Tuesday to re-evaluate EOM. He will likely require orbital floor repair given large defect
-Recommend ophthalmology consultation
-Recommend discharge with 7 day course of antibiotics
-Clinic staff messaged, will have to work possibly with prison system to get patient seen

Patient was discussed with chief resident Dr. Kent, who agrees with the assessment and plan.

Hector Perez, MD, PGY-3
Department of Otolaryngology- Head and Neck Surgery
Pager #9974

I performed a history and physical examination of the patient and directed the management with the resident physician. I reviewed and updated, when necessary, the resident physician's note. I agree with the final documented findings and plan of care.

Electronically signed by Perez, Hector Andres, MD at 04/29/22 1727
Electronically signed by Lee, Steve Choon-Sung, MD at 05/03/22 1525

**Procedures signed by Perez, Hector Andres, MD at 04/29/22 1729**

---



**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**Encounter Notes (continued)**

Procedures signed by Perez, Hector Andres, MD at 04/29/22 1729 (continued)

---

Author: Perez, Hector Andres, MD    Service: **ENT**    Author Type: **Resident**
Filed: 04/29/22 1729    Date of Service: 04/29/22 1727    Status: **Signed**
Editor: **Perez, Hector Andres, MD (Resident)**

<u>PROCEDURE NOTE</u>

**Name**: Henry Barnhill

**MRN**: 7637901

**Date of Procedure**: 4/29/22

**Surgeon(s)**: Hector Perez, MD

**Anesthesia**: 1% lidocaine with 1:100,000 epinephrine

**Pre-operative Diagnosis**: Left ear laceration

**Post-operative Diagnosis**: same

**Procedure Performed**:

1. Left ear laceration repair

**Procedure Details**:

Risks and benefits were discussed with patient. Verbal informed consent was obtained. The ear was anesthetized with a field block using 4 cc of 1% lidocaine with 1:100,000 epinephrine. The wound was then copiously irrigated with 150ml of sterile saline. The left ear was then prepped with betadine solution and draped in a sterile fashion. Attention was first turned to the perichondrium. This was reapproximated in combination with the dermis with 5-0 Vicryl sutures.  The skin was closed in a running and interrupted fashion with 5-0 Fast gut suture. Patient tolerated procedure well.

**Specimens Removed**: None

**Prognosis**: Fair

**Estimated Blood Loss**: Minimal

**Drains or Packs**: None

**Wound Classification**: Contaminated

**Wound Closure**: Closed Primarily

**Complications**: None

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**Encounter Notes (continued)**

**Procedures signed by Perez, Hector Andres, MD at 04/29/22 1729 (continued)**

**Condition:** Stable

Hector Perez, MD, PGY-3
Department of Otolaryngology- Head and Neck Surgery
Pager #9974

Electronically signed by Perez, Hector Andres, MD at 04/29/22 1729

**Consults signed by Elledge, Nathan Robert, DO at 05/02/22 1505**

Author: Elledge, Nathan Robert, DO    Service: Ophthalmology    Author Type: **Physician**
Filed: 05/02/22 1505    Date of Service: 04/29/22 2115    Status: Signed
Editor: Elledge, Nathan Robert, DO (Physician)
Related Notes: Original Note by Ahmed, Harris, DO (Resident) filed at 05/02/22 1443
    Consult Orders
    1. Ophthalmology Consult [348380934] ordered by Batavia, Neev, MD at 04/29/22 1727

**Ophthalmology Consult Note**

Henry Michael Barnhill
**MRN:** 7637901
**DOB:** 6/9/1978
**Referral Source:** Emergency Room
**Primary Care Physician:** Provider, Not Specified, PA

**History:**

**CC:**
**Chief Complaint**
Patient presents with
• Ear Pain

**History of Present Illness:**
Henry Michael Barnhill is a 43 y.o. male presenting from prison after blowout fracture right sided, here for globe clearance prior to ENT surgery. Denies double vision. VA stable. Endorses pain when looking up. Patient denies new distortion, no new floaters, no flashing lights or curtain OU.

**Past Ocular History:** No prior surgeries, trauma, no history of strabismus or amblyopia, uses GLS for near and distance, no use of CLs

**Past Medical History**
**Past Medical History:**
Diagnosis                                                                Date
• Asthma

---

Generated on 9/19/24 11:48 AM                                                          Page 24



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**Encounter Notes (continued)**

**Consults signed by Elledge, Nathan Robert, DO at 05/02/22 1505 (continued)**

- Heart murmur

**Past Surgical History:**
History reviewed. No pertinent surgical history.

**Medications:**
There are no discharge medications for this patient.

**Allergies:**
No Known Allergies

**Family History:**
Henry Michael Barnhill's family history is not on file.

**Social History:**
Henry Michael Barnhill  reports that he has never smoked. He has never used smokeless tobacco. He reports that he does not use drugs.

**Review of Systems:** Negative except as above

**Physical Exam:**

100 kg (220 lb 7.4 oz)

Gen: A & Ox4
Mood: WNL

Va near cc        OD: 20/20-2
                  OS: 20/20

Tp: OD: 17
    OS: 15

Pupils: OD: 3->2 No APD
        OS:  3->2 no APD

Extraocular Movements:     Full OU, pain with shocklike sensation along V2 dermatome with up gaze
Confrontation Visual Fields:  Full OU

Anterior Segment Exam:
Lids/lashes:    OD: periorbital ecchymosis, erythema
                OS: WNL
Conj/sclera:    OD: trace injection

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## Encounter Notes (continued)

Consults signed by Elledge, Nathan Robert, DO at 05/02/22 1505 (continued)

|              | OS: White and quiet |
|--------------|---------------------|
| Cornea:      | OD: Clear           |
|              | OS: Clear           |
| Ant Chamber: | OD: Deep and Quiet  |
|              | OS: Deep and Quiet  |
| Iris:        | OD: Round and Flat  |
|              | OS: Round and Flat  |
| Lens:        | OD: Clear           |
|              | OS: Clear           |

Posterior Segment Exam (20 D bedside):

|            |                             |
|------------|-----------------------------|
| Media:     | OD: clear                   |
|            | OS: clear                   |
| Nerve:     | OD: sharp, c:d 0.3          |
|            | OS: sharp, c:d 0.3          |
| Macula:    | OD: Flat                    |
|            | OS: Flat                    |
| Vessels:   | OD: normal course and caliber |
|            | OS: normal course and caliber |
| Periphery: | OD: wnl                     |
|            | OS: wnl                     |

**Laboratory and Imaging Data:**
**OCT MAC WNL OU 5/2/22**

**Assessment and Plan:**

**Assessment:**
Henry Michael Barnhill is a 43 y.o. male

**1. Orbital blowout fracture right**
- no clinical or radiographic evidence of EOM entrapment
- globes intact on CT, no retrobulbar heme
- dilated exam shows no evidence of heme, commotio, or retinal breaks/tears

**Plan:**
- no acute ophthalmologic intervention, *globe is clear for intervention*
- apply icepack over affected eye for 20 minutes Q1-2H for first 48 hours
- sleep with HOB elevated 30 degrees
- hold blood thinners and antiplatelet agents if possible
- no nose blowing, sneeze with open mouth
- afrin BID x3 days
- review retinal detachment signs and symptoms with patient: flashing lights, shower of floaters, or dark veil over vision
- no heavy lifting, straining, or bending over for 1 week



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## Encounter Notes (continued)

### Consults signed by Elledge, Nathan Robert, DO at 05/02/22 1505 (continued)

- follow up with facial trauma

**Author**:
Harris Ahmed, DO, MPH
PGY-2 Ophthalmology
9045

**Attending**: Dr. Elledge

I performed a history and physical examination of the patient and directed the management with the resident physician. I reviewed and updated, when necessary, the resident physician's note. I agree with the final documented findings and plan of care.
Nathan Elledge, DO

Electronically signed by Ahmed, Harris, DO at 05/02/22 1443
Electronically signed by Elledge, Nathan Robert, DO at 05/02/22 1505



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## SURGERY REPORT

### Operative Notes

No notes of this type exist for this encounter.

### All Orders

#### Ophthalmology Consult [348380933]

Electronically signed by: **Batavia, Neev, MD on 04/29/22 1727**                                   Status: **Completed**
Ordering user: Batavia, Neev, MD 04/29/22 1727          Ordering provider: Batavia, Neev, MD
Authorized by: Loe, Stephanie Anne, MD
Frequency: Once 04/29/22 1727 - 1  occurrence
Questionnaire

| Question | Answer |
|---|---|
| Reason for Consult? | ENT requesting globe clearance for future OR time for right eye blowout fracture |
| Is this Consult for Admission? | Yes |
| Transfer Service | Ophthalmology |

#### Nursing Communication [348380930]

Electronically signed by: **Perez, Hector Andres, MD on 04/29/22 1539**                        Status: **Discontinued**
Ordering user: Perez, Hector Andres, MD 04/29/22 1539          Ordering provider: Perez, Hector Andres, MD
Authorized by: Loe, Stephanie Anne, MD
Frequency: Until Discontinued 04/29/22 1539 - Until          Discontinued by: Discharge Provider, Automatic 04/30/22
Specified                                                    0259 [Patient Discharge]
Order comments: **Please have minor tray at bedside for repair of laceration. Please have lidocaine 1% with epinephrine available as well**

#### lidocaine-EPINEPHrine (XYLOCAINE WITH EPINEPHrine) 1 %-1:100,000 injection 100 mg [348380931]

Electronically signed by: **Perez, Hector Andres, MD on 04/29/22 1539**                          Status: **Completed**
Ordering user: Perez, Hector Andres, MD 04/29/22 1539          Ordering provider: Perez, Hector Andres, MD
Authorized by: Perez, Hector Andres, MD
Frequency: Once 04/29/22 1635 - 1  occurrence          Package: 63323-482-03

#### ENT Consult [348380928]

Electronically signed by: **Batavia, Neev, MD on 04/29/22 1357**                                   Status: **Completed**
Ordering user: Batavia, Neev, MD 04/29/22 1357          Ordering provider: Batavia, Neev, MD
Authorized by: Loe, Stephanie Anne, MD
Frequency: Once 04/29/22 1357 - 1  occurrence
Questionnaire

| Question | Answer |
|---|---|
| Reason for Consult? | left ear laceration through cartilage, almost completely avulsed + blowout fx of right eye |

#### CT Outside Films On File [348380926]

Electronically signed by: **Boyd-Harding, Yolanda on 04/29/22 1316**                              Status: **Completed**
Ordering user: Boyd-Harding, Yolanda 04/29/22 1316          Ordering provider: Sy, Rolando Dy, MD
Authorized by: Sy, Rolando Dy, MD
Frequency: Once 04/29/22 1317 - 1  occurrence
Questionnaire

| Question | Answer |
|---|---|
| Exam performed date: | 4/29/2022 |

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## All Orders (continued)

### CT Outside Films On File [348380926] (continued)

| | |
|---|---|
| Reason for exam: | Outside Films |

### CT Outside Films On File [348380924]

Electronically signed by: **Boyd-Harding, Yolanda on 04/29/22 1316**    Status: **Completed**
Ordering user: Boyd-Harding, Yolanda 04/29/22 1316    Ordering provider: Sy, Rolando Dy, MD
Authorized by: Sy, Rolando Dy, MD
Frequency: Once 04/29/22 1316 - 1  occurrence
Questionnaire

| Question | Answer |
|---|---|
| Exam performed date: | 4/29/2022 |
| Reason for exam: | Outside Films |

### ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9% (NS) 100 mL infusion [348380923]

Electronically signed by: **Batavia, Neev, MD on 04/29/22 1244**    Status: **Completed**
Ordering user: Batavia, Neev, MD 04/29/22 1244    Ordering provider: Batavia, Neev, MD
Authorized by: Batavia, Neev, MD
Frequency: Once 04/29/22 1340 - 1  occurrence
Questionnaire

| Question | Answer |
|---|---|
| Reason for antimicrobial therapy | Suspected infection |
| Indication | Head, neck, sinus, pharynx infection |

Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| ampicillin-sulbactam (UNASYN) | 3 g | 3 g |
| sodium chloride 0.9% (NS) | 100 mL | 100 mL |

Package: 55150-117-20, 0338-0553-18

### Insert PIV [348380921]

Electronically signed by: **Batavia, Neev, MD on 05/02/22 1846**    Status: **Completed**
Mode: Ordering in Verbal with readback mode    Communicated by: Saucedo, Juan Miguel, RN
Ordering user: Saucedo, Juan Miguel, RN 04/29/22 1234    Ordering provider: Batavia, Neev, MD
Authorized by: Loe, Stephanie Anne, MD
Frequency: Once 04/29/22 1235 - 1  occurrence

### morphine 4 mg/mL injection 4 mg 1 mL [348380920]

Electronically signed by: **Batavia, Neev, MD on 04/29/22 1227**    Status: **Completed**
Ordering user: Batavia, Neev, MD 04/29/22 1227    Ordering provider: Batavia, Neev, MD
Authorized by: Batavia, Neev, MD
Frequency: Once 04/29/22 1325 - 1  occurrence    Package: 0641-6125-01

---

## All Results

Resulted: 04/29/22 1316, Result status: Final
result

### CT Outside Films On File [348380927]

Ordering provider: Sy, Rolando Dy, MD  04/29/22 1316    Performed: 04/29/22 1316 - 04/29/22 1316
Accession number: 202204293389    Resulting lab: SECTRA

---

Generated on 9/19/24 11:48 AM

Page 29



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## All Results (continued)

Resulted: 04/29/22 1316, Result status: Final result

**CT Outside Films On File [348380925]**

| Ordering provider: Sy, Rolando Dy, MD  04/29/22 1316 | Performed: 04/29/22 1316 - 04/29/22 1316 |
|---|---|
| Accession number: 202204293388 | Resulting lab: SECTRA |

Resulted: 04/29/22 1316, Result status: In process

**CT Outside Films On File [348380925]**

| Ordering provider: Sy, Rolando Dy, MD  04/29/22 1316 | Performed: 04/29/22 1316 - 04/29/22 1316 |
|---|---|
| Accession number: 202204293388 | Resulting lab: SECTRA |

Resulted: 04/29/22 1316, Result status: In process

**CT Outside Films On File [348380927]**

| Ordering provider: Sy, Rolando Dy, MD  04/29/22 1316 | Performed: 04/29/22 1316 - 04/29/22 1316 |
|---|---|
| Accession number: 202204293389 | Resulting lab: SECTRA |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - SECTRA** | SECTRA | Unknown | Unknown | 07/07/16 1126 - Present |

### Collection Information

---



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

# MEDICATIONS

**All Meds and Administrations**

---

**morphine 4 mg/mL injection 4 mg 1 mL [348380920]**

| | |
|---|---|
| Ordering Provider: Batavia, Neev, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 04/29/22 1227 | Starts/Ends: 04/29/22 1325 - 04/29/22 1241 |
| Ordered Dose (Remaining/Total): 4 mg (0/1) | Route: **Intravenous** |
| Frequency: **Once** | Ordered Rate/Order Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 04/29/22 Right Antecubital | 04/29/22 1241 by Saucedo, Juan Miguel, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 04/29/22 1241 | Given | 4 mg | Intravenous | Performed by: Saucedo, Juan Miguel, RN<br>Scanned Package: 0641-6125-01 |

---

**ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9% (NS) 100 mL infusion [348380923]**

| | |
|---|---|
| Ordering Provider: Batavia, Neev, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 04/29/22 1244 | Starts/Ends: 04/29/22 1340 - 04/29/22 1536 |
| Ordered Dose (Remaining/Total): 3 g (0/1) | Route: **Intravenous** |
| Frequency: **Once** | Ordered Rate/Order Duration: — / 60 Minutes |

| Question | Answer | Comment |
|---|---|---|
| Reason for antimicrobial therapy: | Suspected infection | — |
| Indication: | Head, neck, sinus, pharynx infection | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 04/29/22 Right Antecubital | 04/29/22 1436 by Ekstrom, Candice, RN | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 04/29/22 1436 | Given | 3 g<br>60 Minutes | Intravenous | Performed by: Ekstrom, Candice, RN<br>Scanned Package: 55150-117-20, 0338-0553-18 |

---

**lidocaine-EPINEPHrine (XYLOCAINE WITH EPINEPHrine) 1 %-1:100,000 injection 100 mg [348380931]**

| | |
|---|---|
| Ordering Provider: Perez, Hector Andres, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 04/29/22 1539 | Starts/Ends: 04/29/22 1635 - 04/29/22 1706 |
| Ordered Dose (Remaining/Total): 10 mL (0/1) | Route: **Intradermal** |
| Frequency: **Once** | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 04/29/22 1706 | Given | 100 mg | Intradermal<br>Behind Left Ear | Performed by: Ekstrom, Candice, RN<br>Scanned Package: 63323-482-03, 63323-482-03 |

---

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## All Orders

### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | |
|------|-----------|------|------------------|---|---|
| Admin | Fri Apr 29, 2022 1706 | Ekstrom, Candice, RN | **lidocaine-EPINEPHrine 1 %-1:100,000 Soln [10427]** | | |

Amount to Base Charge on: 10 mL
Charge Method: Injection/TPN Additive/Chemo Inj (System picked)
Implied Quantity: 1

Package: 20 mL Vial (63323-482-03)
Charge Map: G/ML MAPPING

Charge Dropped: 34.940
Charge Table: RUH INJECTIONS

Implied Unit Type: Entire Package

Acquisition Cost: 0.840
Package From: MAR

### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | |
|------|-----------|------|------------------|---|---|
| Admin | Fri Apr 29, 2022 1436 | Ekstrom, Candice, RN | **ampicillin-sulbactam 300 mg/mL Solr [32471]** | | |

Amount to Base Charge on: 10 mL
Billing Code Quantity: 2.00
Charge Method: ABX Inj (System picked)
Implied Quantity: 1

Package: 1 each Vial (55150-117-20)
Billing Code: J0295
Charge Map: EACH MAPPING
Implied Unit: each

Charge Dropped: 74.520

Charge Table: RUH ANTIBIOTICS INJ
Implied Unit Type: Single Package Unit

Acquisition Cost: 1.924
Package From: MAR

**sodium chloride 0.9% Solp [40827838]**

Amount to Base Charge on: 100 mL
Billing Code Quantity: 1.00
Charge Method: IV Solution > 250 mL (System picked)
Implied Quantity: 1

Package: 100 mL Bag (0338-0553-18)
Billing Code: J7050
Charge Map: G/ML MAPPING

Charge Dropped: 96.180

Charge Table: RUH IV SOLUTIONS > 250 ML
Implied Unit Type: Entire Package

Acquisition Cost: 2.400
Package From: MAR

### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | |
|------|-----------|------|------------------|---|---|
| Admin | Fri Apr 29, 2022 1242 | Saucedo, Juan Miguel, RN | **morphine 4 mg/mL Syrg [4085172]** | | |

Amount to Base Charge on: 1 mL

Package: 1 mL Vial (0641-6125-01)

Charge Dropped: 51.120



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## All Orders (continued)

### Pharmacy Actions (continued)

| Type | Date/Time | User | Extra Information | | |
|------|-----------|------|------------------|---|---|
| | | | Billing Code Quantity: 1.00 | Billing Code: J2270 | |
| | | | Charge Method: IV solution < 250 mL/Control Inj (System picked) | Charge Map: G/ML MAPPING | Charge Table: RUH CONTROL INJ |
| | | | Implied Quantity: 1 | | Implied Unit Type: Entire Package |
| | | | Acquisition Cost: 0.726 | | |
| | | | Package From: MAR | | |

### Medication Documentation Review Audit

\*\*Prior to Admission medications have not yet been reviewed for this encounter\*\*

# CARE PLAN

### Encounter Problems (Active)

There are no active problems.



**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## PATIENT EDUCATION

**Education**

Title: First-Dose Education (Not Started)

Points For This Title

Point: lidocaine HCl/epinephrine (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner Progress:    Not documented in this visit.

Point: morphine sulfate (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner Progress:    Not documented in this visit.

Point: ampicillin sod/sulbactam sod (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner Progress:    Not documented in this visit.

**Discharge Instructions**                                       Barnhill, Henry Michael (MRN 7637901)

None

**Flowsheets (all recorded)**

ACGME Classification - Fri April 29, 2022

| Row Name | 1723 |
|---|---|

ACGME Classification

| ACGME Classification | Medical  -NB |
|---|---|

Acuity - Fri April 29, 2022

| Row Name | 1155 |
|---|---|

Destination

| Patient Acuity | 3 - Urgent / Urgent mental health response -RM |
|---|---|
| ID band verified and on patient | Yes  -RM |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## All Orders (continued)

### Flowsheets (all recorded) (continued)

#### Anthropometrics - Fri April 29, 2022

| Row Name | 1345 |
|---|---|

**Anthropometrics**

| % Daily Weight Change | 0  -CE |
|---|---|

#### Cardiac/Telemetry - Fri April 29, 2022

| Row Name | 1215 |
|---|---|

**Cardiac**

| Cardiac (WDNL) | Within Defined Normal Limits - JS |
|---|---|

#### COVID-19 Screening for test eligibility - Fri April 29, 2022

| Row Name | 1213 | 1155 |
|---|---|---|

**Ask the patient**

| Have you had a positive confirmed test that you have had COVID-19 within the last 14 days? | No  -JS | No  -RM |
|---|---|---|
| Have you been in close contact with someone that was known to be COVID-19 positive within the last 14 days? | No  -JS | No  -RM |

**Ask the patient if they have any of the following symptoms?**

| New onset of Cough | No  -JS | No  -RM |
|---|---|---|
| New onset Shortness of Breath or Difficulty Breathing | No  -JS | No  -RM |
| Fever: > 100.4 °F (38 °C) or Chills | No  -JS | No  -RM |
| New onset Sore Throat | No  -JS | No  -RM |
| New onset of Nasal Congestion or Runny Nose | No  -JS | No  -RM |
| New onset loss | No  -JS | No  -RM |

---



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## All Orders (continued)

### Flowsheets (all recorded) (continued)

| | | | |
|---|---|---|---|
| of Taste or Smell | | | |
| New onset Muscle pain | No -JS | No -RM | |
| New onset Headache | No -JS | No -RM | |
| New onset Nausea, Vomiting, Diarrhea | No -JS | No -RM | |

#### Custom Formula Data - Fri April 29, 2022

| Row Name | 2115 | 1345 | 1330 |
|---|---|---|---|
| **Leg Movement / Arousal Calculations** | | | |
| Other Arousal Index | 0 -CE | — | 0 -CE |
| **OTHER** | | | |
| Adult High Range Vt 10cc/kg FEMALE | 0 mL -CE | — | 0 mL -CE |
| MEWS BP Calculation | 0 -CE | — | 0 -CE |
| MEWS HR Calculation | 0 -CE | — | 0 -CE |
| MEWS Temp Calculation | 0 -CE | — | 0 -CE |
| MEWS Resp Rate Calculation | 0 -CE | — | 0 -CE |
| MEWS SPO2 Calculation | 0 -CE | — | 0 -CE |
| MEWS Score (Retired) | 0 -CE | — | 0 -CE |
| MEWS LOC Calculation | 0 -CE | — | 0 -CE |
| 25 per kg | — | 2500 -CE | — |
| 25/50 per kg | — | 50 -CE | — |
| Maximum rate | — | 0.15 -CE | — |
| Maximum rate | — | 0.5 -CE | — |
| 0.5 per kg | — | 50 -CE | — |
| 1 per kg | — | 100 -CE | — |
| 2 per kg | — | 200 -CE | — |
| 12 per kg | — | 1200 -CE | — |
| 13 per kg | — | 1300 -CE | — |
| 14 per kg | — | 1400 -CE | — |
| 15 per kg | — | 1500 -CE | — |
| 16 per kg | — | 1600 -CE | — |
| 17 per kg | — | 1700 -CE | — |
| 18 per kg | — | 1800 -CE | — |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## All Orders (continued)

### Flowsheets (all recorded) (continued)

| | | | | |
|---|---|---|---|---|
| 1.2 per kg | — | 120 -CE | — | |
| 1.3 per kg | — | 130 -CE | — | |
| 1.4 per kg | — | 140 -CE | — | |
| 1.5 per kg | — | 150 -CE | — | |
| 1.6 per kg | — | 160 -CE | — | |
| 1.7 per kg | — | 170 -CE | — | |
| 1.8 per kg | — | 180 -CE | — | |
| mL/hr argatroban | — | 3 -CE | — | |
| mL/hr argatroban | — | 6 -CE | — | |
| mL/hr argatroban | — | 12 -CE | — | |
| Pump Insulin Total units / kg/ day - historical | — | 0 -CE | — | |
| Pump Insulin Total units/kg/day | — | 0 -CE | — | |
| BSA (Calculated - sq m) | — | 2.25 sq meters -CE | — | |
| BMI (Calculated) | — | 29.92 -CE | — | |
| IBW/kg (Calculated) Male | — | 77.71 kg -CE | — | |
| Low Range Vt 6cc/kg MALE | — | 466.26 mL -CE | — | |
| Adult Moderate Range Vt 8cc/kg MA | — | 621.68 mL -CE | — | |
| Adult High Range Vt 10cc/kg MALE | — | 777.1 mL -CE | — | |
| IBW/kg (Calculated) FEMALE | — | 73.21 kg -CE | — | |
| Low Range Vt 6cc/kg FEMALE | — | 439.26 mL -CE | — | |
| Adult Moderate Range vt 8cc/kg FEMALE | — | 585.68 mL -CE | — | |
| Adjusted Body weight (kg) | — | 86.63 -CE | — | |
| Weight in (lb) to have BMI = 25 | — | 184.2 -CE | — | |
| Peak Flow Calculation | — | 515 -CE | — | |
| Percent Weight Change Since Birth | — | 0 -CE | — | |
| IBW/kg (Calculated) | — | 77.71 -CE | — | |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## All Orders (continued)

### Flowsheets (all recorded) (continued)

| | | | |
|---|---|---|---|
| Low Range Vt 6cc/kg | — | 466.26 mL  -CE | — |
| Adult Moderate Range Vt 8cc/kg | — | 621.68 mL  -CE | — |
| Adult High Range Vt 10cc/kg | — | 777.1 mL  -CE | — |
| Destination | | | |
| Pain Score | — | — | 6  -CE |
| Vitals | | | |
| High Pulse Pressure | 47  -CE | — | — |

### Data - Fri April 29, 2022

| Row Name | 1436 | 1241 |
|---|---|---|

morphine 4 mg/mL injection 4 mg 1 mL    Start: 04/29/22 1325

| | | |
|---|---|---|
| Dose | — | *4 mg  -JS |
| Volume (mL) | — | 1  -JS |
| Pain Screening | | |
| Pain Type | — | Acute pain  -JS |
| Pain | | |
| Pain Location | — | Ear  -JS |
| Pain Orientation | — | Left  -JS |

ampicillin-sulbactam (UNASYN) 3 g in sodium chloride 0.9% (NS) 100 mL infusion    Start: 04/29/22 1340

| | | |
|---|---|---|
| Dose | *3 g  -CE | |
| Volume (mL) | 100  -CE | |

### Financial Clearance - Fri April 29, 2022

| Row Name | 1329 |
|---|---|

| Financial Clearance | |
|---|---|
| Financial Clearance Complete? | Yes  -JG |

### Homeless Screening - Fri April 29, 2022

| Row Name | 1213 |
|---|---|

| Homeless Screening | |
|---|---|
| Is this patient homeless? | No  -JS |

### Kinder Fall Scale - Fri April 29, 2022

| Row Name | 1214 |
|---|---|

| Kinder Fall Scale | |
|---|---|
| Presented to ED Because of Falls? | No  -JS |
| Age >70? | No  -JS |

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## All Orders (continued)

### Flowsheets (all recorded) (continued)

| | | |
|---|---|---|
| Impaired Mobility? | No -JS | |
| In Nurse's Judgement Is Patient At Risk for Falls? (See Row Info) | No -JS | |

### LACE Scores - Fri April 29, 2022

| Row Name | 2159 |
|---|---|
| Lace Scores | |
| LACE Score | 2 -US |
| LACE+ Score | 50 -US |

### Neurological - Fri April 29, 2022

| Row Name | 2115 | 1215 |
|---|---|---|
| Neurological | | |
| Neuro (WDNL) | Within Defined Normal Limits - CE | Within Defined Normal Limits - JS |

### P4 Suicide Screening - Fri April 29, 2022

| Row Name | 1214 | 1155 |
|---|---|---|
| P4 Suicide Screen | | |
| Have you had thoughts of actually hurting yourself | No -JS | No -RM |

### Psychosocial - Fri April 29, 2022

| Row Name | 1215 |
|---|---|
| Psychosocial | |
| Psychosocial (WDNL) | Within Defined Normal Limits - JS |

### Quick Triage - Fri April 29, 2022

| Row Name | 1155 |
|---|---|
| Quick Triage | |
| Quick Triage Started | Quick Triage Start -RM |
| Is patient able to ambulate? | Yes -RM |

### Respiratory - Fri April 29, 2022

| Row Name | 2115 | 1215 |
|---|---|---|
| Respiratory | | |
| Respiratory | Within Defined | Within Defined |

---



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## All Orders (continued)
### Flowsheets (all recorded) (continued)

| | | |
|---|---|---|
| (WDNL) | Normal Limits - CE | Normal Limits - JS |

**Sepsis Assessment - Fri April 29, 2022**

| Row Name | 1244 | |
|---|---|---|

*Infection Screening*

| Antimicrobial therapy indication | Head, neck, sinus, pharynx infection -NB | |
|---|---|---|

**Skin Assessment - Fri April 29, 2022**

| Row Name | 2115 | 1215 |
|---|---|---|

*Integumentary*

| Integumentary (WDNL) | Exceptions to WDNL -CE | Exceptions to WDNL -JS |
|---|---|---|
| Skin Color | Pink -CE | Appropriate for ethnicity -JS |
| Skin Condition/Temp | Warm -CE | Warm;Dry -JS |

*Wounds*

| Does the patient have wounds? | Yes 📄 repaired left EAR repair -CE | Yes -JS |
|---|---|---|

*Wound 04/29/22 Laceration Ear Left*

| Wound Properties | Date First Assessed: 04/29/22 -JS Time First Assessed: 1215 -JS Wound Type: Laceration -JS Location: Ear -JS Orientation: Left -JS Present on Admission: Present on Admission -JS | |
|---|---|---|

**Suspected Source of Infection - Fri April 29, 2022**

| Row Name | 1212 | |
|---|---|---|

*Suspected Source of Infection*

| Suspected OR Known Infection? | No -JS | |
|---|---|---|

**Suspected Source of Infection - Fri April 29, 2022**

| Row Name | 1215 | |
|---|---|---|

*Suspected Source of Infection*

| Suspected OR Known Infection? | No -JS | |
|---|---|---|

**Tetanus - Fri April 29, 2022**

| Row Name | 1214 | |
|---|---|---|

*Tetanus/Immunizations*

| Tetanus up to date? | No -JS | |
|---|---|---|
| Immunizations up to date? | No -JS | |

**Vaccination Screening - Fri April 29, 2022**

| Row Name | 1214 | |
|---|---|---|



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## All Orders (continued)
### Flowsheets (all recorded) (continued)

| Influenza Vaccine Screen - Third Monday in September through March 31st. Ages 6 months or older | |
|---|---|
| Have you had an influenza vaccine this season? | No -JS |

| Covid Vaccine Screen | |
|---|---|
| Have you received a Covid vaccine? | No -JS |

### Vital Signs - Fri April 29, 2022

| Row Name | 2115 |
|---|---|

| Vital Signs | |
|---|---|
| Temp | 98.8 °F (37.1 °C) -CE |
| Pulse | 89 ! -CE |
| Resp | 18 -CE |
| SpO2 | 100 % -CE |
| BP | 128/81 -CE |

### Vital Signs - Fri April 29, 2022

| Row Name | 2115 |
|---|---|

| Vitals Assessment | |
|---|---|
| Auto Restart Vitals Timer | Yes -CE |

### Vital Signs - Fri April 29, 2022

| Row Name | 1345 | 1330 |
|---|---|---|
| **Vitals Assessment** | | |
| Auto Restart Vitals Timer | — | Yes -CE |
| **Vitals** | | |
| Temp | — | 98.8 °F (37.1 °C) -CE |
| Pulse | — | 85 -CE |
| Resp | — | 18 -CE |
| SpO2 | — | 100 % -CE |
| BP | — | 133/82 -CE |
| **Oxygen Therapy** | | |
| O2 Device | — | None (Room air) -CE |
| **Pain Assessment** | | |
| Pain Assessment | — | 0-10 -CE |
| Pain Score | — | 6 -CE |
| Patient's Stated Pain Goal | — | 1 -CE |
| Pain Type | — | Acute pain -CE |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## All Orders (continued)

**Flowsheets (all recorded) (continued)**

| | | |
|---|---|---|
| Pain Location | — | Ear -CE |
| **Weight** | | |
| Height | 1.83 m (6' 0.05") -CE | — |
| Weight | 100 kg (220 lb 7.4 oz) -CE | — |
| Weight Method | Actual -CE | — |

User Key                                          (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| US | System, Update | — |
| JG | Gracias, Julio | — |
| JS | Saucedo, Juan Miguel, RN | 12/18/20 - 09/12/24 |
| RM | Medina, Rolando, RN | 12/18/20 - 09/12/24 |
| NB | Batavia, Neev, MD | 03/29/21 - 05/15/24 |
| CE | Ekstrom, Candice, RN | 01/31/21 - 09/12/24 |

**Flowsheet Notes**

No notes of this type exist for this encounter.



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

ZZZ RUH PLASTIC SURG
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service: 5/2/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
**26520 Cactus Ave**
**Moreno Valley, CA 92555**
**EIN#: 95-6000930**
**Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840**

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | | Fin. Class: | **No info available** |
| Private? | | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | | Service: | |
| Adm Source: | | Adm Type: | |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | | Encounter Number: | **151143896** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

There is no guarantor information entered for this encounter.

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **No ref. provider found** | **N/A** | |

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside
# University
## HEALTH SYSTEM

ZZZ RUH PLASTIC SURG
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/2/2022

---

**Outgoing Call**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/2/2022 9:01 AM | Ehret, Cynthia, LVN | ZZZ RUH PLASTIC SURG | 151143896 |

**Visit Summary**

Review status set to Review Complete by
Herrero, Janine, RN on 5/2/2022

**Allergies as of 5/2/2022**

No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

## Patient History

**Medical as of 5/2/2022**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

**Surgical as of 5/2/2022**

None

**Family as of 5/2/2022**

None

**Family Status as of 5/2/2022**

None

**Tobacco Use as of 5/2/2022**

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | — | | |
| Source | | | | |
| Provider | | | | |

**Alcohol Use as of 5/2/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Drug Use as of 5/2/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|

Generated on 9/19/24 11:48 AM

Page 44

**CareConnect Partners**

# Riverside
# University
# HEALTH SYSTEM

ZZZ RUH PLASTIC SURG
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/2/2022

## Visit Summary (continued)

### Drug Use as of 5/2/2022 (continued)

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 5/2/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Activities of Daily Living as of 5/2/2022

None

### Occupational as of 5/2/2022

None

### Socioeconomic as of 5/2/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

**Prior to Admission medications have not yet been reviewed for this encounter**

## Telephone Encounter

### Outgoing Call

| | Provider | Department | Center |
|---|---|---|---|
| 5/2/2022 9:01 AM | Ehret, Cynthia, LVN | ZZZ RUH PLASTIC SURG | |

### Care Advice Given

No Care Advice given for this encounter.

### All Orders

No orders found

### All Results

No results found

### Collection Information

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

ZZZ RUH PLASTIC SURG
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/2/2022

## Encounter Notes

**Telephone Encounter signed by Ehret, Cynthia, LVN at 05/02/22 0902**

| | | |
|---|---|---|
| Author: Ehret, Cynthia, LVN | Service: — | Author Type: Licensed Nurse |
| Filed: 05/02/22 0902 | Encounter Date: 5/2/2022 | Status: Signed |
| Editor: Ehret, Cynthia, LVN (Licensed Nurse) | | |

Left VM informing pt of his upcoming ED f/u visit per Dr.Perez.

Electronically signed by Ehret, Cynthia, LVN at 05/02/22 0902

## Health Maintenance

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002310853** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Emergency** | Service: | **Emergency - adult** |
| Adm Source: | **Jail, prison, court, or \*** | Adm Type: | **Emergency** |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | **RUH EMERGENCY DEPT** | Room/Bed: | **CO10/G-10** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | **5/2/2022** | Disch Time: | **1708** |
| Disch Disp: | **21 - Court/Law Enforceme\*** | Encounter Number: | **151156997** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE\* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\* | BARNHILL,HENRY M\* | Self | 202216744 | 00 |
| PO BOX 9610 | | | | |

---



**CareConnect Partners**

# Riverside
# University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **No ref. provider found** | **N/A** | |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## Encounter Information

| | Department | Encounter # |
|---|---|---|
| 5/2/2022 11:29 AM | RUH EMERGENCY DEPT | 151156997 |

## Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | 05/02/2022 1129 | Admit Date/Time: | 05/02/2022 1129 | IP Adm. Date/Time: |
| Admission Type: | Emergency | Point of Origin: | Jail, Prison, Court, Or Law Enforcement | Admit Category: |
| Means of Arrival: | Police | Primary Service: | Emergency - Adult | Secondary Service: N/A |
| Transfer Source: | | Service Area: | RUH SERVICE AREA | Unit: RUH Emergency Department |
| Admit Provider: | | Attending Provider: | Russell, Amy Elizabeth, MD | Referring Provider: |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/02/2022 1708 | 21 - Court/law Enforcement | None | None | RUH Emergency Department |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| H53.8 [Principal] | Other visual disturbances | | | | |
| S02.31XA | Fracture of orbital floor, right side, initial encounter for closed fracture | | | | |
| H43.391 | Other vitreous opacities, right eye | | | | |
| J45.909 | Unspecified asthma, uncomplicated | | | | |
| R01.1 | Cardiac murmur, unspecified | | | | |

## Events

**Admission at 5/2/2022 1129**

| Unit: RUH Emergency Department Patient class: Emergency | Room: CO12 Service: Emergency - Adult | Bed: G-12 |
|---|---|---|

**ED Arrival at 5/2/2022 1129**

Unit: RUH Emergency Department

**ED Roomed at 5/2/2022 1129**

| Unit: RUH Emergency Department Patient class: Emergency | Room: CO12 Service: Emergency - Adult | Bed: G-12 |
|---|---|---|

**Transfer Out at 5/2/2022 1130**

| Unit: RUH Emergency Department Patient class: Emergency | Room: CO12 Service: Emergency - Adult | Bed: G-12 |
|---|---|---|

**Transfer In at 5/2/2022 1130**

| Unit: RUH Emergency Department Patient class: Emergency | Room: CO12 Service: Emergency - Adult | Bed: G-12 |
|---|---|---|

**Transfer In at 5/2/2022 1140**

**CareConnect Partners**

# Riverside
# University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## Events (continued)

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Transfer Out at 5/2/2022 1140

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Transfer In at 5/2/2022 1140

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

ED Transfer at 5/2/2022 1140

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Discharge at 5/2/2022 1708

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Discharge at 5/2/2022 1708

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Review status set to Review Complete by
Herrero, Janine, RN on 5/2/2022

## Allergies as of 5/2/2022

No Known Allergies

## Immunizations

| Name | Date |
|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 |
| Deferral: No Longer Needed | |

## Medical as of 5/2/2022

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

## Problem List

| | Noted | Resolved |
|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC) [S02.30XB]** | 5/3/2022 by Calaguas, Shannon Olivia, MD | No |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

# ED RECORDS

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 5/2/2022 11:29 | 3 - Urgent / Urgent mental health response |

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

**ED Arrival Information (continued)**

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Police | Police | Emergency - Adult | Emergency |

Arrival complaint
eye pain

**ED Disposition**

| ED Disposition **Discharge** | Condition Stable | Comment Henry Michael Barnhill discharge to home/self care. |
|---|---|---|

**ED Provider Notes**

ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002

| Author: Russell, Amy Elizabeth, MD | Service: Emergency - Adult | Author Type: Physician |
|---|---|---|
| Filed: 05/06/22 1002 | Date of Service: 05/02/22 1250 | Status: Signed |
| Editor: Russell, Amy Elizabeth, MD (Physician) | | |

**Riverside University Health Systems**
*Emergency Department Note*

**Patient Identification and History**

**Chief Complaint**
Patient presents with
- Eye Pain
- Headache

**HENRY MICHAEL BARNHILL**
**MRN:** 7637901
**DOB:** 6/9/1978

Henry Michael Barnhill is a 43 y.o. male with past medical history significant for facial trauma s/p altercation with police 0n 4/29. Initially seen at Hemet Hospital and transferred to RUHS.

He was found to have a right orbital blowout fracture as well as a through and through left ear laceration. Laceration was repair and ENT states "will likely require orbital floor repair given large defect." There is plan for operative intervention in clinic with ENT tomorrow, but first patient needs Ophthalmology clearance prior to potential repair.

Patient reports he still has R eye pain which has not worsened. Seeing persistent "flashers and floaters."

*All of the patient's medical, surgical, family, and social histories were reviewed and are accurate below.*

**Past Medical History:**
Diagnosis                                                                                    Date
- Asthma

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## ED Provider Notes (continued)

**ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002 (continued)**

- Heart murmur

History reviewed. No pertinent surgical history.

No family history on file.

**Social History**

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used
Substance Use Topics
- Drug use:                  Never

No current facility-administered medications on file prior to encounter.

No current outpatient medications on file prior to encounter.

No Known Allergies

## Review of Systems

Review of Systems
Constitutional: Negative for fever.
HENT: Positive for facial swelling.
Eyes: Positive for pain and visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for back pain.
Skin: Negative for rash.
Neurological: Negative for seizures, syncope and headaches.
Psychiatric/Behavioral: Negative for confusion.

## Physical Exam

Vitals:
|  | 05/02/22 1131 |
| --- | --- |
| BP: | (!) 146/73 |
| Pulse: | 55 |
| Resp: | 18 |



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

## ED Provider Notes (continued)

**ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002 (continued)**

Temp:          97.3 °F (36.3 °C)
SpO2:          100%

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
    General: He is not in acute distress.
    Appearance: He is not toxic-appearing.
HENT:
    Head: Normocephalic.
    Right Ear: External ear normal.
    Left Ear: External ear normal.
    Nose: Nose normal.
    Mouth/Throat:
    Mouth: Mucous membranes are moist.
    Pharynx: No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
    Comments: **Periorbital ecchymosis; injected conjunctiva; PERRL; difficulty with upward gaze.**
Cardiovascular:
    Rate and Rhythm: Normal rate.
Pulmonary:
    Effort: Pulmonary effort is normal. No respiratory distress.
Musculoskeletal:
    General: No deformity or signs of injury. Normal range of motion.
    Cervical back: Normal range of motion and neck supple.
Skin:
    General: Skin is warm.
    Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
    General: No focal deficit present.
    Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
    Mood and Affect: Mood normal.

## Procedure Documentation

Procedures

## Additional Documentation/Quality Measures

None

## Medical Decision Making

Generated on 9/19/24 11:48 AM

Page 53



**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

### ED Provider Notes (continued)

**ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002 (continued)**

**OXYGEN SATURATION REVIEWED:**
Pulse ox: SpO2: 100 % (05/02 1131) on room air - normal

**ORDERS:**
No orders of the defined types were placed in this encounter.

**MEDICATIONS AND/OR FLUIDS GIVEN IN ED:**
Medications - No data to display

**DIAGNOSTIC TEST RESULTS:**
No results found for this or any previous visit.

**IMAGING:**
No results found.

**Refer to ED course** for ED imaging and ECG interpretation. *Note: Some medications, labs, or imaging in this list may have been ordered by a consulting and/or admitting service. Any radiographs interpreted within this note were those ordered by the Emergency Department physicians or providers. Any additional labs or radiographs noted in the orders are interpreted by the consulting service(s).*

**ED INTERPRETATION:** I personally viewed the above diagnostics, and they showed:
N/A

**CONSULTS:**
None

**RE-ASSESSMENT:** See ED course for further details. Patient remained without acute distress and hemodynamically stable, with no acute events during ED stay.

**ED COURSE:**
**ED Course** as of 05/03/22 1646
**Mon May 02, 2022**
| | |
|---|---|
| 1302 | Spoke to Optho - patient OK to go to eye clinic.  [AR] |
| 1651 | Spoke to Optho - patient OK for discharge with law enforcement.  [AR] |

**ED Course User Index**
[AR] Russell, Amy Elizabeth, MD

---

### Medical Decision Making and Impression

**MEDICAL DECISION MAKING:**

---



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

## ED Provider Notes (continued)

### ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002 (continued)

I have reviewed all the available lab data, EKGs, rhythm strips and radiologic images from this visit to the Emergency Department. When possible I compared this information data set with accessible data from prior visits. The remaining comments will be highlights of this review.

An extensive differential diagnosis was considered. Rather than list the full complement of potential causes of the patients symptoms and signs today, the following MDM is intended to give a general overview of some of the evaluation and thought process used to develop the diagnostic and treatment plan.

**DIFFERENTIAL DIAGNOSIS:**
**Suspect:** R orbital blowout fracture
**Doubt:** ICH, skull Fx

**OTHER DOCUMENTATION REVIEWED:** Prior notes from visit on 4/29

**IMPRESSION:**

|   |   | ICD-10-CM |
|---|---|---|
| 1. | **Blurry vision** | **H53.8** |
| 2. | Orbital floor (blow-out) closed fracture (HCC) | S02.30XA |

## Plan and Disposition

**PLAN:**
Counseled patient regarding diagnosis, diagnostic results, and treatment plan. Henry Michael Barnhill indicated understanding of instructions.
>Cleared by Ophthalmology for surgery with ENT tomorrow

**DISPOSITION:** Discharge back to law enforcement with continued outpatient follow up

**CONDITION:** stable

**PRESCRIPTIONS:**
**Patient's Medications**
 No medications on file

Russell, Amy Elizabeth, MD
05/06/22 1002

Electronically signed by Russell, Amy Elizabeth, MD at 05/06/22 1002

---

## ED Notes.

### ED Notes signed by Herrero, Janine, RN at 05/02/22 1507

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

## ED Notes. (continued)

### ED Notes signed by Herrero, Janine, RN at 05/02/22 1507 (continued)

| | | |
|---|---|---|
| Author: Herrero, Janine, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/02/22 1507 | Date of Service: 05/02/22 1245 | Status: Addendum |
| Editor: Herrero, Janine, RN (Registered Nurse) | | |
| Related Notes: Original Note by Herrero, Janine, RN (Registered Nurse) filed at 05/02/22 1304 | | |

Assumed care of patient. Patient presents for right eye pain and swelling status post physical altercation 3 days ago. Patient states he has pain with EOM on the right eye. No active bleeding or drainage from right eye. Respirations even and unlabored. NAD noted. Officer at bedside. Awaiting orders.

Herrero, Janine, RN
05/02/22 1507

Electronically signed by Herrero, Janine, RN at 05/02/22 1304
Electronically signed by Herrero, Janine, RN at 05/02/22 1507

### ED Notes signed by Herrero, Janine, RN at 05/02/22 1507

| | | |
|---|---|---|
| Author: Herrero, Janine, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/02/22 1507 | Date of Service: 05/02/22 1506 | Status: Signed |
| Editor: Herrero, Janine, RN (Registered Nurse) | | |

Patient given sandwich and water. Tolerating PO well. RSO remains at bedside.

Herrero, Janine, RN
05/02/22 1507

Electronically signed by Herrero, Janine, RN at 05/02/22 1507

### ED Notes signed by Herrero, Janine, RN at 05/02/22 1500

| | | |
|---|---|---|
| Author: Herrero, Janine, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/02/22 1500 | Date of Service: 05/02/22 1459 | Status: Signed |
| Editor: Herrero, Janine, RN (Registered Nurse) | | |

Patient back from Ophthalmology.

Herrero, Janine, RN
05/02/22 1500

Electronically signed by Herrero, Janine, RN at 05/02/22 1500

### ED Notes signed by Herrero, Janine, RN at 05/02/22 1332

| | | |
|---|---|---|
| Author: Herrero, Janine, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/02/22 1332 | Date of Service: 05/02/22 1320 | Status: Signed |
| Editor: Herrero, Janine, RN (Registered Nurse) | | |

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

**ED Notes. (continued)**

**ED Notes signed by Herrero, Janine, RN at 05/02/22 1332 (continued)**

Patient transported to Ophthalmology. Accompanied by PCA.

Herrero, Janine, RN
05/02/22 1332

Electronically signed by Herrero, Janine, RN at 05/02/22 1332

---



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

# HOSPITAL ENCOUNTER NOTES

## Encounter Notes

### Miscellaneous signed by Provider, Scan at 05/03/22 1317

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 05/03/22 1317 | Date of Service: 05/02/22 1129 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

Scan on 5/2/2022 by Provider, Scan: CONFIRMATION OF RECEIPT DOS 050222    1

Electronically signed by Provider, Scan at 05/03/22 1317

### Procedures signed by Provider, Scan at 05/05/22 1541

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 05/05/22 1541 | Date of Service: 05/02/22 1129 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

Procedure Orders
1. OPTHALMOLOGY RESULT SCAN [348380949] ordered by Provider, Scan at 05/02/22 1129

Scan on 5/2/2022 by Provider, Scan: THICKNESS MAP SINGLE EXAM REPORT DOS 050222    1

Electronically signed by Provider, Scan at 05/05/22 1541

### ED Provider MSE Note signed by Russell, Amy Elizabeth, MD at 05/02/22 1139

| | | |
|---|---|---|
| Author: Russell, Amy Elizabeth, MD | Service: Emergency - Adult | Author Type: Physician |
| Filed: 05/02/22 1139 | Date of Service: 05/02/22 1137 | Status: Signed |
| Editor: Russell, Amy Elizabeth, MD (Physician) | | |

**Medical Screening Exam note**

**Medical screening exam start time: 11:37 AM**
**43 y.o. male**
Chief Complaint
Patient presents with
• Eye Pain
• Headache

R sided orbital blowout Fx with plan for repair w/ ENT but needs Optho visit for clearance first. Initial visit was here on 4/29 and patient was to follow up in clinic with Optho today vs coming to ED for optho consult?

**RME Exam: BP (!) 146/73 | Pulse 55 | Temp 97.3 °F (36.3 °C) (Temporal) | Resp 18 | SpO2 100%**

**Amy Elizabeth Russell, MD**
**5/2/2022 11:37 AM**

Russell, Amy Elizabeth, MD
05/02/22 1139

Electronically signed by Russell, Amy Elizabeth, MD at 05/02/22 1139



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## SURGERY REPORT

### Operative Notes

No notes of this type exist for this encounter.

### All Orders

**Ophthalmology Consult [348380935]**

Electronically signed by: **Russell, Amy Elizabeth, MD on 05/02/22 1256**                    Status: **Discontinued**
Ordering user: Russell, Amy Elizabeth, MD 05/02/22 1256    Ordering provider: Russell, Amy Elizabeth, MD
Authorized by: Russell, Amy Elizabeth, MD
Frequency: Once 05/02/22 1257 - 1  occurrence                Discontinued by: Discharge Provider, Automatic 05/02/22
                                                             2209 [Patient Discharge]

Questionnaire

| Question | Answer |
|---|---|
| Reason for Consult? | R orbital blowout Fx; in ED today for Optho clearance prior to ENT intervention |
| Is this Consult for Admission? | No |
| Transfer Service | Ophthalmology |

**OPTHALMOLOGY RESULT SCAN [348380949]**

Electronically signed by: **Interface, Onbase Scanning on 05/02/22 1129**                    Status: **Completed**
Ordering user: Interface, Onbase Scanning 05/02/22 1129    Ordering provider: Provider, Scan
Authorized by: **Provider, Scan**
Frequency:  -

### All Results

                                                Resulted: 05/02/22 0000, Result status: Final
                                                                                     result

**OPTHALMOLOGY RESULT SCAN [348380949]**

Ordering provider: Provider, Scan  05/02/22 1129
Narrative:
Ordered by an unspecified provider.

### Collection Information

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## MEDICATIONS

### All Meds and Administrations

(There are no med orders for this encounter)

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

Reviewed by Herrero, Janine, RN (Registered Nurse) on 05/02/22 at 1334

| Medication | Order | Taking? | Sig | Documenting Provider | Last Dose | Status |
|---|---|---|---|---|---|---|
| No Medications to Display | | | | | | |

# CARE PLAN



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

# PATIENT EDUCATION

## Education

Title: First-Dose Education (Not Started)

Points For This Title

Point: lidocaine HCl/epinephrine (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include
food/drug interactions, reporting of efficacy, and symptoms to report.

Learner    Not documented in this visit.
Progres
s:

Point: morphine sulfate (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include
food/drug interactions, reporting of efficacy, and symptoms to report.

Learner    Not documented in this visit.
Progres
s:

Point: ampicillin sod/sulbactam sod (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include
food/drug interactions, reporting of efficacy, and symptoms to report.

Learner    Not documented in this visit.
Progres
s:

## Discharge Instructions

Barnhill, Henry Michael (MRN 7637901)

None

## Flowsheets (all recorded)

Acuity - Mon May 02, 2022

| Row Name | 1146 | 1131 |
|---|---|---|
| Destination | | |
| Patient Acuity | — | 3 - Urgent / Urgent mental health response -TL |
| ID band verified and on patient | — | Yes -TL |
| Triage Complete | Triage complete -CJ | — |

Cardiac/Telemetry - Mon May 02, 2022

| Row Name | 1245 |
|---|---|
| Cardiac | |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## Flowsheets (all recorded) (continued)

| | |
|---|---|
| Cardiac (WDNL) | Exceptions to WDNL -JH |
| Cardiac Rhythm Extended | Normal sinus rhythm -JH |
| Heart Sounds | S1, S2 -JH |
| Jugular Venous Distention (JVD) | No -JH |
| Pacemaker | No -JH |

### COVID-19 Screening for test eligibility - Mon May 02, 2022

| | |
|---|---|
| Row Name | 1334 |

#### Ask the patient

| | |
|---|---|
| Have you had a positive confirmed test that you have had COVID-19 within the last 14 days? | No -JH |
| Have you been in close contact with someone that was known to be COVID-19 positive within the last 14 days? | No -JH |

#### Ask the patient if they have any of the following symptoms?

| | |
|---|---|
| New onset of Cough | No -JH |
| New onset Shortness of Breath or Difficulty Breathing | No -JH |
| Fever: > 100.4 °F (38 °C) or Chills | No -JH |
| New onset Sore Throat | No -JH |
| New onset of Nasal Congestion or Runny Nose | No -JH |
| New onset loss of Taste or Smell | No -JH |
| New onset Muscle pain | No -JH |
| New onset Headache | No -JH |
| New onset Nausea, | No -JH |

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

**Flowsheets (all recorded) (continued)**

Vomiting,
Diarrhea

### Custom Formula Data - Mon May 02, 2022

| Row Name | 1708 | 1500 | 1131 |
|---|---|---|---|
| **Leg Movement / Arousal Calculations** | | | |
| Other Arousal Index | 0 -CJ | 0 -JH | 0 -TL |
| **OTHER** | | | |
| Adult High Range Vt 10cc/kg FEMALE | 0 mL -CJ | 0 mL -JH | 0 mL -TL |
| MEWS BP Calculation | 0 -CJ | 0 -JH | 0 -TL |
| MEWS HR Calculation | 1 -CJ | 1 -JH | 1 -TL |
| MEWS Temp Calculation | 0 -CJ | 0 -JH | 0 -TL |
| MEWS Resp Rate Calculation | 0 -CJ | 0 -JH | 0 -TL |
| MEWS SPO2 Calculation | 0 -CJ | 0 -JH | 0 -TL |
| MEWS Score (Retired) | 1 -CJ | 1 -JH | 1 -TL |
| MEWS LOC Calculation | 0 -CJ | 0 -JH | 0 -TL |
| **Destination** | | | |
| Pain Score | — | 6 -JH | 8 -TL |
| **Vitals** | | | |
| Heart Rate < 60 | 50 -CJ | 50 -JH | 55 -TL |

### Departure Condition - Mon May 02, 2022

| Row Name | 1708 | 1707 |
|---|---|---|
| **Departure Time/Condition** | | |
| Depart Date | — | 05/02/22 -CJ |
| Depart Time | — | 1707 -CJ |
| Departure Condition | — | Stable -CJ |
| Mobility at Departure | — | Ambulatory -CJ |
| Patient Teaching | — | Discharge instructions reviewed and verified with 2 patient identifiers;Follow-up care reviewed -CJ |
| Departure Mode | — | In police custody |



**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## Flowsheets (all recorded) (continued)

|  |  |  |
|---|---|---|
|  |  | -CJ |

**Vital Signs**

| | | |
|---|---|---|
| Temp | 98.4 °F (36.9 °C) -CJ | — |
| Temp src | Temporal -CJ | — |
| Pulse | **50** ❗ -CJ | — |
| Heart Rate Source | Monitor -CJ | — |
| Resp | 16 -CJ | — |
| SpO2 | 100 % -CJ | — |
| BP | 117/65 -CJ | — |

**Financial Clearance - Mon May 02, 2022**

| Row Name | 1157 |
|---|---|

**Financial Clearance**

| | |
|---|---|
| Financial Clearance Complete? | Yes -AN |

**Gastrointestinal - Mon May 02, 2022**

| Row Name | 1245 |
|---|---|

**Gastrointestinal**

| | |
|---|---|
| Gastrointestinal (WDNL) | Exceptions to WDNL -JH |
| Abdomen Inspection | Flat;Nondistended -JH |
| Bowel Sounds (All Quadrants) | Active -JH |
| Tenderness | Soft;No -JH |

**HEENT - Mon May 02, 2022**

| Row Name | 1245 |
|---|---|

**HEENT**

| | |
|---|---|
| HEENT (WDNL) | Exceptions to WDNL -JH |
| R Eye | Edema 📄<br>echmosis and swelling over right eye -JH |

**ICU Complex Frequent Charting - Mon May 02, 2022**

| Row Name | 1500 |
|---|---|

**Vitals**

| | |
|---|---|
| Temp | 98.1 °F (36.7 °C) -JH |
| Temp src | Oral -JH |
| Pulse | **50** ❗ -JH |
| Heart Rate Source | Monitor -JH |
| Resp | 14 -JH |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## Flowsheets (all recorded) (continued)

| | |
|---|---|
| SpO2 | 100 % -JH |
| BP | 131/77 -JH |
| MAP (mmHg) | 92 mmHg -JH |
| BP Location | Left Upper Arm - JH |
| BP Method | Automated Cuff -JH |
| BP Patient Position | Semi-Fowler -JH |
| Cardiac Rhythm Extended | Sinus bradycardia 📄 per patient, has sinus bradycardia at baseline -JH |

**Level of Sedation**

| | |
|---|---|
| Level of Sedation | Awake, alert -JH |

**Oxygen Therapy**

| | |
|---|---|
| O2 Device | None (Room air) -JH |
| Pulse Oximetry Type | Continuous -JH |
| O2 Sat Location | Left hand -JH |

**Pain Assessment**

| | |
|---|---|
| Pain Assessment | 0-10 -JH |
| Pain Score | 6 -JH |
| Pain Type | Acute pain -JH |
| Pain Location | Eye -JH |
| Pain Orientation | Right -JH |

### Kinder Fall Scale - Mon May 02, 2022

| Row Name | 1334 | 1131 |
|---|---|---|
| **Kinder Fall Scale** | | |
| Presented to ED Because of Falls? | No -JH | No -TL |
| Age >70? | No -JH | No -TL |
| Altered Mental Status? | No -JH | No -TL |
| Impaired Mobility? | No -JH | No -TL |
| In Nurse's Judgement Is Patient At Risk for Falls? (See Row Info) | No -JH | No -TL |

### LACE Scores - Mon May 02, 2022

| Row Name | 1709 |
|---|---|
| **Lace Scores** | |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

## Flowsheets (all recorded) (continued)

| | | |
|---|---|---|
| LACE Score | 3 -US | |
| LACE+ Score | 53 -US | |

**Musculoskeletal - Mon May 02, 2022**

| Row Name | 1144 |
|---|---|
| **Musculoskeletal** | |
| Musculoskeletal (WDNL) | Within Defined Normal Limits - CJ |

**Neurological - Mon May 02, 2022**

| Row Name | 1245 | 1144 |
|---|---|---|
| **Neurological** | | |
| Neuro (WDNL) | Exceptions to WDNL -JH | Within Defined Normal Limits - CJ |
| Level of Consciousness | Oriented;Alert;Awake -JH | — |
| Orientation Level | Oriented X4 -JH | — |
| Cognition | Appropriate judgement;Appropriate attention/concentration;Appropriate safety awareness;Follows commands - JH | — |
| Speech | Clear -JH | — |
| Pupil Assessment | Yes -JH | — |
| R Pupil Size (mm) Before Light | 3 -JH | — |
| R Pupil Size (mm) After Light | 2 -JH | — |
| R Pupil Shape | Round -JH | — |
| R Pupil Reaction | Brisk -JH | — |
| L Pupil Size (mm) Before Light | 3 -JH | — |
| L Pupil Size (mm) After Light | 2 -JH | — |
| L Pupil Shape | Round -JH | — |
| L Pupil Reaction | Brisk -JH | — |
| Headache | — | Yes -CJ |
| Glasgow Coma Assessed | Yes -JH | — |
| **RN Dysphagia Screen** | | |
| Initial Assessment | | None of the above conditions |

---



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

## Flowsheets (all recorded) (continued)

| | | |
|---|---|---|
| (Step 1 RN Dysphagia Screen) | | noted -CJ |
| Immediately after 88 ml (3 oz) of water (Step 2) | — | None of the above conditions noted -CJ |
| 1 minute after 88 ml (3 oz) of water (Step 3) | — | None of the above conditions noted -CJ |
| Patient passed RN Dysphagia Screen | — | Contact Provider to start diet and oral medications -CJ |

### Glasgow Coma Scale

| | | |
|---|---|---|
| Eye Opening | Spontaneous -JH | — |
| Best Verbal Response | Oriented/Infant:c oos and bables -JH | — |
| Best Motor Response | Obeys commands/Infant :moves spontaneously and purposefully -JH | — |
| Glasgow Coma Scale Score | 15 -JH | — |
| GCS Normal for Patient | Yes -JH | — |

### P4 Suicide Screening - Mon May 02, 2022

| Row Name | 1131 |
|---|---|

P4 Suicide Screen

| | |
|---|---|
| Have you had thoughts of actually hurting yourself | No -TL |

### Peripheral Vascular - Mon May 02, 2022

| Row Name | 1245 |
|---|---|

Peripheral Vascular

| | |
|---|---|
| Peripheral Vascular (WDNL) | Exceptions to WDNL -JH |
| Cyanosis | None -JH |
| Capillary Refill: General | Less than 3 seconds (All extremities) -JH |
| Pulses | R radial;L radial -JH |
| R Radial Pulse | Moderate -JH |
| L Radial Pulse | Moderate -JH |

---

**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## Flowsheets (all recorded) (continued)

### Psychosocial - Mon May 02, 2022

| Row Name | 1245 | 1144 |
|---|---|---|
| **Psychosocial** | | |
| Psychosocial (WDNL) | Exceptions to WDNL  -JH | Within Defined Normal Limits  - CJ |
| Patient Behaviors | Cooperative, Calm and Participating in care  -JH | — |

### Quick Triage - Mon May 02, 2022

| Row Name | 1130 |
|---|---|
| **Quick Triage** | |
| Quick Triage Started | Quick Triage Start  -TL |
| Is patient able to ambulate? | Yes  -TL |

### Respiratory - Mon May 02, 2022

| Row Name | 1245 | 1144 |
|---|---|---|
| **Respiratory** | | |
| Respiratory (WDNL) | Exceptions to WDNL  -JH | Within Defined Normal Limits  - CJ |
| Respiratory Pattern | Regular;Unlabored;Even  -JH | — |
| Chest Assessment | Chest expansion symmetrical;Trachea midline  -JH | — |
| Bilateral Breath Sounds | Clear  -JH | — |
| R Breath Sounds | Clear  -JH | — |
| L Breath Sounds | Clear  -JH | — |
| Ventilator Patient | No  -JH | — |

### Skin Assessment - Mon May 02, 2022

| Row Name | 1245 | 1145 |
|---|---|---|
| **Integumentary** | | |
| Integumentary (WDNL) | Exceptions to WDNL  -JH | Within Defined Normal Limits  📄 right eye brusing/swelling noted. hematoma to back of head. s/p alstercation with rso  -CJ |
| Skin Color | Appropriate for ethnicity;Pink  -JH | — |
| Skin Condition/Temp | Warm;Dry  -JH | — |
| Skin Turgor | Non-tenting  -JH | — |

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside
# University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## Flowsheets (all recorded) (continued)

### Wounds

| Does the patient have wounds? | Yes -JH | — |

### Wound 05/02/22 Bruised/Eccymosis Head Posterior;Left ecchymosis on left posterior scalp

| Wound Properties | Date First Assessed: 05/02/22 -JH Time First Assessed: 1245 -JH Wound Type: Bruised/Eccymosis -JH Location: Head -JH Orientation: Posterior;Left -JH Wound Description (Comments): ecchymosis on left posterior scalp -JH Present on Admission: Present on Admission -JH |

### Wound 05/02/22 Laceration Ear Left laceration on left ear, sutures in place

| Wound Properties | Date First Assessed: 05/02/22 -JH Time First Assessed: 1245 -JH Wound Type: Laceration -JH Location: Ear -JH Orientation: Left -JH Wound Description (Comments): laceration on left ear, sutures in place -JH Present on Admission: Present on Admission -JH |

### Suspected Source of Infection - Mon May 02, 2022

| Row Name | 1146 |

### Suspected Source of Infection

| Suspected OR Known Infection? | No -CJ |

### Tetanus - Mon May 02, 2022

| Row Name | 1334 |

### Tetanus/Immunizations

| Tetanus up to date? | Yes -JH |
| Immunizations up to date? | Yes -JH |

### Vaccination Screening - Mon May 02, 2022

| Row Name | 1334 |

### Influenza Vaccine Screen - Third Monday in September through March 31st. Ages 6 months or older

| Have you had an influenza vaccine this season? | No -JH |

### Covid Vaccine Screen

| Have you received a Covid vaccine? | No -JH |

### Vital Signs - Mon May 02, 2022

| Row Name | 1708 | 1500 |

### Vitals Assessment

| Auto Restart Vitals Timer | Yes -CJ | Yes -JH |

### Vital Signs - Mon May 02, 2022

| Row Name | 1131 |

### Vitals Assessment

| Auto Restart Vitals Timer | Yes -TL |

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

**Flowsheets (all recorded) (continued)**

Vitals

| | |
|---|---|
| Temp | 97.3 °F (36.3 °C) -TL |
| Temp src | Temporal -TL |
| Pulse | 55 -TL |
| Resp | 18 -TL |
| SpO2 | 100 % -TL |
| BP | **146/73** ❗ -TL |

Oxygen Therapy

| | |
|---|---|
| O2 Device | None (Room air) -TL |

Pain Assessment

| | |
|---|---|
| Pain Assessment | 0-10 -TL |
| Pain Score | 8 -TL |
| Pain Type | Acute pain -TL |
| Pain Location | Head -TL |

User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| US | System, Update | — |
| AN | Nieto, Andrea | — |
| CJ | Jones, Christopher Michael, RN | 12/18/20 - 09/12/24 |
| TL | Lasalle, Tiffany, RN | 12/18/20 - 09/12/24 |
| JH | Herrero, Janine, RN | 11/14/21 - 09/12/24 |

**Flowsheet Notes**

No notes of this type exist for this encounter.

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002310316** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or \*** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Provider, Not Specified,\*** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | | Encounter Number: | **151143442** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE\* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\* | BARNHILL,HENRY M\* | Self | 202216744 | 00 |
| PO BOX 9610 | | | | |

---



**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

## PROVIDER INFORMATION

|  | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

---

## Appointment Information

**ENT INMATE**
5/3/2022  8:30 AM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 8:30 AM | Xu, Helen Xiao-Ou, MD | RUH ENT CLINIC | 30 min |

Referral Provider:    PROVIDER, NOT SPECIFIED
Enc Form Number:    16733538

Arrival Time:        8:31 AM

---

Notes:

PR// CML
ED d/c f/u per Dr.Perez Ear avulsion, left, initial encounter

### History

| | | | | |
|---|---|---|---|---|
| Made On: | 5/2/2022  8:56 AM | By: | Ehret, Cynthia, LVN | ES |
| Change | 5/2/2022 11:36 AM | By: | Leivas, Charlene | ES |
| Notes: | | | | |
| Changed: | 5/3/2022  8:03 AM | By: | Lopez Figuera, Maria, MA | MR |
| Changed: | 5/3/2022  8:28 AM | By: | Jimenez, Ilse, MA | ES |
| Changed: | 5/3/2022  8:29 AM | By: | Jimenez, Ilse, MA | MR |
| Checked In: | 5/3/2022  8:31 AM | By: | Brown-Richards, Simone | ES |
| Remove | 5/3/2022  8:37 AM | By: | Jimenez, Ilse, MA | MR |
| Arr.: | | | | |
| Changed: | 5/3/2022  9:29 AM | By: | Jimenez, Ilse, MA | ES |
| Changed: | 5/3/2022  9:30 AM | By: | Jimenez, Ilse, MA | MR |
| EOD Status: | 5/7/2022  5:11 AM | By: | Epic, Cadence | ES |
| Checked | 5/9/2022 11:12 AM | By: | Epic, User | AR |
| Out: | | | | |

### Changes

5/3/2022  8:03 AM

Old Appointment:
Visit Type: ENT NEW PT
Provider: **ENT PROVIDER**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: 11:00 AM
Length: 30

New Appointment:
Visit Type: ENT NEW PT
Provider: **Xu, Helen Xiao-Ou, MD**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: 11:00 AM
Length: 30

5/3/2022  8:28 AM

Old Appointment:
Visit Type: **ENT NEW PT**
Provider: **Xu, Helen Xiao-Ou, MD**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: 11:00 AM
Length: 30

New Appointment:
Visit Type: **ENT INMATE**
Provider: **ENT PROVIDER**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: 11:00 AM
Length: 30

5/3/2022  8:29 AM

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service: 5/3/2022

## Appointment Information (continued)

Old Appointment:
Visit Type: ENT INMATE
Provider: **ENT PROVIDER**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: 11:00 AM
Length: 30

New Appointment:
Visit Type: ENT INMATE
Provider: **Xu, Helen Xiao-Ou, MD**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: 11:00 AM
Length: 30

5/3/2022 9:29 AM

Old Appointment:
Visit Type: ENT INMATE
Provider: **Xu, Helen Xiao-Ou, MD**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: **11:00 AM**
Length: 30

New Appointment:
Visit Type: ENT INMATE
Provider: **ENT PROVIDER**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: **8:30 AM**
Length: 30

5/3/2022 9:30 AM

Old Appointment:
Visit Type: ENT INMATE
Provider: **ENT PROVIDER**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: 8:30 AM
Length: 30

New Appointment:
Visit Type: ENT INMATE
Provider: **Xu, Helen Xiao-Ou, MD**
Dept: RUH ENT CLINIC [500101054]
Date: 5/3/2022
Time: 8:30 AM
Length: 30

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/3/2022 8:30 AM | Xu, Helen Xiao-Ou, MD | RUH ENT CLINIC<br>Arrive at: Lower Level | 151143442 |

## Visit Summary

### Reason for Visit

**New Consult**

### Diagnoses

Comments

**Closed fracture of right orbital floor with delayed healing, subsequent encounter**
- Primary

### Problem List as of 5/3/2022

Not Reviewed in this Encounter

| | ICD-10-CM | Priority | Class | Noted -<br>Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 -<br>Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

## Visit Summary (continued)

Review status set to Review Complete by
Jimenez, Ilse, MA on 5/3/2022

**Allergies as of 5/3/2022**

No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

**Vitals**

Most recent update: 5/3/2022  8:38 AM

| BP | Pulse | Temp | SpO2 |
|---|---|---|---|
| 134/70 | **52** ! | 98 °F (36.7 °C) (Tympanic) | 96% |

## Patient History

**Medical as of 5/3/2022**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

**Surgical as of 5/3/2022**

None

**Family as of 5/3/2022**

None

**Family Status as of 5/3/2022**

None

**Tobacco Use as of 5/3/2022**

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | — | | |
| Source | | | | |
| Provider | | | | |

**Alcohol Use as of 5/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Drug Use as of 5/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service: 5/3/2022

## Visit Summary (continued)

### Drug Use as of 5/3/2022 (continued)

### Sexual Activity as of 5/3/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Activities of Daily Living as of 5/3/2022

None

### Occupational as of 5/3/2022

None

### Socioeconomic as of 5/3/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## All Orders

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Medication Documentation Review Audit

**Prior to Admission medications have not yet been reviewed for this encounter**

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/3/2022 8:30 AM | Xu, Helen Xiao-Ou, MD | RUH ENT CLINIC Arrive at: Lower Level | |

### Reason for Call

**New Consult**

### Care Advice Given

No Care Advice given for this encounter.

## All Orders

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

---

**OR Case Request Order: ORIF, FRACTURE, ORBITAL FLOOR [348380943]**

Electronically signed by: **Calaguas, Shannon Olivia, MD on 05/03/22 1000**          Status: **Discontinued**
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
1000
Authorized by: Inman, Jared Christian, MD
Frequency:  05/03/22 -          Discontinued by: Epic, User 06/02/23 0207 [Order Expired]
Diagnoses
Closed fracture of right orbital floor with delayed healing, subsequent encounter [S02.31XG]

Questionnaire

| Question | Answer |
|---|---|
| Free Text Pre-op Diagnosis | Orbital blowout fracture with entrapment |
| Requested Procedure Length (Minutes) | 110 |
| Post-op destination? | Bed Not Required |
| Case Classification? | *SCHEDULED CASE |
| Case Prioritization | Normal |
| CPT Code(s) | 21386 |
| Add on case? | No |
| Is MRI Needed for Surgery? | No |
| Diagnosis codes | Open blow-out fracture of orbital floor with delayed healing, subsequent encounter |
| Special needs | Midface tray, mesh for orbital floor reconstruction |

---

**Vital Signs [348380937]**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Xu, Helen Xiao-Ou, MD
Frequency: Until Discontinued 05/03/22 0958 - Until
Specified

---

**Insert PIV [348380938]**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Xu, Helen Xiao-Ou, MD
Frequency: Once 05/03/22 0958 - 1  occurrence

---

**sodium chloride IV syringe flush 1-3 mL [348380939]**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Calaguas, Shannon Olivia, MD
PRN reasons: Line Care
Frequency: PRN 05/03/22 1052 - 30  days
Discontinued by: James, Mary, RN 05/09/22 0818

---

**NPO [348380940]**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

---

## All Orders (continued)

### NPO [348380940] (continued)

0958
Authorized by: Xu, Helen Xiao-Ou, MD
Frequency: Start Midnight 05/04/22 - Until Specified          Diet: NPO

### MRSA-ASC per protocol [348380941]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22     Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Xu, Helen Xiao-Ou, MD
Frequency: Once 05/03/22 0958 - 1  occurrence

### sodium chloride 0.9% (NS) IV solution [348380942]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22     Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Calaguas, Shannon Olivia, MD
Frequency: Continuous 05/03/22 1055 - 30  days
Discontinued by: James, Mary, RN 05/09/22 0818

---

## All Results

No results found

## Collection Information

## Encounter Notes

### Progress Notes signed by Calaguas, Shannon Olivia, MD at 05/03/22 2040

| | | |
|---|---|---|
| Author: Calaguas, Shannon Olivia, MD | Service: — | Author Type: **Resident** |
| Filed: 05/04/22 0943 | Encounter Date: 5/3/2022 | Status: Signed |
| Editor: Xu, Helen Xiao-Ou, MD (Physician) | | |
| Related Notes: Original Note by Calaguas, Shannon Olivia, MD (Resident) filed at 05/03/22 2040 | | |

**Riverside University Health System**
**ENT Clinic**
**New Patient Evaluation**

**Subjective:**

**Chief Complaint:** ED follow up

**History of Present Illness:**

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

## Encounter Notes (continued)

**Progress Notes signed by Calaguas, Shannon Olivia, MD at 05/03/22 2040 (continued)**

Henry Michael Barnhill is a 43 y.o. male who presents for an ED follow up after ear laceration and right orbital blowout fracture on 4/29/22. He was in an altercation with police. He reports improvement in left ear pain and swelling. Complains of diplopia and significant eye pain, particularly with rightward and upward gaze. Also with light sensitivity. He was seen by ophthalmology while in the ED and his globe was cleared for intervention. He reports history of a "hole" in his heart since birth that is asymptomatic and has not caused any issues. No history of tobacco use.

**Past Medical History:**
Diagnosis                                                                                    Date
  • Asthma
  • Heart murmur

No past surgical history on file.

**Social History**

Tobacco Use
  • Smoking status:              Never Smoker
  • Smokeless tobacco:       Never Used
Substance Use Topics
  • Drug use:                        Never

No family history on file.

Allergy: No Known Allergies

Current Meds:
No current outpatient medications on file prior to visit.

No current facility-administered medications on file prior to visit.

**Review of Systems:**
Cardiovascular:  - recent chest pain
Pulmonary: - intermittent dyspnea on exertion
Eyes: +right vision change, +right eye pain, +diplopia
ENT: see details in HPI
Neurological: - extremity weakness, - slurred speech
Hematologic: - bleeding disorders

**Objective:**
Blood pressure 134/70, pulse (!) 52, temperature 98 °F (36.7 °C), temperature source Tympanic, SpO2 96 %.There is no height or weight on file to calculate BMI.



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

---

Encounter Notes (continued)

Progress Notes signed by Calaguas, Shannon Olivia, MD at 05/03/22 2040 (continued)

---

**General:** Well developed, well nourished, well groomed, normal communication and understanding with good vocal quality and strength
**Head and Face:** Normal facial strength bilaterally. Decreased V2 sensation on right compared to left
**Skin:** No skin lesions
**Ears:** Left superior pinna incisions intact with absorbable sutures, warm, ecchymotic and with moderate edema, no fluctuance or erythema
Right:EAC clear, TM intact
Left:EAC clear, TM intact
**Eyes:** Right periorbital improving ecchymosis present. Mild-moderate edema. Patient reporting diplopia at rest and with eye movement. EOMI but with significant limiting pain with rightward and upward gaze
**Nose:** Nares normal. No drainage or sinus tenderness.
**Oral cavity:** Normal lips, normal dentition and occlusion, no mucosal lesions

**Oral pharynx:** Normal tonsils bilaterally, no pharyngeal lesions
**Neck/Lymphatic:** Non tender, trachea midline, no palpable cervical adenopathy
**Thyroid:** No thyroid nodules palpated
**Neurologic:** Alert and oriented
**Heart:** Warm, well-perfused
**Respiratory:** Quiet breathing, no audible rales, rhonchi, or stridor

Tests Reviewed:
4/29/22 OSH CT with displaced right orbital blowout fracture

**Assessment:**

| Diagnosis | ICD-10-CM | Plan |
|---|---|---|
| 1. **Closed fracture of right orbital floor with delayed healing, subsequent encounter** | **S02.31XG** | **OR Case Request Order: ORIF, FRACTURE, ORBITAL FLOOR** |

**Plan/Order:**

- OR on 5/9/2022 with Dr. Inman for ORIF of right orbital floor fracture. Risks, benefits, and alternatives of procedure discussed with patient, who expressed understanding and would like to proceed
- E-consent signed today
- Patient to obtain preoperative echocardiogram given history of congenital cardiac defect, CBC, and BMP prior to surgery. Also needs to complete a COVID test within 3 days of surgery.
- Head of bed elevation
- No nose blowing, no leaning over, no heavy lifting or strenuous activity

---



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service:  5/3/2022

## Encounter Notes (continued)

**Progress Notes signed by Calaguas, Shannon Olivia, MD at 05/03/22 2040 (continued)**

- Vaseline or Aquaphor ointment to left ear laceration BID
- RTC 1 week after surgery

Shannon Calaguas, MD, PGY-3
Otolaryngology - Head and Neck Surgery
Pager: 9351/scalaguas


CC:
Provider, Not Specified, Pa
No address on file


Attending's attestation:

I discussed the management with the resident physician. I reviewed and edited the resident physician's note and agree with the documented findings and plan of care.

Helen Xu, MD


Electronically signed by Calaguas, Shannon Olivia, MD at 05/03/22 2040
Electronically signed by Xu, Helen Xiao-Ou, MD at 05/04/22 0943

**Miscellaneous signed by Provider, Scan at 05/05/22 1114**

| Author: Provider, Scan | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 05/05/22 1114 | Encounter Date: 5/3/2022 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

Scan on 5/3/2022 by Provider, Scan: COUNTY OF RIVERSIDE JAIL  1


Electronically signed by Provider, Scan at 05/05/22 1114

## ORDERS PLACED OR RELEASED THIS ENCOUNTER

Cancelled:

Vital Signs [NUR490 Custom] Order #:  348380937

**Vital Signs** Cancel Held                                                      Order: 348380937

Status: **Cancel Held**


Result Care Coordination
Patient Communication

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service: 5/3/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

**Vital Signs (continued)** Cancel Held

Order: 348380937

☒ Not Released                                    ✗ Not seen

There are currently no released instances of this order

Cancelled:

Insert PIV [IVT3 Custom]  Order #: 348380938

**Insert PIV** Cancel Held

Order: 348380938

Status: **Cancel Held**

Result Care Coordination
🖉 Patient Communication

☒ Not Released                                    ✗ Not seen

There are currently no released instances of this order

Cancelled:

NPO [DIET40 Custom]  Order #: 348380940

**NPO** Cancel Held

Order: 348380940

Status: **Cancel Held**

Result Care Coordination
🖉 Patient Communication

☒ Not Released                                    ✗ Not seen

There are currently no released instances of this order

Cancelled:

MRSA-ASC per protocol [LAB234 Custom]  Order #: 348380941

**MRSA-ASC per protocol** Cancel Held

Order: 348380941

Status: **Cancel Held**
Specimen Information:         Nasopharyngeal Swab

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310316
Associated Date of Service: 5/3/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

**MRSA-ASC per protocol (continued)** Cancel Held                     Order: 348380941

Result Care Coordination

☞ Patient Communication

☑ Not Released                          ✗ Not seen

There are currently no released instances of this order

Cancelled:

OR Case Request Order: ORIF, FRACTURE, ORBITAL FLOOR [SUR1 Custom]  Order #:  348380943

**OR Case Request Order: ORIF, FRACTURE, ORBITAL FLOOR**
Discontinued (Order Expired)                          Order: 348380943

Status:  **Discontinued (Order Expired)**

Result Care Coordination

☞ Patient Communication

☑ Not Released                          ✗ Not seen

There are currently no released instances of this order

**Health Maintenance**

|                                          | Date Due    | Completion Dates |
|------------------------------------------|-------------|------------------|
| Lipid Panel                              | **Never done** | ---           |
| Colon Cancer Screening                   | **Never done** | ---           |
| Wellness Check                           | **Never done** | ---           |
| PHQ2 - Depression Screening              | **Never done** | ---           |
| HIV Screening                            | **Never done** | ---           |
| Hep C Screening                          | **Never done** | ---           |
| Hepatitis B Screening                    | **Never done** | ---           |
| DTaP,Tdap,and Td Vaccines (1 - Tdap)     | **Never done** | ---           |
| COVID-19 Vaccine (1 - 2023-24 season)    | **Never done** | ---           |
| Influenza Vaccine (1)                    | 09/01/2024  | ---              |

---



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002310646** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or \*** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Affeldt, John Charles, MD** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | | Encounter Number: | **151152029** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|
| | | | | | |

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE\* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| **RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\*** | **BARNHILL,HENRY M\*** | **Self** | **202216744** | **00** |
| PO BOX 9610 | | | | |



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

## PROVIDER INFORMATION

|  | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**
## Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

---

**Appointment Information**

**EYE INMATE**
5/5/2022 10:30 AM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 10:30 AM | Affeldt, John Charles, MD | RUH EYE CLINIC | 30 min |

Referral Provider:  PROVIDER, NOT SPECIFIED
Enc Form Number:  16757980

Arrival Time:      6:12 AM
Bill Area:         OPHTHALMOLOGY

Notes:

PR/JFT
RCJ*** Monday for EOM check, Pupil check, Color plates, DFE OU

History

| | | | | | |
|---|---|---|---|---|---|
| Made On: | 5/2/2022 10:32 AM | By: | Fonseca, Genesis | | ES |
| Change Notes: | 5/4/2022 8:45 AM | By: | Frazier-Thomas, Jeneca | | ES |
| Checked In: | 5/5/2022 6:12 AM | By: | Frazier-Thomas, Jeneca | | ES |
| Remove Arr.: | 5/5/2022 8:17 AM | By: | Culpepper, Brenda, MA | | MR |
| Changed: | 5/5/2022 9:19 AM | By: | Zamudio, Gabriela | | MR |
| EOD Status: | 5/9/2022 5:11 AM | By: | Epic, Cadence | | ES |
| Checked Out: | 5/9/2022 11:12 AM | By: | Epic, User | | AR |

Changes

5/5/2022  9:19 AM

**Old Appointment:**
Visit Type: EYE INMATE
Provider: **INMATE EYE CLINIC PROVIDER**
Dept: RUH EYE CLINIC [500101055]
Date: 5/5/2022
Time: 10:30 AM
Length: 30

**New Appointment:**
Visit Type: EYE INMATE
Provider: **Affeldt, John Charles, MD**
Dept: RUH EYE CLINIC [500101055]
Date: 5/5/2022
Time: 10:30 AM
Length: 30

---

**Encounter Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/5/2022 10:30 AM | Affeldt, John Charles, MD | RUH EYE CLINIC<br>Arrive at: 1st Floor | 151152029 |

---

## Visit Summary

**Reason for Visit**

| **New Consult** | Henry Michael Barnhill is a 43 y.o. male here for new patient evaluation. Patient still c/o eye pain sometimes, denies spots, floaters/flashing lights; no eye drops are being used. |
|---|---|

**Diagnoses**

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

---

## Visit Summary (continued)

### Diagnoses (continued)

Comments

**Open blow-out fracture of orbital floor with routine healing, subsequent encounter**   - Primary

---

### Problem List as of 5/5/2022

Date Reviewed: **5/5/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

Review status set to Review Complete by
Ahmed, Harris, DO on 5/5/2022

### Allergies as of 5/5/2022

No Known Allergies

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

## Patient History

### Medical as of 5/5/2022

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hypertension [I10] | 05/05/2022 | — | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | Provider |

### Surgical as of 5/5/2022

Pertinent Negatives

---

Generated on 9/19/24 11:48 AM

Page 87



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service: 5/5/2022

## Visit Summary (continued)

### Surgical as of 5/5/2022 (continued)

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |

### Family as of 5/5/2022

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 5/5/2022

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Negative History | — | — | — | — | — | — | — |

### Tobacco Use as of 5/5/2022

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | | | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | — | | |
| Source | | | | |
| Provider | | | | |

### Alcohol Use as of 5/5/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Drug Use as of 5/5/2022

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|

**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

## Visit Summary (continued)

### Drug Use as of 5/5/2022 (continued)

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 5/5/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Activities of Daily Living as of 5/5/2022

None

### Occupational as of 5/5/2022

None

### Socioeconomic as of 5/5/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Base Ophthalmology Exam

### Visual Acuity (Snellen - Linear)

| | Right | Left |
|---|---|---|
| Dist sc | 20/20 | 20/20 |

### Tonometry (Tonopen, 8:26 AM)

| | Right | Left |
|---|---|---|
| Pressure | 12 | 15 |

1 drop of proparacaine in both eyes (IOP) check

### Pupils

| | Dark | Light | Shape | React |
|---|---|---|---|---|
| Right | 3 | 2 | Round | Brisk |
| Left | 3 | 2 | Round | Brisk |

### Visual Fields

| | Right | Left |
|---|---|---|
| | Full | Full |

### Extraocular Movement

| | Right | Left |
|---|---|---|
| | Full | Full |

### Dilation

Both eyes: 0.5% Proparacaine, 2.5% Phenylephrine, Tropicamide 1% @ 8:22 AM

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

## Visit Summary (continued)
### Base Ophthalmology Exam (continued)

### Main Ophthalmology Exam

#### External Exam

|  | Right | Left |
| --- | --- | --- |
| External | Ecchymosis | Normal |

#### Slit Lamp Exam

|  | Right | Left |
| --- | --- | --- |
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | Clear | Clear |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | Clear | Clear |
| Vitreous | Normal | Normal |

#### Fundus Exam

|  | Right | Left |
| --- | --- | --- |
| Disc | Normal | Normal |
| C/D Ratio | 0.3 | 0.3 |
| Macula | Normal | Normal |
| Vessels | Normal | Normal |
| Periphery | Normal | Normal |

### Refraction

#### Manifest Refraction (Auto)

|  | Sphere | Cylinder | Axis |
| --- | --- | --- | --- |
| Right | +0.00 | -0.25 | 063 |
| Left | -0.25 | -0.50 | 116 |

Pd= 69mm

### Medications

#### Ordered Facility-Administered Medications

|  | Dose | Freq | Start | End |
| --- | --- | --- | --- | --- |
| **proparacaine (ALCAINE) 0.5 % ophthalmic solution 1 drop** | 1 drop | Once | 5/5/2022 | 5/5/2022 |
| Route: Each Eye | | | | |
| **phenylephrine (AK-DILATE) 2.5 % ophthalmic solution 1 drop** | 1 drop | Once | 5/5/2022 | 5/5/2022 |
| Route: Each Eye | | | | |
| **tropicamide (MYDRIACYL) 1 % ophthalmic solution 1 drop** | 1 drop | Once | 5/5/2022 | 5/5/2022 |
| Route: Each Eye | | | | |



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service: 5/5/2022

## Medications (continued)

### All Orders

**Pharmacy Actions**

| Type | Date/Time | User | Extra Information | | |
|------|-----------|------|------------------|--|--|
| Admin | Thu May 5, 2022 1415 | Romero, Kati | **proparacaine 0.5 % Drop [6644]** | | |
| | | | Amount to Base Charge on: 15 mL | Package: 15 mL DROP BTL (17478-263-12) | Charge Dropped: 198.720 |
| | | | Charge Method: Orals/Topicals/Controlled Oral (System picked) | Charge Map: G/ML MAPPING | Charge Table: RUH ORAL SOLID |
| | | | Implied Quantity: 1 | | Implied Unit Type: Entire Package |
| | | | Acquisition Cost: 3.315 | | |
| | | | Package From: MAR | | |

**Pharmacy Actions**

| Type | Date/Time | User | Extra Information | | |
|------|-----------|------|------------------|--|--|
| Admin | Thu May 5, 2022 1415 | Romero, Kati | **phenylephrine 2.5 % Drop [6246]** | | |
| | | | Amount to Base Charge on: 2 mL | Package: 2 mL DROP BTL (17478-201-02) | Charge Dropped: 175.660 |
| | | | Billing Code Quantity: 1.00 | Billing Code: J3490 | |
| | | | Charge Method: Orals/Topicals/Controlled Oral (System picked) | Charge Map: G/ML MAPPING | Charge Table: RUH ORAL SOLID |
| | | | Implied Quantity: 1 | | Implied Unit Type: Entire Package |
| | | | Acquisition Cost: 0.910 | | |
| | | | Package From: MAR | | |

**Pharmacy Actions**

| Type | Date/Time | User | Extra Information | | |
|------|-----------|------|------------------|--|--|
| Admin | Thu May 5, 2022 1415 | Romero, Kati | **tropicamide 1 % Drop [8250]** | | |
| | | | Amount to Base Charge on: 15 mL | Package: 15 mL DROP BTL (17478-102-12) | Charge Dropped: 37.710 |
| | | | Charge Method: Orals/Topicals/Controlled Oral (System picked) | Charge Map: G/ML MAPPING | Charge Table: RUH ORAL SOLID |
| | | | Implied Quantity: 1 | | Implied Unit Type: Entire Package |
| | | | Acquisition Cost: 3.480 | | |
| | | | Package From: MAR | | |

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service: 5/5/2022

---

## All Orders (continued)

### Medication Documentation Review Audit

Reviewed by Ahmed, Harris, DO (Resident) on 05/05/22 at 0854

| Medication | Order | Taking? | Sig | Documenting Provider | Last Dose | Status |
|---|---|---|---|---|---|---|
| No Medications to Display | | | | | | |

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/5/2022 10:30 AM | Affeldt, John Charles, MD | RUH EYE CLINIC Arrive at: 1st Floor | |

### Reason for Call

| **New Consult** | Henry Michael Barnhill is a 43 y.o. male here for new patient evaluation. Patient still c/o eye pain sometimes, denies spots, floaters/flashing lights; no eye drops are being used. |
|---|---|

### Care Advice Given

No Care Advice given for this encounter.

## All Orders

### proparacaine (ALCAINE) 0.5 % ophthalmic solution 1 drop [348380946]

Electronically signed by: **Ahmed, Harris, DO on 05/05/22 0907**                    Status: **Completed**
Ordering user: Ahmed, Harris, DO 05/05/22 0907          Ordering provider: Ahmed, Harris, DO
Authorized by: Perea, Samantha Ellen, MD
Frequency: Once 05/05/22 0910 - 1  occurrence          Released by: Ahmed, Harris, DO 05/05/22 0907
Diagnoses
Open blow-out fracture of orbital floor with routine healing, subsequent encounter [S02.30XD]
Package: 17478-263-12

### phenylephrine (AK-DILATE) 2.5 % ophthalmic solution 1 drop [348380947]

Electronically signed by: **Ahmed, Harris, DO on 05/05/22 0907**                    Status: **Completed**
Ordering user: Ahmed, Harris, DO 05/05/22 0907          Ordering provider: Ahmed, Harris, DO
Authorized by: Perea, Samantha Ellen, MD
Frequency: Once 05/05/22 0910 - 1  occurrence          Released by: Ahmed, Harris, DO 05/05/22 0907
Diagnoses
Open blow-out fracture of orbital floor with routine healing, subsequent encounter [S02.30XD]
Package: 17478-201-02

### tropicamide (MYDRIACYL) 1 % ophthalmic solution 1 drop [348380948]

Electronically signed by: **Ahmed, Harris, DO on 05/05/22 0907**                    Status: **Completed**
Ordering user: Ahmed, Harris, DO 05/05/22 0907          Ordering provider: Ahmed, Harris, DO
Authorized by: Perea, Samantha Ellen, MD

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

---

## All Orders (continued)

### tropicamide (MYDRIACYL) 1 % ophthalmic solution 1 drop [348380948] (continued)

Frequency: Once 05/05/22 0910 - 1 occurrence          Released by: Ahmed, Harris, DO 05/05/22 0907
Diagnoses
Open blow-out fracture of orbital floor with routine healing, subsequent encounter [S02.30XD]
Package: 17478-102-12

### OPTHALMOLOGY RESULT SCAN [349964686]

Electronically signed by: **Interface, Onbase Scanning on 05/05/22 0612**          Status: **Completed**
Ordering user: Interface, Onbase Scanning 05/05/22 0612    Authorized by: Provider, Scan
Frequency:  -

---

## All Results

Resulted: 05/05/22 0000, Result status: Final
result

### OPTHALMOLOGY RESULT SCAN [349964686]

Narrative:
Ordered by an unspecified provider.

---

## Collection Information

---

## Encounter Notes

### Procedures signed by Provider, Scan at 05/10/22 1241

Author: Provider, Scan          Service: —                    Author Type: Physician
Filed: 05/10/22 1241          Encounter Date: 5/5/2022          Status: Signed
Editor: Provider, Scan (Physician)
   Procedure Orders
     1. OPTHALMOLOGY RESULT SCAN [349964686] ordered by Interface, Onbase Scanning at 05/05/22 0612

   Scan on 5/5/2022 by Provider, Scan: DOS 050522    1

Electronically signed by Provider, Scan at 05/10/22 1241

### Progress Notes signed by Ahmed, Harris, DO at 05/05/22 0913

Author: Ahmed, Harris, DO          Service: —                    Author Type: **Resident**
Filed: 05/05/22 0913          Encounter Date: 5/5/2022          Status: Attested
Editor: Ahmed, Harris, DO (Resident)                    Cosigner: Perea, Samantha Ellen,
                                                         MD at 05/05/22 1626

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current
medications, past family history, past medical history, past social history, past surgical history and problem list.

I have reviewed and agree with the Review of Systems documented today

Diagnoses and associated orders for this visit include:

## 1. Orbital Fracture Right Sided

---

Generated on 9/19/24 11:48 AM

Page 93



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

---

## Encounter Notes (continued)

### Progress Notes signed by Ahmed, Harris, DO at 05/05/22 0913 (continued)

- no entrapment, VA 20/20, pain resolved with EOM, no double vision 5/5/22
- no tear/break/detachment on exam OU

**Plan**
- globe cleared for surgery
- No acute intervention from ophthalmology perspective

Harris Ahmed, DO, MPH
PGY-2 Ophthalmology
9045

Seen and discussed with Dr. Perea

### Attestation signed by Perea, Samantha Ellen, MD at 05/05/22 1626

I performed a history and physical examination of the patient and directed the management with the resident physician. I reviewed and updated, when necessary, the resident physician's note. I agree with the final documented findings and plan of care.

Electronically signed by Ahmed, Harris, DO at 05/05/22 0913
Electronically signed by Perea, Samantha Ellen, MD at 05/05/22 1626

### Patient Instructions signed by Ahmed, Harris, DO at 05/05/22 0913

| Author: Ahmed, Harris, DO | Service: — | Author Type: **Resident** |
|---|---|---|
| Filed: 05/05/22 0913 | Encounter Date: 5/5/2022 | Status: **Signed** |
| Editor: Ahmed, Harris, DO (Resident) | | |

How the Eye Works



Sharp vision depends on many factors. The parts of the eye work together to bend (refract) and focus light rays. For normal vision, light must focus onto the retina.
**Cornea**

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

## Encounter Notes (continued)

**Patient Instructions signed by Ahmed, Harris, DO at 05/05/22 0913 (continued)**

Light enters the eye through this clear, dome-shaped tissue that covers the front of the eye. The cornea bends light rays to help focus them. Problems with its shape can affect vision.

**Pupil**
This circular window in the center of the iris opens and closes to let the right amount of light into the eye.

**Iris**
This is the colored part of the eye. It contains muscles that open (dilate) and close (constrict) the pupil.

**Lens**
This disk of clear tissue behind the pupil changes shape to help focus light.

**Retina**
This thin layer of light-sensitive tissue lines the inside back of the eye. It sends images as electrical impulses to the optic nerve.

**Optic nerve**
This nerve carries signals from the retina to the brain. The brain then interprets these signals to make images. These images are what you see.

StayWell last reviewed this educational content on 7/1/2020
© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Electronically signed by Ahmed, Harris, DO at 05/05/22 0913

**Addendum Note signed by Perea, Samantha Ellen, MD at 05/05/22 1626**

Author: Perea, Samantha Ellen, MD      Service: —                          Author Type: **Physician**
Filed: 05/05/22 1626                          Encounter Date: 5/5/2022          Status: **Signed**
Editor: Perea, Samantha Ellen, MD (Physician)
Added by: PEREA, SAMANTHA on: 5/5/2022 04:26 PM    Modules accepted: Level of Service
Electronically signed by Perea, Samantha Ellen, MD at 05/05/22 1626

## ORDERS PLACED OR RELEASED THIS ENCOUNTER

OPTHALMOLOGY RESULT SCAN [SCAN215 Custom]  Order #:  349964686

**OPTHALMOLOGY RESULT SCAN** Final result                                    Order: 349964686

Status: **Final result**

Narrative
    Ordered by an unspecified provider.
                          Last Resulted: **05/05/22 00:00**

Scans on Order 349964686
    Scan on 5/5/2022 by Provider, Scan: DOS 050522



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310646
Associated Date of Service:  5/5/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

**OPTHALMOLOGY RESULT SCAN (continued)** Final result

Order: 349964686

Result Care Coordination

🖐Patient Communication

☑ Not Released                    ✗ Not seen

**Health Maintenance**

|  | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service: 5/6/2022

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
**26520 Cactus Ave**
**Moreno Valley, CA 92555**
**EIN#: 95-6000930**
**Case Management - Phone (951) 486-5125 - Fax (951) 486-5840**
**Barnhill, Henry Michael**

| | |
|---|---|
| Patient ID: | **7637901** |
| Hosp Acct ID: | Fin. Class: **No info available** |
| Private? | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | | Service: | |
| Adm Source: | | Adm Type: | |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | | Encounter Number: | **151329355** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

There is no guarantor information entered for this encounter.

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified\*** | **None** | **No address on file** |
| Ref: **No ref. provider found** | **N/A** | |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/6/2022

---

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/6/2022 8:51 AM | Calaguas, Shannon Olivia, MD | RUH ENT CLINIC | 151329355 |

## Visit Summary

**Problem List** as of 5/6/2022                                   Date Reviewed: **5/5/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

   Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
   Added automatically from request for surgery 1125174

Review status set to Review Complete by Bayot-
Cabios, Hazel, RN on 5/6/2022

**Allergies as of 5/6/2022**
   No Known Allergies

## Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | | Deferral: No Longer Needed | |

## Patient History

**Medical as of 5/6/2022**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hypertension [I10] | 05/05/2022 | — | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | Provider |

**Surgical as of 5/6/2022**

Pertinent Negatives

---

Generated on 9/19/24 11:48 AM

Page 98



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/6/2022

## Visit Summary (continued)

### Surgical as of 5/6/2022 (continued)

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |

### Family as of 5/6/2022

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 5/6/2022

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Negative History | — | — | — | — | — | — | — |

### Tobacco Use as of 5/6/2022

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | — | | |

Source
Provider

### Alcohol Use as of 5/6/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| — | | | — | Provider |

### Drug Use as of 5/6/2022

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|



**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/6/2022

## Visit Summary (continued)

### Drug Use as of 5/6/2022 (continued)

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 5/6/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Activities of Daily Living as of 5/6/2022

None

### Occupational as of 5/6/2022

None

### Socioeconomic as of 5/6/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

\*\*Prior to Admission medications have not yet been reviewed for this encounter\*\*

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/6/2022 8:51 AM | Calaguas, Shannon Olivia, MD | RUH ENT CLINIC | |

### Care Advice Given

No Care Advice given for this encounter.

### All Orders

No orders found

### All Results

No results found

### Collection Information



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  5/6/2022

**Collection Information (continued)**

## Encounter Notes

**Progress Notes signed by Calaguas, Shannon Olivia, MD at 05/06/22 0852**

| Author: Calaguas, Shannon Olivia, MD | Service: — | Author Type: Resident |
|---|---|---|
| Filed: 05/06/22 0852 | Encounter Date: 5/6/2022 | Status: Signed |
| Editor: Calaguas, Shannon Olivia, MD (Resident) | | |

Echocardiogram is not mandatory for patient to proceed with planned surgery on 5/9/22.

Shannon Calaguas, MD, PGY-3
Otolaryngology - Head and Neck Surgery
Pager: 9351/scalaguas

Electronically signed by Calaguas, Shannon Olivia, MD at 05/06/22 0852

## Health Maintenance

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |



**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service:  5/6/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002312246** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Clinic or physician's of\*** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Provider, Not Specified,\*** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | | Encounter Number: | **151196662** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE\* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\* | BARNHILL,HENRY M\* | Self | 202216744 | 00 |

---



**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

PO BOX 9610

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service: 5/6/2022

## PROVIDER INFORMATION

|  | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service:  5/6/2022

---

**Appointment Information**

**RUH PAT VISIT**
5/6/2022 11:00 AM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 11:00 AM | RUH PAT OVER THE PHONE 2 | ZZZ RUH MSC OR PAT | 30 min |

Referral Provider:    PROVIDER, NOT SPECIFIED
Enc Form Number:    16774235

Arrival Time:        9:52 AM

Notes:
OTP PAT DOS: 05/09/22*INMATE* // PRE REG CCL

| History | | | | | |
|---|---|---|---|---|---|
| Made On: | 5/3/2022 10:02 AM | | By: | Rojas, Estefania | ES |
| Change Notes: | 5/4/2022  5:09 PM | | By: | Casas Lopez, Corina | ES |
| Checked In: | 5/6/2022  9:52 AM | | By: | Concepcion, Vivian, LVN | ES |
| Remove Arr.: | 5/6/2022  9:53 AM | | By: | Concepcion, Vivian, LVN | MR |
| Checked Out: | 5/6/2022 10:05 AM | | By: | Concepcion, Vivian, LVN | ES |

---

**Encounter Information**

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/6/2022 11:00 AM | RUH PAT OVER THE PHONE 2 | ZZZ RUH MSC OR PAT Arrive at: 2nd FLoor | 151196662 |

**Visit Summary**

**Problem List** as of 5/6/2022

Date Reviewed: **5/5/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

Review status set to Review Complete by Bayot-Cabios, Hazel, RN on 5/6/2022

**Allergies** as of 5/6/2022

No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | | Deferral: No Longer Needed | |

---



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service:  5/6/2022

## Visit Summary (continued)

### Patient History

**Medical as of 5/6/2022**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hypertension [I10] | 05/05/2022 | — | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | Provider |

**Surgical as of 5/6/2022**

Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |

**Family as of 5/6/2022**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service:  5/6/2022

## Visit Summary (continued)

### Family as of 5/6/2022 (continued)

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 5/6/2022

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Negative History | — | — | — | — | — | — | — |

### Tobacco Use as of 5/6/2022

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | — | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | — | | |
| Source | | | | |
| Provider | | | | |

### Alcohol Use as of 5/6/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| — | | — | — | Provider |

### Drug Use as of 5/6/2022

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 5/6/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Activities of Daily Living as of 5/6/2022

None

### Occupational as of 5/6/2022

None

### Socioeconomic as of 5/6/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - | — |



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service: 5/6/2022

## Visit Summary (continued)

### Socioeconomic as of 5/6/2022 (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race Black | Source |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## Medications

### Clinic-Administered Medications

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **phenylephrine (AK-DILATE) 2.5 % ophthalmic solution 1 drop (Completed)** | 1 drop | Once | 5/5/2022 | 5/5/2022 |
| Route: Each Eye | | | | |
| **proparacaine (ALCAINE) 0.5 % ophthalmic solution 1 drop (Completed)** | 1 drop | Once | 5/5/2022 | 5/5/2022 |
| Route: Each Eye | | | | |
| **tropicamide (MYDRIACYL) 1 % ophthalmic solution 1 drop (Completed)** | 1 drop | Once | 5/5/2022 | 5/5/2022 |
| Route: Each Eye | | | | |

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

**Prior to Admission medications have not yet been reviewed for this encounter**

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/6/2022 11:00 AM | RUH PAT OVER THE PHONE 2 | ZZZ RUH MSC OR PAT Arrive at: 2nd FLoor | |

### Care Advice Given

No Care Advice given for this encounter.

### All Orders

No orders found

### All Results

No results found

### Collection Information

## Encounter Notes

**Multidisciplinary Progress Note signed by Concepcion, Vivian, LVN at 05/06/22 0958**



**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service: 5/6/2022

---

## Encounter Notes (continued)

**Multidisciplinary Progress Note signed by Concepcion, Vivian, LVN at 05/06/22 0958 (continued)**

| Author: Concepcion, Vivian, LVN | Service: — | Author Type: Licensed Nurse |
| Filed: 05/06/22 0958 | Encounter Date: 5/6/2022 | Status: Signed |
| Editor: Concepcion, Vivian, LVN (Licensed Nurse) | | |

| | **05/06/22 0957** |
| --- | --- |
| **Pre-op Concerns** | |
| Pre-op Concerns | Same Day Pre-op;Covid Test Ordered;Anesthesia Evaluation On Arrival |

Electronically signed by Concepcion, Vivian, LVN at 05/06/22 0958

**Patient Instructions signed by Concepcion, Vivian, LVN at 05/06/22 0957**

| Author: Concepcion, Vivian, LVN | Service: — | Author Type: Licensed Nurse |
| Filed: 05/06/22 0957 | Encounter Date: 5/6/2022 | Status: Signed |
| Editor: Concepcion, Vivian, LVN (Licensed Nurse) | | |

**Pre-Operative Instructions for <u>Henry Michael Barnhill</u>**

**<u>Surgery Day</u>:**  <u>05/09/22 Monday</u>

Your surgery will take place at: RUHS MAIN HOSPITAL You will receive a call one day prior to surgery/procedure. If the day prior lands on a weekend or holiday you will receive a call one business day before the surgery/procedure. If you have not received a call by <u>4pm,</u> please call <u>951-486-4555</u>.

**<u>On the Day of Surgery, please go to:</u>**

<u>MAIN HOSPITAL</u> - <u>Take NASON Entrance</u>
<u>Register at:   Inpatient Admitting Office, 1st Floor (across the Gift Shop)</u>
<u>Check in at:  Same Day Surgery, 2nd floor (Take Blue elevators)</u>

Obtain your arrival information the weekday before surgery:   05/06/22 Friday (<u>between 3pm to 5pm</u>)

Eating and Drinking Instructions No food, drink (including water), gum or candy after midnight the night before surgery.

Take the listed medicines with a **<u>sip of water the morning of surgery</u>**:   Follow MD orders

Additional Medication Instructions: No aspirin or NSAIDS (e.g., Ibuprofen, Advil, Naprosyn, Aleve, etc.) 7 days before surgery. and May ONLY take Acetaminophen (Tylenol) for pain.

**<u>General Instructions:</u>**

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service:  5/6/2022

---

## Encounter Notes (continued)

**Patient Instructions signed by Concepcion, Vivian, LVN at 05/06/22 0957 (continued)**

Shower before surgery. Wear comfortable clothing. Do not wear or bring jewelry or valuables.

No hairspray, hair gel, body piercings, deodorant, make up on the day of surgery.

**Bring your actual Covid Vaccination Card on surgery day.**

Outpatients: **You must have someone drive you home and remain with you for 24 hours after your procedure.** Admission to the
hospital may be required at your surgeon's discretion.

For Pediatric patients: The parent or legal guardian of any minor patient (under 18) must accompany and remain in the hospital until
the patient is sent home. On the day of surgery, do not bring other children under the age of 18.

Bring the following items day of surgery:  Photo ID and list of medications

Bowel preparation:   n/a

Other:  n/a

Location Specific: RUHS  **Transportation:** PATIENTS CANNOT DRIVE THEMSELVES HOME AFTER SURGERY. Have a responsible adult bring you, take you home, and spend the night. YOU MAY NOT take public transportation without the presence of another adult. No validation of ride day of surgery/procedure could risk the possibility of surgey being cancelled. and RUHS  **Medication:** If you take medication regularly for heart and lung conditions (such as angina, chest pain, high blood pressure or asthma) or for seizure (epilepsy) control. We recommend that you continue to take them on your usual schedule including the day of surgery. These may be taken with a sip of water. **DO NOT SKIP THESE MEDICATIONS**. Inform the nurse and Anesthesiologist of the name of the medicines and the time you took them. Bring a list or bottles of all medicines that you take.

Person receiving printed copy of Pre-op instructions: Spoke to Jasmine from RCJ for pre op instructions.

Interpreter:  N/A

Electronically signed by Concepcion, Vivian, LVN at 05/06/22 0957

**PACE/PAT Note signed by Concepcion, Vivian, LVN at 05/11/22 1050**

| | | |
|---|---|---|
| Author: Concepcion, Vivian, LVN | Service: — | Author Type: Licensed Nurse |
| Filed: 05/11/22 1050 | Encounter Date: 5/6/2022 | Status: Signed |
| Editor: Concepcion, Vivian, LVN (Licensed Nurse) | | |

Clarified with ENT clinic and detention regarding echocardiogram, Per DR. Kim from ENT clinic no need for echocardiogram.

Electronically signed by Concepcion, Vivian, LVN at 05/11/22 1050

---



**CareConnect Partners**

ZZZ RUH MSC OR PAT
26600 CACTUS AVE 2nd
FLOOR
MORENO VALLEY CA
92555-3901
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312246
Associated Date of Service:  5/6/2022

**Health Maintenance**

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
**26520 Cactus Ave**
**Moreno Valley, CA 92555**
**EIN#: 95-6000930**
**Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840**
**Barnhill, Henry Michael**

| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002312237** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | **Ent** |
| Adm Source: | **Jail, prison, court, or \*** | Adm Type: | **Elective** |
| Admitting Provider: | **Inman, Jared Christian** | Attending Provider: | **No att. providers found** |
| Unit: | **RUH PERIOP SERVICES** | Room/Bed: | **PERI/Periop 48** |
| Adm Diagnosis: | **Orbital blowout fracture with entrapment** | | |
| Procedure: | **ORIF, FRACTURE, FACIAL BONE** | | |
| Comment: | **No comment available** | | |
| Disch Date: | **5/9/2022** | Disch Time: | **1423** |
| Disch Disp: | **01 - Home, Self Care, CP\*** | Encounter Number: | **151196493** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | **0** |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE\* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\* | BARNHILL,HENRY M\* | Self | 202216744 | 00 |
| PO BOX 9610 | | | | |

---

Generated on 9/19/24 11:48 AM

Page 111



CareConnect Partners

**Riverside University HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## Encounter Information

| | Department | Encounter # |
|---|---|---|
| 5/9/2022  6:51 AM | RUH PERIOP SERVICES | 151196493 |

## Visit Summary

**Problem List** as of 5/9/2022                                  Date Reviewed: **5/9/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **\* (Principal) Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

Review status set to Review Complete by
Chupina, Reyna, RN on 5/9/2022

**Allergies as of 5/9/2022**

No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

**Vitals**                                         Most recent update: 5/9/2022  1:51 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/68 | 79 | 97 °F (36.1 °C) (Temporal) | 16 | 1.829 m (6') |

| Wt | SpO2 | BMI | | |
|---|---|---|---|---|
| 110.6 kg (243 lb 12.8 oz) | 96% | 33.07 kg/m² | | |

## Patient History

**Medical as of 5/9/2022**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## Visit Summary (continued)

### Medical as of 5/9/2022 (continued)

| | | | | |
|---|---|---|---|---|
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | | Provider |
| Hypertension [I10] | 05/05/2022 | — | | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | | Provider |

### Surgical as of 5/9/2022

#### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## Visit Summary (continued)

### Surgical as of 5/9/2022 (continued)

| | | | | |
|---|---|---|---|---|
| EYE SURGERY [SHX253] | 05/09/2022 | — | | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | — | | Provider |
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | | Provider |
| MASTECTOMY [SHX3] | 05/09/2022 | — | | Provider |
| TONSILLECTOMY [SUR1361] | 05/09/2022 | — | | Provider |
| VASCULAR SURGERY [SHX849] | 05/09/2022 | — | | Provider |

### Family as of 5/9/2022

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 5/9/2022

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | — | — | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's | Patient's | Provider |

**CareConnect Partners**

**Riverside
University
HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## Visit Summary (continued)

### Family Status as of 5/9/2022 (continued)

| Relation | Name | Status | Comments | Sex (Gender) | Father father) | Mother mother | Source |
|---|---|---|---|---|---|---|---|
| Negative History | — | — | — | — | . | — | |

### Tobacco Use as of 5/9/2022

| | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Smoking Status Never | — | — | | |
| Smokeless Status Never | Smokeless Type | Smokeless Quit Date | | |
| Source | | — | | |
| Provider | | | | |

### Alcohol Use as of 5/9/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | — | Provider |

### Drug Use as of 5/9/2022

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 5/9/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 5/9/2022

None

### Occupational as of 5/9/2022

None

### Socioeconomic as of 5/9/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|

228

**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| | — | — | | — |

**acetaminophen-codeine (TYLENOL #3)**
**300-30 mg per tablet (Taking)**
  Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain.
  Class: Historical Med
  Route: Oral

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| | — | — | | — |

**acetaminophen-codeine (TYLENOL #3)**
**300-30 mg per tablet (Taking)**
  Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
  Class: Historical Med

### Ordered Medications

This print group is not available in inpatient encounters. Please contact a system administrator.

## All Orders

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Admin | Mon May 9, 2022 1407 | Ochs, Susan Ann, RN | **oxyCODONE 5 MG Tab [10814]** |

| | | |
|---|---|---|
| Amount to Base Charge on: 1 tablet | Package: 100 each BLIST PACK (68084-354-11) | Charge Dropped: 9.300 |
| Charge Method: Orals/Topicals/Controlled Oral (System picked) | Charge Map: EACH MAPPING | Charge Table: RUH ORAL SOLID |
| Implied Quantity: 1 | Implied Unit: each | Implied Unit Type: Single Package Unit |
| Acquisition Cost: 0.146 Package From: MAR | | |

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Admin | Mon May 9, | Chupina, | **balanced salt solution PLUS Soln [14123]** |

**CareConnect Partners**

# Riverside
# University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## All Orders (continued)

### Pharmacy Actions (continued)

| Type | Date/Time | User | Extra Information |
|------|-----------|------|-------------------|
| n | 2022 1158 | Reyna, RN | Admin Amount: 500 mL |

---

### Pharmacy Actions

No Pharmacy Actions Recorded

---

### Pharmacy Actions

No Pharmacy Actions Recorded

---

### Pharmacy Actions

No Pharmacy Actions Recorded

---

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|------|-----------|------|-------------------|
| Admin | Mon May 9, 2022 1143 | Chupina, Reyna, RN | **oxymetazoline 0.05 % Spry [5943]**<br>Admin Amount: 15 mL |

---

### Pharmacy Actions

No Pharmacy Actions Recorded

---

### Pharmacy Actions

No Pharmacy Actions Recorded

---

### Pharmacy Actions

No Pharmacy Actions Recorded

---

### Pharmacy Actions

No Pharmacy Actions Recorded

---

### Pharmacy Actions

No Pharmacy Actions Recorded

---

### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | |
|------|-----------|------|------------------|---|---|
| Admin | Mon May 9, 2022 1232 | Jimenez, Izabell Noemi | **fentaNYL 50 mcg/mL Syrg [114243]**<br>Amount to Base<br>Charge on: 1 mL<br>Billing Code Quantity: | Package: 1 mL Syringe (63323-808-01)<br>Billing Code: J3010 | Charge Dropped: 48.210 |

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside
## University
# HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## All Orders (continued)

### Pharmacy Actions (continued)

| Type | Date/Time | User | Extra Information | | | |
|------|-----------|------|------------------|---|---|---|
| | | | 1.00 | | | |
| | | | Charge Method: IV solution < 250 mL/Control Inj (System picked) | Charge Map: G/ML MAPPING | | Charge Table: RUH CONTROL INJ |
| | | | Implied Quantity: 1 | | | Implied Unit Type: Entire Package |
| | | | Acquisition Cost: 1.447 | | | |
| | | | Package From: MAR | | | |

---

### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | | |
|------|-----------|------|------------------|---|---|---|
| Admin | Mon May 9, 2022 1258 | Jimenez, Izabell Noemi | **HYDROmorphone 1 mg/mL Soln [4081869]** | | | |
| | | | Amount to Base Charge on: 0.5 mL | Package: 1 mL Cartridge (0409-1283-03) | | Charge Dropped: 29.080 |
| | | | Billing Code Quantity: 1.00 | Billing Code: J1170 | | |
| | | | Charge Method: Injection/TPN Additive/Chemo Inj (System picked) | Charge Map: G/ML MAPPING | | Charge Table: RUH INJECTIONS |
| | | | Implied Quantity: 1 | | | Implied Unit Type: Entire Package |
| | | | Acquisition Cost: 0.344 | | | |
| | | | Package From: MAR | | | |

---

### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | | |
|------|-----------|------|------------------|---|---|---|
| Admin | Mon May 9, 2022 1223 | Jimenez, Izabell Noemi | **lactated ringers Solp [4318]** | | | |
| | | | Amount to Base Charge on: 1,000 mL | Package: 1,000 mL Bag (0338-0117-04) | | Charge Dropped: 90.290 |
| | | | Billing Code Quantity: 1.00 | Billing Code: J7120 | | |
| | | | Charge Method: IV Solution > 250 mL (System picked) | Charge Map: G/ML MAPPING | | Charge Table: RUH IV SOLUTIONS > 250 ML |
| | | | Implied Quantity: 1 | | | Implied Unit Type: Entire Package |
| | | | Acquisition Cost: 4.000 | | | |

---

### Pharmacy Actions

---

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## All Orders (continued)

### Pharmacy Actions (continued)

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Admin | Mon May 9, 2022 1122 | Chupina, Reyna, RN | ocular lubricant Oint [408111170]<br>Admin Amount: 3.5 g |

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Admin | Mon May 9, 2022 1121 | Chupina, Reyna, RN | neomycin-polymyxin-dexAMETHasone 3.5 mg/g-10,000 unit/g-0.1 % Oint [106249]<br>Admin Amount: 3.5 g |

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Admin | Mon May 9, 2022 1120 | Chupina, Reyna, RN | lidocaine-EPINEPHrine 1 %-1:100,000 Soln [10427]<br>Admin Amount: 1 mL |

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## All Orders (continued)

### Pharmacy Actions (continued)

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

No Pharmacy Actions Recorded

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|------|-----------|------|-------------------|
| Admin | Mon May 9, 2022 0939 | James, Mary, RN | **sodium chloride 0.9% Solp [27838]** |

Amount to Base Charge on: 1,000 mL
Billing Code Quantity: 4.00
Charge Method: IV Solution > 250 mL (System picked)
Implied Quantity: 1

Acquisition Cost: 4.000
Package From: MAR

Package: 1,000 mL Bag (0338-0049-04)
Billing Code: J7050

Charge Map: G/ML MAPPING

Charge Dropped: 90.290

Charge Table: RUH IV SOLUTIONS > 250 ML
Implied Unit Type: Entire Package

---

### Medication Documentation Review Audit

\*\*Prior to Admission medications have not yet been reviewed for this encounter\*\*

---

## Telephone Encounter

### Call Information

| | Department | Center |
|--|-----------|--------|
| 5/9/2022  6:51 AM | RUH PERIOP SERVICES | |

### Care Advice Given

No Care Advice given for this encounter.

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## All Orders

### oxyCODONE (ROXICODONE) immediate release tablet 5 mg [349752022]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1358**                Status: **Completed**
Ordering user: Reyes, Gina, CRNA 05/09/22 1358
Authorized by: Inman, Jared Christian, MD
PRN reasons: Moderate Pain 4-6 Severe Pain 7-10
Frequency: Q6H PRN 05/09/22 1452 - 1 occurrence                Ordering provider: Reyes, Gina, CRNA

Package: 68084-354-11

### balanced salt solution PLUS (BSS PLUS) ophthalmic irrigation [349752016]

Electronically signed by: **Inman, Jared Christian, MD on 05/11/22 1701**                Status: **Discontinued**
Mode: Ordering in Verbal with readback mode                Communicated by: Chupina, Reyna, RN
Ordering user: Chupina, Reyna, RN 05/09/22 1158                Ordering provider: Inman, Jared Christian, MD
Authorized by: Inman, Jared Christian, MD
Frequency: PRN 05/09/22 1158 - 05/09/22 1212                Discontinued by: Chupina, Reyna, RN 05/09/22 1212
[Patient Discharge]

Package: 0065-0800-94

### oxymetazoline (AFRIN) 0.05 % nasal [349752012]

Electronically signed by: **Inman, Jared Christian, MD on 05/11/22 1701**                Status: **Discontinued**
Mode: Ordering in Verbal with readback mode                Communicated by: Chupina, Reyna, RN
Ordering user: Chupina, Reyna, RN 05/09/22 1143                Ordering provider: Inman, Jared Christian, MD
Authorized by: Inman, Jared Christian, MD
Frequency: PRN 05/09/22 1143 - 05/09/22 1212                Discontinued by: Chupina, Reyna, RN 05/09/22 1212
[Patient Discharge]

Package: 11523-1167-6

### Vital Signs [349751986]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**                Status: **Discontinued**
Ordering user: Reyes, Gina, CRNA 05/09/22 1130                Ordering provider: Reyes, Gina, CRNA
Authorized by: Reyes, Gina, CRNA
Frequency: Q15 Min 05/09/22 1130 - Until Specified                Discontinued by: Discharge Provider, Automatic 05/09/22
1928 [Patient Discharge]

Order comments: And PRN as patient condition warrants

### Temperature [349751987]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**                Status: **Discontinued**
Ordering user: Reyes, Gina, CRNA 05/09/22 1130                Ordering provider: Reyes, Gina, CRNA
Authorized by: Reyes, Gina, CRNA
Frequency: Q1H 05/09/22 1200 - Until Specified                Discontinued by: Discharge Provider, Automatic 05/09/22
1928 [Patient Discharge]

Order comments: And PRN if temperature is less than or equal to 36 C (96.8 F) or greater than or equal to 38 C (100.4
F)

### Pulse Oximetry [349751988]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**                Status: **Discontinued**
Ordering user: Reyes, Gina, CRNA 05/09/22 1130                Ordering provider: Reyes, Gina, CRNA
Authorized by: Reyes, Gina, CRNA
Frequency: Continuous 05/09/22 1130 - Until Specified                Discontinued by: Discharge Provider, Automatic 05/09/22
1928 [Patient Discharge]

Order comments: Monitor continuously until awake and oxygen saturation greater than 92% on room air

### Notify Provider (Specify) [349751989]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**                Status: **Discontinued**
Ordering user: Reyes, Gina, CRNA 05/09/22 1130                Ordering provider: Reyes, Gina, CRNA
Authorized by: Reyes, Gina, CRNA



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## All Orders (continued)

### Notify Provider (Specify) [349751989] (continued)

Frequency: Until Discontinued 05/09/22 1130 - Until Specified

Discontinued by: Discharge Provider, Automatic 05/09/22 1928 [Patient Discharge]

Order comments: *Notify provider for uncontrolled pain and/or if nausea/vomiting are uncontrolled.  *HOLD OPIOIDS and notify provider if patient persistently has difficulty responding to voice / physical stimulation OR is unarousable OR if RR<8 (adults)

### Oxygen Therapy [349751990]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**            Status: **Discontinued**

Ordering user: Reyes, Gina, CRNA 05/09/22 1130          Ordering provider: Reyes, Gina, CRNA

Authorized by: Reyes, Gina, CRNA

Frequency: Until Discontinued 05/09/22 1130 - Until Specified

Discontinued by: Discharge Provider, Automatic 05/09/22 1928 [Patient Discharge]

Questionnaire

| Question | Answer |
| --- | --- |
| Delivery Device: | Mask |
| Titrate Oxygen to Keep Saturation: | Prior to PACU discharge, oxygen to be titrated to FiO2 21%; if oxygen saturation less than 92%, continue oxygen delivery |

### Apply Warming Blanket [349751991]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**            Status: **Discontinued**

Ordering user: Reyes, Gina, CRNA 05/09/22 1130          Ordering provider: Reyes, Gina, CRNA

Authorized by: Reyes, Gina, CRNA

Frequency: Until Discontinued 05/09/22 1130 - Until Specified

Discontinued by: Discharge Provider, Automatic 05/09/22 1928 [Patient Discharge]

Order comments: *Initiate warming therapy for body temperature less than or equal to 35 C (95 F) and monitor temperature every 30 minutes *Discontinue warming therapy when temperature greater than or equal to 36.1 C (97 F)

### Intake and Output [349751992]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**            Status: **Discontinued**

Ordering user: Reyes, Gina, CRNA 05/09/22 1130          Ordering provider: Reyes, Gina, CRNA

Authorized by: Reyes, Gina, CRNA

Frequency: Until Discontinued 05/09/22 1130 - Until Specified

Discontinued by: Discharge Provider, Automatic 05/09/22 1928 [Patient Discharge]

### fentaNYL (SUBLIMAZE) 50 mcg/mL syringe 25 mcg [349751993]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**            Status: **Discontinued**

Ordering user: Reyes, Gina, CRNA 05/09/22 1130          Ordering provider: Reyes, Gina, CRNA

Authorized by: Inman, Jared Christian, MD

PRN reasons: Moderate Pain 4-6

PRN Comment: pain score 4-6

Frequency: Q5min PRN 05/09/22 1134 - 6  occurrences

Discontinued by: Discharge Provider, Automatic 05/09/22 1923 [Patient Discharge]

Package: 63323-808-11

### HYDROmorphone (DILAUDID) 1 mg/mL injection 0.2 mg [349751994]

Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130**            Status: **Discontinued**

Ordering user: Reyes, Gina, CRNA 05/09/22 1130          Ordering provider: Reyes, Gina, CRNA

Authorized by: Inman, Jared Christian, MD

PRN reasons: Moderate Pain 4-6

PRN Comment: pain score 4-6

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside University HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## All Orders (continued)

### HYDROmorphone (DILAUDID) 1 mg/mL injection 0.2 mg [349751994] (continued)

| | |
|---|---|
| Frequency: Q10min PRN 05/09/22 1139 - 6  occurrences | Discontinued by: Discharge Provider, Automatic 05/09/22 1923 [Patient Discharge] |

Package: 63323-852-03

### fentaNYL (SUBLIMAZE) 50 mcg/mL syringe 50 mcg [349751995]

| | Status: **Discontinued** |
|---|---|
| Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130** | |
| Ordering user: Reyes, Gina, CRNA 05/09/22 1130 | Ordering provider: Reyes, Gina, CRNA |
| Authorized by: Inman, Jared Christian, MD | |
| PRN reasons: Severe Pain 7-10 | |
| PRN Comment: pain score 7-10 | |
| Frequency: Q5min PRN 05/09/22 1134 - 6  occurrences | Discontinued by: Discharge Provider, Automatic 05/09/22 1923 [Patient Discharge] |

Package: 63323-808-01

### HYDROmorphone (DILAUDID) 1 mg/mL injection 0.5 mg [349751996]

| | Status: **Discontinued** |
|---|---|
| Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130** | |
| Ordering user: Reyes, Gina, CRNA 05/09/22 1130 | Ordering provider: Reyes, Gina, CRNA |
| Authorized by: Inman, Jared Christian, MD | |
| PRN reasons: Severe Pain 7-10 | |
| PRN Comment: pain score 7-10 | |
| Frequency: Q10min PRN 05/09/22 1139 - 6  occurrences | Discontinued by: Discharge Provider, Automatic 05/09/22 1923 [Patient Discharge] |

Package: 0409-1283-03

### lactated ringers (LR) IV infusion [349751997]

| | Status: **Discontinued** |
|---|---|
| Electronically signed by: **Reyes, Gina, CRNA on 05/09/22 1130** | |
| Ordering user: Reyes, Gina, CRNA 05/09/22 1130 | Ordering provider: Reyes, Gina, CRNA |
| Authorized by: Inman, Jared Christian, MD | |
| Frequency: Continuous 05/09/22 1135 - 30  days | Discontinued by: Discharge Provider, Automatic 05/09/22 1923 [Patient Discharge] |

Package: 0338-0117-04

### ocular lubricant (LACRI-LUBE) ointment [349751982]

| | Status: **Discontinued** |
|---|---|
| Electronically signed by: **Inman, Jared Christian, MD on 05/11/22 1701** | |
| Mode: Ordering in Verbal with readback mode | Communicated by: Chupina, Reyna, RN |
| Ordering user: Chupina, Reyna, RN 05/09/22 1122 | Ordering provider: Inman, Jared Christian, MD |
| Authorized by: Inman, Jared Christian, MD | |
| Frequency: PRN 05/09/22 1122 - 05/09/22 1212 | Discontinued by: Chupina, Reyna, RN 05/09/22 1212 [Patient Discharge] |

Package: 0065-0509-35

### neomycin-polymyxin-dexamethasone (MAXITROL) ophthalmic ointment [349751980]

| | Status: **Discontinued** |
|---|---|
| Electronically signed by: **Inman, Jared Christian, MD on 05/11/22 1701** | |
| Mode: Ordering in Verbal with readback mode | Communicated by: Chupina, Reyna, RN |
| Ordering user: Chupina, Reyna, RN 05/09/22 1121 | Ordering provider: Inman, Jared Christian, MD |
| Authorized by: Inman, Jared Christian, MD | |
| Frequency: PRN 05/09/22 1120 - 05/09/22 1212 | Discontinued by: Chupina, Reyna, RN 05/09/22 1212 [Patient Discharge] |

Package: 61314-631-36

### lidocaine-EPINEPHrine (XYLOCAINE WITH EPINEPHrine) 1 %-1:100,000 injection [349751978]

| | Status: **Discontinued** |
|---|---|
| Electronically signed by: **Inman, Jared Christian, MD on 05/11/22 1701** | |

---

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## All Orders (continued)

### lidocaine-EPINEPHrine (XYLOCAINE WITH EPINEPHrine) 1 %-1:100,000 injection [349751978] (continued)

Mode: Ordering in Verbal with readback mode
Ordering user: Chupina, Reyna, RN 05/09/22 1120
Authorized by: Inman, Jared Christian, MD
Frequency: PRN 05/09/22 1120 - 05/09/22 1212

Communicated by: Chupina, Reyna, RN
Ordering provider: Inman, Jared Christian, MD

Discontinued by: Chupina, Reyna, RN 05/09/22 1212
[Patient Discharge]

Package: 63323-482-17

### Discharge Following Procedure [348380960]

Electronically signed by: **Kim, Yohanan, MD on 05/09/22 1006**          Status: **Completed**
Ordering user: Kim, Yohanan, MD 05/09/22 1006          Ordering provider: Kim, Yohanan, MD
Authorized by: Inman, Jared Christian, MD
Frequency: Once 05/09/22 1007 - 1  occurrence
   Updates

Discharge date and time: 5/9/2022          Discharge disposition: 01 - Home, Self Care, CPS,
                                           Foster Care, Group Home

Order comments: Discharge patient when: -PAR score is 8 or greater or at preprocedure state. -Respiratory rate is 10-25 bpm. -Temperature is less than 101 F. -Heart rate for age range is: (0-2 mon) 100-160 bpm, ( 3-5 mon) 90-140 bpm, (6-11 mon) 80-120 bpm, (1-2 yrs) 70-110 bpm, (3-5 yrs) 65-110 bpm, (6-12 yrs) 60-100 bpm, (13 yrs or older) 55-85 bpm.  -Patient is free from undue discomfort or bleeding related to the procedure.

### DC Peripheral Lines and All Monitors, if Present [348380961]

Electronically signed by: **Kim, Yohanan, MD on 05/09/22 1006**          Status: **Discontinued**
Ordering user: Kim, Yohanan, MD 05/09/22 1006          Ordering provider: Kim, Yohanan, MD
Authorized by: Inman, Jared Christian, MD
Frequency: Once 05/09/22 1007 - 1  occurrence          Discontinued by: Discharge Provider, Automatic 05/09/22
                                           1928 [Patient Discharge]

### acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet [348380959] Patient-reported historical medication

Ordering date: 05/09/22 0843          Authorized by: Provider, Historical, MD
PRN reasons: Pain
Frequency: Q4H PRN  - Until Discontinued

### MRSA-ASC per protocol [348380957]

Electronically signed by: **Calaguas, Shannon Olivia, MD on 05/03/22 0958**          Status: **Completed**
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Xu, Helen Xiao-Ou, MD
Frequency: Once 05/09/22 0825 - 1  occurrence          Released by: James, Mary, RN 05/09/22 0824

### Vital Signs [348380950]

Electronically signed by: **Calaguas, Shannon Olivia, MD on 05/03/22 0958**          Status: **Discontinued**
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Xu, Helen Xiao-Ou, MD
Frequency: Until Discontinued 05/09/22 0819 - Until          Released by: James, Mary, RN 05/09/22 0818
Specified
Discontinued by: Discharge Provider, Automatic 05/09/22 1928 [Patient Discharge]

### Insert PIV [348380951]

Electronically signed by: **Calaguas, Shannon Olivia, MD on 05/03/22 0958**          Status: **Discontinued**
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD

---

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## All Orders (continued)

### Insert PIV [348380951] (continued)

0958
Authorized by: Xu, Helen Xiao-Ou, MD
Frequency: Once 05/09/22 0819 - 1  occurrence
Discontinued by: Discharge Provider, Automatic 05/09/22 1928 [Patient Discharge]

Released by: James, Mary, RN 05/09/22 0818

### sodium chloride IV syringe flush 1-3 mL [348380952]

Electronically signed by: **Calaguas, Shannon Olivia, MD on 05/03/22 0958**          Status: **Discontinued**
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Calaguas, Shannon Olivia, MD
PRN reasons: Line Care
Frequency: PRN 05/09/22 0818 - 30  days          Released by: James, Mary, RN 05/09/22 0818
Discontinued by: Discharge Provider, Automatic 05/09/22          Package: 8290306500
1923 [Patient Discharge]

### NPO [348380953]

Electronically signed by: **Calaguas, Shannon Olivia, MD on 05/03/22 0958**          Status: **Discontinued**
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Xu, Helen Xiao-Ou, MD
Frequency: Start Midnight 05/10/22 - Until Specified          Diet: NPO
Released by: James, Mary, RN 05/09/22 0818          Discontinued by: Discharge Provider, Automatic 05/09/22
                                                                1928 [Patient Discharge]

### sodium chloride 0.9% (NS) IV solution [348380954]

Electronically signed by: **Calaguas, Shannon Olivia, MD on 05/03/22 0958**          Status: **Discontinued**
Ordering user: Calaguas, Shannon Olivia, MD 05/03/22          Ordering provider: Calaguas, Shannon Olivia, MD
0958
Authorized by: Calaguas, Shannon Olivia, MD
Frequency: Continuous 05/09/22 0820 - 30  days          Released by: James, Mary, RN 05/09/22 0818
Discontinued by: Discharge Provider, Automatic 05/09/22          Package: 0338-0049-04
1923 [Patient Discharge]

---

## All Results

### MRSA-ASC per protocol [348380958]

Resulted: 05/10/22 1105, Result status: Final
result

Ordering provider: Calaguas, Shannon Olivia, MD          Resulting lab: RIVERSIDE UNIVERSITY HEALTH
05/09/22 0824          SYSTEM MEDICAL CENTER CLINICAL LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| — | Nasopharyngeal Swab | 05/09/22 0900 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture Report (RUH) | NO MRSA ISOLATED | — | — | RUHS |

---

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## All Results (continued)

Resulted: 05/09/22 1135, Result status: In
process

**MRSA-ASC per protocol [348380958]**

Ordering provider: Calaguas, Shannon Olivia, MD
05/09/22 0824

Resulting lab: RIVERSIDE UNIVERSITY HEALTH
SYSTEM MEDICAL CENTER CLINICAL LABORATORY

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| — | Nasopharyngeal Swab | 05/09/22 0900 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **50 - RUHS** | RIVERSIDE UNIVERSITY HEALTH SYSTEM MEDICAL CENTER CLINICAL LABORATORY | Ronaldo D. Gnass MD | 26520 Cactus Ave Moreno Valley CA 92555 | 12/03/21 1209 - Present |

---

**Collection Information**

---

## Encounter Notes

**Miscellaneous signed by Provider, Scan at 05/10/22 1326**

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 05/10/22 1326 | Date of Service: 05/09/22 0651 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

    Scan on 5/9/2022 by Provider, Scan: CONDITIONS OF TREATMENT DOS 050922   1

Electronically signed by Provider, Scan at 05/10/22 1326

**Miscellaneous signed by Provider, Scan at 05/10/22 1326**

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 05/10/22 1326 | Date of Service: 05/09/22 0651 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

    Scan on 5/9/2022 by Provider, Scan: OR IMPLANT & SAFE MEDICAL DEVICE RECORD DOS 050922   1

Electronically signed by Provider, Scan at 05/10/22 1326

**Miscellaneous signed by Provider, Scan at 05/10/22 1326**

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 05/10/22 1326 | Date of Service: 05/09/22 0651 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

    Scan on 5/9/2022 by Provider, Scan: PATIENT'S PROPERTY AND TRANSFER RECORD DOS 050922   1

Electronically signed by Provider, Scan at 05/10/22 1326

**Miscellaneous signed by Provider, Scan at 05/10/22 1326**

---

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## Encounter Notes (continued)

### Miscellaneous signed by Provider, Scan at 05/10/22 1326  (continued)

| | | |
|---|---|---|
| Author: **Provider, Scan** | Service: — | Author Type: **Physician** |
| Filed: **05/10/22 1326** | Date of Service: **05/09/22 0651** | Status: **Signed** |
| Editor: **Provider, Scan (Physician)** | | |

Scan on 5/9/2022 by Provider, Scan: PRE-OP INFORMATION & INSTRUCTIONS DOS 050922        1

Electronically signed by Provider, Scan at 05/10/22 1326

### Miscellaneous signed by Provider, Scan at 05/10/22 1326

| | | |
|---|---|---|
| Author: **Provider, Scan** | Service: — | Author Type: **Physician** |
| Filed: **05/10/22 1326** | Date of Service: **05/09/22 0651** | Status: **Signed** |
| Editor: **Provider, Scan (Physician)** | | |

Scan on 5/9/2022 by Provider, Scan: AFTER VISIT SUMMARY        1

Electronically signed by Provider, Scan at 05/10/22 1326

### Miscellaneous signed by Provider, Scan at 05/10/22 1326

| | | |
|---|---|---|
| Author: **Provider, Scan** | Service: — | Author Type: **Physician** |
| Filed: **05/10/22 1326** | Date of Service: **05/09/22 0651** | Status: **Signed** |
| Editor: **Provider, Scan (Physician)** | | |

Scan on 5/9/2022 by Provider, Scan: NOZIN NASAL SANITIZER        1

Electronically signed by Provider, Scan at 05/10/22 1326

### Miscellaneous signed by Provider, Scan at 05/10/22 1326

| | | |
|---|---|---|
| Author: **Provider, Scan** | Service: — | Author Type: **Physician** |
| Filed: **05/10/22 1326** | Date of Service: **05/09/22 0651** | Status: **Signed** |
| Editor: **Provider, Scan (Physician)** | | |

Scan on 5/3/2022 by Provider, Scan: ANESTHESIA PRE-OP PATIENT QUESTIONNAIRE DOS 050322        1

Electronically signed by Provider, Scan at 05/10/22 1326

### Miscellaneous signed by Provider, Scan at 05/10/22 1326

| | | |
|---|---|---|
| Author: **Provider, Scan** | Service: — | Author Type: **Physician** |
| Filed: **05/10/22 1326** | Date of Service: **05/09/22 0651** | Status: **Signed** |
| Editor: **Provider, Scan (Physician)** | | |

Scan on 5/9/2022 by Provider, Scan: LABS AS OF 050922        1

Electronically signed by Provider, Scan at 05/10/22 1326

### Miscellaneous signed by Provider, Scan at 05/11/22 1840

| | | |
|---|---|---|
| Author: **Provider, Scan** | Service: — | Author Type: **Physician** |
| Filed: **05/11/22 1840** | Date of Service: **05/09/22 0651** | Status: **Signed** |
| Editor: **Provider, Scan (Physician)** | | |

Scan on 5/10/2022 by Provider, Scan: RIVERSIDE COUNTY JAIL AS OF 051022        1

Electronically signed by Provider, Scan at 05/11/22 1840

### OR PreOp signed by James, Mary, RN at 05/09/22 1003

---

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## Encounter Notes (continued)

**OR PreOp signed by James, Mary, RN at 05/09/22 1003 (continued)**

| | | |
|---|---|---|
| Author: James, Mary, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/09/22 1003 | Date of Service: 05/09/22 1001 | Status: Signed |
| Editor: James, Mary, RN (Registered Nurse) | | |

Spoke with Reyes CRNA REGARING BRADYCARDIA.

Electronically signed by James, Mary, RN at 05/09/22 1003

**H&P signed by Kim, Yohanan, MD at 05/09/22 1006**

| | | |
|---|---|---|
| Author: Kim, Yohanan, MD | Service: ENT | Author Type: Resident |
| Filed: 05/09/22 1006 | Date of Service: 05/09/22 1005 | Status: Signed |
| Editor: Kim, Yohanan, MD (Resident) | | Cosigner: Inman, Jared Christian, MD at 05/11/22 1705 |

### ENT PREOP INTERVAL H&P

**Subjective:**

**History of Present Illness:**
Henry Michael Barnhill is a 43 y.o. male presenting to preop today for scheduled surgery. Patient reports no major changes since last clinic visit. Pt has been otherwise feeling well. No fevers, cough, or URI symptoms.

History reviewed. No pertinent surgical history.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • Heart murmur | |

**Medications**

| | Administrations | Status | Frequency | Start Date | End Date |
|---|---|---|---|---|---|
| acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | - | Active | Every 4 hours PRN | - | - |
| sodium chloride IV syringe flush 1-3 mL | - | Active | As needed | 05/09/22 | 06/08/22 |
| sodium chloride 0.9% (NS) IV solution | MAR Report | Active | Continuous | 05/09/22 | 06/08/22 |

No Known Allergies

**Objective:**

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## Encounter Notes (continued)

**H&P signed by Kim, Yohanan, MD at 05/09/22 1006 (continued)**

Blood pressure 122/69, pulse (!) 46, temperature 97.7 °F (36.5 °C), temperature source Temporal, resp. rate 18, height 1.829 m (6'), weight 110.6 kg (243 lb 12.8 oz), SpO2 100 %.Body mass index is 33.07 kg/m².

**General:** healthy, alert, appears stated age, not in distress
**Lungs:** clear to auscultation, no wheezing, crackles or rhonchi, breathing unlabored
**Heart :** regular rate and rhythm, normal S1, S2, no murmurs or gallops.

### Assessment:

**Patient Active Problem List**
Diagnosis
- Open fracture of orbital floor (blow-out) (HCC)

### Plan:

-Proceed with Procedure(s):
ORIF, FRACTURE, ORBITAL FLOOR as scheduled.

Yohanan Kim, MD PGY-5
Otolaryngology - Head and Neck Surgery

Electronically signed by Kim, Yohanan, MD at 05/09/22 1006
Electronically signed by Inman, Jared Christian, MD at 05/11/22 1705

**Brief Op Note signed by Inman, Jared Christian, MD at 05/11/22 1709**

| | | |
|---|---|---|
| Author: Inman, Jared Christian, MD | Service: ENT | Author Type: Physician |
| Filed: 05/11/22 1709 | Date of Service: 05/09/22 1050 | Status: Signed |
| Editor: Inman, Jared Christian, MD (Physician) | | |
| Related Notes: Original Note by Calaguas, Shannon Olivia, MD (Resident) filed at 05/09/22 1219 | | |

## OTOLARYNGOLOGY COMPLETE OPERATIVE NOTE

**NAME:** Henry Michael Barnhill
**MEDICAL RECORD NUMBER:** 7637901
**DATE OF BIRTH:** 6/9/1978
**DATE OF SURGERY:** 5/9/2022

**ATTENDING SURGEON:** Jared Inman, MD
**RESIDENT SURGEON:** Yohanan Kim, MD; Shannon Calaguas, MD



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

**Encounter Notes (continued)**

**Brief Op Note signed by Inman, Jared Christian, MD at 05/11/22 1709 (continued)**

**PRE-OPERATIVE DIAGNOSIS:**
Right orbital floor blowout fracture

**POST-OPERATIVE DIAGNOSIS:** Same as above

**PROCEDURE(S):**
ORIF Open treatment of orbital floor blowout fracture with implant

**FINDINGS:** Use of small orbital reconstruction plate

**ANESTHESIA:** General
**COMPLICATIONS:** None
**EBL:** 1 mL
**DRAINS:** None
**SPECIMENS:** None
**WOUND CLASSIFICATION:** Clean contaminated
**SKIN CLOSURE:** Conjunctiva closed primarily

**PROCEDURE DETAILS:**
The patient was brought to the operating room and positioned supine. General endotracheal anesthesia was administered by the anesthesiology team. A time out was performed by the operating room staff members involved in the patient's care.

A corneal shield was inserted on the right eye with Maxitrol ointment. The lower lid was retracted inferiorly with a Demarres retractor while the orbit was gently retracted using a Jaeger eyelid retractor. Bovie cautery was used to incise the conjunctiva and expose the infraorbital rim. The orbital fat was retracted with the Jaeger and a freer was used to elevate the periosteum along the orbital floor. The fractures were exposed and the inferior rectus and orbital fat was removed from the fracture line. The orbital floor was reconstructed with small mesh plate and secured to the infraorbital rim with self-drilling 3 mm titanium screws. The conjunctival incision was closed with interrupted, 5-0 fast gut sutures.

The eyes were washed with BSS and ointment was applied to eye. The patient was turned over to the care of anesthesiology.

Shannon Calaguas, MD, PGY-3
Otolaryngology - Head and Neck Surgery
Pager: 9351/scalaguas

Electronically signed by Calaguas, Shannon Olivia, MD at 05/09/22 1219
Electronically signed by Inman, Jared Christian, MD at 05/11/22 1709

---



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

**Encounter Notes (continued)**

Complete Op Note signed by Inman, Jared Christian, MD at 05/11/22 1709

| | | |
|---|---|---|
| Author: Inman, Jared Christian, MD | Service: ENT | Author Type: Physician |
| Filed: 05/11/22 1709 | Date of Service: 05/09/22 1050 | Status: Signed |
| Editor: Inman, Jared Christian, MD (Physician) | | |
| Related Notes: Original Note by Calaguas, Shannon Olivia, MD (Resident) filed at 05/10/22 0940 | | |

## OTOLARYNGOLOGY COMPLETE OPERATIVE NOTE

**NAME:** Henry Michael Barnhill
**MEDICAL RECORD NUMBER:** 7637901
**DATE OF BIRTH:** 6/9/1978
**DATE OF SURGERY:** 5/9/2022

**ATTENDING SURGEON:** Jared Inman, MD
**RESIDENT SURGEON:** Yohanan Kim, MD; Shannon Calaguas, MD

**PRE-OPERATIVE DIAGNOSIS:**
Right orbital floor blowout fracture

**POST-OPERATIVE DIAGNOSIS:** Same as above

**PROCEDURE(S):**

1. ORIF Open treatment of orbital floor blowout fracture involving the neurovascular foramen with implant

**FINDINGS:** Use of small orbital reconstruction plate

**ANESTHESIA:** General
**COMPLICATIONS:** None
**EBL:** 1 mL
**DRAINS:** None
**SPECIMENS:** None
**WOUND CLASSIFICATION:** Clean contaminated
**SKIN CLOSURE:** Conjunctiva closed primarily

**PROCEDURE DETAILS:**
The patient was brought to the operating room and positioned supine. General endotracheal anesthesia was administered by the anesthesiology team. A time out was performed by the operating room staff members involved in the patient's care.

A corneal shield was inserted on the right eye with Maxitrol ointment. The lower lid was retracted inferiorly with a Demarres retractor while the orbit was gently retracted using a Jaeger eyelid retractor. Bovie cautery was used to incise the conjunctiva and expose the infraorbital rim. The orbital fat was

---



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## Encounter Notes (continued)

**Complete Op Note signed by Inman, Jared Christian, MD at 05/11/22 1709 (continued)**

retracted with the Jaeger and a freer was used to elevate the periosteum along the orbital floor. The fractures were exposed and the inferior rectus and orbital fat was removed from the fracture line. The orbital floor was reconstructed with small mesh plate and secured to the infraorbital rim with self-drilling 3 mm titanium screws. The conjunctival incision was closed with interrupted, 5-0 fast gut sutures.

The eyes were washed with BSS and ointment was applied to eye. The patient was turned over to the care of anesthesiology.

Shannon Calaguas, MD, PGY-3
Otolaryngology - Head and Neck Surgery
Pager: 9351/scalaguas

**Attestations:**
By signing below, I acknowledge that I have reviewed the above note for accuracy and edited where necessary. The note accurately reflects the services provided by me at this encounter.

Electronically signed by Calaguas, Shannon Olivia, MD at 05/10/22 0940
Electronically signed by Inman, Jared Christian, MD at 05/11/22 1709

## ORDERS PLACED OR RELEASED THIS ENCOUNTER

Cancelled:

Vital Signs [NUR490 Custom] Order #: 348380950

**Children of Order # 348380950**

Order #: 348380955 (Canceled)

**Vital Signs** Discontinued (Patient Discharge)                                    Order: 348380955

Status: **Discontinued (Patient Discharge)**

Result Care Coordination

Patient Communication

☑ Not Released                              ✗ Not seen

Cancelled:

Generated on 9/19/24 11:48 AM                                                    Page 133

245


**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

Insert PIV [IVT3 Custom]  Order #: 348380951

**Children of Order # 348380951**

Order #: 348380956  (Canceled)

**Insert PIV** Discontinued (Patient Discharge)                          Order: 348380956

Status: **Discontinued (Patient Discharge)**

Result Care Coordination

Patient Communication

☒ Not Released                                    ✗ Not seen

Cancelled:

NPO [DIET40 Custom] Order #: 348380953

**NPO** Discontinued (Patient Discharge)                          Order: 348380953

Status: **Discontinued (Patient Discharge)**

Result Care Coordination

Patient Communication

☒ Not Released                                    ✗ Not seen

There are currently no released instances of this order

MRSA-ASC per protocol [LAB234 Custom]  Order #:  348380957

**Children of Order # 348380957**

Order #: 348380958  (Completed)

**MRSA-ASC per protocol** Final result                          Order: 348380958

Status: **Final result**
Specimen Information:          Nasopharyngeal Swab

| Component | 5/9/22 0900 |
| --- | --- |
| **Culture Report (RUH)** | NO MRSA ISOLATED |

---

**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

**MRSA-ASC per protocol (continued)** Final result                          Order: 348380958

Specimen Collected: 05/09/22 09:00              Last Resulted: 05/10/22 11:05

Result Care Coordination
Patient Communication
☑ Not Released                              ✗ Not seen

Discharge Following Procedure [ADT20 Custom]  Order #: 348380960

**Children of Order # 348380960**

Order #: 348380962  (Completed)

**Discharge Following Procedure** Completed                          Order: 348380962

Status: **Completed**

Result Care Coordination
Patient Communication
☑ Not Released                              ✗ Not seen

Cancelled:

DC Peripheral Lines and All Monitors, if Present [NUR1232 Custom]  Order #: 348380961

**Children of Order # 348380961**

Order #: 348380963  (Canceled)

**DC Peripheral Lines and All Monitors, if Present**  Discontinued
(Patient Discharge)                                          Order: 348380963

Status: **Discontinued (Patient Discharge)**

Result Care Coordination
Patient Communication
☑ Not Released                              ✗ Not seen

Cancelled:

Vital Signs [NUR490 Custom]  Order #: 349751986

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

### Children of Order # 349751986

Order #: 349751998 (Canceled)

**Vital Signs** Discontinued (Patient Discharge)
                                                        Order: 349751998

Status: **Discontinued (Patient Discharge)**

Result Care Coordination

Patient Communication

☑ Not Released                    ✕ Not seen

Cancelled:

Temperature [NUR444 Custom]  Order #: 349751987

### Children of Order # 349751987

Order #: 349751999 (Canceled)

**Temperature** Discontinued (Patient Discharge)
                                                        Order: 349751999

Status: **Discontinued (Patient Discharge)**

Result Care Coordination

Patient Communication

☑ Not Released                    ✕ Not seen

Cancelled:

Pulse Oximetry [NUR585 Custom]  Order #: 349751988

### Children of Order # 349751988

Order #: 349752000 (Canceled)

**Pulse Oximetry** Discontinued (Patient Discharge)
                                                        Order: 349752000

Status: **Discontinued (Patient Discharge)**

---

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

**Pulse Oximetry (continued)** Discontinued (Patient Discharge)                Order: 349752000

Result Care Coordination

　Patient Communication

　　☑ Not Released                    ✗ Not seen

Cancelled:

Notify Provider (Specify) [NUR183 Custom]  Order #:  349751989

**Children of Order # 349751989**

Order #:  349752001  (Canceled)

**Notify Provider (Specify)** Discontinued (Patient Discharge)              Order: 349752001

Status:  **Discontinued (Patient Discharge)**

Result Care Coordination

　Patient Communication

　　☑ Not Released                    ✗ Not seen

Cancelled:

Oxygen Therapy [RT110 Custom]  Order #:  349751990

**Children of Order # 349751990**

Order #:  349752002  (Canceled)

**Oxygen Therapy** Discontinued (Patient Discharge)              Order: 349752002

Status:  **Discontinued (Patient Discharge)**

Result Care Coordination

　Patient Communication

　　☑ Not Released                    ✗ Not seen

Cancelled:

Apply Warming Blanket [NUR610 Custom]  Order #:  349751991

**Children of Order # 349751991**

---

Generated on 9/19/24 11:48 AM

Page 137

249

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH PERIOP SERVICES
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002312237
Adm: 5/9/2022, D/C: 5/9/2022

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

Order #: 349752003  (Canceled)

**Apply Warming Blanket** Discontinued (Patient Discharge)                    Order: 349752003

Status: **Discontinued (Patient Discharge)**

Result Care Coordination

⚕Patient Communication

☑ Not Released                              ✕ Not seen

Cancelled:

Intake and Output [NUR467 Custom] Order #: 349751992

**Children of Order # 349751992**

Order #: 349752004  (Canceled)

**Intake and Output** Discontinued (Patient Discharge)                    Order: 349752004

Status: **Discontinued (Patient Discharge)**

Result Care Coordination

⚕Patient Communication

☑ Not Released                              ✕ Not seen

## Health Maintenance

|                                         | Date Due    | Completion Dates |
|-----------------------------------------|-------------|------------------|
| Lipid Panel                             | **Never done** | ---           |
| Colon Cancer Screening                  | **Never done** | ---           |
| Wellness Check                          | **Never done** | ---           |
| PHQ2 - Depression Screening             | **Never done** | ---           |
| HIV Screening                           | **Never done** | ---           |
| Hep C Screening                         | **Never done** | ---           |
| Hepatitis B Screening                   | **Never done** | ---           |
| DTaP,Tdap,and Td Vaccines (1 - Tdap)    | **Never done** | ---           |
| COVID-19 Vaccine (1 - 2023-24 season)   | **Never done** | ---           |
| Influenza Vaccine (1)                   | 09/01/2024  | ---              |



**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002320033** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **000-000-0000** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or \*** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Provider, Not Specified,\*** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | | Encounter Number: | **151413346** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE\* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\* PO BOX 9610 | BARNHILL,HENRY M\* | Self | 202216744 | 00 |

---

Generated on 9/19/24 11:48 AM

Page 139



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

---

## Appointment Information

**ENT INMATE**
5/17/2022 10:00 AM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 10:00 AM | Chan, Nadia, MD | RUH ENT CLINIC | 30 min |

Referral Provider:   PROVIDER, NOT SPECIFIED
Enc Form Number:   16866293

Arrival Time:        6:05 AM
Bill Area:           SURGERY ENT

Notes:
PR/JFT
*** INMATE RCJ ****1 weej post op per Dr.Calaguas detention clinic contacted

History

| | | | | |
|---|---|---|---|---|
| Made On: | 5/9/2022  3:43 PM | By: | Ehret, Cynthia, LVN | ES |
| Change Notes: | 5/9/2022  3:49 PM | By: | Ehret, Cynthia, LVN | ES |
| Change Notes: | 5/9/2022  3:50 PM | By: | Ehret, Cynthia, LVN | ES |
| Change Notes: | 5/16/2022  7:34 AM | By: | Frazier-Thomas, Jeneca | ES |
| Changed: | 5/16/2022  2:49 PM | By: | Jimenez, Ilse, MA | ES |
| Checked In: | 5/17/2022  6:05 AM | By: | Negrete, Beverly | ES |
| Remove Arr.: | 5/17/2022  7:57 AM | By: | Ehret, Cynthia, LVN | MR |
| Changed: | 5/17/2022  8:15 AM | By: | Ehret, Cynthia, LVN | MR |
| EOD Status: | 5/21/2022  5:11 AM | By: | Epic, Cadence | ES |
| Checked Out: | 8/4/2022  6:55 AM | By: | Epic, User | AR |

---

## Changes

**5/16/2022  2:49 PM**

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: **ENT POST OP** | Visit Type: **ENT INMATE** |
| Provider: ENT PROVIDER | Provider: ENT PROVIDER |
| Dept: RUH ENT CLINIC [500101054] | Dept: RUH ENT CLINIC [500101054] |
| Date: 5/17/2022 | Date: 5/17/2022 |
| Time: 10:00 AM | Time: 10:00 AM |
| Length: 30 | Length: 30 |

**5/17/2022  8:15 AM**

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: ENT INMATE | Visit Type: ENT INMATE |
| Provider: **ENT PROVIDER** | Provider: **Chan, Nadia, MD** |
| Dept: RUH ENT CLINIC [500101054] | Dept: RUH ENT CLINIC [500101054] |
| Date: 5/17/2022 | Date: 5/17/2022 |
| Time: 10:00 AM | Time: 10:00 AM |
| Length: 30 | Length: 30 |

---

## Encounter Information

Generated on 9/19/24 11:48 AM

Page 141



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

### Encounter Information (continued)

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/17/2022 10:00 AM | Chan, Nadia, MD | RUH ENT CLINIC | 151413346 |
| | | Arrive at: Lower Level | |

## Visit Summary

### Reason for Visit

**Follow-up**

### Diagnoses

Comments

**Closed fracture of right orbital floor with delayed healing, subsequent encounter**
- Primary

---

### Problem List as of 5/17/2022

Date Reviewed: **5/9/2022**

| | | | | Noted - |
|---|---|---|---|---|
| | ICD-10-CM | Priority | Class | Resolved 5/3/2022 - |
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

### Allergies as of 5/17/2022

Review status set to Review Complete by Ehret, Cynthia, LVN on 5/17/2022

No Known Allergies

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

### Vitals

Most recent update: 5/17/2022  8:02 AM

| BP | Pulse | Ht | Wt | SpO2 |
|---|---|---|---|---|
| **153/86** ‼  (BP Location: Left Lower Arm, BP Patient Position: Sitting) | **51** ‼ | 1.88 m (6' 2") | 114.3 kg (252 lb) | 99% |

BMI
32.35 kg/m²

## Patient History

### Medical as of 5/17/2022

Past Medical History

---



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

## Visit Summary (continued)

### Medical as of 5/17/2022 (continued)

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | Provider |
| Hypertension [I10] | 05/05/2022 | — | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | Provider |

### Surgical as of 5/17/2022

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD; | Provider |

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

## Visit Summary (continued)
### Surgical as of 5/17/2022 (continued)

Location: RUH OR;  Service: ENT Oncology;  Laterality: Right;

### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | — | Provider |
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | Provider |
| MASTECTOMY [SHX3] | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | 05/09/2022 | — | Provider |

### Family as of 5/17/2022

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

## Visit Summary (continued)

### Family as of 5/17/2022 (continued)

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 5/17/2022

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | — | — | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | — | — | — |

### Tobacco Use as of 5/17/2022

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | — | |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | |

Source
Provider

### Alcohol Use as of 5/17/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Drug Use as of 5/17/2022

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 5/17/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |



**CareConnect Partners**

## Riverside University HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

## Visit Summary (continued)

### Activities of Daily Living as of 5/17/2022

None

### Occupational as of 5/17/2022

None

### Socioeconomic as of 5/17/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | — | — | | |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
Class: Historical Med

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

**Prior to Admission medications have not yet been reviewed for this encounter**

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/17/2022 10:00 AM | Chan, Nadia, MD | RUH ENT CLINIC Arrive at: Lower Level | |

### Reason for Call

**Follow-up**

### Care Advice Given

No Care Advice given for this encounter.

### All Orders

No orders found

### All Results

No results found



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service: 5/17/2022

---

**Collection Information**

---

## Encounter Notes

**Progress Notes signed by Calaguas, Shannon Olivia, MD at 05/17/22 0812**

---

| Author: Calaguas, Shannon Olivia, MD | Service: — | Author Type: **Resident** |
|---|---|---|
| Filed: 05/17/22 0812 | Encounter Date: 5/17/2022 | Status: Signed |
| Editor: Calaguas, Shannon Olivia, MD (Resident) | | Cosigner: Chan, Nadia, MD at 05/17/22 1045 |

ENT Post Operative Note

ID: Henry Michael Barnhill is a 43 y.o. male who underwent ORIF of right orbital floor blowout fracture on 5/9/22 with Dr. Inman.

S: Patient is doing ok since surgery. Patient complaining of right upper cheek and lip numbness and diplopia. He also feels like something "bunches up" in the lateral corner of his eye when he looks to the right. Also reporting right eye dryness.

O:
General: In no acute distress
Face: Symmetric. Normal strength. Decreased sensation in the V2 distribution on the right compared to the left.
Eyes: EOMI. Conjunctiva uninjected with mild thickening on the right. Patient reporting diplopia in all directions. Eyelid spasms with downward gaze.

A/P: s/p ORIF right orbital floor fracture with decreased V2 sensation and diplopia

- Patient to follow up with ophthalmology regarding eye dryness and persistent diplopia
- Discussed that cheek and lip numbness is likely due to nerve damage due to injury and surgery and need to monitor for improvement with time.
- RTC PRN

Shannon Calaguas, MD, PGY-3
Otolaryngology - Head and Neck Surgery
Pager: 9351/scalaguas

Electronically signed by Calaguas, Shannon Olivia, MD at 05/17/22 0812
Electronically signed by Chan, Nadia, MD at 05/17/22 1045

---

**Health Maintenance**

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | ---- |

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

**Health Maintenance (continued)**

|  | Date Due | Completion Dates |
|---|---|---|
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service: 10/31/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: \ | **50002484024** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (44 yrs)** |
| Phone: | **000-000-0000** | Age: | **44 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or *** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Elledge, Nathan Robert, *** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | **21 - Court/Law Enforceme*** | Encounter Number: | **156238653** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| **104899992 - BARNHILL,HE*** | **000-000-0000** | | **Self** | **P/F** |
| **354 GARDENIA, HEMET, CA 92543** | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| **RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT*** | **BARNHILL,HENRY M*** | **Self** | **202216744** | **00** |
| **PO BOX 9610** | | | | |

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service:  10/31/2022

## PROVIDER INFORMATION

|  | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service:  10/31/2022

---

## Appointment Information

**EYE INMATE**
10/31/2022 10:00 AM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 10:00 AM | Elledge, Nathan Robert, DO | RUH EYE CLINIC | 30 min |

| Referral Provider: | PROVIDER, NOT SPECIFIED | Arrival Time: | 6:24 AM |
|---|---|---|---|
| Enc Form Number: | 18455579 | Bill Area: | OPHTHALMOLOGY |

Notes:
PR/JFT
RCJ***Diplopia

### History

| | | | | |
|---|---|---|---|---|
| Made On: | 9/23/2022  8:09 AM | By: | Flores, Eileana | ES |
| Change Notes: | 10/28/2022  1:26 PM | By: | Frazier-Thomas, Jeneca | ES |
| Checked In: | 10/31/2022  6:24 AM | By: | Frazier-Thomas, Jeneca | ES |
| Remove Arr.: | 10/31/2022  8:45 AM | By: | Chavez, Elaina, LVN | MR |
| Changed: | 10/31/2022  9:57 AM | By: | Shah, Apeksha, MD | MR |
| EOD Status: | 11/4/2022  5:38 AM | By: | Epic, Cadence | ES |
| Checked Out: | 11/11/2022 12:18 PM | By: | Epic, User | AR |

### Changes

10/31/2022  9:57 AM

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: EYE INMATE | Visit Type: EYE INMATE |
| Provider: **INMATE EYE CLINIC PROVIDER** | Provider: **Elledge, Nathan Robert, DO** |
| Dept: RUH EYE CLINIC [500101055] | Dept: RUH EYE CLINIC [500101055] |
| Date: 10/31/2022 | Date: 10/31/2022 |
| Time: 10:00 AM | Time: 10:00 AM |
| Length: 30 | Length: 30 |

---

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 10/31/2022 10:00 AM | Elledge, Nathan Robert, DO | RUH EYE CLINIC<br>Arrive at: 1st Floor | 156238653 |

---

## Visit Summary
### Reason for Visit

| **gtts** | Currently not using eye drops |
|---|---|

| **Follow-up** | Henry Michael Barnhill is a 44 y.o. male with h/o open fracture of orbital floor. Here for C/o eye pain. Doing well, overall health. |
|---|---|



**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service:  10/31/2022

---

## Visit Summary (continued)
**Reason for Visit (continued)**

---

## Diagnoses

Comments

**Open blow-out fracture of orbital floor with routine healing, subsequent encounter**   - Primary

---

**Problem List** as of 10/31/2022                                    Date Reviewed: **10/31/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

Review status set to Review Complete by Shah,
Apeksha, MD on 10/31/2022

**Allergies as of 10/31/2022**
No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

## Patient History

**Medical as of 10/31/2022**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | Provider |

---



CareConnect Partners

**Riverside University HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service:  10/31/2022

## Visit Summary (continued)
### Medical as of 10/31/2022 (continued)

| | | | | |
|---|---|---|---|---|
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | | Provider |
| Hypertension [I10] | 05/05/2022 | — | | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | | Provider |

### Surgical as of 10/31/2022

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD;  Location: RUH OR;  Service: ENT Oncology;  Laterality: Right; | Provider |

#### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/20 | — | Provider |



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service: 10/31/2022

## Visit Summary (continued)

### Surgical as of 10/31/2022 (continued)

| | | | | |
|---|---|---|---|---|
| | | 05/09/2022 | | |
| COSMETIC SURGERY [SHX468] | | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | | 05/09/2022 | — | Provider |
| CARDIAC SURGERY [SHX584] | | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | | 05/09/2022 | — | Provider |
| MASTECTOMY [SHX3] | | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | | 05/09/2022 | — | Provider |

### Family as of 10/31/2022

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 10/31/2022

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | — | — | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service: 10/31/2022

## Visit Summary (continued)

### Family Status as of 10/31/2022 (continued)

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|----------|------|--------|----------|--------------|--------|--------|--------|
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | | — | — | — |

### Tobacco Use as of 10/31/2022

| | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|--|--------------------|-----------|-------------------|-------------------|
| Smoking Status Never | — | — | — | — |
| Smokeless Status Never | Smokeless Type — | Smokeless Quit Date — | | |
| Source Provider | | | | |

### Alcohol Use as of 10/31/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|-------------|-------------|--------------|----------|--------|
| Not Currently | | — | — | Provider |

### Drug Use as of 10/31/2022

| Drug Use | Types | Frequency | Comments | Source |
|----------|-------|-----------|----------|--------|
| Never | — | — | — | Provider |

### Sexual Activity as of 10/31/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|-----------------|---------------|----------|----------|--------|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 10/31/2022

None

### Occupational as of 10/31/2022

None

### Socioeconomic as of 10/31/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|----------------|-------------|--------------------|-----------------|-----------------|--------------------|-----------|------|--------|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

### Base Ophthalmology Exam

Visual Acuity (Snellen - Linear)



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service: 10/31/2022

## Visit Summary (continued)
### Base Ophthalmology Exam (continued)

|  | Right | Left |
|---|---|---|
| Dist sc | 20/20 -2 | 20/20 |

Tonometry (Tonopen, 9:04 AM)

|  | Right | Left |
|---|---|---|
| Pressure | 14 | 13 |

Pupils

|  | Dark | Light |
|---|---|---|
| Right | 3 | 2 |
| Left | 3 | 2 |

Visual Fields

|  | Right | Left |
|---|---|---|
|  | Full | Full |

### Main Ophthalmology Exam
External Exam

|  | Right | Left |
|---|---|---|
| External | **Ecchymosis** | Normal |

Slit Lamp Exam

|  | Right | Left |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | Clear | Clear |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive, no TIDs | Round and reactive, no TIDs |
| Lens | Clear | Clear |
| Anterior Vitreous | Normal | Normal |

## Medications
### Medications at Start of Encounter

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | — | — |  |  |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
Class: Historical Med

### All Orders
No orders found for this encounter

### Medication Documentation Review Audit
Reviewed by Shah, Apeksha, MD (Resident) on 10/31/22 at 0931

| Medication | Order | Taking? | Sig | Documenting Provider | Last Dose | Status |
|---|---|---|---|---|---|---|

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service: 10/31/2022

---

## Medications (continued)

### Medication Documentation Review Audit (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | 348380959 | No | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. | Provider, Historical, MD | 5/8/2022 600pm | Active |

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/31/2022 10:00 AM | Elledge, Nathan Robert, DO | RUH EYE CLINIC Arrive at: 1st Floor | |

### Reason for Call

| **gtts** | Currently not using eye drops |
|---|---|

| **Follow-up** | Henry Michael Barnhill is a 44 y.o. male with h/o open fracture of orbital floor. Here for C/o eye pain. Doing well, overall health. |
|---|---|

### Care Advice Given

No Care Advice given for this encounter.

## All Orders

### OCT, OPTIC NERVE - OU - BOTH EYES [349964687]

Electronically signed by: **Shah, Apeksha, MD on 10/31/22 0951**          Status: **Discontinued**
Ordering user: Shah, Apeksha, MD 10/31/22 0951          Authorized by: Affeldt, John Charles, MD
Frequency: 10/31/22 -          Discontinued by: Shah, Apeksha, MD 10/31/22 0952
Order comments: This back office order was created through the Back Office Visit Navigator section.

### OPTHALMOLOGY RESULT SCAN [349964688]

Electronically signed by: **Interface, Onbase Scanning on 10/31/22 0624**          Status: **Completed**
Ordering user: Interface, Onbase Scanning 10/31/22 0624          Authorized by: Provider, Scan
Frequency:  -

## All Results

Resulted: 10/31/22 0000, Result status: Final result

### OPTHALMOLOGY RESULT SCAN [349964688]

Narrative:
Ordered by an unspecified provider.

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service: 10/31/2022

Collection Information

---

**Encounter Notes**

**Procedures signed by Provider, Scan at 11/03/22 1020**

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 11/03/22 1020 | Encounter Date: 10/31/2022 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |

  Procedure Orders
    1. OPTHALMOLOGY RESULT SCAN [349964688] ordered by Interface, Onbase Scanning at 10/31/22 0624

    Scan on 10/31/2022 by Provider, Scan: RNFL SINGLE EXAM REPORT DOS 103122 1

    Electronically signed by Provider, Scan at 11/03/22 1020

**Progress Notes signed by Shah, Apeksha, MD at 10/31/22 0957**

| | | |
|---|---|---|
| Author: Shah, Apeksha, MD | Service: — | Author Type: Resident |
| Filed: 10/31/22 0957 | Encounter Date: 10/31/2022 | Status: Attested |
| Editor: Shah, Apeksha, MD (Resident) | | Cosigner: Elledge, Nathan Robert, DO at 11/09/22 1306 |

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

I have reviewed and agree with the Review of Systems documented today

Diagnoses and associated orders for this visit include:

**1. Orbital Fracture Right Sided**
- injury 4/29/22 with inferior blow out fracture
- no entrapment, VA 20/20, pain resolved with EOM, no double vision 5/5/22
- no tear/break/detachment on exam OU
- s/p ORIF 5/9/22 w/ ENT, 10/31/22 without double vision but now complaining of neuropathic pain in the infraorbital nerve distribution as well as possible trigeminal neuralgia? (complaining of burning pain that starts in preauricular area and extends down to jaw and is triggered by any movement/touch)

**2. Increased pigmentation of inferior TM OU**
- OCT NFL 100/96 all green OU
- no FHx glaucoma
- gonio 10/31/22 grade 3-4 OU with increased pigmentation inferiorly with ?Sampoelesi's line

**Plan**
- needs follow-up with ENT for post-op appointment/possible trigeminal neuralgia, infraorbital neuropathy
- RTC 1 year ophthalmology for yearly exam

Return in about 1 year (around 10/31/2023) for annual exam.

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service:  10/31/2022

---

## Encounter Notes (continued)

### Progress Notes signed by Shah, Apeksha, MD at 10/31/22 0957 (continued)

Patient seen and discussed with attending, Dr. Elledge

Attestation signed by Elledge, Nathan Robert, DO at 11/09/22 1306

I performed a history and physical examination of the patient and directed the management with the resident physician. I reviewed and updated, when necessary, the resident physician's note. I agree with the final documented findings and plan of care.
Nathan Elledge, DO

Electronically signed by Shah, Apeksha, MD at 10/31/22 0957
Electronically signed by Elledge, Nathan Robert, DO at 11/09/22 1306

---

### Follow-up and Disposition History

10/31/2022 0956 - Apeksha Shah, MD

Dispositions:                    Return in about 1 year (around 10/31/2023) for annual exam.

10/31/2022 0956 - Apeksha Shah, MD

Dispositions:                    Return in about 1 year (around 10/31/2023).

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER

Cancelled:

OCT, OPTIC NERVE - OU - BOTH EYES [OPH336 Custom]  Order #:  349964687

**OCT, OPTIC NERVE - OU - BOTH EYES** Discontinued                    Order: 349964687

Status: **Discontinued**

Result Care Coordination

⚲ Patient Communication

☑ Not Released                                        ✗ Not seen

OPTHALMOLOGY RESULT SCAN [SCAN215 Custom]  Order #:  349964688

**OPTHALMOLOGY RESULT SCAN** Final result                    Order: 349964688

Status: **Final result**

---



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EYE CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002484024
Associated Date of Service:  10/31/2022

---

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

**OPTHALMOLOGY RESULT SCAN (continued)** Final result                     Order: 349964688

Narrative
Ordered by an unspecified provider.

Last Resulted: 10/31/22 00:00

Scans on Order 349964688
Scan on 10/31/2022 by Provider, Scan: RNFL SINGLE EXAM REPORT DOS 103122

Result Care Coordination

Patient Communication

☑ Not Released                          ✗ Not seen

## Health Maintenance

|  | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service:  12/16/2022

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002543041** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (44 yrs)** |
| Phone: | **000-000-0000** | Age: | **44 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or *** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Provider, Not Specified,*** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | **21 - Court/Law Enforceme*** | Encounter Number: | **158262475** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT* | BARNHILL,HENRY M* | Self | 202216744 | 00 |
| PO BOX 9610 | | | | |

---

Generated on 9/19/24 11:48 AM

Page 161

273



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service:  12/16/2022

## PROVIDER INFORMATION

|  | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service: 12/16/2022

## Appointment Information

**COUNTY INMATE TELE RETURN**
12/16/2022  8:00 AM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 8:00 AM | Nguyen, Khanh Kim, MD | RUH ENT CLINIC | 20 min |

Referral Provider:  PROVIDER, NOT SPECIFIED
Enc Form Number:  18909654

Arrival Time:    8:19 AM

Notes:
RCJ***c/o pain/ numbness blowout fx

History

| | | | | |
|---|---|---|---|---|
| Made On: | 11/9/2022 10:54 AM | By: | Flores, Eileana | ES |
| Checked In: | 12/16/2022 8:19 AM | By: | Frazier-Thomas, Jeneca | ES |
| Remove Arr.: | 12/16/2022 8:20 AM | By: | Valencia, Alejandra, MA | MR |
| Changed: | 12/16/2022 9:46 AM | By: | Lopez Figuera, Maria, MA | MR |
| EOD Status: | 12/20/2022 5:07 AM | By: | Epic, Cadence | ES |
| Checked Out: | 1/11/2023 12:26 PM | By: | Epic, User | AR |

Changes
12/16/2022  9:46 AM

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: COUNTY INMATE TELE RETURN | Visit Type: COUNTY INMATE TELE RETURN |
| Provider: ENTFRI | Provider: **Nguyen, Khanh Kim, MD** |
| Dept: RUH ENT CLINIC [500101054] | Dept: RUH ENT CLINIC [500101054] |
| Date: 12/16/2022 | Date: 12/16/2022 |
| Time:  8:00 AM | Time:  8:00 AM |
| Length: 20 | Length: 20 |

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 12/16/2022 8:00 AM | Nguyen, Khanh Kim, MD | RUH ENT CLINIC | 158262475 |
| | | Arrive at: Lower Level | |

## Visit Summary

### Reason for Visit

**Follow-up**

### Diagnoses

| | Comments |
|---|---|
| **Closed blow-out fracture of right orbital floor (HCC)**  - Primary | |

**Problem List** as of 12/16/2022

Date Reviewed: **12/16/2022**

Generated on 9/19/24 11:48 AM

Page 163



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service: 12/16/2022

## Visit Summary (continued)

**Problem List (continued)** as of 12/16/2022                    Date Reviewed: **12/16/2022**

|  | ICD-10-CM | Priority | Class | Noted - Resolved 5/3/2022 - Present |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB |  |  |  |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

**Allergies** as of 12/16/2022

Review status set to Review Complete by
Nguyen, Khanh Kim, MD on 12/16/2022

No Known Allergies

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 |  |  |  |
| Given By: |  | Deferral: No Longer Needed |  |  |

### Vitals

Most recent update: 12/16/2022  8:21 AM

| BP 134/85 (BP Location: Left Upper Arm, BP Patient Position: Sitting) | Pulse 57 | Temp 97.6 °F (36.4 °C) (Tympanic) | Ht 1.88 m (6' 2") | Wt 105.2 kg (232 lb) |
|---|---|---|---|---|
| SpO2 98% | BMI 29.79 kg/m² |  |  |  |

## Patient History

**Medical as of 12/16/2022**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | Provider |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service: 12/16/2022

## Visit Summary (continued)

### Medical as of 12/16/2022 (continued)

| | | | | |
|---|---|---|---|---|
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | | Provider |
| Hypertension [I10] | 05/05/2022 | — | | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | | Provider |

### Surgical as of 12/16/2022

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD;  Location: RUH OR;  Service: ENT Oncology;  Laterality: Right; | Provider |

#### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service:  12/16/2022

## Visit Summary (continued)

### Surgical as of 12/16/2022 (continued)

| | | | |
|---|---|---|---|
| | 05/09/2022 | | |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | — | Provider |
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | Provider |
| MASTECTOMY [SHX3] | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | 05/09/2022 | — | Provider |

### Family as of 12/16/2022

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 12/16/2022

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Decease | — | F | — | — | Provider |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service:  12/16/2022

## Visit Summary (continued)

### Family Status as of 12/16/2022 (continued)

| Relation | Name | Status d | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | | — | — | — |

### Tobacco Use as of 12/16/2022

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | | | |
| Source | | | | |
| Provider | | | | |

### Alcohol Use as of 12/16/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | — | Provider |

### Drug Use as of 12/16/2022

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 12/16/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 12/16/2022

None

### Occupational as of 12/16/2022

None

### Socioeconomic as of 12/16/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service: 12/16/2022

## Visit Summary (continued)

### Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | — | — | | — |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
Class: Historical Med

**All Orders**

No orders found for this encounter

**Medication Documentation Review Audit**

Reviewed by Nguyen, Khanh Kim, MD (Physician) on 12/16/22 at 1040

| Medication | Order | Taking? | Sig | Documenting Provider | Last Dose | Status |
|---|---|---|---|---|---|---|
| acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | 348380959 | No | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. | Provider, Historical, MD | 5/8/2022 600pm | Active |

### Telephone Encounter

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 12/16/2022 8:00 AM | Nguyen, Khanh Kim, MD | RUH ENT CLINIC Arrive at: Lower Level | |

**Reason for Call**

Follow-up

**Care Advice Given**

No Care Advice given for this encounter.

**All Orders**

No orders found

**All Results**

No results found

**Collection Information**

### Encounter Notes

**Progress Notes signed by Valencia, Alejandra, MA at 12/16/22 0852**

| Author: Valencia, Alejandra, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 12/16/22 0852 | Encounter Date: 12/16/2022 | Status: Signed |
| Editor: Valencia, Alejandra, MA (Medical Assistant) | | |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service: 12/16/2022

---

## Encounter Notes (continued)

**Progress Notes signed by Valencia, Alejandra, MA at 12/16/22 0852 (continued)**

Pt is an inmate, received flu vaccine in facility.

Electronically signed by Valencia, Alejandra, MA at 12/16/22 0852

**Progress Notes signed by Sanchez, Anthony Ernest, MD at 12/16/22 0852**

Author: Sanchez, Anthony Ernest, MD    Service: —    Author Type: **Resident**
Filed: 12/16/22 1041    Encounter Date: 12/16/2022    Status: Addendum
Editor: Nguyen, Khanh Kim, MD (Physician)
Related Notes: Original Note by Sanchez, Anthony Ernest, MD (Resident) filed at 12/16/22 0852

Henry Michael Barnhill is a 44 y.o. male participating in a telehealth encounter with synchronous audio and video contact.
I have discussed the risks, benefits, and limitations of receiving care virtually with the patient. The patient expresses understanding and has verbally consented to this service today.

HPI:
Surgery:
ORIF right orbital floor on 5/9/22 with Dr. Inman

S:
Patient complaints of right cheek/maxillary teeth numbness, sometimes tingling/shock like pain in the V2 distribution. It's improving since his injury (present prior to surgery per patient), but not completely gone yet.

ROS: All systems reviewed are negative except as stated per HPI.

Reviewed in chart: Allergies, PSH, PMH, Social Hx, and Fam Hx
**Patient Active Problem List**
Diagnosis
• Open fracture of orbital floor (blow-out) (HCC)

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. | | |

No current facility-administered medications on file prior to visit.

Physical Exam:
No vital signs measured at this video visit.
General: NAD, WDWN, appears comfortable
Eye without obvious deformity or abnormality

Assessment/Plan:

| Diagnosis | ICD-10- | Plan |
|---|---|---|

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service: 12/16/2022

---

**Encounter Notes (continued)**

**Progress Notes signed by Sanchez, Anthony Ernest, MD at 12/16/22 0852 (continued)**

| | | CM |
|---|---|---|
| 1. | **Closed blow-out fracture of right orbital floor (HCC)** | **S02.31X A** |

Patient's symptoms are consistent with damage to infraorbital nerve which was present after fracture but before ORIF per patient. He states it is slowly improving.

- Watchful waiting for now regarding neuropathy; will likely continue to slowly improve but may never fully regain sensation to the nerve distribution
- RTC PRN

Anthony Sanchez MD
Head & Neck Surgery0
PGY-5

I performed a history and physical examination of the patient and directed the management with Dr. Sanchez. I reviewed and updated, when necessary, the note above. I agree with the final documented findings and plan of care.

Khanh K. Nguyen, MD
Otolaryngology - Head and Neck Surgery

Electronically signed by Sanchez, Anthony Ernest, MD at 12/16/22 0852
Electronically signed by Nguyen, Khanh Kim, MD at 12/16/22 1041

**Addendum Note signed by Nguyen, Khanh Kim, MD at 12/16/22 1042**

Author: Nguyen, Khanh Kim, MD      Service: —                    Author Type: **Physician**
Filed: **12/16/22 1042**           Encounter Date: **12/16/2022**   Status: **Signed**
Editor: Nguyen, Khanh Kim, MD (Physician)
Added by: NGUYEN, KHANH K. on: 12/16/2022 10:42 AM    Modules accepted: Level of Service
Electronically signed by Nguyen, Khanh Kim, MD at 12/16/22 1042

---

**Follow-up and Disposition History**

12/16/2022 1041 - Khanh Kim Nguyen, MD
Dispositions:                    Return if symptoms worsen or fail to improve.

---

**Health Maintenance**

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002543041
Associated Date of Service:  12/16/2022

**Health Maintenance (continued)**

|  | Date Due | Completion Dates |
|---|---|---|
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service: 4/21/2023

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002726865** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (44 yrs)** |
| Phone: | **000-000-0000** | Age: | **44 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or \*** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Provider, Not Specified,\*** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | **21 - Court/Law Enforceme\*** | Encounter Number: | **164411140** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE\* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\* PO BOX 9610 | BARNHILL,HENRY M\* | Self | 202216744 | 00 |

---



**CareConnect Partners**

**Riverside University**

**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service:  4/21/2023

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service: 4/21/2023

---

## Appointment Information

| **COUNTY INMATE TELE RETURN** | **Completed** |
|---|---|
| 4/21/2023 8:30 AM | Copay Due: $0.00 |

| Time | Provider | Department | Length |
|---|---|---|---|
| 8:30 AM | Nguyen, Khanh Kim, MD | RUH ENT CLINIC | 20 min |

| Referral Provider: | PROVIDER, NOT SPECIFIED | Arrival Time: | 8:02 AM |
|---|---|---|---|
| Enc Form Number: | 20103012 | Bill Area: | SURGERY ENT |

Notes:
PR/JFT
RCJ***Atypical facial pain

### History

| Rescheduled: | 4/13/2023 2:28 PM | By: | Lira, Stephanie | ES |
|---|---|---|---|---|
| Changed: | 4/21/2023 7:52 AM | By: | Jimenez, Ilse, MA | MR |
| Checked In: | 4/21/2023 8:02 AM | By: | Jimenez, Maria | ES |
| Remove Arr.: | 4/21/2023 8:22 AM | By: | Lao, Wilson Felix Palado Jr., MD | MR |
| EOD Status: | 4/25/2023 5:04 AM | By: | Epic, Cadence | ES |

### Changes

4/21/2023 7:52 AM

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: COUNTY INMATE TELE RETURN | Visit Type: COUNTY INMATE TELE RETURN |
| Provider: **ENTFRI** | Provider: **Nguyen, Khanh Kim, MD** |
| Dept: RUH ENT CLINIC [500101054] | Dept: RUH ENT CLINIC [500101054] |
| Date: 4/21/2023 | Date: 4/21/2023 |
| Time: 8:30 AM | Time: 8:30 AM |
| Length: 20 | Length: 20 |

---

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 4/21/2023 8:30 AM | Nguyen, Khanh Kim, MD | RUH ENT CLINIC<br>Arrive at: Lower Level | 164411140 |

## Visit Summary

### Diagnoses

| | Comments |
|---|---|
| **Closed blow-out fracture of right orbital floor (HCC)** | - Primary |
| **Occipital neuralgia of left side** | |
| **Strabismus due to blowout fracture of orbit (HCC)** | |

**Problem List** as of 4/21/2023

Date Reviewed: **12/16/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|

---

Generated on 9/19/24 11:48 AM

Page 174



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service:  4/21/2023

## Visit Summary (continued)

**Problem List (continued)** as of 4/21/2023                     Date Reviewed: **12/16/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved 5/3/2022 - Present |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

Review status set to Review Complete by Lopez
Figuera, Maria, MA on 4/21/2023

**Allergies as of 4/21/2023**
No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

**Vitals**                                          Most recent update: 4/21/2023  8:31 AM

| BP | Temp |
|---|---|
| 119/80 | 97.6 °F (36.4 °C) (Oral) |

## Patient History

**Medical as of 4/21/2023**

_Past Medical History_

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

_Pertinent Negatives_

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | Provider |

Generated on 9/19/24 11:48 AM

Page 175

287



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service:  4/21/2023

---

## Visit Summary (continued)
### Medical as of 4/21/2023 (continued)

| | | | |
|---|---|---|---|
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | Provider |
| Hypertension [I10] | 05/05/2022 | — | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | Provider |

---

### Surgical as of 4/21/2023

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD;  Location: RUH OR;  Service: ENT Oncology;  Laterality: Right; | Provider |

#### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | | Provider |

---



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service: 4/21/2023

## Visit Summary (continued)
### Surgical as of 4/21/2023 (continued)

| | | | |
|---|---|---|---|
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | Provider |
| MASTECTOMY [SHX3] | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | 05/09/2022 | — | Provider |

### Family as of 4/21/2023

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 4/21/2023

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | — | — | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | — | — | — | — |

### Tobacco Use as of 4/21/2023



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service:  4/21/2023

## Visit Summary (continued)

### Tobacco Use as of 4/21/2023 (continued)

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | — | — |

| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
|---|---|---|---|---|
| Never | — | — | | |

Source
Provider

### Alcohol Use as of 4/21/2023

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Drug Use as of 4/21/2023

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 4/21/2023

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 4/21/2023

None

### Occupational as of 4/21/2023

None

### Socioeconomic as of 4/21/2023

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | — | — | | |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
Class: Historical Med

### All Orders

No orders found for this encounter

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service: 4/21/2023

## Medications (continued)

### Medication Documentation Review Audit
**Prior to Admission medications have not yet been reviewed for this encounter**

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 4/21/2023 8:30 AM | Nguyen, Khanh Kim, MD | RUH ENT CLINIC Arrive at: Lower Level | |

### Care Advice Given
No Care Advice given for this encounter.

### All Orders
No orders found

### All Results
No results found

### Collection Information

## Encounter Notes

### Miscellaneous signed by Provider, Scan at 04/25/23 1435

Author: Provider, Scan          Service: —                          Author Type: **Physician**
Filed: 04/25/23 1435            Encounter Date: 4/21/2023            Status: **Signed**
Editor: Provider, Scan (Physician)
  Scan on 4/21/2023 by Provider, Scan: RIVERSIDE COUNTY JAIL      1

Electronically signed by Provider, Scan at 04/25/23 1435

### Progress Notes signed by Lao, Wilson Felix Palado Jr., MD at 04/21/23 0904

Author: Lao, Wilson Felix Palado Jr.,    Service: —              Author Type: **Resident**
MD
Filed: 04/21/23 0918            Encounter Date: 4/21/2023          Status: **Addendum**
Editor: Nguyen, Khanh Kim, MD (Physician)
Related Notes: Original Note by Nguyen, Khanh Kim, MD (Physician) filed at 04/21/23 0917

Henry Michael Barnhill is a 44 y.o. male participating in a telehealth encounter with synchronous audio and video contact.

I have discussed the risks, benefits, and limitations of receiving care virtually with the patient. The patient expresses understanding and has verbally consented to this service today.

HPI:
Surgery:
ORIF right orbital floor on 5/9/22 with Dr. Inman



**CareConnect Partners**

# Riverside
# University
# HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service:  4/21/2023

---

## Encounter Notes (continued)

**Progress Notes signed by Lao, Wilson Felix Palado Jr., MD at 04/21/23 0904 (continued)**

S:
C/o right vision "drifting" and blurry vision
Reportedly saw a Ophthalmologist but Ophthalmologist recommended strabismus specialist.

Patient continues to complain of R cheek/maxillary teeth numbness along the CN V2 distribution. Same since last reported in previous clinic visit.

Also complains of left sided occipital headaches with radiation up through the scalp.

ROS: All systems reviewed are negative except as stated per HPI.

Reviewed in chart: Allergies, PSH, PMH, Social Hx, and Fam Hx
**Patient Active Problem List**
Diagnosis
• Open fracture of orbital floor (blow-out) (HCC)

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. | | |

No current facility-administered medications on file prior to visit.

Physical Exam: (Limited given video visit)
No vital signs measured at this video visit.
General: NAD
Eye without obvious deformity or abnormality

**Assessment/Plan:**

| | Diagnosis | ICD-10-CM | Plan |
|---|---|---|---|
| **1.** | **Closed blow-out fracture of right orbital floor (HCC)** | **S02.31XA** | |
| 2. | Occipital neuralgia of left side | M54.81 | |
| 3. | Strabismus due to blowout fracture of orbit (HCC) | H50.9 | |
| | | S02.30XS | |

Patient's symptoms are consistent with damage to infraorbital nerve which was present after fracture but before ORIF per patient. He states it is slowly improving.

---

Generated on 9/19/24 11:48 AM

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service: 4/21/2023

---

**Encounter Notes (continued)**

**Progress Notes signed by Lao, Wilson Felix Palado Jr., MD at 04/21/21 0904 (continued)**

Occipital neuralgia likely 2/2 previous traumatic injury to that side of the head.

- Watchful waiting for now regarding neuropathy; will likely continue to slowly improve but may never fully regain sensation to the nerve distribution
- Will need to see a Ophthalmologist specializing in strabismus
- No other surgical intervention from ENT standpoint to address patient's eye complaints
- Will plan for possible occipital nerve block on left in next minors clinic

Discussed with chief resident, Dr. Frank

Wilson P. Lao, MD, PGY 3
Otolaryngology - Head and Neck Surgery
Pager: 9689

I spent 5 minutes reviewing the electronic health record and relevant studies. I discussed the patient's management with the resident physician and we communicated our findings and recommendations to the team requesting the consultation. I reviewed and edited the resident physician's note and agree with the documented findings and plan of care.

Khanh K. Nguyen, MD
Otolaryngology - Head and Neck Surgery

Electronically signed by Lao, Wilson Felix Palado Jr., MD at 04/21/23 0904
Electronically signed by Nguyen, Khanh Kim, MD at 04/21/23 0917
Electronically signed by Nguyen, Khanh Kim, MD at 04/21/23 0918

**Addendum Note signed by Nguyen, Khanh Kim, MD at 04/21/23 0918**

| | | |
|---|---|---|
| Author: Nguyen, Khanh Kim, MD | Service: — | Author Type: **Physician** |
| Filed: 04/21/23 0918 | Encounter Date: 4/21/2023 | Status: **Signed** |
| Editor: Nguyen, Khanh Kim, MD (Physician) | | |
| Added by: NGUYEN, KHANH K. on: 4/21/2023 09:18 AM   Modules accepted: Level of Service | | |

Electronically signed by Nguyen, Khanh Kim, MD at 04/21/23 0918

---

**Health Maintenance**

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |

---

Generated on 9/19/24 11:48 AM

Page 181



**CareConnect Partners**

# Riverside
# University
# HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002726865
Associated Date of Service:  4/21/2023

**Health Maintenance (continued)**

|  | Date Due | Completion Dates |
|---|---|---|
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  7/11/2023

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | |
|---|---|---|
| Patient ID: | **7637901** | |
| Hosp Acct ID: | | Fin. Class:  **No info available** |
| Private? | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (45 yrs)** |
| Phone: | **000-000-0000** | Age: | **45 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | | Service: | |
| Adm Source: | | Adm Type: | |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | | Encounter Number: | **168151637** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION
There is no guarantor information entered for this encounter.

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **No ref. provider found** | **N/A** | |

---

Generated on 9/19/24 11:48 AM

Page 183

295



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service: 7/11/2023

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 7/11/2023 7:51 AM | Lopez Figuera, Maria, MA | RUH ENT CLINIC | 168151637 |

## Visit Summary

**Problem List** as of 7/11/2023                                        Date Reviewed: **12/16/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved 5/3/2022 - Present |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | |

    Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
    Added automatically from request for surgery 1125174

                                            Review status set to Review Complete by Lopez
**Allergies** as of 7/11/2023                               Figuera, Maria, MA on 4/21/2023
    No Known Allergies

## Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

## Patient History

**Medical** as of 7/11/2023

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | Provider |
| Encounter for blood transfusion | 05/09/2022 | — | Provider |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service: 7/11/2023

## Visit Summary (continued)
### Medical as of 7/11/2023 (continued)

| | | | |
|---|---|---|---|
| [Z51.89] | | | |
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | Provider |
| Hypertension [I10] | 05/05/2022 | — | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | Provider |

### Surgical as of 7/11/2023

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD;  Location: RUH OR;  Service: ENT Oncology;  Laterality: Right; | Provider |

#### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | — | Provider |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  7/11/2023

## Visit Summary (continued)

### Surgical as of 7/11/2023 (continued)

| | | | |
|---|---|---|---|
| | 22 | | |
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | Provider |
| MASTECTOMY [SHX3] | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | 05/09/2022 | — | Provider |

### Family as of 7/11/2023

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 7/11/2023

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | — | — | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | | — | — | |



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service:  7/11/2023

## Visit Summary (continued)

### Tobacco Use as of 7/11/2023

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | — | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | — | | |
| Source | | | | |
| Provider | | | | |

### Alcohol Use as of 7/11/2023

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Drug Use as of 7/11/2023

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 7/11/2023

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 7/11/2023

None

### Occupational as of 7/11/2023

None

### Socioeconomic as of 7/11/2023

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | — | — | | |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
Class: Historical Med

### All Orders

No orders found for this encounter

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Associated Date of Service: 7/11/2023

## Medications (continued)

### Medication Documentation Review Audit

**Prior to Admission medications have not yet been reviewed for this encounter**

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 7/11/2023 7:51 AM | Lopez Figuera, Maria, MA | RUH ENT CLINIC | |

### Care Advice Given

No Care Advice given for this encounter.

### All Orders

No orders found

### All Results

No results found

### Collection Information

## Encounter Notes

### Progress Notes signed by Lopez Figuera, Maria, MA at 07/11/23 0752

| Author: Lopez Figuera, Maria, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 07/11/23 0752 | Encounter Date: 7/11/2023 | Status: Signed |
| Editor: Lopez Figuera, Maria, MA (Medical Assistant) | | |

Per officer Lopez patient refused visit.

Electronically signed by Lopez Figuera, Maria, MA at 07/11/23 0752

### Health Maintenance

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |

**CareConnect Partners**



**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002831206
Associated Date of Service:  7/11/2023

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002831206** | Fin. Class: | **Commercial** |
| Private? | | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (45 yrs)** |
| Phone: | **000-000-0000** | Age: | **45 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or \*** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Provider, Not Specified,\*** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | **21 - Court/Law Enforceme\*** | Encounter Number: | **164685876** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE\* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\* PO BOX 9610 | BARNHILL,HENRY M\* | Self | 202216744 | 00 |

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002831206
Associated Date of Service: 7/11/2023

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002831206
Associated Date of Service: 7/11/2023

## Appointment Information

**ENT INMATE**
7/11/2023  8:00 AM

**No Show**
Copay Due: $0.00

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 8:00 AM | Yalamanchili, Ronica Rajesh, MD | RUH ENT CLINIC | 30 min |

Referral Provider:    PROVIDER, NOT SPECIFIED

### Notes:

PRE REG  MJ  7/10 RCJ INAMTE
MINORSoccipital nerve block

#### History

| | | | | |
|---|---|---|---|---|
| Made On: | 4/21/2023  9:22 AM | By: | Lopez Figuera, Maria, MA | ES |
| Change Notes: | 7/3/2023 12:00 PM | By: | Jimenez, Ilse, MA | ES |
| Change Notes: | 7/3/2023 12:00 PM | By: | Jimenez, Ilse, MA | ES |
| Change Notes: | 7/10/2023 10:28 AM | By: | Jimenez, Maria | ES |
| Changed: | 7/11/2023  8:12 AM | By: | Valencia, Alejandra, MA | MR |
| No Show: | 7/11/2023  8:20 AM | By: | Jimenez, Ilse, MA | MR |
| Change Notes: | 8/8/2023 10:12 AM | By: | Valencia, Alejandra, MA | ES |
| Change Notes: | 8/8/2023 10:12 AM | By: | Valencia, Alejandra, MA | ES |

## Changes

7/11/2023  8:12 AM

| Old Appointment: | New Appointment: |
|------------------|------------------|
| Visit Type: **ENT INMATE** | Visit Type: **ENT INMATE** |
| Provider: **ENT PROVIDER** | Provider: **Yalamanchili, Ronica Rajesh, MD** |
| Dept: RUH ENT CLINIC [500101054] | Dept: RUH ENT CLINIC [500101054] |
| Date: 7/11/2023 | Date: 7/11/2023 |
| Time:  8:00 AM | Time:  8:00 AM |
| Length: 30 | Length: 30 |

## Encounter Information

| | Provider | Department | Encounter # |
|---|----------|------------|-------------|
| 7/11/2023 8:00 AM | Yalamanchili, Ronica Rajesh, MD | RUH ENT CLINIC Arrive at: Lower Level | 164685876 |

## Visit Summary

**Problem List** as of 7/11/2023

Date Reviewed: **12/16/2022**

| | | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|---|
| | | | | | |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002831206
Associated Date of Service:  7/11/2023

---

## Visit Summary (continued)

**Problem List (continued)** as of 7/11/2023                                   Date Reviewed: **12/16/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

Review status set to Review Complete by Lopez Figuera, Maria, MA on 4/21/2023

**Allergies as of 7/11/2023**

No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | | Deferral: No Longer Needed | |

## Patient History

**Medical as of 7/11/2023**

Past Medical History

| Diagnosis | Date | Comments | | Source |
|---|---|---|---|---|
| Asthma [J45.909] | — | — | | Provider |
| Heart murmur [R01.1] | — | — | | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | Provider |
| Headache following lumbar puncture | 05/09/2022 | — | Provider |

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002831206
Associated Date of Service:  7/11/2023

## Visit Summary (continued)
### Medical as of 7/11/2023 (continued)

| | | | | |
|---|---|---|---|---|
| [G97.1] | | | | |
| Hypertension [I10] | 05/05/2022 | — | | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | | Provider |

### Surgical as of 7/11/2023

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD;  Location: RUH OR;  Service: ENT Oncology;  Laterality: Right; | Provider |

#### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | — | Provider |
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | Provider |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002831206
Associated Date of Service: 7/11/2023

## Visit Summary (continued)

### Surgical as of 7/11/2023 (continued)

| | | | | |
|---|---|---|---|---|
| | | 22 | | |
| MASTECTOMY [SHX3] | | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | | 05/09/2022 | — | Provider |

### Family as of 7/11/2023

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 7/11/2023

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | — | — | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | — | — | — | — |

### Tobacco Use as of 7/11/2023

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | | | | |



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002831206
Associated Date of Service: 7/11/2023

## Visit Summary (continued)

### Tobacco Use as of 7/11/2023 (continued)

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |
| Source | | |
| Provider | | |

### Alcohol Use as of 7/11/2023

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Drug Use as of 7/11/2023

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 7/11/2023

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 7/11/2023

None

### Occupational as of 7/11/2023

None

### Socioeconomic as of 7/11/2023

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | — | — | — | — |

    Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
    Class: Historical Med

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

\*\*Prior to Admission medications have not yet been reviewed for this encounter\*\*

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002831206
Associated Date of Service: 7/11/2023

---

## Medications (continued)

### Telephone Encounter

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 7/11/2023 8:00 AM | Yalamanchili, Ronica Rajesh, MD | RUH ENT CLINIC Arrive at: Lower Level | |

**Care Advice Given**

No Care Advice given for this encounter.

**All Orders**

No orders found

**All Results**

No results found

**Collection Information**

## Notes

**Encounter Notes**

No notes of this type exist for this encounter.

**Health Maintenance**

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |

---



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867740
Associated Date of Service:  8/25/2023

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002867740** | Fin. Class: | **Commercial** |
| Private? | | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (45 yrs)** |
| Phone: | **000-000-0000** | Age: | **45 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or *** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | **21 - Court/Law Enforceme*** | Encounter Number: | **169352188** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT* PO BOX 9610 | BARNHILL,HENRY M* | Self | 202216744 | 00 |

---



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867740
Associated Date of Service:  8/25/2023

## PROVIDER INFORMATION

|  | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867740
Associated Date of Service: 8/25/2023

---

## Appointment Information

**ENT INMATE**                                    **Canceled**
8/25/2023  8:30 AM                                Copay Due: $0.00

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 8:30 AM | ENTFRI | RUH ENT CLINIC | 30 min |

Referral Provider:     PROVIDER, NOT SPECIFIED

Notes:
*RCJ INMATE*
MINOR occipital nerve block

| History | | | | |
|---------|---|---|---|---|
| Made On: | 8/8/2023 10:14 AM | By: | Valencia, Alejandra, MA | ES |
| Canceled: | 8/8/2023 10:16 AM | By: | Valencia, Alejandra, MA | ES |
| Cancel Rsn: | Other | | | |

---

## Visit Summary

**Problem List** as of 8/25/2023                          Date Reviewed: **12/16/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|-----------|----------|-------|------------------|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

Review status set to Review Complete by Lopez
Figuera, Maria, MA on 4/21/2023

**Allergies** as of 8/25/2023
No Known Allergies

**Immunizations**

| Name | Date | Dose | Route | Site |
|------|------|------|-------|------|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

## Patient History

**Medical** as of 8/25/2023

Past Medical History

| Diagnosis | Date | Comments | Source |
|-----------|------|----------|--------|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|-----------|------------|----------|--------|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |

---

Generated on 9/19/24 11:48 AM                                    Page 199



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867740
Associated Date of Service:  8/25/2023

## Visit Summary (continued)
### Medical as of 8/25/2023 (continued)

| | | | | |
|---|---|---|---|---|
| Arthritis [M19.90] | 05/05/2022 | — | | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | | Provider |
| Cataract [H26.9] | 05/05/2022 | — | | Provider |
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | | Provider |
| Hypertension [I10] | 05/05/2022 | — | | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | | Provider |

### Surgical as of 8/25/2023

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD;  Location: RUH OR;  Service: ENT Oncology;  Laterality: Right; | Provider |

Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867740
Associated Date of Service:  8/25/2023

## Visit Summary (continued)

### Surgical as of 8/25/2023 (continued)

| | | | Provider |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | — | Provider |
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | Provider |
| MASTECTOMY [SHX3] | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | 05/09/2022 | — | Provider |

### Family as of 8/25/2023

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| | | | | | Provider |
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |

Generated on 9/19/24 11:48 AM

Page 201



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867740
Associated Date of Service: 8/25/2023

## Visit Summary (continued)

### Family as of 8/25/2023 (continued)

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 8/25/2023

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | | | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | | | — | |

### Tobacco Use as of 8/25/2023

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | — | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Never | — | — | | |
| Source | | | | |
| Provider | | | | |

### Alcohol Use as of 8/25/2023

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | — | Provider |

### Drug Use as of 8/25/2023

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 8/25/2023

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 8/25/2023

None

### Occupational as of 8/25/2023

None



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867740
Associated Date of Service: 8/25/2023

## Visit Summary (continued)

### Socioeconomic as of 8/25/2023

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | — | — | | — |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
Class: Historical Med

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

\*\*Prior to Admission medications have not yet been reviewed for this encounter\*\*

## Telephone Encounter

### Care Advice Given

No Care Advice given for this encounter.

### All Orders

No orders found

### All Results

No results found

### Collection Information

## Notes

### Encounter Notes

No notes of this type exist for this encounter.

### Health Maintenance

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |

Generated on 9/19/24 11:48 AM

Page 203



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867740
Associated Date of Service: 8/25/2023

## Notes (continued)
### Health Maintenance (continued)

| | Date Due | Completion Dates |
|---|---|---|
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

**Barnhill, Henry Michael**

| | | | |
|---|---|---|---|
| Patient ID: | **7637901** | | |
| Hosp Acct ID: | **50002867744** | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **354 GARDENIA** | | |
| City/St/ZIP: | **HEMET CA 92543** | DOB: | **6/9/1978 (45 yrs)** |
| Phone: | **000-000-0000** | Age: | **45 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Outpatient** | Service: | |
| Adm Source: | **Jail, prison, court, or *** | Adm Type: | **Elective** |
| Admitting Provider: | | Attending Provider: | **Provider, Not Specified,*** |
| Unit: | | Room/Bed: | **Room/bed info not found** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | | Disch Time: | |
| Disch Disp: | **21 - Court/Law Enforceme*** | Encounter Number: | **169352330** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|
| | | | | | |

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE* | 000-000-0000 | | Self | P/F |
| 354 GARDENIA, HEMET, CA 92543 | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT* | BARNHILL,HENRY M* | Self | 202216744 | 00 |
| PO BOX 9610 | | | | |

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **Provider, Not Specified*** | **N/A** | **No address on file** |



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

---

## Appointment Information

**ENT INMATE**
9/8/2023 8:30 AM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 8:30 AM | Inman, Jared Christian, MD | RUH ENT CLINIC | 30 min |

Referral Provider: **PROVIDER, NOT SPECIFIED**    Arrival Time:    5:59 AM
Enc Form Number:    21462845

Notes:

PRE REG MJ  9/7 *RCJ INMATE*
MINOR occipital nerve block

| History | | | | |
|---|---|---|---|---|
| Rescheduled: | 8/8/2023 10:16 AM | By: | Valencia, Alejandra, MA | ES |
| Change Notes: | 9/7/2023 1:40 PM | By: | Jimenez, Maria | ES |
| Checked In: | 9/8/2023 5:59 AM | By: | Jimenez, Maria | ES |
| Remove Arr.: | 9/8/2023 6:37 AM | By: | Calaguas, Shannon Olivia, MD | MR |
| Changed: | 9/8/2023 8:09 AM | By: | Jimenez, Ilse, MA | MR |
| EOD Status: | 9/12/2023 5:06 AM | By: | Epic, Cadence | ES |

Changes

9/8/2023 8:09 AM

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: ENT INMATE | Visit Type: ENT INMATE |
| Provider: **ENTFRI** | Provider: **Inman, Jared Christian, MD** |
| Dept: RUH ENT CLINIC [500101054] | Dept: RUH ENT CLINIC [500101054] |
| Date: 9/8/2023 | Date: 9/8/2023 |
| Time:  8:30 AM | Time:  8:30 AM |
| Length: 30 | Length: 30 |

## Encounter Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 9/8/2023 8:30 AM | Inman, Jared Christian, MD | RUH ENT CLINIC<br>Arrive at: Lower Level | 169352330 |

## Visit Summary
### Reason for Visit

**Follow-up**

### Diagnoses

|  | Comments |
|---|---|
| **Occipital neuralgia of left side**   -  Primary | |
| **Left ear pain** | |

---

Generated on 9/19/24 11:48 AM

Page 207



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

---

## Visit Summary (continued)

### Diagnoses (continued)

| | Comments |
|---|---|
| **Closed blow-out fracture of right orbital floor (HCC)** | |

---

**Problem List** as of 9/8/2023                                      Date Reviewed: **12/16/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

    Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
      Added automatically from request for surgery 1125174

---

                                       Review status set to Review Complete by
**Allergies as of 9/8/2023**                        Valencia, Alejandra, MA on 9/8/2023

    No Known Allergies

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
|     Given By: | | Deferral: No Longer Needed | | |

---

**Vitals**                                                   Most recent update: 9/8/2023  8:16 AM

| BP 131/71 (BP Location: Left Upper Arm, BP Patient Position: Sitting) | Pulse **52** ❗ | Ht 1.88 m (6' 2") | Wt 99.8 kg (220 lb) | SpO2 100% |
|---|---|---|---|---|

BMI
28.25 kg/m²

## Patient History

**Medical as of 9/8/2023**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Cerebrovascular accident (HCC) | 05/09/2022 | — | Provider |



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

## Visit Summary (continued)

### Medical as of 9/8/2023 (continued)

| | | | |
|---|---|---|---|
| [I63.9] | | | |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | Provider |
| Hypertension [I10] | 05/05/2022 | — | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | Provider |

### Surgical as of 9/8/2023

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD;  Location: RUH OR;  Service: ENT Oncology;  Laterality: Right; | Provider |

#### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/20 | — | Provider |



**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

## Visit Summary (continued)
### Surgical as of 9/8/2023 (continued)

| | | | |
|---|---|---|---|
| | 22 | | |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | — | Provider |
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | Provider |
| MASTECTOMY [SHX3] | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | 05/09/2022 | — | Provider |

### Family as of 9/8/2023

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |



**CareConnect Partners**

# Riverside University HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

## Visit Summary (continued)

### Family Status as of 9/8/2023

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | — | — | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | — | — | — | — |

### Tobacco Use as of 9/8/2023

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never | — | — | — | |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | | |

Source
Provider

### Alcohol Use as of 9/8/2023

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Drug Use as of 9/8/2023

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 9/8/2023

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 9/8/2023

None

### Occupational as of 9/8/2023

None

### Socioeconomic as of 9/8/2023

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino/a | Black or African American - Black | — |

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

## Visit Summary (continued)

### Medications

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | — | — | | — |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
Class: Historical Med

**All Orders**

No orders found for this encounter

**Medication Documentation Review Audit**

Reviewed by Valencia, Alejandra, MA (Medical Assistant) on 09/08/23 at 0816

| Medication | Order | Taking? | Sig | Documenting Provider | Last Dose | Status |
|---|---|---|---|---|---|---|
| acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | 3483809 59 | No | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. | Provider, Historical, MD | 5/8/2022 600pm | Active |

## Telephone Encounter

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 9/8/2023 8:30 AM | Inman, Jared Christian, MD | RUH ENT CLINIC Arrive at: Lower Level | |

**Reason for Call**

**Follow-up**

**Care Advice Given**

No Care Advice given for this encounter.

**All Orders**

No orders found

**All Results**

No results found

**Collection Information**

## Encounter Notes

**Progress Notes signed by Inman, Jared Christian, MD at 09/08/23 0847**



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

---

**Encounter Notes (continued)**

**Progress Notes signed by Inman, Jared Christian, MD at 09/08/23 0847 (continued)**

---

Author: Inman, Jared Christian, MD     Service: —                          Author Type: **Physician**
Filed: 09/08/23 0847                   Encounter Date: 9/8/2023              Status: Signed
Editor: Inman, Jared Christian, MD (Physician)

HPI

Surgery:
ORIF right orbital floor on 5/9/22

S:
C/o right vision "drifting" and blurry vision
Reportedly saw a Ophthalmologist but Ophthalmologist recommended strabismus specialist.   No double vision
at rest

Patient continues to complain of R cheek/maxillary teeth numbness along the CN V2 distribution. Same since
last reported in previous clinic visit.  stable

Also complains of left sided occipital headaches with radiation up through the scalp.
This is worsening
He wants nerve blocks and was offered prior


ROS: All systems reviewed are negative except as stated per HPI.

Reviewed in chart: Allergies, PSH, PMH, Social Hx, and Fam Hx
**Patient Active Problem List**
Diagnosis
  • Open fracture of orbital floor (blow-out) (HCC)


**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. | | |

No current facility-administered medications on file prior to visit.

Physical Exam: (Limited given video visit)
No vital signs measured at this video visit.
General: NAD
Eye without obvious deformity or abnormality;  No double vision on exam per patient

Assessment/Plan:

Patient's symptoms are consistent with damage to infraorbital nerve which was present after fracture but before

---



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

---

## Encounter Notes (continued)

**Progress Notes signed by Inman, Jared Christian, MD at 09/08/23 0847 (continued)**

ORIF per patient. He states it is slowly improving.

Occipital neuralgia likely 2/2 previous traumatic injury to that side of the head.
Radiates from the left ear and the posterior ear
Set up for occipital nerve blocks/steroid injections on a Wednesday with otology

Electronically signed by Inman, Jared Christian, MD at 09/08/23 0847

---

**Health Maintenance**

| | Date Due | Completion Dates |
|---|---|---|
| Lipid Panel | **Never done** | --- |
| Colon Cancer Screening | **Never done** | --- |
| Wellness Check | **Never done** | --- |
| PHQ2 - Depression Screening | **Never done** | --- |
| HIV Screening | **Never done** | --- |
| Hep C Screening | **Never done** | --- |
| Hepatitis B Screening | **Never done** | --- |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** | --- |
| COVID-19 Vaccine (1 - 2023-24 season) | **Never done** | --- |
| Influenza Vaccine (1) | 09/01/2024 | --- |

Scan on 4/29/2022: CONFIRMATION OF RECEIPT DOS 042922 (below)

---



**CareConnect Partners**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023



ill, Henry
Riverside
University
HEALTH SYSTEM

**RUH EMERGENCY DEPARTMENT**
26520 CACTUS AVE
MORENO VALLEY CA 92555
951-486-5650

Encounter Date: 04/29/2022
**Please go to the Emergency Department
Discharge Desk before you leave the Emergency
Department to make sure we have your correct
contact information should we need to notify
you of any changes that need to be made with
your care today.**

**Henry Barnhill**
**4/29/2022 12:11 PM   ED**
MRN: **7637901**

Description: Male DOB: 6/9/1978
Department: **RUH Emergency
Department**

Confirmation of Receipt

I hereby acknowledge receipt of the instructions checked above. I understand that I have had an emergency
treatment and that I may be released before all of my medical problems are known or treated. I will arrange
for follow up care as instructed above.

Patient's Signature: _____    Date: _____

Nurse's Signature: _____    Date: 4/29/22

(10348 — H70)

4/29/22  9:28 PM



AC151104710

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 4/29/2022: INTERFACILITY TRANSFER FORM DOS 042922 (below)



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

## IMPORTANT LEGAL NOTICE

This hospital is required by federal law to provide any presenting patient with a medical screening examination to determine whether an emergency medical condition exists and to provide necessary stabilizing care within its capabilities for emergency medical conditions without regard to means or ability to pay. This hospital does participate in Medicare and Medicaid.

**1 - 2 - 3 - 4 to be completed and signed by physician.**

### 1   Patient Condition

A. ☒ There is no reasonable likelihood of deterioration from or during transport

B. ☐ The patient may be at risk for deterioration from or during transport

C. ☐ Patient is pregnant with contractions

Based upon my examination of the patient and the information available to me at the time of transfer, I certify that the risks of transfer are outweighed by the benefits reasonably anticipated from proper care at the receiving facility.

### 2   Reason for Transfer

A. ☒ For equipment or services not available at this facility: (list) _Plastic Surg_

B. ☐ Patient initiated request for transfer. Services are available here and offered to patient, who wishes of their own volition and request to be transferred.

C. ☐ Insurance Request - in network hospital
☐ YES   ☐ N/A

### 3   Risks of Transfer

_MVA_
_Death_

[X] All transfers have inherent risks of delays or accidents in transit, pain or discomfort upon movement, and limited medical capacity of transport units that may limit available care in the event of a crisis

### 4   Benefits of Transfer

_Higher level of care_

MD SIGNATURE _Dr Randall Making_   DATE / TIME _4/9/22 1014_

Counter-signed by: _____

### 5   Hospital Acceptance

A. Name of destination hospital: _RUHS_
Bed # _CD_

B. Accepted by: _Dr Huss_   107C
    NAME                        TIME
( _VH_ ) Initials of person obtaining acceptance

C. Accepting MD: _Dr Huss_   1078
    NAME                        TIME
( _VH_ ) Initials of person obtaining acceptance

| Discharge Vitals | Time: |
|---|---|
| B/P _138/81_ | Pulse _80_ |
| Resp _16_ | Temp _98.4_ |

RN Signature: _Megan_
Date _9/9/22_   Time _10:29_

Report called to: _951-486-5630_

☐ Current labs sent _____   ☐ Xray films/CD sent _____
☐ H & P sent _____   ☐ EKG sent _____
☐ Cardiac Cath CD _____   ☐ Belongings _____
☐ Consultations sent _____   ☐ Medication List _____

### 6   Mode of Transport

☐ ALS Ambulance   ☐ BLS Ambulance   ☐ Helicopter
☐ CCT   ☐ Additional Personnel
☐ RN   ☐ Respiratory Therapist
☐ MD   ☒ _PD - Custody_

Service contacted: _____
By _Megan_
Date / Time _9/9/22   1037_   ETA _____

### 7   Patient Consent to Transfer

I understand the risks and benefits of my (patient's) transfer
☒ I hereby **CONSENT** to transfer
☐ I hereby **REFUSE** to transfer

PATIENT SIGNATURE OR ON BEHALF OF PATIENT   TIME

RELATIONSHIP IF OTHER THAN PATIENT

RN SIGNATURE _Megan R_   WITNESS _____ N

ADMIN APPROVAL SIGNATURE _____
INSURANCE AUTH _____

PATIENT IDENTIFICATION

100579118
BARNHILL, HENRY    E
DOB: 06/09/1978  Age: 43Y  Sex: M
MRN: 1022039 04/29/2022 08:13

**kpc** HEALTH
GLOBAL MEDICAL CENTERS

**INTERFACILITY TRANSFER FORM**

☐ Hemet Global Medical Center
☐ Menifee Global Medical Center

POTRF

96-7010-7 (6/15)

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 4/29/2022: TRANSFER INFORMATION FORM DOS 042922 (below)



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

TRNSFR

Name of Patient: Barnhill Henry     Age: 43     DOB: 6 9 78
Date: 4.29.22     Time: 0840
Referring Hospital: Hemet Valley     Referring Physician: Kahng
Referring Hospital Contact Number: 951 766 645     Contact Name: Dayton
Referring Diagnosis: blow out fx Rt orbital     Torn ear
Riverside County Resident ☑ Yes   ☐ No
Transferring Hospital's Statement of Reason of Transfer:
☑ Higher level of care        ☐ No beds/staff
☐ Continuation of Trauma Call   ☐ In custody
☐ Special medical needs        ☐ Patient choice
☐ Other: _____

Type of Bed Needed:
☐ ICU
☐ Monitored non ICU bed
☐ Ward
☐ Security
Medical Unit Clerk's Printed Name: Tish     Signature: Tish
Date: 4.29.22     Time: 0840

Service Referred to: _____
Time Service Called: _____   Time Service Responded: _____

Diagnosis: _____
Clinical Information: High speed police chase ® blowout fx,
Vear helix avulsed.
☑ Stable ☐ Unstable
Transfer Accepted? ☑ Yes   ☐ No
If No, Reason:
☐ No beds
☐ Service unavailable
☐ Diversion
☐ Other: _____
Mode of Transportation: _____
Physician's Printed Name: Hu     Signature: _____
Date: 4/29/22     Time: 1014

Riverside University Health System - Medical Center
Moreno Valley, California

**TRANSFER INFORMATION FORM**

BARNHILL, HENRY
MRN: 7637901
DOB: 6/9/1978 (43 yrs) Male
CSN: 151104710 DOS: 4/29/22
Lee, Stephanie Anne

#824          White - Chart   Yellow - ED          7/16

**CareConnect Partners**

# Riverside University

## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 4/29/2022 1410: Ear laceration  (below)



Scan on 4/29/2022 1411: Back of the left ear laceration  (below)

**CareConnect Partners**

**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023



Scan on 4/29/2022 1412: Head contusion w abrasion  (below)



**Riverside University HEALTH SYSTEM**

CareConnect Partners

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023



Scan on 5/2/2022: CONFIRMATION OF RECEIPT DOS 050222 (below)



CareConnect Partners
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

---

Barnhill, Henry Michael                                          Encounter Date: 05/02/2022


Riverside University HEALTH SYSTEM

**RUH EMERGENCY DEPARTMENT**
26520 CACTUS AVE
MORENO VALLEY CA 92555
951-486-5650

**Please go to the Emergency Department Discharge Desk before you leave the Emergency Department to make sure we have your correct contact information should we need to notify you of any changes that need to be made with your care today.**

**Henry Michael Barnhill**
**5/2/2022 11:29 AM   ED**
MRN: **7637901**

Description: **Male DOB: 6/9/1978**
Department: **RUH Emergency Department**

### Confirmation of Receipt

I hereby acknowledge receipt of the instructions checked above. I understand that I have had an emergency treatment and that I may be released before all of my medical problems are known or treated. I will arrange for follow up care as instructed above.

Patient's Signature: _Clark 4699_      Date: _5/2/25_

Nurse's Signature: _____      Date: _5/2/22_

_Su_

_100_

_16_

_117/65_

5/2/22  4:54 PM

AC151156997

---

Generated on 9/19/24 11:48 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 5000286744
Associated Date of Service:  9/8/2023

Scan on 5/2/2022: THICKNESS MAP SINGLE EXAM REPORT DOS 050222 (below)



Scan on 5/3/2022: MAXILLOFACIAL - OPEN REDUCTION INTERNAL FIXATION O (below)



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

---

| **Informed Consent for Surgery or Procedure**<br>**at Riverside University Health System - Medical Center and Community Health Centers** |
| --- |

### Please read below before signing this form

Your doctor / practitioner has recommended that you have the surgery or procedure(s) described on this form. Before you sign this form, please understand:

- Your doctor may need to do more than what is described on this form. This could happen if your doctor finds a serious, unexpected condition. This would happen if your doctor feels doing more will reduce harm to you and/or prevent a second procedure. By signing this form you are also giving permission for your doctor to do more, if necessary.

- Your doctor may be helped by other doctors and assistants. They may include doctors in training. They will be under your doctor's supervision.

- Tissue and specimens removed during the surgery or procedure will be examined by a pathology lab. After that, the tissue and specimens will be disposed of in a medically appropriate way.

- If you may require a blood transfusion during this surgery or procedure, your doctor will tell you about your options. One of these options may include donating your own blood before surgery. Another option may be directed donation, blood donated by people who you ask to donate for you. You have the right to refuse any transfusion.

- Any surgery or procedure can be unsuccessful. It can also have complications. No one can guarantee the outcome of this surgery to you.

- You have the right to refuse any or all proposed surgery or procedure(s).

- In the event that the listed performing Provider(s) is unable to perform or complete the procedure, a qualified substitute provider will be selected, together with associates and assistants (including anesthesiologists, pathologists and radiologists) from the medical staff to whom the Provider may assign designated responsibilities.

- All consents signed during your visit are available in the My Chart portal which can be accessed at https://myruhealth.org/ or via the MyChart app for phones. If you are unable to view your consent or need further assistance at obtaining a copy, you may ask the nurse prior to your discharge or you can contact the Health Information Management Department at 951-486-5040.

---



Riverside University Health System
Medical Center & Community Health Centers
**INFORMED CONSENT FOR SURGERY OR**
**PROCEDURE**
# 114        Page 1 of 5        Rev. 5/13/19

CONSRG

BARNHILL, HENRY
MICHAEL
MRN: 7637901
DOB: 06/09/1978 (43 years old) Male
CSN: 151143442 DOS: 05/03/2022, 8:31 AM



CareConnect Partners

**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

**Physician/Provider who may be performing surgery/procedures:**
JARED INMAN, MD; AASIF KAZI, MD; PETER HAN, MD; JUSTIN MCLARTY, MD; KHANH
NGUYEN, MD; SISI TIAN, MD; STEPHANIE KIDD, MD; PAUL WALKER, MD; STEVE LEE, MD

**Surgery or Procedure(s):**
Open Reduction Internal Fixation of Orbital Fracture

This procedure involves repairing a fracture of the orbit. The orbit consists of the bones surrounding
the eye.

To repair the orbit, your surgeon will make one or more incisions. These may be through the mouth,
eyebrow, eyelid, or above the cheekbone arch. Your surgeon will realign the bones. Your surgeon
may use a bone graft to replace bone from your fracture. A bone graft may be a piece of bone taken
from another area of your body. This will require a separate incision. The bone graft may also be from
a donor (another person). Your surgeon may use a prosthesis to replace bone. A prosthesis is a
replacement for some of the body's tissue. Your surgeon may use hardware to secure the bones,
bone fragments, and bone grafts in place. This may include metal plates, rods, screws, or wires. This
hardware may be internal or external. It may be a combination of the two.

If the floor of the orbit is also fractured, this is called a blow-out fracture. Your surgeon may also fix
this fracture during this procedure. To fix the blow-out fracture, your surgeon will make an incision
under the affected eye. Instruments will be used to hold your eyelid and eye out of the way. Any
tissue that is trapped in the fracture may be pushed back into place or removed. Your surgeon will
place an artificial implant on top of the fracture to support your eye. The implant will be fixed in place.

Your surgeon will close the incision(s) with stitches, staples, strips of tape, or other ways.

**Surgical side/laterality:**
Right

**Surgical site:**

**Potential Risks:**
* Bruising and/or swelling at the treatment site.
* Bulging eyes.
* Change in appearance of the eyelids, eyes, and/or face.
* Damage to the teeth, gums, or nearby structures. This may be discovered during the procedure, or
later.
* Difficulty eating.
* Headaches.
* Incomplete recovery of normal function.
* Incomplete relief of pain.
* Numbness.
* Pain or discomfort.



Riverside University Health System
Medical Center & Community Health Centers
**INFORMED CONSENT FOR SURGERY OR
PROCEDURE**
# 114      Page 2 of 5      Rev. 5/13/19
CONSRG

BARNHILL, HENRY
MICHAEL
MRN: 7637901
DOB: 06/09/1978 (43 years old) Male
CSN: 151143442 DOS: 05/03/2022, 8:31 AM



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

* Slow healing of wounds.
* Sunken eye.
* Swollen eyelids and tissue around the eye.
* The implanted device may move, fail, or become infected.  You may need surgery to reposition, remove, or replace it.
* Undesirable cosmetic effects or scarring.
* You may need additional surgery to remove implants or hardware.
* You may need additional tests or treatment.
* Abnormal healing of an incision near your eye.  This may affect how your eye looks and works.
* Changes in vision, double vision, or blurring.
* Damage to the cornea.
* Dry eye.
* Excessive tearing from the eyes (epiphora).
* Infection.
* Limited movement of the eye.  This may be due to muscle and/or nerve damage.
* Meningitis.  Infection or inflammation of the membranes surrounding the brain and spinal cord.
* Reaction to the artificial material in your body.
* Bleeding.  You may need blood transfusions or other treatments.  This may be discovered during the procedure, or later.
* Bone infection (osteomyelitis).
* Bones may shift even with the use of nails, plates, screws, pins or a fixator.
* Droopy eyelid.
* Fistula.  This is an abnormal connection between the mouth and outside of the body.
* Malalignment of bone.  This may limit function.  It may affect other joints.
* Problems with the bone healing.  You may need additional surgery.
* Sinus problems.
* A graft or flap may fail.  You may need surgery to remove or replace it.
* Asymmetry.  This means that one side is different in appearance from the other side.
* Bone death.  You may need additional surgery.
* Cerebrospinal fluid (CSF) leak.  CSF is the fluid that surrounds your brain and spinal cord.
* Damage to the facial nerve(s).  This may change the appearance of your face or make your tongue weak or numb.  It may cause partial or complete paralysis of your face.
* Damage to the jaw, jaw bone, or nearby structures.  This may be discovered during the procedure, or later.
* Fractures caused by instruments, hardware or implants used during the procedure.
* Improper bite, requiring additional procedures.
* Sudden and/or severe airway obstruction requiring a temporary tracheostomy.  A tracheostomy is a breathing tube placed through a cut in your windpipe.
* The graft or flap may not attach correctly or well.
* Loss of eye.
* Loss of vision or blindness.
* Venous thrombosis/pulmonary embolism.  Venous thrombosis is a blood clot that forms in a vein.  If this blood clot becomes free, it may travel in the circulation to the lungs.  This is called pulmonary embolism. It may be life-threatening.
* Death.



Riverside University Health System
Medical Center & Community Health Centers
**INFORMED CONSENT FOR SURGERY OR PROCEDURE**
# 114        Page 3 of 5        Rev. 5/13/19
CONSRG

BARNHILL, HENRY
MICHAEL
MRN: 7637901
DOB: 06/09/1978 (43 years old) Male
CSN: 151143442 DOS: 05/03/2022, 8:31 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

**Potential Benefits:**
This procedure may repair your orbital bone. It may improve your appearance. It may return your eye to normal or improved function and appearance. This may relieve your pain.

**Alternatives to Procedure(s):**
* Watching and waiting with your doctor.
* Closed reduction of the fracture. This is nonsurgical realignment of the broken cheek bones.
* You may choose not to have this procedure.

| Performing Physician / Surgeon / Practitioner Certification and Patient Consent |
|---|

I, the undersigned, certify that:

* I have discussed the information contained in this consent form with this patient (or the patient's legal representative), answered any questions and received consent to the procedure(s) discussed.

* I also discussed any research or economic interest that I may have regarding this treatment.

Physician Obtaining Consent Signature:

SHANNON CALAGUAS, MD
Signed on 05/03/2022 at 10:04:18

The risks, benefits, and alternatives of the recommended procedure(s) have been explained to me and **I approve and direct that the listed procedure(s) be performed.**

Patient/Legal Representative's Signature:

Signed on 05/03/2022 at 10:04:41
Patient / Legal Representative's Name: BARNHILL, HENRY MICHAEL
Relationship to Patient: Self

| If Interpreter is required: No |
|---|



| Riverside University Health System Medical Center & Community Health Centers **INFORMED CONSENT FOR SURGERY OR PROCEDURE** # 114    Page 4 of 5    Rev. 5/13/19 CONSRG | BARNHILL, HENRY MICHAEL MRN: 7637901 DOB: 06/09/1978 (43 years old) Male CSN: 151143442 DOS: 05/03/2022, 8:31 AM |
|---|---|



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

---

| If consent is obtained by telephone or by video conference from a legal representative: No |
|---|

| Moderate or Deep Sedation: No |
|---|



Riverside University Health System
Medical Center & Community Health Centers
**INFORMED CONSENT FOR SURGERY OR PROCEDURE**
# 114      Page 5 of 5      Rev. 5/13/19
CONSRG

BARNHILL, HENRY
MICHAEL
MRN: 7637901
DOB: 06/09/1978 (43 years old) Male
CSN: 151143442 DOS: 05/03/2022, 8:31 AM



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 5/3/2022: ANESTHESIA PRE-OP PATIENT QUESTIONNAIRE DOS 050322 (below)



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023



| | Yes | No | Don't know |
|---|---|---|---|
| 1. Do you currently have any problems with your: | | | |
| a. Liver (i.e., cirrhosis, hepatitis, yellow jaundice, malaria) | | | |
| b. Kidneys (i.t., stones, infection, failure, dialysis)   CKD | | | |
| c. Spleen | | | |
| d. Blood (i.e., anemia, leukemia, sickle cell disease) | ✓ | ✓ | |
| 2. Have you or anyone in your family ever had a serious bleeding problem? | | ✓ | |
| 3. Have you received a blood transfusion within the last six months? | | ✓ | |
| 4. Have you recently had fever or chills, cold or flu? | | ✓ | |
| 5. Have you ever been told you have sugar diabetes? | | ✓ | |
| 6. Do you have muscle cramps or spasms? | | ✓ | |
| 7. Do you have problems with your heart (i.e., chest pain, skipped heart beat, high blood pressure, had a heart attack)?       Heart murmur | ✓ | | |
| 8. Do you have problems with your lungs or chest (e.g., smoke one or more packs a day, have shortness of breath, emphysema, asthma, bronchitis)?   a.   How many packs per day do you smoke? _____   b.    For how many years have you smoked? | | ✓ | |
| 9. Have you recently been exposed to anyone with hepatitis (yellow jaundice)? | | ✓ | |
| 10. Are you pregnant? | | ✓ | |
| 11. Is there a possibility that you are pregnant? | | ✓ | |
| 12. Do you wear dentures? | | ✓ | |
| 13. Do you have epilepsy or suffer from fits or seizures? | | ✓ | |
| 14. Do you have neck or back problems? | | ✓ | |
| 15. Do you have any allergies?   a. to medicine? _____   b. to shellfish (lobster, crab, shrimp)? | | ✓ | |
| 16. Have you or any blood relative had problems related to an anesthetic? | | ✓ | |
| 17. Do you drink alcohol?  How much per day? _____ | | ✓ | |
| 18. Have you used marijuana, cocaine, amphetamines, heroin, or PCP? | | ✓ | |
| 19. What medicines are you taking? | | ✓ | |
| a._____  b._____ | | | |
| c._____  d._____ | | | |
| e._____  f._____ | | ✓ | |
| Other:_____ | | | |

Signature (patient or Guardian): _____

Date/Time: 5/3/22

Riverside University Health System - Medical Center
ANESTHESIA PRE-OP PATIENT QUESTIONNAIRE
# 372                          Rev. 5/16

BARNHILL, HENRY MICHAEL
BARNHILL, HENRY MICHAEL
MRN: 7637901
DOB: 6/9/1978 (43 yrs) Male
CSN: 151196493 DOS: 5/09/22
Inman, Jared Christian



**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 5/5/2022: DOS 050522 (below)

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

---

BARNHILL, HENRY MICHAEL
Male DOB: 6/9/1978
MRN: 7637901  CSN: 151152029
DOS: 5/05/22 HAR: 50002310646

[barcode]

```
---------7637901
NAME: Barnhill, Henry      M
DOB  : JUN/09/1978
EXAM: MAY/05/2022 11:36AM
VD=13.75mm
<R>    S      C      A
     +0.25  -0.50   59
     +0.00  -0.25   63
     +0.00  -0.25   65
   <  +0.00  -0.25   63 >


WFanalysis #4.0mm.Ord:6
   <<  +0.25  -0.50   62 >>

WFanalysis #6.0mm.Ord:6
   <<  +0.00  -0.50   56 >>


***      For Day      ***
**WFsent RMSQ.15D@3mm**

***      For Night    ***
<*    Sent to RT     *>


Index=1.3375
         mm     D    deg
  R1  10.75  31.50   21
  R2   9.88  34.25  111
  AVG 10.32  33.00
  CYL        -2.75   21

<L>    S      C      A
     +0.75  -1.00   34
 Err +0.75  -1.25   66  E
     -0.25  -0.50  116
     +0.25  -1.75  103
     -0.25  -0.50  112
   <  -0.25  -0.50  116 >

WFanalysis #4.0mm.Ord:6
   <<  +0.00  -0.50  116 >>

WFanalysis #5.5mm.Ord:6
   <<  -0.25  -0.25  119 >>

***      For Day      ***
**WFsent RMSQ.28D@3mm**

***      For Night    ***
<*    Sent to RT     *>

Index=1.3375
         mm     D    deg
  R1   7.52  45.00    0
  R2   7.48  45.00   00
```

NIDEK OPD-Scan III

---



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 5/9/2022: INFORMED CONSENT FOR ANESTHESIA (below)



**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

---

| Informed Consent for Anesthesia at Riverside University Health System - Medical Center |
|---|

**Please read below before signing this form**
The following type of anesthesia has been recommended for you during surgery / procedure.

☒ General
☐ Monitored Anesthesia Care
☐ Spinal
☐ Epidural
☐ Regional Block
☐ Conscious Sedation

- All forms of anesthesia involve some risks. No guarantees or promises can be made concerning the results.
- Your doctor may be helped by other doctors and assistants. They may include doctors in training. They will be under your doctor's supervision.

**Anesthesia Risks:**
Although they only happen rarely, complications can occur with anesthesia. These may include, but are not limited to:

| | | |
|---|---|---|
| Headache | Hair Loss | Persistent weakness |
| Eye Injury or Blindness | Injury from Positioning | Numbness |
| Injury to your Mouth or Teeth | Bleeding | Pain |
| Hoarseness | Drug Reactions | Memory Loss |
| Nausea | Convulsions | Loss of Limb Function |
| Vomiting | Blood Cots | Paralysis |
| Aspiration (Vomit, Blood or Mucus in your Lung) | Awareness During the Procedure | Stroke |
| Pneumonia | Injury to Blood Vessels | Brain Damage |
| Lung Collapse | Backache | Heart Attack |
| Delirium | Infection | Death |
| Post-Cognitive Dysfunction | Loss of Sensation | |

Sometimes local anesthetics, with or without sedation, may not succeed completely and therefore another technique may have to be used including general anesthesia. Additional risks may apply.

**Physician/Provider who may be performing Anesthesia:**
GINA REYES, CRNA

---

| Performing Physician / Surgeon Certification and Patient Consent |
|---|

I, the undersigned physician, certify that:

   *   I have discussed the information contained in this consent form with this patient (or the patient's legal representative). I have answered all questions posed and received consent to the Anesthesia Plan(s) discussed.

---



Riverside University Health System
Medical Center & Community Health Centers
**INFORMED CONSENT FOR ANESTHESIA**

# 115       Page 1 of 2       Rev. 11/30/17
            White-Chart; Yellow-Patient
CONSRG

BARNHILL, HENRY
MICHAEL
MRN: 7637901
DOB: 06/09/1978 (43 years old) Male
CSN: 151196493 DOS: 05/09/2022, 6:51 AM

---



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

---

    *    I also discussed any research or economic interest that I may have regarding this Anesthesia Plan.

Licensed Physician/Practitioner Signature:

GINA REYES, CRNA
Signed on 05/09/2022 at 10:13:58

The risks, benefits, and alternatives of the recommended procedure(s) have been explained to me and **I approve the Anesthesia Plan.**

Patient/Legal Representative's Signature:

Signed on 05/09/2022 at 10:20:48
Patient / Legal Representative's Name: BARNHILL, HENRY MICHAEL
Relationship to Patient: Self

| If Interpreter is required: No |
|---|

| If consent is obtained by telephone or by video conference from a legal representative: No |
|---|

---



Riverside University Health System
Medical Center & Community Health Centers
**INFORMED CONSENT FOR ANESTHESIA**

**# 115**    **Page 2 of 2**    Rev. 11/30/17
White-Chart; Yellow-Patient
CONSRG

BARNHILL, HENRY
MICHAEL
MRN: 7637901
DOB: 06/09/1978 (43 years old) Male
CSN: 151196493 DOS: 05/09/2022, 6:51 AM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 5/9/2022: CONDITIONS OF TREATMENT DOS 050922 (below)



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

---

NOTICE TO CONSUMERS
Medical doctors are licensed and regulated
by the Medical Board of California
(800) 633-2322
www.mbc.ca.gov

13.    **Notice of Privacy Practices** I have been offered a copy of the County of Riverside Notice of Privacy Practices.

14.    **Maternity Patients Only** If I deliver a baby(s) while being treated at RUHS, these same Conditions of Treatment apply to that baby(s).

15.    **Consent for Follow Up Communication** I understand that it is important for my healthcare provider(s) to communicate with me regarding my medical care and treatment. I specifically authorize RUHS and its affiliated entities to communicate with me at the phone number(s) I provided at registration whether it is a landline, cellular phone or text message. This consent includes all follow up care, coordination of financial benefits, payment matters, and quality of care/experience assessment.

16.    **Release of Information form Riverside County Department of Public Social Services (DPSS)** I hereby consent and authorize Riverside County DPSS to release to RUHS a copy of the Notice of Action stating either the approval of my Medi-Cal application or the reason(s) for its denial.

This consent and authorization shall remain in effect for six (6) months from the date signed.

- - - - - - - - - - -

I have read and accept these Conditions of Treatment. I may request a paper copy during or after my visit.

**ATTENTION: APPROPRIATE MEDICAL SCREENING IS PROVIDED PRIOR TO OBTAINING INFORMATION REGARDING ABILITY TO PAY.**

_____          _5/9/22     08:55_
Signature of Patient/Patient Representative          Date and Time Signed (AM/PM)

_Henry Barnhill_
Print Name          _____
                    Relationship to Patient

_Mary Jaaves, RN_          
Witness Print Name          Witness Signature

---

Riverside University Health System
Medical Center & Community Health Centers
**CONDITIONS OF TREATMENT**

# 250                    Rev. 03/21
RUHSCOT          Pg. 3 of 3
          WHITE - Chart;   YELLOW - Patient

Patient Label

BARNHILL, HENRY MICHAEL
MRN: 7637901
DOB: 6/9/1978 (43 yrs) Male
CSN: 151196493
Inman, Jared Christian    DOS: 5/09/22



CareConnect Partners
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

7. **Assignment of Insurance Benefits** I acknowledge and understand that RUHS will bill private or group insurance plans as an accommodation to me and that I continue to be financially responsible for payment in the event said insurance plan should fail to pay or only partially pay.

I authorize direct payment to RUHS and physicians of any insurance benefits payable to me for this treatment. I agree that payment to RUHS or physician, pursuant to this authorization, by an insurance company or health plan shall discharge said insurance company or health plan of all obligations under the policy to the extent of such payment. I remain financially responsible for charges not paid pursuant to this assignment. **This assignment agreement is irrevocable.**

8. **RUHS PARTICIPATES IN MEDICARE/MEDI-CAL PROGRAMS**
I certify that the information given in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct and authorizes any holder of medical or other information about the patient to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare Claim. I authorize payment of Medicare benefits to RUHS on my behalf for any services furnished to me by or in RUHS, including physician services.

9. **Your Belongings and Valuables** RUHS – Medical Center encourages all patients to leave their valuables or belongings at home when coming to the hospital for Medical Care.

RUHS – Medical Center is not responsible for valuables or belongings unless you place them in the Medical Center's safe. The Medical Center's safe is available for admitted patients to make deposits while hospitalized at RUHS-Medical Center.

You should leave or send items like money, jewelry, documents, cell phones, and electronics at home or with a friend or family member that you trust. Don't keep them with you.

California law limits the liability of RUHS – Medical Center for loss or damage of any personal property deposited in the RUHS – Medical Center safe, to five hundred dollars ($500.00) unless a written receipt for a greater amount has been given when an item is placed in the safe. (California Civil Code Section 1859)

10. **Advance Directives** I have been offered information regarding California law on living wills and advance directives - "Your Right to Make Decisions About Medical Treatment"

11. **Patient Rights and Responsibilities** I have received information regarding my Patient Rights under Title 22 and other California laws, The Joint Commission, and Medicare Conditions of Participation as presented by the California Hospital Association. I understand that not all sections are applicable for inmates or prisoners.

12. **Behavior** The County has adopted a zero-tolerance policy for violence in our facilities and will not tolerate harassment of any kind. RUHS is committed to maintaining a safe workplace that is free from threats and acts of intimidation and violence. For the safety and security of our patients, visitors and staff, weapons, knives, alcohol, illegal drugs and other dangerous materials are not allowed in our facilities. It is the expectation of RUHS that you and your visitors behave in a respectful, non-violent, non-discriminatory, and non-abusive manner.

| Riverside University Health System<br>Medical Center & Community Health Centers<br>**CONDITIONS OF TREATMENT** | Patient Label |
|---|---|
| # 250                          Rev. 03/21 | **BARNHILL, HENRY MICHAEL**<br>MRN: 7637901<br>DOB: 6/9/1978 (43 yrs) Male<br>CSN: 151196493 DOS: 5/09/22<br>Inman, Jared Christian |
| RUHSCOT            Pg. 2 of 3 | |
| WHITE - Chart;  YELLOW - Patient | |



**CareConnect Partners**

**Riverside University**

**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

## RIVERSIDE UNIVERSITY HEALTH SYSTEM – MEDICAL CENTER AND COMMUNITY HEALTH CENTERS

### CONDITIONS OF TREATMENT

1. **Permission for Treatment**     I give permission for the following types of treatments:

- emergency treatment
- laboratory tests
- x-ray and other imaging tests (CT, MRI)
- medical and surgical procedures

- nursing services
- telehealth services
- anesthesia or other medications
- inpatient hospitalization

- physical and other evaluations and therapies
- dental
- vision

I understand that these services will be provided under the instructions of physicians who may or may not be employees of the Riverside University Health System – Medical Center and Community Health Centers, herein RUHS.  I also understand that I can refuse any or all proposed tests or procedures.

2. **Students** I understand that RUHS is a teaching facility providing medical education programs for nursing students, medical students and post-graduate fellows, as well as other students in other healthcare professions. Under appropriate supervision, these students may participate in my care unless I object in a specific situation.

3. **Photographs of Me** RUHS may take photographs, videotapes, digital or other images and recordings of me and/or my medical or surgical condition or treatment, and use the images for purposes of registration identification, my diagnosis or treatment or for education or training programs conducted by the hospital.

4. **Photographs of Other Patients, Visitors and Staff** I understand that to protect the privacy of all RUHS patients, audio and video (still or motion) photography by a patient or visitors is prohibited without the express consent of all individuals included in the images.

5. **Nursing Care**    I understand that RUHS provides general duty nursing care (which means that nurses are called to the bedside of the patient by a signal system) except when, upon orders from my physician, on the basis of my medical condition, more intensive nursing care will be provided.

6. **Financial Agreement** I agree, because of the services provided to me I am individually responsible to pay my account to RUHS. My account is due to be paid at the time of service or discharge or I agree to make such additional deposits, or contracts, from time to time as RUHS may request. Should my account be referred to an attorney for collection, I agree to pay reasonable attorney's fees and collection expenses. I agree to reimburse the County of Riverside for all aid and RUHS services furnished to me.

| Riverside University Health System<br>Medical Center & Community Health Centers<br>**CONDITIONS OF TREATMENT**<br><br># 250                                  Rev. 03/21<br><br>RUHSCOT             Pg. 1 of 3<br><br>WHITE - Chart;  YELLOW - Patient | Patient Label<br><br>**BARNHILL, HENRY MICHAEL**<br>**MRN: 7637901**<br>DOB: 6/9/1978 (43 yrs) Male<br>CSN: 151196493 DOS: 5/09/22<br>Inman, Jared Christian<br><br> |
|---|---|



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 5/9/2022: OR IMPLANT & SAFE MEDICAL DEVICE RECORD DOS 050922 (below)



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Procedure: ORIF orbital Floor          Date: 5/9/22
Right eye

| Implant Manufacturer/Description | Catalog / Lot / Serial Number | Qty | Additional Information or Comments |
|---|---|---|---|
| Plate | 04. 503. 301 | 1 | |
| Screw | 04. 503. 223. 05 | 2 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Tissues, Safe Medical Devices and Other Implantable Items.**

RN Signature/Printed Name   Reyna Chupina RN   Date/Time: 5/9/22   1200
R–C

Riverside University Health System
Medical Center & Community Health Centers

**OR IMPLANT AND SAFE MEDICAL DEVICE RECORD**

#9          Rev. 01/18

IMPLANT          Page 1 of 2

BARNHILL, HENRY MICHAEL
MRN: 7637901
DOB: 6/9/1978 (43 yrs) Male
CSN: 151196493 DOS: 5/09/22
Inman, Jared Christian



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Procedure: _____    Date : _____

| Implant Manufacturer/Description | Catalog / Lot / Serial Number | Qty | Additional Information or Comments |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Tissues, Safe Medical Devices and Other Implantable Items.

RN Signature/Printed Name_____    Date/Time: _____

Riverside University Health System
Medical Center & Community Health Centers
**OR IMPLANT AND SAFE MEDICAL DEVICE RECORD**

# 9                     Rev. 01/18



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 5/9/2022: PATIENT'S PROPERTY AND TRANSFER RECORD DOS 050922 (below)



**CareConnect Partners**
# Riverside University
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

| Property **retained at bedside** (at owner's risk) *Objetos de valor permaneciendo con el paciente (por cuenta y riesgo del dueño)* | Property **taken to Nursing Staffing Office SAFE:** *(Objetos de valor llevados a la oficina de negocios)* | Property **given to person accompanying patient at Admission** *(Objetos de valor llevados a casa al ingreso) Rec'd By (Recibidos por):* |
|---|---|---|
| ☐ **Drivers License** *(Licencia)* <br> ☐ **Keys** *(Llaves)* <br> ☐ **Cell Phone** *(cellula)* ☐ **Charger** *(cargado)* <br> ☐ **Money/Credit Card** *(dinero/tarjeta de credito) Describe (Describa):* <br><br> ☐ **Jewelery/** Describe *(Describa):* <br><br><br> ☐ **Dentures:** *(Dentadura Postiza)* <br> ☐ Upper *(Superior)* ☐ Lower *(Inferior)* <br> ☐ **Removable Bridge:** *(Removable Puente)* <br> ☐ **Glasses:** *(Anteojos)* Describe *(Describa)* <br> ☐ **Contact Lens** *(Lentes de Contacto)* <br> ☐ **Medical Appliance** *(Dispositivo Médico* Describe *(Describa)* <br> ☐ **Clothing** <br> ☐ Hat or Cap *(Sombrero o Gorra)* <br> ☐ Jacket/Sweater *(Chaqueta/Suéter)* <br> ☐ Shirt or Blouse *(Camisa o Blusa)* <br> ☐ Dress *(Vestido)* <br> ☐ Pants *(pantalones)* <br> ☐ Underwear *(Ropa Interior)* <br> ☐ Undershirt *(Camiseta)* <br> ☐ Bra *(Sostén)* <br> ☐ Pajamas/nightgown *(Pijama/Camisón)* <br> ☐ Robe *(Bata)* <br> ☐ Socks or Hose *(Calcetines o Medias)* <br> ☐ Shoes/Slippers *(Zapatos o chanclas)* <br> ☐Other_____ | ☐ **Drivers License** *(Licencia)* <br> ☐ **Keys** *(Llaves)* <br> ☐ **Cell Phone** *(cellula)* ☐ **Charger** *(cargado)* <br> ☐ **Money/Credit Card** *(dinero/tarjeta de credito) Describe (Describa):* <br><br> ☐ **Dentures:** *(Dentadura Postiza)* <br> ☐ Upper *(Superior)* ☐ Lower *(Inferior)* <br> ☐ **Removable Bridge:** *(Removable Puente)* <br> ☐ **Glasses:** *(Anteojos)* Describe *(Describa)* <br> ☐ **Contact Lens** *(Lentes de Contacto)* <br> ☐ **Medical Appliance** *(Dispositivo Médico)* Describe *(Describa)* <br> ☐Other_____ | ☐ **Drivers License** *(Licencia)* <br> ☐ **Keys** *(Llaves)* <br> ☐ **Cell Phone** *(cellula)* ☐ **Charger** *(cargado)* <br> ☐ **Money/Credit Card** *(dinero/tarjeta de credito) Describe (Describa):* <br><br> ☐ **Jewelery/** Describe *(Describa):* <br><br><br> ☐ **Dentures:** *(Dentadura Postiza)* <br> ☐ Upper *(Superior)* ☐ Lower *(Inferior)* <br> ☐ **Removable Bridge:** *(Removable Puente)* <br> ☐ **Glasses:** *(Anteojos)* Describe *(Describa)* <br> ☐ **Contact Lens** *(Lentes de Contacto)* <br> ☐ **Medical Appliance** *(Dispositivo Médico)* Describe *(Describa)* <br> ☐ **Clothing** <br> ☐ Hat or Cap *(Sombrero o Gorra)* <br> ☐ Jacket/Sweater *(Chaqueta/Suéter)* <br> ☐ Shirt or Blouse *(Camisa o Blusa)* <br> ☐ Dress *(Vestido)* <br> ☐ Pants *(pantalones)* <br> ☐ Underwear *(Ropa Interior)* <br> ☐ Undershirt *(Camiseta)* <br> ☐ Bra *(Sostén)* <br> ☐ Pajamas/nightgown *(Pijama/Camisón)* <br> ☐ Robe *(Bata)* <br> ☐ Socks or Hose *(Calcetines o Medias)* <br> ☐ Shoes/Slippers *(Zapatos o chanclas)* <br> ☐Other_____ |

The above list of property is complete and accurate *(La lista de bienes arriba mencionada es correcta y completa)*:

Patient/Representative: *(Paciente)* _____  Witness: *(Testigo)* _____
Date/Time: 5/9/22  0850 am

### TRANSFER RECORD

| Date | Time | From | To | Sent By | Received By | Property remain same as above | If different, complete new form |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### DISCHARGE RETURN OF VALUABLES *(Devolucion De Objectos De Valor)*

Received All Property Listed Above *(Se recibieron todos los bienes arriba mencionados)*

Returned By *(Devueltos por)* _____  To *(Recibidos por)* _____  Date/Time 5-9-20 1345
*Patient/Responsible Party*
*(Paciente/Pariente Responsable)*

Riverside University Health System
Medical Center & Community Health Centers
**PATIENT'S PROPERTY AND TRANSFER RECORD**

BARNHILL, HENRY MICHAEL
MRN: 7637901
DOB: 6/9/1978 (43 yrs) Male
CSN: 151196493 DOS: 5/09/22
Inman, Jared Christian

# 111                    Rev. 6/12

NOTE    Chart-Green; White-ED, Yellow- Patient, Blue-Safe (Attach to Property Bag)

**CareConnect Partners**

# Riverside
## University
# HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 5/9/2022: PRE-OP INFORMATION & INSTRUCTIONS DOS 050922 (below)



CareConnect Partners
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

**TO BE SIGNED BY THE PATIENT BEFORE PRE-MEDICATION OR ANESTHESIA**

I have had nothing to eat or drink since _5:30_ P.M.; my physical condition has not changed.  I understand that admission to hospital after surgery may be necessary.  I have followed and understand the pre-operative information and instructions.  I have arranged for an adult to accompany me home.

Date _5/9/22_   Time _0855_

_____
PATIENT/GUARDIAN/PARENT

_____
WITNESS

**A SER FIRMADO POR EL PACIENTE ANTES DE SE LE ADMINISTRE
MEDICAMENTO O ANESTESIA**

No he comido ni bebido nada desde las _____P.M.; mi condition física no ha cambiado.  Yo entiendo que puede ser necesario que tenga que ser internado en el hospital después de la cirugía.  Yo he seguido y entiendo toda la información e instrcciones preoperatorias.   Yo he hecho arreglos para que un adulto me acompañe a casa.

Fecha_____   Hora_____

_____
PACIENTE/TUTOR/PADRE

_____
TESTIGO

Riverside University Health System
Medical Center & Community Health Centers

**Pre-Op Information And Instructions**

# 273            Rev. 02/18
White-Chart, Yellow-Patient

PT ACK

BARNHILL, HENRY MICHAEL
MRN: 7637901
DOB: 6/9/1978 (43 yrs) Male
CSN: 151196493 DOS: 5/09/22
Inman, Jared Christian

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 5/9/2022: AFTER VISIT SUMMARY (below)

**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023



## AFTER VISIT SUMMARY

**Henry M. Barnhill** Date of birth: 6/9/1978
 Fracture of orbit   📅 5/9/2022   📍 RUH PERIOP SERVICES   📞 951-486-4000

### Instructions

💊 **Talk with your provider about your medications**

💊 ASK how to take: acetaminophen-codeine 300-30 mg per tablet (TYLENOL #3)

Review your updated medication list below.

### Your Next Steps

📖 **Read**
☐ Read these attachments
- Incision Care (English)
- Surgical Site Infections, Preventing (English)
- Smoke Free, Benefits of Living (English)
- Anesthesia, Types (English)

### What's Next

**Schedule an appointment with RUH ENT CLINIC as soon as possible for a visit in 1 week(s)**

26520 CACTUS AVE
MORENO VALLEY CA 92555
951-486-4000

✍ **Problem List**  as of 5/9/2022

* (Principal) Fracture of orbit

### Last Vitals (12hrs)

| Date/Time | Temp | Pulse | Resp | SpO2 | BP | Height | Weight |
|---|---|---|---|---|---|---|---|
| 05/09/22 1320 | — | 60 | 17 | 95 % | 114/65 | -- | -- |
| 05/09/22 1315 | — | 59 | 15 | 96 % | 122/69 | -- | -- |
| 05/09/22 1300 | — | 60 | 15 | 97 % | 119/68 | -- | -- |
| 05/09/22 1245 | — | 60 | 17 | 98 % | 124/68 | -- | -- |
| 05/09/22 1230 | — | 76 | 14 | 100 % | 108/59 ❗ | -- | -- |
| 05/09/22 1215 | 97.3 °F (36.3 °C) | 76 | 14 | 100 % | 122/69 | -- | -- |
| 05/09/22 0924 | 97.7 °F (36.5 °C) | 46 ❗ | 18 | 100 % | 122/69 | -- | -- |

### Allergies as of 5/9/2022
No Known Allergies

BARNHILL, HENRY MICHAEL
MRN: 7637901
DOB: 6/9/1978 (43 yrs) Male
CSN: 151156493 DOS: 5/09/22
Inman, Jared Christian

Page 1 of 12  *Epic*

Henry M. Barnhill (MRN: 7637901) • Printed at 5/9/2022  1:45 PM



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service: 9/8/2023

---

Scan on 5/9/2022: NOZIN NASAL SANITIZER (below)

  





**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023



# Nozin®
## NASAL SANITIZER®
NOZASEPTIN® FORMULA ADVANCED ANTISEPTIC



**POPSWAB®**
SINGLE USE AMPULES

**Nozin® Nasal Sanitizer® antiseptic**
**Mata 99.9% de gérmenes**
**Ayuda a prevenir el riesgo de infección**

o  *Reduce la carga bacteriana nasal de estafilococo y otros patógenos*
o  *Descolonización nasal el mismo día, probado clínicamente*

### Como usar las ampollas POPSWAB
Lea las direcciones completas antes de usar.
Utilice siempre la ampolla con la funda protectora.
Sacúdala bien. De aplicación tópica, para ambos vestíbulos nasales.

     

1.  **Sacar**: Sacar la ampolla de la funda protectora.
2.  **Invertir**: Invierta la ampolla para exponer la punta con el hisopo aplicador.
3.  **Reinsertar**: Reinserte la ampolla en la funda, con la punta expuesta.
4.  **Sacudir**: USE SOLAMENTE CON LA FUNDA PROTECTORA SOBRE LA AMPOLLA. Sacúdala bien.
5.  **Presionar, estrujar**: Presione el centro de la funda hasta que la ampolla interior se parta. Estruje hasta que la punta con el hisopo aplicador se sature.
6.  **Aplicar**: Aplique al vestíbulo nasal según las instrucciones a continuación.

➢  Sacúdala bien.
➢  Con la funda sobre la ampolla, presione el centro hasta que la ampolla interior se parta. Estruje para mojar la punta con el hisopo.
➢  Frote el vestíbulo nasal con la ampolla, girando 4 veces en cada dirección.
➢  Presione para saturar de nuevo el hisopo.
➢  Vuelva a frotar el mismo vestíbulo nasal 4 veces en cada dirección.
➢  Repita la aplicación en el otro vestíbulo nasal.
➢  Aplíquese una ampolla nueva cada 12 horas.

Precauciones: No inserte la ampolla en la nariz más allá de la punta con el hisopo (1 cm o 3/8 pulgadas). Aplicar únicamente en la piel. Utilizar la ampolla siempre con la funda protectora. Tire la ampolla usada después de la aplicación. NO USAR en casos de alergia a aceite de naranja, aceite de coco o jojoba.

©2017 Global Life Technologies Corp. All rights reserved.



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

Scan on 10/31/2022: RNFL SINGLE EXAM REPORT DOS 103122 (below)

CareConnect Partners

**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023





**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002867744
Associated Date of Service:  9/8/2023

## END OF REPORT

Deliveree: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   *** CD ONLY **
Los Angeles, CA  90017
Attn: **Candice Raub**

file#

Case No: 5:23-CV-00589-SHK/

Caption: **Michael Henry Barnhill**
vs. **City of Hement; Officer**

---

Records of: **Michael  Henry Barnhill**

From: **Riverside University Health Systems Medical Center**
7898 Mission Grove Pkwy. South,#200
Attn: Medical Records
Riverside, CA  92508

cc: Manning Kass

Requested By: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   *** CD ONLY **

**Scanned**
NOV 0 7 2024

Claim #  Matter#07893-070019

D1724.02



Servicing Your Record Retrieval Needs
Throughout the Entire State of California

## HARD COPY

A Litigation Services Company
www.hardcopy-online.com
800.266.9340

**Records of:**
**Michael Henry Barnhill**

**DOB: 06/09/1978**



**Location:**
**Riverside University**
**Health Systems**
**Medical Center**

**Matter #:**
**07893-070019**

**D1724.02**

The information contained within this CD is
priviledged and confidential. If the reader of the messages
contained herein is not the intended recipient you are
hereby notified that any dissemination, distrubution, or
copying of the information herein is strictly prohibited. If
you have received this communication in error, please notify
us by telephone @ 323.255.4252 and destroy this CD.

Deliveree: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   *** CD ONLY **
Los Angeles, CA  90017
Attn: **Candice Raub**

file#

Case No: 5:23-CV-00589-SHK/

Caption: **Michael Henry Barnhill**
vs. **City of Hement; Officer**

---

Records of: **Michael  Henry Barnhill**

From: **Riverside University Health Systems - Medical Center**
7898 Mission Grove Pkwy .#200
Attn: Radiology
Riverside, CA  92508

cc: Manning Kass

Requested By: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   *** CD ONLY **

Claim #  Matter#07893-070019

D1724.04

369



# Quality Assurance Pledge

☐ RECORDS

☐ CERTIFICATE OF NO RECORDS

*This assignment has been reviewed by a supervisor. Based on the information provided no records were found. Please advise our office if additional information (such as AKA, etc) becomes available and we will re-contact the facility.*

☐ STATEMENT

PROVIDED HAVE BEEN REVIEWED TO ASSURE ACCURACY AND QUALITY. THEY HAVE BEEN DETERMINED TO BE THE CORRECT DOCUMENTS BASED ON THE FOLLOWING INFORMATION:

☒ name/aka matches

☒ date of birth matches

☐ social security number matches

☐ claim number/date of loss/insured matches

☐ file/case number matches

☐ patient number matches

☐ employer matches

☒ other: ONE CD OF X-RAY'S. _____

_____

☐ records are lost/misplaced/destroyed

☐ claim number/file number does NOT match

☐ no records for date specified

☐ records are located at another facility _____ which is already on order

☐ records are located at another facility _____ and we are entering a new request for this facility

REVIEWED BY: __Miguel_____

SERVICE **AND** QUALITY ARE A **HARD COPY** PRIORITY   370

HC-FS1

A0 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

D1724.04

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Michael Henry Barnhill | ) | |
| *Plaintiff* | ) | |
| *v.* | ) | Civil Action No.   5:23-CV-00589-SHK |
| City of Hement; Officer | ) | |
| | ) | |
| | ) | |
| *Defendent* | | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES  IN A CIVIL ACTION

To: Riverside University Health Systems - Medical Center 7898 Mission Grove Pkwy .#200 Attn: Radiology
Riverside, CA 92508  Phone:951-486-5069

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT 3 FOR THE PRODUCTION OF BUSINESS RECORDS.

| Place: | Date and Time: |
|---|---|
| | |

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | 9/23/2024  9:00 AM |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/22/2024

*CLERK OF COURT*

_____          OR          /s/Andrea Komblau, Esq.
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing (name of party) _____
City of Hement; Officer _____, who issues or requests this subpoena, are:

Andrea Komblau, Esq., Manning Kass  801 S. Figueroa St., 15th Floor  Los Angeles, CA  90017
Tel:213-624-6900 . Fax:213-624-6999

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

371

# ATTACHMENT 3

**Civil Action No.** 5:23-CV-00589-SHK

Michael Henry Barnhill
*Plaintiff*
*v.*
City of Hement; Officer

*Defendent*

All original X-rays, MRI films, CT scans and myograms pertaining to the care, treatment and examination of Michael Henry Barnhill, DOB 6/9/1978, regardless of treatment or examination dates. **BREAKDOWN AND COST NEEDED PRIOR TO FILM DUPLICATION.**

D1724.04

A0 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action  (Page 2)

Civil Action No.  5:23-CV-00589-SHK

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____  .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____    on *(date)* _____  ; or

☐  I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____  for travel and $ _____  for services, for a total of  $ _____  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

373

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.** The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

HC-ES4

D1724.04

NAME,ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Manning Kass
Andrea Komblau, Esq.  BAR#291613

801 S. Figueroa St., 15th Floor
Los Angeles, CA  90017
213-624-6900 , Fax 213-624-6999

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Henry Barnhill

PLAINTIFF(S),

City of Hement; Officer

DEFENDENT(S).

Civil Action No.   5:23-CV-00589-SHK

## PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of

Los Angeles , State of California, and not a

party to the above-entitled cause. On  August 22 , 2024 , I served a true copy of

Subpoena To Produce Documents , Information, or Objects or to Permit Inspection Of Premises In A Civil Action

by personally delivering it to the person(s) indicated below in the manner as provided in FR. Civ. P. 5(b); by
depositing it in the United States Mail in a sealed envelope with postage thereon fully prepaid to the following:
*(list names and addresses for person(s) served.  Attach additional pages if necessary.)*

Law Offices of Grech and Packer  7095 Indiana Ave. # 200  Riverside, CA  92506
Tel:951-682-9311

Place of Mailing:   HARD COPY, A Litigation Services Co. 3233 N. San Fernando Road, #1  Los Angeles CA 90065

Executed on:   August 22 , 2024 at Los Angeles , California.

Please check one of these boxes if service is made by mail:

☐  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☑  I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

### ACKNOWLEDGEMENT OF SERVICE

I, _____ , recieved a true copy of the within document on _____

_____
*Signature*

_____
*Party Served*

D1724.04
35108

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | |
|---|---|
| Manning Kass`<br>801 S. Figueroa St., 15th Floor<br>Los Angeles, CA  90017 | |
| TELEPHONE NO.:  213-624-6900          FAX NO.: 213-624-6999 | |
| ATTORNEY FOR (Name):  Defendant: City of Hement; officer | |

| NAME OF COURT   **United States District Court** | |
|---|---|
| STREET ADDRESS | |
| MAILING ADDRESS | |
| CITY AND ZIP CODE      -CA | |
| BRANCH NAME | |

| PLAINTIFF/PETITIONER        **Michael Henry Barnhill**<br>DEFENDENT/RESPONDENT      **City of Hement; Officer** | CASE NUMBER |
|---|---|
| **NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**<br>(Code Civ. Proce., ⬚⬚ 1985.3, 1985.6) | **5:23-CV-00589-SHK** |

**TO (name):  Michael Henry Barnhill c/o Law Offices of Grech and Packer 7095 Indiana Ave. # 200 Riverside CA 92506**

1.   PLEASE TAKE NOTICE THAT THE REQUESTING PARTY (name):  DEFENDANT **City of Hement; officer**  SEEKS YOUR
     RECORDS FOR EXAMINATION, by the parties to this action on (specify date):   **Sep 23, 2024**

     The records are described in the subpoena directed to witness (specify name and address of person or entity from who records are sought):

# *Riverside University Health Systems - Medical Center*

     7898 Mission Grove Pkwy .#200
     Attn: Radiology
     Riverside CA 92508

     A copy of the subpoena is attached

2.   IF YOU OBJECT to the production of these records, YOU MUST DO ONE OF THE FOLLOWING BEFORE THE DATE SPECIFIED
     IN ITEM a. OR b. BELOW:

     a    If you are a party to the above entitled action, you must file a motion pursuant to Code of Civil Procedure section 1987.1 to quash or
          modify the subpoena and provide notice of that motion to the witness and the deposition officer named in the subpoena at least five
          days before the date set for production of the records.

     b    If you are not a party to this action you must serve on the requesting party and on the witness, before the date set for production of the
          records, a written objection that states the specific grounds on which production of such records should be prohibited.  You may use the
          form below to object and state the grounds for your objection.  The objection should not be filed with the court.
          WARNING:  IF YOUR OBJECTION IS NOT RECEIVED BEFORE THE DATE SPECIFIED IN ITEM 1, YOUR
          RECORDS MAY BE PRODUCED AND MAY BE AVAILABLE TO ALL PARTIES

3.   YOU OR YOUR ATTORNEY MAY CONTACT THE UNDERSIGNED to determine whether an agreement can be reached in writing
     to cancel or limit the scope of the subpoena.  If no such agreement is reached, and if you are not otherwise represented by an attorney in
     this action, YOU SHOULD CONSULT AN ATTORNEY TO ADVISE YOU OF YOUR RIGHTS OF PRIVACY.

Date:  **August 26, 2024**

| ANDREA KOMBLAU, ESQ. | ▼ /s/        ANDREA KOMBLAU, ESQ. |
|---|---|
| TYPE OR PRINT NAME | SIGNATURE OF    ☐ REQUESTING PARTY ☐ ATTORNEY |

## OBJECTION BY NON-PARTY TO PRODUCTION OF RECORDS

1.      I object to the production of all my records specified in the subpoena.

2.      I object only to the production of the following records:

3.      The specific grounds for my objection are as follows:

| (TYPE OR PRINT NAME) | ▼<br>(SIGNATURE) |
|---|---|

Form Adopted for Mandatory Use
Judicial Council of California
982 (a) (15.5) {Rev. January 1, 2000}

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**
**(Code Civ. Proce., ⬚⬚ 1985.3, 1985.6)**

Code of Civil Procedure
⬚⬚ 1985.3, 1985.6 2020

| PLAINTIFF/PETITIONER **Michael Henry Barnhill** | |
|---|---|
| **City of Hement; Officer** | 5:23-CV-00589-SHK |
| DEFENDANT/RESPONDENT | |

## PROOF OF SERVICE OF NOTICE TO CONSUMER OR EMPLOYEE OBJECTION
### (Code Civ. Proc., §§ 1985.3, 1985.6), ⌐⌐ 1985.3, 1985.6

☐ **Personal Service** ☒ **Mail**

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. I served a copy of the *Notice to Consumer or Employee and Objection as follows (check either a or b):*

    a: ☐ **Personal Service.** I personally delivered the *Notice to Consumer or Employee and Objection as follows*
       (1) Name of person served:                    (3) Date Served:
       (2) Address where served:                     (4) Time Served:

    b: ☒ **Mail.** I deposited the *Notice to Consumer or Employee and Objection* in the United States mail, in a sealed envelope
       with postage fully prepaid. The envelope was addressed as follows:
       (1) Name of person served: **Law Offices of Grech and Packer**      (3) Date of mailing: August 26, 2024
       (2) Address where served   **7095 Indiana Ave. # 200**             (4) Place or mailing (city and state)
                                   **Riverside CA 92506**                  Los Angeles, CA  90065

       (5) I am a resident employed in the country where the *Notice to Consumer or Employee and Objections* was mailed.

    c: My residence or business address *(specify)*: **3233 N. San Fernando Road, #1 Los Angeles CA 90065**
    d: My phone number is *(specify)* **(323) 255-4252  FAX (323) 255-4352**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 8/26/2024

**Tina Krauss** ▼ /s/ *Tina Krauss*
(TYPE OR PRINT NAME OF PERSON WHO SERVED)                    (SIGNATURE OF PERSON WHO SERVED)

### PROOF OF SERVICE OF OBJECTION TO PRODUCTION OF RECORDS
### (Code Civ. Proc., §§ 1985.3, 1985.6)

☐ **Personal Service** ☐ **Mail**

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. I served a copy of the *Objection to Production of Records as follows (complete either a or b):*

    **a: ON THE REQUESTING PARTY**

    (1) ☐ **Personal Service.** I personally delivered the *Objection to Production of Records* as follows:
       (1) Name of person served:                    (3) Date Served:
       (2) Address where served:                     (4) Time Served:

    (2) ☐ **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope
       with postage fully prepaid. The envelope was addressed as follows:
       (1) Name of person served:                    (3) Date of mailing:
       (2) Address where served:                     (4) Place or mailing (city and state)

       (5) I am a resident employed in the country where the *Objection to Production of Records* was mailed:

    **b: ON THE WITNESS**

    (1) ☐ **Personal Service.** I personally delivered the *Objection to Production of Records* as follows:
       (1) Name of person served:                    (3) Date Served:
       (2) Address where served:                     (4) Time Served:

    (2) ☐ **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope
       with postage fully prepaid. The envelope was addressed as follows:
       (1) Name of person served:                    (3) Date of mailing:
       (2) Address where served:                     (4) Place or mailing (city and state):

       (5) I am a resident employed in the country where the *Objection to Production of Records* was mailed:

3. My residence or business address *(specify)*:
4. My phone number is *(specify)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____           ▼           _____
(TYPE OR PRINT NAME OF PERSON WHO SERVED)              (SIGNATURE OF PERSON WHO SERVED)

Page 2 of 2

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**
**(Code Civ. Proc., §§ 1985.3, 1985.6)**

**HARD COPY, A Litigation Services Co.**

**P.O. Box 92225**

**Pasadena CA 91109**

**(323) 255-4252   FAX (323) 255-4352**

September 3, 2024

## Proof of Service by Mail

**State of California**
**County of Los Angeles**

RE:   Michael Henry Barnhill vs. City of Hement; Officer

I am employed in the county aforesaid; I am over the age of eighteen years and not a party
of the within entitled action; my business address is 3233 N. San Fernando Road, #1, Los
Angeles, CA, 90065 , I served the within subpoena or signed
authorization on the parties in said action, by placing a true copy thereof enclosed in a
sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA
addressed as follows:

**Riverside University Health Systems - Medical Center**
**7898 Mission Grove Pkwy .#200**
**Attn: Radiology**
**Riverside, CA  92508**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on
September 3, 2024 at Los Angeles, CA

**HARD COPY, A Litigation Services Co.**

Noe
D  1724.04

378



**Riverside University**
**HEALTH SYSTEM**

### DECLARATION OF CUSTODIAN OF MEDICAL RECORDS (EVIDENCE CODE SECTION1560),
*with exception of documents (if any) listed below.*

| | | | |
|---|---|---|---|
| Patient Name: | BARNHILL,HENRY MICHAEL | Case No: | |
| | DOB: 06/09/1978 | D1724.04 | |
| Release to: | Hard Copy | Release ID: | 170212805 |

RADIOLOGY

I , the undersigned, have the authority to certify to the following:

**CERTIFICATION OF RECORDS**

The records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition or event. The copies submitted herewith represent true reproductions of the original medical records as requested in the subpoena dues tecum and/or authorization.

1. The records were prepared in the following manner:
   a. ☐ Provided for review and/or duplication to: _____
   b. ☐ Photocopied by personnel of the business
   c. ☒ Computer generated by personnel of the business
   d. ☐ Submitted herewith is the original record as requested in subpoena duces tecum. The exception of billing data is made and can be obtained from the Patient Business Office.
   e. ☐ Information protected by the Lanterman – Petris Short Act (LPS) has been redacted.
   f. ☐ Information protected by California Health and Safety Code 120975-120990 has been redacted.
   g. ☐ Other: _____

2. The records enclosed are: **Riverside Univeristy Health System - Medical Center: Radiology Imaging CD for the date of service requested: Any & All.**

**CERTIFICATION OF NO RECORDS**

1. ☐  After a thorough and diligent search, no records were located for the subpoena / authorization submitted. **Note:** The records being requested may exist under another spelling, name, date of birth, or under different date(s) of service. Please resubmit the request with additional or corrected information (i.e. full name, AKAs,  date of birth, social security number, medical record number, name of the facility, and/or different date(s) of service).
2. ☐ A thorough search has been made for the documents described in the subpoena and/or authorization for patient listed above.  Based on the information provided, no such record was found in;
   ☐ Riverside University Health System - Medical Center:
   ☐ Riverside University Health System – Arlington Mental Health
   ☐ Riverside University Health System Community Health Center (Specify Clinic):

I declare under penalty of perjury of the state of California that the foregoing is true and correct.
Executed on 9/13/24 at Moreno Valley, California.

9/18/24

SIGNATURE:

---

**Riverside University Health System**
*Health Information Management, Release of Information*
26520 Cactus Avenue
Moreno Valley, CA 92555
Phone: (951) 486-5040  Fax: (951) 486-5075

# HARD COPY, A Litigation Services Co.

3233 N. San Fernando Road, #1 Los Angeles, CA 90065* 323-255-4252 * Fax 323-255-4352

## DECLARATION OF CUSTODIAN OF RECORDS

Regarding  Michael  Henry Barnhill AKA: _____

DOB (or other ID ) June 9, 1978   SSN: _____    Our File No. D1724.04 _____

I am duly authorized as Custodian of Records (or other qualified witness) for

Riverside University Health Systems - Medical Center _____ with authority to certify the records.

| CERTIFICATION OF RECORDS COPIED | *(Custodian's Initials:_____ )* |
|---|---|

   Including this declaration, all documents, records and other things called for in the Subpena Duces Tecum or Authorization which are in my custody have been photocopied (on microfilm) at my office, in my presence under my direction and control; and the copy submitted with this declaration is a true copy thereof.
   To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above-named business, in the ordinary course of business, at or near the time of the acts conditions, or events recorded.
   No documents, records or other things have been withheld in order to avoid their being photocopied.

   Certain records were omitted because _____

_____

| CERTIFICATION OF NO RECORDS | *(Custodian's Initials:_____ )* |
|---|---|

   A thorough search of the records of the business revealed no records described in the attached subpoena or authorization.
   This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

_____

_____

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____ California

Print Name _____ Signed_____

Witnessed_____

| CERTIFICATION OF PROFESSIONAL PHOTOCOPIER |
|---|

*D1724.04*

   I, the undersigned, declare:
The attached copy of records was transmitted or distributed to the authorized persons or entities.
   I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-4-2024___ at ___L.A.___

Print Name ___Alan Caron___        Signature ___Alan Caron___

380

Deliveree: **<u>Manning Kass</u>**
801 S. Figueroa St., 15th Floor
C I V I L   \*\*\* CD ONLY \*\*
Los Angeles, CA  90017
Attn: **Candice Raub**

file#

Case No: 5:23-CV-00589-SHK/

Caption: **Michael Henry Barnhill**
vs. **City of Hement; Officer**

---

Records of: **Michael  Henry Barnhill**

From: **Advanced Eyecare**
330 N. Brand Blvd., #110
Glendale, CA  91203

cc: Manning Kass

Requested By: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   \*\*\* CD ONLY \*\*

Claim #  Matter#07893-070019

D1724.05

381



# Quality Assurance Pledge

☒ RECORDS

☐ CERTIFICATE OF NO RECORDS
*This assignment has been reviewed by a supervisor. Based on the information provided no records were found. Please advise our office if additional information (such as AKA, etc) becomes available and we will re-contact the facility.*

☐ STATEMENT

PROVIDED HAVE BEEN REVIEWED TO ASSURE ACCURACY AND QUALITY. THEY HAVE BEEN DETERMINED TO BE THE CORRECT DOCUMENTS BASED ON THE FOLLOWING INFORMATION:

☒ name/aka matches

☒ date of birth matches

☐ social security number matches

☐ claim number/date of loss/insured matches

☐ file/case number matches

☐ patient number matches

☐ employer matches

☐ other:_____
_____

☐ records are lost/misplaced/destroyed

☐ claim number/file number does NOT match

☐ no records for date specified

☐ records are located at another facility _____
which is already on order

☐ records are located at another facility _____
and we are entering a new request for this facility

REVIEWED BY: ____Ping_____

## SERVICE <u>AND</u> QUALITY ARE A HARD COPY PRIORITY

HC-FS1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

D1724 0?

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Michael Henry Barnhill | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:23-CV-00589-SHK |
| City of Hement; Officer | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Advanced Eyecare 330 N. Brand Blvd., #110
Glendale, CA 91203  Phone:818-240-0890

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT 3 FOR THE PRODUCTION OF BUSINESS RECORDS.

| Place: | Date and Time: |
|---|---|
| | |

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | 12/16/2024  9:00 AM |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/14/2024

*CLERK OF COURT*

OR

_____          /s/Andrea Komblau, Esq.
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing (name of party) ................
City of Hement; Officer
_____ , who issues or requests this subpoena, are:

Andrea Komblau, Esq., Manning Kass  801 S. Figueroa St., 15th Floor  Los Angeles, CA  90017
Tel:213-624-6900 . Fax:213-624-6999

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

383

HC-FS3

# ATTACHMENT 3

**Civil Action No.** 5:23-CV-00589-SHK

Michael Henry Barnhill
*Plaintiff*
*v.*
City of Hement; Officer

*Defendent*

Any & all documents, memoranda or writings reflecting or relating to any medical care & treatment and/or consultation including, but not limited to, emergency records, reports, office notes, progress notes, charts, files, nurse's notes & x-ray reports on Michael Henry Barnhill, DOB 6/9/1978 from first date of contact to present. TO INCLUDE BILLING/PAYMENT RECORDS & X-RAY/MRI FILMS**COST & BREAKDOWN NEEDED PRIOR TO DUPLICATION**

D1724 06

384

HC-FSPS1

D1724.05

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action  (Page 2)

**Civil Action No.**  5:23-CV-00589-SHK

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for  *(name of individual and title, if any)* _____

on *(date)*  NOV 27 2024

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____   on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____  for travel and $ _____  for services, for a total of  $ _____  .

I declare under penalty of perjury that this information is true.

Date:  NOV 27 2024 _____              _____
                                                                              *Server's signature*

                                                                              *Printed name and title*
                                                                              **HARD COPY**
                                                                              **P.O. Box 92225**
                                                                              **Pasadena, CA 91109**
                                                                              **(800) 266-9340**
                                                                              _____
                                                                              *Server's address*

Additional information regarding attempted service, etc.:

385

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

---

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** **Claiming Privilege or Protection.**

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.** The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

HC-FS4

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Manning Kass
Andrea Komblau, Esq.  BAR#291613

801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
213-624-6900 , Fax 213-624-6999

D1724 05

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Henry Barnhill

PLAINTIFF(S),

City of Hement; Officer

DEFENDENT(S).

Civil Action No.   5:23-CV-00589-SHK

## PROOF OF SERVICE - ACKNOWLEDGMENT
## OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of

_____Los Angeles_____ , State of California, and not a

party to the above-entitled cause.  On   November  14   ,   2024   , I served a true copy of

Subpoena To Produce Documents , Information, or Objects or to Permit Inspection Of Premises In A Civil Action

by personally delivering it to the person(s) indicated below in the manner as provided in FR. Civ. P. 5(b); by
depositing it in the United States Mail in a sealed envelope with postage thereon fully prepaid to the following:
*(list names and addresses for person(s) served.  Attach additional pages if necessary.)*

Law Offices of Grech and Packer  7095 Indiana Ave. # 200  Riverside, CA  92506
Tel:951-682-9311

Place of Mailing:   HARD COPY, A Litigation Services Co. 3233 N. San Fernando Road, #1  Los Angeles CA 90065

Executed on:   November  14   ,   2024   at   Los Angeles   , Californa.

Please check one of these boxes if service is made by mail:

☐  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
   service was made.

☑  I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

### ACKNOWLEDGEMENT OF SERVICE

I, _____ , recieved a true copy of the within document on _____

*Signature*                                           *Party Served*

CV-40(01/00)            PROOF OF SERVICE - ACKNOWLEDGEMENT OF SERVICE            387

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): <br> Manning Kass <br> 801 S. Figueroa St., 15th Floor <br> Los Angeles, CA 90017 <br> TELEPHONE NO.: 213-624-6900      FAX NO.: 213-624-6999 <br> ATTORNEY FOR (Name): Defendant: City of Hement; officer | |

| | | |
|---|---|---|
| NAME OF COURT   United States District Court <br> STREET ADDRESS <br> MAILING ADDRESS <br> CITY AND ZIP CODE   -CA <br> BRANCH NAME | | |

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER        Michael Henry Barnhill <br> DEFENDANT/RESPONDENT   City of Hement; Officer | | CASE NUMBER <br> **5:23-CV-00589-SHK** |

| |
|---|
| NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION <br> (Code Civ. Proce., §§ 1985.3, 1985.6) |

TO (name): Michael Henry Barnhill c/o Law Offices of Grech and Packer 7095 Indiana Ave. # 200 Riverside CA 92506

1.  PLEASE TAKE NOTICE THAT THE REQUESTING PARTY (name): DEFENDANT City of Hement; officer SEEKS YOUR RECORDS FOR EXAMINATION, by the parties to this action on (specify date):   Dec 16, 2024

The records are described in the subpoena directed to witness (specify name and address of person or entity from who records are sought):

# *Advanced Eyecare*

330 N. Brand Blvd., #110
Glendale CA 91203

A copy of the subpoena is attached

2.  IF YOU OBJECT to the production of these records, YOU MUST DO ONE OF THE FOLLOWING BEFORE THE DATE SPECIFIED IN ITEM a. OR b. BELOW:

   a   If you are a party to the above entitled action, you must file a motion pursuant to Code of Civil Procedure section 1987.1 to quash or modify the subpoena and provide notice of that motion to the witness and the deposition officer named in the subpoena at least five days before the date set for production of the records.

   b   If you are not a party to this action you must serve on the requesting party and on the witness, before the date set for production of the records, a written objection that states the specific grounds on which production of such records should be prohibited.  You may use the form below to object and state the grounds for your objection.  The objection should not be filed with the court.
   WARNING:  IF YOUR OBJECTION IS NOT RECEIVED BEFORE THE DATE SPECIFIED IN ITEM 1, YOUR RECORDS MAY BE PRODUCED AND MAY BE AVAILABLE TO ALL PARTIES

3.  YOU OR YOUR ATTORNEY MAY CONTACT THE UNDERSIGNED to determine whether an agreement can be reached in writing to cancel or limit the scope of the subpoena.  If no such agreement is reached, and if you are not otherwise represented by an attorney in this action, YOU SHOULD CONSULT AN ATTORNEY TO ADVISE YOU OF YOUR RIGHTS OF PRIVACY.

Date:  November 18, 2024

| | |
|---|---|
| ANDREA KOMBLAU, ESQ. | ▼ /s/     ANDREA KOMBLAU, ESQ. |
| TYPE OR PRINT NAME | SIGNATURE OF   ☐ REQUESTING PARTY ☐ ATTORNEY |

## OBJECTION BY NON-PARTY TO PRODUCTION OF RECORDS

1.        I object to the production of all my records specified in the subpoena.

2.        I object only to the production of the following records:

3.    The specific grounds for my objection are as follows:

| | ▼ |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE) |

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**
(Code Civ. Proce., §§ 1985.3, 1985.6)

Code of Civil Procedure
§§ 1985.3, 1985.6 2020

| PLAINTIFF/PETITIONER   **Michael Henry Barnhill** **City of Hement; Officer** | 5:23-CV-00589-SHK |
|---|---|
| DEFENDANT/RESPONDENT | |

## PROOF OF SERVICE OF NOTICE TO CONSUMER OR EMPLOYEE OBJECTION
### (Code Civ. Proc., §§ 1985.3, 1985.6), ☐☐ 1985.3, 1985.6

☐ Personal Service    ☒☒ Mail

1.  At the time of service I was at least 18 years of age and  not a party to this legal action.

2.  I served a copy of the *Notice to Consumer or Employee and Objection as follows (check either a or b):*

a: ☐   Personal Service.  I personally delivered the *Notice to Consumer or Employee and Objection as follows*
 (1) Name of person served:       (3) Date Served:
 (2) Address where served:

b: ☒☒  Mail.  I deposited the *Notice to Consumer or Employee and Objection* in the United States mail, in a sealed envelope
   with postage fully prepaid.  The envelope was addressed as follows:
 (1) Name of person served:  **Law Offices of Grech and Packer**  (3) Date of mailing:  November 18, 2024
 (2) Address where served **7095 Indiana Ave. # 200**   (4) Place or mailing (city and state):
       **Riverside CA 92506**       Los Angeles, CA  90065

 (5) I am a resident employed in the country where the  *Notice to Consumer or Employee and Objections* was mailed.

c:   My residence or business address  *(specify):* 3233 N. San Fernando Road, #1  Los Angeles CA 90065
d:   My phone number is  *(specify)* **(323) 255-4252   FAX (323) 255-4352**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 11/18/2024

**Tina Krauss**      ▼ /s/     
(TYPE OR PRINT NAME OF PERSON WHO SERVED)   (SIGNATURE OF PERSON WHO SERVED)

## PROOF OF SERVICE OF OBJECTION TO PRODUCTION OF RECORDS
### (Code Civ. Proc., §§ 1985.3, 1985.6)

☐ Personal Service    ☐ Mail

1.  At the time of service I was at least 18 years of age and  not a party to this legal action.

2.  I served a copy of the *Objection to Production of Records as follows (complete either a or b):*

a: **ON THE REQUESTING PARTY**

(1) ☐   Personal Service.  I personally delivered the *Objection to Production of Records* as follows:
 (1) Name of person served:     (3) Date Served:
 (2) Address where served:     (4) Time Served:

(2) ☐   Mail.  I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope
   with postage fully prepaid.  The envelope was addressed as follows:
 (1) Name of person served:     (3) Date of mailing:
 (2) Address where served:     (4) Place or mailing (city and state):

   (5) I am a resident employed in the country where the  *Objection to Production of Records* was mailed:

b: **ON THE WITNESS**

(1) ☐   Personal Service.  I personally delivered the *Objection to Production of Records* as follows:
 (1) Name of person served:     (3) Date Served:
 (2) Address where served:     (4) Time Served:

(2) ☐   Mail.  I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope
   with postage fully prepaid.  The envelope was addressed as follows:
 (1) Name of person served:     (3) Date of mailing:
 (2) Address where served:     (4) Place or mailing (city and state):

   (5) I am a resident employed in the country where the  *Objection to Production of Records* was mailed:

3.   My residence or business address  *(specify):*
4.   My phone number is  *(specify):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

         ▼
(TYPE OR PRINT NAME OF PERSON WHO SERVED)   (SIGNATURE OF PERSON WHO SERVED)

Page 2 of 2

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**
(Code Civ. Proc., §§ 1985.3, 1985.6)

389

HC-DCR24

# HARD COPY, A Litigation Services Co.

3233 N. San Fernando Road, #1 Los Angeles, CA 90065
323-255-4252 * Fax 323-255-4352
County of Los Angeles  Registration #X-403

## DECLARATION OF CUSTODIAN OF RECORDS

**Regarding:  Michael  Henry Barnhill**

**SSN:**                                          **DOB: 6/9/1978**                                          **Our File#: D1724.05**

**LOCATION:  Advanced Eyecare**

I, the undersigned, being the duly authorized Custodian of Records and having authority to certify the records, declare the following:

---

☑ **CERTIFICATION OF RECORDS:**  (Check all that apply)

Including this declaration, all documents, records and other things called for in the Subpena or Authorization which are in my custody have been photocopied/scanned at my office, in my presence, under my direction and control; and the copy submitted with this declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above-named business, in the ordinary course of business, at or near the time of the acts conditions, or events recorded.

☑ MEDICAL              ☐ XRAYS ON FILM / CD              ☑ BILLING

☐ EMPLOYMENT      ☐ OTHER: _____

Certain records were omitted because:

☐ RECORDS ARE LOST / DESTROYED          ☐ NO RECORDS EXIST FOR DATES REQUESTED

☐ OTHER: _____

---

☑ **CERTIFICATION OF NO:**  (Check all that apply)

A thorough search of the records of the business revealed no records described in the attached subpoena or authorization. This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

☐ RECORDS          ☑ XRAYS          ☐ BILLING

---

**As Custodian,** I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on  _12/2/24_  at  _La Canada, CA_ , California

Print Name  _Nancy Zaragoza_          Signed  _[signature]_

---

DO NOT WRITE BELOW THIS LINE - FOR HARD COPY USE ONLY

**CERTIFICATION OF PROFESSIONAL PHOTOCOPIER**

I, the undersigned, declare: The attached copy of records was transmitted or distributed to the authorized persons or entities. I declare under penalty of perjury and under the laws of California that the foregoing is true and correct.

Executed on  _____  at  _____

**HARD COPY, Litigation Services Co.**
3233 N. San Fernando Road, #1 Los Angeles, CA 90065
323-255-4252 * Fax 323-255-4352
County of Los Angeles  Registration #X-403

## DECLARATION OF CUSTODIAN OF RECORDS

**Regarding:  Michael  Henry Barnhill**

**SSN:**                          **DOB: 6/9/1978**                          **Our File#: D1724.05**

**LOCATION:  Advanced Eyecare**

I, the undersigned, being the duly authorized Custodian of Records and having authority to certify the records, declare the following:

---

☐ **CERTIFICATION OF RECORDS:** (Check all that apply)

Including this declaration, all documents, records and other things called for in the Subpena or Authorization which are in my custody have been photocopied/scanned at my office, in my presence, under my direction and control; and the copy submitted with this declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above-named business, in the ordinary course of business, at or near the time of the acts conditions, or events recorded.

☐ MEDICAL          ☐ XRAYS ON FILM / CD                    ☐ BILLING

☐ EMPLOYMENT     ☐ OTHER: _____

Certain records were omitted because:

☐ RECORDS ARE LOST / DESTROYED          ☐ NO RECORDS EXIST FOR DATES REQUESTED

☐ OTHER: _____

---

☐ **CERTIFICATION OF NO:** (Check all that apply)

A thorough search of the records of the business revealed no records described in the attached subpoena or authorization. This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

☐ RECORDS     ☐ XRAYS     ☐ BILLING

---

**As Custodian**, I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____ , California

Print Name _____ Signed _____

---

DO NOT WRITE BELOW THIS LINE - FOR HARD COPY USE ONLY

**CERTIFICATION OF PROFESSIONAL PHOTOCOPIER**

I, the undersigned, declare: The attached copy of records was transmitted or distributed to the authorized persons or entities. I declare under penalty of perjury and under the laws of California that the foregoing is true and correct.

Executed on _____12-17-24_____ at _____LA, CA._____

_____MC_____                    _____Joe Z_____    **391**
Print Name                          Signature

DATE: 4/12/23    FACILITY: Smith    DR: Avender    NEW / EST.

NAME: Barnhill, Henry    DOB: 6/9/78    AGE: 44    GENDER: M / F    LANGUAGE: ey

**CHIEF COMPLAINT:**
☐ Physicians orders for Eye Health consult

**ALLERGIES:** ☐ No Known Allergies ☐ Other: _____    SMOKER: YES / NO

**MEDICAL HISTORY:** PTSD, Ⓡ bloworbital fracture 5/5/22
— under AMD care
— intermittent diplopia &
visual field defects Ⓡ

**MEDICATIONS:** Nortriptyline

| CURRENT LEVEL OF FUNCTION: ( lowest =0 highest =4 ) | | PAST OCULAR HISTORY: | |
|---|---|---|---|
| Responsiveness | 0 1 2 3 4 ☐ can't determine | Glaucoma ☐ OD ☐ OS | ☐ Blepharitis ☐ Dry Eye |
| Verbal Ability: | 0 1 2 3 4 ☐ can't determine | Cataract ☐ OD ☐ OS | Last OD 8/3/22 |
| Cooperation: | 0 1 2 3 4 ☐ can't determine | Macular Degeneration ☐ OD ☐ OS | Last RX _____ |
| Orientation: | 0 1 2 3 4 ☐ can't determine | Cat/IOL Surgery ☐ OD ☐ OS | |
| Affect: | 0 1 2 3 4 ☐ can't determine | | Last RX _____ |
| Activity / Mobility: | 0 1 2 3 4 ☐ can't determine | ☐ Other: _____ | Last OMD _____ |
| Additional Details: | | | |

**EYE EXAMINATION:** Wearing: OD: _____ =20/ ___ Add: ___ OS: _____ =20/ ___ Add: ___
☐ Lost Glasses ☐ Scratched ☐ Broken ☐ Damaged: ___

**Refraction**    ☐ Trial Frame
OD: —100 DS    =20/ ___
OS: —100-025 x117    =20/ ___
ADD: _____

| | OD | OS |
|---|---|---|
| Pupils | PERRL – APD / Other: | PERRL / APD / Other: |
| Motility | ... | |
| Eyelids & Externae | CLU | |
| Conjunctiva / Cornea | w/w | |
| Iris / Ant. Chamber | ... | |
| Angle | 1 2 3 ④ | 1 2 3 4 |
| Lens | CLU | |
| Vitreous | ... | |
| Disc | 0.3 | |
| Macula | ... | |
| Vessels | ... | |
| Fundus Exam | ... | |
| Tension | ... | ☐ tactile / poor cooperation ☐ refused / unable |

**VISUAL FIELD:** ☐ CONF FULL

**Binocular Vision:**
**DILATION:** 2 ½ % N ___ 1% M ___ Fluress ___

**DIAGNOSIS:**
1) Emmetropia OD. No need for corrective lens for refractive error or visual acuity
2) Hx of Ⓡ orbital fracture 5/22. Since then pt has had
3) intermittent diplopia & visual field defects. Pt is under
4) OMD care. Conventional glasses will not relieve visual symptoms.

**RECOMMENDATIONS:**
New Glasses: ☐ Bifocal ☐ Distance ☐ Reading ☐ Trifocal
☐ Current Glasses Adequate ☐ Glasses not indicated
☐ Infection Tx ☐ Dry Eye Tx ☐ Allergy Tx ☐ Hot/Cold compress ☐ Lid Hygiene
☐ Fundus Photography ☐ No Tx advised at this time ☐ Unlikely to benefit from Tx
Will discuss recommendations with ☐ Family ☐ Conservator ☐ Physician ☐ SSD
Ophthalmology Referral ☐ IN-HOUSE ☐ LOCAL (facility schedule appointment)
☐ GLC ☐ DM ☐ CAT ☐ ARMD ☐ Other: _____

③ At ophthalmologist suggestion pt may see a strabismus specialist

**GOALS OF TREATMENT:**
☐ Quality of Life ☐ Treat Infection ☐ Improvement of Vision
**NEXT EXAMINATION:**
☐ ___ weeks ☐ 3 months ☐ 6 months ☐ 1 year ☐ Other: ___
if prism glasses

(usually an O.D.) who can determine

| FINAL SPECTACLE RX #1 | SVD SVN BF TF OTHER: | | |
|---|---|---|---|
| Frame / Eye Size / Color | | PD | Seg Height |
| OD: | | =20/ | |
| OS: | | | |
| +Add: | | ☐ Use Subjective RX | ☐ Future use |

| FINAL SPECTACLE RX #2 | SVD SVN BF TF OTHER: | | |
|---|---|---|---|
| Frame / Eye Size / Color | | PD | Seg Height |
| OD: | | =20/ | |
| OS: can relieve diplopia | | | |
| +Add: | | ☐ Use Subjective RX | ☐ Future use |

**Significant Notes:** Continue with ophthalmologist as directed

**PROCEDURE CODES:** 92004 92014 92002 92012 92015

*Advanced Eyecare, A Professional Optometric Group*
*snfeyecare.com    revised 9/2015*
NorCal: 877.393.7260  SoCal: 866.260.2020

I certify that, to the best of my knowledge, all information included in the document is true, correct and complete.

OD Signature: D. Cene    Date: 4/14/22

BILLED

Copyright Advanced Eyecare, A Professional Optometric Group

392



**Riverside University HEALTH SYSTEM**

## Provider Relations Authorization

Riverside County Regional Medical Center
Provider Relations Department
26520 Cactus Avenue
Moreno Valley, CA 92555
(951) 486-4025   FAX (951) 486-4035

| | |
|---|---|
| **Client Name:** Henry Michael Barnhill | **DOB:** 06/09/1978 |
| **Address:** Larry D Smith Correctional Facility | |
| Banning, CA 92220 | |
| **Input Date:** 02/27/2023 | **Medical Record #:** 7637901 |
| **PCP Name:** Larry D Smith Correctional, Larry D Smith Corre | **ICD-9 Code:** H54.5 |
| **PCP Phone:** (951) 922-7300 | **CPT-4 Code:** |
| **PCP Fax:** | **Auth Start Date:** 02/27/2023 |
| **Referring Name:** Larry D Smith Correctional, Larry D Smith Correc | **Auth Exp. Date:** 04/30/2023 |
| **Referring Phone:** (951) 922-7300 | **Auth Status:** Approved |
| **Referring Fax:** | **Auth No:** 16620230227095403 |
| **Requested Provider:** Advanced Eyecare Prof Optometric Group | **Referral No:** 16620230227095403 |
| **Requested Provider Phone:** (818) 240-0890 | **Requested Provider Fax:** (818) 246-2540 |
| **Requested Service:** Opthalmology | **Appt. Date/Time:** |

**Auth Comment:**

Barnhill, Henry Michael   06/09/1978   100724900   Booking# 202216744

In the event that patient is released from custody prior to appointment date, authorization is void.

Exam + medically necessary eye glasses x 1

Advanced Eyecare Prof Optometric Group - 330 No Brand Blvd #110 - CA 91203
(818) 240-0890 ext. 120   Fax (818) 246-2540
Contractual rates apply for this request - HIPAA rules apply

Vendor to verify CHS eligibility status and authorization status after 04/30/2023

Approved by:  Joan Castleberry (951) 486-4612
Senior Accounting Assistant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Patient not seen during authorized dates (02/27/2023 - 03/29/2023).
Patient rescheduled to be seen on (02/27/2023)
Authorization extended to (04/30/2023)

**Signature:**   *Joan Castleberry*

393

4/12/23  Burnhill, Henry  Smith  6/9/78

**ADVANCED EYECARE PROFESSIONAL OPTOMETRIC GROUP  ICD-10 SUPERBILL - rev. 10/18**

## Vision

|    |         |
|----|---------|
|    | Hyperopia |
| OD | H52.01 |
| OS | H52.02 |
| OU | H52.03 |
|    | Myopia |
| OD | H52.11 |
| OS | H52.12 |
| OU | H52.13 |
|    | Astigmatism |
| OD | H52.201 |
| OS | H52.202 |
| OU | H52.203 |
|    | Presbyopia |
|    | H52.4 |
|    | Accomodative spasm |
|    | H52.539 |
|    | Strabismic Amblyopia |
| OD | H53.031 |
| OS | H53.032 |
|    | Refractive Amblyopia |
| OD | H53.021 |
| OS | H53.022 |
|    | Anisometropia |
|    | H52.31 |
|    | Asthenopia |
| OD | H53.141 |
| OS | H53.142 |
| OU | H53.143 |
|    | Exam - normal findings |
|    | Z01.00 |

## Conjunctiva / Sclera

|    |         |
|----|---------|
|    | Serous Conjunctivitis |
| OD | H10.231 |
| OS | H10.232 |
| OU | H10.233 |
|    | Viral Conjunctivitis |
|    | B30.9 |
|    | Allergic Conjunctivitis |
|    | H10.45 |
|    | Chronic Conjunctivitis |
| OD | H10.421 |
| OS | H10.422 |
| OU | H10.423 |
|    | Angular Blepharoconj |
| OD | H10.521 |
| OS | H10.522 |
| OU | H10.523 |
|    | Contact Blepharoconj |
| OD | H10.531 |
| OS | H10.532 |
| OU | H10.533 |
|    | Pterygium, stable |
| OD | H11.041 |
| OS | H11.042 |
| OU | H11.043 |
|    | Pterygium, progressive |
| OD | H11.051 |
| OS | H11.052 |
| OU | H11.053 |
|    | Conjunctival pigment |
| OD | H11.131 |
| OS | H11.132 |
| OU | H11.133 |
|    | Pingueculae |
| OD | H11.151 |
| OS | H11.152 |
| OU | H11.153 |

|    |         |
|----|---------|
|    | Hyperemic Conj |
| OS | H11.431 |
| OS | H11.432 |
| OU | H11.433 |
|    | Subconj Heme |
| OD | H11.30 |
| OS | H11.31 |
| OU | H11.32 |
|    | Conj Edema |
| OD | H11.421 |
| OS | H11.422 |
| OU | H11.423 |
|    | Conj Cyst |
| OD | H11.441 |
| OS | H11.442 |
| OU | H11.443 |
|    | Episcleritis |
| OD | H15.111 |
| OS | H15.112 |
| OU | H15.113 |
|    | Symblepharon |
| OD | H11.231 |
| OS | H11.232 |
| OU | H11.233 |

## Eyelids

|    |         |
|----|---------|
|    | Ulcerative Bleph |
| OD | H01.01A |
| OS | H01.01B |
|    | Squamous Bleph |
| OD | H01.02A |
| OS | H01.02B |
|    | External Hordeolum |
| OD | H00.011 (upper) |
| OD | H00.012 (lower) |
| OS | H00.014 (upper) |
| OS | H00.015 (lower) |
|    | Internal Hordeolum |
| OD | H00.021 (upper) |
| OD | H00.022 (lower) |
| OS | H00.024 (upper) |
| OS | H00.025 (lower) |
|    | Chalazion |
| OD | H00.11 (upper) |
| OD | H00.12 (lower) |
| OS | H00.14 (upper) |
| OS | H00.15 (lower) |
|    | Allergic Bleph |
| OD | H01.113 |
| OS | H01.116 |
|    | Entropion - senile |
| OD | H02.032 |
| OS | H02.035 |
|    | MGD |
| OD | H02.88A |
| OS | H02.88B |
|    | Ectropion - senile |
| OD | H02.132 |
| OS | H02.135 |
|    | Lagophthalmos |
| OD | H02.23A |
| OS | H02.23B |
|    | Blepharochalasis |
| OD | H02.31 |
| OS | H02.34 |
|    | Ptosis |
| OS | H02.421 |
| OS | H02.422 |
| OS | H02.423 |

## Cornea

|    |         |
|----|---------|
|    | Marginal Corneal Ulcer |
| OD | H16.041 |
| OS | H16.042 |
| OU | H16.043 |
|    | Central Corneal Ulcer |
| OD | H16.011 |
| OS | H16.012 |
| OU | H16.013 |
|    | SPK |
| OD | H16.141 |
| OS | H16.142 |
| OU | H16.143 |
|    | Filamentary Keratitis |
| OD | H16.121 |
| OS | H16.122 |
| OU | H16.123 |
|    | K sicca (non-Sjogrens) |
|    | H16.223 |
|    | Exposure Keratoconj |
| OD | H16.211 |
| OS | H16.212 |
| OU | H16.213 |
|    | Pannus |
| OD | H16.421 |
| OS | H16.422 |
| OU | H16.423 |
|    | Peripheral opacity |
| OD | H17.821 |
| OS | H17.822 |
| OU | H17.823 |
|    | Central opacity |
| OD | H17.11 |
| OS | H17.12 |
| OU | H17.13 |
|    | Corneal edema |
| OD | H18.221 |
| OS | H18.222 |
| OU | H18.223 |
|    | Bullous Keratopathy |
| OD | H18.11 |
| OS | H18.12 |
| OU | H18.13 |
|    | Folds in Descemet's |
| OD | H18.321 |
| OS | H18.322 |
| OU | H18.323 |
|    | Arcus senilis |
|    | H18.413 |
|    | Recurrent erosion |
| OD | H18.831 |
| OS | H18.832 |
| OU | H18.833 |
|    | Keratoconus |
| OD | H18.601 |
| OS | H18.602 |
| OU | H18.603 |
|    | Band Keratopathy |
| OD | H18.421 |
| OS | H18.422 |
| OU | H18.423 |
|    | Fuch's Dystrophy |
|    | H18.51 |

## Lacrimal / Orbit

|    |         |
|----|---------|
|    | Epiphora - poor drain |
| OD | H04.221 |
| OS | H04.222 |
| OU | H04.223 |

|    |         |
|----|---------|
|    | Tear film insufficiency |
|    | H04.123 |
|    | Acute Dacryocystitis |
| OD | H04.321 |
| OS | H04.322 |
| OU | H04.323 |
|    | Stenosis Nasolacrimal duct |
| OD | H04.551 |
| OS | H04.552 |
| OU | H04.553 |
|    | Exophthalmos |
| OD | H05.241 |
| OS | H05.242 |
| OU | H05.243 |
|    | Deformity of Orbit |
| OD | H05.331 |
| OS | H05.332 |
| OU | H05.333 |
|    | Periocular contusion -R |
|    | S00.11XA - initial |
|    | S00.11XD - subsequent |
|    | S00.11XS - sequela |
|    | Periocular contusion -L |
|    | S00.12XA - initial |
|    | S00.12XD - subsequent |
|    | S00.12XS - sequela |

## Iris/Ciliary body/Pupil

|    |         |
|----|---------|
|    | Primary Iridocyclitis |
| OD | H20.011 |
| OS | H20.012 |
| OU | H20.013 |
|    | Recurrent Iridocyclitis |
| OD | H20.021 |
| OS | H20.022 |
| OU | H20.023 |
|    | Hypopion |
| OD | H20.051 |
| OS | H20.052 |
| OU | H20.053 |
|    | Hyphema (non traumatic) |
| OD | H21.01 |
| OS | H21.02 |
| OU | H21.03 |
|    | Hyphema (traumatic) Rt |
|    | S05.11XA - initial |
|    | S05.11XD - subsequent |
|    | S05.11XS - sequela |
|    | Hyphema (traumatic) Left |
|    | S05.12XA - initial |
|    | S05.12XD - subsequent |
|    | S05.12XS - sequela |
|    | Rubeosis Iridis |
| OD | H21.1X1 |
| OS | H21.1X2 |
| OU | H21.1X3 |
|    | Iris Atrophy |
| OD | H21.231 |
| OS | H21.232 |
| OU | H21.233 |
|    | Posterior Synechiae |
| OD | H21.541 |
| OS | H21.542 |
| OU | H21.543 |
|    | Anterior Synechiae |
| OD | H21.511 |
| OS | H21.512 |
| OU | H21.513 |

|    |         |
|----|---------|
|    | Ectopic Pupil |
| OD | H21.561 |
| OS | H21.562 |
| OU | H21.563 |
|    | Anisocoria |
|    | H57.02 |
|    | Tonic Pupil |
| OS | H57.051 |
| OS | H57.052 |
| OU | H57.053 |

## Cataracts / Lens

|    |         |
|----|---------|
|    | Ant Sub-capsular |
| OD | H25.031 |
| OS | H25.032 |
| OU | H25.033 |
|    | Post Sub-capsular |
| OD | H25.041 |
| OS | H25.042 |
| OU | H25.043 |
|    | Cortical |
| OS | H25.011 |
| OS | H25.012 |
| OU | H25.013 |
|    | Nuclear sclerotic |
| OD | H25.11 |
| OS | H25.12 |
| OU | H25.13 |
|    | Total Cataract |
|    | H25.89 |
|    | Secondary Cataract |
| OD | H26.491 |
| OS | H26.492 |
| OU | H26.493 |
|    | Aphakia |
| OD | H27.01 |
| OS | H27.02 |
| OU | H27.03 |
|    | Subluxation of lens |
| OD | H27.111 |
| OS | H27.112 |
| OU | H27.113 |
|    | Pseudophakia |
|    | Z96.1 |

## Glaucoma

|    |         |
|----|---------|
|    | Suspect - low risk |
| OD | H40.011 |
| OS | H40.012 |
| OU | H40.013 |
|    | Suspect - high risk |
| OD | H40.021 |
| OS | H40.022 |
| OU | H40.023 |
|    | Narrow Angle |
| OD | H40.031 |
| OS | H40.032 |
| OU | H40.033 |
|    | Steroid Responder |
| OD | H40.041 |
| OS | H40.042 |
| OU | H40.043 |
|    | Ocular HTN |
| OD | H40.051 |
| OS | H40.052 |
| OU | H40.053 |
|    | Acute Angle Closure |
| OD | H40.211 |
| OS | H40.212 |
| OU | H40.213 |



### ADVANCED EYECARE PROFESSIONAL OPTOMETRIC GROUP  ICD-10 SUPERBILL - PAGE 2

**Glaucoma - cont**

Primary Open Angle
- OD H40.1114
- OS H40.1124
- OU H40.1134

Low Tension Glc
- OD H40.1214
- OS H40.1224
- OU H40.1234

Pigmentary Glc
- OD H40.1314
- OS H40.1324
- OU H40.1334

Chronic Angle Closure
- OD H40.2214
- OS H40.2224
- OU H40.2234

Pseudoexfoliative Glc
- OD H40.1414
- OS H40.1424
- OU H40.1434

Traumatic Glc
- OD H40.31X4
- OS H40.32X4
- OU H40.33X4

**Optic Nerve**

Papilledema
- H47.11

Optic Atrophy primary
- OD H47.211
- OS H47.212
- OU H47.213

Disc Drusen
- OD H47.321
- OS H47.322
- OU H47.323

Disc Coloboma
- OD H47.311
- OS H47.312
- OU H47.313

Optic Neuritis
- OD H46.01
- OS H46.02
- OU H46.03

Retrobulbar Neuritis
- OD H46.11
- OS H46.12
- OU H46.13

Ischemic Neuropathy
- OD H47.011
- OS H47.012
- OU H47.013

**Diabetes**

Current insulin use
Z79.4
Current med use
Z79.84

FILL IN DIGIT IN LATERALITY
1=OD 2= OS 3=OU
Mild non-prolif
Type 1:
E10.321___ +mac edema
E10.329___ no mac edema
Type 2:
E11.321___ +mac edema
E11.329___ no mac edema

---

Moderate non-prolif
Type 1:
E10.331___ +mac edema
E10.339___ no mac edema
Type 2:
E11.331___ +mac edema
E11.339___ no mac edema

Severe non-prolif
Type 1:
E10.341___ +mac edema
E10.349___ no mac edema
Type 2:
E11.341___ +mac edema
E11.349___ no mac edema

Proliferative
Type 1:
E10.351___ +mac edema
E10.359___ no mac edema
Type 2:
E11.351___ +mac edema
E11.359___ no mac edema

Diabetes - No Ret
E11.9

**Retina/Choroid**

Retinal Detachment
- OD H33.011 - partial
- OS H33.012 - partial
- OU H33.013 - partial
- OD H33.051 - total
- OS H33.052 - total
- OU H33.053 - total

Horseshoe retinal tear
- OD H33.311
- OS H33.312
- OU H33.313

Retinal Hole
- OD H33.321
- OS H33.322
- OU H33.323

Retinal Embolism
- OD H34.211
- OS H34.212
- OU H34.213

CRAO
- OD H34.11
- OS H34.12
- OU H34.13

BRAO
- OD H34.231
- OS H34.232
- OU H34.233

FILL IN 7th DIGIT:
0= with mac edema
1= with ret neovasc
2= stable (old)
CRVO
- OD H34.811
- OS H34.812
- OU H34.813

BRVO
- OD H34.831
- OS H34.832
- OU H34.833

HTN Retinopathy
- OD H35.031
- OS H35.032
- OU H35.033

---

FILL IN 7th DIGIT:
0= unspecified
1= early
2= intermediate
3= advanced
4= adv w/ sub-foveal issue

Dry ARMD
- OD H35.311
- OS H35.312
- OU H35.313

Wet ARMD
- OD H35.321
- OS H35.322
- OU H35.323

Macular hole
- OD H35.341
- OS H35.342
- OU H35.343

Central Serous
- OD H35.711
- OS H35.712
- OU H35.713

CME
- OD H35.351
- OS H35.352
- OU H35.353

Toxic Maculopathy
- OD H35.381
- OS H35.382
- OU H35.383

Epiretinal Membrane
- OD H35.371
- OS H35.372
- OU H35.373

Macular Drusen
- OD H35.361
- OS H35.362
- OU H35.363

Lattice Degeneration
- OD H35.411
- OS H35.412
- OU H35.413

Retinitis Pigmentosa
H35.52

Retinal Hemorrhage
- OD H35.61
- OS H35.62
- OU H35.63

Retinal Edema (CWS)
- OD H35.81

Retinal Ischemia
- OD H35.82

Solar Retinopathy
- OD H31.021
- OS H31.022
- OU H31.023

Chorioretinal Scar
- OD H31.091
- OS H31.092
- OU H31.093

Choroidal Atrophy
- OD H31.111
- OS H31.112
- OU H31.113

Degenerative Myopia
- OD H44.21
- OS H44.22
- OU H44.23

---

**Vitreous**

PVD
- OD H43.811
- OS H43.812
- OU H43.813

Asteroid Hyalosis
- OD H43.21
- OS H43.22
- OU H43.23

Vitreous Heme
- OD H43.11
- OS H43.12
- OU H43.13

Vitreal Floaters
- OD H43.391
- OS H43.392
- OU H43.393

Vitreous Prolapse
- OD H43.01
- OS H43.02
- OU H43.03

**Strabismus/Neuro**

Monocular Esotropia
- OD H50.011
- OS H50.012

Alternating Esotropia
H50.05

Monocular Exotropia
- OD H50.111
- OS H50.112

Alternating Exotropia
H50.15

Hypertropia
- OD H50.21
- OS H50.22

3rd Nerve Palsy
- OD H49.01
- OS H49.02

4th Nerve Palsy
- OD H49.11
- OS H49.12

6th Nerve Palsy
- OD H49.21
- OS H49.22

Convergence Insuff
H51.11

Irratic Eye Mov't
H55.81

Nystagmus - latent
H55.02

Nystagmus of vis dep.
H55.03

Nystagmus - congenital
H55.01

**Visual Field Defects**

Homonymous Hemi
H53.461  Right
H53.462  Left

Heteronymous Hemi
H53.47

Constricted Field
- OD H53.481
- OS H53.482
- OU H53.483

---

**Disorders of Globe**

Endophthalmitis - Acute
- OD H44.011
- OS H44.012
- OU H44.013

Endophthalmitis - Chronic
- OD H44.021
- OS H44.022
- OU H44.023

Hypotony - primary
- OD H44.441
- OS H44.442
- OU H44.443

Hypotony - secondary
- OD H44.431
- OS H44.432
- OU H44.433

Phthisis Bulbi
- OD H44.521
- OS H44.522
- OU H44.523

Leucocoria
- OD H44.531
- OS H44.532
- OU H44.533

**Miscellaneous**

s/p filtering bleb
Z98.83

s/p corneal transplant
Z94.7

Injury, Conj/Cornea -Rt
S05.00XA - initial
S05.00XD - subsequent
S05.00XS - sequela

Injury, Conj/Cornea -Left
S05.01XA - initial
S05.01XD - subsequent
S05.01XS - sequela

High Risk Medication
Z03.6

**OTHER**

**Quality Reporting**

** Glaucoma
Optic Nerve Evaluated
2027F
Plan of care - pt referred
0517F

** ARMD - status of heme/
macular thickness noted
2019F

** Diabetes
dilation performed
2022F
exam copy left for MD
5010F

** All patients:
meds documeted
G8427

*Ophthalmology*

✓ **Optometric Practice/Business Office:**
330 No. Brand Blvd, Suite 110
Glendale, CA 91203-2308
Phone: (866) 260-2020
Fax: (818) 246-2540

*Unsue pt had Cosp*

**Administrative Office:**
7488 Shoreline Drive, Suite B-1
Stockton, CA 95219-5433
Phone: (877) 393-7260
Fax: (209) 477-2406

*pt needs further F/u after OD orbital fracture*

## Advanced Eyecare
PROFESSIONAL OPTOMETRIC GROUP

202216744

## Optometry Department
### Referral for Services / Recommendations

**Patient Name:** Bamhill, Henry Michael    **Patient's DOB:** 6/9/78

**Facility:** CMB SW Det Cent    **Date of Exam:** 8/5/22

**Reason:**
☐ Cataracts (☐ OD right eye ☐ OS left eye ☐ OU both eyes)
☐ Glaucoma / Glaucoma Suspect
☐ Diabetic Retinopathy / Diabetic Macular Edema
☐ Other: _____

**Requested Services / Procedures:**
☐ Cataract surgery Consultation
☐ Retina Consultation
☐ Glaucoma work up
☐ Cornea Consultation
☐ Oculoplastics Consultation
☐ Other: _____

*① CC of continued possible diplopia after ② orbital fracture. Unknown if pt ~~was~~ finished follow-up.*

**Suggest referral to:**
☐ Local Ophthalmologist

**Name:** _____
**Address:** _____

*Note that pts CC may be partially suppressed*

**Phone Number:** _____

*diplopia pts description*

☐ HMO plan Ophthalmologist
☐ Kaiser Ophthalmologist
☐ Other: _____

*Sounds like central visual field is suppressed, but possible diplopia with peripheral visual field*

☐ Urgent (24-48 hours)
☐ 7-10 days
☒ Other: non-urgent

**Doctor's Name:** D. Cuandau, OD    **Signature:** DCucu
*Print name*
@ 714-553-5277

**Date:** 8/5/22

## PLEASE FAX DOCTOR'S REPORT TO: (818) 246-2540

DATE: 8/3/22   FACILITY: CMB SW Det Court   DR. Curanden   NEW / EST.

NAME: Barnhill, Henry Michael   DOB: 6/9/78   AGE: 44   GENDER: M/F   LANGUAGE: Eng

**CHIEF COMPLAINT:**
☐ Physicians orders for Eye Health consult

**ALLERGIES:** ☐ No Known Allergies ☐ Other: _____   SMOKER: YES / NO

**MEDICAL HISTORY:** PTSD

**MEDICATIONS:** Nortryptyline

— diplopia
— Hx of ® orbital blowout fract
in 5/22, 5/3/22

**CURRENT LEVEL OF FUNCTION:** ( lowest = 0 highest = 4 )

| | | |
|---|---|---|
| Responsiveness | 0 1 2 3 4 ☐ can't determine | |
| Verbal Ability: | 0 1 2 3 4 ☐ can't determine | |
| Cooperation: | 0 1 2 3 4 ☐ can't determine | |
| Orientation: | 0 1 2 3 4 ☐ can't determine | |
| Affect: | 0 1 2 3 4 ☐ can't determine | |
| Activity / Mobility: | 0 1 2 3 4 ☐ can't determine | |
| Additional Details: | | |

**PAST OCULAR HISTORY:**
Glaucoma ☐ OD ☐ OS   ☐ Blepharitis ☐ Dry Eye
Cataract ☐ OD ☐ OS
Macular Degeneration ☐ OD ☐ OS
Cat/IOL Surgery ☐ OD ☐ OS
☐ Other: _____

Last OD _____
Last RX _____
Last OMD _____

**EYE EXAMINATION:** Wearing: OD: ____ ¢ =20/ 25   OS: ____ ¢ =20/ 20   Add: ____

☐ Lost Glasses ☐ Scratched ☐ Broken ☐ Damaged: _____

| | OD | OS |
|---|---|---|
| Pupils | PERRL - APD / Other: | PERRL - APD / Other: |
| Motility | NI | |
| Eyelids & Externae | clr | |
| Conjunctiva / Cornea | w/cw | |
| Iris / Ant. Chamber | NAD/D | |
| Angle | 1 2 3 4 | 1 2 3 4 |
| Lens | clr | |
| Vitreous | NAD | |
| Disc | 0.3 | |
| Macula | NAD | |
| Vessels | 3/4 | |
| Fundus Exam | NAD | |
| Tension | soft | W   tactile / poor cooperation / refused / unable |

**Refraction**   ☐ Trial Frame
OD: —0.25 –0.50 x 050 / —0.25 —0.25 x 064
OS: —0.50 –0.50 x 126 =20/
ADD: ____

**VISUAL FIELD:** ☐ CONF FULL   OD: full   OS: RY

**Binocular Vision:** CT, pprism, ±

**DILATION:**
2 ½ % N ___: ___   1% M ___   Fluress ___: ___

**DIAGNOSIS:**
1) Compound myopic astigmat OD & OS
2) Ocular Health otherwise NAD OD & OS
3) Refer to OMD for f/u of continued diplopia & visual photopsia OD. Possible partially

**RECOMMENDATIONS:**
New Glasses: ☐ Bifocal ☐ Distance ☐ Reading ☐ Trifocal
☐ Current Glasses Adequate ☐ Glasses not indicated ☑ declined
☐ Infection Tx ☐ Dry Eye Tx ☐ Allergy Tx ☐ Hot/Cold compress ☐ Lid Hygiene
☐ Fundus Photography ☐ No Tx advised at this time ☐ Unlikely to benefit from Tx
Will discuss recommendations with ☐ Family ☐ Conservator ☐ Physician ☐ SSD
Ophthalmology Referral ☐ IN-HOUSE ☐ LOCAL (facility schedule appointment)
☐ GLC ☐ DM ☐ CAT ☐ ARMD ☐ OTHER: _____

**GOALS OF TREATMENT:**
☐ Quality of Life ☐ Treat Infection ☑ Improvement of Vision

**NEXT EXAMINATION:**
☐ ____ weeks ☐ 3 months ☐ 6 months ☑ 1 year ☐ Other: _____

**Significant Notes:**

**FINAL SPECTACLE RX #1**   SVD   SVN   BF   TF   OTHER: _____
Frame / Eye Size / Color   PD   Seg Height
Suppressed central visual field with diplopia with periphery
OD: _____ = 20/
OS: _____ = 20/
+Add: _____ ☐ Use Subjective RX ☐ Future use

**FINAL SPECTACLE RX #2**   SVD   SVN   BF   TF   OTHER: field
Frame / Eye Size / Color   PD   Seg Height
OD: _____ = 20/
OS: _____ = 20/
+Add: _____ ☐ Use Subjective RX ☐ Future use

PROCEDURE CODES: 92004 / 92014 / 92002 / 92012 / 92015

*Advanced Eyecare, A Professional Optometric Group*
snfeyecare.com   revised 9/2015

NorCal: 877.393.7260  SoCal: 866.260.2020

*I certify that, to the best of my knowledge, all information included in the document is true, correct and complete.*

Copyright Advanced Eyecare, A Professional Optometric Group

OD Signature: _____   Date: 8/3/22

397



**Riverside University HEALTH SYSTEM**

## Provider Relations Authorization

Riverside County Regional Medical Center
Provider Relations Department
26520 Cactus Avenue
Moreno Valley, CA 92555
(951) 486-4025   FAX (951) 486-4035

| | | | |
|---|---|---|---|
| **Client Name:** | Henry Michael Barnhill | **DOB:** | 06/09/1978 |
| **Address:** | Cois M. Byrd Detention Center | | |
| | Murrieta, CA 92563 | | |
| **Input Date:** | 06/14/2022 | **Medical Record #:** | 7637901 |
| **PCP Name:** | Cois M Byrd Detention Center, Cois M Byrd Det | **ICD-9 Code:** | H53.8 |
| **PCP Phone:** | (951) 696-3050 | **CPT-4 Code:** | |
| **PCP Fax:** | | **Auth Start Date:** | 06/14/2022 |
| **Referring Name:** | Cois M Byrd Detention Center, Cois M Byrd Dete | **Auth Exp. Date:** | 07/14/2022 |
| **Referring Phone:** | (951) 696-3050 | **Auth Status:** | Approved |
| **Referring Fax:** | | **Auth No:** | 21220220614133347 |
| **Requested Provider:** | Advanced Eyecare  Prof Optometric Group | **Referral No:** | 21220220614133347 |
| **Requested Provider Phone:** | (818) 240-0890 | **Requested Provider Fax:** | (818) 246-2540 |
| **Requested Service:** | Opthalmology | **Appt. Date/Time:** | |

**Auth Comment:**

Barnhill, Henry   06/09/1978    Contact ID: 100724900    Booking #: 202216744

In the event that patient is released from custody prior to appointment date, authorization is void.

Exam + medically necessary eye glasses x 1

Advanced Eyecare Prof Optometric Group - 330 No Brand Blvd #110 - CA 91203
(818) 240-0890 ext. 120    Fax (818) 246-2540
Contractual rates apply for this request - HIPAA rules apply

Vendor to verify CHS eligibility status and authorization status after 07/14/2022

Approved by:   Maria Martinez    (951) 486-4623.
                Assistant Director of Patient Access/Patient Business Services

**Signature:**   **Patty Scott**  Digitally signed by Patty Scott
Date: 2022.06.14 16:11:46
-07'00'

✓ **Optometric Practice/Business Office:**
330 No. Brand Blvd, Suite 110
Glendale, CA 91203-2308
Phone: (866) 260-2020
Fax: (818) 246-2540

*Ophthalmology*



**Administrative Office:**
7488 Shoreline Drive, Suite B-1
Stockton, CA 95219-5433
Phone: (877) 393-7260
Fax: (209) 477-2406

*Unsue if pt had Coop*

## Advanced Eyecare
PROFESSIONAL OPTOMETRIC GROUP

*pt needs further F/U after OD orbital fracture*

**202216744**

# Optometry Department
### Referral for Services / Recommendations

**Patient Name:** Barnhill, Henry Michael    **Patient's DOB:** 6/9/78

**Facility:** CMB  SW Det Cent    **Date of Exam:** 8/3/22

**Reason:**
☐ Cataracts (☐ OD right eye ☐ OS left eye ☐ OU both eyes)
☐ Glaucoma / Glaucoma Suspect
☐ Diabetic Retinopathy / Diabetic Macular Edema
☐ Other: _____

**Requested Services / Procedures:**
☐ Cataract surgery Consultation
☐ Retina Consultation
☐ Glaucoma work up
☐ Cornea Consultation
☐ Oculoplastics Consultation
☐ Other: _____

① CC of continued possible diplopia after ② orbital fracture. Unknown if pt ~~ever~~ finished follow-up.

**Suggest referral to:**
☐ Local Ophthalmologist

**Name:** _____
**Address:** _____
**Phone Number:** (_____)_____

Note that pts CC may be partially suppressed diplopia. pts description Sounds like central visual field is suppressed, but

☐ HMO plan Ophthalmologist
☐ Kaiser Ophthalmologist
☐ Other: _____

possible diplopia with peripheral visual field

☐ Urgent (24-48 hours)
☐ 7-10 days
☒ Other: non-urgent

**Doctor's Name:** D. Cuandu, OD    **Signature:** DCucu
*Print name*
@ 714-553-5277

**Date:** 8/5/22

## PLEASE FAX DOCTOR'S REPORT TO: (818) 246-2540

399

8/3/22    CMRS    SW    Det    Cent    Coander    (nee)

Barnhill, Henry Michael    6/9/78

### ADVANCED EYECARE PROFESSIONAL OPTOMETRIC GROUP  ICD-10 SUPERBILL - *rev. 10/18*

| Vision | | Hyperemic Conj | | Cornea | | Tear film insufficiency | | Ectopic Pupil | |
|---|---|---|---|---|---|---|---|---|---|
| | Hyperopia | | H11.431 | | Marginal Corneal Ulcer | | H04.123 | OD | H21.561 |
| OD | H52.01 | OS | H11.432 | OD | H16.041 | | Acute Dacryocystitis | OS | H21.562 |
| OS | H52.02 | OU | H11.433 | OS | H16.042 | OD | H04.321 | OU | H21.563 |
| OU | H52.03 | | Subconj Heme | OU | H16.043 | OS | H04.322 | | Anisocoria |
| | Myopia | OD | H11.30 | | Central Corneal Ulcer | OU | H04.323 | | H57.02 |
| OD | H52.11 | OS | H11.31 | OD | H16.011 | | Stenosis Nasolacrimal duct | | Tonic Pupil |
| OS | H52.12 | OU | H11.32 | OS | H16.012 | OD | H04.551 | OD | H57.051 |
| OU | H52.13 | | Conj Edema | OU | H16.013 | OS | H04.552 | OS | H57.052 |
| | Astigmatism | OD | H11.421 | | SPK | OU | H04.553 | OU | H57.053 |
| OD | H52.201 | OS | H11.422 | | H16.141 | | Exophthalmos | | Cataracts/Lens |
| OS | H52.202 | OU | H11.423 | | H16.142 | OD | H05.241 | | Ant Sub-capsular |
| OU | H52.203 | | Conj Cyst | | H16.143 | OS | H05.242 | OD | H25.031 |
| | Presbyopia | OD | H11.441 | | Filamentary Keratitis | OU | H05.243 | OS | H25.032 |
| | H52.4 | OS | H11.442 | | H16.121 | | Deformity of Orbit | OU | H25.033 |
| | Accomodative spasm | OU | H11.443 | | H16.122 | OD | H05.331 | | Post Sub-capsular |
| | H52.539 | | Episcleritis | | H16.123 | OS | H05.332 | OD | H25.041 |
| | Strabismic Amblyopia | OD | H15.111 | | K sicca (non-Sjogrens) | OU | H05.333 | OS | H25.042 |
| OD | H53.031 | OS | H15.112 | | H16.223 | | Periocular contusion -R | | Cortical |
| OS | H53.032 | OU | H15.113 | | Exposure keratoconj | | S00.11XA - initial | OD | H25.011 |
| | Refractive Amblyopia | | Symblepharon | | H16.211 | | S00.11XD - subsequent | OS | H25.012 |
| OD | H53.021 | OD | H11.231 | | H16.212 | | S00.11XS - sequela | OU | H25.013 |
| OS | H53.022 | OS | H11.232 | | H16.213 | | Periocular contusion -L | | Nuclear sclerotic |
| | Anisometropia | OU | H11.233 | | Pannus | | S00.12XA - initial | OD | H25.11 |
| | H52.31 | | Eyelids | | H16.421 | | S00.12XD - subsequent | OS | H25.12 |
| | Asthenopia | | Ulcerative Bleph | | H16.422 | | S00.12XS - sequela | OU | H25.13 |
| OD | H53.141 | OD | H01.01A | | H16.423 | | Iris/Ciliary body/Pupil | | Total Cataract |
| OS | H53.142 | OS | H01.01B | | Peripheral opacity | | Primary Iridocyclitis | | H25.89 |
| OU | H53.143 | | Squamous Bleph | OD | H17.821 | OD | H20.011 | | Secondary Cataract |
| | Exam - normal findings | OD | H01.02A | OS | H17.822 | OS | H20.012 | OD | H26.491 |
| | Z01.00 | OS | H01.02B | OU | H17.823 | OU | H20.013 | OS | H26.492 |
| | Conjunctiva / Sclera | | External Hordeolum | | Central opacity | | Recurrent Iridocyclitis | OU | H26.493 |
| | Serous Conjunctivitis | OD | H00.011 (upper) | OD | H17.11 | OD | H20.021 | | Aphakia |
| OD | H10.231 | OS | H00.012 (lower) | OS | H17.12 | OS | H20.022 | OD | H27.01 |
| OS | H10.232 | OS | H00.014 (upper) | OU | H17.13 | OU | H20.023 | OS | H27.02 |
| OU | H10.233 | | H00.015 (lower) | | Corneal edema | | Hypopyon | OU | H27.03 |
| | Viral Conjunctivitis | | Internal Hordeolum | | H18.221 | OD | H20.051 | | Subluxation of lens |
| | B30.9 | OD | H00.021 (upper) | | H18.222 | OS | H20.052 | OD | H27.111 |
| | Allergic Conjunctivitis | OS | H00.022 (lower) | | H18.223 | OU | H20.053 | OS | H27.112 |
| | H10.45 | OU | H00.024 (upper) | | Bullous Keratopathy | | Hyphema (non traumatic) | OU | H27.113 |
| | Chronic Conjunctivitis | | H00.025 (lower) | | H18.11 | OD | H21.01 | | Pseudophakia |
| OD | H10.421 | | Chalazion | | H18.12 | OS | H21.02 | | Z96.1 |
| OS | H10.422 | | H00.11 (upper) | | H18.13 | OU | H21.03 | | Glaucoma |
| OU | H10.423 | | H00.12 (lower) | | Folds in Descemet's | | Hyphema (traumatic) Rt | | Suspect - low risk |
| | Angular Blepharoconj | | H00.14 (upper) | | H18.321 | | S05.11XA - initial | OD | H40.011 |
| OD | H10.521 | | H00.15 (lower) | | H18.322 | | S05.11XD - subsequent | OS | H40.012 |
| OS | H10.522 | | Allergic Bleph | | H18.323 | | S05.11XS - sequela | OU | H40.013 |
| OU | H10.523 | OD | H01.113 | | Arcus senilis | | Hyphema (traumatic) Left | | Suspect - high risk |
| | Contact Blepharoconj | OS | H01.116 | | H18.413 | | S05.12XA - initial | OD | H40.021 |
| OD | H10.531 | | Entropion - senile | | Recurrent erosion | | S05.12XD - subsequent | OS | H40.022 |
| OS | H10.532 | OD | H02.032 | | H18.831 | | S05.12XS - sequela | OU | H40.023 |
| OU | H10.533 | OS | H02.035 | | H18.832 | | Rubeosis Iridis | | Narrow Angle |
| | Pterygium, stable | | MGD | | H18.833 | OD | H21.1X1 | OD | H40.031 |
| OD | H11.041 | OD | H02.88A | | Keratoconus | OS | H21.1X2 | OS | H40.032 |
| OS | H11.042 | OS | H02.88B | | H18.601 | OU | H21.1X3 | OU | H40.033 |
| OU | H11.043 | | Ectropion - senile | | H18.602 | | Iris Atrophy | | Steroid Responder |
| | Pterygium, progressive | OD | H02.132 | | H18.603 | OD | H21.231 | OD | H40.041 |
| OD | H11.051 | OS | H02.135 | | Band Keratopathy | OS | H21.232 | OS | H40.042 |
| OS | H11.052 | | Lagophthalmos | | H18.421 | OU | H21.233 | OU | H40.043 |
| OU | H11.053 | OD | H02.23A | | H18.422 | | Posterior Synechiae | | Ocular HTN |
| | Conjunctival pigment | OS | H02.23B | | H18.423 | OD | H21.541 | OD | H40.051 |
| OD | H11.131 | | Blepharochalasis | | Fuch's Dystrophy | OS | H21.542 | OS | H40.052 |
| OS | H11.132 | OD | H02.31 | | H18.51 | OU | H21.543 | OU | H40.053 |
| OU | H11.133 | OS | H02.34 | | Lacrimal / Orbit | | Anterior Synechiae | | Acute Angle Closure |
| | Pinguecula | | Ptosis | | Epiphora - poor drain | OD | H21.511 | OD | H40.211 |
| OD | H11.151 | OD | H02.421 | OD | H04.221 | OS | H21.512 | OS | H40.212 |
| OS | H11.152 | OS | H02.422 | OS | H04.222 | OU | H21.513 | OU | H40.213 |
| OU | H11.153 | OU | H02.423 | OU | H04.223 | | | | |

400

## ADVANCED EYECARE PROFESSIONAL OPTOMETRIC GROUP  ICD-10 SUPERBILL – PAGE 2

### Glaucoma - cont

**Primary Open Angle**
- ☐ OD H40.1114
- ☐ OS H40.1124
- ☐ OU H40.1134

**Low Tension Glc**
- ☐ OD H40.1214
- ☐ OS H40.1224
- ☐ OU H40.1234

**Pigmentary Glc**
- ☐ OD H40.1314
- ☐ OS H40.1324
- ☐ OU H40.1334

**Chronic Angle Closure**
- ☐ OD H40.2214
- ☐ OS H40.2224
- ☐ OU H40.2234

**Pseudoexfoliative Glc**
- ☐ OD H40.1414
- ☐ OS H40.1424
- ☐ OU H40.1434

**Traumatic Glc**
- ☐ OD H40.31X4
- ☐ OS H40.32X4
- ☐ OU H40.33X4

### Optic Nerve

**Papilledema**
- ☐ H47.11

**Optic Atrophy** primary
- ☐ OD H47.211
- ☐ OS H47.212
- ☐ OU H47.213

**Disc Drusen**
- ☐ OD H47.321
- ☐ OS H47.322
- ☐ OU H47.323

**Disc Coloboma**
- ☐ OD H47.311
- ☐ OS H47.312
- ☐ OU H47.313

**Optic Neuritis**
- ☐ OD H46.01
- ☐ OS H46.02
- ☐ OU H46.03

**Retrobulbar Neuritis**
- ☐ OD H46.11
- ☐ OS H46.12
- ☐ OU H46.13

**Ischemic Neuropathy**
- ☐ OD H47.011
- ☐ OS H47.012
- ☐ OU H47.013

### Diabetes

**Current insulin use**
- ☐ Z79.4

**Current med use**
- ☐ Z79.84

FILL IN 7th DIGIT = LATERALITY
1= OD  2= OS  3=OU

**Mild non-prolif**
Type 1:
- ☐ E10.321  +mac edema
- ☐ E10.329  no mac edema

Type 2:
- ☐ E11.321  +mac edema
- ☐ E11.329  no mac edema

---

**Moderate non-prolif**
Type 1:
- ☐ E10.331  +mac edema
- ☐ E10.339  no mac edema

Type 2:
- ☐ E11.331  +mac edema
- ☐ E11.339  no mac edema

**Severe non-prolif**
Type 1:
- ☐ E10.341  +mac edema
- ☐ E10.349  no mac edema

Type 2:
- ☐ E11.341  +mac edema
- ☐ E11.349  no mac edema

**Proliferative**
Type 1:
- ☐ E10.351  + mac edema
- ☐ E10.359  no mac edema

Type 2:
- ☐ E11.351  +mac edema
- ☐ E11.359  no mac edema

**Diabetes - No Ret**
- ☐ E11.9

### Retina/Choroid

**Retinal Detachment**
- ☐ OD H33.011 - partial
- ☐ OS H33.012 - partial
- ☐ OU H33.013 - partial
- ☐ OD H33.051 - total
- ☐ OS H33.052 - total
- ☐ OU H33.053 - total

**Horseshoe retinal tear**
- ☐ OD H33.311
- ☐ OS H33.312
- ☐ OU H33.313

**Retinal Hole**
- ☐ OD H33.321
- ☐ OS H33.322
- ☐ OU H33.323

**Retinal Embolism**
- ☐ OD H34.211
- ☐ OS H34.212
- ☐ OU H34.213

**CRAO**
- ☐ OD H34.11
- ☐ OS H34.12
- ☐ OU H34.13

**BRAO**
- ☐ OD H34.231
- ☐ OS H34.232
- ☐ OU H34.233

FILL IN 7th DIGIT:
0= with mac edema
1= with ret neovasc
2= stable (old)

**CRVO**
- ☐ OD H34.811_
- ☐ OS H34.812_
- ☐ OU H34.813_

**BRVO**
- ☐ OD H34.831_
- ☐ OS H34.832_
- ☐ OU H34.833_

**HTN Retinopathy**
- ☐ OD H35.031
- ☐ OS H35.032
- ☐ OU H35.033

---

FILL IN 7th DIGIT:
0= unspecified
1= early
2= intermediate
3= advanced
4= adv w/ sub-foveal issue

**Dry ARMD**
- ☐ OD H35.311_
- ☐ OS H35.312_
- ☐ OU H35.313_

**Wet ARMD**
- ☐ OD H35.321_
- ☐ OS H35.322_
- ☐ OU H35.323

**Macular hole**
- ☐ OD H35.341
- ☐ OS H35.342
- ☐ OU H35.343

**Central Serous**
- ☐ OD H35.711
- ☐ OS H35.712
- ☐ OU H35.713

**CME**
- ☐ OD H35.351
- ☐ OS H35.352
- ☐ OU H35.353

**Toxic Maculopathy**
- ☐ OD H35.381
- ☐ OS H35.382
- ☐ OU H35.383

**Epiretinal Membrane**
- ☐ OD H35.371
- ☐ OS H35.372
- ☐ OU H35.373

**Macular Drusen**
- ☐ OD H35.361
- ☐ OS H35.362
- ☐ OU H35.363

**Lattice Degeneration**
- ☐ OD H35.411
- ☐ OS H35.412
- ☐ OU H35.413

**Retinitis Pigmentosa**
- ☐ H35.52

**Retinal Hemorrhage**
- ☐ OD H35.61
- ☐ OS H35.62
- ☐ OU H35.63

**Retinal Edema (CWS)**
- ☐ H35.81

**Retinal Ischemia**
- ☐ H35.82

**Solar Retinopathy**
- ☐ OD H31.021
- ☐ OS H31.022
- ☐ OU H31.023

**Chorioretinal Scar**
- ☐ OD H31.091
- ☐ OS H31.092
- ☐ OU H31.093

**Choroidal Atrophy**
- ☐ OD H31.111
- ☐ OS H31.112
- ☐ OU H31.113

**Degenerative Myopia**
- ☐ OD H44.21
- ☐ OS H44.22
- ☐ OU H44.23

---

### Vitreous

**PVD**
- ☐ OD H43.811
- ☐ OS H43.812
- ☐ OU H43.813

**Asteroid Hyalosis**
- ☐ OD H43.21
- ☐ OS H43.22
- ☐ OU H43.23

**Vitreous Heme**
- ☐ OD H43.11
- ☐ OS H43.12
- ☐ OU H43.13

**Vitreal Floaters**
- ☐ OD H43.391
- ☐ OS H43.392
- ☐ OU H43.393

**Vitreous Prolapse**
- ☐ OD H43.01
- ☐ OS H43.02
- ☐ OU H43.03

### Strabismus/Neuro

**Monocular Esotropia**
- ☐ OD H50.011

**Alternating Esotropia**
- ☐ H50.05

**Monocular Exotropia**
- ☐ OD H50.111

**Alternating Exotropia**
- ☐ H50.15

**Hypertropia**
- ☐ OD H50.21
- ☐ OS H50.22

**3rd Nerve Palsy**
- ☐ OD H49.01
- ☐ OS H49.02

**4th Nerve Palsy**
- ☐ OD H49.11
- ☐ OS H49.12

**6th Nerve Palsy**
- ☐ OD H49.21
- ☐ OS H49.22

**Convergence Insuff**
- ☐ H51.11

**Irratic Eye Mov't**
- ☐ H55.81

**Nystagmus - latent**
- ☐ H55.02

**Nystagmus of vis dep.**
- ☐ H55.03

**Nystagmus - congenital**
- ☐ H55.01

### Visual Field Defects

**Homonymous Hemi**
- ☐ H53.461   Right
- ☐ H53.462   Left

**Heteronymous Hemi**
- ☐ H53.47

**Constricted Field**
- ☐ OD H53.481
- ☐ OS H53.482
- ☐ OU H53.483

---

### Disorders of Globe

**Endophthalmitis** - Acute
- ☐ OD H44.011
- ☐ OS H44.012
- ☐ OU H44.013

**Endophthalmitis** - Chronic
- ☐ OD H44.021
- ☐ OS H44.022
- ☐ OU H44.023

**Hypotony - primary**
- ☐ OD H44.441
- ☐ OS H44.442
- ☐ OU H44.443

**Hypotony - secondary**
- ☐ OD H44.431
- ☐ OS H44.432
- ☐ OU H44.433

**Phthisis Bulbi**
- ☐ OD H44.521
- ☐ OS H44.522
- ☐ OU H44.523

**Leucocoria**
- ☐ OD H44.531
- ☐ OS H44.532
- ☐ OU H44.533

### Miscellaneous

**s/p filtering bleb**
- ☐ Z98.83

**s/p corneal transplant**
- ☐ Z94.7

**Injury, Conj/Cornea -Rt**
- ☐ S05.00XA - initial
- ☐ S05.00XD - subsequent
- ☐ S05.00XS - sequela

**Injury, Conj/Cornea -Left**
- ☐ S05.01XA - initial
- ☐ S05.01XD - subsequent
- ☐ S05.01XS - sequela

**High Risk Medication**
- ☐ Z03.6

### OTHER

### Quality Reporting

**\*\* Glaucoma**
Optic Nerve Evaluated
- ☐ 2027F
Plan of care - pt referred
- ☐ 0517F

**\*\* ARMD** - status of heme/
macular thickness noted
- ☐ 2019F

**\*\* Diabetes**
dilation performed
- ☐ 2022F
exam copy left for MD
- ☐ 5010F

**\*\* All patients:**
meds documeted
- ☐ G8427

401



Dear Provider,

This is a follow-up to an email we sent 30 business days ago. It is part of mandatory quarterly outreach from the Symphony Provider Directory to help you stay compliant with California SB 137 and CMS regulations. These laws require health plans to request regular updates from their contracted providers to help ensure accurate provider directories.

To meet the Q4 2024 requirement, register in Availity Essentials™ today and attest to your provider data in Availity's Provider Data Management (PDM) application.

**Why am I getting this?**

Your business contracts with one or more of the following health plans that works with the Symphony Provider Directory, California's centralized platform for provider data: **Aetna, Anthem, Cigna, Health Net, Molina, Sutter Health Plus,** and **Western Health Advantage**. This request is sent on their behalf.

Symphony and Availity work together to simplify and centralize the attestation process. Attest at least once each quarter in Availity PDM, and Symphony will share your attestations with any health plan listed above with which you contract.

**What happens if I don't attest?**

According to SB 137 and CMS re[...] provider data by **December 31, 2024**, your contracted hea[...]



- May delay pa[...]
- May transfer t[...]
- Shall remove y[...]

**How do I attest to my** [...]

Within the next **15 busin**[...] registration process at
   1. If your business is [...]
      https://www.availity.[...]
   2. Log in to Availity Ess[...] [...]ata Management.
   3. Select the business fo[...] [...] data for accuracy, and make updates if neede[...]
   4. Select **Submit Verified** [...] [...]ity of your organization's provider data and submit it to Symphony.

**Where can I get help?**

- To learn how to register your organization in Availity Essentials, go to
  https://www.availity.com/documents/learning/LP_AP_GetStarted/index.html
- To learn how to use Availity PDM, go to
  https://apps.availity.com/availity/Demos/LP_AP_LearnAboutPDM/index.html (requires login to Availity Essentials).
- For additional help, contact Availity Client Services at (800) 282-4548 Monday through Friday from 5:00 AM – 5:00 PM PT and mention PDM for Symphony Provider Directory.

This fax is for informational purposes only. To opt out of receiving future faxes from Availity, you may: (i) email FaxOptOut@Availity.com 24 hours a day, 7 days a week; (ii) call Availity Client Services at 800-282-4548; or (iii) send a fax toll-free to 1-877-396-0559. If and only to the extent that this fax may be considered an advertisement under applicable law, please be advised that Availity's failure to comply with your opt-out request within thirty (30) days from Availity's receipt of the request may be unlawful.

Advanced Eyecare Prof Opt Grp
# Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|-----|------|-----------|----------|----------|--------|
| **BARHE011** | **Henry Michael** | **Barnhill** | | On: | | | | | |
| | Last Payment: | 0.00 | | | | | | | |
| 3286118 | 8/3/2022 | 32 | | | 364610 | 92004 | 2210180000 | CRA | 48.00 |
| 3286119 | 8/3/2022 | 32 | | | 364610 | 92015 | 2210180000 | CRA | 8.00 |
| 3433903 | 4/12/2023 | 32 | | | 364610 | 92014 | 2306140000 | CRA | 48.00 |
| 3433904 | 4/12/2023 | 32 | | | 364610 | 92015 | 2306140000 | CRA | 8.00 |
| | | | | | | | | Patient Total | $112.00 |

## HV - Radiology Report

| | | | |
|---|---|---|---|
| Patient: | **Barnhill, Henry** | Ordering Physician: | **Kahng, Randall** |
| ID: | **1022239** | Phone, Pager: | **Phone: Pager:** |
| DOB: | **6/9/1978** | | |
| Age/Gender: | **43Y, M** | Primary Location: | **HV.ED05** |
| Procedure: | **CT Orbits w/o Contrast** | Study Date: | **4/29/2022 8:49:53 AM** |
| Accession #: | **10665561** | Order #: | **000239432467** |
| Report Status: | **Finalized** | | |
| Reason: | **Headache** | | |

KPC Global Medical Centers, Inc. - Diagnostic Imaging Department

```
005 Hemet Global Medical Center      010 Menifee Global Medical Center
      1117 E. Devonshire Ave.              28400 McCall Blvd.
      Hemet, CA 92543                      Sun City, CA 92585
      (951) 652-2811                       (951) 679-8888
```

Study performed at Facility: 005

Patient Name: HENRY BARNHILL    Medical Record #: 1022239

DOB: 6/9/1978
Age: 43 years
Gender: Male

Procedure: CT Orbits w/o Contrast  Accession #: 10665561
Study Date and Requested Time: 4/29/2022 8:32 AM
Ordering Physician: RANDALL KAHNG

Study Reason: Headache

Detailed Symptoms: blunt trauma rt orbit
Surgeries: no
Cancers: no
Other Hx:
Patient Orientation Matches Protocol: y
Correct ACR Protocol: yes

Comments:

Comparison: Same day CT brain

Dose: CTDI: 61.3 mGy  DLP: 1080.6 mGycm

Technique: Toshiba Aquilion 16 slice multidetector row CT scanner with review of images at
the workstation with multiplanar capabilities.

AEC or ALARA-compliant fixed protocol was used for dose reduction on this study.

Findings: There is a blowout fracture of the right inferior orbital wall with associated
right hemosinus. The largest fracture fragment measures approximately 1.2 cm in length. No
entrapment of nerves or muscles is appreciated. Soft tissue swelling about the right eye,
most prominent over the right maxilla. Normal aeration of the left maxillary and bilateral
frontal, ethmoid, and sphenoid sinuses.

Impression: Right inferior orbital wall blowout fracture with no evidence of muscle or
nerve entrapment. Associated right hemosinus.

Preliminary Report dictated by RESIDENT: John Thueson, D.O. PGY4 on 4/29/2022 9:43 AM

Final Report signed by: Eric Jacobson, M.D. on 4/29/2022 3:21 PM
Seven Star Radiology, LLC

Patient Name: HENRY BARNHILL  MR# 1022239  Visit # 100579118

## HV - Radiology Report

| | | | |
|---|---|---|---|
| Patient: | **Barnhill, Henry** | Ordering Physician: | **Kahng, Randall** |
| ID: | **1022239** | Phone, Pager: | **Phone: Pager:** |
| DOB: | **6/9/1978** | | |
| Age/Gender: | **43Y, M** | Primary Location: | **HV.ED05** |
| Procedure: | **CT Brain w/o Contrast** | Study Date: | **4/29/2022 8:47:00 AM** |
| Accession #: | **10665560** | Order #: | **000139432465** |
| Report Status: | **Finalized** | | |
| Reason: | **Headache** | | |

```
KPC Global Medical Centers, Inc.  - Diagnostic Imaging Department

005 Hemet Global Medical Center     010 Menifee Global Medical Center
      1117 E. Devonshire Ave.              28400 McCall Blvd.
      Hemet, CA 92543                      Sun City, CA 92585
      (951) 652-2811                       (951) 679-8888

Study performed at Facility: 005
```

---

```
Patient Name: HENRY BARNHILL  Medical Record #: 1022239

DOB: 6/9/1978
Age: 43 years
Gender: Male
```

---

```
Procedure:  CT Brain w/o Contrast  Accession #: 10665560
Study Date and Requested Time: 4/29/2022 8:31 AM
Ordering Physician: RANDALL KAHNG

Study Reason: Headache

Detailed Symptoms: blunt trauma
Surgeries: no
Cancers: no
Other Hx:

Comparison: none

Dose: CTDI: 61.3 mGy  DLP: 1078.2 mGy*cm

Technique: Toshiba Aquilion 16 slice multidetector row CT scanner with review of images at
the workstation with multiplanar capabilities.
Automatic Exposure Control or ALARA-compliant protocol was used for Dose Reduction. 5 mm
axial slices through the brain with 3 mm coronal and sagittal reformats.

FINDINGS:
There is no evidence of intracranial hemorrhage, mass effect or midline shift. The
brainstem and posterior fossa are within normal limits. No evidence of cerebral contusion
or coup/contrecoup pattern of injury. Ventricles and sulci are within normal limits.  No
evidence of extra-axial fluid collections. The calvarium is intact. There is a fracture of
the right inferior orbital wall with mild soft tissue edema anterior to the right globe and
supraorbital ridge. Mild hyperdense material at the fracture site entering into the
superior anterior portion of the right maxillary sinus likely contained hemorrhagic
products. The visualized portions of the globes are intact. Fat stranding and subcutaneous
edema along the lateral aspect of the left skull, temporal parietal region. Edematous
changes of the left ear. In the left parietal region there is a 4.2 x 0.7 cm subcutaneous
hematoma. Mild mucoperiosteal thickening of the bilateral ethmoid sinuses. The frontal
sinuses are normally aerated. Middle ear cavities and right mastoid air cells are normally
```

aerated. Under pneumatization of the left mastoid air cells.

IMPRESSION:
1.  No evidence of intradural hemorrhage mass effect or midline shift.
2.  Fracture of the inferior right orbit with surrounding soft tissue edema anterior to the right globe and right supraorbital ridge. Mild soft tissue swelling along the left lateral aspect of the skull temporal parietal region and ear and 4.2 x 0.7 cm subcutaneous hematoma in the left parietal region.

Preliminary Report dictated by RESIDENT: Jazmyne Hefflefinger, D.O. PGY3 on 4/29/2022 9:41 AM

Final Report signed by: Alan Tanner, M.D. on 4/29/2022 2:24 PM
 Seven Star Radiology, LLC

 Patient Name: HENRY BARNHILL  MR# 1022239  Visit # 100579118

Deliveree: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   *** CD ONLY **
Los Angeles, CA  90017
Attn: **Candice Raub**

file#

Case No: 5:23-CV-00589-SHK/

Caption: **Henry Michael Barnhill**
vs. **City of Hemet; Officer**

---

Records of: **Henry Michael Barnhill**

From: **Riverside University Health System Medical Center**
7898 Mission Grove Pkwy South
Attn: Patient Accounts
Riverside, CA  92508

cc: Manning Kass

Requested By: **Manning Kass**
801 S. Figueroa St., 15th Floor
C I V I L   *** CD ONLY **

Claim #  Matter#07893-070019

D1724.03

408



# Quality Assurance Pledge

☒ RECORDS

☐ CERTIFICATE OF NO RECORDS
*This assignment has been reviewed by a supervisor. Based on the information provided no records were found. Please advise our office if additional information (such as AKA, etc) becomes available and we will re-contact the facility.*

☐ STATEMENT

PROVIDED HAVE BEEN REVIEWED TO ASSURE ACCURACY AND QUALITY. THEY HAVE BEEN DETERMINED TO BE THE CORRECT DOCUMENTS BASED ON THE FOLLOWING INFORMATION:

☒ name/aka matches

☐ date of birth matches

☐ social security number matches

☐ claim number/date of loss/insured matches

☐ file/case number matches

☐ patient number matches

☐ employer matches

☐ other:_____
_____

☐ records are lost/misplaced/destroyed

☐ claim number/file number does NOT match

☐ no records for date specified

☐ records are located at another facility _____
which is already on order

☐ records are located at another facility _____
and we are entering a new request for this facility

REVIEWED BY: ____Ping____

## SERVICE **AND** QUALITY ARE A **HARD COPY** PRIORITY  409

D1724.03

HC-FS1
AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Henry Michael Barnhill | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  5:23-CV-00589-SHK |
| City of Hemet; Officer | ) | |
| | ) | |
| | ) | |
| *Defendent* | ) | |

**AMENDED**

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES  IN A CIVIL ACTION

To: Riverside University Health System Medical Center 7898 Mission Grove Pkwy South Attn: Patient Accounts
Riverside, CA 92508  Phone:951-486-5360

*(Name of person to whom this subpoena is directed)*

☑ *Production:*  **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT 3 FOR THE PRODUCTION OF BUSINESS RECORDS.

| Place: HARD COPY, A Litigation Services Co. 3233 N. San Fernando Road, #1 Los Angeles, CA  90065 Tel.:323-255-4252 | Date and Time: 3/5/2025  9:00 AM |
|---|---|

☐ *Inspection of Premises:*  **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/4/2025

CLERK OF COURT

|  | OR | /s/Andrea Komblau, Esq. |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing (name of party)
City of Hemet; Officer
_____, who issues or requests this subpoena, are:

Andrea Komblau, Esq., Manning Kass  801 S. Figueroa St., 15th Floor  Los Angeles, CA  90017
Tel:213-624-6900 . Fax:213-624-6999

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**HARD COPY, A Litigation Services Co.**
**P.O. Box 92225**
**Pasadena CA91109**
**(323) 255-4252    FAX (323) 255-4352**

February 11, 2025

## Proof of Service by Mail

**State of California**
**County of Los Angeles**

RE:   Henry Michael Barnhill vs.City of Hemet; Officer

I am employed in the county aforesaid; I am over the age of eighteen years and not a party
of the within entitled action; my business address is 3233 N. San Fernando Road, #1, Los
Angeles, CA, 90065 , I served the within subpoena or signed
authorization on the parties in said action, by placing a true copy thereof enclosed in a
sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA
addressed as follows:

**Riverside University Health System Medical Center**
**7898 Mission Grove Pkwy South**
**Attn: Patient Accounts**
**Riverside, CA  92508**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on
February 11, 2025 at Los Angeles, CA

**HARD COPY, A Litigation Services Co.**

Noe
D  1724.03

411

HC-FS3

# ATTACHMENT 3

**Civil Action No.** 5:23-CV-00589-SHK

Henry Michael Barnhill
*Plaintiff*
*v.*
City of Hemet; Officer

*Defendent*

Complete billing records from the first date of treatment to present including, but not limited to, any documents & writings that may be stored digitally and/or electronically: charges, statement, invoices, itemized charges, payment ledgers, explanation of benefits, payments, adjustments, write-offs, discounts & balances due for any & all care, treatment and or examinations of Henry Barnhill, DOB 6/9/1978.

D1724.03

412

HC-FSPS1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action  (Page 2)

Civil Action No. 5:23-CV-00589-SHK

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____    on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of  $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

413

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.** The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

D1724 03

HC-FS4
NAME,ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Manning Kass
Andrea Komblau, Esq.  BAR#291613

801 S. Figueroa St., 15th Floor
Los Angeles, CA  90017
213-624-6900 , Fax 213-624-6999

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Henry Michael Barnhill

                              PLAINTIFF(S),

City of Hemet; Officer

                              DEFENDENT(S).

Civil Action No.  5:23-CV-00589-SHK

## PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of

Los Angeles _____ , State of California, and not a

party to the above-entitled cause.  On  February 4 _____ ,  2025 _____ ,  I served a true copy of

Subpoena To Produce Documents , Information, or Objects or to Permit Inspection Of Premises In A Civil Action

by personally delivering it to the person(s) indicated below in the manner as provided in FR. Civ. P. 5(b); by
depositing it in the United States Mail in a sealed envelope with postage thereon fully prepaid to the following:
*(list names and addresses for person(s) served.  Attach additional pages if necessary.)*

Law Offices of Grech and Packer  7095 Indiana Ave. # 200  Riverside, CA  92506
Tel:951-682-9311

Place of Mailing:  HARD COPY, A Litigation Services Co.  3233 N. San Fernando Road, #1  Los Angeles CA 90065

Executed on: ____ February 4 _____ , ___ 2025 _____ at _____ Los Angeles ____ , Californa.

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.

☑ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

### ACKNOWLEDGEMENT OF SERVICE

I, _____ , recieved a true copy of the within document on _____

_____                    _____
*Signature*                                        *Party Served*

Attestation Regarding a Requested Use or Disclosure of Protected Health Information
Potentially Related to Reproductive Health Care

*The entire form must be completed for the attestation to be valid.*

WO#:  D1724.03

| |
|---|
| Name of person(s) or specific identification of the class of persons to receive the requested PHI. |
| Manning Kass |
| Name or other specific identification of the person or class of persons from whom you are requesting the use or disclosure. |
| Riverside University Health System Medical Center |
| Description of specific PHI requested, including name(s) of individual(s), if practicable, or a description of the class of individuals, whose protected health information you are requesting. |
| Records of:  Henry Michael Barnhill DOB: 6/9/1978 |
| Complete billing records from the first date of treatment to present including, but not limited to, any documents & writings that may be stored digitally and/or electronically: charges, statement, invoices, itemized charges, payment ledgers, explanation of benefits, payments, adjustments, write-offs, discounts & balances due for any & all care, treatment and or examinations of  Henry Barnhill, DOB 6/9/1978. |

6

I attest that the use or disclosure of PHI that I am requesting is not for a purpose prohibited by the HIPAA Privacy Rule at 45 CFR 164.502(a)(5)(iii) because of one of the following (check one box):

☒ The purpose of the use or disclosure of protected health information is **not** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care or to identify any person for such purposes.

☐ The purpose of the use or disclosure or protected health information is to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care, or to identify any person for such purposes, but the reproductive health care at issue was **not lawful** under the circumstances in which it was provided.

I understand that I may be subject to criminal penalties pursuant to 42 U.S. 1320d-6 if I knowingly and in violation of HIPAA obtain individually identifiable health information relating to an individual or disclose individually identifiable health information to another person.

__Khouloud Pearson__
*PRINT NAME of person requesting the PHI*

▼/s/  _Khouloud E. Pearson_                    Date __3/20/2025__
*Signature of the person requesting the PHI*

*If you have signed as a representative of the person requesting PHI, provide a description of your authority to act for that person.*

_____

*This attestation document may be provided in electronic format, and electronically signed by the person requesting protected heal information when the electronic signature is valid under applicable Federal and state law.*

D1724.03
35108

982(a) (15.5)

**ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):**

Manning Kass
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
TELEPHONE NO.: 213-624-6900          FAX NO.: 213-624-6999
ATTORNEY FOR (Name): **Defendant: City of Hemet; Officer**

| | |
|---|---|
| NAME OF COURT   **United States District Court** | |
| STREET ADDRESS | |
| MAILING ADDRESS | |
| CITY AND ZIP CODE   -CA | |
| BRANCH NAME | |

| | | CASE NUMBER |
|---|---|---|
| PLAINTIFF/PETITIONER | Henry Michael Barnhill<br>City of Hemet; Officer | |
| DEFENDENT/RESPONDENT | | **5:23-CV-00589-SHK** |

| NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION<br>(Code Civ. Proce., ¤¤ 1985.3, 1985.6) | |
|---|---|

TO (name): **Henry Michael Barnhill c/o Law Offices of Grech and Packer 7095 Indiana Ave. # 200 Riverside CA 92506**

1.  PLEASE TAKE NOTICE THAT THE REQUESTING PARTY (name): DEFENDANT **City of Hemet; Officer** SEEKS YOUR
    RECORDS FOR EXAMINATION, by the parties to this action on (specify date):   **Mar 5, 2025**
    The records are described in the subpoena directed to witness (specify name and address of person or entity from who records are sought):

# Riverside University Health System Medical Center

7898 Mission Grove Pkwy South
Attn: Patient Accounts
Riverside CA 92508

A copy of the subpoena is attached

2.  IF YOU OBJECT to the production of these records, YOU MUST DO ONE OF THE FOLLOWING BEFORE THE DATE SPECIFIED
    IN ITEM a. OR b. BELOW:
    a   If you are a party to the above entitled action, you must file a motion pursuant to Code of Civil Procedure section 1987.1 to quash or
        modify the subpoena and provide notice of that motion to the witness and the deposition officer named in the subpoena at least five
        days before the date set for production of the records.
    b   If you are not a party to this action you must serve on the requesting party and on the witness, before the date set for production of the
        records, a written objection that states the specific grounds on which production of such records should be prohibited.  You may use the
        form below to object and state the grounds for your objection.  The objection should not be filed with the court.
        WARNING:  IF YOUR OBJECTION IS NOT RECEIVED BEFORE THE DATE SPECIFIED IN ITEM 1, YOUR
        RECORDS MAY BE PRODUCED AND MAY BE AVAILABLE TO ALL PARTIES

3.  YOU OR YOUR ATTORNEY MAY CONTACT THE UNDERSIGNED to determine whether an agreement can be reached in writing
    to cancel or limit the scope of the subpoena.  If no such agreement is reached, and if you are not otherwise represented by an attorney in
    this action, YOU SHOULD CONSULT AN ATTORNEY TO ADVISE YOU OF YOUR RIGHTS OF PRIVACY.

Date:  **February 5, 2025**

| ANDREA KOMBLAU, ESQ. | ▼ /s/   ANDREA KOMBLAU, ESQ. |
|---|---|
| TYPE OR PRINT NAME | SIGNATURE OF   ☐ REQUESTING PARTY ☐ ATTORNEY |

---

## OBJECTION BY NON-PARTY TO PRODUCTION OF RECORDS

1.      I object to the production of all my records specified in the subpoena.

2.      I object only to the production of the following records:

3.      The specific grounds for my objection are as follows:

| ▼ | |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE) |

---

Form Adopted for Mandatory Use
Judicial Council of California
982 (a) (15.5) {Rev. January 1, 2000}

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**
(Code Civ. Proce., ¤¤ 1985.3, 1985.6

Code of Civil Procedure
¤¤ 1985.3, 1985.6 2020

| PLAINTIFF/PETITIONER  Henry Michael Barnhill<br>City of Hemet; Officer<br>DEFENDANT/RESPONDENT | 5:23-CV-00589-SHK |
|---|---|

## PROOF OF SERVICE OF NOTICE TO CONSUMER OR EMPLOYEE OBJECTION
### (Code Civ. Proc., §§ 1985.3, 1985.6), ¤¤ 1985.3, 1985.6

Personal Service ☐          Mail ☒XX

1.     At the time of service I was at least 18 years of age and **not a party to this legal action.**

2.     I served a copy of the *Notice to Consumer or Employee and Objection as follows (check either a or b):*

   a:   ☐    **Personal Service.** I personally delivered the *Notice to Consumer or Employee and Objection as follows*
          (1) Name of person served:                        (3) Date Served:
          (2) Address where served:                         (4) Time Served:

   b:   ☒XX   **Mail.** I deposited the *Notice to Consumer or Employee and Objection* in the United States mail, in a sealed envelope
          with postage fully prepaid. The envelope was addressed as follows:
          (1) Name of person served:  **Law Offices of Grech and Packer**      (3) Date of mailing:  February 5, 2025
          (2) Address where served    **7095 Indiana Ave. # 200**              (4) Place or mailing (city and state)
                                      **Riverside CA 92506**                    Los Angeles, CA  90065

          (5) I am a resident employed in the country where the *Notice to Consumer or Employee and Objections* was mailed.

   c:   My residence or business address *(specify)*: **3233 N. San Fernando Road, #1  Los Angeles CA 90065**
   d:   My phone number is *(specify)* **(323) 255-4252   FAX (323) 255-4352**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 2/5/2025

**Tina Krauss**                                    ▼ /s/
(TYPE OR PRINT NAME OF PERSON WHO SERVED)          (SIGNATURE OF PERSON WHO SERVED)

## PROOF OF SERVICE OF OBJECTION TO PRODUCTION OF RECORDS
### (Code Civ. Proc., §§ 1985.3, 1985.6)

Personal Service ☐          Mail ☐

1.     At the time of service I was at least 18 years of age and **not a party to this legal action.**

2.     I served a copy of the *Objection to Production of Records as follows (complete either a or b):*

   a:  **ON THE REQUESTING PARTY**
      (1) ☐   **Personal Service.** I personally delivered the *Objection to Production of Records* as follows:
              (1) Name of person served:                   (3) Date Served:
              (2) Address where served:                    (4) Time Served:

      (2) ☐   **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope
              with postage fully prepaid. The envelope was addressed as follows:
              (1) Name of person served:                   (3) Date of mailing:
              (2) Address where served:                    (4) Place or mailing (city and state):

          (5) I am a resident employed in the country where the *Objection to Production of Records* was mailed:

   b:  **ON THE WITNESS**
      (1) ☐   **Personal Service.** I personally delivered the *Objection to Production of Records* as follows:
              (1) Name of person served:                   (3) Date Served:
              (2) Address where served:                    (4) Time Served:

      (2) ☐   **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope
              with postage fully prepaid. The envelope was addressed as follows:
              (1) Name of person served:                   (3) Date of mailing:
              (2) Address where served:                    (4) Place or mailing (city and state):

          (5) I am a resident employed in the country where the *Objection to Production of Records* was mailed:

3.     My residence or business address *(specify)*:
4.     My phone number is *(specify)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

                                                   ▼
(TYPE OR PRINT NAME OF PERSON WHO SERVED)          (SIGNATURE OF PERSON WHO SERVED)

Page 2 of 2

### NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION
### (Code Civ. Proc., §§ 1985.3, 1985.6)

**HARD COPY, LA Litigation Services Co.**
3233 N. San Fernando Road, #1 Los Angeles, CA 90065
323-255-4252 * Fax 323-255-4352
County of Los Angeles Registration #X-403

## DECLARATION OF CUSTODIAN OF RECORDS

**Regarding:** Henry Michael Barnhill    5OOO23O8598

**SSN:**                        **DOB:** 6/9/1978                        **Our File#:** D1724.03

**LOCATION:** Riverside University Health System Medical Center

I, the undersigned, being the duly authorized Custodian of Records and having authority to certify the records, declare the following:

☑ **CERTIFICATION OF RECORDS:** (Check all that apply)

Including this declaration, all documents, records and other things called for in the Subpena or Authorization which are in my custody have been photocopied/scanned at my office, in my presence, under my direction and control; and the copy submitted with this declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above-named business, in the ordinary course of business, at or near the time of the acts conditions, or events recorded.

☐ MEDICAL          ☐ XRAYS ON FILM / CD          ☑ BILLING

☐ EMPLOYMENT       ☐ OTHER: _____

Certain records were omitted because:

☐ RECORDS ARE LOST / DESTROYED          ☐ NO RECORDS EXIST FOR DATES REQUESTED

☐ OTHER: _____

☐ **CERTIFICATION OF NO:** (Check all that apply)

A thorough search of the records of the business revealed no records described in the attached subpoena or authorization. This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

☐ RECORDS          ☐ XRAYS          ☐ BILLING

**As Custodian**, I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on  4/7/25                          at  Riverside                    , California

Print Name  Nydia Manjard̶           Signed  _____

DO NOT WRITE BELOW THIS LINE - FOR HARD COPY USE ONLY

**CERTIFICATION OF PROFESSIONAL PHOTOCOPIER**

I, the undersigned, declare: The attached copy of records was transmitted or distributed to the authorized persons or entities. I declare under penalty of perjury and under the laws of California that the foregoing is true and correct.

Executed on  4/17/25                          at  L A

Print Name  Jynn Thia                 Signature _____

419



**Riverside University HEALTH SYSTEM**

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

| ACCOUNT NO. | 50002310316 |
|---|---|
| ADMIT DATE | 05/03/22 |
| DISCH DATE | 05/03/22 |

Guarantor ID:            104899992
Guarantor Information:   Henry Michael Barnhill
                         354 GARDENIA
                         HEMET, CA 92543

Patient Name:            Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

**Charges**

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 05/03/22 | 0510 | 99213 | HC ESTAB OP VISIT LOW TO MOD | 1 | 302.50 |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 05/15/22 | Riverside County Regional Medical Center Contractual Write-Off | -302.50 |

Current Hospital Account Balance:    0.00

420



# Riverside University
## HEALTH SYSTEM

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

ACCOUNT NO.    50002308598
ADMIT DATE    04/29/22
DISCH DATE    04/29/22

Guarantor ID:            104899992
Guarantor Information:    Henry Michael Barnhill
                         354 GARDENIA
                         HEMET, CA 92543

Patient Name:            Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

## Charges

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 04/29/22 | 0250 | | LIDOCAINE-EPINEPHRINE 1 %-1:100,000 SOLN | 1 | 34.94 |
| 04/29/22 | 0250 | J7050 | SODIUM CHLORIDE PER 500 ML | 1 | 96.18 |
| 04/29/22 | 0450 | 96374 | HC IV PUSH SINGLE OR INIT DRUG | 1 | 748.11 |
| 04/29/22 | 0450 | 96375 | HC IV PUSH EA ADDL SEQ NEW DRUG | 1 | 145.06 |
| 04/29/22 | 0450 | 99282 | HC ED EVAL MGMT LOW TO MOD | 1 | 922.20 |
| 04/29/22 | 0636 | J0295 | AMPICILLIN-SULBACTAM PER 1.5 G | 2 | 74.52 |
| 04/29/22 | 0636 | J2270 | MORPHINE SULFATE PER 10 MG | 1 | 51.12 |
| | | | **Total Charges** | | **2,072.13** |

## Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 05/06/22 | Riverside County Regional Medical Center Contractual Write-Off | -1,968.79 |
| 05/07/22 | Riverside County Regional Medical Center Contractual Write-Off | -103.34 |
| | **Total Insurance Payments and Adjustments** | **-2,072.13** |

Current Hospital Account Balance:    0.00

421



# Riverside University
## HEALTH SYSTEM

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

ACCOUNT NO.   50002310646
ADMIT DATE   05/05/22
DISCH DATE   05/05/22

Guarantor ID:   104899992
Guarantor Information:   Henry Michael Barnhill
354 GARDENIA
HEMET, CA 92543

Patient Name:   Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

## Charges

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 05/05/22 | 0259 | | PROPARACAINE 0.5 % DROP 15 ML DROP BTL | 1 | 198.72 |
| 05/05/22 | 0259 | | TROPICAMIDE 1 % DROP 15 ML DROP BTL | 1 | 37.71 |
| 05/05/22 | 0259 | J3490 | PHENYLEPHRINE 2.5 % DROP 2 ML DROP BTL | 1 | 175.66 |
| 05/05/22 | 0510 | 92014 | HC EST PAT EYE EXAM & TREAT COMPR | 1 | 192.06 |
| | | | **Total Charges** | | **604.15** |

## Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 05/20/22 | Riverside County Regional Medical Center Contractual Write-Off | -565.72 |
| 05/21/22 | Riverside County Regional Medical Center Contractual Write-Off | -38.43 |
| | **Total Insurance Payments and Adjustments** | **-604.15** |

Current Hospital Account Balance:   0.00



# Riverside University
# HEALTH SYSTEM

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

ACCOUNT NO.     50002310853
ADMIT DATE      05/02/22
DISCH DATE      05/02/22

Guarantor ID:            104899992
Guarantor Information:   Henry Michael Barnhill
                         354 GARDENIA
                         HEMET, CA 92543

Patient Name:            Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

**Charges**

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 05/02/22 | 0450 | 99283 | HC ED EVAL & MGMT MODERATE | 1 | 1,631.50 |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 05/10/22 | Riverside County Regional Medical Center Contractual Write-Off | -1,586.90 |
| 05/11/22 | Riverside County Regional Medical Center Contractual Write-Off | -44.60 |
| | **Total Insurance Payments and Adjustments** | **-1,631.50** |

Current Hospital Account Balance:    0.00

423



**Riverside University HEALTH SYSTEM**

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

| ACCOUNT NO. | 50002320033 |
|---|---|
| ADMIT DATE | 05/17/22 |
| DISCH DATE | 05/17/22 |

Guarantor ID:          104899992
Guarantor Information:  Henry Michael Barnhill
                        354 GARDENIA
                        HEMET, CA 92543

Patient Name:          Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

**Charges**

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 05/17/22 | 0510 | 99024 | HC POST OP FOLLOW UP VISIT | 1 | 445.50 |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 08/07/22 | Riverside County Regional Medical Center Contractual Write-Off | -445.50 |

Current Hospital Account Balance:    0.00

424



**Riverside University**
**HEALTH SYSTEM**

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

| | |
|---|---|
| ACCOUNT NO. | 50002484024 |
| ADMIT DATE | 10/31/22 |
| DISCH DATE | 10/31/22 |

Guarantor ID:          104899992
Guarantor Information:  Henry Michael Barnhill
                        354 GARDENIA
                        HEMET, CA 92543

Patient Name:          Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

**Charges**

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/31/22 | 0510 | 99213 | HC ESTAB OP VISIT LOW TO MOD | 1 | 302.50 |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 11/17/22 | Riverside County Regional Medical Center Contractual Write-Off | -268.40 |
| 11/18/22 | Riverside County Regional Medical Center Contractual Write-Off | -34.10 |
| | **Total Insurance Payments and Adjustments** | **-302.50** |

Current Hospital Account Balance:    0.00

425



# Riverside University HEALTH SYSTEM

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

| ACCOUNT NO. | 50002312237 |
|---|---|
| ADMIT DATE | 05/09/22 |
| DISCH DATE | 05/09/22 |

Guarantor ID:           104899992
Guarantor Information:  Henry Michael Barnhill
                        354 GARDENIA
                        HEMET, CA 92543

Patient Name:           Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

## Charges

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 05/09/22 | 0250 | | LIDOCAINE-EPINEPHRINE 1 %-1:100,000 SOLN | 1 | 21.17 |
| 05/09/22 | 0250 | | SEVOFLURANE LIQD | 1 | 54.49 |
| 05/09/22 | 0258 | J7050 | SODIUM CHLORIDE PER 250 ML | 4 | 90.29 |
| 05/09/22 | 0258 | J7120 | LACATED RINGERS PER 1000 ML | 1 | 90.29 |
| 05/09/22 | 0258 | J7120 | LACATED RINGERS PER 1000 ML | 1 | 90.29 |
| 05/09/22 | 0259 | | BALANCED SALT SOLUTION PLUS SOLN 500 ML BAG | 1 | 355.25 |
| 05/09/22 | 0259 | | NEOMYCIN-POLYMYXIN-DEXAMETHASONE 3.5 MG/G-10,000 UNIT/G-0.1 % OINT 3.5 G TUBE | 1 | 90.10 |
| 05/09/22 | 0259 | | OCULAR LUBRICANT OINT 3.5 G TUBE | 1 | 47.07 |
| 05/09/22 | 0259 | | OXYCODONE 5 MG TAB | 1 | 9.30 |
| 05/09/22 | 0259 | | OXYMETAZOLINE 0.05 % SPRY 15 ML SQUEEZ BTL | 1 | 33.91 |
| 05/09/22 | 0271 | A4606 | RUH SENSOR, ADULT, LNCS-ADTX, SPO2, #1859 | 1 | 46.21 |
| 05/09/22 | 0271 | A4616 | RUH SET,BR,472038,ANESTHESIA,EXTENSION LUER LOCK | 1 | 26.24 |
| 05/09/22 | 0272 | | RUH DRILBT,S,ORTH,315.28,THREE-FLUTED,QC,2.7X125MM | 1 | 305.25 |
| 05/09/22 | 0272 | | RUH DRILLBIT,S,310.25,QUICK,COUPLING,2.5X110MM | 1 | 224.75 |
| 05/09/22 | 0272 | | RUH DRLBT,S,ORT,310.21,QC,2.0X125 | 1 | 261.90 |
| 05/09/22 | 0272 | | RUH DRLBT,S,ORT,310.288,QC,2.8X165MM | 1 | 261.90 |
| 05/09/22 | 0272 | A4217 | RUH WATER, STERILE ,F/IRRIGATION, USP, 1000ML, #2F7114 | 1 | 25.03 |
| 05/09/22 | 0272 | A4246 | RUH BETADINE 5 % PREP SOLUTION, 30ML | 2 | 93.22 |
| 05/09/22 | 0272 | A4301 | HC CATHETER IV PROTECT 20GAX1IN | 1 | 41.64 |
| 05/09/22 | 0272 | A4301 | RUH CATHETER, IV,INTROCAN,SAFETY,20G X1 | 2 | 395.22 |
| 05/09/22 | 0272 | A4306 | HC IV START KIT WITH CLAVE | 1 | 89.99 |
| 05/09/22 | 0272 | A4550 | RUH PACK HEAD AND NECK | 1 | 220.95 |
| 05/09/22 | 0272 | A4649 | RUH ELECTRODE,VL,E1455B,PTFE,BLADE,W/STFY-SLV,6.9CM | 1 | 44.79 |
| 05/09/22 | 0272 | A4649 | RUH SUT,E,1915G,5-0,PLAIN,CUT,PC-1 | 1 | 44.79 |

426

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 05/09/22 | 0272 | A4649 | RUH TUBE,FRAZIER,CTRL VENT,8 FR | 1 | 10.06 |
| 05/09/22 | 0272 | A4750 | RUH DRAIN,FLAT,SILICONE,7MM X 20CM,FULL PERF | 1 | 26.54 |
| 05/09/22 | 0278 | C1713 | RUH IMPL,JJ,04.503.223.05,TI MATRIX/MIDFACE,SCW SELF DRILL,3MM | 2 | 5,944.00 |
| 05/09/22 | 0278 | C1776 | RUH IMPL,JJ,04.503.301,ORBITAL FLOOR PLATE,SMALL,0.3MM | 1 | 8,668.00 |
| 05/09/22 | 0360 | | HC SURGERY LEVEL IV 1ST ADDL 30 M | 1 | 5,615.50 |
| 05/09/22 | 0360 | | HC SURGERY LEVEL IV 1ST HR | 1 | 11,229.66 |
| 05/09/22 | 0360 | G0463 | HC TREATMENT ROOM | 1 | 322.34 |
| 05/09/22 | 0370 | | HC ANESTHESIA LEVEL III 1ST 15MIN | 1 | 2,590.74 |
| 05/09/22 | 0370 | | HC ANESTHESIA LEVEL III ADD'L 15MIN | 7 | 2,470.86 |
| 05/09/22 | 0636 | C9399 | SUGAMMADEX 100 MG/ML SOLN | 1 | 623.56 |
| 05/09/22 | 0636 | J0131 | ACETAMINOPHEN PER 10 MG | 100 | 175.66 |
| 05/09/22 | 0636 | J1100 | DEXAMETHASONE PER 1 MG | 12 | 62.82 |
| 05/09/22 | 0636 | J1170 | HYDROMORPHONE PER 1 MG | 1 | 29.08 |
| 05/09/22 | 0636 | J1170 | HYDROMORPHONE UP TO 4 MG | 1 | 61.75 |
| 05/09/22 | 0636 | J2250 | MIDAZOLAM PER 1 MG | 2 | 42.81 |
| 05/09/22 | 0636 | J2405 | ONDANSETRON PER 1 MG | 4 | 22.49 |
| 05/09/22 | 0636 | J2704 | PROPOFOL PER 10 MG | 20 | 43.42 |
| 05/09/22 | 0636 | J2765 | METOCLOPRAMIDE PER 10 MG | 1 | 25.34 |
| 05/09/22 | 0636 | J3010 | FENTANYL CITRATE PER 0.1 MG | 1 | 48.21 |
| 05/09/22 | 0636 | J3490 | DEXMEDETOMIDINE 100 MCG/ML SOLN 2 ML VIAL | 1 | 252.67 |
| 05/09/22 | 0636 | J3490 | ROCURONIUM 10 MG/ML SOLN | 1 | 102.59 |
| 05/09/22 | 0710 | | HC RECOVERY LEVEL III EA ADDL 30 | 1 | 542.61 |
| 05/09/22 | 0710 | | HC RECOVERY LEVEL III FIRST HOUR | 1 | 1,085.23 |
| | | | **Total Charges** | | **42,959.98** |

## Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 05/15/22 | Riverside County Regional Medical Center Contractual Write-Off | -42,959.98 |

Current Hospital Account Balance:    0.00



# Riverside University
## HEALTH SYSTEM

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

ACCOUNT NO.     50002726865
ADMIT DATE      04/21/23
DISCH DATE      04/21/23

Guarantor ID:            104899992
Guarantor Information:   Henry Michael Barnhill
                         354 GARDENIA
                         HEMET, CA 92543

Patient Name:            Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

**Charges**

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 04/21/23 | 0510 | 99213 | HC ESTAB OP VISIT LOW TO MOD | 1 | 347.88 |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 04/27/23 | Riverside County Regional Medical Center Contractual Write-Off | -313.78 |
| 04/28/23 | Riverside County Regional Medical Center Contractual Write-Off | -34.10 |
| | **Total Insurance Payments and Adjustments** | **-347.88** |

Current Hospital Account Balance:    0.00

428



**Riverside University HEALTH SYSTEM**

26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

| | |
|---|---|
| ACCOUNT NO. | 50002543041 |
| ADMIT DATE | 12/16/22 |
| DISCH DATE | 12/16/22 |

Guarantor ID:              104899992
Guarantor Information:     Henry Michael Barnhill
                           354 GARDENIA
                           HEMET, CA 92543

Patient Name:              Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

**Charges**

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 12/16/22 | 0510 | 99213 | HC ESTAB OP VISIT LOW TO MOD | 1 | 302.50 |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 12/22/22 | Riverside County Regional Medical Center Contractual Write-Off | -268.40 |
| 12/23/22 | Riverside County Regional Medical Center Contractual Write-Off | -34.10 |
| | **Total Insurance Payments and Adjustments** | **-302.50** |

Current Hospital Account Balance:    0.00

429



26520 Cactus Ave
Moreno Valley, CA 92555
PHONE 951-486-5360

| ACCOUNT NO. | 50002867744 |
| --- | --- |
| ADMIT DATE | 09/08/23 |
| DISCH DATE | 09/08/23 |

Guarantor ID:            104899992
Guarantor Information:   Henry Michael Barnhill
                         354 GARDENIA
                         HEMET, CA 92543

Patient Name:            Barnhill,Henry Michael

Visit Coverages:
Riverside County Regional Medical Center - County of Riverside Detention Health Services

**Charges**

| Date of Service | Rev Code | CPT®/HCPCS Code | Description | Qty | Amount |
| --- | --- | --- | --- | --- | --- |
| 09/08/23 | 0510 | 99213 | HC ESTAB OP VISIT LOW TO MOD | 1 | 347.88 |

**Payments and Adjustments**

| Date | Description | Amount |
| --- | --- | --- |
| 09/14/23 | Riverside County Regional Medical Center Contractual Write-Off | -313.78 |
| 09/15/23 | Riverside County Regional Medical Center Contractual Write-Off | -34.10 |
| | **Total Insurance Payments and Adjustments** | **-347.88** |

Current Hospital Account Balance:    0.00

430

**Riverside University Health System**

**26520 Cactus Avenue**

**Moreno Valley, CA 92555**

DETENTION HEALTH SERVICES,               **Statement Date**        4/7/2025
ATTN: KERMIT SIMMS
4000 ORANGE ST 7TH FLOOR
RIVERSIDE, CA  92501

# GUARANTOR STATEMENT

| Service Date | Description | Charges | Payment & Adjustments | Balance |
|---|---|---|---|---|
| **Account #: 000067145599** | **BARNHILL, HENRY** | | | |
| 12/7/2014 | TOTAL CHARGES | $0.00 | | |
| | **Patient Balance Due** | | | **$0.00** |
| **Account #: 000068336320** | **BARNHILL, HENRY** | | | |
| 12/30/2014 | TOTAL CHARGES | $612.00 | | |
| 5/8/2015 | DETENTION HEALTH SERVICES ADJ | | -$511.00 | |
| 12/9/2015 | DETENTION HEALTH SERVICES ADJ | | -$101.00 | |
| 12/9/2015 | SWEEP/TRANSFER INS1 TO PT | | $101.00 | |
| 12/9/2015 | SWEEP/TRANSFER INS1 TO PT | | -$101.00 | |
| | **Patient Balance Due** | | | **$0.00** |
| **Account #: 000068521079** | **BARNHILL, HENRY** | | | |
| 1/21/2015 | TOTAL CHARGES | $340.00 | | |
| 5/8/2015 | DETENTION HEALTH SERVICES ADJ | | -$340.00 | |
| | **Patient Balance Due** | | | **$0.00** |
| **Account #: 000069112084** | **BARNHILL, HENRY** | | | |
| 3/26/2015 | TOTAL CHARGES | $340.00 | | |
| 5/8/2015 | DETENTION HEALTH SERVICES ADJ | | -$340.00 | |
| | **Patient Balance Due** | | | **$0.00** |
| **Account #: 000069682797** | **BARNHILL, HENRY** | | | |
| 5/27/2015 | TOTAL CHARGES | $611.00 | | |

431

**Riverside University Health System**

**26520 Cactus Avenue**

**Moreno Valley, CA 92555**

DETENTION HEALTH SERVICES,                    **Statement Date**        4/7/2025
ATTN: KERMIT SIMMS
4000 ORANGE ST 7TH FLOOR
RIVERSIDE, CA  92501

## GUARANTOR STATEMENT

| Service Date | Description | Charges | Payment & Adjustments | Balance |
|---|---|---|---|---|
| Account #: 000069682797 | BARNHILL, HENRY | | | |
| 12/23/2015 | DETENTION HEALTH SERVICES ADJ | | -$611.00 | |
| | **Patient Balance Due** | | | **$0.00** |
| Account #: 000069813335 | BARNHILL, HENRY | | | |
| 7/28/2015 | TOTAL CHARGES | $1,176.00 | | |
| 11/12/2015 | DETENTION HEALTH SERVICES ADJ | | -$1,176.00 | |
| | **Patient Balance Due** | | | **$0.00** |
| Account #: 000069813376 | BARNHILL, HENRY | | | |
| 6/22/2015 | TOTAL CHARGES | $1,917.00 | | |
| 10/7/2015 | DETENTION HEALTH SERVICES ADJ | | -$1,917.00 | |
| | **Patient Balance Due** | | | **$0.00** |
| Account #: 000070908298 | BARNHILL, HENRY | | | |
| 10/5/2015 | TOTAL CHARGES | $1,009.00 | | |
| 12/10/2015 | DETENTION HEALTH SERVICES ADJ | | -$1,009.00 | |
| | **Patient Balance Due** | | | **$0.00** |

**TOTAL AMOUNT DUE:**        **$0.00**

**Riverside University Health System**

**26520 Cactus Avenue**

**Moreno Valley, CA 92555**

BARNHILL, HENRY
ATTN: KERMIT SIMMS
4000 ORANGE ST 7TH FLOOR
RIVERSIDE, CA 92501

# ITEMIZED STATEMENT

| Transaction Code | Proc Code | Revenue Code | Description | Transaction Date | Quantity | Amount | Physician Name | Physician Number | Admit Date | Discharge Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account #: 000067145599** | | | | | | | | | | |
| 50589902 | | 0000 | WALK AWAY - GEN MED | 8/13/2014 | 1 | $0.00 | | | 8/13/2014 | 12/7/2014 |
| 50590009 | | 0000 | MEDICINE CLINIC ENCOUNTER | 8/13/2014 | 1 | $0.00 | | | 8/13/2014 | 12/7/2014 |
| 29500006 | | 0000 | HOSPITAL NO CHARGE | 12/3/2014 | 1 | $0.00 | | | 8/13/2014 | 12/7/2014 |
| 29500006 | | 0000 | HOSPITAL NO CHARGE | 12/5/2014 | 1 | $0.00 | | | 8/13/2014 | 12/7/2014 |
| 29500006 | | 0000 | HOSPITAL NO CHARGE | 12/6/2014 | 1 | $0.00 | | | 8/13/2014 | 12/7/2014 |
| 29500006 | | 0000 | HOSPITAL NO CHARGE | 12/7/2014 | 1 | $0.00 | | | 8/13/2014 | 12/7/2014 |
| | | | | **Account Total** | | **$0.00** | | | | |
| **Account #: 000068336320** | | | | | | | | | | |
| 44450252 | | 0000 | AUTO HEMOGRAM PLATE DIFF (CBC) | 12/30/2014 | 1 | $86.00 | | | 12/30/2014 | 12/30/2014 |
| 44980092 | | 0000 | COMP METABOLIC PANEL | 12/30/2014 | 1 | $425.00 | | | 12/30/2014 | 12/30/2014 |
| 45060308 | | 0000 | CBC COMP MET PANEL SET | 12/30/2014 | 1 | $0.00 | | | 12/30/2014 | 12/30/2014 |

Created on 4/7/2025

Page 1 of 5

433

Riverside University Health System
26520 Cactus Avenue

Moreno Valley, CA 92555

BARNHILL, HENRY
ATTN: KERMIT SIMMS
4000 ORANGE ST 7TH FLOOR
RIVERSIDE, CA 92501

# ITEMIZED STATEMENT

| Transaction Code | Proc Code | Revenue Code | Description | Transaction Date | Quantity | Amount | Physician Name | Physician Number | Admit Date | Discharge Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account #: 000068336320** | | | | | | | | | | |
| 50500230 | | 0000 | EST OUTPATIENT VISIT LEVEL II | 12/30/2014 | 1 | $101.00 | | | 12/30/2014 | 12/30/2014 |
| 50590009 | | 0000 | MEDICINE CLINIC ENCOUNTER | 12/30/2014 | 1 | $0.00 | | | 12/30/2014 | 12/30/2014 |
| | | | | Account Total | | **$612.00** | | | | |
| **Account #: 000068521079** | | | | | | | | | | |
| 46730164 | 76770 | 0402 | RETROPERITONEAL COMPLETE | 1/21/2015 | 1 | $340.00 | | | 1/21/2015 | 1/21/2015 |
| | | | | Account Total | | **$340.00** | | | | |
| **Account #: 000069112084** | | | | | | | | | | |
| 46730164 | 76770 | 0402 | RETROPERITONEAL COMPLETE | 3/26/2015 | 1 | $340.00 | | | 3/26/2015 | 3/26/2015 |
| | | | | Account Total | | **$340.00** | | | | |

**Riverside University Health System**

**26520 Cactus Avenue**

**Moreno Valley, CA 92555**

BARNHILL, HENRY
ATTN: KERMIT SIMMS
4000 ORANGE ST 7TH FLOOR
RIVERSIDE, CA 92501

## ITEMIZED STATEMENT

| Transaction Code | Proc Code | Revenue Code | Description | Transaction Date | Quantity | Amount | Physician Name | Physician Number | Admit Date | Discharge Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account #: 000069682797** | | | | | | | | | | |
| 46317004 | | 0000 | SPINE LUMBOSACRAL 2 OR 3 VIEWS | 5/27/2015 | 1 | $611.00 | | | 5/27/2015 | 5/27/2015 |
| | | | | **Account Total** | | **$611.00** | | | | |
| **Account #: 000069813335** | | | | | | | | | | |
| 44410033 | | 0000 | URINALYSIS DIPSTICK AUTOMATED | 7/28/2015 | 1 | $48.00 | | | 7/28/2015 | 7/28/2015 |
| 44420446 | | 0000 | URINE MICROALBUMIN | 7/28/2015 | 1 | $99.00 | | | 7/28/2015 | 7/28/2015 |
| 44930097 | | 0000 | NA+ URINE RANDOM | 7/28/2015 | 1 | $171.00 | | | 7/28/2015 | 7/28/2015 |
| 44930139 | | 0000 | TOTAL PROTEIN URINE RANDOM | 7/28/2015 | 1 | $94.00 | | | 7/28/2015 | 7/28/2015 |
| 44980043 | | 0000 | BASIC METABOLIC PANEL | 7/28/2015 | 1 | $408.00 | | | 7/28/2015 | 7/28/2015 |
| 44982577 | | 0000 | CREATININE URINE RANDOM | 7/28/2015 | 1 | $147.00 | | | 7/28/2015 | 7/28/2015 |
| 51500130 | | 0000 | EST OUTPATIENT VISIT LEVEL III | 7/28/2015 | 1 | $209.00 | | | 7/28/2015 | 7/28/2015 |

**Riverside University Health System**

**26520 Cactus Avenue**

**Moreno Valley, CA 92555**

BARNHILL, HENRY
ATTN: KERMIT SIMMS
4000 ORANGE ST 7TH FLOOR
RIVERSIDE, CA 92501

## ITEMIZED STATEMENT

| Transaction Code | Proc Code | Revenue Code | Description | Transaction Date | Quantity | Amount | Physician Name | Physician Number | Admit Date | Discharge Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account #: 00006981333S** | | | | | | | | | | |
| 51590008 | | 0000 | MEDICAL-RENAL VISIT | 7/28/2015 | 1 | $0.00 | | | 7/28/2015 | 7/28/2015 |
| | | | | **Account Total** | | **$1,176.00** | | | | |
| **Account #: 000069813376** | | | | | | | | | | |
| 45623063 | | 0000 | ECHO COMPLETE 2-D | 6/22/2015 | 1 | $1,182.00 | | | 6/22/2015 | 6/22/2015 |
| 45623618 | | 0000 | ELECTRODES | 6/22/2015 | 1 | $32.00 | | | 6/22/2015 | 6/22/2015 |
| 45623618 | | 0000 | ELECTRODES | 6/22/2015 | 1 | $32.00 | | | 6/22/2015 | 6/22/2015 |
| 45690005 | | 0000 | DIAGNOSTIC VISIT - ECHOCARDIO | 6/22/2015 | 1 | $0.00 | | | 6/22/2015 | 6/22/2015 |
| 45720059 | | 0000 | EKG 12 LEAD TRACING ONLY | 6/22/2015 | 1 | $204.00 | | | 6/22/2015 | 6/22/2015 |
| 45790003 | | 0000 | DIAGNOSTIC EKG ENCOUNTER | 6/22/2015 | 1 | $0.00 | | | 6/22/2015 | 6/22/2015 |
| 50600063 | | 0000 | NEW PATIENT OFFICE SVC-INTERME | 6/22/2015 | 1 | $467.00 | | | 6/22/2015 | 6/22/2015 |

Created on 4/7/2025

436

**Riverside University Health System**

**26520 Cactus Avenue**

**Moreno Valley, CA 92555**

BARNHILL, HENRY
ATTN: KERMIT SIMMS
4000 ORANGE ST 7TH FLOOR
RIVERSIDE, CA 92501

## ITEMIZED STATEMENT

### Account #: 00006981376

| Transaction Code | Proc Code | Revenue Code | Description | Transaction Date | Quantity | Amount | Physician Name | Physician Number | Admit Date | Discharge Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 50690007 | | 0000 | MEDICAL-CARDIAC VISIT | 6/22/2015 | 1 | $0.00 | | | 6/22/2015 | 6/22/2015 |
| | | | | | Account Total | $1,917.00 | | | | |

### Account #: 00007090298

| Transaction Code | Proc Code | Revenue Code | Description | Transaction Date | Quantity | Amount | Physician Name | Physician Number | Admit Date | Discharge Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 46317012 | 72110 | 0320 | SPINE LUMBOSACRAL MIN 4 VIEWS | 10/5/2015 | 1 | $1,009.00 | | | 10/5/2015 | 10/5/2015 |
| | | | | | Account Total | $1,009.00 | | | | |

| | |
|---|---|
| **Total Balances** | **$0.00** |
| **Total Charges** | **$6,005.00** |

437