# EXHIBIT S

Hemet Police Department

# Individual Training Activity

## Report Criteria

Tuesday, May 16, 2023                                *Criteria Page 1*

**Persons/Employees/Instructors Criteria**

1   Last Name Contains "klinzing"

## Hemet Police Department

## Individual Training Activity

05/16/2023   Page 1 of 7 pages

| Person: | **DOUGLAS KLINZING #A69-A59** |
|---|---|

**Personal**
- Agency: Hemet Police Department
- ID #: A69-A59

**Employment**

| Property | Value | From | Through |
|---|---|---|---|
| Active Status: | Inactive | 03/12/2007 | 05/31/2022 |
| Duty Status: | Full Duty | 03/12/2007 | 05/31/2022 |
| Time Status: | Full Time | 03/12/2007 | 05/31/2022 |
| Rank: | Corporal | 04/19/2021 | 05/31/2022 |
| Work Unit: | Patrol Bureau | 04/19/2021 | 05/31/2022 |
| Station: | Headquarters Station | 03/12/2007 | 05/31/2022 |
| Division: | | / / | 05/31/2022 |

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5485 | 11/30/2021 | USE OF FORCE (PSP) | *** None *** | ✓ | P | | 04:00 |
| - -5486 | 11/30/2021 | ARREST AND CONTROL TACTICS (PST) | *** None *** | ✓ | P | | 04:00 |
| - -5470 | 09/08/2021 | EVOC- Driving (PSP) | CA-POST 2330-29502-21 | ✓ | P | | 04:00 |
| - -5469 | 07/02/2021 | SUPERVISORY COURSE | *** None *** | ✓ | P | | 80:00 |
| - -5507 | 07/02/2021 | POST SUPERVISORY COURSE | *** None *** | ✓ | P | | 80:00 |
| - -5454 | 06/01/2021 | STRATEGIC COMMUNICATIONS | CA-POST 6230-29000-20284 | ✓ | P | | 02:00 |
| - -5449 | 05/17/2021 | FIREARMS (PSP) | CA-POST 6230-29501-20001 | ✓ | P | | 04:00 |
| - -5388 | 04/28/2021 | CRITICAL LEGAL ISSUES UPDATE FOR LAW ENFORCEMENT: USE OF FORCE AND MORE- VIRTUAL | *** None *** | ✓ | P | | 02:00 |

**Totals For Training Completed in: 2021**    Completed 8 of 8 Modules    180:00

**Scheduled Training In: 2020**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5317 | 10/27/2020 | FIRST AID / CPR / AED (WEB) and Instructor Led Skills Demostrations | CA-POST - -20 | ✓ | P | | 08:00 |
| - -5253 | 10/15/2020 | FEMA- IS 00100.c | *** None *** | ✓ | P | | 03:00 |
| - -5272 | 10/15/2020 | FEMA- IS 00700.b | *** None *** | ✓ | P | | 03:00 |
| - -5290 | 10/15/2020 | FEMA- IS 00200.c | *** None *** | ✓ | P | | 03:00 |
| - -5353 | 10/08/2020 | FORCE OPTION- SIMULATOR | CA-POST 6230-21065-20003 | ✓ | P | | 04:00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    HPD000376

## Hemet Police Department

# Individual Training Activity

05/16/2023   Page 2 of 7 pages

| Person: | **DOUGLAS KLINZING #A69-A59** | | | | (Continued) |
|---|---|---|---|---|---|

### Scheduled Training In: 2020 (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5468 | 09/15/2020 | D.O.J. LESS THAN FULL ACCESS OPERATOR | *** None *** | ✓ | P | | 02:00 |
| - -5224 | 07/30/2020 | HPD VEHICLE PURSUIT POLICY- ANNUAL REVIEW | *** None *** | ✓ | P | | 02:00 |

**Totals For Training Completed in: 2020**   Completed 7 of 7 Modules   25:00

### Scheduled Training In: 2019

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5128 | 12/04/2019 | TASER TRAINING | *** None *** | ✓ | P | | 05:00 |
| - -4987 | 04/02/2019 | TACTICAL COMMUNICATION | CA-POST -  -18 | ✓ | P | | 02:00 |
| - -5198 | 03/06/2019 | ARREST AND CONTROL/TACTICAL COMMUNICATIONS (PST) | CA-POST -  -18 | ✓ | P | | 06:00 |
| - -4984 | 01/25/2019 | EVOC UPDATE | CA-POST -  -18 | ✓ | P | | 08:00 |

