# EXHIBIT T




Employee Portfolio                                                                                              Hemet Police Department

| Employee | Maynard, Brett (10763) | From | | To | |
|---|---|---|---|---|---|
| CEU Credits | 0 | Perishable Skills Hours | 0 | | 0.00 |

### Training Records

| Title | Types | Start Date Attended | End Date Attended | Total Hours | Grade | Result | Certificate Attached | Date Certificate Issued | Date of Expiration | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| LA Clear Watch Center Orientation | Other | 05/10/2023 06:00 AM | 05/10/2023 05:00 PM | | | | No | | | N/A |
| Duty to Intervene | | 03/07/2023 12:00 AM | 04/09/2023 12:00 AM | 4 hours | Pass | Pass | Yes | | | N/A |
| Field Training Officer | | 01/16/2023 12:00 AM | 01/20/2023 12:00 AM | | | | Yes | | | N/A |
| Drug Recognition Expert | | 09/19/2022 12:00 AM | 09/30/2022 12:00 AM | 72 hours | | | No | | | N/A |

### Commendations/Discipline

| Title | Types | Date Received | Date of Expiration | Status |
|---|---|---|---|---|

### Attachments

| Title | Category | Description | Attachments Date |
|---|---|---|---|
| TMS Training Record | File Category | TMS Training Record | |

### CA POST Certified Training Records

| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1279-20075-2018-7 | TLO BASIC - SDLECC | Not Specified | STATE THREAT ASSESSMENT SYSTEMS (STAS) | 4500 ORANGE GROVE AVENUE SACRAMENTO | 01/15/2019 12:00 AM | 8 | | | No | N/A |
| 2410-100-2018-1 | BASIC COURSE-INTENSIVE | Not Specified | SAN DIEGO REGIONAL PUBLIC SAFETY TRAINING INSTITUTE | 10440 BLACK MOUNTAIN ROAD SAN DIEGO | 02/21/2019 12:00 AM | 928 | | | No | N/A |


LEFTA Systems - 114066

Page 1 Of 3

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000383



Employee Portfolio

Hemet Police Department

| CA POST Certified Training Records | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
| 9180-25587-2019-88 | VEHICLE PURSUIT POLICY (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 09/26/2019 12:00 AM | 2 | | | No | N/A |
| 9180-55000-2019-157 | AB:392 CALIFORNIA'S NEW USE OF FORCE STANDARDS | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 12/04/2019 12:00 AM | 1 | | | No | N/A |
| 6230-33888-2019-1 | AB 392 USE OF FORCE UPDATE | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 01/07/2020 12:00 AM | 2 | | | No | N/A |
| 9180-25589-2020-98 | DV RESPONSE & LETHALITY ASSESSMENT (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 10/06/2020 12:00 AM | 2 | | | No | N/A |
| 6230-21065-2020-3 | FORCE OPTION-SIMULATOR | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 10/08/2020 12:00 AM | 4 | | | No | N/A |
| 9180-25586-2020-104 | FIRST AID/CPR/AED (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 10/12/2020 12:00 AM | 8 | | | No | N/A |
| 9180-25586-2020-142 | FIRST AID/CPR/AED (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 11/19/2020 12:00 AM | 8 | | | No | N/A |
| 6230-29501-2020-1 | FIREARM(PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 05/17/2021 12:00 AM | 4 | | | No | N/A |
| 6230-29000-2020-284 | STRATEGIC COMMUNICATIONS | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 06/08/2021 12:00 AM | 2 | | | No | N/A |
| 1279-29391-2021-4 | SOVEREIGN CITIZEN EXTREMISTS | Not Specified | STATE THREAT ASSESSMENT SYSTEMS (STAS) | 4500 ORANGE GROVE AVENUE SACRAMENTO | 09/02/2021 12:00 AM | 8 | | | No | N/A |
| 2330-29502-2021-32 | DRIVING(PSP) | Not Specified | SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT | 18000 INSTITUTION RD SAN BERNARDINO | 09/23/2021 12:00 AM | 4 | | | No | N/A |

