# EXHIBIT U

 Employee Portfolio                                                                                     Hemet Police Department 

| Employee | Bishop, Joshua (10803) | From | | To | |
|---|---|---|---|---|---|
| CEU Credits | 0 | Perishable Skills Hours | 0 | | 0.00 |

### Training Records

| Title | Types | Start Date Attended | End Date Attended | Total Hours | Grade | Result | Certificate Attached | Date Certificate Issued | Date of Expiration | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Interviewing for First Responders B.A.T.I, | | 03/28/2023 12:00 AM | 03/28/2023 12:00 AM | | | | No | | | N/A |
| Duty to Intervene | | 03/07/2023 12:00 AM | 04/09/2023 12:00 AM | 4 hours | | | Yes | 03/30/2023 12:00 AM | | N/A |

### Commendations/Discipline

| Title | Types | Date Received | Date of Expiration | Status |
|---|---|---|---|---|
| Documented Oral Commendation | | 04/21/2023 12:00 AM | | N/A |

### Attachments

| Title | Category | Description | Attachments Date |
|---|---|---|---|
| TMS Training Record | File Category | TMS Training Record | |

### CA POST Certified Training Records

| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 4410-134-2017-1 | BASIC COURSE - MODULE III (INT) | Not Specified | RIO HONDO REGIONAL TRAINING CENTER | 3600 WORKMAN MILL ROAD WHITTIER | 02/26/2018 12:00 AM | 184 | | | No | N/A |
| 4410-141-2017-2 | BASIC COURSE - MODULE II (INT) | Not Specified | RIO HONDO REGIONAL TRAINING CENTER | 3600 WORKMAN MILL ROAD WHITTIER | 04/04/2018 12:00 AM | 217 | | | No | N/A |
| 4890-23272-2017-69 | CULT. DIV.-TOOLS FOR TOLERANCE (MOT ONLY) | Not Specified | MUSEUM OF TOLERANCE | 9760 WEST PICO BLVD. LOS ANGELES | 06/12/2018 12:00 AM | 8 | | | No | N/A |

 LEFTA Systems - 114041                                                                          Page 1 Of 4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000356




Employee Portfolio

Hemet Police Department

### CA POST Certified Training Records

| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 4410-23300-2017-3 | RADAR OPERATOR | Not Specified | RIO HONDO REGIONAL TRAINING CENTER | 3600 WORKMAN MILL ROAD WHITTIER | 06/23/2018 12:00 AM | 24 | | | No | N/A |
| 4410-23320-2017-3 | RADAR-LASER OPERATOR (LIDAR) | Not Specified | RIO HONDO REGIONAL TRAINING CENTER | 3600 WORKMAN MILL ROAD WHITTIER | 06/29/2018 12:00 AM | 8 | | | No | N/A |
| 4410-151-2017-2 | BASIC COURSE - MODULE I (INT) | Not Specified | RIO HONDO REGIONAL TRAINING CENTER | 3600 WORKMAN MILL ROAD WHITTIER | 07/12/2018 12:00 AM | 573 | | | No | N/A |
| 9180-25585-2018-76 | TACTICAL COMMUNICATION (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 09/14/2018 12:00 AM | 2 | | | No | N/A |
| 4410-29501-2018-9 | FIREARM(PSP) | Not Specified | RIO HONDO REGIONAL TRAINING CENTER | 3600 WORKMAN MILL ROAD WHITTIER | 09/28/2018 12:00 AM | 4 | | | No | N/A |
| 2910-29503-2018-3 | ARSTCTL(PSP) | Not Specified | SOUTH GATE POLICE DEPARTMENT | 8620 CALIFORNIA AVENUE SOUTH GATE | 11/02/2018 12:00 AM | 4 | | | No | N/A |
| 9180-25587-2019-241 | VEHICLE PURSUIT POLICY (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 02/26/2020 12:00 AM | 2 | | | No | N/A |
| 6230-21065-2020-2 | FORCE OPTION-SIMULATOR | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 09/30/2020 12:00 AM | 4 | | | No | N/A |
| 9180-25586-2020-142 | FIRST AID/CPR/AED (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 11/19/2020 12:00 AM | 8 | | | No | N/A |
| 6230-29000-2020-284 | STRATEGIC COMMUNICATIONS | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 06/11/2021 12:00 AM | 2 | | | No | N/A |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    HPD000357




