# EXHIBIT V




Employee Portfolio                                                                                                  Hemet Police Department

| Employee | Aguila, Pedro (10832) | From | | To | |
|---|---|---|---|---|---|
| CEU Credits | 0 | Perishable Skills Hours | 0 | | 0 |

### Training Records

| Title | Types | Start Date Attended | End Date Attended | Total Hours | Grade | Result | Certificate Attached | Date Certificate Issued | Date of Expiration | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Interviewing for First Responders B.A.T.I, | | 03/28/2023 12:00 AM | 03/28/2023 12:00 AM | | | | No | | | N/A |
| Duty to Intervene | | 03/07/2023 12:00 AM | 04/09/2023 12:00 AM | 4 hours | | | Yes | 03/30/2023 12:00 AM | | N/A |

### Commendations/Discipline

| Title | Types | Date Received | Date of Expiration | Status |
|---|---|---|---|---|

### Attachments

| Title | Category | Description | Attachments Date |
|---|---|---|---|
| TMS Training Record | File Category | TMS Training Record | |

### CA POST Certified Training Records

| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 4890-23272-2016-65 | CULT. DIV.-TOOLS FOR TOLERANCE (MOT ONLY) | Not Specified | MUSEUM OF TOLERANCE | 9760 WEST PICO BLVD. LOS ANGELES | 05/22/2017 12:00 AM | 8 | | | No | N/A |
| 1850-31777-2016-11 | WMD L. E. PROTECTIVE MEASURES (LEPM) | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 05/30/2017 12:00 AM | 8 | | | No | N/A |
| 1850-31771-2017-2 | WMD L.E. RESPONSE ACTIONS (LERA) | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 08/24/2017 12:00 AM | 8 | | | No | N/A |
| 1850-100-2016-10 | BASIC COURSE-INTENSIVE | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 09/01/2017 12:00 AM | 912 | | | No | N/A |



LEFTA Systems - 114038

Page 1 Of 4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000350



Employee Portfolio                                                                                                    Hemet Police Department

| CA POST Certified Training Records | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
| 1850-29000-2018-248 | POST TRAUMATIC STRESS DISORDER & TRAUMATIC BI | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 08/26/2018 12:00 AM | 2 | | | No | N/A |
| 1850-29000-2018-264 | HOMELESSNESS AND POLICING: A COLLABORATIVE APPROAC | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 08/26/2018 12:00 AM | 2 | | | No | N/A |
| 1850-20911-2018-3 | MENTAL HEALTH INTERVENTION TRAINING | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 08/31/2018 12:00 AM | 36 | | | No | N/A |
| 9180-25587-2018-89 | VEHICLE PURSUIT POLICY (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 09/27/2018 12:00 AM | 2 | | | No | N/A |
| 1850-20799-2018-2 | DE-ESCALATION & TACTICAL COMMUNICATION | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 03/20/2019 12:00 AM | 8 | | | No | N/A |
| 9180-25587-2019-94 | VEHICLE PURSUIT POLICY (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 10/02/2019 12:00 AM | 2 | | | No | N/A |
| 1850-21025-2019-29 | ARREST/CONTROL TECHN UPD | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 02/17/2020 12:00 AM | 10 | | | No | N/A |
| 1850-20167-2019-6 | MAC TAC UPDATE | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 02/22/2020 12:00 AM | 6 | | | No | N/A |
| 9180-25589-2019-240 | DV RESPONSE & LETHALITY ASSESSMENT (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 02/25/2020 12:00 AM | 2 | | | No | N/A |
| 9180-25586-2019-249 | FIRST AID/CPR/AED (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 03/05/2020 12:00 AM | 8 | | | No | N/A |


