Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
  *Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HENRY BARNHILL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No. 5:23-cv-00589 JGB(SPx)**<br><br>[District Judge:    Jesus G. Bernal<br>Magistrate Judge:    Sheri Pym]<br><br>**DEFENDANTS' NOTICE OF LODGING OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Index of Exhibits; Declaration of Andrea Kornblau; Declaration of Custodian of Records; and (Proposed) Order*<br><br>Date:    February 9, 2026<br>Time:    9:00 a.m.<br>Crtrm.:    1 (2nd Floor)<br><br>*Action Filed:    04/12/2024* |

**TO THE COURT, PLAINTIFF, AND HIS COUNSEL OF RECORD:**

In accordance with C.D. Cal. Local Rules 5-4.2(b)(1) and 11-5.a, Defendants City of Hemet, Brett Maynard, Joshua Bishop, Pedro Aguilar, Douglas Klinzing,

Jamie Gonzlez, and Catherine Tipton hereby provide notice that the following non-paper exhibits in support of Defendants' motion for summary judgment will be lodged manually via a USB drive:

1. **Exhibit A**, which is a true and accurate copy of Hemet Police Department's Audio Recording detailing a 911 Dispatch Call from Plaintiff's girlfriend from 4/29/2022;

2. **Exhibit M**, which is a true and accurate copy of Officer Brett Maynord's 4/29/2022 Body Camera Footage (BWC) capturing his interactions with Plaintiff Henry Barnhill on 4/29/2022;

3. **Exhibit N**, which is a true and accurate copy of Officer Joshua Bishop's 4/29/2022 Body Camera Footage (BWC) capturing his interactions with Plaintiff Henry Barnhill on 4/29/2022.

4. **Exhibit O**, which is a true and accurate copy of Officer Pedro Aguila's 4/29/2022 Body Camera Footage (BWC) capturing his interactions with Plaintiff Henry Barnhill on 4/29/2022.

DATED: January 12, 2026　　　**MANNING & KASS**
　　　　　　　　　　　　　　　　**ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Andrea Kornblau_____
　　　Eugene P. Ramirez
　　　Andrea Kornblau
　　　Khouloud Pearson
　　　Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON