**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: **5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**PLAINTIFF'S OBJECTION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:  February 9, 2026<br>Time:     09:00 a.m.<br>Crtrm:    1 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THIS HONORABLE COURT, PLEASE TAKE NOTICE THAT:**

Plaintiff object to Defendants' Notice of Motion and Motion for Summary Judgment (Docs. 48, 48-1) for the following reasons: Pursuant to Federal Rule of Civil Procedure 26, in September of 2023, Plaintiff believes that the parties reached an agreement regarding the timing of any dispositive motion, as follows: "The parties agree and request that for any motion made pursuant to F.R.C.P. 56, the opposing party shall have two weeks to prepare and file their opposition papers and that the moving party shall have two weeks to prepare and file their reply papers." (Doc. 27, Joint Rule 26(f) Report, at 7:6-9).

Further, given that the Court's last day to hear motions is February 9, 2026 (Doc. 44 at 2, Order to Modify Scheduling Order) and reply papers must be filed two weeks prior to the motion (LR 7-10), pursuant to the parties' agreement, the last day to meet and confer (LR 7-3) on the present Motion would have been December 22, 2025, and the Motion filing deadline would have been December 29, 2025. Even if Defendants, as the moving party, wished to withdraw the portion of the agreement allowing two weeks to reply, the deadline to meet and confer would have been on December 29, 2025, and the motion filing deadline on January 5, 2026.

If Defendants disagree that the parties reached an agreement providing two weeks to oppose any MSJ Motion, the deadline to meet and confer was no later than January 5, 2026. (See Local Rules 6-1 requiring motion to be filed no later than 28 days before the hearing, and 7-3 requires the meet and confer *at least* 7 days prior to filing the motion.) However, Defendants waited until January 5 at 9:04 pm to send a letter via email regarding their intent to file the present motion for summary judgment.

Despite the January 8, 2026 Zoom call regarding this Motion, Plaintiff contends that it was not at least 7 days prior to Defendants filing their motion and

considering Plaintiff's position that the parties did reach an agreement, Plaintiff contends present Rule 56 Motion is untimely.

Given the above, Plaintiff respectfully requests an order striking Defendants' Motion for Summary Judgment (Doc. 48); or alternatively, allowing Plaintiff two weeks to oppose summary judgment in accordance with the parties' agreement.

Respectfully submitted,

Dated: January 14, 2026         **LAW OFFICE OF DALE K. GALIPO**
                                **GRECH, PACKER, & HANKS**


                                By ___/s/ Dale K. Galipo_____
                                    Dale K. Galipo
                                    Trenton C. Packer
                                    Marcel F. Sincich
                                    *Attorneys for Plaintiff*