UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 5:23-cv-00589-JGB-SP<br><br>[*Honorable Jesus G. Bernal*]<br><br>**[PROPOSED] ORDER SUSTAINING PLAINTIFF'S OBJECTION** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

Having considered Plaintiff's Objection to Defendants' Notice of Motion (Doc. 48-1), Plaintiff's objection is sustained as follows:

☐ Defendants' Motion for Summary Judgment (Doc. 48) is stricken with leave to refile pursuant to Local Rule 7-3.

☐ Plaintiff is granted two weeks to oppose Defendants' Motion for Summary Judgment (Doc. 48).

All other dates in the Scheduling Order shall remain the same.

**IT IS SO ORDERED.**

DATED: _____, 2026      _____

Honorable Jesus G. Bernal

United States District Judge