**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with* Plaintiff's Points and Authorities in Opposition to Summary Judgment; Separate Statement of Genuine Disputes and Additional Material Facts; Objections to Defendants Separate Statement]<br><br>Hearing:   February 9, 2026<br>Time:       09:00 a.m.<br>Crtrm:      1<br><br>Trial Date: April 7, 2026<br>Complaint Filed: April 4, 2023 |

## DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiff. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

1. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the April 15, 2025, Deposition Transcript of Defendant Officer Brett Maynard ("**Exh. 1, Maynard Depo**").

2. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the January 30, 2025, Deposition Transcript of Defendant Officer Joshua Bishop ("**Exh. 2, Bishop Depo**").

3. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the January 31, 2025, Deposition Transcript of Defendant Officer Pedro Aguila ("**Exh. 3, Aguila Depo**").

4. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the January 31, 2025, Deposition Transcript of Defendant Corporal Douglas Klinzing ("**Exh. 4, Klinzing Depo**").

5. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the September 10, 2025, Deposition Transcript of Plaintiff Henry Barnhill ("**Exh. 5, Barnhill Depo**").

6. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the November 11, 2025, Deposition Transcript of Defendants' police practices expert Philip Sanchez ("**Exh. 6, Sanchez Depo**").

7. Attached hereto as "**Exhibit 7**" is a true and correct copy of relevant photographs taken after the incident of Plaintiff Henry Barnhill depicting his

injuries, produced to Plaintiff by Defendants during discovery bates stamped as 000896-900 ("**Exh. 7, Injury Photos**").

8. Attached hereto as "**Exhibit 8**" is a true and correct copy of relevant pages of Screenshots from Officer Bishop's Body-Worn Camera (see Defendants' Ex. N, also produced by Defendants in discovery) depicting this incident ("**Exh. 8, Bishop Video Screenshots**").

9. Attached hereto as "**Exhibit 9**" is a true and correct copy of relevant pages of Screenshots from Officer Maynard's Body-Worn Camera (see Defendants' Ex. M, also produced by Defendants in discovery) depicting this incident ("**Exh. 9, Maynard Video Screenshots**").

10. Attached hereto as "**Exhibit 10**" is a true and correct copy of relevant pages of Screenshots from Officer Aguila's Body-Worn Camera (see Defendants' Ex. O, also produced by Defendants in discovery) depicting this incident ("**Exh. 10, Aguila Video Screenshots**").

11. Attached hereto as "**Exhibit 11**" is a true and correct copy of relevant pages of Defendant City of Hemet's Responses to Plaintiff's Requests for Admission, served November 06, 2025 ("**Exh. 11, City RFA Responses**").

12. Attached hereto as "**Exhibit 12**" is a true and correct copy of relevant pages of Defendant Officer Maynard's Responses to Plaintiff's Requests for Admission, served November 06, 2025 ("**Exh. 12, Maynard RFA Responses**").

13. Attached hereto as "**Exhibit 13**" is a true and correct copy of relevant pages of Defendant Officer Aguila's Responses to Plaintiff's Requests for Admission, served November 06, 2025 ("**Exh. 13, Aguila RFA Responses**").

14. Attached hereto as "**Exhibit 14**" is a true and correct copy of relevant pages of Defendant Officer Bishop's Responses to Plaintiff's Requests for Admission, served November 06, 2025 ("**Exh. 14, Bishop RFA Responses**").

/ / /

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct. Executed this 19th day of January, 2026.

_____

_____
Marcel F. Sincich