# "EXHIBIT 1"

1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                                    )
4   HENRY BARNHILL,                  ) CASE NO.
                                     ) 5:23-cv-00589-JGB-SP
5                 Plaintiff,         )
                                     )
6        vs.                         )
                                     )
7   CITY OF HEMET; OFFICER BRETT     )
    MAYNARD; OFFICER JOSHUA          )
8   BISHOP; OFFICER PEDRO AGUILA;)
    Corporal DOUGLAS KLINZING;       )
9   JAIME GONZALEZ; CATHERINE        )
    TIPTON; and DOES 1-10,           )
10  inclusive,                       )
                                     )
11                Defendants.        )
    _____ )
12

13

14          DEPOSITION OF OFFICER BRETT MAYNARD

15                 VIA VIDEOCONFERENCE

16              TUESDAY, APRIL 15, 2025

17

18

19

20

21
    REPORTED BY:
22  CLAUDIA P. MARSH, CSR NO. 6353

23

24

25

Deposition Of Officer Brett Maynard

```
1              VIA VIDEOCONFERENCE; TUESDAY, APRIL 15, 2025
2                           1:34 P.M.
3                            -oOo-
4      THE COURT REPORTER:  As of January 1st, 2025, new
5  code regulations dictate I must state my name and
6  certification for the record:
7          My name is Claudia Marsh, and I am a Certified
8  Shorthand Reporter with the State of California, CSR
9  Number 6353.
10
11                  OFFICER BRETT MAYNARD,
12  was called as a witness by and on behalf of the
13  Plaintiff, and having been first duly sworn by the
14  Certified Shorthand Reporter, was examined and testified
15  as follows:
16
17                        EXAMINATION
18
19  BY MR. PACKER:
20      Q    Good afternoon, Officer.
21      A    Good afternoon, sir.
22      Q    I am using "Officer"; is that correct?  That's
23  your rank still today?
24      A    Correct, sir.
25      Q    That was your rank as of April of 2023?
```

Deposition Of Officer Brett Maynard

1    your field training officer?

2        A    No, sir.

3        Q    Do you recall which officers served as your

4    field training officers?

5        A    I do.

6        Q    Who was that?

7        A    First phase was Officer Stehli.  Second phase

8    was, I believe, Officer Ortiz.  Third phase was

9    Officer Preston and fourth phase was, again, Officer

10   Stehli, S-T-E-H-L-I.

11       Q    And Ortiz and Preston are the common spelling?

12       A    Yes, sir.

13       Q    Do you recall the date of the incident from --

14   that we are here to talk about today?

15       A    I believe so.

16       Q    And what date do you recall?

17       A    April 29th, 2022.

18       Q    You said you were on patrol that day?

19       A    That's correct.

20       Q    You were in uniform?

21       A    I was.

22       Q    Can you describe what that uniform was?

23       A    It was our Class D uniform, which includes an

24   outer vest, black with internal ballistics, multiple

25   pieces of equipment attached to the front, as well as a

Deposition Of Officer Brett Maynard

1  April 29th.

2          Okay?

3          You told us you were on patrol in a single car

4  that day, right?

5      A    Yes, sir.

6      Q    What was the first thing you did with respect

7  to the case we are here to talk about, regarding

8  Mr. Barnhill?

9      A    First thing?  Well, I received a dispatch, so

10  the first thing I did was probably mark myself en route

11  on my computer.

12      Q    What was the dispatch you received?

13      A    It was a call for service, I believe, for

14  suspicious circumstances in regards to a female at a

15  children's school, an elementary school, in the area of

16  the district I worked.  She was stating that her

17  ex-boyfriend, who she named as Henry Barnhill, had

18  threatened her with a gun the night prior, had driven

19  her and her daughter to the school and was waiting

20  outside in a vehicle for her to come out and she was

21  inside the school when she called.

22      Q    Okay.  Did you have any information that

23  Mr. Barnhill had a gun on him, specifically on

24  April 29th, 2022?

25      A    That initial statement, that he was in

Deposition Of Officer Brett Maynard

```
 1   possession of a firearm.  Later on, during the incident,
 2   there's multiple officers saying over the radio he has
 3   access to a firearm.  The belief for me at the time,
 4   was, he would still have it in his possession or he did
 5   still have it in his possession.
 6       Q    That was based on the broadcast that he had one
 7   the night before; is that right?
 8       MS. KORNBLAU:  Objection.  May misstate testimony.
 9   BY MR. PACKER:
10       Q    Go ahead.  You can answer.
11       A    Could you say the question one more time for
12   me?
13       Q    Sure.
14            You told us there was a belief, or you had a
15   belief, he could have a gun on April 29th.
16            Do you recall that?
17       A    Yes.  I did believe he had a gun on him.
18       Q    And what I'm trying to understand is what the
19   source of that belief was.
20            Is it the fact that you were told on the
21   dispatch that he had a gun on him the night before?
22       A    I'm sure that played a factor.  Obviously,
23   going into this incident with no knowledge, other than
24   the first couple of sentences from this victim calling
25   in, saying she was threatened with a gun, and he drove
```

Deposition Of Officer Brett Maynard

1  her to the school, and the belief was it was still in

2  his possession.

