# "EXHIBIT 5"

1                    UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4    HENRY BARNHILL,                )
                                    )
5              Plaintiff,           )
                                    )
6    vs.                            )
                                    ) Case No. 5:23-cv-00589
7    CITY OF HEMET, OFFICER         )
     BRETT MAYNARD; OFFICER         )
8    JOSHUA BISHOP; OFFICER         )
     PEDRO AGUILA; CORPORAL         )
9    DOUGLAS KLINZING; JAMIE        )
     GONZALEZ; CATHERINE            )
10   TIPTON; and DOES 1-10,         )
     inclusive,                     )
11                                  )
               Defendants.          )
12   _____)

13

14

15        VIDEOTAPED DEPOSITION OF HENRY MICHAEL BARNHILL

16                   Via Zoom Videoconference

17        Wednesday, September 10, 2025, at 10:00 a.m.

18

19

20

21

22

23

24
     Stenographically Reported by:
25   ALYSSA PACHECO, CA CSR 13391

| | | |
|---|---|---|
| 1 | Wednesday, September 10, 2025, 10:00 a.m. | |
| 2 | ---oOo--- | 10:00:50 |
| 3 | THE VIDEOGRAPHER:  Good morning.  We are now on | 10:00:50 |
| 4 | the record.  Today's date is September 10th, 2025.  The | 10:00:55 |
| 5 | time is 10:00 a.m. Pacific Standard Time.  We're all | 10:00:57 |
| 6 | attending remotely via Web conference for the deposition | 10:01:01 |
| 7 | of Henry Barnhill in the matter of Henry Barnhill versus | 10:01:05 |
| 8 | the City of Hemet, et al.  The case number is | 10:01:10 |
| 9 | 5:23-CV-00589 ABG. | 10:01:13 |
| 10 | My name is Rene Sanchez, and I'm the videographer | 10:01:17 |
| 11 | on behalf of Nationwide Legal.  The court reporter is | 10:01:20 |
| 12 | Alyssa Pacheco. | 10:01:23 |
| 13 | Counsel, can you please identify yourselves and | 10:01:26 |
| 14 | state who you represent and then lodge an agreement to | 10:01:27 |
| 15 | remote swearing in and manner of deposition. | 10:01:33 |
| 16 | ATTORNEY KORNBLAU:  Andrea Kornblau on behalf of | 10:01:34 |
| 17 | the City of Hemet and its officers.  And, yes, I do agree | 10:01:38 |
| 18 | to the remote swearing in of the witness. | 10:01:42 |
| 19 | ATTORNEY PACKER:  Trent Packer for Mr. Barnhill, | 10:01:45 |
| 20 | and I also agree to the remote swearing of the witness. | 10:01:48 |
| 21 | THE VIDEOGRAPHER:  Thank you, Counsel. | 10:01:54 |
| 22 | Will the court reporter please swear in the | 10:01:54 |
| 23 | witness. | 10:01:56 |
| 24 | THE STENOGRAPHER:  Hello.  My name is Alyssa | |
| 25 | Pacheco, California CSR Number 13391. | |

1   morning and once in the evening.                        10:06:13

2   Q.  How long have you been taking seizure medication?   10:06:16

3   A.  I've been taking seizure medication since the       10:06:21

4   county jail, since I had my first seizure in county jail. 10:06:25

5   Q.  What year was that?                                 10:06:29

6   A.  I don't remember.  I'd say 2022, somewhere around   10:06:31

7   the end of 2022, I believe.  It took some time for them 10:06:40

8   to actually give it to me.                              10:06:49

9   Q.  Have you had seizures your entire life?             10:06:50

10  A.  No.                                                 10:06:54

11  Q.  Have you --                                         10:06:54

12  A.  I never had a seizure -- I never had a seizure      10:06:54

13  prior to the accident.                                  10:06:58

14  Q.  What accident?                                      10:06:59

15  A.  When I got in my -- I was beat in the head --       10:07:00

16  well, this incident right here.                         10:07:03

17  Q.  And so you said this was during your first time     10:07:06

18  incarcerated in prison?                                 10:07:13

19  A.  No.  I was actually in the county jail when they    10:07:15

20  initially started -- when they initially prescribed it to 10:07:22

21  me, but it carried over to when I got here.  All my     10:07:26

22  medications got transferred.                            10:07:30

23  Q.  Okay.  Who diagnosed you with seizures?             10:07:32

24  A.  A doctor.  I don't know the doctor's name.  But     10:07:37

25  I've seen so many doctors.  I -- I've seen              10:07:42

HENRY MICHAEL BARNHILL                                    9

| | | |
|---|---|---|
| 1 | ophthalmologists, neurologists, head and neck trauma | 10:07:45 |
| 2 | doctors.  I've seen regular doctors.  I've seen so many | 10:07:50 |
| 3 | medical doctors. | 10:07:53 |
| 4 | Q.  Okay.  So you said that you were not diagnosed | 10:07:55 |
| 5 | with seizures prior to 2022? | 10:07:58 |
| 6 | A.  No, I never had a seizure prior. | 10:08:02 |
| 7 | Q.  Have you had any health problems prior to 2022? | 10:08:04 |
| 8 | A.  Health problems like what?  Like -- I mean, I've | 10:08:11 |
| 9 | been sick and all that type of stuff, but can you be more | 10:08:17 |
| 10 | specific? | 10:08:21 |
| 11 | Q.  Do you have any physical conditions that affect | 10:08:22 |
| 12 | your health? | 10:08:26 |
| 13 | A.  No. | 10:08:29 |
| 14 | Q.  Do you have any problems with your heart? | 10:08:30 |
| 15 | A.  I was born with a heart murmur, but it doesn't -- | 10:08:35 |
| 16 | it doesn't, like, really affect my health. | 10:08:40 |
| 17 | Q.  Okay.  But I did ask if you have any physical | 10:08:43 |
| 18 | conditions, and you said no, and so now you're saying you | 10:08:45 |
| 19 | do have a heart murmur; is that right? | 10:08:48 |
| 20 | A.  My understanding to the question that you asked | 10:08:50 |
| 21 | was if I had any type of health problems that affected my | 10:08:53 |
| 22 | health.  I was born with a -- a hole in my heart, a hole | 10:08:59 |
| 23 | in my left ventricle.  I'm not sure whether it closed or | 10:09:03 |
| 24 | not, so now I'm -- now it's a -- a irregular heartbeat, a | 10:09:07 |
| 25 | heart murmur, so that's my understanding of it.  But it | 10:09:12 |

```
1    know, oh, it plays being tased and all that type of          10:14:45
2    stuff.                                                        10:14:48
3         You know, as far as watching the video, you know,       10:14:48
4    it kind of -- it kind of -- you know, it kind of -- I        10:14:51
5    felt frightened all over again, you know, because at that    10:14:53
6    moment I -- I -- I was fearful.  In my head I was just       10:14:56
7    thinking, like, "I hope they don't kill me," you know, "I    10:15:00
8    hope they don't, you know, like, take it too far," you       10:15:03
9    know.  I -- I was -- I was scared at the time, so            10:15:07
10   watching the videos just kind of brought back all that       10:15:10
11   stuff.                                                        10:15:13
12   BY ATTORNEY KORNBLAU:                                        10:15:14
13     Q.  Okay.  When you were interviewed in the hospital,      10:15:14
14   did you tell an investigator or an officer that you          10:15:16
15   blacked out?                                                 10:15:21
16     A.  I think that -- to the best of my recollection, I      10:15:24
17   vaguely recall speaking to an officer.  I'm not exactly      10:15:30
18   sure what the conversation entailed.  I remember asking      10:15:33
19   him why -- you know, why the officers, you know, beat me     10:15:40
20   up like that when I was just trying to, you know,            10:15:45
21   surrender, and I was doing everything that they asked me     10:15:47
22   to do.                                                       10:15:50
23        ATTORNEY KORNBLAU:  Okay.  Objection.  Move to --       10:15:50
24   move to strike your response as nonresponsive.               10:15:53
25     Q.  I asked you just whether you recall telling an         10:15:57
```

```
 1   officer or an investigator that you blacked out.        10:15:59

 2       A.  I don't recall that those were my words.  I don't  10:16:05

 3   recall.                                                  10:16:09

 4       Q.  Okay.  So do you remember the entire incident?   10:16:09

 5       A.  I -- yeah, I remember what happened.  I remember  10:16:15

 6   being hit, yeah.                                         10:16:17

 7       Q.  Okay.  So you remember -- you didn't black out,   10:16:20

 8   then, is what you're saying now?                         10:16:22

 9       A.  My memory is kind of sketchy on that.  You know,  10:16:25

10   it's kind of like --                                     10:16:27

11       Q.  I don't know --                                  10:16:32

12       A.  It's like --                                     10:16:33

13       Q.  So you're --                                     10:16:34

14       A.  It's --                                          10:16:34

15       Q.  -- saying --                                     10:16:35

16       A.  -- it's --                                       10:16:35

17       Q.  -- your memory --                                10:16:35

18       A.  -- it's --                                       10:16:35

19       Q.  You're saying your memory is sketchy?  What does  10:16:36

20   that mean?                                               10:16:40

21       A.  It's sketchy because, you know, like, I'm on the  10:16:41

22   ground.  Like, you know, every time you get hit, it's    10:16:48

23   like everything goes black, you know, everything -- so,  10:16:48

24   like, trying to put it all together, you know, I remember 10:16:50

25   being hit.  I remember, you know, how -- you know, how    10:16:53
```

| | | |
|---|---|---|
| 1 | THE WITNESS:  Sometimes I get confused because | 10:51:40 |
| 2 | the -- like, sometimes it goes in and out so I have to | 10:51:42 |
| 3 | kind of, like, put everything together. | 10:51:45 |
| 4 | BY ATTORNEY KORNBLAU: | 10:51:49 |
| 5 | Q.  Okay.  So just to be specific, Count 10 was | 10:51:51 |
| 6 | resisting a police officer in the performance or | 10:52:05 |
| 7 | attempted performance of his or her duties in violation | 10:52:08 |
| 8 | of Penal Code Section 148(a).  So were -- | 10:52:10 |
| 9 | ATTORNEY PACKER:  Objection.  Relevance. | 10:52:16 |
| 10 | Sorry.  Go ahead. | 10:52:17 |
| 11 | BY ATTORNEY KORNBLAU: | 10:52:17 |
| 12 | Q.  So were you convicted of resisting a police | 10:52:18 |
| 13 | officer in the performance or attempted performance of | 10:52:20 |
| 14 | his or her duties in violation of Penal Code Section | 10:52:20 |
| 15 | 148(a)? | 10:52:23 |
| 16 | ATTORNEY PACKER:  Objection.  Relevance. | 10:52:23 |
| 17 | Speculation. | 10:52:25 |
| 18 | Go ahead. | 10:52:26 |
| 19 | THE WITNESS:  To my understanding, because I got | 10:52:27 |
| 20 | out the car and I ran to the door, that was considered | 10:52:31 |
| 21 | resisting arrest, so I was found guilty of that. | 10:52:34 |
| 22 | BY ATTORNEY KORNBLAU: | 10:52:39 |
| 23 | Q.  And what is your understanding based on? | 10:52:40 |
| 24 | ATTORNEY PACKER:  Objection.  Relevance. | 10:52:42 |
| 25 | THE WITNESS:  Well, to the best of my | 10:52:47 |

HENRY MICHAEL BARNHILL                    43

| | | |
|---|---|---|
| 1 | the conversation was. | 10:53:41 |
| 2 | A.  Yeah.  To my understanding, it was because I got | 10:53:45 |
| 3 | out the car and ran to the door that was resisting | 10:53:47 |
| 4 | arrest. | 10:53:51 |
| 5 | Q.  And you knew that it was police officers, correct? | 10:53:51 |
| 6 | A.  Yes.  That -- yeah. | 10:53:57 |
| 7 | Q.  Okay.  So when you got out of the car, you were | 10:54:01 |
| 8 | aware that police officers were trying to stop you, | 10:54:04 |
| 9 | correct? | 10:54:06 |
| 10 | A.  Yeah.  I kind of -- everything kind of, like, came | 10:54:06 |
| 11 | back to focus once I got to the door, kind of, like, you | 10:54:09 |
| 12 | know, I saw the officer running at me, and I just froze. | 10:54:13 |
| 13 | You know, it's like at that time my brain was putting | 10:54:17 |
| 14 | everything together. | 10:54:22 |
| 15 | Q.  Okay.  So you -- | 10:54:23 |
| 16 | A.  Kind of like -- | 10:54:25 |
| 17 | Q.  So you did know, though -- getting out of the car, | 10:54:26 |
| 18 | you said you ran, and you knew that it was a police | 10:54:27 |
| 19 | officer trying to stop you; is that right? | 10:54:28 |
| 20 | A.  Yeah, I was -- I was in fight-or-flight mode.  I | 10:54:31 |
| 21 | was just -- I was just trying to get somewhere safe. | 10:54:37 |
| 22 | Q.  So at what point were you aware that police | 10:54:40 |
| 23 | officers were trying to stop you, detain you, arrest you? | 10:54:42 |
| 24 | When were you aware of police officers being involved? | 10:54:46 |
| 25 | A.  I think that when -- when everything became clear | 10:54:48 |

