# "EXHIBIT 7"



**Exh. 7 at 1 of 5**



Exh. 7 at 2 of 5





**Exh. 7 at 4 of 5**



**Exh. 7 at 5 of 5**