# "EXHIBIT 8"



00:39 - Vehicle Pursuit Begins



02:42 - Vehicle Pursuit Ends

Exh. 8 at 2 of 37



02:44 - "Show us your f***ing hands now"

Exh. 8 at 3 of 37



02:44 - Hands Up in Compliance

**Exh. 8 at 4 of 37**



2022-04-29 07:49:00 -0700
AXON BODY 3 X6033075V

02:48 - At Door



02:49 - Visibly Unarmed, Sees Officer and Freezes



02:50 - Maynard Tackles/Pushes to Chair



02:51 - Sitting in Chair



02:51 - Aguila Holsters adn Grabs Left Arm



02:54 - Bishop Deploys Taser



-2:54 - Aguila Holstering while Controlling Arm with One Hand



02:54 - Two Visibly Empty Hands in Air



02:57 - Officers Guide Barnhill to Ground



02:58 - Each Officer Controlling One Hand



02:58 - Maynard two-hand grip, Barnhill effected by Taser



02:59 - Maynard Knees Barnhill to Body



03:00 - Maynard and Aguila on top of Barnhill, Chest Down



03:00 - Barnhill right hand out; officers blocking from going to back



03:01 - Right hand out, Officers blocking



2022-04-29 07:49:17 -0700
AXON BODY 3 X6033075V

03:06 - Bishop Calls for Assistance



03:07 - Barhill legs out, flat, not moving



03:08 - Maynard pushes chair out of the way



03:09 - Bishop moves chair and table out of the way



03:11 - Barnhill left hand controlled behind back



03:13 - Barnhill's Head Exposed



03:14 - Bishop drive-stun to back of neck



03:14 - Bishop brings his arm back grabbing Barnhill's hood/hair



03:14 - Bishop Lifts Barnill's head up



03:14 - Bishop Slamms Taser into Back of Barnhill's Head



03:14 - Taser Breaks Off from Force



03:15 - Bishop tosses Taser Handle to the side



03:20 - Bishop Grabs Barnhill's Head with two hands



03:22 - Bishop Lifts Barnhill's Head Up



03:23 - Bishop Slammed Barnhill's Head to the Ground, bloodspatter



03:23 - Both Hands were Behind his Back



03:45 - Handcuffed



03:51 - Six Officers on Scene