# "EXHIBIT 9"



00:35 - Vehicle Pursuit Begins



02:39 - Vehicle Pursuit Ends

Exh. 9 at 2 of 38



2022-04-29 07:49:05 -0700
AXON BODY 3 X6033233T

02:41 - Hands Up

**Exh. 9 at 3 of 38**



02:46 - Reach Door



02:46 - Hands Visibly Empty



02:47 - Frozen, Scared of Officer



02:47 - Visibly Unarmed



02:48 - time of Tackle



02:48 - Bishop and Aguila



02:50 - Officers go Hands On



02:51 - Empty Controllered Left Hand



02:51 - Controlled Before Tasing



02:52 - Taser Deployed



02:52 - Effects of Taser



02:52 - Empty Right Hand Controlled



02:52 - Visibly Empty Hands Up

Exh. 9 at 16 of 38



02:53 - while Taser is deployed, Maynard pulls back for punch



02:53 - Maynard fist punch to the face #1 while hands up an Tased



02:53 - Maynard fist punch to the face #2



02:53 - Maynard Hammer Fist



02:54 - Empty Right Hand Controlled



02:54 - Empty Right Hand Controlled



02:54 - effects of Taser



02:55 - Effects of Taser



02:55 - Effects of Taser, controlled slide to ground



02:56 - Maynard holding fingers



02:57 - Barnhill left hand behind back, Maynard holding right hand



02:58 - Maynard push face into brick wall holding fingers



02:58 - Maynard lets go of hand



02:59 - Maynard re-establishes grip



02:59 - Maynard two-hand grip



03:02 - Left Hand Behind Back



03:07 - Left Hand Cranked Up



03:07 - Maynard Grabs Hood



2022-04-29 07:49:33 -0700
AXON BODY 3 X6033233T

03:10 - Taser Strike



03:16 - Right Hand Behind Back



03:32 - Handcuffs Connected



03:43 - Handcuffed