# "EXHIBIT 10"



00:15 - Vehicle Pursuit Begins



02:20 - Vehicle Pursuit Ends



02:22 - Visibly Empty Hands Up



02:24 - three Officers on foot pursuit



02:30 - Empty Left Hand, Bishop: "Taser"



02:32 - Taser Deployed



02:35 - Effect of the Taser



02:35 - Effect of the Taser

Exh. 10 at 8 of 32



02:36 - Effect of the Taser, Slide Down to Ground



02:38 - Immediate Left Hand Behind Back, by Aguila with One Hand



02:39 - Maynard Push Head Against Brick Wall



02:44 - Left Hand Cranked Up Mid-Back



02:48 - Aguila Controls Left Hand, Maynard Pushes Head



2022-04-29 07:49:29 -0700
AXON BODY 3 X60345324

02:48 - Aguila Two Hand Grip



02:50 - Bishop Pulls Up on Hood



02:51 - Aguila Body Punch #1, officer leg blocking right hand



02:52 - Aguila Body Punch #2



02:52 - Aguila Body Punch #3, officer on top of Maynard, leg blocking



02:53 - Aguila Body Punch #4



02:53 - Aguila Body Punch #5, officer leg blocking



02:54 - Aguila Body Punch #6



02:54 - Aguila Body Punch #7



02:55 - Aguila Body Punch #8, with hands behind back



02:55 - Both Hands Behind Back



02:58 - Both Hands Cranked Together



02:58 - Both Hands Cranked Together



03:00 - Bishop Grabs Hood and Lifts Head



03:00 - Bishop Slammed Head Down on Concrete



03:06 - Handcuffs Out



03:14 - Second Set o Handcuffs Out



03:20 - Fully Handcuffed



04:02 - Rolled to Side Bleeding