**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN241057)
7095 Indiana Ave Ste 200
Riverside, CA 92506
(951) 682-9311
Email:tpacker@grechpackerlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-00589-JGB-SP<br><br>[*Honorable Jesus G. Bernal Magistrate Judge Sheri Py*]]<br><br>**DECLARATION OF RYAN O'CONNOR, M.D.**<br><br>[*Filed concurrently with* Plaintiff's Opposition to Defendants' Motion for Summary Judgment; Memorandum of Points and Authorities in support thereof; Declaration of Marcel F. Sincich and exhibits thereto; Declaration of Roger Clark; Declaration of Doctor Ryan O'Connor; Declaration of Henry Barnhill; Plaintiff's Statement of Genuine Disputes and Additional Material Facts]<br><br>Hearing:   February 9, 2026<br>Time:      10:00 a.m.<br>Crtrm:     1<br><br>Trial Date: April 7, 2026<br>Complaint Filed: April 4, 2023 |

## DECLARATION OF RYAN O'CONNOR, M.D.

I, Ryan O'Connor, M.D., declare as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

2. My opinions are based on a review of Plaintiff's medical records, including a report by Dana Tannenbaum, M.D.

3. Defendants' conduct in slamming Plaintiff's face into the ground and smashing a Taser on the back of his head, created a substantial risk of causing serious bodily injury.

4. Defendants' conduct did in fact create great bodily injury. Plaintiff suffered the following serious bodily injuries: an avulsion to the left ear meaning the top portion of the ear was almost entirely detached; a closed blow out fracture to the orbit that required surgery and reconstruction and resulted in Plaintiff receiving screws in his face, extensive suturing; permanent loss of peripheral vision; and check and lip numbness likely due to nerve damage.

5. Attached hereto as "Attachment A" is a true and correct copy of my Rule 26 Expert Report submitted in this matter containing my opinions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of January, 2026.

_____
Ryan O'Connor, M.D.

# ATTACHMENT A

to the Declaration of Dr. Ryan O'Connor
**RYAN O'CONNOR M.D. RULE 26 REPORT BARNHILL**

# Ryan O'Connor, M.D.

- - -

Emergency Medical Physician
P.O. Box 86166
Los Angeles, CA 90086

May 4, 2024

Mr. Packer,

     I have reviewed the following discovery that you have provided to me regarding Henry Barnhill v. City of Hemet, et al.:

- Medical records from Riverside University Health System (RUHS) Emergency Department (Bates 000067 – 0199)
- Salinas Valley State Prison Health Care Records (Bates 000901–001495)
- County of Riverside Health Care Records (Bates 000200-000895)
- Medical Records from Sani Eye Center for Henry Barnhill (Bates 001497-001524)
- Medical Records from American Eye Associates (Bates 001569-001572)
- Hemet Police Department reports (Bates 000007 – 000066)
- State of California Health Care Records (Bates 001526-001536)
- A Plaintiff's Complaint for Damages (Bates 001540-001567)
- A Superior Cort of California, County of Riverside Felony Complaint (Bates 000001-000006)
- Three Axon body-worn camera clips showing the arrest of Mr. Barnhill
- Five photographs demonstrating injuries sustained by Mr. Barnhill during his arrest

<u>Review and Interpretation of Medical Records</u>

On 04/29/2022, Mr. Henry Barnhill was evaluated in the Emergency Department of Riverside University Health System (RUHS) for injuries sustained during his arrest by police. It is noted that he originally presented to Hemet Hospital but was transferred to RUHS due to the severity of his injuries and need for higher level of care and specialty evaluation that was not available at Hemet Hospital.

Mr. Barnhill was initially assessed by the Emergency Room physician. This doctor observed a "Large parieto-occipital hematoma" [i.e.: swelling / collection of blood] to the patient's head as well as "Periorbital swelling of right eye" [000077] and "avulsion of left ear" [000076]. During the course of this ER evaluation, Mr. Barnhill was noted to be suffering from "Ear Pain" [000075], "Pain [that] is sharp, constant, worse with palpation" [000076], and "headache and some issues with moving his eyes including pain and sensitivity to light" [000087]. Mr. Barnhill was diagnosed with an "Ear Avulsion", "Closed blow out fracture of orbit" and "Concussion" [000082].

Due to the complexity of Mr. Barnhill's ear injury, an Otolaryngologist (i.e.: ear, nose & throat [ENT] doctor) was called to the Emergency Room to evaluate him. This specialist observed the patient's "Left ear with full thickness laceration through the superior helix with exposed cartilage, nearly avulsed" (000089) as well as a "2cm abrasion to [his] left parietal scalp" (000089) underlaying the ear injury. My observation of photographs of the patient's ear injury is consistent with the observations documented by the ENT. The top portion of Mr. Barnhill's left ear was almost entirely cut off and was only attached to the rest of his ear by a small amount of flesh. Repair of this complicated ear injury was performed in the ER by the ENT specialist.

