Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HENRY BARNHILL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br><br>[District Judge:    Jesus G. Bernal<br>Magistrate Judge:  Sheri Pym]<br><br>**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION & REQUEST TO STRIKE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with Response to Plaintiffs' Objection*<br><br>Date:    February 9, 2026<br>Time:   9:00 a.m.<br>Crtrm.: 1 (2nd Floor)<br><br>*Action Filed:    04/12/2024* |

I, Andrea Kornblau, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS

1  KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON. I have personal
2  knowledge of the facts set forth herein, and if called as a witness, I could and would
3  competently testify thereto. I make this declaration in support of Defendants'
4  Response to Plaintiff's Objection & Request to Strike Defendants' Motion for
5  Summary Judgment.

6      2.    On January 5, 2026, my office emailed to Plaintiff's counsel Dale K.
7  Galipo and Marcel F. Sincich and their office Defendants' meet and confer letter that
8  summarized in detail the defense summary judgment arguments. *See,* **Exhibit A**
9  (meet and confer letter).

10      3.    On January 6, 2026, I reached out to follow up on the letter. Plaintiff's
11  Counsel contended that the meet and confer was untimely but offered to "drop the
12  municipal liability claims" in exchange for Defendants forgoing a Rule 56 Motion,
13  also noting they would be dropping claims against Defendants Gonzalez and Tipton.
14  My then co-counsel Khouloud Pearson rebutted this assertion and scheduled a zoom
15  correspondence on January 8, also offering to stipulate to a mutual extension of time
16  to respond if Plaintiff desired one. *See* **Exhibit B** (email chain meet and confer and
17  arranging Zoom conference)

18      4.    On January 8, 2026, Defense Counsel Khouloud Pearson and Plaintiff's
19  Counsel met to discuss the case. **Exhibit B**.

20      5.    My then-co counsel Ms. Pearson relayed to me the following: during the
21  January 8, 2026 conference, counsels negotiated the motion and the case. Plaintiff's
22  Counsel expressed a very strong desire for Defendants' not to file a Rule 56 motion
23  [summary judgment motion.] Plaintiff's Counsel again offered to dismiss some of the
24  claims in exchange for Defendants' agreement to refrain from filing altogether.
25  However, given Defendants' belief in claims Plaintiff would not dismiss, and the
26  conditions of any potential dismissal, parties could not come to an agreement so as to
27  avoid further motion practice. Plaintiff's Counsel was not willing to otherwise
28  stipulate for an extension of time to respond.

2
**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION & MOTION TO STRIKE**

1  I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct.
3  Executed on this 16th day of January, 2026, at Los Angeles, California.

        /s/ Andrea Kornblau
        Andrea Kornblau