**InService ROI, Inc.**
43055 80th St West
Lancaster, CA 93536
Phone 951-486-5069     Fax 661-943-3620
Tax ID: 71-1030656    om

| Invoice Number: | 342185304 |
|---|---|
| Invoice Date: | 11/07/22 |

3.95.32

**Shipped to:**

Same

**Law Offices Of Grech & Packer**
**7095 Indiana Ave**
**Suite 200**
**RIVERSIDE CA 92506**

**Invoices are due and payable upon receipt, no statement will be sent**

| Requested From | Riverside University Health Systems | | Clerical Fee | 82.00 |
|---|---|---|---|---|
| Requesting Company | Law Offices Of Grech & Packer | | Copy Charge | 13.10 |
| Patient Name | Henry Barnhill | | Shipping Charge | 3.95 |
| Medical Record Number | 7637901 | | Sales Tax | 1.32 |
| Contract | | | **Invoice Total** | **100.37** |
| Items Sent | Entire | | **Payments** | **100.37** |
| Pages Copied | 131 | | **Balance Due** | **0.00** |

**Important: Please return this with your payment.**
<u>AGREEMENT TO EMPLOY Inservice ROI, Inc. TO PHOTOCOPY MEDICAL RECORDS</u>

I choose to authorize and employ Inservice ROI, Inc. to act as my professional photocopy service for obtaining photocopies of medical records at the medical facility.

Upon receipt of pre-payment, Inservice ROI, Inc. will promptly obtain, photocopy and mail the records. I understand that I have several options when obtaining copies of medical records, and that evidence code 1158 does not apply to my relationship with Inservice ROI, Inc.

_____
Attorney Name/Attorney Firm Name (Please Print)

_____    _____
Attorney Signature                                          Date

Remit To:
InService ROI, Inc.
43055 80th St West
Lancaster, CA 93536
Phone 951-486-5069     Fax 661-943-3620
https://inserviceroi.com

If payment is made using a credit card please complete the following section, and mail to the above address or fax to Inservice ROI, Inc. at 661-943-3620..

| **Card Number and Type** | ☐ Visa | ☐ Master Charge | **Expires** | **Day Time Phone** |
|---|---|---|---|---|
| ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ | | | ☐☐ ☐☐ | ☐☐☐ ☐☐☐ ☐☐☐☐ |
| Signature: | | Print Name: | | |

342185304    11/07/22



**Riverside University HEALTH SYSTEM**

**AUTHORIZATION FOR USE AND DISCLOSURE OF HEALTH INFORMATION**
*RUHS Health Information Management, Release of Information*
7898 Mission Grove Parkway South, Suite 200, Riverside, CA 92508
Phone: 951-486-5040 • Fax: 951-486-5075 • Email: RUHS-ROI@ruhealth.org

| | |
|---|---|
| **Patient Information** | Patient Name: Henry Barnhill     Date of Birth: 06/09/1978 <br> Prior Name(s) Used: Henry Michael Barnhill     Phone #: <br> Medical Record Number: _____     Last 4 digits of Social Security: 2825 <br> Address: _____ |

| | |
|---|---|
| **Release to:** | *I authorize Riverside University Health System to __release__ health information to:* <br> Person/Facility: The Law Offices of Grech and Packer <br> Address: 7095 Indiana Ave., Suite 200 <br> Riverside, CA 92506 <br> Phone: (951)682-9311   Fax: (951)682-4289 | *I authorize Riverside University Health System to __receive__ health information from:* <br> Person/Facility: _____ <br> Address: _____ <br> Phone: _____ Fax: _____ |

| | |
|---|---|
| **Facility location** | Specify which healthcare facility records you are requesting to release: <br> ☒ Riverside University Health System – Medical Center: 26520 Cactus Ave, Moreno Valley, CA 92555 <br> ☐ Riverside University Health System – Arlington Mental Health: 9990 County Farm Rd, Riverside, CA 92503 <br> ☐ RUHS – Medical Surgical Center: 26600 Cactus Ave, Moreno Valley, CA 92555 <br> ☐ RUHS Community Health Center (Specify Clinic): _____ |

| | |
|---|---|
| **Purpose** | Purpose of this release *(Check all that apply):* <br> ☐ Personal Use   ☐ Continuity of Care   ☐ Billing   ☐ Disability   ☐ Insurance   ☒ Legal <br> ☐ Other (state reason): _____ |

| | | |
|---|---|---|
| **Information to Release** | Date(s) of Service from: 04/29/2022 to 10/20/2022 <br> ☐ Billing Information    ☐ Medication List <br> ☐ Consultation Reports   ☐ Operative Reports <br> ☐ Discharge Summary   ☐ Pathology Reports <br> ☐ Emergency Records   ☐ Progress Notes <br> ☐ History and Physical   ☐ Radiology Reports <br> ☐ Laboratory Reports   ☐ Visit History <br> ☒ Entire Record <br> ☐ Other: _____ | **Specific Authorizations** | *The following information will not be released without the **initials** of the patient* <br><br> ____ Alcohol/Drug treatment information <br> ____ Genetic testing information <br> ____ HIV/AIDS records/treatment information <br> ____ Mental Health treatment information **(Physician approval may be required prior to release)** |

| | |
|---|---|
| **Delivery** | Please send records via: <br> ☐ MyChart   ☐ Mail records   ☐ Pick-up: (Paper) or (Media: CD)   ☐ Fax to: _____ <br> ☒ Other: Our office wouldn't mind delivery via mail, fax, or email. Our email is grechlaw@gmail.com |

*Fees may be associated with this request. Some records are unavailable to receive via MyChart.*

FACILITY USE ONLY: Requested records sent on: _____ Completed by: _____ #149 Rev 8/2021



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

### RIVERSIDE UNIVERSITY HEALTH SYSTEM
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840

## Barnhill, Henry Michael

| | | | |
|---|---|---|---|
| Patient ID: | 7637901 | | |
| Hosp Acct ID: | 50002308598 | Fin. Class: | **Commercial** |
| Private? | **Strict confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **RCJ** | | |
| City/St/ZIP: | **RIVERSIDE CA 92501** | DOB: | **6/9/1978 (43 yrs)** |
| Phone: | **951-955-4400** | Age: | **43 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Single** | Interpreter Needed: | **No** |
| Religion: | **None** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Emergency** | Service: | **Emergency - adult** |
| Adm Source: | **Jail, prison, court, or \*** | Adm Type: | **Emergency** |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | **RUH EMERGENCY DEPT** | Room/Bed: | **S03/S-03** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | **4/29/2022** | Disch Time: | **2115** |
| Disch Disp: | **01 - Home, Self Care, CP\*** | Encounter Number: | **151104710** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| **104899992 - BARNHILL,HE\*** RCJ, RIVERSIDE, CA 92501 | **951-955-4400** | | **Self** | **P/F** |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| **RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT\*** PO BOX 9610 | **BARNHILL,HENRY M\*** | **Self** | **202216744** | **00** |

