

County of Riverside
4000 Orange St.
Riverside, CA 92501

9/27/2023 7:04:17 AM PDT

# Allergies - BARNHILL, HENRY 202216744

| Name | Start Date | End Date |
|------|-----------|----------|
| NSAIDs | 9/11/2015 | |

County of Riverside
4000 Orange St.
Riverside, CA 92501

9/27/2023 7:04:17 AM PDT

# PPDs - BARNHILL, HENRY 202216744

| Type | Date Given | Read Date | Results |
| --- | --- | --- | --- |
| ADMINISTERED | 11/12/2022 | 11/14/2022 | NEGATIVE |
| REFUSED | 5/1/2023 | | UNKNOWN |

CONFIDENTIAL
000263

County of Riverside
4000 Orange St.
Riverside, CA 92501

9/27/2023 7:04:17 AM PDT

# Problems - BARNHILL, HENRY 202216744

| Name | Date Identified | Date Resolved |
|------|-----------------|---------------|
| Kidney Disease | 4/29/2022 | 5/2/2022 |
| Mild | 4/30/2022 | 9/21/2023 |
| Lower Bunk | 4/30/2022 | 9/21/2023 |
| Lower Tier | 4/30/2022 | 9/21/2023 |
| Fracture of orbital floor, right side, initial encounter for closed fracture | 5/3/2022 | 9/21/2023 |
| Encounter for preprocedural laboratory examination | 5/6/2022 | 9/21/2023 |
| KOP Program | 5/17/2022 | 9/21/2023 |
| Post-traumatic stress disorder (PTSD) | 7/18/2022 | 9/21/2023 |
| Anxiety disorder, unspecified | 7/18/2022 | 9/21/2023 |
| Abnormal results of kidney function studies | 10/18/2022 | 9/21/2023 |

County of Riverside
4000 Orange St.
Riverside, CA 92501

9/27/2023 7:04:17 AM PDT

# Sick Calls - BARNHILL, HENRY 202216744

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| MD Chart Review | 4/29/2022 | RUHS recommends pt see eye clinic on Monday. RUHS recommends if he cannot be seen, then he needs to return to the ED. Dx: Closed blow out fx of orbit, left ear avulsion, concussion, contusion of head. | 5/2/2022 |
| Chronic Care | 5/22/2022 | Kidney Disease Cancelled by e244693 on 5/2/2022 Reason: na | 5/2/2022 |
| MD Chart Review | 5/22/2022 | pls reeval need for LB/LT during chronic care | 5/2/2022 |
| EKG | 5/6/2022 | Preoperative EKG | 5/6/2022 |
| Medical Sick Call - Nurse | 5/8/2022 | Rapid COVID test pre-op fo Surg on 5/9 Cancelled by e209704 on 5/7/2022 Reason: error | 5/7/2022 |
| MD Chart Review | 5/9/2022 | review labs attach to offsite/send with pt | 5/9/2022 |
| Medical Sick Call - MD | 5/10/2022 | Hospital returnee=Post op Right eye orbital Fracture | 5/10/2022 |
| Medical Sick Call - Nurse | 5/18/2022 | Notify pt he is referred to AEC for follow up - see MDCR dated 5/17 | 5/19/2022 |
| Medical Sick Call - Nurse | 5/22/2022 | Per pt: When I was arrested the top part of my left ear was severed and was stitched back together by the doctor. My ear has become infected and is swollen with pus. | 5/22/2022 |
| Medical Sick Call - Nurse | 6/3/2022 | "I request a "Olsen review" to review and make copies of my medical file. " | 6/3/2022 |
| Medical Sick Call - Nurse | 6/4/2022 | Requesting copies of medical files Refused by HENRY BARNHILL on 6/5/2022. | 6/5/2022 |
| Medical Sick Call - Nurse | 6/7/2022 | c/o sharp pain R side face where I suffered eye injury | 6/7/2022 |
| MD Chart Review | 6/15/2022 | Pt refused optometry appointment for 6/15/22. | 6/15/2022 |

| Name | Scheduled Date | Reason | Completed Date |
|------|------|------|------|
| Medical Sick Call - Nurse | 6/27/2022 | "When I was arrested the police broke my right eye orbital. I had surgery and a titanium plate and screws was installed. I have sharp pains from my center/right forehead, down the right side of my nose and right cheek that last throughout the day. The "motrin" that was prescribded does not resolve the pain." | 6/27/2022 |
| MD Chart Review | 6/30/2022 | Pt request pain meds stronger than tylenol or motrin. see nursing note. | 6/30/2022 |
| Medical Sick Call - Nurse | 7/11/2022 | claims hx of R orbital fracture, had surgery on the eye with plate placed. Complaining of sharp pain on forehead, down to the nose and right cheek; numbness around lips and cheek "needle/pin sensation", was told by the ophthalmologist that he has nerve damage "the Tylenol prescribed does not resolve the pain." | 7/11/2022 |
| Medical Sick Call - MD | 7/13/2022 | Evaluate eye for reschedule of AEC. | 7/13/2022 |
| Medical Sick Call - Nurse | 7/22/2022 | SOAP Note | 7/22/2022 |
| Medical Sick Call - Nurse | 7/25/2022 | "I was in a car accident on the sherriffs bus while being transported to court. I injured my knee, hip and back and I am experiencing pain." | 7/25/2022 |
| Medical Sick Call - Nurse | 7/28/2022 | "The other day I was involved in a car accident. involving sherriffs bus as I was on my way to court. In the accident I injured my right knee and right hip as well as my lower back I am experiencing pain and discomfort in my lower back. I have muscle spasms and when ever I trun a certain way I get jolt of pain." Refused by HENRY BARNHILL on 7/28/2022. | 7/28/2022 |
| Medical Sick Call - Nurse | 8/15/2022 | SOAP Note | 8/15/2022 |
| Medical Sick Call - Nurse | 8/15/2022 | pt c/o pain on right cheek and nose area. | 8/15/2022 |
| Medical Sick Call - Nurse | 8/17/2022 | "The tylenol prescribed does not resolve the pain in my face or the nerve damage." | 8/17/2022 |
| MD Chart Review | 8/25/2022 | Pt refusing to go to offsite ophthalmology appointment. | 8/25/2022 |
| Medical Sick Call - Nurse | 9/8/2022 | My lower back still hurts. I am having pain and spasms that feel like jolting pains in my lower back. I have been having these pains since I was in the bus accident. Sometimes it is so unbearable that I cannot sleep and am in pain all throughout the day and night. I think I need to see a specialist. Refused by BARNHILL, HENRY MICHAEL on 9/8/2022. | 9/8/2022 |
| Medical Sick Call - Nurse | 9/9/2022 | "I would like to speak to a specialist about my back. I am still having back pain and spasms." | 9/9/2022 |

