Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
 *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HENRY BARNHILL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br>District Judge: Jesus G. Bernal<br>Magistrate Judge: Sheri Pym<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT RYAN O'CONNOR**<br><br>Judge: Hon. Jesus G. Bernal<br>Date: 2/9/2026<br>Time: 9 a.m.<br>Crtrm   1 (2nd Floor) |

The Court has considered the Motion to Exclude the opinions of Plaintiff's expert Ryan O'Connor filed by Defendants City of Hemet, Officer Brett Maynard, Officer Joshua Bishop, Officer Pedro Aguila, Corporal Douglas Klinzing, Jamie Gonzalez, and Catherine Tipton in conjunction with their Motion for Summary Judgment, and all of the papers and argument in support and in opposition thereof, and all of the pleadings and other evidence. Good cause appearing, this Court makes the following Order:

The opinions and testimony of Plaintiff's medical expert Dr. Ryan O'Connor regarding the cause of Plaintiff's past and present injuries with respect to Defendants' conduct and by what mechanism Defendants' conduct allegedly caused Plaintiff's injuries, and all other associated opinions rendered in his Rule 26(a) Expert Report and at deposition in this matter are excluded for the purposes of Defendants' Motion for Summary Judgment

**IT IS SO ORDERED.**

Dated: _____

Hon. Jesus G. Bernal
Judge, United States District Court