# "EXHIBIT A"

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* HENRY BARNHILL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 5:23-cv-00589-JGB-SP<br><br>*Assigned to:*<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Sheri Pym<br><br>**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES** |

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Henry Barnhill hereby designates the following retained and non-retained expert witnesses who may be called upon to give expert testimony pursuant to Rule 26(a)(2)(A) of the Federal Rule of Civil Procedure. Plaintiff reserves the right to supplement and/or amend this disclosure.

**I.      RETAINED EXPERTS:**

A.      Roger A. Clark (Police Practices/Use of Force)

Police Procedures Consultant, Inc.

10207 Molino Road

Santee, CA 92071

(208) 351-2458

Mr. Clark's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 1.

B.      Dana P. Tannenbaum, M.D. (Medical Expert)

A Center For VisionCare

2031 W. Alameda Ave., Suite 300

Burbank, CA 91506

(818) 762-0647

Dr. Tannenbaum's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 2.

C.      Ryan O'Connor, M.D. (Medical Expert)

Attending Physician in Emergency Medicine

P.O. Box 86166

Los Angeles, CA 90086

(310) 990-9979

Mr. O'Connor's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 3.

## II.    NON-RETAINED EXPERTS:

Pursuant to Rule 26(a)(2)(C), the following is a list of witnesses who have not been specially employed to provide opinion testimony but whose expert opinions may be sought at trial.

1.    **Stephanie Anne Loe, M.D.**

Riverside University Health System, RUH Emergency Department, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5650

Dr. Loe is a physician who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm.

2.    **Hector Perez, M.D.**

Riverside University Health System, Department of Otolaryngology – Head and Neck Surgery, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-4175

Dr. Perez is a physician who performed surgery on Plaintiff to repair his left ear laceration and who may testify to Plaintiff's injuries and harm.

3.    **Amy Elizabeth Russell, M.D.**

Riverside University Health System, RUH Emergency Department, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5650

Dr. Russell is a physician who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm.

4.    **Jared Inman, M.D.**

Riverside University Health System, ENT/Otolaryngology Department, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-4175

Dr. Inman is a physician who performed surgery on Plaintiff to treat his right orbital floor blowout fracture and who may testify to Plaintiff's injuries and harm.

5.    **Karim Rasheed, M.D.**

Sani Eye Center, 1315 Las Tablas Road, Templeton, CA 93465; (805) 434-2533

Dr. Rasheed is a physician who treated Plaintiff's eye and who may testify to Plaintiff's injuries and harm.


DATED: October 10, 2025          LAW OFFICES OF DALE K. GALIPO
                                 GRECH, PACKER, & HANKS


                                 By: *Marcel F. Sincich*
                                     Dale K. Galipo
                                     Trenton C. Packer
                                     Marcel F. Sincich
                                     *Attorneys for Plaintiff* HENRY
                                     BARNHILL

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY OF LOS ANGELES

I, Stefany Anderson, am employed in the CITY of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On October 10, 2025, I served the foregoing document described as:

**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES**

on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

<u>METHOD OF SERVICE</u>

☒    (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

    ☐    I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

    ☒    I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒    (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐    (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 10, 2025, at Woodland Hills, California.


*/s/ Stefany Anderson*
_____
Stefany Anderson

1

<u>SERVICE LIST</u>

2

Eugene P. Ramirez, Esq.

Marisa Zarate (State Bar No. 140286)

3

Andrea Kornblau (State Bar No. 291613)

4

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

5

801 S. Figueroa St, 15th Floor

Los Angeles, California 90017-3012

6

Email:

*eugene.ramirez@manningkass.com*

7

*andrea.kornblau@manningkass.com*

*marisa.zarate@manningkass.com*

8

9

Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28