# "EXHIBIT B"

# Ryan O'Connor, M.D.

P.O. Box 86166
Los Angeles, CA • 90086
(310) 990-9979 • roconnormd@gmail.com
CA Medical License # A95130

---

## WORK EXPERIENCE

06/18 – present        **Attending Physician in Emergency Medicine**
                       Hollywood Presbyterian Medical Center; Los Angeles, CA

03/08 – present        **Forensic Medical Expert Witness & Consultant**
                       Los Angeles County Superior Court List of Approved Expert Witnesses

11/08 – 05/18          **Attending Physician in Emergency Medicine**
                       Good Samaritan Hospital; Los Angeles, CA

08/11 – 02/13          **Attending Physician in Emergency Medicine**
                       San Mateo County Medical Center; San Mateo, CA
                       Washington Hospital Medical Center; Fremont, CA

01/07 – 11/08          **Attending Physician in Emergency Medicine**
                       St. John's Medical Center; Santa Monica, CA
                       Centinela Freeman Medical Center; Inglewood, CA
                       Century City Doctors Hospital; Los Angeles, CA

07/05 – 12/06          **Attending Physician in Emergency Medicine**
                       Beth Israel Medical Center; New York, NY

07/97 – 06/98          **Emergency Medical Technician (EMT)**
                       Schaefer Ambulance; Los Angeles, CA

01/94 – 07/97     **Volunteer Emergency Medical Technician (EMT)**
Georgetown Emergency Response Medical Service; Washington, D.C.
- Served over 2,000 hours of active duty as volunteer EMT for the Georgetown University community
- Organized and staffed medical coverage for special events including 1994 World Cup, RFK Stadium concerts and music festivals, local & international martial arts tournaments, marathons, Georgetown University sporting events, and events at the French Embassy.
- **President and Chief Operating Officer** (04/07 – 05/07)
  Lead organization of 125 volunteer EMTs.
  Organized fundraising of $65,000 for purchase of new ambulance.
- **Director of Equipment** (04/05 - 04/06)
  Managed the acquisition, utilization, and maintenance of medical equipment for community volunteer emergency medical service, including two ambulances.
- **Director of Systems** (04/05 – 04/06)
  Managed the acquisition, utilization, and maintenance of computer and communication equipment for volunteer ambulance service.

## EDUCATION

09/14 – 12/21     **California State University, Los Angeles**; Los Angeles, CA
Master of Science, Criminalistics
- o Courses Completed:
  - Directed Field Work at the Los Angeles County Department of Medical Examiner – Coroner (200 hours)
  - Forensic Pathology
  - Forensic Toxicology
  - Identification & Analysis of Controlled Substances
  - Firearms & Toolmark Examination
  - Crime Scene Reconstruction
  - Forensic Anthropology
  - Physical Methods and Patten Analysis
  - Forensic Serology / Forensic Biology
  - Courtroom & Legal Issues in Criminalistics
  - Statistical Analysis and Research Methods in Forensic Science
  - Ethical & Contemporary Issues in Forensic Science

07/02 – 07/05          **Beth Israel Medical Center**; New York City, NY
                       Residency in Emergency Medicine
                       o   Clinical Rotations Completed:
                              • Emergency Medicine
                              • Pediatric Emergency Medicine
                              • Trauma Medicine
                              • Pediatric Trauma Medicine
                              • Toxicology
                              • Surgery
                              • Medical Critical Care
                              • Surgical Critical Care
                              • Orthopedics
                              • Obstetrics & Gynecology
                              • Labor & Delivery
                              • Anesthesia
                              • Emergency Medical Systems (EMS)
                              • Psychiatry
                              • Ophthalmology
                              • Dermatology
                              • Otolaryngology (ENT)
                              • Radiology


