# "EXHIBIT C"

```
 1              UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4   HENRY BARNHILL,                 )
                                     )
 5              Plaintiff,           )
                                     )
 6   vs.                             )
                                     ) Case No. 5:23-cv-00589
 7   CITY OF HEMET, OFFICER          )
     BRETT MAYNARD; OFFICER          )
 8   JOSHUA BISHOP; OFFICER          )
     PEDRO AGUILA; CORPORAL          )
 9   DOUGLAS KLINZING; JAMIE         )
     GONZALEZ; CATHERINE             )
10   TIPTON; and DOES 1-10,          )
     inclusive,                      )
11                                   )
                Defendants.          )
12   _____)

13

14


15        VIDEOTAPED DEPOSITION OF HENRY MICHAEL BARNHILL

16                   Via Zoom Videoconference

17        Wednesday, September 10, 2025, at 10:00 a.m.

18

19

20

21

22

23

24
     Stenographically Reported by:
25   ALYSSA PACHECO, CA CSR 13391
```

|    |                                                                          |          |
|----|--------------------------------------------------------------------------|----------|
| 1  | Wednesday, September 10, 2025, 10:00 a.m.                                |          |
| 2  | ---oOo---                                                                | 10:00:50 |
| 3  | THE VIDEOGRAPHER: Good morning. We are now on                            | 10:00:50 |
| 4  | the record. Today's date is September 10th, 2025. The                    | 10:00:55 |
| 5  | time is 10:00 a.m. Pacific Standard Time. We're all                      | 10:00:57 |
| 6  | attending remotely via Web conference for the deposition                 | 10:01:01 |
| 7  | of Henry Barnhill in the matter of Henry Barnhill versus                 | 10:01:05 |
| 8  | the City of Hemet, et al. The case number is                             | 10:01:10 |
| 9  | 5:23-CV-00589 ABG.                                                       | 10:01:13 |
| 10 | My name is Rene Sanchez, and I'm the videographer                        | 10:01:17 |
| 11 | on behalf of Nationwide Legal. The court reporter is                     | 10:01:20 |
| 12 | Alyssa Pacheco.                                                          | 10:01:23 |
| 13 | Counsel, can you please identify yourselves and                          | 10:01:26 |
| 14 | state who you represent and then lodge an agreement to                   | 10:01:27 |
| 15 | remote swearing in and manner of deposition.                             | 10:01:33 |
| 16 | ATTORNEY KORNBLAU: Andrea Kornblau on behalf of                          | 10:01:34 |
| 17 | the City of Hemet and its officers. And, yes, I do agree                 | 10:01:38 |
| 18 | to the remote swearing in of the witness.                                | 10:01:42 |
| 19 | ATTORNEY PACKER: Trent Packer for Mr. Barnhill,                          | 10:01:45 |
| 20 | and I also agree to the remote swearing of the witness.                  | 10:01:48 |
| 21 | THE VIDEOGRAPHER: Thank you, Counsel.                                    | 10:01:54 |
| 22 | Will the court reporter please swear in the                              | 10:01:54 |
| 23 | witness.                                                                 | 10:01:56 |
| 24 | THE STENOGRAPHER: Hello. My name is Alyssa                               |          |
| 25 | Pacheco, California CSR Number 13391.                                    |          |

|    |                                                                        |          |
|----|------------------------------------------------------------------------|----------|
| 1  | I don't know the chronological order in relations to the              | 13:34:38 |
| 2  | times that I was tased.  You know, I know some of them,               | 13:34:42 |
| 3  | but I don't know all of them.  You know, I may, you                   | 13:34:46 |
