Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Andrea K. Kornblau (State Bar No. 291613)
 *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>     Defendant. | Case No. 5:23-cv-00589 JGB(SPx)<br>[*Hon. Jesus G. Bernal, Dist. Judge*<br>*Hon. Sheri Pym, Magistrate Judge*]<br><br>**[MOTION IN LIMINE NO. 2]**<br><br>**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ROGER CLARK FROM TESTIFYING**<br><br>Judge: Hon. Jesus G. Bernal<br>Date: 3/16/2026<br>Time: 11:00 AM<br>Crtrm.: 1 (2nd Floor)<br><br>Trial Date: 4/07/2026 |

## DECLARATION OF ANDREA KORNBLAU

I, Andrea Kornblau, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER

1 JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS
2 KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON. I have personal
3 knowledge of the facts set forth herein, and if called as a witness, I could and would
4 competently testify thereto. I make this declaration in support of the exhibits attached
5 to the motion in limine number one to exclude the testimony of Roger Clark.

6     2. Exhibit A is a court order downloaded from the Westlaw dockets
7 function that links the user to court filings in the PACER system in the case of *Doris*
8 *Ray Knox et al., v. City of Fresno et al.,* 1:14-cv-00799-EPH filed on June 15, 2016.

9     3. Exhibit B is a motion for sanctions and contempt filed by defense counsel
10 against Roger Clark downloaded from the Westlaw dockets function that links the
11 user to court filings in the PACER system in the case of *Doris Ray Knox et al., v. City*
12 *of Fresno et al.,* 1:14-cv-00799-EPG filed on March 21, 2016.

13     4. Exhibit C is a deposition transcript of Roger Clark in the case of *Felix*
14 *Tellez v. County of Riverside,* 5:23-cv-00755.

15     5. Exhibit D is a Notice of Satisfaction of Sanctions filed by defense
16 counsel against Roger Clark downloaded from the Westlaw dockets function that
17 links the user to court filings in the PACER system in the case of *Doris Ray Knox et*
18 *al., v. City of Fresno et al.,* 1:14-cv-00799-EPG filed on June 23, 2016.

19     6. Exhibit E is a copy of a certified transcript of three separate days of court
20 proceedings from the criminal case of the *People v. George Engman et al.*
21 (MWV104208).

22     7. Exhibit F is a minute order regarding an order to show cause hearing –
23 in the matter of respondent Roger Clark downloaded from the Westlaw dockets
24 function that links the user to court filings in the PACER system in the case of *Marie*
25 *Catherine Olivas et al., v. City of Fontana et al.,* EDCV 05-00034-SGL(OPx) filed
26 on March 26, 2007.

27     8. Exhibit G is a minute order for sanctions against Roger Clark
28 downloaded from the Westlaw dockets function that links the user to court filings in

DEFENDANTS' MOTION IN LIMINE NO. 2

the PACER system in the case of *Marie Olivas et al., v. City of Fontana et al.,* EDCV 05-00034-sGL(OPx) filed on May 16, 2007.

9. Exhibit H is a copy of Roger Clark's Rule 26 report produced to the defense in the instant case.

10. Exhibit I is a certified copy of a deposition transcript of Roger Clark.

11. Exhibit J is a copy of Learning Doman 20 downloaded by Eugene Hanrahan on September 12, 2025 from the Commission on Peace Officer Standards website at https://post.ca.gov/regular-basic-course-training-specifications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of February, 2026, at San Rafael, California.

DATED: February 13, 2026          **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**


By:  */s/ Andrea K. Kornblau*
Eugene P. Ramirez, Esq.
Andrea K. Kornblau, Esq.
Attorneys for CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON