

*a center for* **VisionCare**

Tel **[818] 762-0647** Fax [818] 762-0996

2031 W. Alameda Avenue, Suite 300, Burbank, CA 91506
www.danatannenbaummd.com

Dana P. Tannenbaum, M.D.
- Glaucoma Specialist  • Eye Physician & Surgeon
- Diplomate of American Board of Ophthalmology

## RULE 26 REPORT

## HENRY BARNHILL V. CITY OF HEMET, ET AL.

### DANA P. TANNENBAUM, M.D.

### Expert Qualifications

In accordance with Rule 26 Requirement, attached is my curriculum vitae, fee schedule, and the list of cases in which I have testified.

### Brief Factual Background

On April 29, 2022, Mr. Barnhill sustained injuries as a result of blunt force trauma to his head and face area during his arrest. As stated in Mr. Barnhill's complaint and the Hemet Police Department booking record as well as shown video and photographic evidence, Mr. Barnhill was tackled, had his face shoved forcefully, was violently thrown to the ground and kneed in the face. After being transported to the Riverside University Health System he was diagnosed with a blowout fracture of the **right** orbit, a left ear avulsion, and a large parieto-occipital hematoma.

### Sources of Information

In completing my evaluation to date, I have reviewed and considered the following sources of information:

1) Medical Records from Riverside University Health System
2) Medical records from Sani Eye Center
3) Hemet Police Department Booking Record
4) Hemet Police Body Cam Video footage
5) Hemet Police Photographs
6) County of Riverside records



*a center for* **VisionCare**

Tel **[818] 762-0647** Fax [818] 762-0996

2031 W. Alameda Avenue, Suite 300, Burbank, CA 91506
www.danatannenbaummd.com

Dana P. Tannenbaum, M.D.
- Glaucoma Specialist  • Eye Physician & Surgeon
- Diplomate of American Board of Ophthalmology

## Opinions

Based on my expertise and review of the above-listed sources of information, it is my expert opinion, with a reasonable degree of medical certainty as a board-certified ophthalmologist, that the orbital fracture and parieto-occipital hematoma sustained by Mr. Barnhill are a direct result of the blunt force trauma he suffered on April 29, 2022, during his arrest by the Hemet Police Department. These injuries are the primary causes of his persistent pain and loss of peripheral vision in his right eye.

Below are additional, specific supporting opinions regarding Mr. Barnhill's medical condition:

1. **Ocular History and Injury Causation**
   Mr. Barnhill's prior ocular history is unremarkable. His current condition is a direct result of the blunt force trauma sustained during his arrest by the Hemet Police Department.
2. **Persistent Hypoesthesia and Neuropathic Pain**
   Mr. Barnhill suffers from persistent hypoesthesia and neuropathic pain due to damage to the infraorbital nerve sustained at the time of his orbital blowout fracture. These symptoms often persist even after surgical repair of the orbital floor as a result of compression of the infraorbital nerve within the collapsed canal, irritation from sharp bone fragments, or formation of adhesions. This damage can lead to numbness and/or extreme sensitivity to sensory stimuli as well as debilitating pain.
3. **Double Vision (Diplopia) and Its Consequences**
   Mr. Barnhill suffers from persistent diplopia. Persistent double vision following an orbital floor fracture occurs when the eye muscles become trapped within the fractured bone, restricting movement and causing diplopia. Even after surgical repair, some patients experience "residual diplopia," which results from trauma-induced or surgically exacerbated damage to the eye muscles or their attachments. This misalignment can significantly impair daily activities, making tasks such as reading, driving, and depth perception-dependent activities exceedingly difficult.
4. **Permanent Peripheral Vision Loss**
   Mr. Barnhill sustained permanent loss of peripheral vision loss due to the hemorrhage in his parieto-occipital region. This area of the brain is critical for visual processing, as it contains the optic radiations that transmit visual information from the thalamus to the occipital lobe's visual cortex. The pattern of vision loss observed in his case is consistent with homonymous hemianopia, a condition in which the same side of the visual field is impaired in both eyes. Patients with this condition often struggle with navigation, frequently bump into objects on the affected side, experience difficulty reading, and face challenges in crowded environments.



*a center for* **VisionCare**

Tel **[818] 762-0647** Fax [818] 762-0996

2031 W. Alameda Avenue, Suite 300, Burbank, CA 91506
www.danatannenbaummd.com

Dana P. Tannenbaum, M.D.
- Glaucoma Specialist  • Eye Physician & Surgeon
- Diplomate of American Board of Ophthalmology

**Functional and Psychological Ramifications**

As a result of his injuries from the April 29, 2022 incident, Mr. Barnhill has experienced the following functional and psychological effects:

1. **Clinical Depression and Chronic Pain**
   The chronic pain resulting from his injuries has significantly impacted his ability to work, engage in social activities, and manage his daily life, contributing to clinical depression.
2. **Loss of Stereoscopic Binocular Vision and Reduced Peripheral Field**
   The loss of stereoscopic (binocular) vision and peripheral vision has impaired Mr. Barnhill's spatial orientation. Without proper kinesthetic cues, he struggles with depth perception, leading to difficulties with eye-hand coordination, increased clumsiness, and challenges in performing routine tasks.

The opinions that I have stated herein have been set forth within a reasonable degree of medical certainty.

I reserve the right to modify my opinions to the extent additional information is provided.

I declare under penalty of perjury that the foregoing is true and correct. Executed on *October 19,* 2025 at Burbank, California.

_____
Dana P. Tannenbaum, M.D.