# "EXHIBIT A"

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3
                                         )
 4   HENRY BARNHILL,                     )CASE NO.
                                         )5:23-cv-00589-JGB-SP
 5              Plaintiff,               )
                                         )
 6       vs.                             )
                                         )
 7   CITY OF HEMET; OFFICER BRETT        )
     MAYNARD; OFFICER JOSHUA             )
 8   BISHOP; OFFICER PEDRO AGUILA;       )
     Corporal DOUGLAS KLINZING;          )
 9   JAIME GONZALEZ; CATHERINE           )
     TIPTON; and DOES 1-10,              )
10   inclusive,                          )
                                         )
11              Defendants.              )
     _____)
12

13

14          DEPOSITION OF OFFICER BRETT MAYNARD

15                  VIA VIDEOCONFERENCE

16              TUESDAY, APRIL 15, 2025

17

18

19

20

21
     REPORTED BY:
22   CLAUDIA P. MARSH, CSR NO. 6353

23

24

25
```

California Deposition Reporters, Inc.
www.caldepo.com

```
 1   April 29th.
 2           Okay?
 3           You told us you were on patrol in a single car
 4   that day, right?
 5      A    Yes, sir.
 6      Q    What was the first thing you did with respect
 7   to the case we are here to talk about, regarding
 8   Mr. Barnhill?
 9      A    First thing?  Well, I received a dispatch, so
10   the first thing I did was probably mark myself en route
11   on my computer.
12      Q    What was the dispatch you received?
13      A    It was a call for service, I believe, for
14   suspicious circumstances in regards to a female at a
15   children's school, an elementary school, in the area of
16   the district I worked.  She was stating that her
17   ex-boyfriend, who she named as Henry Barnhill, had
18   threatened her with a gun the night prior, had driven
19   her and her daughter to the school and was waiting
20   outside in a vehicle for her to come out and she was
21   inside the school when she called.
22      Q    Okay.  Did you have any information that
23   Mr. Barnhill had a gun on him, specifically on
24   April 29th, 2022?
25      A    That initial statement, that he was in
```

```
 1   her to the school, and the belief was it was still in
 2   his possession.
 3        Q    You were not specifically told, though,
 4   "Henry Barnhill is known to have a gun on him, today,
 5   April 29th, 2022"; is that fair to say?
 6        A    Actually, we were told that Henry Barnhill --
 7   or "Henry Barnhill," was stated earlier, so we knew that
 8   was alleged suspect.  And during the course of the
 9   investigation, later, as he was fleeing from us, yes,
10   there was a broadcast report saying he is known to carry
11   firearms, he is a violent fleeing felon.
12        Q    What specifically were you told about him being
13   a violent felon?  Were you told about any past
14   convictions?
15        A    At that time -- I would say -- ultimately, I
16   learned of past convictions.  However, in the very brief
17   response to the scene, I didn't know his background.  I
18   had never heard his name before.  The portion where I
19   learned about that, quote, unquote, "violent felon with
20   access to a firearm" -- "semiautomatic firearm," was
21   what was actually stated, that was broadcast during this
22   pursuit, that Mr. Barnhill led us on a chase through the
23   city, on.  I believe halfway through the pursuit, it was
24   reported he had access to a semiautomatic firearm, and
25   he was a violent felon.
```

```
 1   STATE OF CALIFORNIA     )
                             )   ss.
 2   COUNTY OF LOS ANGELES   )

 3

 4

 5       I,  Claudia P. Marsh, a Certified Shorthand

 6   Reporter, CSR No. 6353, hereby certify:

 7       I am the deposition officer that stenographically

 8   recorded the testimony in the foregoing deposition;

 9       Prior to being examined, the deponent was by me

10   first duly sworn;

11       That the foregoing deposition is a true record of

12   the testimony given.

13       Before completion of the deposition, review of the

14   transcript ____was/__x__was not requested.  If

15   requested, any changes made by the deponent (and

16   provided to the reporter) during the period allowed are

17   appended hereto.

18

19

20   Dated: April 23,2025.

21

22                              _____
23                              CLAUDIA P. MARSH, CSR No. 6353

24

25
```