# "EXHIBIT B"

```
                  UNITED STATES DISTRICT COURT

                  CENTRAL DISTRICT OF CALIFORNIA


HENRY BARNHILL,                        )
                                       )
                PLAINTIFF,             )
                                       )
      VS.                              )    CASE NO.
                                       )    5:23-CV-00589-JGB-SB
                                       )
CITY OF HEMET; OFFICER BRETT           )
MAYNARD; OFFICER JOSHUA BISHOP;        )
OFFICER PEDRO AGUILA; CORPORAL         )
DOUGLAS KLINZING; JAMIE GONZALEZ;      )
CATHERINE TIPTON; AND DOES 1-10,       )
INCLUSIVE,                             )
                DEFENDANTS.            )
_____ )




             DEPOSITION OF OFFICER JOSHUA BISHOP

                          TAKEN ON

                  THURSDAY, JANUARY 30, 2025




Sandra Concialdi
C.S.R. 12553
Job No. 241938
```

```
1    BY MR. PACKER:
2         Q    Okay.  Subsequent to April 29, had you been
3    named in any lawsuits?
4         A    No.
5         Q    Okay.  Had you been reprimanded in any way by
6    the South Gate Police Department for any uses of force
7    on duty?
8         A    No.
9         Q    And what about by Hemet Police Department?
10        A    No.
11        Q    Okay.  Do you recall what your shift hours were
12   at the time of the incident on April 29, 2022?
13        A    Yes.
14        Q    What were those?
15        A    6:00 a.m. to 6:00 p.m.
16        Q    Do you recall what time this incident took
17   place?
18        A    Yes.
19        Q    And what time was that?
20        A    It was approximately around 7:30 in the
21   morning.
22        Q    Do you recall what the initial call you were
23   responding to was?
24        A    Yes.
25        Q    What was that?
```

1   A   It was a call of a victim who was currently
2   hiding in the office of a school from her husband,
3   Mr. Barnhill.  And she had reported that Mr. Barnhill
4   had threatened to kill her and point a -- pointed a
5   firearm at her head the night prior to.
6   Q   Okay.  Let me unpack that.
7       She was currently, on April 29, hiding in her
8   classroom.
9       That's your understanding -- or that's --
10  excuse me.  That's what was broadcast to you?
11  A   No.
12  Q   Okay.  So what was broadcast -- let me ask you
13  this:  How did you learn this information that you just
14  described, her being in the classroom, him threatening
15  her, et cetera?
16  A   Well, I stated that she was in the front
17  office, not in the --
18  Q   Oh, I'm sorry.
19  A   -- not in the classroom.
20  Q   Okay.  Fair enough.
21      So where did you learn the information that she
22  was in the front office on April 29?
23  A   From a patrol -- or not a patrol, a detective
24  corporal who responded to the call and was speaking with
25  the victim in the front office.

```
1    BY MR. PACKER:
2        Q    Okay.  You were not specifically told it was in
3    his car; is that fair to say?
4        A    Yes.
5        Q    That's fair to say, you were not specifically
6    told that?  It was a bad question.
7        A    That is fair to say.
8        Q    Thank you.
9             Did you understand that Mr. Barnhill, on
10   April 29, 2022, had any prior law enforcement contacts
11   in use -- including involving his use of force against
12   an officer?
13       A    I had no knowledge of any prior contacts.
14       Q    Okay.  So no knowledge of any prior contacts of
15   any kind; is that fair to say?
16       A    Yes.
17       Q    Okay.  So you told us that Detective Reynoso
18   broadcast information from the school itself.
19            Did you report to the school?
20       A    No, I reported to the area of the school.
21       Q    Okay.  Can you describe what you saw when you
22   reported to the area of the school?
23       A    What I observed were lots of parents and
24   vehicles in the area dropping off their kids and, you
25   know, pick up and drop-off just like any other normal
```

```
 1   STATE    OF   CALIFORNIA    )
                                 ) ss.
 2   COUNTY   OF   LOS ANGELES   )

 3

 4           I, Sandra Concialdi, Certified Shorthand Reporter,

 5   License No. 12553, for the State of California, do hereby

 6   certify:

 7           That, prior to being examined, the witness

 8   named in the foregoing deposition, to wit, OFFICER JOSHUA

 9   BISHOP, was by me duly sworn to testify the truth, the whole

10   truth and nothing but the truth;

11           That said deposition was taken down by me

12   in shorthand at the time and place therein named and

13   thereafter reduced to computer-aided transcription

14   under my direction.

15           That the foregoing transcript, as typed, is a

16   true record of the said proceedings.

17           I further certify that I am not interested

18   in the event of the action.

19

20

21           Witness my hand this 11th day of February, 2025

22                   *Sandra Mitchell* (signature)

23           _____

             SANDRA CONCIALDI, C.S.R. No. 12553
24

25
```