**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:  (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 5:23-cv-00589-JGB-SP<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* Nos. 1 and 2**<br><br>[(Proposed) Orders; Notice of Motions and Motions *in Limine* 1-3; and attached exhibits *filed concurrently herewith*]<br><br>**FPTC/Hearing on Motions *in Limine*:**<br>Date:   March 16, 2026<br>Time:   11:00 a.m.<br>**Jury Trial**<br>Date:   April 7, 2026<br>Time:   09:00 a.m.<br><br>Courtroom 1, 3470 Twelfth Street, 2nd Floor, Riverside, California |

## DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

**1.** I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiff. I make this declaration in support of Plaintiff's Motion *in Limine* No. 1 to Exclude Information Unknown; Plaintiff's Motion *in Limine* No. 2 to Exclude Crimes, Wrongs, and Bad Acts. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

**2.** These motions are made following a conference of counsel pursuant to Local Rule 7-3 during which no resolution could be reached. As part of the reasonable meet and confer effort by Plaintiff, and in light of the parties telephonic meet and confer occurring at the time of the parties Local Rule 16-2 meeting, Plaintiff presented a proposed stipulation related to evidence at trial and motions in limine, to which the parties have not reached an agreement.

**3. The following Documents were included in Defendants' Police Practices Rule 26 Expert Report and/or as attached as Exhibits to their Motion for Summary Judgment**. Plaintiff contends that these documents contain multiple layers of hearsay without exception, and include self-serving statements of the Defendants and are specifically prejudicial to Plaintiff because they are cumulative; contain information unknown to Defendant Officers at the time of the incident which render the information irrelevant; risks confusing the issues as this evidence will likely take focus off of the central factual issue in this matter, which is whether the Defendant Officers' use of force including deadly force was excessive and unreasonable; will consume unnecessary time; and includes impermissible character evidence that will likely inflame the passions and prejudices of the jury and depriving Plaintiff of a fair trial:

   **a.** April 29, 2022, 9-1-1 Dispatch Call to Hemet Police Department.

  **b.** Felony Complaint, People v. Barnhill [000001-6], which is a six-page document outlining the twelve counts filed against Plaintiff by Deputy District Attorney Taloa, dated May 3, 2022.

  **c.** Hemet Police Department's April 29, 2022 Booking Records regarding Plaintiff Henry Barnhill [000007-8], which is an unsigned two-page document of personally identifiable information regarding to Barnhill, arrest information, driver's license number, physical description, charges including handwritten charges and bail amount, and property description.

  **d.** Officer Maynard Crime Incident Report DR # 2022-02719 dated April 29, 2022 [000009-000046], which is a thirty-eight (38) page document drafted by the Defendant that includes confidential contact information for Rachel Warren (Plaintiff's girlfriend and 911 caller), Defendants' narrative of the incident, Defendants summary of Ms. Warren's post incident statement, history of unrelated incidents, summary of post incident search of house, search warrant information, summary of Plaintiff's criminal history, summary of Defendants evidence submitted to the District Attorney's Officer with recommendation for filing charges related to twenty-one alleged offenses, property summary, and confidential minor child's information.

  **e.** Officer Aguila Supplemental Report DR # 2022-02719 dated April 29, 2022 [000047-000049], which is a three-page report that includes Aguila's narrative of the incident, list of involved persons, the location, and Plaintiff's personally identifiable information.

  **f.** Officer Maynard Arrest Report DR # 2022-02719, dated April 30, 2022 [000050-59], which is a ten-page report regarding the arrest of Plaintiff as part of his incident.

  **g.** Cadillac DMC information related to the vehicle including renewal notice, smog due, and clearance information [000060].

  **h.** Officer Bishop Supplemental Use of Force Report DR # 2022-02719 dated April 29, 2022 [000061-000066], which is a six-page report including Bishop's narrative of the incident, Bishop's summary of witnesses statements, list of involved persons, the location, and Plaintiff's personally identifiable information.

  **i.** Criminal Court Case Documents: (1) Jury Instructions [001590-1648]; (2) Trial Transcript, July 25, 2023 [001649-1870]; and (3) Verdict Form and Transcript [001871-1877] from Plaintiff's criminal trial.

