# "EXHIBIT A"

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3
                                         )
 4   HENRY BARNHILL,                     )CASE NO.
                                         )5:23-cv-00589-JGB-SP
 5                    Plaintiff,         )
                                         )
 6        vs.                            )
                                         )
 7   CITY OF HEMET; OFFICER BRETT        )
     MAYNARD; OFFICER JOSHUA             )
 8   BISHOP; OFFICER PEDRO AGUILA;       )
     Corporal DOUGLAS KLINZING;          )
 9   JAIME GONZALEZ; CATHERINE           )
     TIPTON; and DOES 1-10,              )
10   inclusive,                          )
                                         )
11                    Defendants.        )
     _____)
12

13

14          DEPOSITION OF OFFICER BRETT MAYNARD

15                    VIA VIDEOCONFERENCE

16                TUESDAY, APRIL 15, 2025

17

18

19

20

21
     REPORTED BY:
22   CLAUDIA P. MARSH, CSR NO. 6353

23

24

25
```

```
 1   April 29th.
 2          Okay?
 3          You told us you were on patrol in a single car
 4   that day, right?
 5      A   Yes, sir.
 6      Q   What was the first thing you did with respect
 7   to the case we are here to talk about, regarding
 8   Mr. Barnhill?
 9      A   First thing?  Well, I received a dispatch, so
10   the first thing I did was probably mark myself en route
11   on my computer.
12      Q   What was the dispatch you received?
13      A   It was a call for service, I believe, for
14   suspicious circumstances in regards to a female at a
15   children's school, an elementary school, in the area of
16   the district I worked.  She was stating that her
17   ex-boyfriend, who she named as Henry Barnhill, had
18   threatened her with a gun the night prior, had driven
19   her and her daughter to the school and was waiting
20   outside in a vehicle for her to come out and she was
21   inside the school when she called.
22      Q   Okay.  Did you have any information that
23   Mr. Barnhill had a gun on him, specifically on
24   April 29th, 2022?
25      A   That initial statement, that he was in
```

1  her to the school, and the belief was it was still in
2  his possession.
3      Q    You were not specifically told, though,
4  "Henry Barnhill is known to have a gun on him, today,
5  April 29th, 2022"; is that fair to say?
6      A    Actually, we were told that Henry Barnhill --
7  or "Henry Barnhill," was stated earlier, so we knew that
8  was alleged suspect.  And during the course of the
9  investigation, later, as he was fleeing from us, yes,
10 there was a broadcast report saying he is known to carry
11 firearms, he is a violent fleeing felon.
12     Q    What specifically were you told about him being
13 a violent felon?  Were you told about any past
14 convictions?
15     A    At that time -- I would say -- ultimately, I
16 learned of past convictions.  However, in the very brief
17 response to the scene, I didn't know his background.  I
18 had never heard his name before.  The portion where I
19 learned about that, quote, unquote, "violent felon with
20 access to a firearm" -- "semiautomatic firearm," was
21 what was actually stated, that was broadcast during this
22 pursuit, that Mr. Barnhill led us on a chase through the
23 city, on.  I believe halfway through the pursuit, it was
24 reported he had access to a semiautomatic firearm, and
25 he was a violent felon.

```
 1  STATE OF CALIFORNIA      )
                             )   ss.
 2  COUNTY OF LOS ANGELES    )
 3
 4
 5      I,  Claudia P. Marsh, a Certified Shorthand
 6  Reporter, CSR No. 6353, hereby certify:
 7      I am the deposition officer that stenographically
 8  recorded the testimony in the foregoing deposition;
 9      Prior to being examined, the deponent was by me
10  first duly sworn;
11      That the foregoing deposition is a true record of
12  the testimony given.
13      Before completion of the deposition, review of the
14  transcript ____was/__x__was not requested.  If
15  requested, any changes made by the deponent (and
16  provided to the reporter) during the period allowed are
17  appended hereto.
18
19
20  Dated: April 23,2025.
21
22                          _____
23                          CLAUDIA P. MARSH, CSR No. 6353
24
25
```