# "EXHIBIT B"

```
             UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA


HENRY BARNHILL,                    )
                                   )
               PLAINTIFF,          )
                                   )
       VS.                         )   CASE NO.
                                   )   5:23-CV-00589-JGB-SB
                                   )
CITY OF HEMET; OFFICER BRETT       )
MAYNARD; OFFICER JOSHUA BISHOP;    )
OFFICER PEDRO AGUILA; CORPORAL     )
DOUGLAS KLINZING; JAMIE GONZALEZ;  )
CATHERINE TIPTON; AND DOES 1-10,   )
INCLUSIVE,                         )
               DEFENDANTS.         )
_____)




         DEPOSITION OF OFFICER JOSHUA BISHOP

                      TAKEN ON

              THURSDAY, JANUARY 30, 2025




Sandra Concialdi
C.S.R. 12553
Job No. 241938
```

```
1    BY MR. PACKER:
2        Q    Okay.  Subsequent to April 29, had you been
3    named in any lawsuits?
4        A    No.
5        Q    Okay.  Had you been reprimanded in any way by
6    the South Gate Police Department for any uses of force
7    on duty?
8        A    No.
9        Q    And what about by Hemet Police Department?
10       A    No.
11       Q    Okay.  Do you recall what your shift hours were
12   at the time of the incident on April 29, 2022?
13       A    Yes.
14       Q    What were those?
15       A    6:00 a.m. to 6:00 p.m.
16       Q    Do you recall what time this incident took
17   place?
18       A    Yes.
19       Q    And what time was that?
20       A    It was approximately around 7:30 in the
21   morning.
22       Q    Do you recall what the initial call you were
23   responding to was?
24       A    Yes.
25       Q    What was that?
```

```
 1       A     It was a call of a victim who was currently
 2   hiding in the office of a school from her husband,
 3   Mr. Barnhill.  And she had reported that Mr. Barnhill
 4   had threatened to kill her and point a -- pointed a
 5   firearm at her head the night prior to.
 6       Q     Okay.  Let me unpack that.
 7             She was currently, on April 29, hiding in her
 8   classroom.
 9             That's your understanding -- or that's --
10   excuse me.  That's what was broadcast to you?
11       A     No.
12       Q     Okay.  So what was broadcast -- let me ask you
13   this:  How did you learn this information that you just
14   described, her being in the classroom, him threatening
15   her, et cetera?
16       A     Well, I stated that she was in the front
17   office, not in the --
18       Q     Oh, I'm sorry.
19       A     -- not in the classroom.
20       Q     Okay.  Fair enough.
21             So where did you learn the information that she
22   was in the front office on April 29?
23       A     From a patrol -- or not a patrol, a detective
24   corporal who responded to the call and was speaking with
25   the victim in the front office.
```

```
 1   BY MR. PACKER:
 2       Q    Okay.  You were not specifically told it was in
 3   his car; is that fair to say?
 4       A    Yes.
 5       Q    That's fair to say, you were not specifically
 6   told that?  It was a bad question.
 7       A    That is fair to say.
 8       Q    Thank you.
 9            Did you understand that Mr. Barnhill, on
10   April 29, 2022, had any prior law enforcement contacts
11   in use -- including involving his use of force against
12   an officer?
13       A    I had no knowledge of any prior contacts.
14       Q    Okay.  So no knowledge of any prior contacts of
15   any kind; is that fair to say?
16       A    Yes.
17       Q    Okay.  So you told us that Detective Reynoso
18   broadcast information from the school itself.
19            Did you report to the school?
20       A    No, I reported to the area of the school.
21       Q    Okay.  Can you describe what you saw when you
22   reported to the area of the school?
23       A    What I observed were lots of parents and
24   vehicles in the area dropping off their kids and, you
25   know, pick up and drop-off just like any other normal
```

```
1    STATE    OF   CALIFORNIA    )
                                 ) ss.
2    COUNTY   OF   LOS ANGELES   )

3

4              I, Sandra Concialdi, Certified Shorthand Reporter,

5    License No. 12553, for the State of California, do hereby

6    certify:

7              That, prior to being examined, the witness

8    named in the foregoing deposition, to wit, OFFICER JOSHUA

9    BISHOP, was by me duly sworn to testify the truth, the whole

10   truth and nothing but the truth;

11             That said deposition was taken down by me

12   in shorthand at the time and place therein named and

13   thereafter reduced to computer-aided transcription

14   under my direction.

15             That the foregoing transcript, as typed, is a

16   true record of the said proceedings.

17             I further certify that I am not interested

18   in the event of the action.

19

20

21         Witness my hand this 11th day of February, 2025

22                    *Sandra Mitchell*

23         _____

24              SANDRA CONCIALDI, C.S.R. No. 12553

25
```