# "EXHIBIT C"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFFON BARBER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:22-cv-00625-KK-DTB<br><br>Assigned to:<br>District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**ORDER DIRECTING THE CORRECTIONAL OFFICERS ACCOMPANYING PLAINTIFF STEFFON BARBER TO TRIAL TO DRESS IN PLAINCLOTHES AND DIRECTING THAT MR. BARBER NOT BE HANDCUFFED, SHACKLED OR DRESSED IN PRISON ATTIRE DURING HIS APPEARANCE AT TRIAL**<br><br>Trial Date:　January 30, 2026 |

**HAVING REVIEWED Plaintiff's Request for an Order Directing the Correctional Officers Accompanying Plaintiff Steffon Barber to Trial to Dress in Plainclothes and directing that Mr. Barber Not Be Handcuffed, Shackled, or Dressed in Prison Attire During his Appearance at Trial, IT IS HEREBY ORDERED AS FOLLOWS:**

    a. Mr. Barber is permitted to dress in plainclothes during his appearance at the civil trial in the above-referenced case, beginning on January 30, 2026. During his appearance at trial, Mr. Barber shall not be dressed in any prison attire or any garb indicating that he is currently incarcerated.

    b. The correctional officers/marshals/deputies accompanying Mr. Barber at the trial shall be dressed in plainclothes. Any correctional officer/marshal/deputy transporting or accompanying Mr. Barber in and out of the courtroom or courthouse shall be prohibited from dressing in uniform and prohibited from wearing any badge, duty belt, or other article of clothing that would indicate that they are law enforcement officers.

    c. Mr. Barber shall not be handcuffed, shackled, or otherwise restrained in any way that would indicate that he is currently incarcerated and/or being transported to and from any detention facility for this trial.

**IT IS SO ORDERED**.

Dated: <u>January 29, 2026</u>

_____
Honorable Kenly Kiya Kato
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REQUEST FOR AN ORDER