**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel: (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

Eugene P. Ramirez (State Bar No. 134865)
*Eugene.Ramirez@manningkass.com*
Andrea K. Kornblau (State Bar No. 291613)
*Andrea.Kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY BARNHILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-00589-JGB-SP<br><br>Assigned to:<br>Hon. Jesus G. Bernal<br>Magistrate Judge Sheri Pym<br><br>**JOINT STIPULATION FOR COUNSEL TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　February 23, 2026<br>Time:　　9:00 a.m. |

-1-
**JOINT STIPULATION FOR COUNSEL TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Henry Barnhill and Defendants City Of Hemet, Officer Brett Maynard, Officer Joshua Bishop, Officer Pedro Aguila, Corporal Douglas Klinzing, Jamie Gonzalez, and Catherine Tipton hereby stipulate and respectfully requests that Plaintiff's counsel, Marcel F. Sincich, and Defendants' counsel, Andrea K. Kornblau, be permitted to appear remotely at the Hearing on Defendants' Motion for Summary Judgment and Defendants' Motion to Exclude Opinions and Testimony of Plaintiff's Experts Ryan O'Connor and Roger Clark, scheduled for February 23, 2026 at 9:00 a.m.

This request is made in light of circumstances affecting lead trial counsel, Dale K. Galipo. Mr. Galipo was prepared and intended to appear in person at the hearing in this case. However, Mr. Galipo is currently engaged in trial in another matter. He initially understood (based on the Judge's Trial Order) that the court would be dark on Monday, February 23, 2026, which would have enabled him to personally appear at the Motion for Summary Judgment hearing in this case. Unfortunately, the trial court confirmed yesterday that it will **not** be dark on Monday, February 23, 2026. As a result, Mr. Galipo is required to remain in trial and is unable to appear in person for the scheduled hearing in this case. The present request is therefore brought as soon as practicable following confirmation that the trial court will be in session.

In view of the above, the parties jointly stipulate and request an order allowing Marcel F. Sincich for Plaintiff and Andrea K. Kornblau for Defendants to appear remotely in place of lead counsel. Good cause exists to permit counsel to appear remotely:

1. Mr. Sincich and Ms. Kornblau are fully familiar with the facts of this case and are the respective attorneys who drafted the subject motions and oppositions and are prepared to address the issues at the hearing.

2. Mr. Sincich is out of state and Ms. Kornblau is out of county. Requiring them to appear in person would impose unnecessary travel time and expense, whereas a remote appearance would allow the matter to proceed efficiently without prejudice to any party.

For these reasons, the parties stipulate and respectfully request that the Court issue an order permitting Mr. Sincich and Ms. Kornblau to appear remotely at the Hearing on Defendants' Motion for Summary Judgment and Motion to Exclude Opinions and Testimony of Plaintiff's Experts Ryan O'Connor and Roger Clark on February 23, 2026 at 9:00 am.

DATED: February 18, 2026

LAW OFFICES OF DALE K. GALIPO
GRECH. PACKER. & HANKS

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Trenton C. Packer
Marcel F. Sincich
*Attorney for Plaintiff*

DATED: February 18, 2026

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: */s/ Andrea Kornblau*
Eugene P. Ramirez
Andrea Kornblau
*Attorneys for Defendants*