**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY BARNHILL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00589-JGB-SP<br><br>Assigned to:<br>Hon. Jesus G. Bernal<br>Magistrate Judge Sheri Pym<br><br>**[PROPOSED] ORDER PERMITTING COUNSEL TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERTS RYAN O'CONNOR AND ROGER CLARK**<br><br>Date:   February 23, 2026<br>Time:  9:00 a.m. |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Joint Stipulation to Appear Remotely, and good cause appearing therein, it is hereby ordered that Plaintiff's attorney, Marcel F. Sincich and Defendants' attorney, Andrea Kornblau, may appear remotely at the Hearing on Defendants' Motion for Summary Judgment and Motion to Exclude Opinions and Testimony of Plaintiff's Experts Ryan O'Connor and Roger Clark on February 23, 2026 at 9:00 am.

IT IS SO ORDERED.

DATED: _____            _____
                                          Honorable Jesus G. Bernal
                                          United States District Court