**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:  (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS *IN LIMINE*** <br><br>**FPTC/Hearing on Motions *in Limine*:**<br>Date:  March 16, 2026<br>Time:  2:00 p.m.<br>**Jury Trial**<br>Date:  April 7, 2026<br>Time:  09:00 a.m.<br>Courtroom 1, 3470 Twelfth Street, 2nd Floor, Riverside, California |

**DECLARATION OF MARCEL F. SINCICH**

I, Marcel F. Sincich, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiff. I make this declaration in support of Plaintiff's Opposition to Defendants' Motions *in Limine* No. 1 to Trifurcate; No. 2 to Exclude Roger Clark; No. 3 to Exclude Dr. Tannenbaum; and No. 4 to Exclude the Term "Deadly Force." I have personal knowledge of the facts contained herein and could testify competently thereto if called.

1. Attached hereto as "**Exhibit 1**" is a true and correct copy of the October 10, 2025, Rule 26 Expert Report by Roger Clark ("**Exh. 1, Clark Report**").

2. Attached hereto as "**Exhibit 2**" is a true and correct copy of the October 10, 2025, Rule 26 Expert Report by Dr. Dana Tannenbaum ("**Exh. 2, Dr. Tannenbaum Report**").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of February, 2026.

_____

_____
Marcel F. Sincich