# "EXHIBIT 2"



a center for VisionCare

Tel **[818] 762-0647** Fax [818] 762-0996

2031 W. Alameda Avenue, Suite 300, Burbank, CA 91506
www.danatannenbaummd.com

Dana P. Tannenbaum, M.D.
- Glaucoma Specialist  • Eye Physician & Surgeon
- Diplomate of American Board of Ophthalmology

## RULE 26 REPORT

## HENRY BARNHILL V. CITY OF HEMET, ET AL.

## DANA P. TANNENBAUM, M.D.

### Expert Qualifications

In accordance with Rule 26 Requirement, attached is my curriculum vitae, fee schedule, and the list of cases in which I have testified.

### Brief Factual Background

On April 29, 2022, Mr. Barnhill sustained injuries as a result of blunt force trauma to his head and face area during his arrest. As stated in Mr. Barnhill's complaint and the Hemet Police Department booking record as well as shown video and photographic evidence, Mr. Barnhill was tackled, had his face shoved forcefully, was violently thrown to the ground and kneed in the face. After being transported to the Riverside University Health System he was diagnosed with a blowout fracture of the **right** orbit, a left ear avulsion, and a large parieto-occipital hematoma.

### Sources of Information

In completing my evaluation to date, I have reviewed and considered the following sources of information:

1) Medical Records from Riverside University Health System
2) Medical records from Sani Eye Center
3) Hemet Police Department Booking Record
4) Hemet Police Body Cam Video footage
5) Hemet Police Photographs
6) County of Riverside records



*a center for* VisionCare

Tel **[818] 762-0647** Fax [818] 762-0996

2031 W. Alameda Avenue, Suite 300, Burbank, CA 91506
www.danatannenbaummd.com

Dana P. Tannenbaum, M.D.
- Glaucoma Specialist  • Eye Physician & Surgeon
- Diplomate of American Board of Ophthalmology

## Opinions

Based on my expertise and review of the above-listed sources of information, it is my expert opinion, with a reasonable degree of medical certainty as a board-certified ophthalmologist, that the orbital fracture and parieto-occipital hematoma sustained by Mr. Barnhill are a direct result of the blunt force trauma he suffered on April 29, 2022, during his arrest by the Hemet Police Department. These injuries are the primary causes of his persistent pain and loss of peripheral vision in his right eye.

Below are additional, specific supporting opinions regarding Mr. Barnhill's medical condition:

1. **Ocular History and Injury Causation**
   Mr. Barnhill's prior ocular history is unremarkable. His current condition is a direct result of the blunt force trauma sustained during his arrest by the Hemet Police Department.
2. **Persistent Hypoesthesia and Neuropathic Pain**
   Mr. Barnhill suffers from persistent hypoesthesia and neuropathic pain due to damage to the infraorbital nerve sustained at the time of his orbital blowout fracture. These symptoms often persist even after surgical repair of the orbital floor as a result of compression of the infraorbital nerve within the collapsed canal, irritation from sharp bone fragments, or formation of adhesions. This damage can lead to numbness and/or extreme sensitivity to sensory stimuli as well as debilitating pain.
3. **Double Vision (Diplopia) and Its Consequences**
   Mr. Barnhill suffers from persistent diplopia. Persistent double vision following an orbital floor fracture occurs when the eye muscles become trapped within the fractured bone, restricting movement and causing diplopia. Even after surgical repair, some patients experience "residual diplopia," which results from trauma-induced or surgically exacerbated damage to the eye muscles or their attachments. This misalignment can significantly impair daily activities, making tasks such as reading, driving, and depth perception-dependent activities exceedingly difficult.
4. **Permanent Peripheral Vision Loss**
   Mr. Barnhill sustained permanent loss of peripheral vision loss due to the hemorrhage in his parieto-occipital region. This area of the brain is critical for visual processing, as it contains the optic radiations that transmit visual information from the thalamus to the occipital lobe's visual cortex. The pattern of vision loss observed in his case is consistent with homonymous hemianopia, a condition in which the same side of the visual field is impaired in both eyes. Patients with this condition often struggle with navigation, frequently bump into objects on the affected side, experience difficulty reading, and face challenges in crowded environments.