**Totals For Training Completed in: 2019**   Completed 4 of 4 Modules   21:00

### Scheduled Training In: 2018

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4894 | 02/01/2018 | VEHICLE PURSUIT POLICY | *** None *** | ✓ | P | | 02:00 |

**Totals For Training Completed in: 2018**   Completed 1 of 1 Modules   02:00

### Scheduled Training In: 2017

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4839 | 10/20/2017 | BLOODSHED INTERPRETATION | CA-POST 1031-31620- | ✓ | P | | 40:00 |
| - -4776 | 05/08/2017 | CRISIS INTERVENTION TRAINING | CA-POST 6230-20763-16003 | ✓ | P | | 08:00 |
| - -4760 | 03/21/2017 | OUTLAW MOTORCYCLE GANGS | *** None *** | ✓ | P | | 08:00 |
| - -4763 | 03/08/2017 | MINORS IN DETENTION TRAINING | *** None *** | ✓ | P | | 00:30 |

**Totals For Training Completed in: 2017**   Completed 4 of 4 Modules   56:30

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   HPD000377

## Hemet Police Department

## Individual Training Activity

05/16/2023  Page 3 of 7 pages

| Person: | **DOUGLAS KLINZING #A69-A59** | (Continued) |

**Scheduled Training In: 2016**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4721 | 12/08/2016 | ACTIVE SHOOTER RESPONSE | *** None *** | ✓ | P | | 08:00 |
| - -4680 | 09/30/2016 | CHILD ABUSE/SEXUAL ASSAULT INVESTIGATION | CA-POST 2200-32320- | ✓ | P | | 40:00 |
| - -4662 | 02/17/2016 | SOCIAL MEDIA NETWORK INVESTIGATIONS | *** None *** | ✓ | P | | 08:00 |
| - -4643 | 01/15/2016 | INTERVIEW & INTERROGATION - ADVANCED | CA-POST 9590-31455-15004 | ✓ | P | | 40:00 |

| Totals For Training Completed in: 2016 | Completed 4 of 4 Modules | 96:00 |

**Scheduled Training In: 2015**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4638 | 12/11/2015 | HOMICIDE INVESTIGATION (ICI) | CA-POST 2540-31921-15002 | ✓ | P | | 80:00 |
| - -4608 | 07/21/2015 | ARREST AND CONTROL/TACTICAL COMMUNICATIONS (PST) | *** None *** | ✓ | P | | 08:00 |
| - -4606 | 07/01/2015 | CPR/FIRST AID REFRESHER COURSE | *** None *** | ✓ | P | | 08:00 |
| - -4603 | 04/30/2015 | TASER X26P TRANSITION COURSE | *** None *** | ✓ | P | | 02:00 |

| Totals For Training Completed in: 2015 | Completed 4 of 4 Modules | 98:00 |

**Scheduled Training In: 2014**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4521 | 09/25/2014 | ABUSE IN LATER LIFE | *** None *** | ✓ | P | | 04:00 |
| - -4510 | 09/19/2014 | HOMICIDE INVESTIGATIONS | CA-POST 2060-31920- | ✓ | P | | 40:00 |
| - -4506 | 09/12/2014 | INVESTIGATIVE INTERVIEW & INTERROGATION | CA-POST 9590-31445-140 | ✓ | P | | 40:00 |
| - -4500 | 08/29/2014 | CRIMINAL INVESTIGATION CORE COURSE (ICI) | CA-POST 9070-26000-14002 | ✓ | P | | 80:00 |
| - -4540 | 08/15/2014 | TASER RECERTIFICATION | *** None *** | ✓ | P | | 02:00 |
| - -4517 | 06/30/2014 | STRIP SEARCH TRAINING | *** None *** | ✓ | P | | 00:15 |
| - -4497 | 06/17/2014 | INTERACTING WITH THE MENTALLY ILL | *** None *** | ✓ | P | | 04:00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER            HPD000378