LEFTA Systems - 114066

Page 2 Of 3

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000384

 Employee Portfolio

Hemet Police Department 

## CA POST Certified Training Records

| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 6230-29580-2021-3 | USE OF FORCE (PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 12/02/2021 12:00 AM | 4 | | | No | N/A |
| 6230-29503-2021-3 | ARSTCTL(PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 12/02/2021 12:00 AM | 4 | | | No | N/A |
| 6230-32075-2021-1 | FIREARMS/TACTICAL RIFLE | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 03/08/2022 12:00 AM | 16 | | | No | N/A |
| 3950-20280-2021-4 | DUI-DRIVING UNDER INFLUENCE | Not Specified | CAVENAUGH & ASSOCIATES | 15775 GARY WAY GRASS VALLEY | 05/13/2022 12:00 AM | 38 | | | No | N/A |
| 1270-22160-2022-3 | D.R.E. CLASSROOM COURSE | Not Specified | CA HIGHWAY PATROL | 3500 REED AVENUE WEST SACRAMENTO | 09/29/2022 12:00 AM | 72 | | | No | N/A |
| 1461-31725-2022-11 | FIELD TRAINING OFFICER | Not Specified | GRIDIRON TRAINING INC. | 712 BANCROFT ROAD, #220 WALNUT CREEK | 01/20/2023 12:00 AM | 40 | | | Yes | N/A |
| 6230-29501-2022-2 | FIREARM(PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 02/13/2023 12:00 AM | 4 | | | No | N/A |
| 9180-25599-2022-238 | PSP: STRATEGIC COMMUNICATIONS-SELF PACED | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 02/23/2023 12:00 AM | 4 | | | No | N/A |

## Training Request

| Record Identifier | Title | Created By | Created For | Created Date | Status |
|---|---|---|---|---|---|
| TRF-000025 | Field Training Officer | smarshall@hemetca.gov | Bmaynard@hemetca.gov | 01/12/2023 03:43 PM | Locked |
| TRF-000035 | B.A.T.I. Interviewing for FirstResponders | smarshall@hemetca.gov | Bmaynard@hemetca.gov | 01/18/2023 03:32 PM | Locked |
| TRF-000105 | Tactical Emergency Casualty Care (TECC) | Bmaynard@hemetca.gov | Bmaynard@hemetca.gov | 04/08/2023 12:03 AM | InReview |

## Self-Entered Records

| Title | Types | Start Date | End Date | Total Hours | Grade | Result |
|---|---|---|---|---|---|---|

LEFTA Systems - 114066

Page 3 Of 3

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000385

Hemet Police Department

# Individual Training Activity
## Report Criteria

Tuesday, May 9, 2023 *Criteria Page 1*

**Persons/Employees/Instructors Criteria**

1  Last Name Contains "maynard"
2  First Name Begins With "brett"

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Hemet Police Department

# Individual Training Activity

05/09/2023                                                                                                       Page 1 of 2 pages

| Person: | BRETT A. MAYNARD #C72-N24 |
|---|---|

**Personal**
| | | | |
|---|---|---|---|
| **Agency:** | Hemet Police Department | | |
| **ID #:** | C72-N24 | | |

**Employment**
| Property | Value | From | Through |
|---|---|---|---|
| Active Status: | Active | 09/18/2019 | / / |
| Duty Status: | Full Duty | 09/18/2019 | / / |
| Time Status: | Full Time | 09/18/2019 | / / |
| Rank: | Police Officer | 09/18/2019 | / / |
| Work Unit: | Patrol Bureau | 09/18/2019 | / / |
| Station: | Headquarters Station | 09/18/2019 | / / |
| Division: | | 09/18/2019 | / / |

**Scheduled Training In: 2022**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5603 | 05/13/2022 | DUI SEMINAR/SFST/ARIDE | *** None *** | ✓ | P | | 40:00 |
| - -5552 | 03/08/2022 | FIREARMS/TACTICAL RIFLE | *** None *** | ✓ | P | | 16:00 |
| **Totals For Training Completed in: 2022** | | Completed 2 of 2 Modules | | | | | 56:00 |