Employee Portfolio  
Hemet Police Department

| CA POST Certified Training Records | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
| 2330-33590-2021-1 | TRAFFIC COLLISION INV | Not Specified | SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT | 18000 INSTITUTION RD SAN BERNARDINO | 07/15/2021 12:00 AM | 40 | | | No | N/A |
| 2200-22650-2021-1 | PEER COUNSELING | Not Specified | RIVERSIDE COUNTY SHERIFF'S DEPT. | 16791 DAVIS AVENUE RIVERSIDE | 10/27/2021 12:00 AM | 16 | | | No | N/A |
| 6230-29580-2021-2 | USE OF FORCE (PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 12/01/2021 12:00 AM | 4 | | | No | N/A |
| 6230-29503-2021-2 | ARSTCTL(PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 12/01/2021 12:00 AM | 4 | | | No | N/A |
| 7290-20271-2021-6 | DUI CHECKPOINTS - PLANNING AND MANAGEMENT | Not Specified | D-PREP | 705 E.BIDWELL, STE 2-357 FOLSOM | 01/31/2022 12:00 AM | 8 | | | No | N/A |
| 6230-32075-2021-2 | FIREARMS/TACTICAL RIFLE | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 03/11/2022 12:00 AM | 16 | | | No | N/A |
| 7180-22650-2021-8 | PEER COUNSELING | Not Specified | COUNSELING TEAM INTERNATIONAL, THE | 1881 BUSINESS CTR. DR., STE 11 SAN BERNARDINO | 03/23/2022 12:00 AM | 24 | | | No | N/A |
| 3950-20280-2021-6 | DUI-DRIVING UNDER INFLUENCE | Not Specified | CAVENAUGH & ASSOCIATES | 15775 GARY WAY GRASS VALLEY | 06/24/2022 12:00 AM | 38 | | | No | N/A |
| 7180-28000-2022-1 | TRAINING CONFERENCE | Not Specified | COUNSELING TEAM INTERNATIONAL, THE | 1881 BUSINESS CTR. DR., STE 11 SAN BERNARDINO | 10/21/2022 12:00 AM | 29 | | | No | N/A |
| 2330-29502-2022-45 | DRIVING(PSP) | Not Specified | SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT | 18000 INSTITUTION RD SAN BERNARDINO | 12/12/2022 12:00 AM | 4 | | | No | N/A |
| 2330-23601-2022-4 | SCENARIO EVALUATOR TRAINING | Not Specified | SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT | 18000 INSTITUTION RD SAN BERNARDINO | 02/06/2023 12:00 AM | 4 | | | Yes | N/A |

LEFTA Systems - 114041

Page 3 Of 4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000358


Employee Portfolio

Hemet Police Department


| CA POST Certified Training Records | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
| 6230-29501-2022-1 | FIREARM(PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 02/13/2023 12:00 AM | 4 | | | No | N/A |
| 9180-25599-2022-238 | PSP: STRATEGIC COMMUNICATIONS-SELF PACED | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 02/23/2023 12:00 AM | 4 | | | No | N/A |
| 9590-31434-2022-4 | INTERVIEWING FOR FIRST RESPONDERS | Not Specified | BEHAVIORAL ANALYSIS TRAINING INC. | PO BOX 5168 AUBURN | 03/28/2023 12:00 AM | 8 | | | No | N/A |

| Training Request | | | | | |
|---|---|---|---|---|---|
| Record Identifier | Title | Created By | Created For | Created Date | Status |
| TRF-000016 | Interviewing for First Responders B.A.T.I, | smarshall@hemetca.gov | Jbishop@hemetca.gov | 12/19/2022 11:38 PM | Locked |

| Self-Entered Records | | | | | | |
|---|---|---|---|---|---|---|
| Title | Types | Start Date | End Date | Total Hours | Grade | Result |



Hemet Police Department

# Individual Training Activity
## Report Criteria

Monday, May 8, 2023                                                                                                         *Criteria Page 1*