Employee Portfolio

Hemet Police Department 

## CA POST Certified Training Records

| CCN | Title | Types | Presenters | Location Address | End Date | Total Hours | Date Certificate Issued | Date Certificate Issued | Certificate Attached | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1850-29502-2019-108 | DRIVING(PSP) | Not Specified | LOS ANGELES POLICE DEPARTMENT | 1880 NORTH ACADEMY DRIVE LOS ANGELES | 03/05/2020 12:00 AM | 4 | | | No | N/A |
| 9180-25587-2020-253 | VEHICLE PURSUIT POLICY (WEB) | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 03/10/2021 12:00 AM | 2 | | | No | N/A |
| 6230-29580-2021-3 | USE OF FORCE (PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 12/02/2021 12:00 AM | 4 | | | No | N/A |
| 6230-29503-2021-3 | ARSTCTL(PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 12/02/2021 12:00 AM | 4 | | | No | N/A |
| 1498-22328-2022-6 | VETERANS/LAW ENFORCEMENT INTERACTION | Not Specified | SECURE MEASURES, LLC | 31500 GRAPE STREET SUITE 3-301 LAKE ELSINORE | 12/12/2022 12:00 AM | 8 | | | No | N/A |
| 1498-22267-2022-1 | VETERANS/LAW ENFORCEMENT INTERACTION, INTERMEDIATE | Not Specified | SECURE MEASURES, LLC | 31500 GRAPE STREET SUITE 3-301 LAKE ELSINORE | 12/13/2022 12:00 AM | 8 | | | No | N/A |
| 6230-29501-2022-5 | FIREARM(PSP) | Not Specified | HEMET POLICE DEPARTMENT | 450 E. LATHAM AVENUE HEMET | 02/15/2023 12:00 AM | 4 | | | No | N/A |
| 9180-25599-2022-238 | PSP: STRATEGIC COMMUNICATIONS-SELF PACED | Not Specified | COMMISSION ON PEACE OFFICER STANDARDS AND TRN. | 860 STILLWATER RD. STE. #100 WEST SACRAMENTO | 02/23/2023 12:00 AM | 4 | | | No | N/A |
| 9590-31434-2022-4 | INTERVIEWING FOR FIRST RESPONDERS | Not Specified | BEHAVIORAL ANALYSIS TRAINING INC. | PO BOX 5168 AUBURN | 03/28/2023 12:00 AM | 8 | | | No | N/A |

## Training Request

| Record Identifier | Title | Created By | Created For | Created Date | Status |
|---|---|---|---|---|---|
| TRF-000035 | B.A.T.I. Interviewing for FirstResponders | smarshall@hemetca.gov | Paguila@hemetca.gov | 01/17/2023 08:32 PM | Locked |
| TRF-000064 | Hostage Negotiations | smarshall@hemetca.gov | Paguila@hemetca.gov | 01/30/2023 09:40 PM | Denied |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

HPD000352

Hemet Police Department 

Employee Portfolio

| Self-Entered Records | | | | | | |
|---|---|---|---|---|---|---|
| Title | Types | Start Date | End Date | Total Hours | Grade | Result |
| Workplace Harassment Prevention for Non-Supervisors | | 10/01/2021 12:00 AM | | 1 hours | | |

Hemet Police Department

# Individual Training Activity

## Report Criteria

Monday, May 8, 2023                                                                                                               *Criteria Page 1*

**Persons/Employees/Instructors Criteria**
 1  Last Name Contains "aguila"

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                        HPD000354

## Hemet Police Department

## Individual Training Activity

05/08/2023 Page 1 of 1 page

| Person: | PEDRO AGUILA #C63-V59 |
|---|---|

**Personal**

Agency:
ID #: C63-V59

**Employment**

| Property | Value | From | Through |
|---|---|---|---|
| Active Status: | Active | 03/09/2021 | / / |
| Duty Status: | Full Duty | 03/09/2021 | / / |
| Time Status: | Full Time | 03/09/2021 | / / |
| Rank: | Police Officer | 03/09/2021 | / / |
| Work Unit: | Patrol Bureau | 03/09/2021 | / / |
| Station: | Headquarters Station | 03/09/2021 | / / |
| Division: | | 03/09/2021 | / / |

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -5484 | 12/02/2021 | ARREST AND CONTROL TACTICS (PST) | *** None *** | ✓ | P | | 04:00 |
| - -5482 | 12/02/2021 | USE OF FORCE (PSP) | *** None *** | ✓ | P | | 04:00 |
| - -5476 | 10/01/2021 | Workplace Harassment Prevention for Non-Supervisors | *** None *** | ✓ | P | | 01:00 |
| - -5391 | 03/12/2021 | TASER X26P CEW V.22 USER CERTIFICATION COURSE | *** None *** | ✓ | P | | 02:00 |

| Totals For Training Completed in: 2021 | Completed 4 of 4 Modules | 11:00 |
|---|---|---|
| Totals For: PEDRO AGUILA #C63-V59 | Completed 4 of 4 Modules | 11:00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    HPD000355