3      Q    You were not specifically told, though,

4  "Henry Barnhill is known to have a gun on him, today,

5  April 29th, 2022"; is that fair to say?

6      A    Actually, we were told that Henry Barnhill --

7  or "Henry Barnhill," was stated earlier, so we knew that

8  was alleged suspect.  And during the course of the

9  investigation, later, as he was fleeing from us, yes,

10  there was a broadcast report saying he is known to carry

11  firearms, he is a violent fleeing felon.

12      Q    What specifically were you told about him being

13  a violent felon?  Were you told about any past

14  convictions?

15      A    At that time -- I would say -- ultimately, I

16  learned of past convictions.  However, in the very brief

17  response to the scene, I didn't know his background.  I

18  had never heard his name before.  The portion where I

19  learned about that, quote, unquote, "violent felon with

20  access to a firearm" -- "semiautomatic firearm," was

21  what was actually stated, that was broadcast during this

22  pursuit, that Mr. Barnhill led us on a chase through the

23  city, on.  I believe halfway through the pursuit, it was

24  reported he had access to a semiautomatic firearm, and

25  he was a violent felon.

Deposition Of Officer Brett Maynard

1    Q    Were you told what the basis for the conclusion
2  that he was a violent felon was?  In other words, a
3  prior conviction?  Anything of that sort?
4    A    Not immediately at that time.  However, even
5  just in the initial response, in those initial
6  sentences, for the start of the call, the statement of,
7  "My ex-boyfriend," whoever, "threatened me with a
8  firearm the night before" as I'm en route there -- it's
9  my zone.  I'm responsible.  I'm trying to understand
10  what kind of crime I'm investigating and what might be a
11  probable cause or a detainment or a contact, or anything
12  at all, I'm putting the pieces together that we possibly
13  have a felony domestic violence situation, we possibly
14  have a 245, a 422. 245 is assault with a deadly weapon,
15  422 is criminal threats, and 417, display or pointing a
16  firearm at somebody.
17        Those were going through my mind before I even
18  arrived on-scene.
19    Q    I understand that.  Putting aside April 29th,
20  and the day before, what you learned about the day
21  before, did you learn any information about anything
22  that happened prior to April 28th, with respect to any
23  criminal history, for example, of Mr. Barnhill, at the
24  time when you first were given the call?
25    A    No.  I -- that would have been too quick, in

Deposition Of Officer Brett Maynard

1   the response.  We had a name and the fact that a firearm

2   was in use, and it was probably in his possession, then.

3        Q    Did you learn at any point prior to

4   Mr. Barnhill's eventual arrest, that he had any

5   convictions prior to April 28th, 2022, for any violent

6   offenses?

7        A    If my memory is correct, I believe so.

8   However, I can't recall how I know that.

9        Q    Okay.  You reviewed --

10       A    Sorry.

11            It possibly was another thing that was relayed

12  at the same time that that violent felon information was

13  relayed, but I don't have an exact for you on that.

14       Q    Is there anything in your report that you

15  reviewed prior to today's deposition, that documents

16  your knowledge of a prior criminal history?

17       A    There is.  It's quite a lot.  However, that's

18  towards the end of my --

19       Q    That was not something that was necessarily

20  known to you, that you specifically recall on April 29th

21  of 2022, prior to Mr. Barnhill's arrest?

22       A    Correct.  Prior to meeting Mr. Barnhill, I

23  didn't know anything about him.

24       Q    You told us you reported to the school, right?

25       A    Yes, sir.  I responded to an elementary school

Deposition Of Officer Brett Maynard

1    off of Thornton Avenue in the city of Hemet.

2        Q    Did you see Mr. Barnhill parked outside, as it

3    was reported he may be?

4        A    Ultimately, I found a vehicle matching the

5    description given by the victim.  It was the only

6    vehicle on the street matching the description.  And so,

7    ultimately, in the course of an investigation,  to see

8    if this is the related subject or this is the related

9    vehicle, I assisted in conducting a felony contact or a

10   contact of the vehicle to try to see who was in there,

11   see what was going on.  The windows were very tinted.

12   And --

13       Q    Is the next thing that happened, that vehicle

14   drove away?