1   -- from a woman named Zedonia (phonetic).  And the texts        10:57:06

2   were going to my watch.  So she was able to read the           10:57:10

3   texts as, you know, I was texting her and the texts were       10:57:14

4   -- so she was able to read both side of the texts.             10:57:17

5        So when I -- when I went back to the house, she           10:57:20

6   confronted me about that, and, you know, we had the -- a       10:57:22

7   verbal argument.  You know, there were threats that were,      10:57:25

8   you know, being exchanged between the two of us.  I told       10:57:29

9   her that I was going to beat her ass, you know, myself.        10:57:32

10  I told her -- I also told her that I was going to, you        10:57:36

11  know, have my sister kick her ass, and, you know, from --     10:57:38

12  from that point we kind of, like, argued and went to          10:57:42

13  sleep.                                                        10:57:45

14  BY ATTORNEY KORNBLAU:                                         10:57:46

15      Q.  Was there a gun involved?                             10:57:46

16      A.  No.  Never got a gun.                                 10:57:48

17      Q.  Did Rachel point a gun at you?                        10:57:52

18      A.  No.  Rachel pointed me -- a gun at me in a -- a       10:57:55

19  different incident prior to that.                             10:58:01

20      Q.  When did Rachel point a gun at you?                   10:58:02

21      ATTORNEY PACKER:  Objection.  Relevance.                  10:58:04

22      THE WITNESS:  I'm not sure on the date, but it           10:58:05

23  relates to one of the charges that I had.                     10:58:10

24  BY ATTORNEY KORNBLAU:                                         10:58:14

25      Q.  Can you give me an estimate?  A month?  A year?       10:58:14

HENRY MICHAEL BARNHILL                                          47

| | | |
|---|---|---|
| 1 | A.  I believe it was a couple weeks prior to that. | 10:58:19 |
| 2 | Q.  So it was still in April of 2022? | 10:58:22 |
| 3 | A.  Yeah.  A week or two prior to that, somewhere -- | 10:58:27 |
| 4 | it was -- it wasn't -- it wasn't too far.  It was, like, | 10:58:31 |
| 5 | maybe a week or two.  Not sure. | 10:58:35 |
| 6 | Q.  So a week or two before April 28, 2022, Rachel | 10:58:38 |
| 7 | pointed a gun at you? | 10:58:41 |
| 8 | A.  Yeah, she pointed a gun and shot me.  That's why | 10:58:43 |
| 9 | there's a bullet hole through the window and a bullet | 10:58:47 |
| 10 | hole in the back gate. | 10:58:51 |
| 11 | Q.  You cut out a little bit.  You said she pointed a | 10:58:53 |
| 12 | gun at you and something else? | 10:58:56 |
| 13 | A.  Yeah, and she shot me. | 10:58:59 |
| 14 | Q.  She fired the gun? | 10:59:02 |
| 15 | A.  Yeah, she fired the gun.  Yes. | 10:59:04 |
| 16 | Q.  In your direction? | 10:59:05 |
| 17 | A.  Yes.  It -- it -- it went through my -- through my | 10:59:06 |
| 18 | windbreaker.  Because at the time I was getting dressed | 10:59:08 |
| 19 | because I was planning to go down to San Diego to see | 10:59:11 |
| 20 | another woman.  And so at the time I was -- I was putting | 10:59:14 |
| 21 | my windbreaker on when the gun actually launched, so it | 10:59:16 |
| 22 | went -- it went through my windbreaker.  It went through | 10:59:21 |
| 23 | the -- through the blinds, then through the sheer | 10:59:26 |
| 24 | curtains, the cloth curtains through the -- through the | 10:59:30 |
| 25 | -- the glass and then out the back gate. | 10:59:32 |

HENRY MICHAEL BARNHILL                                      54

1   to us -- you know, her jumping up and confronting me        11:24:04
2   about things that -- text messages she had read through     11:24:08
3   my watch, and that -- you know, that led to, you know, a     11:24:13
4   verbal confront -- confrontation between the two of us       11:24:18
5   and, you know, to -- to the point of us arguing back and     11:24:22
6   forth and us falling asleep.                                 11:24:27
7       Q.  Okay.  Was a gun pointed at you on April 28, 2022?   11:24:28
8       A.  No.  That happened in a -- at a different time a     11:24:38
9   week or -- week and a half or something before that.  I      11:24:43
10  don't know the exact amount of days, but --                  11:24:47
11      Q.  Did --                                               11:24:50
12      A.  -- it was shortly before that, not on that date.     11:24:50
13      Q.  Did you point a gun at Rachel, your girlfriend or    11:24:54
14  exgirlfriend, on April 28, 2022?                             11:24:58
15      A.  No, I never had a firearm.  I never had a gun.       11:25:02
16      Q.  And I'm not asking, by the way, if you were in       11:25:06
17  possession or owning it because you believe it's the same    11:25:08
18  thing; I'm just asking if you pointed a gun at Rachel on     11:25:12
19  April 28, 2022.                                              11:25:18
20      A.  There was no gun involved in that day, and there     11:25:20
21  was no physical altercation that happened that day.          11:25:25
22  Ever.                                                        11:25:28
23      Q.  What about the week prior when you're saying that    11:25:29
24  there was a physical engagement, altercation between you     11:25:33
25  and Rachel?                                                  11:25:39

HENRY MICHAEL BARNHILL                          64

| | | |
|---|---|---|
| 1 | Q. What's the married last name? | 11:36:31 |
| 2 | A. Ozier, O-Z-I-E-R. | 11:36:34 |
| 3 | Q. And her first name, you said, is Lennita? | 11:36:39 |
| 4 | A. Ali nah. | 11:36:43 |
| 5 | Q. Can you spell -- | 11:36:45 |
| 6 | A. With an L. L-E-N -- L-E-N-I-T-T-A [sic]. | 11:36:46 |
| 7 | Q. Lennita. Okay. | 11:36:54 |

 8    A. I always get it mixed up.  I always put either two    11:36:55
 9  Ts or two Ns, but yes.    11:36:59

10    Q.  Sure.    11:37:03

11    A.  It's Leneice (phonetic) plus Rita (phonetic),    11:37:03
12  Lennita.    11:37:03

13    Q.  Okay.  So were you concerned on April 29, '22,    11:37:05
14  about the argument that you had with Rachel the day    11:37:08
15  prior?    11:37:15

16    A.  I wasn't.  You know, and that morning, you know,    11:37:15
17  when we -- you know, I was getting dressed, like -- and    11:37:21
18  I threw on my -- my shorts and my hoodie, you know, to    11:37:23
19  go, and as we were leaving out the door, she kind of,    11:37:28
20  like -- you know, like, grabbed me and, like, tried to    11:37:31
21  hug me, you know.  She was, like, "Are we okay?"  And I    11:37:34
22  kind of, like -- I didn't answer her, you know.  I was    11:37:37
23  kind of, like, still, like, giving her the cold shoulder.    11:37:40
24  But I didn't think anything of it.  I didn't think,    11:37:44
25  like -- for me, the fight was over, you know, even though    11:37:48

HENRY MICHAEL BARNHILL                                    65

1   we had, like, our disagreements and the night prior, you    11:37:50
2   know, we got into it about -- we got into it about, you     11:37:52
3   know, her going through my text messages, and, you know,    11:37:55
4   I told her that I was going to let my sister beat her up    11:37:58
5   in the morning, you know, but I thought it was over.  You   11:38:01
6   know, I didn't think that -- it -- in my mind I thought     11:38:04
7   it was over, you know.  And I remember, like, driving to    11:38:09
8   the school, and she kind of, like, reached over.  So I      11:38:12
9   had my hand on the -- on the shifter, you know, driving,    11:38:15
10  but she kind of reached over, and she kind of, like,       11:38:18
11  tried to grab my hand, you know, and I kind of, like,      11:38:21
12  pulled it away from her.  I was just -- I was just giving  11:38:23
13  her the cold shoulder, you know, just --                   11:38:27
14      Q.  Why were you giving her the cold shoulder if you   11:38:29
15  said you thought it was over?                              11:38:33
16      A.  Yeah, I thought, like, the arguments, you know,    11:38:34
17  that -- that we had, but I was still giving her the cold   11:38:37
18  shoulder.  You know, I don't know.  Call me being a dick   11:38:41
19  or whatever -- whatever I was being, you know, I was --    11:38:44
20      Q.  Okay.                                              11:38:44
21      A.  -- just -- I was giving her the cold shoulder.     11:38:46
22      Q.  So when Rachel pointed the gun at you a week       11:38:48
23  before April 29, 2022, did that affect you in any way?     11:38:52
24          ATTORNEY PACKER:  Objection.  Relevance.           11:38:58
25          Go ahead.                                          11:39:01

HENRY MICHAEL BARNHILL                                    66

```
1        THE WITNESS:  When -- when she pointed it at me, I    11:39:02
2   didn't know how to take it.  Like, there was a part of me   11:39:06
3   that was -- was scared.  You know, there was a part of me   11:39:10
4   that felt like she was just doing it to -- to kind of --    11:39:12
5   kind of control me, to try to, like, stop me from          11:39:15
6   leaving.  Then there was a part of me that was just         11:39:20
7   trying to understand everything, you know, like -- so I'm   11:39:22
8   kind of like -- I kind of, like, just ignored it and       11:39:25
9   continued to get dressed, you know, but at the same time   11:39:28
10  while I'm getting dressed, I can -- you know, she's        11:39:31
11  cocking the gun.  Like, she's trying to pull it back,      11:39:34
12  right, but I can see that she's not strong enough to       11:39:37
13  actually complete the full cycle, right?  So she's -- she  11:39:40
14  keeps, like, trying to, like, cock it back, and in the     11:39:44
15  midst of her cocking it back, the gun fires off.          11:39:47
16       So I don't know what happened.  I'm just             11:39:51
17  assuming -- the best way I can wrap my head around it is   11:39:54
18  I'm thinking, like, maybe she was pulling the trigger     11:39:57
19  while she's pulling it back and the gun fires off.        11:40:01
20  BY ATTORNEY KORNBLAU:                                      11:40:04
21    Q.  Did you want to stay together with her after she    11:40:04
22  fired the gun at you?                                       11:40:07
23    A.  Of course.  You know, we -- we talked about it the  11:40:08
24  next morning.  You know, we had a conversation about it.  11:40:12
25  She told me that she didn't mean to do it.  We -- and I   11:40:16
```

HENRY MICHAEL BARNHILL                                    69

1    Q.   Okay.   I don't want to get into all that.   I just        11:42:38
2  want to know -- so when Rachel pointed the gun at you a           11:42:40
3  week or two before April 29, 2022, you saw the gun and            11:42:43
4  you were processing, that and then -- then you -- you saw         11:42:50
5  her discharge the gun, and you believe it may or -- have          11:42:53
6  been just an accident.                                            11:42:58
7      Is that all right?                                            11:43:00
8    A.   Right.   I believe it was an accident.   And still         11:43:01
9  to this day I -- I believe -- I believe it was an                 11:43:05
10 accident.                                                         11:43:07
11   Q.   And then you immediately took action and tried to          11:43:07
12 take the gun away from Rachel; is that right?                     11:43:10
13   A.   Correct.                                                   11:43:13
14   Q.   Was that within seconds of seeing the gun and             11:43:13
15 having her discharge the gun?                                     11:43:17
16   A.   I don't know how long it took.   I would assume            11:43:21
17 that it was within seconds.   Because when something like         11:43:24
18 that happens, everything just slows down.   It's like            11:43:28
19 everything in my mind is happening in slow motion, you           11:43:30
20 know.   So I'm --                                                 11:43:33
21   Q.   But you --                                                 11:43:33
22   A.   -- was seeing --                                           11:43:34
23   Q.   -- remember, like -- but you can recall all the          11:43:34
24 events that happened; is that right?                              11:43:38
25   A.   Yes.                                                       11:43:40