The ENT doctor also evaluated Mr. Barnhill's right eye socket injury. This physician observed the patient's eye movement to be "severely limited by pain in all direction" [000089]. He was noted to have a significant orbital floor fracture, and the ENT opined that "He will likely require orbital floor repair [in the operating room] given large defect" [000090]. This surgery was performed on 05/09/2022. During the operation, the patient's "orbital floor was reconstructed with small mesh plate and secured to the infraorbital rim with self-drilling 3mm titanium screws" [000182].

Between his initial ER visit on 04/29/2022 and his surgery on 05/09/2022, Mr. Barnhill was medically re-evaluated several times. During these follow-up visits, the patient had persistent complaints of pain to his right eye, pain with movement of his right eye, visual disturbance in the form of "Seeing persistent 'flashers and floaters'" [000116], "diplopia [i.e.: double vision] and significant eye pain, particularly with rightward and upward gaze. Also with light sensitivity" [000144], "diplopia at rest and with eye movement" [000145], and "significant limiting pain with rightward and upward gaze" [000145]. Additionally, when being evaluated at RUHS after his surgery, Mr. Barnhill was "complaining of right upper cheek and lip numbness and diplopia". The ENT doctor opined that this "cheek and lip numbness is likely due to nerve damage due to injury" [000198].

Mr. Barnhill has been in detention since these events transpired. During this time, he has been evaluated by health care providers in these detention facilities who have documented persistent complaints of severe headaches, facial pain and visual problems that are refractory to medical treatment. These complaints include but are not limited to:

- "…sharp pains from my center/right forehead, down the right side of my nose and right cheek that last throughout the day." [000266]

- "Sometimes [the pain] is so unbearable that I cannot sleep and am in pain all throughout the day and night." [000266]

- "…continuous [sic] pain in my face and right eye that also cause migrain [sic] headaches and agonizing pain all day & night." [00267]

- "…my vision in my right eye is getting wose [sic] and is really blurry." [000269]

- "…severe migraine headaches that last throughout the day and are debilitating and have been ongoing since my arrest. Also I have persistent pains in my right eye and right face area… my vision in my right eye is blurry and my right eye still at times drifts downwards to the right on its own." [000270]

During his time in custody, he was diagnosed with "chronic migraine headache" [000964], "posttraumatic occipital headaches" and "right retroorbital headache probably a consequence of old orbital fracture and surgery" [001021]. He was treated with various medications including Sumatriptan and Ibuprofen without improvement in symptoms.

Mr. Barnhill was diagnosed with a concussion in the Emergency Department on the day of the incident. He sustained multiple significant concussive injuries to his head and face and complained of multiple symptoms associated with this head trauma. These facts are supportive of this diagnosis. Persistent and refractory headaches that begin after sustaining significant head trauma are consistent with traumatic brain injury and post-concussion syndrome. Post-concussion

syndrome occurs when symptoms of a concussion persist for an extended period of time, typically longer than three months. Due to the extended duration of Mr. Barnhill's post-concussion symptoms and the fact that they have been refractory to treatment raises concern that his symptoms will be chronic and persistently difficult to treat.

It is my professional medical opinion, based on the medical records provided to me, that none of these injuries nor associated symptoms were present in Mr. Barnhill prior to his violent arrest by police officers. The injuries sustained by Mr. Barnhill and the persistent symptoms caused by them are the direct result of violent force inflicted upon Mr. Barnhill by the arresting officers.

### Review and Interpretation of Video and Photographic Evidence

I have evaluated the video and photographs provided to me and have determined, within a reasonable degree of medical probability, the causative mechanism of his various head and facial injuries:

1. Mr. Barnhill has a large abrasion with superficial skin avulsion and significant surrounding swelling to the left upper-rear [i.e.: parieto-occipital] portion of his head. It is my professional medical opinion that this injury was caused by his head forcibly contacting the concrete ground. In a Hemet Police Department Use of Force report, officer Joshua Bishop describes that he "grasped Barnhill's ponytail style hair and slammed his face/head into the ground" [000063] consistent with my opinion.

2. Mr. Barnhill has a large partial avulsion injury to the top portion of his left ear. Underlaying this linear through-and-through laceration of the ear is a corresponding linear abrasion to his scalp. It is my professional medical opinion that these paired injuries were caused by forcible blunt force trauma by an object with a blunt edge such as Taser. In a Hemet Police Department Use of Force report, officer Joshua Bishop describes that he "struck him 2 times on the left side of his face/head with my CEW" [000063] (i.e.: conducted energy weapon) consistent with my opinion.

3. Mr. Barnhill has significant swelling and bruising around his right eye (and an underlying orbital floor fracture) without associated abrasions. It is my professional medical opinion that this injury was caused by blunt force trauma.

Please feel free to contact me with any questions that you may have about this case.

Sincerely,

Ryan O'Connor, M.D.