CONFIDENTIAL
000069



**CareConnect Partners**
# Riverside University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **No ref. provider found** | **N/A** | |

CONFIDENTIAL
000070



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## Encounter Information

| | Department | Encounter # |
|---|---|---|
| 4/29/2022 12:11 PM | RUH EMERGENCY DEPT | 151104710 |

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 04/29/2022 1154 | Admit Date/Time: | 04/29/2022 1211 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Jail, Prison, Court, Or Law Enforcement | Admit Category: | |
| Means of Arrival: | Ambulance - Amr | Primary Service: | Emergency - Adult | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | RUH SERVICE AREA | Unit: | RUH Emergency Department |
| Admit Provider: | | Attending Provider: | Loe, Stephanie Anne, MD | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 04/29/2022 2115 | 01 - Home, Self Care, Cps, Foster Home, Group Home, Or Residential Care | None | None | RUH Emergency Department |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S01.302A [Principal] | Unspecified open wound of left ear, initial encounter | | | | |
| S02.30XA | Fracture of orbital floor, unspecified side, initial encounter for closed fracture | | | | |
| S06.0X0A | Concussion without loss of consciousness, initial encounter | | | | |
| J45.909 | Unspecified asthma, uncomplicated | | | | |
| R01.1 | Cardiac murmur, unspecified | | | | |

## Events

**ED Arrival at 4/29/2022 1154**

Unit: RUH Emergency Department

**Admission at 4/29/2022 1211**

| Unit: RUH Emergency Department | Room: S01 | Bed: S-01 |
|---|---|---|
| Patient class: Emergency | Service: Emergency - Adult | |

**ED Roomed at 4/29/2022 1211**

| Unit: RUH Emergency Department | Room: S01 | Bed: S-01 |
|---|---|---|
| Patient class: Emergency | Service: Emergency - Adult | |

**Transfer In at 4/29/2022 1842**

| Unit: RUH Emergency Department | Room: S03 | Bed: S-03 |
|---|---|---|
| Patient class: Emergency | Service: Emergency - Adult | |

**ED Transfer at 4/29/2022 1842**

| Unit: RUH Emergency Department | Room: S03 | Bed: S-03 |
|---|---|---|

CONFIDENTIAL
000071



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## Events (continued)

Patient class: Emergency    Service: Emergency - Adult

Discharge at 4/29/2022 2115

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: S03 | Bed: S-03 |
| Patient class: Emergency | Service: Emergency - Adult | |

Discharge at 4/29/2022 2115

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: S03 | Bed: S-03 |
| Patient class: Emergency | Service: Emergency - Adult | |

Review status set to Review Complete by
Saucedo, Juan Miguel, RN on 4/29/2022

**Allergies as of 4/29/2022**

No Known Allergies

## Immunizations

| Name | Date |
|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 |
| Deferral: No Longer Needed | |

## Medical as of 4/29/2022

Past Medical History

| Diagnosis | Date | Comments | | Source |
|---|---|---|---|---|
| Asthma [J45.909] | — | — | | Provider |
| Heart murmur [R01.1] | — | — | | Provider |

## Problem List

| | Noted | Resolved |
|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC) [S02.30XB]** | 5/3/2022 by Calaguas, Shannon Olivia, MD | No |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

# ED RECORDS

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 4/29/2022 11:54 | 3 - Urgent / Urgent mental health response |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Ambulance - AMR | Care Provider | Emergency - Adult | Emergency |

Arrival complaint
Ear pain

## ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | Henry Barnhill discharge to home/self care. |

CONFIDENTIAL
000072



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## ED Provider Notes

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/30/22 2146**

| | | |
|---|---|---|
| Author: Loe, Stephanie Anne, MD | Service: Emergency - Adult | Author Type: Physician |
| Filed: 04/30/22 2146 | Date of Service: 04/29/22 2115 | Status: Signed |
| Editor: Loe, Stephanie Anne, MD (Physician) | | |
| Related Notes: Original Note by Andrew, Nicholas, MD (Resident) filed at 04/30/22 0045 | | |

## ADDENDUM NOTE

Accepted patient from resident/mid-level provider: Dr. Batavia

Care for this patient was transferred to me at sign out. Please see the notes from previous provider for the full history, physical exam, and management prior to sign out.

Brief history: 43M orbital blow out fx, ear lac repaired by ENT

Signed out pending: Ophtho clearance for outpatient ENT surgery

Prior ED note, labs, and imaging reviewed.

Course in the ED under my care:

Vital signs reviewed: BP 128/81 | Pulse (!) 89 | Temp 98.8 °F (37.1 °C) | Resp 18 | Ht 1.83 m (6' 0.05") | Wt 100 kg (220 lb 7.4 oz) | SpO2 100% | BMI 29.86 kg/m²

## ORDERS:
Orders Placed This Encounter
Procedures
- Insert PIV
- Nursing Communication
- ENT Consult
- Ophthalmology Consult
- CT Outside Films On File
- CT Outside Films On File

## MEDICATIONS GIVEN:
Medications
**morphine 4 mg/mL injection 4 mg 1 mL (4 mg**
**Intravenous Given 4/29/22 1241)**
**ampicillin-sulbactam (UNASYN) 3 g in sodium**
**chloride 0.9% (NS) 100 mL infusion (3 g**
**Intravenous Given 4/29/22 1436)**
**lidocaine-EPINEPHrine (XYLOCAINE WITH**
**EPINEPHrine) 1 %-1:100,000 injection 100 mg (100**
**mg Intradermal Given 4/29/22 1706)**

## DIAGNOSTIC TEST RESULTS:

CONFIDENTIAL
000073



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## ED Provider Notes (continued)

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/30/22 2146 (continued)**

No results found for this or any previous visit.

No results found.

ED interpretation: I personally reviewed the above diagnostics and they show orbital fracture

**PENDING TESTS:** None

**CONSULTATIONS:**
IP CONSULT TO ENT
IP CONSULT TO OPHTHALMOLOGY

**RE-ASSESSMENT:** See ED course below for details.

**ED Course** as of 04/30/22 0043
**Fri Apr 29, 2022**
1733    Signed out to me pending ophtho recs for
        globe clearance for operative repair. Fight, R
        blowout fx, got unasyn. Ear lac repaired. ENT
        onboard.  [NA]

ED Course User Index
[NA] Andrew, Nicholas, MD

**IMPRESSION:**

|  |  | ICD-10-CM |
|---|---|---|
| **1.** | **Ear avulsion, left, initial encounter** | **S01.302A** |
| 2. | Closed blow out fracture of orbit, initial encounter (HCC) | S02.30XA |
| 3. | Concussion without loss of consciousness, initial encounter | S06.0X0A |
| 4. | Contusion of head, unspecified part of head, initial encounter | S00.93XA |

**PLAN:**

- Ophtho made aware of patient
- Plan for eye clinic follow-up on Monday with optho for orbital clearance; return to ED if unable
- Outpatient ENT surgery
- Discharge on augmentin
- Close outpatient follow-up
- Return precautions

**DISPOSITION:** Discharge home with continued outpatient follow up

**CONDITION:** Stable

---

CONFIDENTIAL
000074



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## ED Provider Notes (continued)

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/30/22 2146 (continued)**

**PRESCRIPTIONS:**
There are no discharge medications for this patient.

Andrew, Nicholas, MD
Resident
04/30/22 0045

**Attending attestation:**

I performed the key portions of the history and physical examination of the patient and discussed the management with the resident physician/physician assistant. I reviewed and edited the resident physician/PA fellow's note and agree with the documented findings and plan of care.