CONFIDENTIAL
000266

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Sick Call - Nurse | 9/12/2022 | during my arrest my eye socket was broken and a plate was surgically installed. I still feel pain, my cheek still feels swollen, I have a "pins and needles" sensation from my cheek to around the corners of my lips. I get sharp pains that radiate from the upper nose/eye and travel down throuh my nose and cheek sending sharp pains to my front tooth none of the medication given helps or resolves the pain and I am left to bare this pain each and every day. | 9/13/2022 |
| MD Chart Review | 9/14/2022 | Reschedule ophthalmology appt. | 9/14/2022 |
| Medical Sick Call - MD | 9/20/2022 | Eye evaluation - requesting resubmittance of Ophthamology appt - refused on 8/25 | 9/20/2022 |
| Medical Sick Call - Nurse | 10/3/2022 | c/o I was prescribed Renal Diet by Nephrologist at RUHS and doctor here, beginning to have flank pains and I feel that toxins are building up my system Refused by BARNHILL, HENRY MICHAEL on 10/3/2022. | 10/3/2022 |
| Medical Sick Call - Nurse | 10/8/2022 | Pt requesting renal diet due to hx of CKD. | 10/8/2022 |
| Medical Sick Call - Nurse | 10/9/2022 | Pt c/o pain and migraines from altercation during arrest. Refused by BARNHILL, HENRY MICHAEL on 10/9/2022. | 10/9/2022 |
| Medical Sick Call - MD | 10/12/2022 | States h/o CKD, requesting to see medical facility doctor and lab works resched pt in court 10/11 | 10/12/2022 |
| Medical Sick Call - NP | 10/18/2022 | review/discuss BMP with pt | 10/18/2022 |
| Medical Sick Call - Nurse | 10/25/2022 | "I am having continous pain in my face and right eye that also cause migrain headaches and agonizing pain all day & night." | 10/25/2022 |
| Medical Sick Call - Nurse | 10/27/2022 | Approx 2 weeks ago I seen the "jail doctor" concerning my CKD and the special diet that was prescribed by nephrologist @RUHS. The doctor stated she would request my medical records from RUHS but I have not heard anything from the doctor. My creatinine level is high and the "renal diet" was prescribed to me for preventative purposes. Refused by BARNHILL, HENRY MICHAEL on 10/27/2022. | 10/27/2022 |
| Medical Sick Call - Nurse | 10/30/2022 | I HAVE NERVE DAMAGE AND PAIN TO RIGHT SIDE OF FACE | 10/30/2022 |
| Medical Sick Call - MD | 10/31/2022 | Requesting to see physician: c/o no improvements in symptoms with nortriptyline. | 10/30/2022 |

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Sick Call - MD | 11/1/2022 | Pt is requesting to see Physicain= C/o of no improvement of symptoms w/ Nortriptyline (Mistakenly siged to complete). PT AT CLINIC ENT 10/31 R/S APPT | 11/1/2022 |
| Medical Sick Call - Nurse | 11/4/2022 | c/o headaches Cancelled by e240590 on 11/4/2022 Reason: Deputies found pt hoarding nortriptyline in cell. NP notified and medication has been changed. | 11/4/2022 |
| Medical Sick Call - Nurse | 11/8/2022 | I told the doctor that the TYLENOL or the other medication prescribed do anything to resolve the pain or nerve damagein my face and I am left in pain ALL DAY | 11/8/2022 |
| Medical Sick Call - Nurse | 11/10/2022 | "I am anemic-It is cold in the B housing unit dayroom and cells that I shiver all day and night. It is cold at night that even though I am fully dressed wearing my pants,shirts,socks,and sweater- I can not stop shivering. It is so unbearable that I can not sleep,my feet become numb and sore from the cold-it feels like torture" | 11/10/2022 |
| Medical Sick Call - Nurse | 11/12/2022 | Annual PPD | 11/12/2022 |
| Medical Sick Call - Nurse | 11/14/2022 | "A few weeks ago I took a blood test to check my creatinin level which was high. the doctor scheduled me to take another blood test in two weeks. It has been over 2 weeks and I have not been called to medical to take the scheduled lab test for my levels." | 11/14/2022 |
| Medical Sick Call - Nurse | 11/28/2022 | "Ever since my right orbital eyesocket has been broken I have experiance aching pains in my face and behind my eye daily! I also experiance migrain headaches daily that last through out the day. None of medications that have been prescribed resolve the pain, headaches or nerve damage cause by the injury. I try to bare throught it daily, but it is unbearable." Refused by HENRY BARNHILL on 11/28/2022. | 11/28/2022 |
| Medical Sick Call - Nurse | 11/30/2022 | Wrote a blank blue slip for Medical | 11/30/2022 |
| Medical Sick Call - Nurse | 12/7/2022 | "I was called to sick call today but for unknown reasons I was never let out of my cell to actually go to sick call? I did not refused." | 12/7/2022 |
| Medical Sick Call - Nurse | 12/9/2022 | Per pt; Everyday my face aches and I keep getting migraine headaches that last for hours throughout the day. I get sharp pains in my eye area daily. I have rought this to medicals attention several times and medical has done nothing to resolve or manage the pain I feel everyday due to my eye/face injury | 12/9/2022 |
| MD Chart Review | 12/13/2022 | Review repeat BMP/UA compare to 10/13/22 | 12/12/2022 |
| MD Chart Review | 12/16/2022 | Seen by ENT via telemed | 12/16/2022 |