07/98 – 06/02          **New York Medical College**; Valhalla, NY
                       Doctor of Medicine
                       o   Academic Courses Completed:
                              • Gross Anatomy
                              • Histology
                              • Biochemistry
                              • Physiology
                              • Neurology
                              • Behavioral Science (Psychiatry)
                              • Biostatistics & Epidemiology
                              • Primary Care
                              • Microbiology
                              • Pathology & Pathophysiology
                              • Pharmacology
                              • Community and Preventive Medicine

- o Clinical Rotations Completed:
  - Pediatrics
  - Pediatric Intensive Care
  - Neurology
  - Family Medicine
  - Internal Medicine
  - Obstetrics & Gynecology
  - Psychiatry
  - Geriatrics
  - General Surgery
  - Surgical Specialties
  - Anesthesiology
  - Rehabilitation Medicine
  - Emergency Medicine
  - Toxicology
  - Medical Research
  - Radiology

07/93 – 06/97        **Georgetown University**, College of Arts and Sciences; Washington D.C.
B.A.; Major: English, Minor: Biology; *cum laude*

## INSTRUCTORSHIPS & CONSULTANCIES

2024        **California Innocence Advocates**
Pro Bono Consultant

2021 – 2023        **Loyola University Law School Project for the Innocent**
Pro Bono Consultant

2016 – 2018        **Los Angeles County Department of Medical Examiner – Coroner**
Volunteer Medical Consultant
- Consulted and advised pathologists at this office on an as needed basis regarding specific forensic autopsy cases requiring supplemental expertise and experience

2013 – 2018        **Touro University, College of Osteopathic Medicine**; Henderson, NV
Adjunct Instructor of Emergency Medicine
- Instruct and supervise medical students and student physician assistants in the theory and practice of Emergency Medicine in the clinical setting.

| | |
|---|---|
| 2005 – 2006 | **Beth Israel Medical Center**; New York City, NY<br>Attending Physician of Emergency Medicine<br>• Instructed and supervised new medical doctors in the practice of Emergency Medicine for credentialed Emergency Medicine residency program. |
| 1995 – 1997 | **Georgetown University**; Washington, D.C.<br>Certified EMT Instructor<br>• Trained students for Emergency Medical Technician certification in University sponsored classes.<br>• Organized bi-weekly lectures and weekly practical skills sessions.<br>• Administered both practical and written certification examinations. |
| 1995 – 1997 | Georgetown University; Washington, D.C<br>American Red Cross Certified CPR Instructor<br>• Trained students for national CPR certification in University sponsored classes.<br>• Administered both practical and written certification examinations. |

## LECTURES & PRESENTATIONS

*Soft Tissue Injuries: Contusions, Abrasions & Lacerations*
- Office of the Public Defender; Los Angeles County, CA – 2021
- Defense Investigators Association, Fall Seminar – 2015
- Office of the Public Defender, San Diego County – 2015
- Los Angeles County Bar Association, ICDA – 2014
- District Attorney's Office; Marin County, CA – 2014
- Office of the Public Defender; Monterey County, CA -2014
- Office of the Public Defender; Riverside County, CA -2014
- Office of the Public Defender; Ventura County, CA -2014
- Office of the Public Defender; Contra Costa County, CA – 2014
- District Attorney's Office; San Mateo County, CA -2012
- Office of the Public Defender; Sacramento County, CA - 2012
- Office of the Public Defender; Marin County, CA – 2012
- Office of the Public Defender; San Francisco County, CA – 2012
- Office of the Public Defender; Santa Clara County, CA – 2011
- Office of the Public Defender; Los Angeles County, CA – 2010

*Fractures, Concussions & Loss of Consciousness*
- Office of the Public Defender; San Diego, CA – 2016
- Office of the Public Defender; Ventura County, CA – 2015
- Office of the Public Defender; Felony Division; Los Angeles County, CA – 2015
- Office of the Public Defender; Riverside County, CA – 2015
- Office of the Public Defender; San Bernardino County, CA – 2015
- Los Angeles County Bar Association, ICDA – 2015