| 4  | know -- because everything was happening at once.  You                | 13:34:51 |
| 5  | know, it's like you have three people that were hitting               | 13:34:53 |
| 6  | you all at the same time -- time and you were asked,                  | 13:34:55 |
| 7  | "Okay.  Which one's first?  Which one's second?"  You                 | 13:34:59 |
| 8  | know, the first and second, the second and third punch                | 13:35:02 |
| 9  | might happen at the same time or too close to -- you                  | 13:35:03 |
| 10 | know, to -- to -- to be able to tell which was which, you             | 13:35:06 |
| 11 | know.                                                                 | 13:35:06 |
| 12 |          But not only that, but your mind is in a place              | 13:35:09 |
| 13 | where you're just -- the only thing you're thinking is                | 13:35:13 |
| 14 | not to be hurt.  So you're not -- you're not recording at             | 13:35:16 |
| 15 | that time any order, any specific order what happens.                 | 13:35:23 |
| 16 | BY ATTORNEY KORNBLAU:                                                 | 13:35:29 |
| 17 |     Q.  So everything could have happened all at once; you           | 13:35:29 |
| 18 | just don't recall?                                                    | 13:35:32 |
| 19 |     A.  No, it did all happen at once.  I all happened               | 13:35:33 |
| 20 | fluid.  So there was -- there was no breaks containing it             | 13:35:37 |
| 21 | of anything [sic].  You know, it all -- it all happened               | 13:35:42 |
| 22 | fluidly, you know.                                                    | 13:35:44 |
| 23 |     Q.  So the -- the incapacitation caused py the Taser             | 13:35:44 |
| 24 | and all of the punches, everything happened all at once               | 13:35:50 |
| 25 | fluidly?                                                              | 13:35:55 |

| | | |
|---|---|---|
| 1 | A. Yes. When I say fluidly, I mean, like, | 13:35:55 |
| 2 | simultaneously, like, it's all the -- it's all evolving | 13:35:59 |
| 3 | all in -- in one -- at one time, you know. | 13:36:03 |
| 4 | Q. So tell me about your injuries or your damages | 13:36:09 |
| 5 | here. What are you claiming? | 13:36:17 |
| 6 | ATTORNEY PACKER: Objection. | 13:36:21 |
| 7 | THE WITNESS: What am I -- | 13:36:22 |
| 8 | ATTORNEY PACKER: Vague. | 13:36:24 |
| 9 | THE WITNESS: -- claiming? | 13:36:26 |
| 10 | ATTORNEY PACKER: Go ahead. | 13:36:28 |
| 11 | And compound. | 13:36:28 |
| 12 | BY ATTORNEY KORNBLAU: | 13:36:29 |
| 13 | Q. Okay. So let's start with what are your injuries | 13:36:29 |
| 14 | as a result of this incident? Not the incident with your | 13:36:31 |
| 15 | girlfriend or ex-girlfriend, just as it relates to this | 13:36:34 |
| 16 | incident with police on April 29th, 2022. | 13:36:39 |
| 17 | A. Okay. So my understanding of the injuries are I | 13:36:42 |
| 18 | have a -- a separated ear on this side, and so the | 13:36:45 |
| 19 | cartilage doesn't get -- so my understanding, you know, | 13:36:53 |
| 20 | the way that I was explained is that cartilage will never | 13:36:57 |
| 21 | heal. I doesn't even have the ability to heal. So at | 13:37:00 |
| 22 | this time my cartilage, instead of being like this, it's | 13:37:03 |
| 23 | overlapping on the side. So if you feel it, it's -- it's | 13:37:07 |
| 24 | overlapped, like -- and it -- it'll start to droop. | 13:37:11 |
| 25 | Like, I literally tie a shirt around my head, you know, | 13:37:14 |

| | | |
|---|---|---|
| 1 | to -- to keep my ear in because in the beginning it was | 13:37:16 |
| 2 | really, really dropped, it was really drooped. | 13:37:18 |
| 3 | But -- so, yeah, the cartilage doesn't have the | 13:37:21 |
| 4 | ability to heal, so it's forever going to be like this. | 13:37:22 |
| 5 | This ear is visually lower than this ear, and it's -- it | 13:37:25 |