  **j.** Videos – Post-Incident, After-Acquired: (1) Police Officer Maynard, BWC video 004 (Rachel follow-up re: car) [001573]; (2) Police Officer Maynard, BWC video 005 (unknown gun) [001576]; (3) Police Officer Maynard, BWC video 006 (photographing pre-search) [001578]; (4) Police Officer Maynard, BWC video 007 (searching the safe) [001579]; (5) Police Officer Maynard, BWC video 008, photographing post search [001581]; (6) Police Officer Bishop, BWC video 002 (entering residence) [001582]; (7) Police Officer Maynard, BWC video 002 (Rachel interview) [001583]; (8) Police Officer Bishop, BWC video 003 (interview with Oliver) [001584]; (9) Police Officer Maynard, BWC video 003 (Rachel follow-up re: gun) [001586].

  **k.** Documents: (1) Plaintiff's criminal case No. BAF2300330 Case Report generated 8/2/2023; (2); Employee Profile and Training Activity for Douglas Klinzing, Brett Maynard, Joshua Bishop, and Pedro Aguila from Hemet Police Department; (2) Emergency Protective Order; (3) Bail enhancement form; (4) Barnhill CA DMV photo record; (5) Dodge Challenger DMV information; (6) Police Officer Maynard, Declaration and Determination; (7) Police Officer Maynard, Booking Record & Declaration in Support of the Arrest; (8) Police Officer Maynard, Statement of Case; (9) Adult Disposition of Arrest and Court Action; (10) Police Officer Maynard,

District Attorney Complaint Assignment form. Booking Record; (11) District Attorney Complaint Assignment Form; (12) Police Officer Bishop, Property Entry form; (13) Police Officer Aguila, Supplemental Use of Force Report; (14) Police Officer Maynard, Crime Incident Report, Cover sheet; (15) Police Officer Maynard, Confidential reporting person; (16) Police Officer Maynard, Property Entry form 2; (17) Police Officer Maynard, Supplemental report; (18) Plaintiff's Personal Data: (1) Screenshot of Facebook Profile; and (19) Screengrab of text conversation with "Hank."

    **l.**    Videos: (1) Police Officer Aguila, BWC video 001 (talking with other officers); (2) Police Officer Aguila, BWC video 002 (talking with Rachel); (3) Police Officer McDonough, BWC video 001 (Rachel interview); (4) Police Officer Walker, BWC video 001 (safety sweep).

    **m.**    Photographs: (1) Photo (selfie) of a male; (2) Photos of a woman; (3) Photos of the warrant; (4) Photos of the interior of the residence (living room); (5) Photos inside the residence (bedroom 001); (6) Photos of the interior of the residence (kitchen); (7) Photos inside the residence (bedroom 002); (8) Photos of the interior of the residence (bathroom); (9) Photos inside the residence (primary bedroom); (10) Photos inside the residence (closet); (11) Photos inside the residence (garage); (12) Photos of the residence's front door; (13) Photos inside the residence (safe); (14) Photos of the interior of the residence (laundry room); (15) Photos of a Cadillac (6CDF193); (16) Photos of a motorcycle (20H4518); (17) Photos of guns and ammunition; (18) Photo of Barnhill mugshot.

    **4.**    Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the **Defendant Brett Maynard's April 15, 2025 Deposition Transcript**.

SINCICH DECLARATION IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**5.** Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the **Defendant Joshua Bishop's January 30, 2025 Deposition Transcript**.

**6.** Attached hereto as "**Exhibit C**" is a true and correct copy of the January 29, 2026, **ORDER DIRECTING THE CORRECTIONAL OFFICERS ACCOMPANYING PLAINTIFF STEFFON BARBER TO TRIAL TO DRESS IN PLAINCLOTHES AND DIRECTING THAT MR. BARBER NOT BE HANDCUFFED, SHACKLED OR DRESSED IN PRISON ATTIRE DURING HIS APPEARANCE AT TRIAL**, by the Honorable Kenly Kiya Kato, in the matter of Steffon Barber v. County of San Bernardino, et al., Case No. 5:22-cv-00625-KK-DTB.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of February 2026.

_____
Marcel F. Sincich