*a center for* VisionCare

Tel **[818] 762-0647** Fax [818] 762-0996

2031 W. Alameda Avenue, Suite 300, Burbank, CA 91506
www.danatannenbaummd.com

Dana P. Tannenbaum, M.D.
- Glaucoma Specialist   • Eye Physician & Surgeon
- Diplomate of American Board of Ophthalmology

**Functional and Psychological Ramifications**

As a result of his injuries from the April 29, 2022 incident, Mr. Barnhill has experienced the following functional and psychological effects:

1. **Clinical Depression and Chronic Pain**
   The chronic pain resulting from his injuries has significantly impacted his ability to work, engage in social activities, and manage his daily life, contributing to clinical depression.
2. **Loss of Stereoscopic Binocular Vision and Reduced Peripheral Field**
   The loss of stereoscopic (binocular) vision and peripheral vision has impaired Mr. Barnhill's spatial orientation. Without proper kinesthetic cues, he struggles with depth perception, leading to difficulties with eye-hand coordination, increased clumsiness, and challenges in performing routine tasks.

The opinions that I have stated herein have been set forth within a reasonable degree of medical certainty.

I reserve the right to modify my opinions to the extent additional information is provided.

I declare under penalty of perjury that the foregoing is true and correct. Executed on *October 19,* 2025 at Burbank, California.

_____
Dana P. Tannenbaum, M.D.

**DANA P. TANNENBAUM, M.D.**
A Center for VisionCare
2031 W. Alameda Avenue, Suite 300
Burbank, CA  91506
Tel (818) 762-0647 Fax (818) 762-0996
DrT@acvci.com

## EMPLOYMENT

| | | |
|---|---|---|
| 2003 – current | **Physician** | |
| | A Center For VisionCare, Burbank, California. | |
| 2003 – 2012 | **Consultant** | |
| | Southern California College of Optometry, Los Angeles, California. | |
| 2003 – 2011 | **Clinical Instructor of Ophthalmology** | |
| | Jules Stein Eye Institute, University of California, Los Angeles, California. | |
| 2002 – 2003 | **Visiting Assistant Professor** | |
| | Jules Stein Eye Institute, University of California, Los Angeles, California. | |

## EDUCATION

### Medical
2001 – 2003   **Glaucoma Fellowship**
   Jules Stein Eye Institute, University of California, Los Angeles, California.
1998 – 2001   **Ophthalmology Residency Training Program**
   Shiley Eye Center, University of California, San Diego, California.
1997 – 1998   **Internal Medicine Internship**
   Hahnemann University Hospital, Philadelphia, Pennsylvania.
1993 – 1997   **McGill University Faculty Of Medicine**
   Montreal, Canada. Doctor of Medicine.

### Undergraduate
1992 – 1993   **McGill University Faculty Of Science**
   Montreal, Canada. Medical Preparatory Year.
1990 – 1992   **Vanier College**
   Montreal, Canada. Diploma of Health Sciences.

## LICENSURE AND CERTIFICATIONS

2002 – present   Board Certification in Ophthalmology
1998 – present   California Medical License
1997 – 1998      Pennsylvania Medical Training License

## PROFESSIONAL ORGANIZATIONS

2004 – present   American Glaucoma Society
1998 – present   California Academy of Ophthalmology
1998 – present   American Academy of Ophthalmology
1998 – present   American Society of Cataract and Refractive Surgery
1996 – 2006      Association for Research in Vision and Ophthalmology

**EDITORIAL AND ADVISORY BOARDS**

- 2018   Glaucoma Advisory Board, Allergan
- 2016   Glaucoma Advisory Board, Allergan
- 2007   Alcon Speakers Alliance
- 2003 – 2010   Reviewer, American Journal of Ophthalmology
- 2003 – 2010   Reviewer, Ophthalmology