# Hemet Police Department

## Individual Training Activity

05/16/2023                             Page 4 of 7 pages

**Person:** DOUGLAS KLINZING #A69-A59 (Continued)

**Scheduled Training In: 2014** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4491 | 06/06/2014 | OFFICER INVOLVED SHOOTINGS-INVESTIGATION | CA-POST 4530-22450-13004 | ✓ | P | | 40:00 |
| - -4481 | 04/11/2014 | CHILD ABUSE/SEXUAL ASSAULT INVESTIGATION | CA-POST -   -13 | ✓ | P | | 12:00 |

**Totals For Training Completed in: 2014**    Completed 9 of 9 Modules    222:15

**Scheduled Training In: 2013**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4408 | 04/10/2013 | CAL-GANG TRAINING - QUERY ONLY | *** None *** | ✓ | P | | 08:00 |
| - -4397 | 03/27/2013 | COMMUNICATIONS/ARREST AND CONTROL (PST) | CA-POST 6230-29508-12002 | ✓ | P | | 08:00 |

**Totals For Training Completed in: 2013**    Completed 2 of 2 Modules    16:00

**Scheduled Training In: 2012**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4320 | 05/03/2012 | PUBLIC HOUSING FRAUD INVESTIGATIONS | *** None *** | ✓ | P | | 08:00 |
| - -4332 | 04/25/2012 | TASER RECERTIFICATION | *** None *** | ✓ | P | | 02:00 |
| - -4317 | 04/06/2012 | STREET DRUGS IDENTIFICATION & PACKAGING | *** None *** | ✓ | P | | 08:00 |
| - -4309 | 03/12/2012 | STANDARDIZED FIELD SOBRIETY TESTS | *** None *** | ✓ | P | | 04:00 |

**Totals For Training Completed in: 2012**    Completed 4 of 4 Modules    22:00

**Scheduled Training In: 2011**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4218 | 06/08/2011 | TACTICAL RESPONSE TO SCHOOL VIOLENCE | CA-POST 2200-22289- | ✓ | P | | 16:00 |
| - -4239 | 05/10/2011 | LERT-LAW ENFORCEMENT RESPONSE TO TERRORISM | CA-POST 9180-25556-10314 | ✓ | P | | 08:00 |
| - -4229 | 04/07/2011 | EXPLORING WORKSHOP | *** None *** | ✓ | P | | 06:00 |
| - -4213 | 02/15/2011 | TASER RECERTIFICATION | *** None *** | ✓ | P | | 02:00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER      HPD000379

## Hemet Police Department

## Individual Training Activity

05/16/2023                                                                                                              Page 5 of 7 pages

| Person: | DOUGLAS KLINZING #A69-A59 | | | | | (Continued) |

**Scheduled Training In: 2011** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4206 | 02/14/2011 | COMMUNICATIONS/ARREST AND CONTROL (PST) | CA-POST 6230-29508-10005 | ✓ | P | | 08:00 |
| - -4199 | 02/09/2011 | TARGET YOUR TEACHING | CA-POST - -10 | ✓ | P | | 04:00 |
| - -4198 | 02/09/2011 | SEARCH WARRANT FUNDAMENTALS | CA-POST 9180-25575-10224 | ✓ | P | | 03:00 |

| Totals For Training Completed in: 2011 | Completed 7 of 7 Modules | 47:00 |

**Scheduled Training In: 2010**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4169 | 11/05/2010 | GANGS: PC 186.22 FOR PATROL | CA-POST 9180-25579-10128 | ✓ | P | | 03:00 |
| - -4165 | 11/05/2010 | BEST PRACTICES OF GOOD TRAINING | CA-POST 9180-25557-10128 | ✓ | P | | 02:00 |
| - -4151 | 09/30/2010 | LAW ENFORCEMENT FIRST AID/CPR (WEB) | *** None *** | ✓ | P | | 12:00 |
| - -4144 | 09/15/2010 | OFFICER SAFETY: HOT OR NOT | CA-POST 9180-25560-10077 | ✓ | P | | 01:00 |
| - -4142 | 09/08/2010 | COMMUNICATION: KEEPING YOUR EDGE | CA-POST 9180-25554-10070 | ✓ | P | | 02:00 |
| - -4136 | 08/26/2010 | OFFICER SAFETY: MAKE THE RIGHT CHOICE | CA-POST 9180-25577-10057 | ✓ | P | | 02:00 |
| - -4042 | 02/18/2010 | GANG AWARENESS - ADVANCED | CA-POST 2330-21550- | ✓ | P | | 24:00 |
| - -4039 | 02/05/2010 | INTERNET UNDERCOVER INVESTIGATIONS | CA-POST 2200-30598- | ✓ | P | | 08:00 |

| Totals For Training Completed in: 2010 | Completed 8 of 8 Modules | 54:00 |

**Scheduled Training In: 2009**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4001 | 11/25/2009 | BICYCLE PATROL - BASIC | CA-POST 3140-23820- | ✓ | P | | 24:00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                               HPD000380