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5484 | 12/02/2021 | ARREST AND CONTROL TACTICS (PST) | *** None *** | ✓ | P | | 04:00 |
| - -5482 | 12/02/2021 | USE OF FORCE (PSP) | *** None *** | ✓ | P | | 04:00 |
| - -5475 | 10/13/2021 | MASTERING CONSENT SEARCHES | *** None *** | ✓ | P | | 01:05 |
| - -5454 | 06/01/2021 | STRATEGIC COMMUNICATIONS | CA-POST 6230-29000-20284 | ✓ | P | | 02:00 |
| - -5449 | 05/17/2021 | FIREARMS (PSP) | *** None *** | ✓ | P | | 04:00 |
| - -5434 | 05/17/2021 | HPD VEHICLE PURSUIT POLICY- ANNUAL REVIEW | *** None *** | ✓ | P | | 02:00 |
| - -5393 | 04/06/2021 | PISTOL MOUNTED RED DOT SYSTEM TRANSITION TRAINING | *** None *** | ✓ | P | | 08:00 |
| - -5387 | 02/26/2021 | TACTICAL EMERGENCY CASUALTY CARE | *** None *** | ✓ | P | | 08:00 |
| **Totals For Training Completed in: 2021** | | Completed 8 of 8 Modules | | | | | 33:05 |

**Scheduled Training In: 2020**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5322 | 11/19/2020 | FIRST AID / CPR / AED (WEB) and Instructor Led Skills Demostrations | CA-POST - -20 | ✓ | P | | 08:00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## Hemet Police Department

## Individual Training Activity

05/09/2023  Page 2 of 2 pages

| Person: | BRETT A. MAYNARD #C72-N24 | | | | | | (Continued) |
|---|---|---|---|---|---|---|---|

| Scheduled Training In: | 2020 | | | | | | (Continued) |
|---|---|---|---|---|---|---|---|
| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
| - -5351 | 09/23/2020 | FORCE OPTION- SIMULATOR | CA-POST 6230-21065-20001 | ✓ | P | | 04:00 |
| - -5231 | 08/04/2020 | REMS Intranasal Naloxone Administration for Public Safety Personnel | *** None *** | ✓ | P | | 01:00 |
| - -5225 | 07/28/2020 | HPD VEHICLE PURSUIT POLICY- ANNUAL REVIEW | *** None *** | ✓ | P | | 02:00 |
| - -5028 | 01/07/2020 | AB 392 USE OF FORCE UPDATE | CA-POST 6230-33888-19001 | ✓ | P | | 02:00 |
| **Totals For Training Completed in: 2020** | | Completed 5 of 5 Modules | | | | | 17:00 |

| Scheduled Training In: | 2019 | | | | | | |
|---|---|---|---|---|---|---|---|
| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
| - -5129 | 12/05/2019 | TASER TRAINING | *** None *** | ✓ | P | | 05:00 |
| - -5125 | 09/26/2019 | TASER TRAINING | *** None *** | ✓ | P | | 05:00 |
| **Totals For Training Completed in: 2019** | | Completed 2 of 2 Modules | | | | | 10:00 |

| Scheduled Training In: | 2017 | | | | | | |
|---|---|---|---|---|---|---|---|
| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
| - -5297 | 01/27/2017 | FEMA- IS 00800.d | *** None *** | ✓ | P | | 03:00 |
| - -5270 | 01/19/2017 | FEMA- IS 00700.b | *** None *** | ✓ | P | | 03:00 |
| - -5291 | 01/19/2017 | FEMA- IS 00200.c | *** None *** | ✓ | P | | 03:00 |
| **Totals For Training Completed in: 2017** | | Completed 3 of 3 Modules | | | | | 09:00 |

| Scheduled Training In: | 2016 | | | | | | |
|---|---|---|---|---|---|---|---|
| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
| - -5251 | 06/08/2016 | FEMA- IS 00100.c | *** None *** | ✓ | P | | 03:00 |
| **Totals For Training Completed in: 2016** | | Completed 1 of 1 Modules | | | | | 03:00 |
| **Totals For: BRETT A. MAYNARD #C72-N24** | | Completed 21 of 21 Modules | | | | | 128:05 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000388