**Persons/Employees/Instructors Criteria**

1  Last Name Contains "bishop"

2  First Name Begins With "joshua"

Hemet Police Department

# Individual Training Activity

05/08/2023                                                                                                    Page 1 of 2 pages

| Person: | JOSHUA M. BISHOP #C68-Z76 |
|---|---|

**Personal**
- **Agency:** Hemet Police Department
- **ID #:** C68-Z76

**Employment**

| Property | Value | From | Through |
|---|---|---|---|
| Active Status: | Active | 02/17/2020 | / / |
| Duty Status: | Full Duty | 02/17/2020 | / / |
| Time Status: | Full Time | 02/17/2020 | / / |
| Rank: | Police Officer | 02/17/2020 | / / |
| Work Unit: | Training / Personnel Unit | 02/17/2020 | / / |
| Station: | Headquarters Station | 02/17/2020 | / / |
| Division: |  | 02/17/2020 | / / |

**Scheduled Training In: 2022**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5572 | 03/23/2022 | BASIC PEER SUPPORT | *** None *** | ✓ | P | | 24:00 |
| - -5553 | 03/11/2022 | FIREARMS/TACTICAL RIFLE | *** None *** | ✓ | P | | 16:00 |
| - -5586 | 01/31/2022 | DUI CHECKPOINTS - PLANNING AND MANAGEMENT | *** None *** | ✓ | P | | 08:00 |

**Totals For Training Completed in: 2022**    Completed 3 of 3 Modules                              48:00

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5597 | 12/01/2021 | ARREST AND CONTROL TACTICS (PST) | *** None *** | ✓ | P | | 04:00 |
| - -5598 | 12/01/2021 | USE OF FORCE (PSP) | *** None *** | ✓ | P | | 04:00 |
| - -5530 | 10/26/2021 | OFFICER-INVOLVED SHOOTINGS -PEER COUNSELING | *** None *** | ✓ | P | | 16:00 |
| - -5476 | 10/01/2021 | Workplace Harassment Prevention for Non-Supervisors | *** None *** | ✓ | P | | 01:00 |
| - -5509 | 07/15/2021 | TRAFFIC COLLISION INVESTIGATION-BASIC | *** None *** | ✓ | P | | 32:00 |
| - -5454 | 06/01/2021 | STRATEGIC COMMUNICATIONS | CA-POST 6230-29000-20284 | ✓ | P | | 02:00 |

**Totals For Training Completed in: 2021**    Completed 6 of 6 Modules                              59:00

**Scheduled Training In: 2020**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5322 | 11/19/2020 | FIRST AID / CPR / AED (WEB) and Instructor Led Skills Demostrations | CA-POST - -20 | ✓ | P | | 08:00 |

## Hemet Police Department

## Individual Training Activity

05/08/2023        Page 2 of 2 pages

| Person: | JOSHUA M. BISHOP #C68-Z76 | | | | (Continued) |
|---|---|---|---|---|---|

| Scheduled Training In: | 2020 | | | | (Continued) |
|---|---|---|---|---|---|

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5258 | 10/20/2020 | FEMA- IS 00100.c | *** None *** | ✓ | P | | 03:00 |
| - -5278 | 10/20/2020 | FEMA- IS 00700.b | *** None *** | ✓ | P | | 03:00 |
| - -5352 | 09/30/2020 | FORCE OPTION- SIMULATOR | CA-POST 6230-21065-20002 | ✓ | P | | 04:00 |
| - -5224 | 07/30/2020 | HPD VEHICLE PURSUIT POLICY- ANNUAL REVIEW | *** None *** | ✓ | P | | 02:00 |
| - -5200 | 06/30/2020 | REMS Intranasal Naloxone Administration for Public Safety Personnel | *** None *** | ✓ | P | | 01:00 |
| - -5066 | 02/20/2020 | TASER X26P CEW V.21 USER CERTIFICATION COURSE | *** None *** | ✓ | P | | 02:00 |

| Totals For Training Completed in: 2020 | Completed 7 of 7 Modules | 23:00 |
|---|---|---|
| Totals For: JOSHUA M. BISHOP #C68-Z76 | Completed 16 of 16 Modules | 130:00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000362