15       A    Officers initially set up -- myself,

16   Officer Bishop, Officer Aguila -- behind the vehicle.

17   And then, had our lights on, on all three vehicles that

18   were behind it.  Obviously, all three of us were in

19   uniform.  Started to set up to give commands to the

20   driver, and then the vehicle turned on.  It was off.  It

21   then turned on.  And it sped away at a high rate of

22   speed through the school zone.

23       Q    Okay.  Now, did you pursue that vehicle?

24       A    I was one of the officers involved in the

25   pursuit.  I was not the lead car.

Deposition Of Officer Brett Maynard

1    him entering his own house?

2        MS. KORNBLAU:  Objection.  Incomplete hypothetical.

3        THE WITNESS:  Would there have been anything

4    illegal about him entering his house?

5            I think, under the circumstances of the

6    investigation we were engaged in, the high visibility of

7    our marked units with our lights on, forward-facing red

8    and blue lights, the sirens, the police pursuit of him

9    as he drove erratically through the neighborhoods,

10   through the school zone, yes, I believe that the

11   furtherance of him entering the home was a crime under

12   Penal Code 148.  He refused to stop, and essentially, he

13   refused to surrender and refused to be stop and be

14   detained for further investigation.

15   BY MR. PACKER:

16       Q    So the vehicle pursuit came to a stop on

17   Gardenia Circle.

18            We talked about that, right?

19       A    Yes, sir.

20       Q    And at that point, the individual, who you

21   later identified as Mr. Barnhill, exited his vehicle?

22       A    Ultimately, I believe he exited -- it was

23   Mr. Barnhill.  He did exit the victim's vehicle.

24       Q    Thank you.  That was an imprecise question.

25            He exited the vehicle that you were pursuing;

Deposition Of Officer Brett Maynard

1    is that right?

2        A    That's correct, sir.  He was the only person to

3    exit that vehicle, or be in the vehicle, at that time.

4        Q    He exits the vehicle.

5             In which direction does he run?

6        A    North, out the driver's door, towards the

7    address on the corner, which ultimately was 354 Gardenia

8    Circle.

9        Q    That was the address later associated with

10   Mr. Barnhill?

11       A    Yes, sir.  The victim told me that they both

12   resided there.

13       Q    So he runs north towards 354 Gardenia Circle.

14            Did you give chase on foot?

15       A    Yes, I did.

16       Q    Could you see Mr. Barnhill's hands while you

17   gave chase on foot?

18       A    At certain times, I could, and other times he

19   was dropping his hands low.  He was wearing a very

20   large, bulky, black, hooded sweatshirt.

21            Initially, once he exited the vehicle, he

22   wasn't walking.  He was immediately running away, as

23   officers are still stopping, with lights and sirens on,

24   behind that car.

25            Again, I was the second car, so I had further

Deposition Of Officer Brett Maynard

1    to run.  I could see glimpses of him as he exited the

2    vehicle and ran towards, like, a pedestrian gate at the

3    front of the house.  I couldn't see his hands,

4    especially his right hand, during that time.  He had

5    pulled them low towards the jacket pocket.  I couldn't

6    tell if he was reaching inside the jacket pocket or

7    under the jacket.

8            I was shouting, "Show me your hands."  I

9    believe I was using expletives.  Forgive me.  The

10   adrenaline was going a bunch.  I tried to document in my

11   report specifically what I had said.  So some "F," words

12   are in there.

13           I told him multiple times, "Show me your

14   hands."  This was because I couldn't see them.

15       Q    Okay.  Did Mr. Barnhill comply with the

16   command, "Show us your hands," or, "Show us your,"

17   expletive, "hands," at any time during the foot pursuit?

18       A    Oddly enough, he did raise them to about chest

19   height as he continued to run away from us, and towards

20   the front door.

21           Again, this is happening extremely quickly.

22   Both hands went up towards the chest and he kept running

23   away.  I know other officers behind me were yelling

24   multiple commands as well, while I was still in the

25   process of yelling, "Show me your hands."

Deposition Of Officer Brett Maynard

1    lawful commands and continue to flee away from us.
2            Maybe perhaps what I've been alluding at is,
3    upon watching my own body camera and typing out the
4    report, that's when I thought it was odd because I could
5    see it in second-by-second, hitting "pause," and "play,"
6    "pause," and "play."
7            In the moment, he was just continuing to flee.
8    I don't recall an exact thought about -- well, I recall
9    him continuing to flee.  And I recall me thinking, "I'm
10   going to have to continue to chase this person because
11   he's refusing to surrender, refusing to stop and obey
12   lawful commands."
13   BY MR. PACKER:
14       Q    At any time, did he stop?
15       A    No, sir.
16       Q    At any time, did you come into contact with
17   him?
18       A    Yes, sir, I did.
19       Q    Did that include physical contact?
20       A    Yes, it did.
21       Q    What was the first physical contact that you
22   had with this individual that we later identified, or
23   you later identified, as Mr. Barnhill?
24       A    The very first moment of physical contact would
25   be me arriving at where Mr. Barnhill was.  He was at the

Deposition Of Officer Brett Maynard

1    front door of the residence.  In that split second

2    moment, I could see he had a ring of keys in his hand

3    and he was reaching towards the front doorknob.  I don't

4    know if he was touching it or not.