HENRY MICHAEL BARNHILL                                             71

1  know, accidentally discharge or -- whatever -- however it        11:44:40

2  -- it occurred, I think that it -- it -- it would be            11:44:42

3  natural, it would be human instinct for that person to          11:44:50

4  try and get the gun to --                                       11:44:50

5  BY ATTORNEY KORNBLAU:                                           11:44:52

6      Q.  Okay.  And would you -- would you do that again.        11:44:52

7  If someone pointed a gun at you, discharged a gun at you,       11:44:55

8  would you, again, try to go and get the gun away from           11:44:59

9  that person?                                                    11:45:01

10         ATTORNEY PACKER:  Objection.  Relevance.                11:45:02

11  Speculation..                                                  11:45:03

12         Go ahead.                                               11:45:04

13         THE WITNESS:  I think that if -- if -- I mean, I        11:45:04

14  can't -- I can't speak to, like, hypotheticals, but I          11:45:06

15  think that that if we had to redo that situation all over      11:45:08

16  again, I think that my response would have been exactly         11:45:12

17  the same.                                                       11:45:14

18  BY ATTORNEY KORNBLAU:                                          11:45:15

19     Q.  Okay.  So then why on April 29, 2022, did you flee      11:45:15

20  from police?                                                   11:45:21

21     A.  That was different.  Okay.  So let me explain.          11:45:24

22  You know, that -- that would kind of, like, help me get a      11:45:27

23  better understanding of --                                     11:45:30

24     Q.  Okay.  So I'm -- I'm going to back up a little          11:45:31

25  bit.  So April 29, 2022, you're driving Ava to school,        11:45:33

HENRY MICHAEL BARNHILL                                    72

1    correct?                                                    11:45:38

2        Yes?                                                    11:45:41

3        Okay.  I just see you nodding your head.  Is that       11:45:44

4    a "yes"?  Can you give me --                                11:45:46

5        A.  Yes.                                                11:45:48

6        Q.  -- verbal responses, please.                       11:45:48

7        A.  Yes.  I'm sorry.  I -- I was speaking low.  I have  11:45:52

8    to remind myself to speak up.                               11:45:56

9        Q.  Okay.  So you -- you drive Ava to school and also   11:45:58

10   Rachel, correct?                                            11:46:01

11       A.  Correct.                                            11:46:03

12       Q.  Why did you want to go with them to Ava's school?   11:46:04

13       A.  Okay.  So on this particular day, Ava was going     11:46:09

14   to -- she was going on a field trip, right?  So the night   11:46:13

15   prior, Ava, Rachel and I, we were watching a movie.  So     11:46:17

16   during the movie -- you know, a -- Ava was really excited   11:46:22

17   about going on a field trip.  This was her very first       11:46:26

18   field trip, you know, and me and -- Ava and I we're         11:46:29

19   really, really close, and so she promised me to take her.  11:46:35

20   Like, so I promised her.  I said, "Yeah, I'll take --       11:46:37

21   I'll take you."  You know, so that morning -- like,         11:46:40

22   everyone knew that I was going to -- to drop Ava at         11:46:41

23   school that day, to see her off on the field trip.         11:46:44

24       Q.  Okay.  So it was your choice?  And even though you  11:46:48

25   were trying to give Rachel the cold shoulder, you wanted    11:46:55

1    to go with them and go to school?                        11:47:00

2        A.  Of course.  I promised Ava.  I mean, me and Ava  11:47:01

3    are really, really tight.                                11:47:06

4        Q.  Okay.  So while Rachel was inside the school, why 11:47:08

5    were you texting her with concern that she was taking too 11:47:10

6    long?                                                    11:47:16

7        A.  So I was sitting in the car.  They had got out of 11:47:16

8    the car.  They walked across the street to the school,   11:47:21

9    and so I'm sitting there.  You know, I'm -- I'm going     11:47:23

10   through -- you know, searching the internet.  I'm doing  11:47:25

11   something -- oh, I'm looking for music on there.  That's  11:47:28

12   what I'm doing.  And so it dawned on me that it's -- it's 11:47:31

13   taking her too long, right?  You know, I'm thinking in my 11:47:34

14   head, like, "She should have been back," right?  Right?  11:47:36

15   So I'm thinking, okay, she has to go to a field trip, so  11:47:38

16   I'm thinking maybe there's more that has to be done.      11:47:40

17   Maybe she has to sign paperwork.  You know, I don't -- I  11:47:43

18   don't know exactly what's going on, why she's across the 11:47:46

19   street at the school.                                    11:47:48

20       You know, so I continue, you know, searching the     11:47:49

21   internet or whatever -- whatever I'm -- when I'm on my    11:47:51

22   phone, I don't -- but I did -- I did text Rachel and      11:47:55

23   asked her what was taking so long.  And so I didn't get a 11:47:59

24   response back, and so I called her, and I didn't get a    11:48:03

25   response.  You know, she didn't answer.  And so I look    11:48:08

HENRY MICHAEL BARNHILL                                          74

| | | |
|---|---|---|
| 1 | up -- you know, I see movement out the corner of my eye, | 11:48:12 |
| 2 | and that was when I seen a body coming down the -- the | 11:48:15 |
| 3 | side of the car, but I seen it through my mirror.  I | 11:48:20 |
| 4 | seen, you know, someone with a gun coming down the side | 11:48:24 |
| 5 | of the car, you know.  And at that point, I just got | 11:48:26 |
| 6 | frightened.  I hit the button and I took off, you know, | 11:48:29 |
| 7 | because I'm -- | 11:48:35 |
| 8 | Q.  Why -- why were you frightened? | 11:48:35 |
| 9 | A.  All I see is a gun.  I don't understand what's | 11:48:38 |
| 10 | going on.  At that time I didn't realize the police had | 11:48:42 |
| 11 | been called.  I didn't even realize the police were | 11:48:46 |
| 12 | there. | 11:48:49 |
| 13 | Q.  Okay.  You just -- you just testified less than | 11:48:50 |
| 14 | ten minutes ago that you were in this exact same type of | 11:48:52 |
| 15 | situation where someone was pointing a gun at you, and | 11:48:56 |
| 16 | you were able to process that and take the gun away from | 11:48:59 |
| 17 | them.  So why were you fleeing in this situation where | 11:49:02 |
| 18 | there's someone that you believe is pointing a gun at | 11:49:07 |
| 19 | you? | 11:49:10 |
| 20 | ATTORNEY PACKER:  Objection.  Relevance. | 11:49:10 |
| 21 | Go ahead. | 11:49:13 |
| 22 | BY ATTORNEY KORNBLAU: | 11:49:16 |
| 23 | Q.  Can you explain that? | 11:49:16 |
| 24 | A.  I can.  I definitely can. | 11:49:17 |
| 25 | Q.  Please do. | 11:49:19 |

HENRY MICHAEL BARNHILL                                                    76

```
 1  back.  See, so I couldn't see anything.  Then I seen      11:50:40
 2  something out of the corner -- I seen movement out the    11:50:42
 3  corner of my eye, so I didn't know what was going on.  So 11:50:48
 4  I started to get up like this, and all I see -- because   11:50:50
 5  on that -- on that particular car they have very small    11:50:53
 6  mirrors, little round mirrors on that side of you.  And   11:50:54
 7  so all I see is a -- a body, like, a torso, like, from    11:50:56
 8  here to here, and all I'm seeing is a gun, right?  And so 11:51:01
 9  at that moment, my mind -- I can't wrap my mind around    11:51:04
10  what's going on, right?  And I don't even take the time   11:51:07
11  to try to figure out what's going on.  My first impulse,  11:51:12
12  my first reaction was to hit the start button and leave,  11:51:16
13  you know --                                               11:51:21
14  BY ATTORNEY KORNBLAU:                                     11:51:21
15     Q.  And so at -- at -- at the hospital you said that   11:51:21
16  all you saw was a person from the neck up, and now you're 11:51:24
17  saying today that you saw the person's torso that was     11:51:28
18  approaching you while you were sitting in the vehicle in  11:51:32
19  front of the school; is that right?                       11:51:35
20     A.  I saw the -- I'm not exactly sure what I said      11:51:36
21  during the -- when I was in the hospital, but if          11:51:40
22  someone's holding a gun, right -- you know, and -- and    11:51:46
23  people make mistakes, you know.  Sometimes we describe    11:51:49
24  things the wrong way, but, you know, if you see someone,  11:51:54
25  you know, coming down, you know, the side of your car --  11:51:58
```

HENRY MICHAEL BARNHILL                                      78

```
 1     A.  -- panicked --                                11:53:14
 2     Q.  Stop.  Okay.  I just want to take it step-by-step,   11:53:15
 3  so if you could just give me little bits and pieces, let    11:53:18
 4  me follow up.  I just want to go, like I said,              11:53:18
 5  step-by-step rather than get a big narrative right now.     11:53:21
 6  And I'll give you an opportunity if you want to say more    11:53:23
 7  afterwards, but I just kind of want to go step-by-step      11:53:26
 8  here.                                                       11:53:29
 9        So you're in the car.  You're trying to call         11:53:29
10  Rachel.  You said you see something out of the corner of   11:53:32
11  your eye.  Which eye?                                       11:53:36
12     A.  Out my left eye.                                     11:53:37
13     Q.  Okay.  And on which side of the vehicle do you see  11:53:39
14  someone approaching?                                        11:53:42
15     A.  I believe it was on my -- my driver's side window.  11:53:45
16  You know, it -- this is -- I don't know if you've ever      11:53:50
17  been in an experience where you were, like, just really    11:53:53
18  frightened.  You know, when you're frightened and you're   11:53:57
19  -- you're -- you're asked to recall those moments, it's    11:54:00
20  kind of like everything is just -- it's kind of -- it's    11:54:02
21  fuzzy, you know, on those times, you know --               11:54:04
22     Q.  Well, you were --                                   11:54:06
23     A.  -- and --                                           11:54:06
24     Q.  -- able to recall exactly what happened with you   11:54:09
25  and Rachel when she discharged the gun at you a week       11:54:11
```

HENRY MICHAEL BARNHILL                                    79

| | | |
|---|---|---|
| 1 | prior.  So you're seeing -- | 11:54:14 |
| 2 | A.  So -- | 11:54:15 |
| 3 | Q.  -- someone approaching the vehicle on -- was it | 11:54:16 |
| 4 | the passenger's side or driver's side? | 11:54:21 |
| 5 | A.  Okay.  So let me address the first thing as far as | 11:54:22 |
| 6 | being frightened, right? | 11:54:22 |
| 7 | So with Rachel I didn't actually -- I wasn't | 11:54:26 |
| 8 | frightened un -- un -- un -- until the gun discharged at | 11:54:28 |
| 9 | that time, right?  But I wasn't as frightened as this | 11:54:31 |
| 10 | person I don't know coming down the side of my car with | 11:54:35 |
| 11 | it. | 11:54:39 |
| 12 | Q.  Okay. | 11:54:39 |
| 13 | A.  Because I don't -- | 11:54:42 |
| 14 | Q.  Did not -- | 11:54:42 |
| 15 | A.  -- know who -- | 11:54:42 |
| 16 | Q.  -- discharge -- | 11:54:43 |
| 17 | A.  -- this person is. | 11:54:43 |
| 18 | Q.  -- the firearm, but Rachel did, right? | 11:54:43 |
| 19 | A.  She did. | 11:54:45 |
| 20 | Q.  Okay.  So what side of the car were they | 11:54:46 |
| 21 | approaching?  Was it the driver's side or passenger's | 11:54:48 |
| 22 | side? | 11:54:50 |
| 23 | A.  I believe it was the driver's side. | 11:54:51 |
| 24 | Q.  Okay.  And what did you do when you saw someone | 11:54:53 |
| 25 | approaching the vehicle on your driver's side? | 11:54:56 |

HENRY MICHAEL BARNHILL                    80

1    A.  I hit -- I hit the start button and I just -- I --    11:55:00
2    I took off.  I kind of, like, just -- I was frightened.    11:55:05
3    I was -- I was scared.  I just went into fight-or-flight    11:55:08
4    mode.  Like, I didn't think things through.  I did not    11:55:11
5    take the time to -- what's going on, to judge anything.    11:55:14
6    Q.  Where were you --    11:55:17
7    A.  You know, I just --    11:55:18
8    Q.  -- planning to go when you hit the start button?    11:55:20
9    A.  To drive home.  You know, my mind was just to get    11:55:25
10   somewhere safe, you know, that's -- that's --    11:55:28
11   Q.  So your mind was thinking, then.  You had a plan    11:55:30
12   to hit the start button and to drive home, right?    11:55:33
13   A.  The -- the best way I can describe it, right --    11:55:35
14   you know, because I don't want you to misconstrue    11:55:40
15   anything or -- or have your wrong interpretation.  The    11:55:41
16   best type of way that I can explain it is like a natural    11:55:41
17   reflex.  It's kind of like when you're a kid.  You fall    11:55:45
18   and you hit your head.  You don't think.  The first thing    11:55:48
19   you do is you get up and run home.  That was the -- that    11:55:51
20   was the response that I had at that time.    11:55:53
21   Q.  Okay.  Do you have to stop at stop signs,    11:55:55
22   stoplights and focus on where you were driving in order    11:56:02
23   to get home, or is your car a Tesla?  Does it drive    11:56:05
24   itself?    11:56:08
25        ATTORNEY PACKER:  Objection.  Compound.    11:56:08

HENRY MICHAEL BARNHILL                                         82

```
 1        THE WITNESS:  I think that that was my response.    11:57:10
 2   I don't -- I don't want for you to be able to say that   11:57:13
 3   I --                                                     11:57:18
 4        ATTORNEY KORNBLAU:  Did you --                      11:57:18
 5        THE WITNESS:  -- made a decision when it was just   11:57:19
 6   a response.                                              11:57:21
 7   BY ATTORNEY KORNBLAU:                                    11:57:21
 8     Q.  Did you see where you were going while you were    11:57:21
 9   driving?                                                 11:57:25
10     A.  I would imagine so.  It's -- it's -- it's hard to  11:57:26
11   explain.  It's like at that time it's kind of like I went 11:57:29
12   into fight-or-flight mode and I was just -- I just had   11:57:33
13   tunnel vision.  I just -- just --                        11:57:37
14     Q.  Did you make it to your intended destination?     11:57:39
15     A.  I did.                                             11:57:41
16     Q.  Did you crash the car in the process?             11:57:42
17     A.  I didn't.                                          11:57:48
18     Q.  Okay.  So when you hit the start button and you   11:57:50
19   take off, you only saw one person; is that right?       11:57:56
20     A.  Yeah, that's -- all I remember is the gun.  I     11:58:04
21   didn't take the time to appraise anything.  Everything  11:58:04
22   just --                                                 11:58:07
23     Q.  Did you see --                                    11:58:07
24     A.  -- happen --                                      11:58:09
25        ATTORNEY PACKER:  Hold on.  Hold on.  Let him      11:58:09
```