Stephanie Anne Loe, MD
4/30/2022 9:46 PM

Loe, Stephanie Anne, MD
04/30/22 2146

   Electronically signed by Andrew, Nicholas, MD at 04/30/22 0045
   Electronically signed by Loe, Stephanie Anne, MD at 04/30/22 2146

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033**

| | | |
|---|---|---|
| Author: Loe, Stephanie Anne, MD | Service: Emergency - Adult | Author Type: Physician |
| Filed: 04/29/22 2033 | Date of Service: 04/29/22 1211 | Status: Signed |
| Editor: Loe, Stephanie Anne, MD (Physician) | | |
| Related Notes: Original Note by Batavia, Neev, MD (Resident) filed at 04/29/22 2008 | | |

### RIVERSIDE UNIVERSITY HEALTH SYSTEM (RUHS)
### EMERGENCY DEPARTMENT

Patient discussed and plan formulated with attending, Dr. Stephanie Loe

## Patient Identification and History

**Chief Complaint**
Patient presents with
- Ear Pain

**HENRY BARNHILL**
**MRN:** 7637901

---

Generated on 11/4/22  2:58 PM

CONFIDENTIAL
000075



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**
**DOB:** 6/9/1978

History obtained from Patient in English.

Henry Barnhill is a 43 y.o. male with h/o asthma, brought in by ambulance to RUH ED with c/o L ear pain. Transfer from Hemet. Got into altercation with police, injuries notable for avulsion of left ear and blowout fx of right eye. Sent for HLOC. Patient denies LOC or other traumatic injuries. Pain is sharp, constant, worse with palpation.

*All of the patient's medical, surgical, family, and social histories were reviewed and are accurate below.*

**Past Medical History:**
Diagnosis                                                                                      Date
  • Asthma
  • Heart murmur


History reviewed. No pertinent surgical history.

No family history on file.

**Social History**

Tobacco Use
  • Smoking status:              Never Smoker
  • Smokeless tobacco:           Never Used
Substance Use Topics
  • Drug use:                    Never


No current facility-administered medications on file prior to encounter.

No current outpatient medications on file prior to encounter.


No Known Allergies

**Review of Systems**

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for ear pain. Negative for rhinorrhea and sinus pain.
Eyes: Positive for pain and redness.
Respiratory: Negative for cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Endocrine: Negative for cold intolerance and heat intolerance.

---

Generated on 11/4/22  2:58 PM                                                                  Page  8

CONFIDENTIAL
000076



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## ED Provider Notes (continued)

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

Genitourinary: Negative for flank pain and hematuria.
Musculoskeletal: Negative for arthralgias and back pain.
Skin: Negative for color change and rash.
Neurological: Positive for headaches. Negative for light-headedness.


**Physical Exam**

There were no vitals filed for this visit.

**Physical Exam**
Constitutional:
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic and atraumatic.
  Comments: **Large parieto-occipital hematoma present**
  Ears:
  Comments: **See picture**
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  General:
  Right eye: No discharge.
  Left eye: No discharge.
  Conjunctiva/sclera: Conjunctivae normal.
  Comments: **Periorbital swelling of right eye. EOM grossly intact. PERRL.**
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: No murmur heard.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No stridor. No wheezing or rhonchi.
Abdominal:
  General: Abdomen is flat. There is no distension.
  Palpations: Abdomen is soft. There is no mass.
  Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
  Hernia: No hernia is present.
Musculoskeletal:
  General: No deformity. Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  General: No focal deficit present.

---

Generated on 11/4/22  2:58 PM

CONFIDENTIAL
000077



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.



CONFIDENTIAL
000078



CareConnect Partners
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

**ED Provider Notes (continued)**

ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)



CONFIDENTIAL
000079



**CareConnect Partners**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

---

BARNHILL, HENRY
MRN: 7637901
DOB: 6/9/1978 (43 yrs) Male
CSN: 151104710 DOS: 4/29/22
NO ATTENDING PROVIDER

Patie

Leng

**Procedure Documentation**
Procedures


**Medical Decision Making**

**OXYGEN SATURATION REVIEWED:**
Pulse ox:   on room air - normal

**ORDERS:**
**Orders Placed This Encounter**
Procedures
- Insert PIV
- Nursing Communication
- ENT Consult
- Ophthalmology Consult
- CT Outside Films On File
- CT Outside Films On File

---

CONFIDENTIAL
000080



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## ED Provider Notes (continued)

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

**MEDICATIONS AND/OR FLUIDS GIVEN IN ED:**
Medications
**morphine 4 mg/mL injection 4 mg 1 mL (4 mg
Intravenous Given 4/29/22 1241)
ampicillin-sulbactam (UNASYN) 3 g in sodium
chloride 0.9% (NS) 100 mL infusion (3 g
Intravenous Given 4/29/22 1436)
lidocaine-EPINEPHrine (XYLOCAINE WITH
EPINEPHrine) 1 %-1:100,000 injection 100 mg (100
mg Intradermal Given 4/29/22 1706)**

**DIAGNOSTIC TEST RESULTS:**
No results found for this or any previous visit.

**IMAGING:**
No results found.

**Refer to ED course** for ED imaging and ECG interpretation. *Note: Some medications, labs, or imaging in this list may have been ordered by a consulting and/or admitting service. Any radiographs interpreted within this note were those ordered by the Emergency Department physicians or providers. Any additional labs or radiographs noted in the orders are interpreted by the consulting service(s).*

**ED INTERPRETATION:** I personally viewed the above diagnostics, and they showed: findings concerning for blowout fx right eye.

**CONSULTS:**
IP CONSULT TO ENT
IP CONSULT TO OPHTHALMOLOGY

**RE-ASSESSMENT:** See ED course for further details. Patient remained without acute distress and hemodynamically stable, with no acute events during ED stay.

**ED COURSE:**
**ED Course** as of 04/29/22 2008
**Fri Apr 29, 2022**
1733    Signed out to me pending ophtho recs for
         globe clearance for operative repair. Fight, R
         blowout fx, got unasyn. Ear lac repaired. ENT
         onboard.  [NA]

**ED Course User Index**
[NA] Andrew, Nicholas, MD

CONFIDENTIAL
000081



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## ED Provider Notes (continued)

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

**Medical Decision Making and Impression**

**MEDICAL DECISION MAKING:**
I have reviewed all the available lab data, EKGs, rhythm strips and radiologic images from this visit to the Emergency Department. When possible I compared this information data set with accessible data from prior visits. The remaining comments will be highlights of this review.