BARNHILL, HENRY MICHAEL 202216744

| Name | Scheduled Date | Reason | Completed Date |
|------|----------------|--------|----------------|
| Medical Sick Call - Nurse | 12/21/2022 | C/O pain to his Rt eye that is a result of an injury prior to being incarcerated. States that his current pain medication does not give any relief | 12/21/2022 |
| Medical Sick Call - Nurse | 12/27/2022 | right eye pain "for several months", Tylenol is not working. | 12/27/2022 |
| Medical Sick Call - Nurse | 12/31/2022 | "I am having major headaches" Refused by BARNHILL, HENRY MICHAEL on 12/31/2022. | 12/31/2022 |
| Medical Sick Call - Nurse | 1/2/2023 | "I recently had labwork done to check my creatine levels. I would like to know the lab results as I am experiencing pain in my kidney area" Refused by BARNHILL, HENRY MICHAEL on 1/2/2023. | 1/2/2023 |
| Medical Sick Call - Nurse | 1/10/2023 | I/M writes "my right cheek and eye aches" | 1/10/2023 |
| Medical Sick Call - Nurse | 1/31/2023 | "My eye and face aches around my eye and cheek area. Also, my vision in my right eye is getting wose and is really blurry." | 1/31/2023 |
| MD Chart Review | 2/2/2023 | Hx of nerve damage due to orbital closed fracture, hx of taking nortryptilline but recent dose not helping. | 2/2/2023 |
| Optometrist | 2/2/2023 | reports worsening /blurry vision especially to the right eye, requesting prescription glasses evaluation. | 2/7/2023 |
| MD Chart Review | 2/7/2023 | C/O vision changes | 2/8/2023 |
| Medical Sick Call - MD | 2/10/2023 | Complaining of right eye decreased visionpt at law library 2/9 | 2/10/2023 |
| Medical Sick Call - Nurse | 2/19/2023 | "my face is aching around my eye." Refused by HENRY BARNHILL on 2/19/2023. | 2/19/2023 |
| Medical Sick Call - Nurse | 3/14/2023 | My right eye and surrounding it aches, The existing nerve damage is not resolving and continues to cause me pain throughout the day. | 3/14/2023 |
| Medical Sick Call - Nurse | 3/17/2023 | SOAP Note | 3/17/2023 |

BARNHILL, HENRY MICHAEL 202216744

CONFIDENTIAL
000269

| Name | Scheduled Date | Reason | Completed Date |
|------|------|--------|------|
| Medical Sick Call - Nurse | 3/17/2023 | "I have been experiencing severe migraine headaches that last throughout the day are debilitating and have been ongoing since my arrest. Also I have persistent pains in my right eye and right face area due to the injury and nerve damage there. And as stated before my vision in my right eye is blurry and my right eye still at times drifts downward to the right on its own. I would like to see the ophthlamologist again" | 3/17/2023 |
| Medical Sick Call - Nurse | 3/23/2023 | My right eye aches throughout the day and I persistently feel discomfort. ( Court 3/23/23 ) Refused by HENRY BARNHILL on 3/24/2023. | 3/24/2023 |
| Medical Sick Call - Nurse | 3/28/2023 | The medication that I am currently receiving is ineffective and does not reslove the pain or the migrain/headache that I experience throuqout the day. | 3/28/2023 |
| Medical Sick Call - MD | 3/28/2023 | MDSC per Erin re: c/o persistent pain to right eye and right side of face d/t nerve damage r/t hx of right orbital fracture. | 3/29/2023 |
| MD Chart Review | 3/29/2023 | Oxcarbazepine prescribed for pain not effective | 3/29/2023 |
| Medical Sick Call - Nurse | 4/8/2023 | "My eyes have been very dry lately and I ran of the the 'eye drops' (artifical tears) that were given to me" Refused by HENRY BARNHILL on 4/8/2023. | 4/8/2023 |
| MD Chart Review | 4/18/2023 | Post op 04/12/23 AEC visit | 4/18/2023 |
| Medical Sick Call - Nurse | 4/19/2023 | "I am having debilitating migraine headaches that are re-occurring and last for several hours of the day. The tylenol I have been prescribed does NOT work and does NOT resolve the pain." Refused by HENRY BARNHILL on 4/19/2023. | 4/19/2023 |
| Medical Sick Call - Nurse | 4/21/2023 | I am experiencing migraine headacjes for hours. Tylenol doe not resolve the pain. | 4/21/2023 |
| MD Chart Review | 4/24/2023 | Review ENT note | 4/24/2023 |
| Medical Sick Call - Nurse | 4/25/2023 | Review ENT note with pt @ court 4/25/23. | 4/26/2023 |
| Medical Sick Call - Nurse | 5/12/2023 | "I am still having constant migraine headaches that last for several hours, almost daily." | 5/12/2023 |
| Medical Sick Call - Nurse | 5/16/2023 | "I would like clotrimazole solution to treat my toenail." | 5/16/2023 |