*Fatal and Non-Fatal Strangulation*
- Office of the Public Defender; San Diego, CA – 2023
- Office of the Public Defender; Los Angeles, CA – 2021
- California Public Defenders Association, Annual Homicide Seminar – 2020
- Los Angeles County Bar Association, ICDA - 2017

*Forensic Science Research*
- California Association of Toxicologists, Fall Meeting – 2018
  Controlled Drinking Study Research Presentation
- 3rd Annual Forensics Sciences Symposium, CSULA, Los Angeles - 2017
  Controlled Drinking Study Research Presentation

Miscellaneous
- Hollywood Presbyterian Medical Center Water Birth Symposium – 2019
  Guest Moderator for Multidisciplinary Symposium

## **RESEARCH**

2017 – 2021      **Thesis Research for Criminalistics M.S.**
California State University, Los Angeles
- Comparing the effects of Blood Alcohol Concentration (BAC) on Horizontal Gaze Nystagmus (HGN) at equivalent levels during absorption and metabolism phases.
- Recipient of California State University Program for Education & Research in Biotechnology (CSUPERB) 2018 Grant

Summer 2001      **Emergency Medicine Research Elective**
Metropolitan Hospital; New York, NY
- Examined the efficacy and safety of various modes of ketamine administration for pediatric sedation during invasive procedures in the ED.  Preceptor Yash Chathampally, M.D.

Summer 1994          **Research Assistant**
                     National Institutes of Health (NIH); Bethesda, MD
                     • Determined the genome of the porcine enteric calici virus and
                        established its suitability for use as a model for the human calici
                        virus.  Preceptor Kim Green, M.D.


## CONFERENCES AND WORKSHOPS ATTENDED

<u>American Academy of Forensic Sciences</u>
AAFS Connect: Sudden Cardiac Death in Assault Contexts: Homicide Qualification – 2024
AAFS Annual Scientific Meeting – 2024
AAFS Annual Scientific Meeting – 2022
AAFS Annual Scientific Meeting – 2020
AAFS Annual Scientific Meeting – 2016

<u>California Association of Criminalists</u>
CAC Workshop: Blood Alcohol Study Group – 2022
CAC Workshop: Alcohol Workshop – 2021
CAC Workshop: Bloodstain Pattern Analysis – 2020
CAC Workshop: General Crime Scene - 2020
CAC Workshop: Alcohol Impairment – 2020
CAC Fall Seminar – 2019
CAC Fall Seminar – 2017
CAC Spring Seminar – 2016
CAC Spring Seminar – 2015
CAC Southern Study Group – 2015
CAC Workshop: Wound Pathology – 2014
CAC Workshop: Forensic Injury Biomechanics -2013

<u>California Association of Toxicologists</u>
CAT Winter Meeting – The Science of DRE - 2024
CAT Fall Seminar – 2023
CAT Fall Seminar – 2022
CAT Spring Seminar – 2022
CAT Fall Seminar – 2018

<u>American College of Emergency Physicians</u>
ACEP Scientific Assembly - 2018
ACEP Scientific Assembly – 2011
ACEP Scientific Assembly - 2008
ACEP Scientific Assembly - 2007
ACEP Scientific Assembly -2004

Miscellaneous Forensic Education
NHTSA DWI Detection & SFST Student Training Course – 2023
3rd Annual Forensic Science Symposium, CSULA – 2017
National Association of Medical Examiners: Annual Meeting – 2016
Advanced Strangulation Course, Training Institute on Strangulation Prevention – 2014
National Conference on Health and Domestic Violence, Futures Without Violence - 2012

Miscellaneous Emergency Medicine Education
National Emergency Medicine Board Review Course, Center for Medical Education - 2016
Emergency Ultrasound Conference, UCSF - 2012