| 6 | lops over.  You know, it's -- it's more pronounced from | 13:37:29 |
| 7 | the back, you know, because I've had people, like -- you | 13:37:35 |
| 8 | know, I've asked people about it, like, to look at it for | 13:37:35 |
| 9 | me, you know, to see if they can tell or whatnot.  And I | 13:37:38 |
| 10 | have his -- the top of my ear is darker than the rest of | 13:37:41 |
| 11 | my ear because I guess that has something to do with it | 13:37:45 |
| 12 | being starved and blood flow or whatever.  At first they | 13:37:50 |
| 13 | -- they thought they were going to have to cut it all the | 13:37:53 |
| 14 | way off, but I guess somewhere -- somehow it had -- it -- | 13:37:56 |
| 15 | the blood flow or whatever to where they didn't have to | 13:37:59 |
| 16 | cut it off, but when they first put it together, they | 13:37:59 |
| 17 | thought they were going to have to cut it off but -- so | 13:38:03 |
| 18 | now my ears are two different colors.  This part is dark. | 13:38:03 |
| 19 | I don't know if you can see it, but this part is darker | 13:38:07 |
| 20 | than the rest of my ear, and it -- it flops over. | 13:38:10 |
| 21 | So I had that and I don't have any sensation in -- | 13:38:13 |
| 22 | in this part of my ear, the top part.  Like, I can feel | 13:38:17 |
| 23 | it, right, but it's -- it's different than this.  Like, I | 13:38:20 |
| 24 | know that I'm touching it, but I don't have that same | 13:38:25 |
| 25 | sensation in that part of my ear. | 13:38:27 |

| | | |
|---|---|---|
| 1 | So on my face, I had what's -- what they told me | 13:38:29 |
| 2 | was a completely blown orbital fracture, so they put | 13:38:34 |
| 3 | three titanium screws in there, and they put mesh in | 13:38:34 |
| 4 | there because what was happening was my orbital muscles | 13:38:34 |
| 5 | were falling into the -- the -- they empty space, and so | 13:38:44 |
| 6 | as the bone -- or something -- somehow the -- the orbital | 13:38:48 |
| 7 | muscles fell in there and they were trapped in there, so | 13:38:52 |
| 8 | they were starved from oxygen, and I couldn't get the | 13:38:55 |
| 9 | surgery that I needed until, like, some weeks later | 13:38:58 |
| 10 | because it was too swollen or whatever, so they had to | 13:39:01 |
| 11 | wait for the swelling to do down so they could do the sur | 13:39:05 |
| 12 | -- surgery. | 13:39:09 |
| 13 | And so because of that, my orbital muscles don't | 13:39:09 |
| 14 | have -- what's the word that they used?  Basically it | 13:39:13 |
| 15 | doesn't have the same strength as -- so to my | 13:39:16 |
| 16 | understanding, there's -- there's -- I think it's four or | 13:39:19 |
| 17 | six.  You have four or six muscles that hold your eye, | 13:39:23 |
| 18 | and these -- because these muscles were starved for | 13:39:27 |
| 19 | oxygen, they're weaker than the others.  So if I'm | 13:39:31 |
| 20 | reading something for -- for some time or I get, like, | 13:39:34 |
| 21 | fatigue or something, my -- my eye will -- will -- will | 13:39:40 |
| 22 | drift, you know.  And, you know, I can catch it sometimes | 13:39:42 |
| 23 | and I'll -- you know, I can pull it and -- well, I can | 13:39:44 |
| 24 | catch it all time.  I can, like -- kind of, like, bring | 13:39:46 |
| 25 | it back into focus, but it'll move.  It'll -- it'll move | 13:39:50 |

| | | |
|---|---|---|
| 1 | on it own because of the -- the weakness in the orbital | 13:39:53 |
| 2 | muscles. | 13:39:57 |
| 3 | And I also have nerve damage right here.  So this | 13:39:57 |
| 4 | portion of my lip right here, right, just the corner | 13:40:00 |
| 5 | part, right, so it's -- it's numb right here, and it's | 13:40:05 |
| 6 | numb all the way from here to here.  But if I scratch it | 13:40:09 |
| 7 | like this right here, it feels like I'm scratching up | 13:40:15 |
| 8 | here, right?  And so this never goes away, right, so it's | 13:40:17 |
| 9 | -- it's always numb from here to here, and it feels like | 13:40:20 |