**HONORS AND AWARDS**

| | |
|---|---|
| 2015 | **Los Angeles Lion's Club Award** |
| 2112 - 2015 | **Compassionate Doctor Recognition Award** |
| 2012 - 2015 | **Patients Choice Award** |
| 2003 | **Glaucoma Merit Award** |
| | Pharmacia Glaucoma Fellow Awards Program |
| 2002 - 2003 | **Klara Spinks Fleming Fellowship** |
| | Jules Stein Eye Institute, University of California, Los Angeles, California. |
| 2001 | **Paul Kayser International Fellowship Award** |
| | Pan-American Opthalmological Foundation, Arlington, Texas. |
| 2000 - 2001 | **Nancy and David Schanzlin Resident Research Award** |
| | Shiley Eye Center, University of California, San Diego, California. |
| 2000 - 2001 | **Award For Basic And Clinical Science** |
| | Shiley Eye Center, University of California, San Diego, California. |
| 2000 | **Association for Research in Vision and Ophthalmology (ARVO) Travel Fellowship Grant** |
| | National Eye Institute, Bethesda, Maryland. |

**TEACHING EXPERIENCE**

<u>Courses & Invited Lectures</u>

| | |
|---|---|
| Aug 2018 | ***Is It Glaucoma? Or Myopia?*** |
| | San Gabriel Valley Optometric Society, Arcadia, California |
| Sept 2017 | ***Is It Glaucoma? Or Myopia?*** |
| | Continuing Education Program, Studio City, California |
| June 2015 | ***Glaucoma Case Presentations*** |
| | San Gabriel Valley Optometric Society, Pasadena, California |
| Mar 2015 | ***Glaucoma Review*** |
| | Continuing Education Program, Studio City, California |
| Dec 2013 | ***Glaucoma: Back to Basics*** |
| | Los Angeles County Optometric Society, Los Angeles, California |
| Oct 2013 | ***Glaucoma: Back to Basics*** |
| | Continuing Education Program, Studio City, California |
| Oct 2013 | ***Glaucoma: Back to Basics*** |
| | Continuing Education Program, Pasadena, California |
| Oct 2013 | ***Management of Intraocular Pressure in 2013*** |
| | Alcon Educational Program, Santa Barbara, California |
| Sept 2013 | ***Glaucoma: Back to Basics*** |
| | San Gabriel Valley Optometric Society, Arcadia, California |
| Sept 2013 | ***Simbrinza: A Physician's Perspective*** |
| | Alcon Boot Camp, Los Angeles, California |
| August 2013 | ***Management of Intraocular Pressure in 2013*** |