# Hemet Police Department

## Individual Training Activity

05/16/2023                                                                                                                   Page 6 of 7 pages

| Person: | DOUGLAS KLINZING #A69-A59 | | | | (Continued) |
|---|---|---|---|---|---|

**Scheduled Training In: 2009** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -3946 | 07/17/2009 | CRIMINAL INVESTIGATIONS - BASIC | CA-POST 2200-31410- | ✓ | P | | 40:00 |
| - -3930 | 05/13/2009 | HATE CRIMES INVESTIGATION | CA-POST 2330-23291-07001 | ✓ | P | | 24:00 |
| - -3927 | 04/01/2009 | TASER RECERTIFICATION | *** None *** | ✓ | P | | 01:00 |
| - -3907 | 03/12/2009 | ABC COMPLIANCE TRAINING | *** None *** | ✓ | P | | 08:00 |

Totals For Training Completed in: 2009       Completed 5 of 5 Modules                                                          97:00

**Scheduled Training In: 2008**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -3844 | 11/20/2008 | PAROLEE CONTACTS | CA-POST | ✓ | P | | 08:00 |
| - -3834 | 11/06/2008 | GANG SUMMIT | *** None *** | ✓ | P | | 32:00 |
| - -3855 | 10/25/2008 | COMMUNICATIONS/ARREST AND CONTROL (PST) | CA-POST 6230-29508-08006 | ✓ | P | | 08:00 |
| - -3826 | 09/26/2008 | NARCOTIC INVESTIGATIONS FOR OFFICERS | *** None *** | ✓ | P | | 08:00 |
| - -3785 | 05/09/2008 | TASER RECERTIFICATION | *** None *** | ✓ | P | | 02:00 |
| - -3779 | 05/01/2008 | PURSUIT POLICY TRAINING | *** None *** | ✓ | P | | 01:00 |
| - -3756 | 02/14/2008 | FIREARMS TRAINING - ADVANCED | *** None *** | ✓ | P | | 02:00 |
| - -3748 | 02/04/2008 | PATROL RIFLE COURSE | *** None *** | ✓ | P | | 08:00 |

Totals For Training Completed in: 2008       Completed 8 of 8 Modules                                                          69:00

**Scheduled Training In: 2007**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -3719 | 11/29/2007 | ACTIVE SHOOTERS/ENTRIES/ROOM CLEARING | *** None *** | ✓ | P | | 10:00 |
| - -3703 | 11/09/2007 | GANG SUMMIT | CA-POST 6860-20008-07001 | ✓ | P | | 36:00 |
| - -3694 | 10/16/2007 | DRIVING/FORCE OPTION SIMULATOR COMBO | CA-POST 2200-20005- | ✓ | P | | 08:00 |
| - -3677 | 08/23/2007 | JUVENILE DETENTION FACILITIES | *** None *** | ✓ | P | | 01:00 |
| - -3676 | 08/04/2007 | TASER TRAINING | *** None *** | ✓ | P | | 06:00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                    HPD000381

## Hemet Police Department

## Individual Training Activity

05/16/2023  Page 7 of 7 pages

| Person: | **DOUGLAS KLINZING #A69-A59** | | | | (Continued) |
|---|---|---|---|---|---|

| Scheduled Training In: | **2007** | | | | (Continued) |
|---|---|---|---|---|---|

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -  -3591 | 05/03/2007 | DOMESTIC VIOLENCE UPDATE TRAINING | *** None *** | ✓ | P | | 01:00 |
| -  -3490 | 04/23/2007 | PURSUIT POLICY TRAINING | *** None *** | ✓ | P | | 01:00 |
| **Totals For Training Completed in: 2007** | | Completed 7 of 7 Modules | | | | | 63:00 |
| **Totals For: DOUGLAS KLINZING #A69-A59** | | Completed 82 of 82 Modules | | | | | 1,068:45 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    HPD000382