5         My immediate thoughts, again -- I didn't know

6    it was his address or the victim's address.  I just saw

7    he was trying to gain entry into this house.  I don't

8    know why.  I can make what I feel are reasonable

9    assumptions as to why, and my immediate thought was, "I

10   don't know whose house this is.  Are there innocent

11   people inside?  Is he trying to take a hostage by going

12   to this random house?"

13        I was worried that he still had access to a

14   firearm that was either on his person or he was running

15   to gain access to a firearm.  How this house was in

16   play, I didn't know, but could there be more weapons

17   inside?  That was a factor.  My last thought was, just,

18   "If I don't immediately collect him in this time, this

19   is going to turn into a barricaded" -- could be a

20   barricade with a hostage or barricaded situation with an

21   armed suspect, or "reported to be armed suspect," who

22   already just, in the initial statement from the victim

23   over the phone, is potentially a victim [sic] of three

24   different or four different felonies.  So it was kind of

25   a maximum police incident the time.

Deposition Of Officer Brett Maynard

1     Q     Had you, in your time as a patrol officer with
2     the Hemet Police Department, prior to April 29th, 2022,
3     experienced a situation where somebody was chased on
4     foot and then took a hostage in their home?
5     A     Personally, no.  However -- and I can't point
6     to a definitive video.  I've seen probably thousands of
7     videos during my short time as a police officer.  But I
8     was already aware that persons, who, in my
9     understanding, generally run from the police or flee
10    from the police, only have a few options left.  And the
11    most immediate options, that would be life-threatening,
12    or something that I could prevent as an officer would be
13    potentially those things.
14          And so my thought process of, "Okay, these are
15    the things that make the most sense to me that he could
16    be going after.  Ultimately, I need to stop those from
17    happening.  I'm here now, still trying to apprehend him.
18    I need to make sure he don't get inside that door."
19    Because the end results of those possibilities is
20    possible loss of life, injuries to myself or other
21    people, and prolonged incidents trying to take him into
22    custody.  It has already been prolonged, by his flight
23    and the pursuit.  This is only going to continue until
24    he was taken into custody.
25    Q     Okay.  So to unpack that a little bit, is it

Deposition Of Officer Brett Maynard

1  keys in his hand; is that right?

2      MS. KORNBLAU:  Objection.  May misstate testimony

3  regarding when Mr. Barnhill was identified by

4  Officer Maynard.

5      THE WITNESS:  During that time, I did observe -- I

6  believed there were keys in his hand.

7  BY MR. PACKER:

8      Q    At this point, then, could you see both of this

9  individual's hands?

10     A    I don't recall.  It was a very, very quick

11 split second.

12     Q    Do you recall seeing a weapon in their hands?

13          Do you have that specific recollection?

14     A    The keys in my mind were -- there was a bunch

15 of keys there, a small metal object.  They can be sharp.

16 I regarded the keys as a potential deadly weapon as

17 well.  It depends on how someone uses them against

18 another person.

19     Q    Let me specifically ask:

20          Did you see a gun in Mr. -- in this

21 individual's right hand?

22     A    I did not.

23     Q    Did you see a gun in this individual's left

24 hand?

25     A    I don't recall what his left hand was doing

Deposition Of Officer Brett Maynard

1   during this.

2       Q    Do you recall seeing a knife in this

3   individual's right hand?

4       A    I do not.

5       Q    To your knowledge, was there ever a gun found

6   outside of the home where you made physical contact with

7   this individual?

8       A    I did not conduct any sort of investigation to

9   the outside of the home.  Upon his apprehension, I was

10  immediately en route to go speak with the victim.

11          So I'm aware of multiple firearms being found.

12  At least one of them was within access of Mr. Barnhill.

13  However, I don't have a specific recollection to one

14  being outside the home.

15      Q    Okay.  So when you say, "within immediate

16  access," you mean, inside the home?

17      A    Yes.  Multiple firearms were found inside the

18  home.

19      Q    But, again, the physical contact you had with

20  this individual occurred outside the home, right?

21      A    That is correct.

22      Q    What was the nature of your physical contact

23  with this individual outside the home?