HENRY MICHAEL BARNHILL                                          83

| | | |
|---|---|---|
| 1 | finish. | 11:58:10 |
| 2 | THE WITNESS:  Oh, let me finish? | 11:58:13 |
| 3 | ATTORNEY PACKER:  Yeah.  Let -- | 11:58:14 |
| 4 | THE WITNESS:  Okay.  So yeah.  Like, at that | 11:58:16 |
| 5 | time -- like, at the moment that I seen the gun, I didn't | 11:58:18 |
| 6 | take the time to appraise it.  Like, literally, I didn't | 11:58:21 |
| 7 | take the time to even attempt to figure out what was | 11:58:28 |
| 8 | going on.  Once I -- once that happened, it was just -- | 11:58:31 |
| 9 | instantaneously I just instinctively hit the button and | 11:58:34 |
| 10 | drove off. | 11:58:38 |
| 11 | BY ATTORNEY KORNBLAU: | 11:58:38 |
| 12 | Q.  Were you driving the speed limit home since that's | 11:58:38 |
| 13 | probably instinctive as well? | 11:58:41 |
| 14 | ATTORNEY PACKER:  Objection.  Calls for | 11:58:43 |
| 15 | speculation.  Relevance. | 11:58:44 |
| 16 | Go ahead. | 11:58:45 |
| 17 | THE WITNESS:  I would -- I was driving like a | 11:58:46 |
| 18 | scared man, you know.  Like, I don't -- I don't know what | 11:58:52 |
| 19 | speed limit I was driving.  I don't know -- like, I | 11:58:56 |
| 20 | certainly know that I wasn't trying to hurt myself.  I | 11:58:59 |
| 21 | was trying to get away from danger, not hurt myself. | 11:59:04 |
| 22 | ATTORNEY KORNBLAU:  You said you were -- | 11:59:06 |
| 23 | THE WITNESS:  I wasn't trying to -- | 11:59:06 |
| 24 | ATTORNEY KORNBLAU:  -- driving -- | 11:59:06 |
| 25 | THE WITNESS:  -- hurt myself. | 11:59:06 |

HENRY MICHAEL BARNHILL                                           85

1   BY ATTORNEY KORNBLAU:                                  12:00:20

2      Q.  So you were driving home.  Did you see police    12:00:20

3   behind you?                                            12:00:26

4      A.  Like, to be -- I just want to be brutally honest  12:00:27

5   with you.  Like, my memory when it comes to that is    12:00:30

6   just -- it's -- it's kind of like -- it's -- it's just  12:00:35

7   blank.  You know, like, I've seen the videos, and I don't  12:00:38

8   want to be giving you, like, the wrong memory of -- of --  12:00:42

9   of what I seen, like, based on the video and what I    12:00:46

10  actually remember, you know.  And -- and -- and when it  12:00:50

11  comes to what I actually remember, I don't recall that  12:00:54

12  stuff.  Like, I can't, like, draw an actual memory      12:00:58

13  from -- from what happened during that time.  I just know  12:01:01

14  that I was scared, and I was trying to get somewhere    12:01:03

15  safe.                                                  12:01:06

16     Q.  So you don't recall one way or the other if you  12:01:06

17  saw police lights and sirens behind you while you were  12:01:10

18  driving home; is that right?                           12:01:16

19     A.  I think the first time that it really dawned on me  12:01:18

20  to where I'm piecing all these things together was at the  12:01:27

21  door.  I mean, that's -- that's when everything's just,  12:01:31

22  like -- everything's being pieced together.  It's --    12:01:35

23  it's -- it's so hard for me to explain.                12:01:37

24     Q.  Okay.  Mr. Barnhill, that wasn't an answer to my  12:01:39

25  question.  My question was different, okay?             12:01:42

| | | |
|---|---|---|
| 1 | I was asking you if you recall seeing lights and | 12:01:45 |
| 2 | sirens, seeing police behind you -- | 12:01:49 |
| 3 | A.  I do -- | 12:01:52 |
| 4 | Q.  -- when you were driving home. | 12:01:53 |
| 5 | A.  I do not. | 12:01:57 |
| 6 | Q.  Okay.  So you never saw any lights behind you, you | 12:01:58 |
| 7 | did not hear sirens; is that correct? | 12:02:03 |
| 8 | ATTORNEY PACKER:  Objection.  Misstates testimony. | 12:02:05 |
| 9 | Go ahead. | 12:02:08 |
| 10 | THE WITNESS:  I don't recall lights or sirens, to | 12:02:09 |
| 11 | be, like, brutally honest -- | 12:02:13 |
| 12 | ATTORNEY KORNBLAU:  But -- | 12:02:13 |
| 13 | THE WITNESS:  -- with you.  Honestly, I truly -- I | 12:02:15 |
| 14 | don't recall either one of those. | 12:02:18 |
| 15 | BY ATTORNEY KORNBLAU: | 12:02:18 |
| 16 | Q.  Then why were you driving scared home if you don't | 12:02:19 |
| 17 | even know one way or the other if anyone was behind you? | 12:02:21 |
| 18 | A.  I don't know.  Like, that was just a response. | 12:02:27 |
| 19 | You know, like -- you know, the only way that I can -- I | 12:02:31 |
| 20 | can -- I can only explain it, like, I was just -- I was | 12:02:37 |
| 21 | in fight-or-flight mode.  That was the reason why I was | 12:02:40 |
| 22 | doing it.  Like, I don't have a better way of explaining | 12:02:44 |
| 23 | it, you know.  I -- | 12:02:46 |
| 24 | Q.  Okay. | 12:02:48 |
| 25 | A.  -- I can -- I can -- | 12:02:48 |

```
 1  watching TV and then -- thee -- the -- the cable goes out    12:36:53
 2  and you just see fuzz and then it comes back in.  You        12:36:57
 3  know, we all know that during that time, you know, if we     12:36:59
 4  were watching the football game, that the football game      12:37:01
 5  carried on, but the TV lost reception suring (phonetic)      12:37:04
 6  that -- during that time.                                    12:37:06
 7       So you can't really -- it's just -- it's hard me        12:37:06
 8  to walk you through what happened during that time           12:37:09
 9  because my memory just -- it's all over the place when it    12:37:13
10  comes --                                                     12:37:16
11     Q.  So do you --                                          12:37:16
12     A.  -- to that --                                         12:37:16
13     Q.  Do you remember stopping your vehicle near your       12:37:16
14  home?                                                        12:37:22
15     A.  In front of the house, yes.  I remember -- yeah,      12:37:24
16  I --                                                         12:37:28
17     Q.  Where did --                                          12:37:28
18     A.  -- stopped in front of the house -- huh?              12:37:33
19     Q.  Where did you stop your vehicle?                      12:37:34
20     A.  Right immediately in front -- in front of our        12:37:36
21  house.                                                       12:37:39
22     Q.  Did you park the vehicle or you got out?              12:37:39
23     A.  No, I did not park.  I just pulled up and I got       12:37:42
24  out.                                                         12:37:44
25     Q.  Were you in the street or you were -- were you        12:37:46
```

HENRY MICHAEL BARNHILL                                    94

```
 1    A.  I think that in the moment of fear, you don't --    12:40:24
 2  you don't do things in the moment of fear that you would   12:40:27
 3  do during norm -- normal times.  Normally I would park     12:40:27
 4  the car, but in this state of fear I didn't -- I didn't    12:40:28
 5  do any of those things.                                    12:40:31
 6    Q.  So while you were driving home -- I know you said    12:40:33
 7  you don't remember much or anything, but you keep saying   12:40:37
 8  that you were fearful.  What were you fearful of while     12:40:41
 9  you were driving home?                                     12:40:44
10    A.  Of being killed.  You know, I just -- I -- I just    12:40:47
11  had a person, you know, who I don't know who it is, I      12:40:51
12  don't know what their intentions are, I don't know what's  12:40:55
13  going on.  I didn't take the time to wrap my head around   12:40:57
14  what was going on.  You know, I was --                     12:41:01
15    Q.  Were you looking to see if someone was around you    12:41:02
16  while you were driving home?                               12:41:06
17    A.  I would imagine that somewhere within that --        12:41:10
18    Q.  Well, I don't want you to guess.  I -- I don't       12:41:16
19  want you to say "I imagine."  Were you looking to see if   12:41:19
20  someone who you claim just had a gun to see if that        12:41:22
21  person was following you, whether running after you,       12:41:26
22  driving, bicycling after you?  Were you looking to see if  12:41:30
23  that person was behind you if you said you're in fear?     12:41:35
24    A.  I think that's what's happening is you're            12:41:38
25  answering -- you're asking me the same question in         12:41:42
```

HENRY MICHAEL BARNHILL                                    97

1   you grab a hot pot, right?  You don't think, "Oh, hot --    12:44:34

2   this pot is hot, so let me snatch my hand."  It kind of,    12:44:37

3   like -- it happens, and then you think back and say, "Oh,   12:44:40

4   I snatched my hand because it was hot," right?             12:44:43

5        So you -- during that time, that instinct to -- to    12:44:47

6   do, you don't think it through, you don't plan to do it;    12:44:49

7   it just happens.  I just occurs.  And in that moment,       12:44:51

8   that's what happened.  I just -- I got scared.  I was       12:44:54

9   frightened.  I panicked and -- and -- and from that point   12:44:57

10  I just instinctively hit the button and drove off.          12:45:01

11  Q.  Okay.  So we're at the point where you stop the         12:45:05

12  vehicle that you were driving in the road, and you exit     12:45:12

13  the vehicle.                                                12:45:18

14      Did you put the car in park before exiting?            12:45:19

15  A.  Yes.                                                    12:45:25

16  Q.  How do you know that?                                  12:45:26

17  A.  First of all -- I mean, I'm doing deductions.           12:45:29

18  First of all, the car didn't roll, so I'm pretty sure it    12:45:34

19  was in park.                                                12:45:37

20  Q.  You answered that quickly with a "yes," so you          12:45:37

21  knew that you had put the car in park.  So I just want to   12:45:40

22  know how you know that.                                     12:45:44

23  A.  Yeah, from -- I think -- if I'm remembering             12:45:46

24  correctly, I remember putting the car in park.  I          12:45:49

25  remember opening the door, and I remember just moving       12:45:52

HENRY MICHAEL BARNHILL                                98

| | | |
|---|---|---|
| 1 | real fast to my door, like, hurrying to my door. | 12:45:56 |
| 2 | Q.  So you do remember -- | 12:46:02 |
| 3 | A.  To my front porch -- | 12:46:02 |
| 4 | Q.  -- things that occurred before you got to -- | 12:46:03 |
| 5 | ATTORNEY PACKER:  Hold on.  Andrea, let him | 12:46:03 |
| 6 | finish.  I don't think he was finished yet. | 12:46:06 |
| 7 | ATTORNEY KORNBLAU:  Okay.  I'm sorry. | 12:46:08 |
| 8 | THE WITNESS:  Right.  So, you know -- and | 12:46:10 |
| 9 | I'm trying to, like -- I'm trying to think things | 12:46:11 |
| 10 | backwards, right?  You know, so -- when -- when I'm | 12:46:13 |
| 11 | answering these questions, a lot of things are going into | 12:46:15 |
| 12 | it, right?  Like, first and foremost common sense goes | 12:46:18 |
| 13 | into these things, right?  So when you ask me these | 12:46:22 |
| 14 | questions, like, I may not have the absolute recollection | 12:46:26 |
| 15 | of it, but trying to put it together the best way that I | 12:46:30 |
| 16 | can for you. | 12:46:32 |
| 17 | BY ATTORNEY KORNBLAU: | 12:46:33 |
| 18 | Q.  Oak.  So you do recall putting the vehicle in | 12:46:33 |
| 19 | park, so you do remember things that occurred before you | 12:46:37 |
| 20 | arrived at the porch? | 12:46:40 |
| 21 | A.  Right.  You know, and it's -- it's -- this is -- | 12:46:45 |
| 22 | this is the tricky part when it comes to that, right? | 12:46:47 |
| 23 | Because I don't -- I don't -- like, if you were to give | 12:46:49 |
| 24 | me a multiple choice/true or false, right, is this an | 12:46:52 |
| 25 | actual memory or is this a memory that I'm -- I'm -- I'm | 12:46:56 |