An extensive differential diagnosis was considered. Rather than list the full complement of potential causes of the patients symptoms and signs today, the following MDM is intended to give a general overview of some of the evaluation and thought process used to develop the diagnostic and treatment plan.

**DIFFERENTIAL DIAGNOSIS:**
**Suspect:** blowout fracture, ear avulsion, concussion
**Doubt:** sepsis, life threatening traumatic injuries, hemorrhagic shock, globe rupture, ICH/SDH

**OTHER DOCUMENTATION REVIEWED:** none

**IMPRESSION:**

|   |   | ICD-10-CM |
|---|---|---|
| 1. | **Ear avulsion, left, initial encounter** | **S01.302A** |
| 2. | Closed blow out fracture of orbit, initial encounter (HCC) | S02.30XA |
| 3. | Concussion without loss of consciousness, initial encounter | S06.0X0A |

**Plan and Disposition**

**PLAN:**
Counseled patient regarding diagnosis, diagnostic results, and treatment plan. Henry Barnhill indicated understanding of instructions. Will continue to monitor patient while patient is in the Emergency Department

**DISPOSITION:** Signed out to oncoming provider pending specialist recommendations/plan

**CONDITION:** stable

**PRESCRIPTIONS:**
**Patient's Medications**
 No medications on file

Attending: Stephanie Loe
Date: 4/29/2022
Time: 12:11 PM

CONFIDENTIAL
000082



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Loe, Stephanie Anne, MD at 04/29/22 2033 (continued)**

**Scribe Attestation:**
Scribed for Dr. Batavia, Neev, MD by Alyssa Bruns

I have reviewed the documentation scribed for me.

The chief complaint (CC) and history of present illness (HPI) were personally obtained by me. I personally performed the physical exam (PE) and directed the documentation and generation of the medical decision making (MDM), diagnoses (Dx) disposition and discharge instructions. When not documented by me personally, the CC, HPI, PE, MDM, Dx, disposition and discharge instructions were dictated by me to the scribe. Portions of the review of system (ROS), past medical, family, and social histories (PMFSH) may have been independently obtained by the scribe but have been reviewed by me for accuracy. I have specifically noted positive responses that are documented in the ROS.

The note is accurate. When necessary, amendments to the medical record have been made by me.

4/29/2022
12:11 PM


Batavia, Neev, MD
Resident
04/29/22 2008


**Attending attestation:**

I performed the key portions of the history and physical examination of the patient and discussed the management with the resident physician/physician assistant. I reviewed and edited the resident physician/PA fellow's note and agree with the documented findings and plan of care.

Stephanie Anne Loe, MD
4/29/2022 8:33 PM


Loe, Stephanie Anne, MD
04/29/22 2033

  Electronically signed by Batavia, Neev, MD at 04/29/22 2008
  Electronically signed by Loe, Stephanie Anne, MD at 04/29/22 2033

---

**ED Notes.**

**ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1843**

---

CONFIDENTIAL
000083



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

## ED Notes. (continued)

**ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1843 (continued)**

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 04/29/22 1843 | Date of Service: 04/29/22 1842 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Pt resting nad, denies pain.

Ekstrom, Candice, RN
04/29/22 1843

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1843

**ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1842**

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 04/29/22 1842 | Date of Service: 04/29/22 1842 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

wtg on optho consult

Ekstrom, Candice, RN
04/29/22 1842

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1842

**ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1740**

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 04/29/22 1740 | Date of Service: 04/29/22 1740 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Pt resting, NAD, will continue to monitor.

Ekstrom, Candice, RN
04/29/22 1740

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1740

**ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1708**

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 04/29/22 1708 | Date of Service: 04/29/22 1707 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Ear laceration repair complete

Ekstrom, Candice, RN
04/29/22 1708

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1708

CONFIDENTIAL
000084



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

---

## ED Notes. (continued)

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1708 (continued)

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1612

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 04/29/22 1612 | Date of Service: 04/29/22 1612 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

ENT Dr. Perez bedsd to perform laceration repair.

Ekstrom, Candice, RN
04/29/22 1612

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1612

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1440

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 04/29/22 1440 | Date of Service: 04/29/22 1439 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Ear cleaned with normal saline, and tray set up with 5.o vicryl for suture repair. MD notified

Ekstrom, Candice, RN
04/29/22 1440

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1440

### ED Notes signed by Ekstrom, Candice, RN at 04/29/22 1434

| Author: Ekstrom, Candice, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 04/29/22 1434 | Date of Service: 04/29/22 1402 | Status: Signed |
| Editor: Ekstrom, Candice, RN (Registered Nurse) | | |

Pictures of his left ear taken and placed in his chart.

Tip of left ear laceration.

Ekstrom, Candice, RN
04/29/22 1434

Electronically signed by Ekstrom, Candice, RN at 04/29/22 1434

### ED Notes signed by Saucedo, Juan Miguel, RN at 04/29/22 1217

| Author: Saucedo, Juan Miguel, RN | Service: Emergency - Adult | Author Type: Registered Nurse |
|---|---|---|
| Filed: 04/29/22 1217 | Date of Service: 04/29/22 1215 | Status: Signed |
| Editor: Saucedo, Juan Miguel, RN (Registered Nurse) | | |

I have assumed care of pt. Pt is here with a CC of a left ear laceration that happened with altercation with police. Pt has a GCS of 15. Pt is not in respiratory distress. Skin perfusion is WNL. Pt is stable.

---

CONFIDENTIAL
000085



**CareConnect Partners**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002308598
Adm: 4/29/2022, D/C: 4/29/2022

**ED Notes. (continued)**

**ED Notes signed by Saucedo, Juan Miguel, RN at 04/29/22 1217 (continued)**

Saucedo, Juan Miguel, RN
04/29/22 1217


Electronically signed by Saucedo, Juan Miguel, RN at 04/29/22 1217

CONFIDENTIAL
000086



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

### RIVERSIDE UNIVERSITY HEALTH SYSTEM
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125 - Fax (951) 486-5840

## Barnhill, Henry Michael

| | | | |
|---|---|---|---|
| Patient ID: | 7637901 | | |
| Hosp Acct ID: | 50002310853 | Fin. Class: | Commercial |
| Private? | Strict confidentiality | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | RCJ | | |
| City/St/ZIP: | RIVERSIDE CA 92501 | DOB: | 6/9/1978 (43 yrs) |
| Phone: | 951-955-4400 | Age: | 43 yrs |
| Mobile Phone: | There is no such number on file (mobile). | Sex: | Male |
| Marital Status: | Single | Interpreter Needed: | No |
| Religion: | None | Language: | English |
| Clergy Visit: | | | |
| Race: | Black or African America* | Ethnicity: | Not Hispanic or Latino |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | Emergency | Service: | Emergency - adult |
| Adm Source: | Jail, prison, court, or * | Adm Type: | Emergency |
| Admitting Provider: | | Attending Provider: | No att. providers found |
| Unit: | RUH EMERGENCY DEPT | Room/Bed: | CO10/G-10 |
| Adm Diagnosis: | No admission diagnoses are documented for this encounter. | | |
| Procedure: | No admission procedures for hospital encounter. | | |
| Comment: | No comment available | | |
| Disch Date: | 5/2/2022 | Disch Time: | 1708 |
| Disch Disp: | 21 - Court/Law Enforceme* | Encounter Number: | 151156997 |
| Advanced Directive Status: | <no information> | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 104899992 - BARNHILL,HE* RCJ, RIVERSIDE, CA 92501 | 951-955-4400 | | Self | P/F |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| RIVERSIDE COUNTY REGIONAL MEDICAL CENTER - COUNTY OF RIVERSIDE DETENT* PO BOX 9610 | BARNHILL,HENRY M* | Self | 202216744 | 00 |