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Sick Call - Nurse | 5/19/2023 | I have nerve damage to my face causes pain. tylenol does not resolve the pain. I have jolts pain from forehead ,right eye cheek. tingling shock from my eye fown my cheek to my lips. migraine | 5/19/2023 |
| Medical Sick Call - NP | 5/23/2023 | Pls follow-up re: patient's c/o uncontrolled pain to face d/t h/o nerve damage from eye injury causing multiple symptoms. - TORB Willie | 5/23/2023 |
| Medical Sick Call - Nurse | 6/11/2023 | GENERAL PAIN | 6/11/2023 |
| Medical Sick Call - Nurse | 6/11/2023 | pain and blister on the bottom of feet. Requesting shoes to eleviate pain. | 6/11/2023 |
| Medical Sick Call - Nurse | 6/26/2023 | face is aching | 6/26/2023 |
| Medical Sick Call - Nurse | 6/26/2023 | SOAP Note | 6/26/2023 |
| Medical Sick Call - MD | 7/13/2023 | determine if patient needs opthlamology fu. this would be a 1 year follow. if so please order for follow up 10/2023 Cancelled by c503046 on 7/6/2023 Reason: dc | 7/6/2023 |
| MD Chart Review | 7/4/2023 | schedule with ophthalmology for 1 year check up around 10/2023 | 7/6/2023 |
| Medical Sick Call - Nurse | 7/6/2023 | migraines, headaches that last for hours | 7/6/2023 |
| Medical Sick Call - Nurse | 7/6/2023 | ATHLETE'S FOOT/JOCK ITCH | 7/6/2023 |
| Medical Sick Call - Nurse | 7/11/2023 | "I would like a form to release my medical records to my attorney" Refused by HENRY BARNHILL on 7/11/2023. | 7/11/2023 |
| Medical Sick Call - MD | 7/27/2023 | determine reason for refusal of ENT appt 07/11 - reschedule as needed Need refusal form Pt in court 07/14/2023 Refused by HENRY BARNHILL on 7/27/2023. | 7/27/2023 |
| Medical Sick Call - Nurse | 7/29/2023 | Please have patient sign refusal for MD sick call 7/27/23 court 7/28 Refused by BARNHILL, HENRY MICHAEL on 7/29/2023. | 7/29/2023 |

BARNHILL, HENRY MICHAEL 202216744

CONFIDENTIAL
000271

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Sick Call - Nurse | 8/3/2023 | I was in court for the last three weeks. While at trial, I missed my appointment to the clinic to receive nerve blockers. | 8/3/2023 |
| Medical Sick Call - MD | 8/3/2023 | determine reason for refusal of ENT appt 07/11 - reschedule as needed Need refusal form Pt in court 07/14/2023 refused on 07/27/23 pt claims trial last 3 weeks 8/3 | 8/4/2023 |
| Medical Sick Call - Nurse | 8/6/2023 | "Foot cream" | 8/6/2023 |
| MD Chart Review | 8/7/2023 | Patient seen last week and states he would be put back on clotrimazole cream as well as A/D ointment. | 8/7/2023 |
| Medical Sick Call - Nurse | 8/23/2023 | medical records sent to lawyer | 8/23/2023 |
| Medical Sick Call - Nurse | 8/25/2023 | Follow up on ENT appointment. | 8/25/2023 |
| Medical Sick Call - Nurse | 9/1/2023 | eye and vision problems @ court 9/1/23. | 9/2/2023 |
| Dental Annual Exam | 2/23/2023 | Dental Annual Exam scheduled from Receiving Screening. Refused by HENRY BARNHILL on 9/6/2023. | 9/6/2023 |
| Medical Sick Call - MD | 9/15/2023 | discuss recent ENT, refer for injection if it was not done 9/8/23, discuss and find out from patient | 9/15/2023 |

BARNHILL, HENRY MICHAEL 202216744

CONFIDENTIAL
000272

County of Riverside
4000 Orange St.
Riverside, CA 92501

# RELEASE SUMMARY - Completed by: Donna Reyes , Institutional Nurse on

9/20/2023 7:06:36 PM PDT

| Patient: | BARNHILL, HENRY MICHAEL | #: | 202216744 | Lang: | |
|---|---|---|---|---|---|
| DOB: | 6/9/1978 (Age=45) | Sex: | M | Race: | B |
| Housing: | RJC-23C8-23C8 | Court Date: | | Type: | |
| Status: | NOT ACTIVE | Booking Date: | 4/29/2022 11:02:00 PM PDT | Release: | 9/20/2023 1:46:00 PM |

## Reason for Visit:

03/29/2023:

PASC

Time: 8:31 AM

44-year-old male with past medical history of right orbital blowup fracture /p ORIF by ENT in May 2022 presents the clinic for right orbital pain. Patient reports right facial pain due to "nerve pain." Facial pain will start medial aspect of orbit and radiate down to his tooth. Pt states that it is a jolting pain. No modifying factors. Pt states that his right eye will drift of, but is able to control it when it happens. Positive diplopia. Pt states he refused oxcarbazepine because he didn't know what it was for.

07/16/2015:

Still c/o back pain, requesting xtra mattress.

xray of back result done few weeks ago not yet available.

12/27/2022:

RNSC =Right eye pain for several months,Tylenol is not working

12/21/2022:

RNSC= C/O pain right eye that is a result of an injury. States that his current pain medication does not give any relief.

Requesting pain medication

08/15/2022:

RNSC, requesting refill on nortryptyline which expired. Reports it helps with pain to face and recent eye surgery.