## ORGANIZATIONAL MEMBERSHIPS

- American College of Emergency Physicians (ACEP), Associate Member
  - ACEP Forensic Medicine Section
  - ACEP Toxicology Section
- American Academy of Forensic Sciences (AAFS), Professional Affiliate
- California Association of Criminalists (CAC), Associate Member
- California Association of Toxicologists (CAT), Associate Member

## RELEVANT EXTRACURRICULAR

1991-1997     Martial Arts Instructor
              Jhoon Rhee Tae Kwon Do; Washington, D.C.
              Jun Chong Tae Kwon Do; Los Angeles, CA
                  - 1st Degree Black Belt, Jun Chong Toe Kwon Do; Kukkiwon.
                  - Taught martial arts to both children and adults.
                  - Competed in various martial arts tournaments.
                  - Served as referee in various martial arts tournaments.
                  - Served as medical first responder at various martial arts tournaments.
                  - Member of the JCTKD and JRTKD Demonstration Teams.
                  - Performed during presidential dedication ceremony for Korean War Monument, National Mall, Washington D.C.

## LANGUAGES

- Conversational in Spanish

**Expert Testimony Experience (In Trial and Deposition)
for Ryan O'Connor, M.D.**

Los Angeles County Superior Court
Mona Sampson v. Jason Kelley, #D398810
04/04/2021 (Restraining Order Hearing, Respondent)

Los Angeles County Superior Court
Artinian, Christine vs Artinian, Vartkes, #21STRO00984
04/15/2021 (Restraining Order Hearing, Petitioner)

Los Angeles County Superior Court
People v Timothy Franklin, #SA103226
04/26/2021

Los Angeles County Superior Court
People v Andrew Barnett, #BA492503-01
05/27/2021

Los Angeles County Superior Court
People v Omar Chagoya Hernandez, #00ES01313
06/21/2021

Los Angeles County Superior Court
People v Montay Mckay, #MJ24144
07/16/2021

Los Angeles County Superior Court
Underwood vs. Brown, #BC645715
07/19/2021 (Civil Deposition, Plantiff)

Los Angeles County Superior Court
People v Andy Juarez, #PJ53099
07/22/2021

Los Angeles County Superior Court
People v Mauricio Torres, #NA115665-01
08/25/2021

San Diego County Superior Court
People v Josue Chavez, #CD282234
09/07/2021

Ventura County Superior Court
People v Tim Ray Gautier, #2021001035
09/16/2021

Los Angeles County Superior Court
People v Nedra Jones, #0CJ06508
09/20/2021

Riverside County Superior Court
People v Hugh Willis, #INF2000876
10/06/2021

Ventura County Superior Court
People v German Olmos, #2021003554
10/07/2021

San Diego County Superior Court
People v Christian Fajardo, #JCM241725
10/21/2021

Los Angeles County Superior Court
People v Aaron Chaney, #1CJ06722
10/25/2021

Los Angeles County Superior Court
People v Edward Renselaer, #SA101753
11/03/2021

Los Angeles County Superior Court
People v John Kardasz, #SA101839
11/17/2021

Los Angeles County Superior Court
People v Yoni Lopez, #1CJ03158
11/30/2021

San Diego County Superior Court
People v Osvaldo Lopez, #SCS297472
12/2/2021

Los Angeles County Superior Court
People v Melissa Lynn Dominguez, #1AN01185
12/16/2021

Los Angeles County Superior Court
People v Raymond Lancaster, #BA480487-01
02/22/2022

Los Angeles County Superior Court
People v Frank Vargas, #MA075266
03/02/2022

Los Angeles County Superior Court
Underwood v. Brown , #BC645715
03/04/2022 (Civil, Plaintiff)

San Diego County Superior Court
People v Jess Holliday, #SCD275109
03/16/2022

Los Angeles County Superior Court
People v Calvin Fems, #1MN01344
04/11/2022

Los Angeles County Superior Court
People v Selvin Nolasco, #1WC02995
05/04/2022

Los Angeles County Superior Court
People v Christian Ortiz, #PA089626
05/10/2022

Los Angeles County Superior Court
People v Shirley Ferguson, #TA155527-01
05/12/2022