| 10 | that -- the -- the feeling that you get when you -- when | 13:40:24 |
| 11 | your -- when your foot is asleep and you step on it and | 13:40:26 |
| 12 | it feels like -- like pins and needles when you -- when | 13:40:29 |
| 13 | you -- when you touch it.  Like, so even though I can | 13:40:31 |
| 14 | feel myself touching it, right, it has that numb feeling, | 13:40:35 |
| 15 | but it also feels like there's, like -- like, kind of | 13:40:39 |
| 16 | like the same feeling when you -- when you step on your | 13:40:39 |
| 17 | foot when it's asleep.  You get, like, that pins and | 13:40:42 |
| 18 | needles feel.  So that never goes away.  This is always | 13:40:43 |
| 19 | like that, right?  So that never goes away. | 13:40:46 |
| 20 | And then -- so I have trigeminal -- what I come to | 13:40:49 |
| 21 | find out, it's -- I don't know if it's trigeminal, | 13:40:49 |
| 22 | tridreminal (phonetic) neuralgia or whatever.  So I have | 13:40:58 |
| 23 | that.  So I get jolts in -- the jolts in my face.  Like, | 13:40:58 |
| 24 | more -- usually, generally speaking, it's -- you know, | 13:41:07 |
| 25 | it's -- it's a few jolts that are just happening, you | 13:41:10 |

| | | |
|---|---|---|
| 1 | know, all -- all in one wrapped session, right?  Like, | 13:41:13 |
| 2 | I'll just feel a jolt, right?  And so sometimes they're | 13:41:16 |
| 3 | different.  Like, I'll feel a jolt and -- and -- and, you | 13:41:19 |
| 4 | know, it'll just be, like, in the -- in -- like, it'll | 13:41:22 |
| 5 | feel like it's behind my eye, and then sometimes, like, | 13:41:24 |
| 6 | it'd, like -- it'll feel like it's jolting all the way | 13:41:27 |
| 7 | down to my -- to my tooth, right?  And then I ask the | 13:41:30 |
| 8 | doctor, like, why does it feel like, you know, it's going | 13:41:34 |
| 9 | to my tooth?  And he explained to me that it's -- I guess | 13:41:36 |
| 10 | it's all the same nerve, right? | 13:41:41 |
| 11 | So to make a long story short, I have tri -- | 13:41:42 |
| 12 | trigeminal neuralgia to where I get these jolting pains | 13:41:45 |
| 13 | in my face, and then sometimes, like, those will, like, | 13:41:46 |
| 14 | turn into, like, like, migraine headaches.  So I -- I | 13:41:52 |
| 15 | take sumatriptan for -- for migraines.  And I get -- I | 13:41:57 |
| 16 | get really severe headaches, you know, if I -- if I read | 13:42:04 |
| 17 | a lot.  Even if I'm watch -- even if I watch TV a lot, I | 13:42:08 |
| 18 | get shocks.  I get some type of -- some time of nerve | 13:42:13 |
| 19 | blocker.  So what the doctor does is he -- he measures | 13:42:20 |
| 20 | somehow.  He measures -- because I can feel him when he's | 13:42:22 |
| 21 | doing it.  He's measuring from here, and he's measuring | 13:42:26 |
| 22 | to, like, the crown, and then he's finding the middle | 13:42:29 |
| 23 | place and he's -- he's injecting something in my -- in my | 13:42:32 |
| 24 | head.  So I get -- I get nerve blockers.  He told me that | 13:42:34 |
| 25 | that's some type of nerve blockers.  And so I get -- I | 13:42:39 |

| | | |
|---|---|---|
| 1 | get nerve blockers for that. | 13:42:43 |
| 2 | I have seizures.  So I have to take seizure | 13:42:45 |
| 3 | medication, and I haven't -- I can't -- I can't work on | 13:42:48 |
| 4 | the roofs.  I have restricted access to -- to stairs. | 13:42:54 |
| 5 | All those -- and I can't work around heavy machinery. | 13:43:01 |
| 6 | I'm trying to think, you know, because I have the | 13:43:04 |
| 7 | chronos, so I'm trying to think of everything that it | 13:43:04 |
| 8 | says.  So I can't do those things.  And -- | 13:43:12 |
| 9 | Q.  Can I just clarify?  Earlier you said -- when you | 13:43:17 |
| 10 | were talking about your nerve damage, you pointed to your | 13:43:20 |
| 11 | face when you were described the area, and you said "from | 13:43:25 |
| 12 | here to here."  Can you describe that since we dont have | 13:43:28 |
| 13 | that in the record.  Since you were pointing to it, we | 13:43:33 |