|  |  |
|---|---|
|  | Alcon Educational Program, Sherman Oaks, California |
| Oct 2012 | ***Narrow Angle Glaucoma*** |
|  | Continuing Education Program, Studio City, California |
| Sept 2012 | ***Glaucoma At a Glance*** |
|  | Continuing Education Program, Pasadena, California |
| August 2012 | ***The Glaucoma Perspective*** |
|  | Continuing Education Program, Fort Worth, Texas |
| March 2012 | ***Narrow Angle Glaucoma*** |
|  | Los Angeles County Optometric Society, Los Angeles, California |
| July 2011 | ***Glaucoma Surgery and Beyond*** |
|  | Continuing Education Program, Studio City, California |
| Nov 2010 | ***The Ex-Press Glaucoma Device*** |
|  | Alcon Educational Program, Los Angeles, California |
| October 2010 | ***Glaucoma Surgery and Beyond*** |
|  | Continuing Education Program, Pasadena, California |
| May 2010 | ***Glaucoma Surgery and Beyond*** |
|  | Los Angeles County Optometric Society, Los Angeles, California |
| April 2010 | ***Glaucoma Case Presentations*** |
|  | Jules Stein Eye Institute, University of California, Los Angeles, California |
| August 2009 | ***Glaucoma Management*** |
|  | Allergan Educational Program, North Hollywood, California |
| July 2009 | ***Redefining Glaucoma*** |
|  | Rio Hondo Optometric Association, Buena Vista, California |
| June 2009 | ***Glaucoma Case Presentations*** |
|  | Alcon Educational Program, Pasadena, California |
| June 2009 | ***Pharmacological and Surgical Management of Glaucoma*** |
|  | San Fernando Valley Optometric Society, Encino, California |
| Mar 2008 | ***Update on Glaucoma*** |
|  | Alcon Educational Program, Los Angeles, California |
| Feb 2008 | ***Redefining Glaucoma*** |
|  | Alcon Educational Program, Los Angeles, California |
| Oct 2007 | ***Redefining Glaucoma*** |
|  | Alcon Educational Program, Pasadena, California |
| May 2007 | ***Update on Glaucoma Diagnosis and Management*** |
|  | Center for the Partially Sighted, Tarzana, California |
| Dec 2006 | ***Surgical Innovations in Glaucoma*** |
|  | Jules Stein Eye Institute, University of California, Los Angeles, California |
| Nov 2006 | ***Glaucoma Surgery Update*** |
|  | Los Angeles County Optometric Society, Los Angeles, California |
| Nov 2006 | ***Treatment & Management of Glaucoma Certification Course*** |
|  | Southern California College of Optometry, Fullerton, California |
| Oct 2006 | ***Glaucoma Management Update*** |
|  | San Fernando Valley Optometric Society Fall Symposium, Van Nuys, California |
| March 2006 | ***Glaucoma Potpourri*** |
|  | Jules Stein Eye Institute, University of California, Los Angeles, California |
| Oct 2005 | ***Treatment & Management of Glaucoma Certification Course*** |
|  | Southern California College of Optometry, Fullerton, California |
| April 2005 | ***Glaucoma Boards Review*** |
|  | Jules Stein Eye Institute, University of California, Los Angeles, California |
| March 2005 | ***Glaucoma Detection Using GDx with Variable Corneal Compensation*** |
|  | Alcon Masters Club, Palm Springs, California |
| Oct  2004 | ***Imaging the Optic Nerve in Glaucoma*** |

|  |  |
|---|---|
|  | San Fernando Valley Optometric Society Fall Symposium |
| Oct. 2004 | ***The Truth About B-Blockers*** |
|  | Pfizer Educational Program, Los Angeles, California |
| July 2004 | ***What Everyone Ought to Know About Macular Degeneration*** |
|  | St. Joseph's Medical Center, Burbank, California |
| July 2004 | ***Treatment & Management of Glaucoma Certification Course*** |
|  | Southern California College of Optometry, Fullerton, California |
| May 2004 | ***Identifying Early Glaucoma with Optical Coherence*** |
|  | Jules Stein Alumni Research Seminar, Los Angeles, California |
| April 2004 | ***Glaucoma Case Presentations*** |
|  | TLC Laser Eye Centers, Encino, CA |
| March 2004 | ***What Everyone Ought to Know About Glaucoma*** |
|  | St. Joseph's Medical Center, Burbank, California |
| Feb 2004 | ***Glaucoma Case Presentations*** |
|  | Glendale Eye Institute, Glendale, California |
| Feb 2004 | ***Glaucoma Update*** |
|  | St. Joseph's Medical Center, Burbank, California |
| Dec. 2003 | ***What's New in Glaucoma*** |
|  | Alcon Educational Program, Los Angeles, California |
| Nov. 2003 | ***Glaucoma Update; Examination of Your Case Studies*** |
|  | Pfizer Educational Program, Los Angeles, California |
| Oct. 2003 | ***Glaucoma Update; Examination of Your Case Studies*** |
|  | Pfizer Educational Program, Los Angeles, California |
| Oct. 2003 | ***Case Studies in Glaucoma*** |
|  | Southern California College of Optometry, Los Angeles, California |
| Sept. 2003 | ***Imaging of the Optic Nerve Head and Retinal Nerve Fiber Layer in Glaucoma*** |
|  | Continuing Education Program, Studio City, California. |
| May 2003 | ***A Review of Optic Nerve Imaging*** |
|  | Sinsky Eye Institute, Santa Monica, California |
| Feb. 2003 | ***Variable Corneal Compensation Improves Discrimination Between Normal and Glaucomatous Eyes with the Scanning Laser Polarimeter*** |
|  | Rocky Mountain Lions Eye Institute, Denver, Colorado |
| May 2002 | ***The Variable Corneal Compensator Improves Discrimination Between Normal and Glaucomatous Eyes with the Scanning Laser Polarimeter*** |
|  | Jules Stein Annual Vision Science Conference, Lake Arrowhead, California |
| May 2002 | ***Identification of Glaucomatous Progression by Sector Analysis of Confocal Scanning Laser Ophthalmoscopy*** |
|  | Jules Stein Alumni Research Seminar, Los Angeles, California |
| Jan. 2002 | ***Bleb Leaks*** |
|  | 71st Midwinter Clinical Conference for Otolaryngology and Ophthalmology, Los Angeles, California |
| 2001 - 2002 | ***Ophthalmology Basic Science Lecture Series*** |
|  | University of California, Los Angeles, California. |
| Mar. 2000 | ***The Red Eye*** |
|  | University of California, San Diego, California |
| Jan. 2000 | ***Corneal Injury*** |
|  | University of California, San Diego, California |