24      A    Well --

25      MS. KORNBLAU:  Objection.  Calls for a narrative.

Deposition Of Officer Brett Maynard

```
1            Go ahead.
2        THE WITNESS:  What was the nature of my -- the
3    nature?  I had to complete an apprehension.
4    Mr. Barnhill continued to flee from us, armed, clothed,
5    uniformed police officers, with our lights and sirens,
6    for multiple miles throughout the city.  He continued to
7    flee on foot at the conclusion of -- jumping out from
8    the vehicle.  And so myself, and a couple of other
9    officers had to physically take him into custody over
10   the top of his resistance and continued resistance
11   during that time, as well.
12   BY MR. PACKER:
13       Q    Okay.  Did you tackle Mr. Barnhill?  Was that
14   the first physical contact you had with him?
15       A    I recall -- from review of my report, I recall
16   using the word, "tackle."  However, with a probably
17   clearer mind now, I thought it would be the best word to
18   use at the time, and I wouldn't use it again, now.  I
19   can explain.  That's up to you.
20       Q    Let me ask you this:
21            At the time you wrote that report, when the
22   events were fresh in your mind, you used the word,
23   "tackle":  Is that fair to say?
24       A    I did write that word down.  However, I don't
25   believe it's an accurate representation, as I sit here
```

Deposition Of Officer Brett Maynard

1  now.

2      Q    Is that based on your further review of the

3  video, in part?

4      MS. KORNBLAU:  Go ahead.  Vague and ambiguous.

5      THE WITNESS:  My understanding of the use of that

6  word and my actions during that time, I believe I was

7  trying to give the best possible interpretation.

8  Mainly, because, as I was running, I had my firearm out.

9  Again, he was an alleged felony suspect, multiple

10  felonies, violent, against someone who he is supposed to

11  be the most close to.  And the continued understanding

12  and information we were getting was that he was in

13  possession of a firearm.

14      I'm chasing him and giving him commands.  He is

15  continuing to flee.  My mind goes to, "He is trying to

16  go inside the house.  We can't let that happen."  And

17  then, as I get to him, I couldn't put my gun away fast

18  enough.  I was going hands-on, because I knew it was a

19  close proximity environment.  Mr. Barnhill is vastly

20  bigger than I am.  I was worried that the close

21  proximity of me with my lethal weapon might introduce my

22  weapon as a potential weapon against me, even.

23      So when I used the word "tackle," in the best

24  way I could describe it, I used my left shoulder to

25  forcefully push Mr. Barnhill away from the front door.

Deposition Of Officer Brett Maynard

1    But my description of a "tackle," is not something that
2    I would -- the word "tackle," to me, it's America, we
3    talk about football and a nice both-arm tackle, where
4    you kind of gain control of someone during that time, to
5    take them where you need to.  I didn't get that
6    opportunity.  I had to use my left shoulder to push him
7    away from the door and still try to holster my firearm.
8    My hands were putting that gun away and not able to
9    collect him, or maintain any sort of control on him.
10   BY MR. PACKER:
11       Q    Okay.  Did you holster the firearm?
12       A    Yes.
13       Q    So in this physical act of driving your
14   shoulder into Mr. Barnhill, did he fall to the ground?
15       A    No.
16       Q    What happened?
17       A    Mr. Barnhill went away from the door, kind of
18   stumbled backwards.  Then I was able to holster my
19   firearm, and try to reengage with my hands now, in
20   collecting an arm.  At that time, I was closest to his
21   right arm.  So my hands were trying to grab that right
22   wrist.
23            He now, or then, had become seated in a chair
24   that was on the -- like, a lawn chair, or patio chair,
25   on the deck, or on the patio.

Deposition Of Officer Brett Maynard

1    follow the commands given.  But up to that point, he had

2    not listened to any commands or chose to obey any

3    commands in a manner that is telling me he is trying to

4    surrender or be taken into custody.

5         So I remember reaching out with either my right

6    or left hand and at least just getting -- touching his

7    right hand and I punched him in the face, I believe,

8    with my right hand, closed fist.

9         Q    After you punched him in the face, what was the

10   response from this individual?

11        A    It didn't seem to phase him at all.  Like I

12   said, Mr. Barnhill is six-foot-three, I believe, and

13   over 250 pounds.  At the time, I was -- I'm still

14   five-eight and under 160 pounds.  My strike didn't seem

15   to have an effect on him at all.  He was still flailing

16   his arms around and had not made any motion to follow

17   commands, such as, "Get on the ground."

18        Q    Do you recall writing in your report, "I

19   punched him in the front of the face with a closed right

20   fist in an effort to distract him from reaching towards

21   his clothing.  This was effective"?

22        A    I found it.  Yes.  Oh, okay.  So, yeah.  I do

23   recall stating that.  I had it backwards.