HENRY MICHAEL BARNHILL                                                99

| | | |
|---|---|---|
| 1 | creating, you know, to -- to fit this, like, hole, I | 12:46:59 |
| 2 | wouldn't be able to answer it whether it is -- it's | 12:47:05 |
| 3 | actual one or it's a false memory.  I don't -- I mean, | 12:47:08 |
| 4 | I'm trying to communicate what happened to you the best | 12:47:10 |
| 5 | that I can. | 12:47:12 |
| 6 | Q.  So you put the vehicle in park and you said you | 12:47:13 |
| 7 | recall exiting the vehicle.  How did you exit the vehicle | 12:47:17 |
| 8 | after putting the car in park? | 12:47:21 |
| 9 | A.  I got out the car with my hands up in the air, and | 12:47:24 |
| 10 | I quickly -- you know, I hurried to my door. | 12:47:31 |
| 11 | Q.  Okay.  Why did you put your hands in the air after | 12:47:34 |
| 12 | exiting the car?  Or did you say during the process of | 12:47:36 |
| 13 | exiting? | 12:47:40 |
| 14 | A.  Yeah, so when I got up -- evidently, you know, | 12:47:41 |
| 15 | I -- I got out of the car, I put my hands in the car and | 12:47:45 |
| 16 | I -- you know, I quickly went to my door. | 12:47:48 |
| 17 | Q.  Where did you put your hands in the air with | 12:47:50 |
| 18 | relation to your vehicle? | 12:47:54 |
| 19 | A.  As soon as I got out the vehicle, I believe. | 12:47:56 |
| 20 | Q.  Were you standing within arm's reach of your | 12:47:58 |
| 21 | vehicle when you did that? | 12:48:02 |
| 22 | A.  I would imagine as soon as I got out the car, you | 12:48:07 |
| 23 | know, I put my hands up. | 12:48:11 |
| 24 | Q.  Why did you do that? | 12:48:12 |
| 25 | A.  I don't -- I don't remember if I shut the door or | 12:48:16 |

HENRY MICHAEL BARNHILL                                      102

```
 1   know.                                              12:51:02
 2      Q.  When you put your hands in the air, did you intend   12:51:02
 3   to cooperate with police officers' commands to do so?   12:51:06
 4      A.  With -- at any inter -- encounter, at any -- you   12:51:17
 5   know, whenever -- any time with police officers, the only   12:51:24
 6   thing that I ever tried to do was obey their commands.  I   12:51:26
 7   wasn't trying to get shot.  I wasn't trying to get   12:51:28
 8   killed.  You know, all these things are going through my   12:51:31
 9   head during this encounter.  You know, I'm thinking,   12:51:34
10   like, "Oh, jeez.  Like, I might accidentally get shot.   12:51:37
11   You know, I might accidently" -- I'm thinking of all   12:51:40
12   these accidents, you know, based on all these things that   12:51:42
13   I've seen throughout my life.  You know, I've had a   12:51:45
14   friend of mine get killed when I was -- you know, killed   12:51:48
15   by a police officer when I was a kid.  You know, I've   12:51:50
16   seen -- I wit -- witnessed this right in front of me, you   12:51:55
17   know.                                              12:51:59
18         So all these scenarios are going through my head.   12:51:59
19   They're -- the -- they're happening so fast, you know,   12:52:03
20   so -- but the last thing that I'm trying to do is trying   12:52:04
21   to get hurt.  The last thing I'm trying to do is put   12:52:10
22   myself in a situation to where I can be hurt, right?  So   12:52:12
23   I'm not trying to do anything that's going to cause me to   12:52:16
24   get killed, right?  So the -- that's where my mind's at   12:52:19
25   at this time.  I'm scared.  I don't know what to do, you   12:52:22
```

HENRY MICHAEL BARNHILL                    105

1    Q.  But you --                                   12:55:17

2    A.  I don't know.                                12:55:17

3    Q.  -- were intending to go inside the house?    12:55:18

4    A.  Yeah, I think -- I think my first -- my first,  12:55:20

5    initial, reaction was to try to get into the house.  12:55:22

6    Q.  Okay.                                        12:55:24

7    A.  Yeah.                                         12:55:25

8    Q.  So if -- if your initial reaction is to go into  12:55:25

9    the house, then how do you freeze before that?   12:55:31

10    A.  So all this is -- is in -- occurring, you know,  12:55:32

11    from -- from me getting out the car, running towards the  12:55:35

12    door and I'm -- and I'm -- I'm just -- I'm just --  12:55:39

13    everything is going off instinct.  Everything is just  12:55:41

14    pure instinct.  So when I get to the door and, you know,  12:55:47

15    I grab the door, you know, I can hear someone coming  12:55:49

16    towards me, and he's -- you know, he's making commands at  12:55:52

17    me.  And -- and I can't really tell you what commands  12:55:55

18    he -- but, you know, I'm -- I'm turning like this and I'm  12:55:59

19    -- I'm realizing that it's an officer coming towards me,  12:56:02

20    right?                                           12:56:06

21        So from this point, I'm -- I'm seeing he's an  12:56:06

22    officer, right?  I -- I -- at this point I fully  12:56:10

23    understand he's an officer, right?  And so I -- I just  12:56:13

24    freeze.  You know, I don't know what to do and I -- I  12:56:15

25    just -- just froze.  You know, at that time I just froze.  12:56:17

```
 1  experiences.  They're based on things that I've seen.      13:00:23
 2  They're based on things that I've been through.  They're    13:00:27
 3  based on the things that I've seen to others.  They're      13:00:30
 4  based on, you know, different, you know, experiences that   13:00:32
 5  I've had or, you know, the people in -- that -- that I      13:00:35
 6  know have been -- you know, with -- with -- with -- in      13:00:41
 7  these type of situations dealing with officers.            13:00:48
 8      So all these things are -- are going through my --      13:00:49
 9  one is -- everything is just happening so fast.            13:00:51
10  Q.  Okay.  So, again, was your mind frozen at any          13:00:54
11  point when you're on the porch?                            13:00:59
12  A.  Was my mind frozen?  Can you -- can you --             13:01:04
13  Q.  You said that --                                       13:01:04
14  A.  -- say that again?                                     13:01:08
15  Q.  Sure.  And so I'm just trying to get some              13:01:08
16  clarification because you said when you were on the porch  13:01:11
17  you froze.                                                 13:01:14
18      So what does that mean?                                13:01:16
19  A.  I froze, like, in fear.  Like, instinctually I         13:01:18
20  just -- I just froze.  You now, I was kind of like a deer  13:01:28
21  caught in the headlights, right?  So if you were to ask    13:01:30
22  me to describe what a deer caught in the headlights would  13:01:34
23  mean, I wouldn't be able to describe, and I don't even     13:01:37
24  think the deer himself would be able to describe it.       13:01:38
25  It's just something that happens.  You know, that's --     13:01:43
```

| | | |
|---|---|---|
| 1 | like, honestly, like, at that moment, that's what I -- I | 13:01:45 |
| 2 | -- I just froze.  I just froze up.  You know, I'm looking | 13:01:48 |
| 3 | over my shoulder and I'm -- I'm just froze.  You know, I | 13:01:51 |
| 4 | don't -- because I don't -- I don't know what to do.  I | 13:01:54 |
| 5 | just -- I just froze. | 13:01:57 |
| 6 | Q.  So while you were on the porch frozen, were you | 13:01:58 |
| 7 | able to clearly hear and see everything that was going | 13:02:02 |
| 8 | on? | 13:02:08 |
| 9 | A.  I think the first thing that I recall hearing is, | 13:02:11 |
| 10 | "Get on the ground," or something like that.  "Okay. | 13:02:20 |
| 11 | Okay.  Okay."  You know, that's all I recall, like, | 13:02:23 |
| 12 | "Okay.  Okay."  Like, I don't even really remember, like, | 13:02:26 |
| 13 | screaming out all those times, "I'm not resisting.  I'm | 13:02:29 |
| 14 | not resisting.  I'm not resisting."  Or my hands are up. | 13:02:33 |
| 15 | I don't even recall all those things.  You know, like, I | 13:02:37 |
| 16 | don't -- | 13:02:41 |
| 17 | Q.  So what do you -- | 13:02:41 |
| 18 | A.  Everything -- | 13:02:43 |
| 19 | Q.  -- recall -- | 13:02:43 |
| 20 | A.  -- is just -- what do I recall?  I recall -- I -- | 13:02:46 |
| 21 | I can recall the feeling that I had in that moment, you | 13:02:50 |
| 22 | know, when I froze.  You know, I'm -- I'm scared.  You | 13:02:53 |
| 23 | know, I see him, like, charging towards me, right?  You | 13:02:55 |
| 24 | know, and I -- and I'm froze.  You know, I kind of, like, | 13:02:58 |
| 25 | brace up because I know that he's about to, like, you | 13:03:01 |

| | | |
|---|---|---|
| 1 | know, like, tackle into me, right?  And so I'm just | 13:03:04 |
| 2 | frozen like this, and my body, like, braced.  Then he | 13:03:06 |
| 3 | tackles me.  You know, he pushes me.  You know, I don't | 13:03:10 |
| 4 | know how it happened, whether he tackle -- pushed me or | 13:03:12 |
| 5 | tackled me, but he tackled me.  Then I -- I remember | 13:03:17 |
| 6 | getting hit.  Then I remember getting dropped into the | 13:03:20 |
| 7 | chair, and then when I'm in the char, I -- you know, I | 13:03:23 |
| 8 | just immediately, like, raise my hands up, you know, | 13:03:26 |
| 9 | like, in the air, like -- and I'm, like, "Okay.  Okay. | 13:03:28 |
| 10 | Okay.  Okay," you know. | 13:03:30 |
| 11 | And then from that point, you know, he starts | 13:03:32 |
| 12 | hitting me.  You know, he hits me, and then I think a -- | 13:03:34 |
| 13 | another officer grabbed this hand, and so my -- my hands | 13:03:38 |
| 14 | were up in the air like this.  Another officer grabs -- | 13:03:41 |
| 15 | wait.  Was he grabbing this hand?  I don't -- I don't | 13:03:44 |
| 16 | know.  One of the officers grabbed -- I don't know | 13:03:49 |
| 17 | where -- which hands they grabbed, right? | 13:03:52 |
| 18 | And then -- so after that, I remember seeing | 13:03:54 |
| 19 | someone point a -- point a -- a Taser gun at me.  I | 13:03:59 |
| 20 | remember seeing the -- the red light, right?  And I | 13:04:05 |
| 21 | remember hearing the crackling sound, hearing | 13:04:07 |
| 22 | (descriptive sound), the -- you know, the crackling sound | 13:04:12 |
| 23 | and I'm -- you know, I'm -- I'm, like -- I'm getting | 13:04:12 |
| 24 | shocked now, right?  So you -- I'm, like -- you know, I'm | 13:04:14 |
| 25 | getting shocked.  You know, what the crazy part about it | 13:04:16 |

| | | |
|---|---|---|
| 1 | is I'm still able to talk.  But if you listen to me, you | 13:04:18 |
| 2 | can hear my voice going up and down with the crackle, | 13:04:22 |
| 3 | right, because I'm being -- I'm being electrocuted during | 13:04:25 |
| 4 | this time, right?  And it's like everything is happening | 13:04:30 |
| 5 | really fast, but it's happening in slow motion.  You | 13:04:33 |
| 6 | know, it's -- it's -- | 13:04:35 |
| 7 | Q.  Okay.  So I want to talk to you about the Taser. | 13:04:38 |
| 8 | Did you feel the Taser? | 13:04:41 |
| 9 | A.  Yes.  My body -- so as soon as I -- as soon as I | 13:04:43 |
| 10 | got shocked, you know, from my memory, like, my -- it's | 13:04:47 |
| 11 | like my lower -- like, my lower back just, like -- like, | 13:04:51 |
| 12 | you know, like -- that's the first place that I remember | 13:04:55 |
| 13 | feeling it.  I'm feeling my -- my back, like, locking up, | 13:04:58 |
| 14 | right?  So that's -- the only -- that -- that's what I | 13:05:03 |
| 15 | recall the most, is my back locking up, you know, and my | 13:05:08 |
| 16 | -- my arm -- you know, everything is just frozen.  You | 13:05:10 |
| 17 | know, everything is just, like, stiff, you know.  That's | 13:05:11 |
| 18 | my first time ever getting tased with a Taser gun, so | 13:05:14 |
| 19 | yeah.  It was -- | 13:05:18 |
| 20 | Q.  Were you -- | 13:05:18 |
| 21 | A.  It was -- | 13:05:19 |
| 22 | Q.  Were you still able to move your arms and/or legs? | 13:05:19 |
| 23 | A.  I don't remember.  I just remember being tased | 13:05:29 |
| 24 | and -- and, like -- you know, like, just -- I'm -- I'm -- | 13:05:32 |
| 25 | I'm stiff.  You know, so I don't know if I was able to | 13:05:35 |

| | | |
|---|---|---|
| 1 | actually move, you know, but if I'm -- I'm only able to | 13:05:38 |
| 2 | move in, like, slow directions or -- or I'm stiff though | 13:05:42 |
| 3 | I can't move.  I just -- | 13:05:48 |
| 4 | Q.  Were -- | 13:05:49 |
| 5 | A.  -- wouldn't be able to tell you.  I think my body | 13:05:50 |
| 6 | just locked up at that time. | 13:05:52 |
| 7 | Q.  Okay.  But you said that your voice was changing | 13:05:53 |
| 8 | when you were being tased; is that right? | 13:05:56 |
| 9 | A.  Because at the time when I'm tased I'm -- I'm | 13:05:59 |
| 10 | like -- you know, like, it was just natural, like | 13:06:04 |
| 11 | (descriptive sound).  You know, like -- you know, it's | 13:06:06 |
| 12 | hard to explain.  But like, I didn't do it.  Like, if you | 13:06:09 |
| 13 | asked me to say hi, like, I'm -- you know, I'm | 13:06:13 |
| 14 | responsible for saying hi.  But when I got tased, right, | 13:06:17 |
| 15 | it's just -- that's just what came out, (descriptive | 13:06:20 |
| 16 | sound).  Like -- you know, like, doing a (descriptive | 13:06:24 |
| 17 | sound) noise, you know. | 13:06:26 |
| 18 | Q.  Okay.  You said you could hear the voice change, | 13:06:27 |
| 19 | though.  Is that right? | 13:06:30 |
| 20 | A.  Yes. | 13:06:31 |
| 21 | Q.  Okay.  But you don't know one way or the other if | 13:06:32 |
| 22 | you were able to move your extremities? | 13:06:35 |
| 23 | A.  I don't -- I don't recall if I was able to, | 13:06:40 |
| 24 | like -- I know I wasn't able to voluntarily, like -- you | 13:06:43 |
| 25 | know, during the times when I'm being tased, I don't | 13:06:48 |