---

CONFIDENTIAL
000112



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## PROVIDER INFORMATION

| | Phone # | Address |
|---|---|---|
| PCP: **Provider, Not Specified*** | **None** | **No address on file** |
| Ref: **No ref. provider found** | **N/A** | |

CONFIDENTIAL
000113



**CareConnect Partners**

# Riverside University
# HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## Encounter Information

| | Department | Encounter # |
|---|---|---|
| 5/2/2022 11:29 AM | RUH EMERGENCY DEPT | 151156997 |

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 05/02/2022 1129 | Admit Date/Time: | 05/02/2022 1129 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Jail, Prison, Court, Or Law Enforcement | Admit Category: | |
| Means of Arrival: | Police | Primary Service: | Emergency - Adult | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | RUH SERVICE AREA | Unit: | RUH Emergency Department |
| Admit Provider: | | Attending Provider: | Russell, Amy Elizabeth, MD | Referring Provider: | |

## Discharge Information

| Discharge Date/Time 05/02/2022 1708 | Discharge Disposition 21 - Court/law Enforcement | Discharge Destination None | Discharge Provider None | Unit RUH Emergency Department |
|---|---|---|---|---|

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| H53.8 [Principal] | Other visual disturbances | | | | |
| S02.31XA | Fracture of orbital floor, right side, initial encounter for closed fracture | | | | |
| H43.391 | Other vitreous opacities, right eye | | | | |
| J45.909 | Unspecified asthma, uncomplicated | | | | |
| R01.1 | Cardiac murmur, unspecified | | | | |

## Events

**Admission at 5/2/2022 1129**

| Unit: RUH Emergency Department | Room: CO12 | Bed: G-12 |
|---|---|---|
| Patient class: Emergency | Service: Emergency - Adult | |

**ED Arrival at 5/2/2022 1129**

Unit: RUH Emergency Department

**ED Roomed at 5/2/2022 1129**

| Unit: RUH Emergency Department | Room: CO12 | Bed: G-12 |
|---|---|---|
| Patient class: Emergency | Service: Emergency - Adult | |

**Transfer Out at 5/2/2022 1130**

| Unit: RUH Emergency Department | Room: CO12 | Bed: G-12 |
|---|---|---|
| Patient class: Emergency | Service: Emergency - Adult | |

**Transfer In at 5/2/2022 1130**

| Unit: RUH Emergency Department | Room: CO12 | Bed: G-12 |
|---|---|---|
| Patient class: Emergency | Service: Emergency - Adult | |

**Transfer In at 5/2/2022 1140**

CONFIDENTIAL
000114



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

**All Orders (continued)**

**Events (continued)**

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Transfer Out at 5/2/2022 1140

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Transfer In at 5/2/2022 1140

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

ED Transfer at 5/2/2022 1140

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Discharge at 5/2/2022 1708

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Discharge at 5/2/2022 1708

| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO10 | Bed: G-10 |
| Patient class: Emergency | Service: Emergency - Adult | |

Review status set to Review Complete by
Herrero, Janine, RN on 5/2/2022

**Allergies as of 5/2/2022**
No Known Allergies

**Immunizations**

| Name | Date |
|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 |
| Deferral: No Longer Needed | |

**Medical as of 5/2/2022**

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

---

**Problem List**

| | Noted | Resolved |
|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC) [S02.30XB]** | 5/3/2022 by Calaguas, Shannon Olivia, MD | No |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

# ED RECORDS

**ED Arrival Information**

---

CONFIDENTIAL
000115



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

## All Orders (continued)

### ED Arrival Information (continued)

| Expected | Arrival | Acuity |
|---|---|---|
| - | 5/2/2022 11:29 | 3 - Urgent / Urgent mental health response |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Police | Police | Emergency - Adult | Emergency |

Arrival complaint
eye pain

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | Henry Michael Barnhill discharge to home/self care. |

## ED Provider Notes

### ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002

| Author: Russell, Amy Elizabeth, MD | Service: Emergency - Adult | Author Type: Physician |
|---|---|---|
| Filed: 05/06/22 1002 | Date of Service: 05/02/22 1250 | Status: Signed |
| Editor: Russell, Amy Elizabeth, MD (Physician) | | |

**Riverside University Health Systems**
*Emergency Department Note*

**Patient Identification and History**

**Chief Complaint**
Patient presents with
- Eye Pain
- Headache

**HENRY MICHAEL BARNHILL**
**MRN:** 7637901
**DOB:** 6/9/1978

Henry Michael Barnhill is a 43 y.o. male with past medical history significant for facial trauma s/p altercation with police 0n 4/29. Initially seen at Hemet Hospital and transferred to RUHS.

He was found to have a right orbital blowout fracture as well as a through and through left ear laceration. Laceration was repair and ENT states "will likely require orbital floor repair given large defect." There is plan for operative intervention in clinic with ENT tomorrow, but first patient needs Ophthalmology clearance prior to potential repair.

Patient reports he still has R eye pain which has not worsened. Seeing persistent "flashers and floaters."

*All of the patient's medical, surgical, family, and social histories were reviewed and are accurate below.*

---

Generated on 11/4/22  2:59 PM

CONFIDENTIAL
000116



**CareConnect Partners**
# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## ED Provider Notes (continued)

### ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002 (continued)

**Past Medical History:**
Diagnosis                                                                  Date
- Asthma
- Heart murmur


History reviewed. No pertinent surgical history.

No family history on file.

**Social History**

Tobacco Use
- Smoking status:              Never Smoker
- Smokeless tobacco:           Never Used
Substance Use Topics
- Drug use:                    Never


No current facility-administered medications on file prior to encounter.

No current outpatient medications on file prior to encounter.


No Known Allergies

**Review of Systems**

Review of Systems
Constitutional: Negative for fever.
HENT: Positive for facial swelling.
Eyes: Positive for pain and visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for back pain.
Skin: Negative for rash.
Neurological: Negative for seizures, syncope and headaches.
Psychiatric/Behavioral: Negative for confusion.