03/17/2023:

1050AM NSC regarding HCR "I have been experiencing severe migraine headaches that last throughout the day are debilitating and have been ongoing since my arrest. Also I have persistent pains in my right eye and right face area due to the injury and nerve damage there. And as stated before my vision in my right eye is blurry and my right eye still at times drifts downward to the right on its own. I would like to see the ophthalmologist again"

Patient claimed that his medication Oxcarbazepine is not helping with his nerve pain and requesting to see the Ophthalmologist again for above stated symptoms.

07/11/2022:

RNSC

Pt c/o needle/pin senstion to right side of the face and asking for stronger pain medication

Pt is here to f/u request for a copy of his medical records

06/26/2023:

NSC re: requesting for his " nerve pain " med to be reordered

States he has facial nerve pain, waiting for clinic appointment for nerve block

06/09/2022:

Client was seen by BHS III on 6/8/22 to addressed the same kite "I would like to see MH"-- Duplicate kite.

07/22/2022:

Seen in Intox for c/o pain s/p minor MVA on the bus en route to court this morning.

Patient states he fell into a gap on the right side of his seat. C/O "discomfort" to the Right Hip and lower back, would not rate it as pain. Also states he hit the right side of his face but has hx of surgery and pain in this area.

05/16/2023:

Around 0930AM NSC regarding HCR "I would like clotrimazole solution to treat my toenail."

06/29/2015:

c/o L flank pain x 1 month. X-RAY of the back done few weeks ago but no result yet.

10/18/2022:

NPSC

PT seen at approx 1055 am for review of BMP dated 10/12/22. Reports hx of kidney failure and was at RUHS but there are no records in EPIC. PT is asymptomatic.

10/08/2022:

RNSC= Patient requesting diet due to h/o CKD.

Requesting to follow up with nephrology.

Requesting lab works.

Requesting to see medical facility doctor

03/28/2023:

RNSC

HCR: The medication that I am currently receiving is ineffective and does not reslove the pain or the migrain/headache that I experience througout the day

pt states Oxcarbazepine prescribed for pain does not help

08/04/2023:

PASC

Time: 9:46 AM

the five-year-old male presents the clinic to discuss recent ENT refusal. Patient states he did refused but was in court. She reports history of migraines and was supposed to receive an occipital nerve block. Additionally, patient requesting renewal of cream for bilateral feet.

02/07/2023:

Patient requesting to see ophthalmologist.

BARNHILL, HENRY MICHAEL 202216744

CONFIDENTIAL
000279

Reports recent worsening of vision to right x 1 months.

Reports hx of right orbital fracture - seen by ENT on 12/16/22

Seen by AEC on 8/3/2022

07/13/2022:

MDSC@0929

Pt here to eval for aec referral re: diplopia, per ENT rec. He had ORIF R orbital floor for blowout fx in May 2022. He refused optometry appt on 6/15/2022. Continues to have sharp shooting pains in the R side of his face.

11/01/2022:

MDSC@0912

Pt here c/o R facial pain and jaw pain not relieved by nortriptyline 10 mg qhs. He was recently seen by ophthalmology for a f/u of R orbital fx (4/29/22 injury and had ORIF on 5/9/22 with ENT). He c/o numbness and pain below the R orbital area, preauricular area and extends down to the jaw; with no double vision.

He also asked about his blood test for his kidney.

03/14/2023:

nsc re:"My right eye and surrounding it aches, The existing nerve damage is not resolving and continues to cause me pain throughout the day."

pt claimed that he injured his right eye/periorbital bone last May 2022 and titanium plate was placed.pt stated that he has nerve pain to right side of his face from the incident.

pt stated that he did not refused his eyeglasses when he saw the optometrist.

07/25/2022:

RNSC= I was in a car accident on the sherrifs bus while being transported to court.I injured my knee, hip and back.

Requesting more pain medication

10/12/2022:

MDSC @ 0918

Pt here stating he was told a few years ago that he had kidney disease. Most recent BMP in May 2022 showed a creatinine of 1.28 which was normal.

He was evaluated by Renal on 7/28/2015: creatinine was 1.44; retroperitoneal US 3/26/15 was normal.

He requested lab work. No c/o dysuria, or abnormal bowel movements or urination.

05/10/2022:

MDSC @ 0905

Pt here s/o ORIF, fx orbital floor. He said he is doing well with some pain. Current orders active for norco 5-325 prn pain and maxitrol eye drops. No HA or dizziness. NV.

08/17/2022:

Pt seen at RNSC for c/o facial pain for s/p recent eye surgery. Pt states "it helps with pain to face and recent eye surgery".

05/23/2023:

0931

Patient presents to clinic complaining of right sided eye pain. He states he would like to restart the medication he was taking for his pain. He states that it was working well but he was told it was a seizure medicine so that's why he was refusing it.

02/10/2023:

MDSC@ 0957

Pt here c/o decreased vision R eye. He was evaluated by the ophthalmologist with no required f/u. Optometrist saw him on August 3, 2022; it was noted that he declined glasses.

He also still has decreaaed sensitivity to the R side of his face but is able to smile, chew, open and close mouth with no problem.

07/18/2015:

Requested to renew Aloe Vera for dry skin of the feet. Patient stated he does not want A&D ointment because it's too thick and did not help him.

05/22/2022:

Pt seen at RNSC for concerns of left ear. Pt states my ear was swollen yesterday but it's better now.

05/19/2023:

1042AM NSC regarding HCR "I have nerve damage to my face causes pain.

Tylenol does not resolve the pain.

I have jolts pain from forehead ,right eye cheek.

tingling shock from my eye down my cheek to my lips.

migraine"

Patient reported c/o on-going symptoms d/t hx of right eye injury with facial surgery about a year ago.