Los Angeles County Superior Court
People v John Fay, #YA101587
05/24/2022

State of California Superior Court
Gatlin, et al vs Do Lab Inc., et al, #BC706951
06/07/2022 (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v David Garrison, #NA114197
06/09/2022

Los Angeles County Superior Court
People v Keywane Pandy, #1EM01824
06/16/2022

Los Angeles County Superior Court
People v Christopher Rhodes, #1IN02050
06/23/2022

Los Angeles County Superior Court
People v Jose Godinez, #BS501511-01
07/07/2022

Los Angeles County Superior Court
People v Sandra Molina, #EC88817
07/14/2022

Los Angeles County Superior Court
People v Tony Bracamonte, #1CJ02640
07/27/2022

Los Angeles County Superior Court
People v Felipe Martinez, #VA154565
08/04/2022

Los Angeles County Superior Court
People v Samuel Kallungi, #2CS00854
08/19/2022

San Diego County Superior Court
People v Abate Munsey, #SCE408923
08/23/2022

Los Angeles County Superior Court
People v Andrew Tibbs, #TA157039
09/06/2022

Los Angeles County Superior Court
People v Alberto Franco, #1CS02255
09/06/2022

San Diego County Superior Court
People v Robert Blake Green, #CN430921
09/14/2022

Ventura County Superior Court
People v Jason Paul Kelley, #2020023567
10/21/2022

Los Angeles County Superior Court
People v John Osborne, #NA112395
11/02/2022

Los Angeles County Superior Court
People v David McCabe, #NA116642
11/16/2022

Los Angeles County Superior Court
People v Umar Amin, #NA110235-01
11/17/2022

Los Angeles County Superior Court
People v Richard Alexis Castillo, #2AR21385
11/23/2022

Los Angeles County Superior Court
People v Bryant Bennett, # BA446441-01
11/28/2022

Los Angeles County Superior Court
People v Oscar Perez, #2WC00712
12/06/2022

Los Angeles County Superior Court
People v German Martinez, #2WC02719
12/14/2022

Los Angeles County Superior Court
People v Javon Mack, #BA491269
12/15/2022

San Diego County Superior Court
People v Hayden Jones, #M283873DV
01/10/2023

Los Angeles County Superior Court
People v German Martinez, #2WC02719
01/11/2023

Los Angeles County Superior Court
People v Yessica Calderon, #2WC00567
01/18/2023

San Diego County Superior Court
People v Peter Meno, #20206810
01/20/2023

Los Angeles County Superior Court
People v Manuel Matinez, #BA476851
02/08/2023

Los Angeles County Superior Court
People v Sean Bennett, #1CS02026
02/21/2023

Santa Barbara County Superior Court
People v Sean Parrish, #19CR03687
02/22/2023

San Diego County Superior Court
People v Samuel Angelo, #CE407470
02/23/2023

Los Angeles County Superior Court
People v Shamala Michael, #1TR03456
02/24/2023

Los Angeles County Superior Court
People v Cecilia Rodriguez, #0EM04097
03/03/2023

Los Angeles County Superior Court
People v Larry Russell, #2AN02769
03/15/2023

Los Angeles County Superior Court
People v Alexis Torres-Castro, #2MN02526
03/22/2023

Los Angeles County Superior Court
People v Ruben Aguilar, #0WC03635
03/24/2023

San Diego County Superior Court
People v Isak Espino, #21129802
04/06/2023

Los Angeles County Superior Court
People v Guadalupe Villa, #2CS00984
04/14/2023

San Diego County Superior Court
People v William Rees, #SCE408481
04/21/2023

Los Angeles County Superior Court
People v Kenny Navarro, #2MN00038
04/24/2023

San Diego County Superior Court
People v Jonathan Cogley, #21058430
05/09/2023

Los Angeles County Superior Court
People v Yessica Calderon, #2WC00567
05/15/2023