| 14 | can't take that down.  So can you just -- | 13:43:37 |
| 15 | A.  Okay.  Oh -- | 13:43:40 |
| 16 | Q.  -- tell us -- | 13:43:40 |
| 17 | A.  -- I'm sorry.  Okay.  So -- so there's two | 13:43:41 |
| 18 | different things, right?  So there -- starts from the -- | 13:43:42 |
| 19 | the right side, the right corner of my lip all the way -- | 13:43:46 |
| 20 | if I were to, like, draw all the way up to the -- the | 13:43:50 |
| 21 | right corner of my right eye, from that -- from there all | 13:43:53 |
| 22 | the way down kind of, like -- I don't want to say | 13:43:59 |
| 23 | straight but kind of like in a curve, all that -- all | 13:44:02 |
| 24 | that area is numb.  So all throughout the day, like, no | 13:44:04 |
| 25 | matter what, it's -- it's -- it's always -- it has a numb | 13:44:09 |

```
 1  sensation, but if I -- if -- if you touch it, it feels          13:44:13
 2  like -- like pins and needles, and it's always numb --           13:44:17
 3  numb on the corner of my lips, you know.  So, like, if I         13:44:20
 4  -- if I go like this, it feels like I'm actually                 13:44:23
 5  scratching up here, and so, you know, I -- I -- I spoke          13:44:26
 6  to the people.  They -- they said it -- it's nerve               13:44:29
 7  damage, you know, so there's nothing that I can -- that I        13:44:33
 8  can do about that.                                               13:44:36
 9       So that's -- so when I was pointing, I was                  13:44:37
10  pointing from my lip to the right corner of my right eye.        13:44:40
11      Q.  Okay.  All of the doctors that you have seen             13:44:43
12  specifically regarding injuries related to this incident,        13:44:47
13  have they been through the county?                               13:44:50
14      A.  I don't know who they're employed by.  I don't --        13:44:56
15  I've seen receive doctors.  I've seen doctors in prison.         13:45:01
16  I've seen doctors.  I've seen specialists.  I've seen            13:45:04
17  doctors.  I have an appointment next week with the               13:45:09
18  ophthalmologist, but I've seen several different                 13:45:13
19  ophthalmologists.                                                13:45:15
20      Q.  Were these all doctors that you have seen while          13:45:15
21  you've been in custody?                                          13:45:18
22      A.  Yes, ma'am.                                              13:45:19
23      Q.  Have you paid anything out of pocket as it relates       13:45:20
24  to any of these injuries?                                        13:45:23
25      A.  From my understanding, my -- my health -- my             13:45:26
```

|   |   |   |
|---|---|---|
| 1 | medical benefits while I'm in here takes care of all my | 13:45:31 |
| 2 | medical bills. | 13:45:34 |
| 3 |    Q.  Okay.  So you -- | 13:45:36 |
| 4 |    A.  That's my understanding.  I'm not sure though. | 13:45:36 |
| 5 |    Q.  Okay.  So have you paid anything out of pocket, | 13:45:40 |
| 6 | your own money, for any of the surgeries or doctor visits | 13:45:42 |
| 7 | related to the incident that happened on April 29th, | 13:45:45 |
| 8 | 2022? | 13:45:51 |
| 9 |    A.  No.  My -- no, no, not my -- not me myself, no. | 13:45:51 |
| 10 |    Q.  Have you received any bills, doctor medical bills? | 13:45:54 |
| 11 |    A.  I'm not sure how it works, if I get billed.  I | 13:46:02 |
| 12 | don't know how the medical system works here, but I | 13:46:02 |
| 13 | haven't received any of the bills, so I don't know if I'm | 13:46:06 |
| 14 | going to get billed later.  I don't know how that works. | 13:46:07 |
| 15 |    Q.  As far as you're aware, though, someone else has | 13:46:10 |
| 16 | paid the medical bills? | 13:46:14 |
| 17 |    A.  Right.  Yes.  I believe so. | 13:46:17 |
| 18 |    Q.  Have you paid for any medication? | 13:46:28 |
| 19 |    A.  No.  No.  No. | 13:46:31 |