# PUBLICATIONS

## Original Articles

1. Nouri-Mahdavi K, Hoffman D, Tannenbaum DP, Law SK, Caprioli J. *Identifying Early Glaucoma with Optical Coherence Tomography*. American Jounal of Ophthalmology. 2004;137:228-235.
2. Tannenbaum DP, Hoffman D, Lemij H, Garway-Heath DF, Greenfield DS, Caprioli J. *The Variable Corneal Compensator Improves Discrimination Between Normal and Glaucomatous Eyes with the Scanning Laser Polarimetry.* Ophthalmology. 2004;111:259-264.
3. Tannenbaum DP, Hoffman D, Greaney M, Caprioli J. *Outcomes of Bleb Excision and Conjunctival Advancement for Leaking or Hypotonous Eyes After Glaucoma Filtering Surgery*. British Journal of Ophthalmology. 2004;88:99-103.
4. Tannenbaum DP, Zangwill LM, Bowd C, Sample PA, Weinreb RN. *Relationship Between Visual Field Testing and Scanning Laser Polarimetry in Patients With Large C/D*. American Journal of Ophthalmogy. 2001;132:501-506.
5. Manecke GR, Tannenbaum DP, McCoy BE*. Severe Bilateral Corneal Injury Attributed to a Preservative-Containing Eye Lubricant*. Anesthesiology. 2000; 93:1545-1546.

## Chapters

1. Caprioli J, Tannenbaum DP. *Quantitative Measurement of the Optic Disc*. Tasman W, Jaeger EA, eds. Duane's Clinical Ophthalmology. 2004 edition.

## Abstracts

1. Tannenbaum DP, Goldstein DI, Mandelberg AI. *The Travatan Dosing Aid in Clinical Practice*. American Society of Cataract and Refractive Surgery, Annual Meeting, San Diego, California, May 2007.
2. Tannenbaum DP, Nouri-Mahdavi K, Law S, Hoffman D, Caprioli J. *Performance of the OCT for Discriminating Early Glaucoma from Glaucoma Suspects.* The Association for Research in Vision and Ophthalmology, Annual Meeting, Ft. Lauderdale, Florida, May 2004.
3. Tannenbaum DP, Hoffman D, Li G, Nie K, Nouri-Mahdavi K, Zeyen T, Caprioli J. *Probability of Change in Optic nerve Head Topography with High Dimensional Analysis of Variance.* The Association for Research in Vision and Ophthalmology, Annual Meeting, Ft. Lauderdale, Florida, May 2003.
4. Tannenbaum DP, Li G, Hoffman D, Zeyen T, Dong J, Caprioli J. *Identification of Glaucomatous Progression by Sector Analysis of Confocal Scanning Laser Ophthalmoscopy*. The Association for Research in Vision and Ophthalmology, Annual Meeting, Ft. Lauderdale, Florida, May 2002.
5. Tannenbaum DP, Zangwill LM, Bowd C, Sample PA, Weinreb RN. *Relationship Between   Visual Field Testing and Scanning Laser Polarimetry in Patients With Large C/D*. The Association for Research in Vision and Ophthalmology, Annual Meeting, Ft. Lauderdale, Florida, May 2000.
6. Tannenbaum DP, Scull JJ, Alcocer CE, Deschenes J, Burnier MN. *The Incidence of Epithelial and Melanocytic Tumors of the Conjunctiva.* The Association for Research in Vision and Ophthalmology, Annual Meeting, Ft. Lauderdale, Florida, April 1996.