24        Q    The strike to the face was, at least to some

25   extent, at the time you wrote this report, in your mind,

Deposition Of Officer Brett Maynard

1    had.  So, yes, when I said it was "effective," that one

2    punch was enough to bring his hand -- at least his right

3    hand, back up.  My understanding was potentially to

4    block any other strike.  So it was effective to me to

5    get him away from where I believed the deadly weapon

6    was.

7       Q    To be clear, there was no deadly weapon found

8    anywhere on him, right?

9       A    Ultimately, the officers on-scene conducted a

10   search.  I don't believe they found anything.  Like I

11   said, I had already seen those keys in his hands that

12   could have been used.  I don't know where those went.

13   This happened very quickly.  He had not been searched at

14   that point.

15           So the actions up until that point were still

16   with the understanding that he possessed it.

17      Q    But your understanding now is, nothing was

18   found, right?

19      A    As I sit here today, it doesn't appear he had a

20   firearm on his person.

21      Q    Okay.  And no knife on his person, right?

22      A    As far as I know.

23      Q    And at the time you struck him in the face, the

24   keys were no longer in his hands, right?

25      A    Like I said --

Deposition Of Officer Brett Maynard

1  individual in the face that you noticed Officer Bishop

2  had joined the incident?

3      A    I don't think I could put a direct moment on

4  it.  Since I was so kind of focused on what his hands

5  were doing, especially the right hand that I was

6  attempting to get control of.  I think my understanding

7  of when he came into the environment was better from

8  watching the video, not necessarily at the moment.

9      Q    What you do recall seeing is Dr. Aguila arrive

10  when this individual was still seated in the chair; is

11  that right?

12      A    Yeah.  While he was in the chair.  I don't know

13  about "seated."  But while he was in the chair.  I

14  recall my attention was now on that right hand with

15  respect to -- I was paying attention to the right hand,

16  and I understood that Officer Aguila might be trying on

17  the left hand.  But that was on him.

18          So, yeah, that would be the moment, I guess,

19  where I felt like I had an additional officer with me.

20      Q    Okay.  And at that point, you believed it to be

21  just one additional officer?

22      A    I don't know if that went through my mind.  I

23  apologize.

24      Q    That's okay.

25          At some point, you did hear a taser being

Deposition Of Officer Brett Maynard

1      Q    Did you, at the time you were struggling with

2   this individual, see Officer Bishop use the taser in a

3   different manner?  In other words, to strike this

4   individual?

5      A    No.

6      Q    So let me just clarify then:

7           You didn't specifically see the taser used in

8   probe mode; is that right?

9      A    I recall there being an attempt to use it in

10  probe mode, where I believe the darts made contact with

11  Mr. Barnhill.  I don't know to what extent.

12          Ultimately, I know in the moment, they did not

13  work effectively as we are trained to have them work

14  because Mr. Barnhill was still able to very deliberately

15  move his arms around.  And when I have taken a taser, I

16  was unable to use my arms at all.  I wasn't able to move

17  any part of my body, other than to fall on my face.

18          When I knew there was a taser being deployed,

19  and Mr. Barnhill is still deliberately rotating his

20  wrist around and moving that hand back and forth to get

21  my hands off that right wrist, my understanding is,

22  that, "Okay, this is not working.  How to move forward

23  from here?"

24      Q    Did you strike this individual?  Other than the

25  strike you described to the face, were there any other

Deposition Of Officer Brett Maynard

```
 1   strikes that you delivered to this individual?
 2        A    Ultimately, yes, sir.
 3        Q    What are those?
 4        A    I delivered one strike, this is after he had
 5   now -- Mr. Barnhill, had now become assaultive.  So
 6   there was the assault on me with his knee, the
 7   distraction blow by me with my right hand to his face to
 8   get those hands away from his -- the area where I
 9   believed there was going to be a weapon.  Following a
10   taser deployment that was ineffective and Mr. Barnhill
11   was still uncooperative and violently resisting.  I was
12   able to work together with Officer Aguila to essentially
13   pull Mr. Barnhill out of the chair and somewhat down to
14   the ground.  That just really means, we were making
15   contact with the ground.  Mr. Barnhill was truly trying
16   to push himself off the ground, again, pull that arm
17   away from me.  I was saying, multiple times, "Put your
18   hands behind your back."  He was never doing that.
19                  Mr. Barnhill continued to use that
20   right arm that I was trying to focus on, and that was
21   the side of the body I was on, to reach down underneath
22   him, his body, and reach towards his right front
23   waistband area, or the jacket pocket.  They were both
24   kind of in the same spot.
25                  So while I'm still trying to -- even trying to
```

Deposition Of Officer Brett Maynard

1  grab the arm, I still don't have control over it, he is

2  rotating his wrist out, deliberately, outside of my

3  thumbs, to where I just couldn't get a firm grasp on it.