HENRY MICHAEL BARNHILL                                    114

1   think I was able to voluntarily, like, move, right?  So I      13:06:53

2   don't know if I'm, like, stuck in that position or, like,      13:06:58

3   you know, I'm -- I'm -- I'm hearing, you know, someone --      13:07:01

4   as I'm being tased, I'm hearing someone, like, say, "Put      13:07:04

5   your hands behind your back."  Like, I'm -- I -- I'm      13:07:07

6   trying to, you know, but I'm locked up.  You know, but      13:07:10

7   then when the Taser stops, now I'm able to move freely,      13:07:13

8   and so I'm able to put my hands up.  You know, I'm able      13:07:19

9   to do everything, but during the moment when you're,      13:07:22

10  like, being tased, like, you could consciously (phonetic)      13:07:25

11  hear or whatever, but your body just won't respond to it,      13:07:30

12  if you --      13:07:32

13      Q.  How --      13:07:32

14      A.  -- get what I'm saying.      13:07:33

15      Q.  How long did you feel the Taser?      13:07:34

16      A.  It felt like it was going on through the entire      13:07:36

17  time.  That's what it felt like.  You know, I don't -- I      13:07:40

18  don't know.  Like, I know that I was -- all I can      13:07:45

19  remember, I -- I remember being shot by the Taser, and I      13:07:49

20  remember being tased.  You know, I -- I -- it felt like I      13:07:52

21  was being tased through the whole time --      13:07:56

22      Q.  So can you tell me --      13:07:58

23      A.  That's what --      13:07:59

24      Q.  -- estimate as to how long you felt the Taser?      13:08:00

25      A.  I -- it felt like the entire time.  You know, I      13:08:04

HENRY MICHAEL BARNHILL                                    115

1  don't know if it was just a -- a residual effect from it      13:08:08

2  or if I was actually being tased the entire time.  You        13:08:11

3  know, like, even at the -- the -- at the end of this          13:08:14

4  encounter, like -- like, my fingers and everything just       13:08:17

5  involuntarily just kept moving, you know, like, even          13:08:20

6  after I was finished being tased.                             13:08:24

7      So I don't know if it was just a residual effect          13:08:27

8  from it or if I was being tased through the entire time.      13:08:29

9  But I remember very clearly being tased.                      13:08:33

10    Q.  Okay.  And do you know if a person is able to          13:08:37

11  think clearly when they're being tased?                      13:08:40

12      ATTORNEY PACKER:  Objection.  Calls for                  13:08:44

13  speculation.                                                 13:08:47

14      Go ahead.  You can answer.                               13:08:50

15      THE WITNESS:  Okay.  I think -- yeah, during that        13:08:51

16  time you can -- you can think, of course, but your body      13:08:53

17  is just not going to move to what you're actually trying     13:08:56

18  to do.                                                       13:08:59

19  BY ATTORNEY KORNBLAU:                                        13:09:00

20    Q.  And is that what happened here?                        13:09:00

21    A.  Yes.  There were -- there were -- there were --        13:09:04

22  there were moments where I was being directed to do          13:09:08

23  something, and I'm trying to do it, you know, but my body    13:09:10

24  was just locked up.  You know, I can't -- I can't move.      13:09:13

25  You know, my body's locked up.                               13:09:16

1    Q.  Okay.  And you said you felt like you were being    13:09:18

2  tased through the duration; is that right?    13:09:24

3    A.  Right.  So I don't know if it -- what was    13:09:28

4  happening is if I was being tased, then not being tased,    13:09:30

5  and then being tased again, and then not -- I don't know    13:09:35

6  exactly how it happened because, like I say, everything    13:09:38

7  was -- I'm dealing with so many things at that point,    13:09:41

8  right?  I'm being hit all over the place by the officers.    13:09:44

9  I'm being simultaneously tased, so it's hard for me to,    13:09:48

10  you know, discern the difference, right, you know, to --    13:09:54

11  between what's going on, like, to isolate everything one    13:09:56

12  from the other.  This all happened to me at once.    13:10:00

13    Q.  Okay.  What was your body position when you    13:10:02

14  believe you were first feeling the effects of a Taser?    13:10:05

15    A.  I remember I was sitting in the chair when I    13:10:11

16  was -- when I first got tased.  So from that point, you    13:10:15

17  know, I'm being tased while these officers are telling me    13:10:19

18  to get down on the ground.  So I'm hearing them telling    13:10:22

19  me to get down to the ground.  I'm actually trying to get    13:10:26

20  down to the ground, but my body's locked up, so I don't    13:10:29

21  know if I'm moving in slow motion, you know, if my body    13:10:33

22  is actually, you know, giving -- you know, giving away to    13:10:38

23  the Taser, if -- if I'm actually to do it or -- or how it    13:10:42

24  actually, you know, transpired.    13:10:47

25      But I -- I do know that I was being tased.  I'm --    13:10:48

HENRY MICHAEL BARNHILL                              117

1    I'm being, you know, told to get on the ground.  I'm        13:10:51
2    actually trying to do it to the best that I can.  I'm       13:10:54
3    trying to do everything that I can, but I'm being tased,    13:10:57
4    you know, during that time, you know, when I was sitting    13:11:01
5    on the chair trying to get to the ground.  And then I       13:11:04
6    think from after that, they -- yeah, they just jumped on    13:11:10
7    me and just, you know, like, just tried to, you know,       13:11:13
8    like, punching me -- well, even before that, you know,      13:11:15
9    they, you know, started punching me.                        13:11:17
10       Q.  You said you were trying to move in slow motion      13:11:19
11   during the Taser deployment?                                13:11:22
12       A.  No.  I think that what happens when you're being    13:11:26
13   tased, like, you don't have any choice.  Like, your --      13:11:28
14   your muscles just won't allow you to do it.  You know,      13:11:32
15   now, had I not been tased and the person would have said,   13:11:34
16   "Hey, raise your hand," I'm able to do it.  You know,       13:11:38
17   "Touch your toes," I'm able to do it.  But if you're        13:11:43
18   being tased, it's, like, you -- you -- somebody says,       13:11:44
19   "Touch your toes," you're like -- you can't.  You know,     13:11:47
20   you're trying.  Your brain is telling your body to do it,   13:11:47
21   but you can't.                                              13:11:48
22       Q.  Do you understand how Tasers work?                  13:11:48
23       A.  I -- you get shocked and then you lock up.  I       13:11:53
24   only -- I -- I only know what happened to me, you know.     13:11:57
25       Q.  But you don't know what happened to you; is that    13:12:00

```
 1  but I do know at one time I recall -- you know, when you    13:14:13

 2  get dressed or whatever, you examine your body or you see   13:14:17

 3  things, right?  You know, so I -- I -- I do recall seeing   13:14:20

 4  some type of, you know, puncture thing, whatever, which     13:14:25

 5  I'm, you know, assuming came from the probe.                13:14:28

 6     Q.  Okay.  So you don't know one way or the other?       13:14:31

 7     A.  All I do know is that I got shocked, and if it       13:14:38

 8  came from those probes, that's because those probes         13:14:41

 9  entered my body because there's no other way to get         13:14:45

10  shocked, right?                                             13:14:46

11     Q.  Do you know the duration of a Taser deployment in    13:14:47

12  probe mode?                                                 13:14:53

13         ATTORNEY PACKER:  Objection.  Calls for              13:14:54

14  speculation.  Relevance.                                    13:14:55

15         THE WITNESS:  I figure that -- I don't -- I don't    13:14:57

16  know.                                                       13:14:59

17  BY ATTORNEY KORNBLAU:                                       13:14:59

18     Q.  Okay.  So we're at the point where you felt a        13:15:00

19  Taser, and you said you were in a chair.                    13:15:02

20         Do you remember what happened after that?           13:15:05

21     A.  In the chair and I'm -- I'm holding my hands up --   13:15:07

22  up and I -- I'm being hit by an officer.  Well, actually   13:15:15

23  I'm being hit by this officer.  Wait.  Okay.  Yeah, so      13:15:21

24  I'm being hit by this officer.                              13:15:25

25         So I recall getting hit a couple times.  I recall,   13:15:27
```

```
 1   you know, after getting hit, tying to -- you know, trying    13:15:31
 2   to -- I don't know if I blocked it with this hand or         13:15:33
 3   whatever.  You know, I'm trying to, you know, like, block    13:15:41
 4   from being hit, and I'm holding my hands up.  And then       13:15:41
 5   after that, I remember being taken down to the ground,       13:15:44
 6   and then just kind of, like, being pounded on after that.    13:15:47
 7       Q.  Anything else?                                       13:15:51
 8       A.  That's all.  That's all I can recall.                13:15:55
 9       Q.  Okay.  How did you know it was officers that were    13:15:57
10   trying to take you down to the ground?                       13:16:04
11       A.  At that time, I didn't -- I didn't know who was      13:16:05
12   who.  I didn't know what was what.  I -- I can -- I can      13:16:08
13   only describe the officers by seeing the body cam.  Like,   13:16:13
14   that's where I recognize this person or I -- even when      13:16:21
15   the guy was running through the gate, even though I knew    13:16:24
16   it was an officer, like, my brain didn't take the tame to   13:16:26
17   figure out facial features or anything like that.  Like,    13:16:29
18   my brain just told me it's a guy with a -- aimed with a     13:16:33
19   gun, and I just froze.  You know, it's an officer and a     13:16:37
20   gun.  But I didn't take the time to figure out what         13:16:40
21   officer was what officer.  Like, my brain just didn't       13:16:43
22   think like that.  I don't think -- for -- for a human, I    13:16:46
23   don't think that we're in -- when we're in that state of    13:16:50
24   being frightened and we're scared, I don't think we think   13:16:52
25   like that.                                                  13:16:55
```

```
 1      Q.  Okay.  So you aren't processing or making      13:16:56
 2   decisions during the time that you're on the porch?   13:17:00
 3        ATTORNEY PACKER:  Objection.  Misstates testimony. 13:17:02
 4   BY ATTORNEY KORNBLAU:                                 13:17:06
 5      Q.  Is that correct?                               13:17:07
 6      A.  No.  What I was doing at that time and during the 13:17:08
 7   entire altercation was trying to comply with everything 13:17:14
 8   that they said.                                       13:17:17
 9      Q.  Okay.  And what was said?                      13:17:18
10      A.  I was -- you know, every time they told me to put 13:17:19
11   my hands behind my back, you know, I was attempting to 13:17:25
12   put my hands behind my back, you know.  Even during the 13:17:28
13   times when he purposely -- or what felt like to me like 13:17:34
14   he purposely let my hand go, you know, I was still trying 13:17:38
15   to put my hand behind my back.  Then he would hit me in 13:17:42
16   my face, and my natural reaction to that would be to   13:17:43
17   bring my arm up to my face to guard my face from being 13:17:44
18   hit.  But with each and every single, you know, time that 13:17:48
19   they tried to tell me to do anything, you know, like, you 13:17:52
20   can clearly hear me telling them, "My hands are behind my 13:17:57
21   back.  My hands are behind my back," and that's me trying 13:17:57
22   to communicate to them, "Hey, my hands are behind my    13:17:57
23   back, and I'm trying to do as you say."  You know, that's 13:17:57
24   why those words are coming out of my mouth.            13:18:08
25      Q.  But you just said that there were times where you 13:18:08
```