**Physical Exam**

**Vitals:**

Generated on 11/4/22  2:59 PM                                                Page 49

CONFIDENTIAL
000117



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

## ED Provider Notes (continued)

**ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002 (continued)**

| | 05/02/22 1131 |
|---|---|
| BP: | (!) 146/73 |
| Pulse: | 55 |
| Resp: | 18 |
| Temp: | 97.3 °F (36.3 °C) |
| SpO2: | 100% |

**Physical Exam**
Vitals and nursing note reviewed.
<u>Constitutional</u>:
  General: He is not in acute distress.
  Appearance: He is not toxic-appearing.
<u>HENT</u>:
  Head: Normocephalic.
  Right Ear: External ear normal.
  Left Ear: External ear normal.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: No oropharyngeal exudate or posterior oropharyngeal erythema.
<u>Eyes</u>:
  Comments: **Periorbital ecchymosis; injected conjunctiva; PERRL; difficulty with upward gaze.**
<u>Cardiovascular</u>:
  Rate and Rhythm: Normal rate.
<u>Pulmonary</u>:
  Effort: Pulmonary effort is normal. No respiratory distress.
<u>Musculoskeletal</u>:
  General: No deformity or signs of injury. Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
<u>Skin</u>:
  General: Skin is warm.
  Capillary Refill: Capillary refill takes less than 2 seconds.
<u>Neurological</u>:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.
<u>Psychiatric</u>:
  Mood and Affect: Mood normal.

**Procedure Documentation**

Procedures

**Additional Documentation/Quality Measures**

---

CONFIDENTIAL
000118



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

**ED Provider Notes (continued)**

**ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002 (continued)**

None

**Medical Decision Making**

**OXYGEN SATURATION REVIEWED:**
Pulse ox: SpO2: 100 % (05/02 1131) on room air - normal

**ORDERS:**
No orders of the defined types were placed in this encounter.

**MEDICATIONS AND/OR FLUIDS GIVEN IN ED:**
Medications - No data to display

**DIAGNOSTIC TEST RESULTS:**
No results found for this or any previous visit.

**IMAGING:**
No results found.

**Refer to ED course** for ED imaging and ECG interpretation. *Note: Some medications, labs, or imaging in this list may have been ordered by a consulting and/or admitting service. Any radiographs interpreted within this note were those ordered by the Emergency Department physicians or providers. Any additional labs or radiographs noted in the orders are interpreted by the consulting service(s).*

**ED INTERPRETATION:** I personally viewed the above diagnostics, and they showed:
N/A

**CONSULTS:**
None

**RE-ASSESSMENT:** See ED course for further details. Patient remained without acute distress and hemodynamically stable, with no acute events during ED stay.

**ED COURSE:**
**ED Course** as of 05/03/22 1646
**Mon May 02, 2022**

| | |
|---|---|
| 1302 | Spoke to Optho - patient OK to go to eye clinic. [AR] |
| 1651 | Spoke to Optho - patient OK for discharge with law enforcement. [AR] |

**ED Course User Index**
[AR] Russell, Amy Elizabeth, MD

**Medical Decision Making and Impression**

---

CONFIDENTIAL
000119



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

---

## ED Provider Notes (continued)

**ED Provider Notes signed by Russell, Amy Elizabeth, MD at 05/06/22 1002 (continued)**

---

**MEDICAL DECISION MAKING:**
I have reviewed all the available lab data, EKGs, rhythm strips and radiologic images from this visit to the Emergency Department. When possible I compared this information data set with accessible data from prior visits. The remaining comments will be highlights of this review.

An extensive differential diagnosis was considered. Rather than list the full complement of potential causes of the patients symptoms and signs today, the following MDM is intended to give a general overview of some of the evaluation and thought process used to develop the diagnostic and treatment plan.

**DIFFERENTIAL DIAGNOSIS:**
**Suspect:** R orbital blowout fracture
**Doubt:** ICH, skull Fx

**OTHER DOCUMENTATION REVIEWED:** Prior notes from visit on 4/29

**IMPRESSION:**

|   |   | ICD-10-CM |
|---|---|---|
| 1. | **Blurry vision** | **H53.8** |
| 2. | Orbital floor (blow-out) closed fracture (HCC) | S02.30XA |

**Plan and Disposition**

**PLAN:**
Counseled patient regarding diagnosis, diagnostic results, and treatment plan. Henry Michael Barnhill indicated understanding of instructions.
>Cleared by Ophthalmology for surgery with ENT tomorrow

**DISPOSITION:** Discharge back to law enforcement with continued outpatient follow up

**CONDITION:** stable

**PRESCRIPTIONS:**
**Patient's Medications**
 No medications on file

Russell, Amy Elizabeth, MD
05/06/22 1002

Electronically signed by Russell, Amy Elizabeth, MD at 05/06/22 1002

---

CONFIDENTIAL
000120



**CareConnect Partners**

# Riverside University HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

**ED Notes.**

---

**ED Notes signed by Herrero, Janine, RN at 05/02/22 1507**

| | | |
|---|---|---|
| Author: Herrero, Janine, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/02/22 1507 | Date of Service: 05/02/22 1245 | Status: Addendum |
| Editor: Herrero, Janine, RN (Registered Nurse) | | |
| Related Notes: Original Note by Herrero, Janine, RN (Registered Nurse) filed at 05/02/22 1304 | | |

Assumed care of patient. Patient presents for right eye pain and swelling status post physical altercation 3 days ago. Patient states he has pain with EOM on the right eye. No active bleeding or drainage from right eye. Respirations even and unlabored. NAD noted. Officer at bedside. Awaiting orders.

Herrero, Janine, RN
05/02/22 1507

Electronically signed by Herrero, Janine, RN at 05/02/22 1304
Electronically signed by Herrero, Janine, RN at 05/02/22 1507

---

**ED Notes signed by Herrero, Janine, RN at 05/02/22 1507**

| | | |
|---|---|---|
| Author: Herrero, Janine, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/02/22 1507 | Date of Service: 05/02/22 1506 | Status: Signed |
| Editor: Herrero, Janine, RN (Registered Nurse) | | |

Patient given sandwich and water. Tolerating PO well. RSO remains at bedside.

Herrero, Janine, RN
05/02/22 1507

Electronically signed by Herrero, Janine, RN at 05/02/22 1507

---

**ED Notes signed by Herrero, Janine, RN at 05/02/22 1500**

| | | |
|---|---|---|
| Author: Herrero, Janine, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/02/22 1500 | Date of Service: 05/02/22 1459 | Status: Signed |
| Editor: Herrero, Janine, RN (Registered Nurse) | | |

Patient back from Ophthalmology.