Patient with no mention of any change or worsening of condition.

Patient claims that Tylenol does not give enough pain control asking to see the provider for other options.

Patient is allergic to NSAIDS.

08/14/2015:

C/O DRY SKIN TO FEET AND SKIN, REQUESTING REFILL OF ALOE VERA GEL

10/23/2015:

claims with low back pain x 1 year. denies trauma/accident.

claims he feels that there is a knot on the area that hurts.

## Active Problem List

| Name | DateIdentified | DiagnosedOn |
|------|----------------|-------------|
| KOP Program | 5/17/2022 1:51:05 PM | |
| Encounter for preprocedural laboratory examination | 5/6/2022 11:28:10 AM | |
| Lower Bunk | 4/30/2022 2:59:11 AM | |
| Lower Tier | 4/30/2022 2:59:11 AM | |
| Fracture of orbital floor, right side, initial encounter for closed fracture | 5/3/2022 4:18:41 PM | |
| Mild | 4/30/2022 1:58:35 AM | |

| Name | DateIdentified | DiagnosedOn |
|---|---|---|
| Behavioral Health Services | 4/30/2022 1:59:02 AM | |
| Post-traumatic stress disorder (PTSD) | 7/18/2022 5:06:48 PM | |
| Anxiety disorder, unspecified | 7/18/2022 5:08:13 PM | |
| Abnormal results of kidney function studies | 10/18/2022 12:29:34 PM | |

## Active Allergies:

| Name | ReactionsVerbose |
|---|---|
| NSAIDs | |

## Active Medications:

| Drug | Prescriber | CompleteSig | Sig | Stamp | Start | Stop |
|---|---|---|---|---|---|---|
| Melatonin Oral | Jesse DeVera | Take 10 mg by mouth once before bedtime for 90 day(s). Dispense 180 tablet. 0 Refill(s) *STAT | once before bedtime (QHS) | 8/21/2023 12:24:46 PM | 8/21/2023 8:00:00 PM | 11/18/2023 11:59:59 PM |

## Most Current Medications and Treatments Administered:

| ID | Directions | Name | Type | Stamp | Status | ReasonNote |
|---|---|---|---|---|---|---|
| 9207232161b0f55db063a545268b50 | Take 10 mg by mouth once before bedtime for 90 day(s). | Melatonin Oral | Drug Order | 9/19/2023 10:38:40 PM | Administered | |

## Diagnostic Results and Scheduled Diagnostics:

| SequenceID | ValueName | Value | Unit | Low | High | Flag | ObservationDate | Length |
|---|---|---|---|---|---|---|---|---|
| 5 | BUN/Creat SerPl | 8 | (calc) | 6 | 22 | N | 12/10/2022 9:58:00 AM | 16 |
| 6 | Sodium SerPl-sCnc | 140 | mmol/L | 135 | 146 | N | 12/10/2022 9:58:00 AM | 16 |
| 7 | Potassium SerPl-sCnc | 4/2/2023 12:00:00 AM | mmol/L | 3/5/2023 12:00:00 AM | 5/3/2023 12:00:00 AM | N | 12/10/2022 9:58:00 AM | 16 |
| 8 | Chloride SerPl-sCnc | 105 | mmol/L | 98 | 110 | N | 12/10/2022 9:58:00 AM | 16 |
| 9 | CO2 SerPl-sCnc | 23 | mmol/L | 20 | 32 | N | 12/10/2022 9:58:00 AM | 16 |

| SequenceID | ValueName | Value | Unit | Low | High | Flag | ObservationDate | Length |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | 12/10/2022 9:58:00 AM | 16 |
| 1 | Glucose SerPl-mCnc | 88 | mg/dL | 65 | 99 | N | 12/10/2022 9:58:00 AM | 16 |
| 2 | BUN SerPl-mCnc | 11 | mg/dL | 7 | 25 | N | 12/10/2022 9:58:00 AM | 16 |
| 3 | Creat SerPl-mCnc | 1.38 | mg/dL | 0.60 | 1/29/2023 12:00:00 AM | H | 12/10/2022 9:58:00 AM | 16 |
| 4 | eGFRcr SerPlBld CKD-EPI 2021 | 65 | mL/min/1.73m2 | > OR = 60 | > OR = 60 | N | 12/10/2022 9:58:00 AM | 16 |
| KETONE | KETONE | Negative | | | | | 2/28/2023 12:12:16 PM | 3 |
| BILIRUBIN | BILIRUBIN | Negative | | | | | 2/28/2023 12:12:16 PM | 3 |
| GLUCOSE | GLUCOSE | Negative | | | | | 2/28/2023 12:12:16 PM | 3 |
| pH | pH | 7/5/2023 12:00:00 AM | % | | | | 2/28/2023 12:12:16 PM | 4 |
| BLOOD/HBG | BLOOD/HBG | Negative | | | | | 2/28/2023 12:12:16 PM | 3 |
| SP. GRAVITY | SP. GRAVITY | 1/1/0020 12:00:00 AM | | | | | 2/28/2023 12:12:16 PM | 3 |
| NITRITE | NITRITE | Negative | | | | | 2/28/2023 12:12:16 PM | 3 |
| UROBILINOGEN | UROBILINOGEN | Normal 0.2 - 1 mg/dL | | | | | 2/28/2023 12:12:16 PM | 3 |
| PROTEIN | PROTEIN | Negative | | | | | 2/28/2023 12:12:16 PM | 3 |
| APPEARANCE | APPEARANCE | Clear | | | | | 2/28/2023 12:12:16 PM | 3 |
| COLOR | COLOR | Yelloiw | | | | | 2/28/2023 12:12:16 PM | 3 |
| LEUKOCYTES | LEUKOCYTES | Negative | | | | | 2/28/2023 12:12:16 PM | 3 |
| | BASIC METABOLIC PANEL W/O CA, | PENDING | | | | | 12/8/2022 11:03:00 AM | 26 |