Los Angeles County Superior Court
People v David Moreno, #2EM01763
05/23/2023

San Diego County Superior Court
People v Hakim Rashid, #CE412257
06/13/2023

Los Angeles County Superior Court
People v Kenny Navarro, #2MN00038
06/28/2023

Los Angeles County Superior Court
People v Victor Morales, #2MN02456
06/28/2023

Los Angeles County Superior Court
People v Jose Rucobo, #3MN00836
07/07/2023

Los Angeles County Superior Court
People v Frank Flores Vigil, #3MN00816
07/11/2023

Los Angeles County Superior Court
People v Marvin Hernandez Luna, #3MN00831
07/14/2023

Los Angeles County Superior Court
People v Joshua Jahziel Varela, #3CS00792
07/14/2023

Los Angeles County Superior Court
People v Ever Gramajo Deleon, #3MN00484
07/20/2023

Los Angeles County Superior Court
People v Isaiah Baizargaston, #2AR11156
07/25/2023

Los Angeles County Superior Court
People v Noel Rojo, #YA106869
07/31/2023

Los Angeles County Superior Court
People v Jesus Hernandez Tomas, #3MN01030-01
08/01/2023

Los Angeles County Superior Court
People v Anthony Lukata, #LA087903
09/14/2023

Los Angeles County Superior Court
People v Terrance Ware, #BA496865
09/29/2023

Los Angeles County Superior Court
People v William Jefferson, #3SV00068
10/03/2023

San Diego County Superior Court
People v Kenneth Corley, #CD292274
10/10/2023

San Diego County Superior Court
People v Arturo Ruiz, #S320064
10/12/2023

Los Angeles County Superior Court
People v Alex Alejandro Mendo, #KA132685
10/16/2023

Los Angeles County Superior Court
People v Diego Hernandez Perez, #VA159660-01
10/17/2023

Ventura County Superior Court
People v Alejandro Cisneros Lucas, #2023014649
10/18/2023

Los Angeles County Superior Court
People v Geovanni Rodriguez Gonzalez, #3AN00922
10/26/2023

Los Angeles County Superior Court
People v Armando Andrade Rangel, #3BL01694
11/06/2023

San Diego County Superior Court
People v Samantha Muniz, #CD195246
11/13/2023

Los Angeles County Superior Court
People v Richard Towner, #3AR01633
11/15/2023

Los Angeles County Superior Court
People v Oscar Miranda, #2BL00298
11/21/2023

San Diego County Superior Court
People v Kevin Del Rio, #CS319390
01/18/2024

Los Angeles County Superior Court
People v Joseph Williams, #BA509905
01/22/2024

Los Angeles County Superior Court
People v Misael Camacho, #BA501171
01/24/2023

Los Angeles County Superior Court
People v Arianna Torres, #3WC00417
01/25/2023

Los Angeles County Superior Court
People v Fidelmar Contreras Carrillo, #2CS01103
02/01/2023

Ventura County Superior Court
People v Enrique Alvarez, #2023019558
02/13/2024

State of California Superior Court
Shelby H. Haro v. Providence Health System, et al, #22BBCV00587
02/20/20234(Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Samantha Arellano, #2WC031067
02/27/2024

Ventura County Superior Court
People v Juvinal Garcia, #2023023623
02/29/2024

Los Angeles County Superior Court
People v Tyree McFarland, #MA081944
03/05/2024

Ventura County Superior Court
People v Glory Munoz, #2022030038
03/06/2024

Los Angeles County Superior Court
People v Michael Ness, #KA117461
03/11/2024

Los Angeles County Superior Court
People v Daniel Isaac Vasquez, #2LB02146
04/03/2024