| 20 |    Q.  Do you have any out-of-pocket expenses as it | 13:46:32 |
| 21 | relates to the incident on April 29th, 2022? | 13:46:35 |
| 22 |    A.  No, I don't.  No.  They're -- they're -- they're | 13:46:39 |
| 23 | in charge of all the, like, medications and things like | 13:46:47 |
| 24 | that. | 13:46:49 |
| 25 |    Q.  Do you need any additional surgery? | 13:46:50 |

```
 1         So can you say that again and just say -- when        13:51:11
 2   you're just saying, "This side is sunken more than this      13:51:12
 3   side," can you use "right eye," "left eye," please.          13:51:15
 4      A.  I'm sorry.  My -- my right eye is -- is sunken in     13:51:18
 5   further than my left eye.                                    13:51:23
 6      Q.  Okay.  Any other issues with your face or your        13:51:25
 7   head?                                                        13:51:29
 8      A.  Well, I get migraines and all that type of stuff,     13:51:33
 9   you know, so --                                              13:51:38
10      Q.  Other -- sorry.  Other than what we've already        13:51:38
11   discussed.  So anything now in the future, is there any     13:51:42
12   other issues, like any other surgeries, you know, do you    13:51:46
13   need more medication as it relates to your face or your     13:51:49
14   head?                                                        13:51:52
15         ATTORNEY PACKER:  Objection.  Calls for                13:51:53
16   speculation.  Calls for expert opinion.                      13:51:54
17         Go ahead.                                              13:51:57
18         THE WITNESS:  Yeah.  I mean, as far as I'm aware       13:51:57
19   of, no.  At this time, I can't think of anything else.       13:51:59
20   BY ATTORNEY KORNBLAU:                                        13:52:02
21      Q.  And then you said your shoulder, so rotator cuff.     13:52:05
22         Any other parts of your body that you're claiming     13:52:09
23   injuries to?                                                 13:52:13
24      A.  Not that I can think of, no.                          13:52:15
25      Q.  Okay.  Have doctors given you a plan of what          13:52:28
```

| | | |
|---|---|---|
| 1 | things you could do to help your -- your shoulder? | 13:52:32 |
| 2 | A. Yeah. So we talked about therapy, physical | 13:52:35 |
| 3 | therapy, for that, but of course will come after the | 13:52:39 |
| 4 | surgery. So to my understanding it's going to be the | 13:52:44 |
| 5 | surgery and then physical therapy. I've just been told | 13:52:47 |
| 6 | not to -- you know, not to exercise, you know, which I -- | 13:52:50 |
| 7 | unfortunately I can't exercise. | 13:52:53 |
| 8 | You know, I can't -- I can't, like -- I can't lift | 13:52:55 |
| 9 | certain things in certain directions. You know, so of | 13:52:59 |
| 10 | course I can move my arm or whatever, but, like, if I'm | 13:53:02 |
| 11 | moving in certain directions, it -- it -- it hurts and | 13:53:05 |
| 12 | I'm -- I'm -- I don't have the -- he explained to me that | 13:53:09 |
| 13 | there's two things that happen. There's -- there's a | 13:53:15 |
| 14 | rotator cuff, and there's something else that helps move | 13:53:18 |
| 15 | the shoulder, so -- and the reason why we have to get the | 13:53:21 |
| 16 | surgery -- that it needs to have the surgery is because | 13:53:25 |
| 17 | if we don't get the surgery, then it can cause some type | 13:53:28 |
| 18 | of dystrophy or something like that to the muscles, | 13:53:33 |
| 19 | something. | 13:53:36 |
| 20 | So after the MRI, depending on how bad this tore, | 13:53:37 |
| 21 | I will have to do surgery, and then from there, we'll go | 13:53:41 |
| 22 | from there. | 13:53:44 |
| 23 | Q. Okay. What about emotionally? Are you seeing a | 13:53:45 |
| 24 | psychiatrist or a psychologist for any issues related to | 13:53:49 |
| 25 | this incident? | 13:53:55 |