**EXPERT WITNESS EXPERIENCE**

Rosenberg v. Fintleman, 2024
Macular hypotony post wound leak with cataract surgery.
Review of records on behalf of plaintiff.

Kaskie v. Goldban, 2024
Endophthalmitis post cataract surgery.
Review of records on behalf of defendant. *Provided written report*

Zaoui v. Marina Del Rey Optometry, 2024
Plaintiff with CMV retinitis.
Review of records on behalf of defendant. *Provided written report*

Gonzalex v. Perez Express, 2024
Ocular trauma post motor vehicle collision.
Review of records on behalf of defendant. Case Settled.

Blanc v Morato, 2024
Plaintiff alleging malpractice post ocular trauma.
Review of records on behalf of defendant. Examined Plaintiff. **Testified at Deposition and Trial.**

Jalali v. Sadri, 2023
Plaintiff post cataract surgery with uncontrolled glaucoma.
Review of records on behalf of defendant. Case Settled.

Bahadori v Dougherty, 2023
Plaintiff alleging malpractice post cataract surgery with iStent.
Review of records on behalf of defendant.

Blanc v Morato, 2024
Plaintiff alleging malpractive post ocular trauma.
Review of records on behalf of defendant. Examined Plaintiff. **Testified at Deposition and Trial.**

Geyer v Mariott, 2023
Plaintiff alleged loss of vision after trauma.
Review of records on behalf of defendant. Case Settled.

Duane v Wood, 2023
Plaintiff sustained choroidal rupture, alleging malpractice.
Review of records on behalf of defendant.

Martin v Naphcare/Pierce County, 2023
Plainitff alleging malpractice while incarcerated.
Review of records on behalf of defendant.

Finnell v. Black and Decker, 2022
Plaintiff sustained ocular injury.
Review of records on behalf of defendant. Case settled.

Gonzalez v. Del Amo Construction, October 2022
Plaintiff sustained traumatic workplace injury.

Review of records on behalf of defendant. Examined Plaintiff. *Provided written report.*

Schimmel v. Chang, October 2019
Plaintiff with secondary glaucoma as a result of complications related to cataract surgery.
Review of records on behalf of plaintiff. **Testified at Deposition and Trial.**

Jay Schroeder v. Steven Wright/ Nicholas Parcher, March 2019
Plaintiff sustained injuries as a result of blunt force trauma by police.
Review of records on behalf of plaintiff. *Provided Federal Rule 26 Report.* **Testified at Deposition and Trial.**

Carol Moskowitz v. Dr. Susan Lusombe, May 2018
Plaintiff with progressive glaucoma and vision loss after cataract surgery.
Review of medical records. *Provided Certified Expert Medical Opinion.*

Chevalier v. Kresge Eye Institute, June 2017
Plaintiff sustained complications subsequent to laser peripheral iridotomy.
Review of medical records. *Provided affidavit.*   **Testified at Deposition.**

Dial v. America's Best Contacts & Eyeglasses, March 2017
62  year old man with missed diagnosis of primary open angle glaucoma.
Reviewed medical records on behalf of Plaintiff. *Provided Affidavit.*

Wright vs. Ross Dress for Less, February 2017
73 year old with slip and fall and alleged ocular trauma
Review of medical records and Independent Medical Exam on behalf defendant. **Testified at trial.**