4        I was extremely worried that the continued

5  times of reaching towards that waistband, not just once,

6  not just twice, this is, like, the fourth or fifth time

7  that he is making a direct intention to go down there,

8  my only thought was that he had a gun.

9        So not being able to gain control over and

10  prevent him from accessing the gun, I had to switch my

11  body position, look for, essentially, a target to

12  distract him, and the only available target that I had,

13  based on his body position and how he was keeping those

14  arms away from us, and reaching, was the face.

15        So I used the quickest most effective thing I

16  could think of, which was a right knee strike to the

17  right side of his face.

18    Q    Do you recall where on the right side of his

19  face you struck him with your knee?

20    A    Not directly, or maybe not specifically.  I

21  could just see more the front of a face instead of,

22  like, the back side.  And then one knee strike, I'm

23  assessing the moment.  And again, just like how, before,

24  I'm assessing to see if that one face strike had

25  distracted him or done what I wanted it to accomplish,

Deposition Of Officer Brett Maynard

1    by getting his hands away from where I felt the gun was,

2    the same thing happened here.  One strike to the face,

3    and he brought that hand away from that waistband and

4    was now using that right hand to now protect his face

5    again.

6           So now I'm back on the hand.  This time, with

7    it being out from under the body more, I believe that

8    was the time I was able to get more firm control over it

9    and get two hands, and then try to -- again, he is 250

10   pounds, quite a bit taller than me.  I'm easily less --

11   more than 100 pounds lighter than him.  I'm using my

12   entire body weight to trying to pull the hand away from

13   the face area and back down, essentially, towards the

14   middle of his back.  I never even got there.  He -- he

15   is stronger.  He circumvented me trying to take it to

16   his back.  He went for the waistband again.

17           I continued to try to dig for that, until

18   another officer, the fourth officer, Corporal Klinzing,

19   was able to get on the scene, and help us bring both

20   hands to the middle of his back, and ultimately, I

21   handcuffed him.

22        Q    You were the one that handcuffed him?

23        A    Yes, sir.

24        Q    I heard there was one additional knee strike

25   you delivered to Mr. Barnhill's face; is that right?

Deposition Of Officer Brett Maynard

1    times, the hands tucked under him, to where he was on

2    his knees but the shoulders were down.  That was his

3    position.

4         I would be on his right arm side, and looking

5    down his body, down his flank, towards that right leg

6    and the waistband, with my hands in front of me, trying

7    to get the arm, where he kept reaching towards the

8    waistband.  I could see Officer Aguila to the leg side

9    [sic].  I don't believe he was on my side, but I don't

10   know if he was directly behind the legs or more on

11   Barnhill's left side.  I couldn't make out what he was

12   doing at any point, other than, at the very end, seeing

13   that he has the other hand.

14        At that moment, Corporal Klinzing comes in and

15   comes in the middle of the legs, and I remember him

16   reaching with his right hand to assist me bringing the

17   hand towards the middle of the back, so he was facing

18   towards the torso area.

19        At that time, I couldn't see where

20   Officer Bishop had gone.  My assumption, maybe based off

21   the way he came down, was, that he went somewhere behind

22   me.  But I couldn't tell.

23        Q    Okay.  So your best recollection is that you

24   were closest to the right side of Mr. Barnhill, right?

25        A    Yes.  I was towards his right arm.

Deposition Of Officer Brett Maynard

1    Q    I will continue to play through.  What I am

2  going to do is, stop it when I believe that all the

3  officers have arrived, so you can identify where they

4  are for us.

5        Okay?

6    A    Okay.

7        (Whereupon, a video clip was played.)

8  BY MR. PACKER:

9    Q    Do all the officers appear to be present now,

10  at 2:58, on Exhibit 2?  I will represent to you that we

11  can only see three in this frame, here.

12    A    I know it was jumpy and it's not smooth.  In

13  this freeze frame, and with my full knowledge of the

14  incident, up to today, I could see my name tag.  I know

15  that's me.  I believe I can see Corporal Klinzing's name

16  tag.  I believe that's him.  I said I believe we are

17  watching Officer Aguila's video.  So that would be him.

18  I believe the leg would be Officer Bishop.

19    Q    Now, in this frame, at 2:58, is it your left

20  hand that appears to have the individual's right hand in

21  their grasp?

22    A    The hand with the watch on it and the tattoo on

23  the ring finger, yes, that is my left hand.

24    Q    And in your mind, was the hand under control at

25  this point?