1    were putting your arm and your hand in front of your          13:18:10

2    face, so it wasn't behind your back; is that correct?        13:18:14

3        A.   Correct.  This is what I believe was happening,      13:18:19

4    and this is just me trying to wrap my head around what it    13:18:24

5    felt like to me what was going on.  What it felt like to     13:18:27

6    me was going on was that I had an officer who's holding      13:18:31

7    my hand.  You know, I can -- I can remember him hold --      13:18:35

8    you know, feel him holding my hand.  He's telling me to      13:18:39

9    put my hands behind my back, and I'm trying to put my        13:18:41

10   hands behind my back, and he's guiding it to my back,        13:18:44

11   right?  Then all of a sudden he'll let it go, right?  And    13:18:47

12   just hit me on my face, you know, knowing that my            13:18:51

13   instinctive reaction would be to -- to guard my face,        13:18:54

14   right?  You know, like if -- if -- during any time of        13:18:55

15   that, the only times that my hand ever went any other        13:18:58

16   direction was to protect myself from being hit.              13:19:03

17       Q.   Okay.                                               13:19:06

18       A.   You know, after that, I was hit, you know, and      13:19:06

19   that was just an instant reaction.                           13:19:09

20       Q.   But --                                              13:19:13

21       A.   And that's what it felt like to me.                 13:19:15

22       Q.   -- earlier, though, you said that you felt like     13:19:15

23   you were being tased and incapacitated during the entire    13:19:18

24   incident on the front porch?                                 13:19:22

25          ATTORNEY PACKER:  Objection.  Misstates testimony.    13:19:24

HENRY MICHAEL BARNHILL                                    124

1          Go ahead.                                      13:19:26

2          THE WITNESS:  Yeah.  So I -- you know, like I kind   13:19:27

3    of explained to you earlier, you know, everything's   13:19:29

4    happening, you know, fluently.  Every -- all these things   13:19:33

5    are going on at once.  So when you ask me to recall a   13:19:35

6    certain way that it happened, you know, your asking me to   13:19:41

7    isolate that certain thing, right?  And it's kind of hard   13:19:44

8    for me to isolate that certain thing because I'm feeling   13:19:48

9    myself being hit.  I'm feeling myself being hit in the   13:19:51

10   back.  I'm feeling myself being hit in the face, kneed in   13:19:54

11   the face.  I'm feeling all these things going on at once,   13:19:58

12   and I'm also hearing, you know, these commands, you know,   13:20:01

13   and there were -- there were times where I'm -- I'm   13:20:05

14   hearing these commands and I'm -- you know, I'm actually   13:20:08

15   trying to put my hands behind my back, and there's a time   13:20:11

16   to where I'm being commanded to do this and my body's   13:20:14

17   locked up, and I'm still physically trying to put my   13:20:17

18   hands behind my back.                                 13:20:20

19          You know, at -- at all times I'm trying to do   13:20:22

20   everything that the officers are telling me to do.  I   13:20:24

21   mean, I have guys who have guns -- the last thing I   13:20:27

22   remember is a gun trained at me.  The last thing that I   13:20:30

23   want to do is do anything to put myself in a position to   13:20:33

24   where I'm going to be killed.  That's the only thing my   13:20:36

25   mind is thinking.  You know, "Do what they say.  Don't   13:20:40

1  get killed.  Do what they say.  Don't get killed."        13:20:43

2  That's all I'm thinking at the time.                       13:20:47

3  BY ATTORNEY KORNBLAU:                                      13:20:49

4     Q.  So you were not incapacitated during the entire     13:20:49

5  time that you were on the porch; is that right?            13:20:54

6     A.  Can you define to me what -- when you say           13:20:57

7  "incapacitated," what do you mean?  Because when I think   13:21:01

8  incapacitated, I think, like, somebody was just, like,     13:21:05

9  knocked out, like, unconscious.                            13:21:09

10    Q.  So earlier you said that you felt like you were     13:21:10

11 being tased the entire time that you were on the porch,    13:21:13

12 or is that not accurate?                                   13:21:17

13       ATTORNEY PACKER:  Objection.  Misstates testimony.   13:21:20

14       Go ahead.                                            13:21:22

15       THE WITNESS:  It -- it -- like I said, like I        13:21:23

16 explained to you earlier, right, I know for certain I was  13:21:26

17 being tased.  You know, I felt being tased.  You know, I   13:21:31

18 don't know if I was being tased over and over again or     13:21:34

19 if, you know, part of what I was feeling was just the      13:21:37

20 residual effects, but I know that I was -- I was tased     13:21:39

21 repeatedly.                                                13:21:43

22 BY ATTORNEY KORNBLAU:                                      13:21:44

23    Q.  Okay.  How many times?                              13:21:44

24    A.  I'm not sure.  I'm not sure exactly how many        13:21:46

25 times, but I do know that I was tased repeatedly.          13:21:50

1   -- I don't know.  I don't know a duration, to be honest          13:23:14
2   with you.  Like, I wasn't thinking like that.  I'm just          13:23:14
3   thinking, "Don't get hurt," like, you know.  And I'm            13:23:23
4   trying to understand why.  I'm trying to --. The biggest        13:23:23
5   thing going through my head is trying to make                   13:23:23
6   understanding what is going on, you know.                       13:23:23
7   BY ATTORNEY KORNBLAU:                                           13:23:38
8     Q.  All right.  And you said that you're not clear on         13:23:38
9   what was going on?                                              13:23:41
10      ATTORNEY PACKER:  Objection.  Misstates testimony.         13:23:42
11      Go ahead.                                                  13:23:46
12      THE WITNESS:  No, I -- I am clear that at this             13:23:47
13  point in time that, you know, I'm being -- you know, I          13:23:50
14  had been, you know, tackled by the officers.  I'm being        13:23:53
15  hit by the officers.  I'm being commanded to do things         13:23:58
16  that I'm actually doing, you know?  You have an officer        13:24:02
17  who's -- he himself is physically holding my hands             13:24:05
18  telling me to put my hands behind my back.  He's holding       13:24:08
19  my hand behind my back, so he knows my hands are behind        13:24:12
20  my back, you know, and he's directing me to do this.           13:24:15
21      Then he's letting my hand go.  You know, a person         13:24:19
22  doesn't let a hand go accidentally.  You know, he does it      13:24:22
23  on purpose.  He's done this multiple times, you know.  He      13:24:26
24  grabbed my hand, put it back, you know, let it go, hit me      13:24:29
25  in my face.  It's like he knew that my reaction to that        13:24:31

1  would be to bring my face -- to guard my face.  I think          13:24:34
2  that -- I personally believe from the time that he               13:24:38
3  encountered me that he was trying to entice me into, you         13:24:42
4  know, responding to what -- what he did, you know, but I         13:24:49
5  think that my -- because I was so fearful, my instinct          13:24:53
6  was just to protect myself, you know, not to be violent         13:24:58
7  towards them, you know, because that's -- that wasn't how       13:25:01
8  I was feeling at that time.  I was doing everything out         13:25:07
9  of fear, so instinctually just out of fear for my face         13:25:08
10 getting hit, you know, I was trying to block my face, you        13:25:11
11 know, but I was -- to the best that I could, I was trying        13:25:13
12 to do every single thing that they said to show that the        13:25:16
13 -- that I wasn't a threat, that I was willing to comply,         13:25:19
14 you know, just -- at that point, I just wanted to be            13:25:23
15 arrested, you know, I just wanted -- I wanted for all          13:25:25
16 this to stop.                                                    13:25:27
17 BY ATTORNEY KORNBLAU:                                            13:25:29
18    Q.  Okay.  So you're saying, though, that there were         13:25:29
19 times when your arms were free and, you know, again, you        13:25:31
20 were using -- you were showing us that you were trying to       13:25:34
21 put your arm in front of your face, right?                      13:25:37
22    A.  Yes.  Yeah, there were -- there was times that --        13:25:40
23 and forgive me if I'm -- if I'm mixing things up because,       13:25:44
24 you know, there was -- there were so many different hits        13:25:49
25 that were going on at that -- at that time.                     13:25:51

| | | |
|---|---|---|
| 1 | same time as I'm obeying what they're saying, I'm being | 13:27:11 |
| 2 | hit, so my reactions to that is to try to guard myself | 13:27:15 |
| 3 | from being hit, if you get what I'm saying. | 13:27:19 |
| 4 | Q.  And you're using your hands, your arms to do that; | 13:27:22 |
| 5 | is that correct? | 13:27:26 |
| 6 | A.  Yes.  My -- my right arm, I believe.  You know, | 13:27:28 |
| 7 | and -- and at the same time I'm telling him, "My arms are | 13:27:31 |
| 8 | behind my back.  My arms are behind my back."  Like, I'm | 13:27:36 |
| 9 | telling him this to let him know, like, "You don't have | 13:27:39 |
| 10 | to keep hitting me.  My arms are behind my back.  When | 13:27:43 |
| 11 | you tell me to put my hands behind my -- I'm trying to." | 13:27:46 |
| 12 | Q.  Okay.  And -- | 13:27:50 |
| 13 | A.  You know -- | 13:27:50 |
| 14 | Q.  -- you said you were -- | 13:27:51 |
| 15 | ATTORNEY PACKER:  Hold on. | 13:27:51 |
| 16 | ATTORNEY KORNBLAU:  -- trying to but they weren't | 13:27:52 |
| 17 | behind your back.  You were trying to; is that right? | 13:27:52 |
| 18 | ATTORNEY PACKER:  Objection.  Misstates testimony. | 13:27:53 |
| 19 | Go ahead. | 13:27:55 |
| 20 | THE WITNESS:  Yeah, so, you know, as I explained | 13:27:56 |
| 21 | earlier, you know, from -- from what it felt like to me, | 13:28:00 |
| 22 | was that he would grab my hand, you know, and he would | 13:28:03 |
| 23 | say, "Put your hands behind your back," so I -- I'm | 13:28:08 |
| 24 | trying to put my hands behind my back, right?  You know, | 13:28:11 |
| 25 | from the position that I'm in, you know, you're laying | 13:28:13 |

HENRY MICHAEL BARNHILL                               131

```
 1   down where your arm wants -- you can't -- you can't        13:28:15
 2   really move it like this, right?  So for your arm to have  13:28:17
 3   -- go back, you have to first cuff it to go back because   13:28:20
 4   your arm just -- it won't -- it won't go like this,        13:28:22
 5   right?  So I'm trying.  I'm trying my best to do it.       13:28:24
 6        You know, and even when I actually get my hand to     13:28:28
 7   my back, right, you know, I -- I could feel it, you know,  13:28:31
 8   get back there.  I know the position of my hand.  I know   13:28:33
 9   he's there and I feel him holding my hand.  Then all of a  13:28:38
10   sudden he'll let it go and strike me in the face.  So my   13:28:39
11   instant reaction to being struck in the face is -- is,     13:28:43
12   you know, to, like, you know, try and guard my face.  And  13:28:47
13   I think that that occurred one or two times to where I     13:28:52
14   actually -- I think one time I just -- I kind -- I turned  13:28:55
15   my head.  You know, I think the other time I actually      13:28:59
16   tried to, you know, guard my face.                         13:29:01
17   BY ATTORNEY KORNBLAU:                                      13:29:05
18     Q.  And so you were convicted of Penal Code              13:29:05
19   Section 148, resisting arrest.  You --                     13:29:10
20        ATTORNEY PACKER:  Objection.  Asked and answered.     13:29:12
21   BY ATTORNEY KORNBLAU:                                      13:29:14
22     Q.  You understand that, correct?                        13:29:14
23     A.  I do.                                                13:29:15
24     Q.  And you were convicted by a jury.  You didn't take   13:29:16
25   a plea, correct?                                           13:29:22
```

1    A.  I was convicted by the jury based on the district    13:29:24
2    attorney's argument to the jury, was that because -- from    13:29:29
3    the time that I exit the vehicle and got to the door,    13:29:33
4    that was considered resisting an officer and delaying a    13:29:38
5    police officer in the performance of his duties.  And so    13:29:42
6    that's what the jury was asked to come back and find me    13:29:44
7    guilty of, was whether, from that time, according to her    13:29:49
8    argument, from the time that I exit the vehicle until I    13:29:53
9    got to the door whether I, you know, resisted arrest, and    13:29:57
10   so they found me guilty of that.  But if you're asking me    13:30:00
11   had I resisted arrest at any point of physical contact,    13:30:03
12   no.  I was too scared to resist.    13:30:10
13   Q.  But you said earlier that you were afraid of what    13:30:12
14   the police would do, so you ran, or is that not correct?    13:30:15
15   A.  Well, from the time when I ran, you know, to    13:30:21
16   that track all the way to there -- and go through this    13:30:24
17   dialogue again -- I think that at that time, you know,    13:30:29
18   when that happened, I didn't -- you know, I was in    13:30:32
19   fight-or-flight mode, you know, and I just acted    13:30:35
20   instinctively.  But from the time -- you know, to make    13:30:38
21   that separation, from the time when I was on the porch    13:30:41
22   and I was fully aware that these are officers now, the --    13:30:44
23   the only thing my mind could think was to do everything    13:30:50
24   that they said, you know, not to be hurt.  I'm -- I'm not    13:30:53
25   trying to do anything that's going to cause me to get    13:30:56