Herrero, Janine, RN
05/02/22 1500

Electronically signed by Herrero, Janine, RN at 05/02/22 1500

---

**ED Notes signed by Herrero, Janine, RN at 05/02/22 1332**

| | | |
|---|---|---|
| Author: Herrero, Janine, RN | Service: — | Author Type: Registered Nurse |
| Filed: 05/02/22 1332 | Date of Service: 05/02/22 1320 | Status: Signed |
| Editor: Herrero, Janine, RN (Registered Nurse) | | |

Patient transported to Ophthalmology. Accompanied by PCA.

---

CONFIDENTIAL
000121



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002310853
Adm: 5/2/2022, D/C: 5/2/2022

**ED Notes. (continued)**

**ED Notes signed by Herrero, Janine, RN at 05/02/22 1332 (continued)**

Herrero, Janine, RN
05/02/22 1332

Electronically signed by Herrero, Janine, RN at 05/02/22 1332

CONFIDENTIAL
000122


**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service: 5/17/2022

## Appointment Information

**ENT INMATE**                                        **Completed**
5/17/2022 10:00 AM                                    Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 10:00 AM | Chan, Nadia, MD | RUH ENT CLINIC | 30 min |

Referral Provider:    PROVIDER, NOT SPECIFIED          Arrival Time:      6:05 AM
Enc Form Number:      16866293                         Bill Area:         SURGERY ENT

Notes:
PR/JFT
*** INMATE RCJ ****1 weej post op per Dr.Calaguas detention clinic contacted

History

| | | | | |
|---|---|---|---|---|
| Made On: | 5/9/2022 3:43 PM | By: | Ehret, Cynthia, LVN | ES |
| Change Notes: | 5/9/2022 3:49 PM | By: | Ehret, Cynthia, LVN | ES |
| Change Notes: | 5/9/2022 3:50 PM | By: | Ehret, Cynthia, LVN | ES |
| Change Notes: | 5/16/2022 7:34 AM | By: | Frazier-Thomas, Jeneca | ES |
| Changed: | 5/16/2022 2:49 PM | By: | Jimenez, Ilse, MA | ES |
| Checked In: | 5/17/2022 6:05 AM | By: | Negrete, Beverly | ES |
| Remove Arr.: | 5/17/2022 7:57 AM | By: | Ehret, Cynthia, LVN | MR |
| Changed: | 5/17/2022 8:15 AM | By: | Ehret, Cynthia, LVN | MR |
| EOD Status: | 5/21/2022 5:11 AM | By: | Epic, Cadence | ES |
| Checked Out: | 8/4/2022 6:55 AM | By: | Epic, User | AR |

Changes

5/16/2022 2:49 PM

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: **ENT POST OP** | Visit Type: **ENT INMATE** |
| Provider: ENT PROVIDER | Provider: ENT PROVIDER |
| Dept: RUH ENT CLINIC [500101054] | Dept: RUH ENT CLINIC [500101054] |
| Date: 5/17/2022 | Date: 5/17/2022 |
| Time: 10:00 AM | Time: 10:00 AM |
| Length: 30 | Length: 30 |

5/17/2022 8:15 AM

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: ENT INMATE | Visit Type: ENT INMATE |
| Provider: **ENT PROVIDER** | Provider: **Chan, Nadia, MD** |
| Dept: RUH ENT CLINIC [500101054] | Dept: RUH ENT CLINIC [500101054] |
| Date: 5/17/2022 | Date: 5/17/2022 |
| Time: 10:00 AM | Time: 10:00 AM |
| Length: 30 | Length: 30 |

## Encounter Information

CONFIDENTIAL
000192



**CareConnect Partners**

# Riverside University HEALTH SYSTEM

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service: 5/17/2022

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

### Encounter Information (continued)

| | Provider | Department | Encounter # |
|---|---|---|---|
| 5/17/2022 10:00 AM | Chan, Nadia, MD | RUH ENT CLINIC Arrive at: Lower Level | 151413346 |

## Visit Summary

### Reason for Visit
Follow-up

### Diagnoses

Comments

**Closed fracture of right orbital floor with delayed healing, subsequent encounter**
- Primary

### Problem List as of 5/17/2022

Date Reviewed: **5/9/2022**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Open fracture of orbital floor (blow-out) (HCC)** | S02.30XB | | | 5/3/2022 - Present |

Overview Signed 5/3/2022 10:00 AM by Calaguas, Shannon Olivia, MD
Added automatically from request for surgery 1125174

Review status set to Review Complete by Ehret, Cynthia, LVN on 5/17/2022

### Allergies as of 5/17/2022
No Known Allergies

### Immunizations

| Name | Date | Dose | Route | Site |
|---|---|---|---|---|
| **Influenza, unspecified formulation** | defer-05/17/22 | | | |
| Given By: | | Deferral: No Longer Needed | | |

### Vitals

Most recent update: 5/17/2022  8:02 AM

| BP | Pulse | Ht | Wt | SpO2 |
|---|---|---|---|---|
| **153/86** ! (BP Location: Left Lower Arm, BP Patient Position: Sitting) | **51** ! | 1.88 m (6' 2") | 114.3 kg (252 lb) | 99% |

BMI
32.35 kg/m²

## Patient History

### Medical as of 5/17/2022

Past Medical History

CONFIDENTIAL
000193



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service: 5/17/2022

## Visit Summary (continued)

### Medical as of 5/17/2022 (continued)

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Asthma [J45.909] | — | — | Provider |
| Heart murmur [R01.1] | — | — | Provider |

Pertinent Negatives

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Amblyopia [H53.009] | 05/05/2022 | — | Provider |
| Arthritis [M19.90] | 05/05/2022 | — | Provider |
| Awareness under anesthesia [T88.53XA] | 05/09/2022 | — | Provider |
| Cataract [H26.9] | 05/05/2022 | — | Provider |
| Cerebrovascular accident (HCC) [I63.9] | 05/09/2022 | — | Provider |
| Chronic obstructive pulmonary disease (HCC) [J44.9] | 05/09/2022 | — | Provider |
| Congestive heart failure (HCC) [I50.9] | 05/09/2022 | — | Provider |
| Coronary artery disease [I25.10] | 05/09/2022 | — | Provider |
| Delayed emergence from general anesthesia [T88.59XA] | 05/09/2022 | — | Provider |
| Diabetes mellitus (HCC) [E11.9] | 05/05/2022 | — | Provider |
| Diabetic retinopathy (HCC) [E11.319] | 05/05/2022 | — | Provider |
| Disorder of thyroid [E07.9] | 05/09/2022 | — | Provider |
| Encounter for blood transfusion [Z51.89] | 05/09/2022 | — | Provider |
| Glaucoma [H40.9] | 05/05/2022 | — | Provider |
| Hard to intubate [T88.4XXA] | 05/09/2022 | — | Provider |
| Headache following lumbar puncture [G97.1] | 05/09/2022 | — | Provider |
| Hypertension [I10] | 05/05/2022 | — | Provider |
| Macular degeneration [H35.30] | 05/05/2022 | — | Provider |
| Malignant hyperthermia [T88.3XXA] | 05/09/2022 | — | Provider |
| Malignant hyperthermia susceptibility [Z15.89] | 05/09/2022 | — | Provider |
| Malignant neoplasm (HCC) [C80.1] | 05/09/2022 | — | Provider |
| Post-operative nausea and vomiting [R11.2, Z98.890] | 05/09/2022 | — | Provider |
| Retinal detachment [H33.20] | 05/05/2022 | — | Provider |
| Strabismus [H50.9] | 05/05/2022 | — | Provider |
| Uveitis [H20.9] | 05/05/2022 | — | Provider |