BARNHILL, HENRY MICHAEL 202216744

CONFIDENTIAL
000284

| SequenceID | ValueName | Value | Unit | Low | High | Flag | ObservationDate | Length |
|---|---|---|---|---|---|---|---|---|
| FLU B | FLU B | Negative | | | | | 5/9/2022 12:54:19 AM | 3 |
| FLU A | FLU A | Negative | | | | | 5/9/2022 12:54:19 AM | 3 |
| CoV-2 | CoV-2 | Negative | | | | | 5/9/2022 12:54:19 AM | 3 |
| 4 | GFR/BSA pred.nonblk SerPl CKD-EPI-ArVRat | 68 | mL/min/1.73m2 | > OR = 60 | > OR = 60 | N | 5/7/2022 6:41:00 AM | 16 |
| 5 | GFR/BSA pred.blk SerPlBld CKD-EPI-ArVRat | 79 | mL/min/1.73m2 | > OR = 60 | > OR = 60 | N | 5/7/2022 6:41:00 AM | 16 |
| 1 | WBC # Bld Auto | 4/5/2023 12:00:00 AM | Thousand/uL | 3/8/2023 12:00:00 AM | 10/8/2023 12:00:00 AM | N | 5/7/2022 6:41:00 AM | 16 |
| 2 | RBC # Bld Auto | 3.49 | Million/uL | 4/20/2023 12:00:00 AM | 5.80 | L | 5/7/2022 6:41:00 AM | 16 |
| 3 | Hgb Bld-mCnc | 12.0 | g/dL | 13.2 | 17.1 | L | 5/7/2022 6:41:00 AM | 16 |
| 4 | Hct VFr Bld Auto | 36.0 | % | 38.5 | 50.0 | L | 5/7/2022 6:41:00 AM | 16 |
| 5 | MCV RBC Auto | 2/1/0103 12:00:00 AM | fL | 80.0 | 100.0 | H | 5/7/2022 6:41:00 AM | 16 |
| 6 | MCH RBC Qn Auto | 34.4 | pg | 27.0 | 33.0 | H | 5/7/2022 6:41:00 AM | 16 |
| 7 | MCHC RBC Auto-mCnc | 33.3 | g/dL | 32.0 | 36.0 | N | 5/7/2022 6:41:00 AM | 16 |
| 8 | RDW RBC Auto-Rto | 13.4 | % | 11.0 | 15.0 | N | 5/7/2022 6:41:00 AM | 16 |
| 9 | Platelet # Bld Auto | 242 | Thousand/uL | 140 | 400 | N | 5/7/2022 6:41:00 AM | 16 |
| 10 | PMV Bld Rees-Ecker | 11.0 | fL | 7/5/2023 12:00:00 AM | 12/5/2023 12:00:00 AM | N | 5/7/2022 6:41:00 AM | 16 |
| | BASIC METABOLIC PANEL W/O CA, pre-operative | PENDING | | | | | 5/6/2022 1:08:00 PM | 26 |

BARNHILL, HENRY MICHAEL 202216744

CONFIDENTIAL
000285

| SequenceID | ValueName | Value | Unit | Low | High | Flag | ObservationDate | Length |
|---|---|---|---|---|---|---|---|---|
| | CBC (H/H, RBC, INDICES, WBC, PLT), preoperative | PENDING | | | | | 5/6/2022 1:08:00 PM | 26 |
| 19 | ALT SerPl-cCnc | 16 | U/L | 9 | 46 | N | 10/16/2015 1:23:00 AM | 16 |
| 18 | AST SerPl-cCnc | 18 | U/L | 10 | 40 | N | 10/16/2015 1:23:00 AM | 16 |
| 17 | ALP SerPl-cCnc | 53 | U/L | 40 | 115 | N | 10/16/2015 1:23:00 AM | 16 |
| 16 | Bilirub SerPl-mCnc | 0.5 | mg/dL | 0.2 | 1/2/2023 12:00:00 AM | N | 10/16/2015 1:23:00 AM | 16 |
| 14 | Globulin Ser Calc-mCnc | 2.0 | g/dL (calc) | 1/9/2023 12:00:00 AM | 3/7/2023 12:00:00 AM | N | 10/16/2015 1:23:00 AM | 16 |
| 15 | Albumin/Glob SerPl | 2/2/2023 12:00:00 AM | (calc) | 1.0 | 2/5/2023 12:00:00 AM | N | 10/16/2015 1:23:00 AM | 16 |
| 13 | Albumin SerPl-mCnc | 4/4/2023 12:00:00 AM | g/dL | 3/6/2023 12:00:00 AM | 5/1/2023 12:00:00 AM | N | 10/16/2015 1:23:00 AM | 16 |
| 11 | Calcium SerPl-mCnc | 9/3/2023 12:00:00 AM | mg/dL | 8/6/2023 12:00:00 AM | 10/3/2023 12:00:00 AM | N | 10/16/2015 1:23:00 AM | 16 |
| 12 | Prot SerPl-mCnc | 6/4/2023 12:00:00 AM | g/dL | 6/1/2023 12:00:00 AM | 8/1/2023 12:00:00 AM | N | 10/16/2015 1:23:00 AM | 16 |
| 5 | GFR/BSA.pred.black SerPl MDRD-vRate | 63 | mL/min/1.73m2 | > OR = 60 | > OR = 60 | N | 10/16/2015 1:23:00 AM | 16 |
| 4 | GFR/BSA.pred SerPl MDRD-vRate | 55 | mL/min/1.73m2 | > OR = 60 | > OR = 60 | L | 10/16/2015 1:23:00 AM | 16 |
| | CBC (H/H, RBC, INDICES, WBC, PLT), | PENDING | | | | | 10/15/2015 3:54:17 AM | 26 |
| | COMPREHENSIVE METABOLIC PANEL, | PENDING | | | | | 10/15/2015 3:51:28 AM | 26 |