San Diego County Superior Court
People v Kenneth Corley, #CD292274
05/28/2024

Ventura County Superior Court
People v Julio Pires, #2023028156
05/31/2024

Los Angeles County Superior Court
People v Rajahd Reon Phillips, #24MTCM00263-01
06/07/2024

Los Angeles County Superior Court
People v Katherine Rogers, #23WCCM00246
06/20/2024

Los Angeles County Superior Court
People v Luis Alvarado, #2AM00568
06/20/2024

Los Angeles County Superior Court
People v Mervin Perkins, #23ARFC00109
06/25/2024

Los Angeles County Superior Court
People v Damon Braxton, #3AN02781
06/26/2024

Los Angeles County Superior Court
People v Charles Shelton, #23WCCM00047
07/02/2024

Los Angeles County Superior Court
People v Eric Williams, #23ELCM00096
07/03/2024

Los Angeles County Superior Court
People v James Thornberry, #3SV02874
07/09/2024

Ventura County Superior Court
People v Zachary Alkire, #2022016147
07/19/2024

Los Angeles County Superior Court
People v Ronald Nanez, #23WCCM00091
07/30/2024

Los Angeles County Superior Court
People v Jovany Uribe, #24MTCM01785
08/08/2024

United States District Court for the Central District of California
Edgar Solis v County of Riverside, et al, #5:23-cv-00515-HDV-JPR
08/09/2024 (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Fabian Rios, #2EM01642-01
08/20/2024

Los Angeles County Superior Court
People v Jose Leonardovasquez, #24ARCM02082
08/28/2024

Los Angeles County Superior Court
People v Melvin Donischavez, #24MTCM01854
08/30/2024

Los Angeles County Superior Court
People v Ruijue Wang, #MTCM01854
09/04/2024

Ventura County Superior Court
People v Leslie Campbell, #2022015749
09/12/2024

Los Angeles County Superior Court
People v Ricardo Callahan, #24TRCM00895
09/17/2024

Ventura County Superior Court
People v Nathaniel Lemar Wills, #2011006448
09/18/2024

Ventura County Superior Court
People v Christian Hernandez, #2024010557
10/17/2024

Los Angeles County Superior Court
People v Angel Lopez, #24MTCM01578
10/18/2024

Ventura County Superior Court
People v Monsell B., #2024017003
10/21/2024

Los Angeles County Superior Court
People v Ariel Estrada, #24MTCM01904
10/22/2024

Kings County Superior Court
People v Christian Tank, #23CM2121
10/23/2024

Los Angeles County Superior Court
People v Gilbert Garcia, #2WCCM00196
10/24/2024

Los Angeles County Superior Court
People v Lisa Ross, #3AR01206
10/28/2024

Los Angeles County Superior Court
People v Hansjurgen Briese, #24MTCM01596
10/30/2024

Los Angeles County Superior Court
People v Ricky Fernandez, #NA117216
11/04/2024

Los Angeles County Superior Court
People v David Young, #GA1112897
11/18/2024

Los Angeles County Superior Court
People v Mohammad Jamil Hasanzada, #24EMCM00189
11/22/2024

Los Angeles County Superior Court
People v Julio Alvarado Hernandez, #24MTCM02143
12/06/2024

San Diego County Superior Court
People v Keijavara Banks, #CE427423
12/09/2024

Ventura County Superior Court
People v Blake Barnes, #
12/11/2024

Los Angeles County Superior Court
People v Jairee Baker, #3AR01051
12/12/2024

Ventura County Superior Court
People v Reyline Ramirez, #2023024740
01/17/2025

Ventura County Superior Court
People v Joseph Mendez, #2024001956
01/31/2025

Los Angeles County Superior Court
People v Rosy Delgado, #24DWCM02445
02/03/2025

Los Angeles County Superior Court
People v Clemente Enriquez, #24ARCM01299
02/11/2025