| | | |
|---|---|---|
| 1 | A.  Well, in the -- in the beginning, I -- I spoke to | 13:53:56 |
| 2 | a clinician regarding, you know, like, having nightmares | 13:54:01 |
| 3 | of, you know, being beat by police officers, having | 13:54:13 |
| 4 | nightmares of being killed.  You know, I kind of, like, | 13:54:15 |
| 5 | just vaguely expressed these things during -- during | 13:54:19 |
| 6 | times that I've -- I've seen therapists.  I don't know | 13:54:23 |
| 7 | whether they were psychologists or -- I don't know what | 13:54:25 |
| 8 | their actual titles were. | 13:54:29 |
| 9 | Q.  Okay.  Have you ever been diagnosed with a mental | 13:54:31 |
| 10 | condition such as PTSD? | 13:54:39 |
| 11 | A.  I've been diagnosed with PTSD coming from being | 13:54:41 |
| 12 | raped in prison. | 13:54:46 |
| 13 | Q.  When did that occur? | 13:54:55 |
| 14 | A.  I'm not sure.  It was about 2013. | 13:54:56 |
| 15 | Q.  In -- and was it in 2013 that you were diagnosed | 13:54:59 |
| 16 | with PTSD or that the -- the rape incident occurred? | 13:55:02 |
| 17 | A.  I was -- I was diagnosed with PTSD after that.  I | 13:55:07 |
| 18 | think -- | 13:55:07 |
| 19 | Q.  So -- | 13:55:07 |
| 20 | A.  -- the first time -- | 13:55:12 |
| 21 | Q.  Sorry. | 13:55:13 |
| 22 | A.  I think the first time was when I -- oh, I'm | 13:55:14 |
| 23 | sorry.  Go ahead. | 13:55:16 |
| 24 | Q.  When were you diagnosed with PTSD? | 13:55:17 |
| 25 | A.  The first time that I was diagnosed with PTSD, I | 13:55:22 |

```
 1   was -- believe was either in 2016 or 2017, one of the      13:55:27
 2   two.                                                        13:55:31
 3       Q.  And it was because a rape incident; is that right?  13:55:32
 4           So does that have effects, then, for you sexually?  13:55:40
 5           ATTORNEY PACKER:  Objection.  Relevance.            13:55:45
 6   BY ATTORNEY KORNBLAU:                                       13:55:48
 7       Q.  So I -- I just want to understand, what is the      13:55:48
 8   nature of the PTSD?                                         13:55:50
 9           ATTORNEY PACKER:  Okay.                             13:55:53
10           THE WITNESS:  I don't -- I don't know because I --  13:55:54
11   you'd have to ask mental health people.  I -- I don't       13:55:58
12   know.                                                       13:56:02
13   BY ATTORNEY KORNBLAU:                                       13:56:02
14       Q.  Did PTSD have anything at all to do with the        13:56:02
15   incident on April 29, 2022?                                 13:56:06
16       A.  No, not -- I don't think so.                        13:56:09
17       Q.  And the reason that I'm asking you is because I     13:56:11
18   have reporting that says you told police that you suffer    13:56:13
19   from PTSD and that's why you fled from police.              13:56:17
20       A.  I don't think that that's what I said.  You know,   13:56:22
21   like I said, I'm trying the put everything in               13:56:25
22   perspective, right?  So I -- on one hand I understanding    13:56:27
23   that I'm having PTSD, but on the other hand I'm -- I'm --   13:56:31
24   I'm not fully able to recall, you know, to -- to -- to --   13:56:35
25   to summon these -- these memories, right?  So what I'm      13:56:38
```

| | | |
|---|---|---|
| 1 | THE STENOGRAPHER: Thank you. | 13:58:57 |
| 2 | THE VIDEOGRAPHER: Do you need a video by chance? | 13:58:57 |
| 3 | ATTORNEY PACKER: Say that again. | 13:59:01 |
| 4 | THE VIDEOGRAPHER: Do you need the video by | 13:59:01 |
| 5 | chance? | 13:59:04 |
| 6 | ATTORNEY PACKER: I don't. Not at this point. We | 13:59:04 |
| 7 | may but not at this point. Thank you. | 13:59:07 |
| 8 | THE VIDEOGRAPHER: Okay. This concludes today's | 13:59:07 |
| 9 | proceeding. We're off the record at 1:59 p.m. | 13:59:09 |
| 10 | (Proceedings concluded at 1:59 p.m.) | 13:59:46 |
| 11 | ---oOo--- | |