Haynes v. United States, January 2016
66 year old man who sustained complications subsequent to laser peripheral iridotomy.
Review of medical records and Independent Medical Exam on behalf of plaintiff. **Testified at deposition.**

Fitzgerald v. Sarno, June 2015
69 year old woman with progressive glaucoma.
Review of records on behalf of plaintiff.  **Testified at deposition and trial.**

Jeffery Brown v. Atlantis Eyecare, January 2015
50 year old man with primary open angle glaucoma.
Reviewed medical record on behalf of Plaintiff. **Testified at deposition**.

Kasayuli v. United States, June 2014.
54 year old man with angle closure glaucoma.
Reviewed medical record on behalf of Plaintiff. **Testified at deposition**.

Tolbert v. Kaweah Delta Hospital, August 2013.
71 year old female with traumatic eye injury.
Review of records on behalf of plaintiff.  **Testified at deposition**.

Lucas v. Washington State Department of Corrections, July 2013.
60 year old man with glaucoma denied appropriate health care while incarcerated.
Reviewed medical records on behalf of plaintiff. **Testified at deposition**.

Marty Upton v. David Kaye M.D., October 2012.
54 year old man with corneal ulcer requiring evisceration.
Review of medical record on behalf of plaintiff. **Testified at deposition.**

Chase v. Gallardo, June 2012.
52 year old female with glaucoma.
Review of medical records on behalf of plaintiff. **Testified at deposition**.

Dawn Laufer v. Ethiraj Ramchander, M.D., October 2011.
Patient sustained irreversible loss of vision secondary to untreated angle closure glaucoma.
Reviewed medical records on behalf of plaintiff. **Testified at deposition**.

Lahkvir Singh v. Lorenzen Mortuary, June 2011.
25 year old victim of motor vehicle accident with resultant legal blindness right eye.
Performed Independent Medical Exam. *Provided written report.*

Frank Lucero v. California Department of Corrections, March 2011.
40 year old man with loss of eye secondary to denial of appropriate health care while incarcerated.
Reviewed medical records on behalf of plaintiff. **Testified at deposition**.

Buddy Bain v. Mama Somaiya M.D., February 2011
65 year old man sustained glaucomatous damage secondary to untreated intraocular pressure.
Review of medical records on behalf of plaintiff. **Testified at deposition and trial.**

Anthony Vinezeano v. Riverside Ambulatory Surgical Center, September 2010
82 year old man sustained ocular injury during cataract surgery.
Reviewed medical records on behalf of plaintiff. *Provided Physician's Report and Certificate of Medical Malpractice.*

Fleming v. American States Insurance Company, August 2007.
Fifty three year old man involved in motor vehicle accident.
Performed Independent Medical Exam. *Provided written report on behalf of the defendant.*

Arreola v. Montebello Unified School District, August 2006.
Seven year old boy who sustained penetrating eye injury while at school.
Performed Independent Medical Exam. **Testified at deposition and trial.**

Yee v. Fernandez, July 2005.
Seventy three year old lady involved in a motor vehicle accident.
Performed Independent Medical Exam. *Provided written report on behalf of the defendant.*

*a center for* VisionCare

Dana P. Tannenbaum, M.D.

- Glaucoma Specialist
- Eye Physician & Surgeon
- Diplomate of American Board of Ophthalmology

Tel **[818] 762-0647** Fax [818] 762-0996

2031 W. Alameda Avenue, Suite 300, Burbank CA  91506
www.danatannenbaummd.com

**Expert Witness Fee Schedule**

- Review of Medical Records:    $ 1,050 per hour  (2 hour minimum)

- Deposition Testimony:    $ 1,050 per hour (payable if cancelled within 48 hours)

- Court Testimony:    $ 7,500 (payable if cancelled within 48 hours)

- Travel Time:    $ 800 per hour   [two hour minimum (door to door) ]

Dana Tannenbaum MD Tax ID Number:  20-3256748