Deposition Of Officer Brett Maynard

1       A    No, sir.

2       Q    Why not?

3       A    Well, he's not in handcuffs.  Even during the
4   whole rest of the incident, up to then, every time I
5   would get a hand on it, or around the wrist, the hand,
6   or whatever, Mr. Barnhill was actively pulling that hand
7   away and rotating it out from my grasp.  So, no.

8            Until a physical device, such as handcuffs,
9   comes on, I do not declare or even understand that he's
10  under control.

11           As you saw earlier, he was grabbing my hand to
12  begin with, so I had no form or function of that hand at
13  all.  He is not under control here.

14      Q    Are you able to hear the audio on this?

15      A    So far, there has been no audio.

16      Q    At some point, you wrote in your report that
17  you yelled, "I've got his hands"; is that right?

18      A    I do remember writing that, yes, sir.

19      Q    Do you recall at what point you yelled, "I have
20  got his hands"?

21      A    In my recollection, that would have been after
22  this moment in time, where, once I had already blocked
23  that hand all the way forward -- so my understanding of
24  this moment, at 2:58, on this video, is, my right hand
25  is not on that wrist.  It's actually down lower.

Deposition Of Officer Brett Maynard

1        I don't remember exactly where it was in the
2    transition process, or whatever.  But I know it's not on
3    the wrist.  My left hand is around the fingers.  But
4    it's not under control.
5        So at some point, I recall having a firm
6    two-grasp [sic] on it and pushing it all the way to the
7    middle of the back, and Corporal Klinzing assisting me
8    in bringing the hands together.  Then I was able to kind
9    of disengage, collect a set of handcuffs and attach
10   them.
11       Q    Okay.  I'm sorry.  Are you done?
12       A    Yes.  It would have been after that restraint
13   and further taking the hand all the way to the middle of
14   the back.
15       Q    You believe it was after this moment that you
16   yelled, "I've got his hands," and we are at 2:57 of
17   Exhibit 2?
18       A    Yeah.  I felt it would have been after that
19   point.  I know we were looking at 2:58.  So this looks
20   like -- just prior to that, I still did not have control
21   of the hands.
22       Q    It is your recollection that you don't recall
23   saying, "I've got his hands," at the point we see at
24   2:57 of Exhibit 2?
25       A    No, yeah.  My recollection would be, it would

Deposition Of Officer Brett Maynard

```
1      A     That could potentially be Officer Bishop.
2            (Whereupon, a video clip was played.)
3   BY MR. PACKER:
4      Q     I want to play this, at 2:59.
5            I don't know if you saw an individual grasping
6   the back of this person, the suspect's, head.
7            Do you see that?
8      A     I believe in my report, I stated that I believe
9   I saw Officer Bishop making contact with Barnhill's
10  upper -- his hair, essentially.  And so, yes, at some
11  point, I recall seeing Officer Bishop grab the hair.
12     Q     That's at the point where Mr. Barnhill's hands
13  are behind his back; is that fair to say?
14     MS. KORNBLAU:  Objection.  May misstate the
15  evidence.
16            Go ahead.
17     THE WITNESS:  Yeah.  Again, his hands are not
18  behind his back.  They are -- number one, they are not
19  in handcuffs.  Number two, they were not in the position
20  where I got them to get them into handcuffs.  It still
21  appears to be on this -- towards his right side.  I just
22  felt the hand or was able to get the hand to where I
23  could see it, out from under, near the waistband.
24            No, it's not behind his back.  At least, the
25  hand I'm holding on to with my left hand, is not behind
```

Deposition Of Officer Brett Maynard

1          Do you have anything?

2     MS. KORNBLAU:  No.

3     MR. PACKER:  Just handle it by Code, if that's

4  okay.

5     MS. KORNBLAU:  Yes.

6     THE COURT REPORTER:  If any counsel needs a

7  certified copy, please feel free to let me know here.

8     MR. PACKER:  Yes, please.

9          (Whereupon, at the hour of 3:55 p.m.,

10     the proceedings were concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition Of Officer Brett Maynard

```
 1   STATE OF CALIFORNIA      )
                              )    ss.
 2   COUNTY OF LOS ANGELES    )

 3

 4

 5       I,  Claudia P. Marsh, a Certified Shorthand

 6   Reporter, CSR No. 6353, hereby certify:

 7       I am the deposition officer that stenographically

 8   recorded the testimony in the foregoing deposition;

 9       Prior to being examined, the deponent was by me

10   first duly sworn;

11       That the foregoing deposition is a true record of

12   the testimony given.

13       Before completion of the deposition, review of the

14   transcript ____was/__x__was not requested.  If

15   requested, any changes made by the deponent (and

16   provided to the reporter) during the period allowed are

17   appended hereto.

18

19

20   Dated: April 23,2025.

21

22

23                    _____
                      CLAUDIA P. MARSH, CSR No. 6353

24

25
```