HENRY MICHAEL BARNHILL                                    137

1    A.  Yes.  When I say fluidly, I mean, like,          13:35:55

2    simultaneously, like, it's all the -- it's all evolving   13:35:59

3    all in -- in one -- at one time, you know.           13:36:03

4    Q.  So tell me about your injuries or your damages   13:36:09

5    here.  What are you claiming?                         13:36:17

6         ATTORNEY PACKER:  Objection.                    13:36:21

7         THE WITNESS:  What am I --                       13:36:22

8         ATTORNEY PACKER:  Vague.                         13:36:24

9         THE WITNESS:  -- claiming?                       13:36:26

10        ATTORNEY PACKER:  Go ahead.                      13:36:28

11        And compound.                                    13:36:28

12   BY ATTORNEY KORNBLAU:                                 13:36:29

13   Q.  Okay.  So let's start with what are your injuries   13:36:29

14   as a result of this incident?  Not the incident with your   13:36:31

15   girlfriend or ex-girlfriend, just as it relates to this   13:36:34

16   incident with police on April 29th, 2022.            13:36:39

17   A.  Okay.  So my understanding of the injuries are I   13:36:42

18   have a -- a separated ear on this side, and so the   13:36:45

19   cartilage doesn't get -- so my understanding, you know,   13:36:53

20   the way that I was explained is that cartilage will never   13:36:57

21   heal.  I doesn't even have the ability to heal.  So at   13:37:00

22   this time my cartilage, instead of being like this, it's   13:37:03

23   overlapping on the side.  So if you feel it, it's -- it's   13:37:07

24   overlapped, like -- and it -- it'll start to droop.   13:37:11

25   Like, I literally tie a shirt around my head, you know,   13:37:14

HENRY MICHAEL BARNHILL                                    138

```
1   to -- to keep my ear in because in the beginning it was      13:37:16
2   really, really dropped, it was really drooped.               13:37:18
3        But -- so, yeah, the cartilage doesn't have the         13:37:21
4   ability to heal, so it's forever going to be like this.      13:37:22
5   This ear is visually lower than this ear, and it's -- it     13:37:25
6   lops over.  You know, it's -- it's more pronounced from      13:37:29
7   the back, you know, because I've had people, like -- you     13:37:35
8   know, I've asked people about it, like, to look at it for    13:37:35
9   me, you know, to see if they can tell or whatnot.  And I     13:37:38
10  have his -- the top of my ear is darker than the rest of     13:37:41
11  my ear because I guess that has something to do with it      13:37:45
12  being starved and blood flow or whatever.  At first they     13:37:50
13  -- they thought they were going to have to cut it all the    13:37:53
14  way off, but I guess somewhere -- somehow it had -- it --    13:37:56
15  the blood flow or whatever to where they didn't have to      13:37:59
16  cut it off, but when they first put it together, they        13:37:59
17  thought they were going to have to cut it off but -- so      13:38:03
18  now my ears are two different colors.  This part is dark.    13:38:03
19  I don't know if you can see it, but this part is darker      13:38:07
20  than the rest of my ear, and it -- it flops over.            13:38:10
21       So I had that and I don't have any sensation in --      13:38:13
22  in this part of my ear, the top part.  Like, I can feel      13:38:17
23  it, right, but it's -- it's different than this.  Like, I    13:38:20
24  know that I'm touching it, but I don't have that same        13:38:25
25  sensation in that part of my ear.                            13:38:27
```

HENRY MICHAEL BARNHILL                                            139

| | | |
|---|---|---|
| 1 | So on my face, I had what's -- what they told me | 13:38:29 |
| 2 | was a completely blown orbital fracture, so they put | 13:38:34 |
| 3 | three titanium screws in there, and they put mesh in | 13:38:34 |
| 4 | there because what was happening was my orbital muscles | 13:38:34 |
| 5 | were falling into the -- the -- they empty space, and so | 13:38:44 |
| 6 | as the bone -- or something -- somehow the -- the orbital | 13:38:48 |
| 7 | muscles fell in there and they were trapped in there, so | 13:38:52 |
| 8 | they were starved from oxygen, and I couldn't get the | 13:38:55 |
| 9 | surgery that I needed until, like, some weeks later | 13:38:58 |
| 10 | because it was too swollen or whatever, so they had to | 13:39:01 |
| 11 | wait for the swelling to do down so they could do the sur | 13:39:05 |
| 12 | -- surgery. | 13:39:09 |
| 13 | And so because of that, my orbital muscles don't | 13:39:09 |
| 14 | have -- what's the word that they used?  Basically it | 13:39:13 |
| 15 | doesn't have the same strength as -- so to my | 13:39:16 |
| 16 | understanding, there's -- there's -- I think it's four or | 13:39:19 |
| 17 | six.  You have four or six muscles that hold your eye, | 13:39:23 |
| 18 | and these -- because these muscles were starved for | 13:39:27 |
| 19 | oxygen, they're weaker than the others.  So if I'm | 13:39:31 |
| 20 | reading something for -- for some time or I get, like, | 13:39:34 |
| 21 | fatigue or something, my -- my eye will -- will -- will | 13:39:40 |
| 22 | drift, you know.  And, you know, I can catch it sometimes | 13:39:42 |
| 23 | and I'll -- you know, I can pull it and -- well, I can | 13:39:44 |
| 24 | catch it all time.  I can, like -- kind of, like, bring | 13:39:46 |
| 25 | it back into focus, but it'll move.  It'll -- it'll move | 13:39:50 |

HENRY MICHAEL BARNHILL                    140

1   on it own because of the -- the weakness in the orbital        13:39:53
2   muscles.                                                       13:39:57
3        And I also have nerve damage right here.  So this        13:39:57
4   portion of my lip right here, right, just the corner           13:40:00
5   part, right, so it's -- it's numb right here, and it's         13:40:05
6   numb all the way from here to here.  But if I scratch it       13:40:09
7   like this right here, it feels like I'm scratching up          13:40:15
8   here, right?  And so this never goes away, right, so it's      13:40:17
9   -- it's always numb from here to here, and it feels like       13:40:20
10  that -- the -- the feeling that you get when you -- when       13:40:24
11  your -- when your foot is asleep and you step on it and        13:40:26
12  it feels like -- like pins and needles when you -- when        13:40:29
13  you -- when you touch it.  Like, so even though I can          13:40:31
14  feel myself touching it, right, it has that numb feeling,      13:40:35
15  but it also feels like there's, like -- like, kind of         13:40:39
16  like the same feeling when you -- when you step on your        13:40:39
17  foot when it's asleep.  You get, like, that pins and           13:40:42
18  needles feel.  So that never goes away.  This is always       13:40:43
19  like that, right?  So that never goes away.                    13:40:46
20       And then -- so I have trigeminal -- what I come to        13:40:49
21  find out, it's -- I don't know if it's trigeminal,            13:40:49
22  tridreminal (phonetic) neuralgia or whatever.  So I have       13:40:58
23  that.  So I get jolts in -- the jolts in my face.  Like,       13:40:58
24  more -- usually, generally speaking, it's -- you know,         13:41:07
25  it's -- it's a few jolts that are just happening, you          13:41:10

```
 1   get nerve blockers for that.                          13:42:43
 2       I have seizures.  So I have to take seizure       13:42:45
 3   medication, and I haven't -- I can't -- I can't work on  13:42:48
 4   the roofs.  I have restricted access to -- to stairs.  13:42:54
 5   All those -- and I can't work around heavy machinery.  13:43:01
 6   I'm trying to think, you know, because I have the      13:43:04
 7   chronos, so I'm trying to think of everything that it  13:43:04
 8   says.  So I can't do those things.  And --             13:43:12
 9       Q.  Can I just clarify?  Earlier you said -- when you  13:43:17
10   were talking about your nerve damage, you pointed to your  13:43:20
11   face when you were described the area, and you said "from  13:43:25
12   here to here."  Can you describe that since we dont have  13:43:28
13   that in the record.  Since you were pointing to it, we  13:43:33
14   can't take that down.  So can you just --              13:43:37
15       A.  Okay.  Oh --                                   13:43:40
16       Q.  -- tell us --                                  13:43:40
17       A.  -- I'm sorry.  Okay.  So -- so there's two    13:43:41
18   different things, right?  So there -- starts from the --  13:43:42
19   the right side, the right corner of my lip all the way --  13:43:46
20   if I were to, like, draw all the way up to the -- the   13:43:50
21   right corner of my right eye, from that -- from there all  13:43:53
22   the way down kind of, like -- I don't want to say       13:43:59
23   straight but kind of like in a curve, all that -- all   13:44:02
24   that area is numb.  So all throughout the day, like, no  13:44:04
25   matter what, it's -- it's -- it's always -- it has a numb  13:44:09
```

| | | |
|---|---|---|
| 1 | ATTORNEY PACKER:  Objection.  Calls for | 13:46:51 |
| 2 | speculation.  Calls for a medical opinion. | 13:46:53 |
| 3 | THE WITNESS:  From what I am aware of, I have a -- | 13:46:56 |
| 4 | a torn rate -- rotator cuff that still has to be -- so | 13:47:01 |
| 5 | it's in the process of whether they're -- they're | 13:47:11 |
| 6 | determining whether want to do surgery on it or not.  I | 13:47:14 |
| 7 | don't know what they're -- I don't know when they will do | 13:47:17 |
| 8 | it, you know, but I -- I -- I do know that I've been told | 13:47:19 |
| 9 | that I have to do -- they have to do surgery on my | 13:47:21 |
| 10 | rotator cuff because that's the only way that it can -- | 13:47:23 |
| 11 | it can be repaired.  So that's the only surgery that I | 13:47:25 |
| 12 | know that I have to do other than, like, getting, like, | 13:47:29 |
| 13 | nerve blocker shots.  That's the only thing that I know | 13:47:33 |
| 14 | that I have to do. | 13:47:36 |
| 15 | BY ATTORNEY KORNBLAU: | 13:47:37 |
| 16 | Q.  How was your rotator cuff -- and it looks like you | 13:47:38 |
| 17 | were pointing to your left arm.  How was it torn? | 13:47:41 |
| 18 | A.  I believe it happened during the incident, you | 13:47:45 |
| 19 | know, because, like, when it first -- when it -- when it | 13:47:47 |
| 20 | first happened, right, like, the next day, like, I | 13:47:51 |
| 21 | couldn't -- I couldn't move my hand up.  Like, I had to | 13:47:53 |
| 22 | physically take this hand and, like, put it -- you know, | 13:47:57 |
| 23 | whenever I would dress or whatever.  Even now to the day, | 13:47:59 |
| 24 | like, I still have trouble with it.  Like, every -- each | 13:48:02 |
| 25 | and every single morning when I wake up, it's -- it -- it | 13:48:05 |

| | | |
|---|---|---|
| 1 | So can you say that again and just say -- when | 13:51:11 |
| 2 | you're just saying, "This side is sunken more than this | 13:51:12 |
| 3 | side," can you use "right eye," "left eye," please. | 13:51:15 |
| 4 | A.  I'm sorry.  My -- my right eye is -- is sunken in | 13:51:18 |
| 5 | further than my left eye. | 13:51:23 |
| 6 | Q.  Okay.  Any other issues with your face or your | 13:51:25 |
| 7 | head? | 13:51:29 |
| 8 | A.  Well, I get migraines and all that type of stuff, | 13:51:33 |
| 9 | you know, so -- | 13:51:38 |
| 10 | Q.  Other -- sorry.  Other than what we've already | 13:51:38 |
| 11 | discussed.  So anything now in the future, is there any | 13:51:42 |
| 12 | other issues, like any other surgeries, you know, do you | 13:51:46 |
| 13 | need more medication as it relates to your face or your | 13:51:49 |
| 14 | head? | 13:51:52 |
| 15 | ATTORNEY PACKER:  Objection.  Calls for | 13:51:53 |
| 16 | speculation.  Calls for expert opinion. | 13:51:54 |
| 17 | Go ahead. | 13:51:57 |
| 18 | THE WITNESS:  Yeah.  I mean, as far as I'm aware | 13:51:57 |
| 19 | of, no.  At this time, I can't think of anything else. | 13:51:59 |
| 20 | BY ATTORNEY KORNBLAU: | 13:52:02 |
| 21 | Q.  And then you said your shoulder, so rotator cuff. | 13:52:05 |
| 22 | Any other parts of your body that you're claiming | 13:52:09 |
| 23 | injuries to? | 13:52:13 |
| 24 | A.  Not that I can think of, no. | 13:52:15 |
| 25 | Q.  Okay.  Have doctors given you a plan of what | 13:52:28 |

HENRY MICHAEL BARNHILL                                    155

1        THE STENOGRAPHER:  Thank you.                13:58:57

2        THE VIDEOGRAPHER:  Do you need a video by chance?   13:58:57

3        ATTORNEY PACKER:  Say that again.            13:59:01

4        THE VIDEOGRAPHER:  Do you need the video by   13:59:01

5    chance?                                          13:59:04

6        ATTORNEY PACKER:  I don't.  Not at this point.  We   13:59:04

7    may but not at this point.  Thank you.           13:59:07

8        THE VIDEOGRAPHER:  Okay.  This concludes today's   13:59:07

9    proceeding.  We're off the record at 1:59 p.m.   13:59:09

10       (Proceedings concluded at 1:59 p.m.)         13:59:46

11                     ---oOo---

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HENRY MICHAEL BARNHILL                    156

```
 1              REPORTER'S CERTIFICATE
 2          I, ALYSSA PACHECO, do hereby certify that I am a
 3  licensed Certified Shorthand Reporter, duly qualified and
 4  certified as such by the state of California;
 5          That prior to being examined, the witness named
 6  in the foregoing deposition was duly sworn by me;
 7          That the said deposition was recorded
 8  stenographically by me at the time and place herein
 9  mentioned; and the foregoing pages constitute a full,
10  true, complete, and correct record of the testimony given
11  by the said witness;
12          That review of the transcript was not requested
13  pursuant to Federal Rules of Civil Procedure Rule
14  30(e)(1);
15          That I am a disinterested person, not being in
16  any way interested in the outcome of said action, or
17  connected with, nor related to any of the parties in said
18  actions, or to their respective counsel in any manner.
19
20
21
22  _____
    ALYSSA PACHECO, CSR NO. 13391
23
24
25
```