### Surgical as of 5/17/2022

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ORIF, FRACTURE, FACE [SHX6974] | Right | 5/9/2022 | Procedure: ORIF, FRACTURE, ORBITAL FLOOR;  Surgeon: Inman, Jared Christian, MD; | Provider |

CONFIDENTIAL
000194



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

## Visit Summary (continued)

### Surgical as of 5/17/2022 (continued)

Location: RUH OR;  Service: ENT Oncology;  Laterality: Right;

#### Pertinent Negatives

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| CATARACT EXTRACTION [SUR2] | 05/05/2022 | — | Provider |
| CORNEAL TRANSPLANT [SHX108] | 05/05/2022 | — | Provider |
| STRABISMUS SURGERY [SHX218] | 05/05/2022 | — | Provider |
| ABDOMINAL SURGERY [SHX537] | 05/09/2022 | — | Provider |
| APPENDECTOMY [SHX54] | 05/09/2022 | — | Provider |
| BACK SURGERY [SHX140] | 05/09/2022 | — | Provider |
| COSMETIC SURGERY [SHX468] | 05/09/2022 | — | Provider |
| EYE SURGERY [SHX253] | 05/09/2022 | — | Provider |
| GASTRECTOMY [SHX58] | 05/09/2022 | — | Provider |
| CARDIAC SURGERY [SHX584] | 05/09/2022 | — | Provider |
| TRANSPLANTATION RENAL [SHX4518] | 05/09/2022 | — | Provider |
| MASTECTOMY [SHX3] | 05/09/2022 | — | Provider |
| TONSILLECTOMY [SUR1361] | 05/09/2022 | — | Provider |
| VASCULAR SURGERY [SHX849] | 05/09/2022 | — | Provider |

### Family as of 5/17/2022

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| No Known Problems | Father | Henry | — | — | Provider |
| No Known Problems | Sister | 3 | — | — | Provider |
| No Known Problems | Brother | 3 | — | — | Provider |
| Amblyopia | Negative History | — | — | — | Provider |
| Blindness | Negative History | — | — | — | Provider |
| Cancer | Negative History | — | — | — | Provider |
| Cataracts | Negative History | — | — | — | Provider |

CONFIDENTIAL
000195



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

## Visit Summary (continued)

### Family as of 5/17/2022 (continued)

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Diabetes | Negative History | — | — | — | Provider |
| Glaucoma | Negative History | — | — | — | Provider |
| Hypertension | Negative History | — | — | — | Provider |
| Macular degeneration | Negative History | — | — | — | Provider |
| Retinal detachment | Negative History | — | — | — | Provider |
| Strabismus | Negative History | — | — | — | Provider |
| Stroke | Negative History | — | — | — | Provider |
| Thyroid disease | Negative History | — | — | — | Provider |

### Family Status as of 5/17/2022

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Deceased | — | F | — | — | Provider |
| Father | Henry | Alive | — | M | — | — | Provider |
| Sister | 3 | Alive | — | F | Henry (Patient's father) | Patient's mother | Provider |
| Brother | 3 | Alive | — | M | Henry (Patient's father) | Patient's mother | Provider |
| Negative History | — | — | — | | — | — | — |

### Tobacco Use as of 5/17/2022

| Smoking Status | Smoking Start Date | Quit Date | Smoking Frequency |
|---|---|---|---|
| Never | — | | |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | |

Source
Provider

### Alcohol Use as of 5/17/2022

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | — | Provider |

### Drug Use as of 5/17/2022

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 5/17/2022

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

### Activities of Daily Living as of 5/17/2022

None

CONFIDENTIAL
000196



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service: 5/17/2022

## Visit Summary (continued)

### Occupational as of 5/17/2022

None

### Socioeconomic as of 5/17/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | Black or African American - Black | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet** | | | | |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral
Class: Historical Med

### All Orders

No orders found for this encounter

### Medication Documentation Review Audit

**Prior to Admission medications have not yet been reviewed for this encounter**

## Telephone Encounter

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/17/2022 10:00 AM | Chan, Nadia, MD | RUH ENT CLINIC Arrive at: Lower Level | |

### Reason for Call

Follow-up

### Care Advice Given

No Care Advice given for this encounter.

### All Orders

No orders found

### All Results

No results found

### Collection Information

## Encounter Notes

CONFIDENTIAL
000197



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH ENT CLINIC
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Amb Encounter Report

Barnhill, Henry Michael
MRN: 7637901, DOB: 6/9/1978, Sex: M
Acct #: 50002320033
Associated Date of Service:  5/17/2022

## Encounter Notes (continued)

**Progress Notes signed by Calaguas, Shannon Olivia, MD at 05/17/22 0812**

| Author: Calaguas, Shannon Olivia, MD | Service: — | Author Type: Resident |
|---|---|---|
| Filed: 05/17/22 0812 | Encounter Date: 5/17/2022 | Status: Signed |
| Editor: Calaguas, Shannon Olivia, MD (Resident) | | Cosigner: Chan, Nadia, MD at 05/17/22 1045 |

ENT Post Operative Note

ID: Henry Michael Barnhill is a 43 y.o. male who underwent ORIF of right orbital floor blowout fracture on 5/9/22 with Dr. Inman.

S: Patient is doing ok since surgery. Patient complaining of right upper cheek and lip numbness and diplopia. He also feels like something "bunches up" in the lateral corner of his eye when he looks to the right. Also reporting right eye dryness.

O:
General: In no acute distress
Face: Symmetric. Normal strength. Decreased sensation in the V2 distribution on the right compared to the left.
Eyes: EOMI. Conjunctiva uninjected with mild thickening on the right. Patient reporting diplopia in all directions. Eyelid spasms with downward gaze.

A/P: s/p ORIF right orbital floor fracture with decreased V2 sensation and diplopia

- Patient to follow up with ophthalmology regarding eye dryness and persistent diplopia
- Discussed that cheek and lip numbness is likely due to nerve damage due to injury and surgery and need to monitor for improvement with time.
- RTC PRN

Shannon Calaguas, MD, PGY-3
Otolaryngology - Head and Neck Surgery
Pager: 9351/scalaguas

Electronically signed by Calaguas, Shannon Olivia, MD at 05/17/22 0812
Electronically signed by Chan, Nadia, MD at 05/17/22 1045

## Health Maintenance

| | Date Due | Completion Dates |
|---|---|---|
| HEP C Screening | **Never done** | --- |
| Lipid Panel | **Never done** | --- |

CONFIDENTIAL
000198