## Pending Referrals:

| BillingServiceDates | Status | AppointmentDate | Specialty | Reason | DateOfBirth | BookingNumber | PatientID |
|---|---|---|---|---|---|---|---|

| BillingServiceDates | Status | AppointmentDate | Specialty | Reason | DateOfBirth | BookingNumber | PatientID |
|---|---|---|---|---|---|---|---|
| | Refused | 6/15/2022 8:00:00 AM | Optometry | diplopia Refer to AEC | 6/9/1978 12:00:00 AM | 202216744 | 20220429230228 |
| | Scheduled | 10/5/2023 8:30:00 AM | ENT General | next available date, see recent ENT visit on 9/8/23 ENT visit for occipital nerve block. Missed appointment due to court. | 6/9/1978 12:00:00 AM | 202216744 | 20220429230228 |
| | Scheduled | 9/28/2023 8:00:00 AM | Ophthalmology | schedule 10/2023 1 year opthalmology follow up | 6/9/1978 12:00:00 AM | 202216744 | 20220429230228 |

BARNHILL, HENRY MICHAEL 202216744

CONFIDENTIAL
000287

| BillingServiceDates | Status | AppointmentDate | Specialty | Reason | DateOfBirth | BookingNumber | PatientID |
|---|---|---|---|---|---|---|---|
| | Refused | 8/25/2022 10:00:00 AM | Ophthalmology | Continued possible diplopia after right orbital fracture. Unknown if patient finished follow-up. Note that patients Cc may be partially suppressed diplopia. Patient description sounds like central visual field is suppressed, but possible diplopia with peripheral visual field. Nonurgent. Refer to ophthalmology - Retina consultation - recommended by AEC dated 8/3 - Dr. Crandon | 6/9/1978 12:00:00 AM | 202216744 | 20220429230228 |
| | Refused | 7/11/2023 8:00:00 AM | ENT General | occipital neuralgia Occipital nerve block on left | 6/9/1978 12:00:00 AM | 202216744 | 20220429230228 |

**Immunizations Given:**

**Care Plan:**

BARNHILL, HENRY MICHAEL 202216744    CONFIDENTIAL
000288

**Procedures:**

**Future Appointments**

| ActualDate | Status | Type | Reason |
|---|---|---|---|
| 10/2/2023 12:00:00 AM | SCHEDULED | Behavioral Health – MD | med eval. meds expire 11/18 |

**Social History:**

**Functional Assessment:**

**Follow Up Care Needed:**

Riverside County Regional Medical Center (951) 486-4000 -- (7/11/2023 8:00:00 AM- occipital neuralgia), Riverside County Regional Medical Center (951) 486-4000 -- (8/25/2022 10:00:00 AM- Continued possible diplopia after right orbital fracture. Unknown if patient finished follow-up. Note that patients Cc may be partially suppressed diplopia. Patient description sounds like central visual field is suppressed, but possible diplopia with peripheral visual field. Nonurgent.), Smith Correctional Facility/AEC ( ) - -- (6/15/2022 8:00:00 AM- diplopia ), Riverside County Regional Medical Center (951) 486-4000 -- (11/17/2015 8:00:00 AM- patient was seen by medicine clinic 7/28/15 and recommendation was for a medicine clinic follow up in 6 months. please make sure copy of latest BMP go with patient to the appointment--BMP ordered.), Riverside County Regional Medical Center (951) 486-4000 -- (7/28/2015 8:30:00 AM- kidney pain hx of kidney disease), Riverside County Regional Medical Center (951) 486-4000 -- (7/28/2015 8:30:00 AM- F/U appt),

**Dietary Restrictions:**

Date of Last Physical: No Physical
Date and Result Last PPD: 11/12/2022-NEGATIVE (0mm MM)
Date and Result Last Chest X-ray: No Chest X-ray Comments:
Date of Last Dental: No Dental

**Notes:**

BARNHILL, HENRY MICHAEL 202216744

CONFIDENTIAL
000289

County of Riverside
4000 Orange St.
Riverside, CA 92501

# OFFSITE RECORDS REVIEW - Completed by: Rodney

Ledbetter , Physician Assistant on 4/24/2023 8:49:04 AM PDT

| Patient: | BARNHILL, HENRY MICHAEL | #: | 202216744 | Lang: | |
|---|---|---|---|---|---|
| DOB: | 6/9/1978 (Age=45) | Sex: | M | Race: | B |
| Housing: | RJC-23C8-23C8 | Court Date: | | Type: | |
| Status: | NOT ACTIVE | Booking Date: | 4/29/2022 11:02:00 PM PDT | Release: | 9/20/2023 1:46:00 PM |

OFFSITE CLINIC BEING REVIEWED: ENT Telehealth

OFFSITE CLINIC DATE/TIME

4/21/2023

DETAILS OF OFFSITE CLINIC BEING REVIEWED:

☐ Paper          ☑ In EPIC

Notes

ENT Note:

Dx:

1. Closed blow-out fracture of right orbital floor

2. Occipital neuralgia of left side

3. Strabismus due to blowout fracture of orbit

Patient's symptoms are consistent with damage to infraorbital nerve which was present after fracture but before ORIF per patient. He states it is slowly improving.

CONFIDENTIAL
000504