**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **Case No.: 5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>**Final Pretrial Conference:**<br>Date:　March 16, 2026<br>Time:　11:00 a.m.<br>**Trial:**<br>Date:　April 7, 2026<br>Time:　09:00 a.m.<br>Place:　Courtroom 1 |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff Henry Barnhill hereby serves the following list of witnesses which he may call during trial, and as a draft of Plaintiff's Witness List. Plaintiff reserves the right to supplement and/or amend this list. Plaintiff further reserves the right amend pending the Court's order on the parties stipulation and or any order continuing the final pretrial conference date.

Respectfully Submitted,
DATED:  February 23, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By:  _____/s/_____Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

# PLAINTIFF'S WITNESS LIST

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness's Name, Phone Number, Address** | **Summary of Testimony / Why Testimony Unique** | **Time for Direct Exam (hours)** | **Time for Cross Exam (hours)** | **Dates of Testimony** |
| **Henry Barnhill** c/o Plaintiff's Counsel | Plaintiff will testify as to the incident and his damages. | 1 Hour | | |
| **Brett Maynard** c/o Defense Counsel | Defendant Officer Maynard is likely to testify as to his perception of the incident, including only the information known to him at the time he used force against Plaintiff and what occurred immediately after the incident. Officer Maynard is also likely to testify as to his training and policies which informed his decision-making during the incident, including tactics, de-escalation; use of force; available alternatives; observations; the events before the shooting; commands given; warnings given (or lack thereof); the shooting incident; the post shooting events; her recorded interview with homicide; deposition testimony; hypothetical questions; and Mr. Valdivia's body positions during the shooting; and all related liability questions as well as her observations of Mr. Valdivia's injuries and punitive damages amount. | | 1.5 Hours | |
| **Joshua Bishop** c/o Defense Counsel | Defendant Officer Bishop is likely to testify as to his perception of the incident, including the information know to him at the time the uses of force against Mr. Valdivia and what occurred after the shooting incident. Officer Meadows is also likely to testify as to his training and policies which informed his decision-making during the incident, including his background, experience on tactics, cover/concealment; use of force; the | | 1.5 Hours | |

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness's Name, Phone Number, Address** | **Summary of Testimony / Why Testimony Unique** | **Time for Direct Exam (hours)** | **Time for Cross Exam (hours)** | **Dates of Testimony** |
| | tactical plan (or lack thereof); the tactics actually employed; devices available to him during the incident; initial observations; events before the shooting; commands given; warnings given (or lack thereof); shooting incident; the post shooting events; recorded interview with homicide; deposition testimony; hypothetical questions; and Mr. Valdivia's body positions during the shooting; and all related liability questions as well as his observations of Mr. Valdivia's injuries. | | | |
| **Pedro Aguila** c/o Defense Counsel | Defendant Officer Aguila is likely to testify as to her perception of the incident, including the information know to him at the time the uses of force against Mr. Valdivia and what occurred after the shooting incident. Officer Sun is also likely to testify as to his training and policies which informed her decision-making during the incident, including her background, experience on tactics, cover/concealment; use of force; the tactical plan (or lack thereof); the tactics actually employed; devices available to her during the incident; initial observations; events before the shooting; commands given; warnings given (or lack thereof); shooting incident; the post shooting events; recorded interview with homicide; deposition testimony; hypothetical questions; and Mr. Valdivia's body positions during the shooting; and all related liability questions as well as his observations of Mr. Valdivia's injuries. | | **1.5 Hours** | |
| **Douglas Klinzing** | Defendant Corporal Klinzing is likely to testify as to her perception of the incident, including the information | | **1.5 Hours** | |

| Plaintiff's Witness List ||||||
|---|---|---|---|---|
| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
| c/o Defense Counsel | know to him at the time the uses of force against Mr. Valdivia and what occurred after the shooting incident. Officer Sun is also likely to testify as to his training and policies which informed her decision-making during the incident, including her background, experience on tactics, cover/concealment; use of force; the tactical plan (or lack thereof); the tactics actually employed; devices available to her during the incident; initial observations; events before the shooting; commands given; warnings given (or lack thereof); shooting incident; the post shooting events; recorded interview with homicide; deposition testimony; hypothetical questions; and Mr. Valdivia's body positions during the shooting; and all related liability questions as well as his observations of Mr. Valdivia's injuries. | | | |
| **Jamie Gonzalez** c/o Defense Counsel | Jamie Gonzalez is likely to testify as to his investigation/review/findings related to this incident, including the information know to offices at the time the uses of force against Mr. Valdivia and what occurred after the shooting incident. Chief Arellano is also likely to testify as to the training and policies he provided which informed the officers' decision-making during the incident, including their background, experience on tactics, cover/concealment; use of force; the tactical plan (or lack thereof); the tactics actually employed; devices available to them during the incident; initial observations; events before the shooting; commands given; warnings given (or lack thereof); shooting | | **0.4 Hours** | |

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness's Name, Phone Number, Address** | **Summary of Testimony / Why Testimony Unique** | **Time for Direct Exam (hours)** | **Time for Cross Exam (hours)** | **Dates of Testimony** |
| | incident; the post shooting events; recorded interview with homicide; deposition testimony; hypothetical questions; and Mr. Valdivia's body positions during the shooting; and all related liability questions as well as his understanding of Mr. Valdivia's injuries. | | | |
| **Catherine Tipton** c/o Defense Counsel | Catherine Tipton is likely to testify as to his investigation/review/findings related to this incident, including the information know to offices at the time the uses of force against Mr. Valdivia and what occurred after the shooting incident. Chief Arellano is also likely to testify as to the training and policies he provided which informed the officers' decision-making during the incident, including their background, experience on tactics, cover/concealment; use of force; the tactical plan (or lack thereof); the tactics actually employed; devices available to them during the incident; initial observations; events before the shooting; commands given; warnings given (or lack thereof); shooting incident; the post shooting events; recorded interview with homicide; deposition testimony; hypothetical questions; and Mr. Valdivia's body positions during the shooting; and all related liability questions as well as his understanding of Mr. Valdivia's injuries. | | 0.4 Hours | |
| **Chief of Police Michael Arellano** c/o Defense | Chief Arellano is likely to testify as to his investigation/review/findings related to this incident, including the information know to offices at the time the uses of force against Mr. Valdivia and what occurred after the shooting | | 0.5 Hours | |

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
| Counsel | incident. Chief Arellano is also likely to testify as to the training and policies he provided which informed the officers' decision-making during the incident, including their background, experience on tactics, cover/concealment; use of force; the tactical plan (or lack thereof); the tactics actually employed; devices available to them during the incident; initial observations; events before the shooting; commands given; warnings given (or lack thereof); shooting incident; the post shooting events; recorded interview with homicide; deposition testimony; hypothetical questions; and Mr. Valdivia's body positions during the shooting; and all related liability questions as well as his understanding of Mr. Valdivia's injuries. | | | |
| **Clark, Roger** c/o Plaintiff's counsel; 10207 Molino Road. Santee, CA 92071; (208) 351-2458 | Roger Clark is Plaintiff's single police practices expert, and only retained expert witness, who will testify as to his opinions rendered in this case based on his knowledge and experience as a Sheriff's Deputy and his review of materials in this case. Mr. Clark's testimony will include explanation of basic law enforcement training and the POST standards as it relates to this case, including vehicle operations, patrol operations, first aid, area searches, contact and cover configurations, announcing the presence of law enforcement, de-escalation tactics, pre-shooting tactics, and the use of force and deadly force. Mr. Clark will testify as to the materials he reviewed, his general understanding of the facts, | **1.25 Hours** | | |

7   Case No.: 5:23-cv-00589-JGB-SP
**PLAINTIFF'S WITNESS LIST**

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|  | opportunities presented to the involved officers to give commands, warnings, employment of contact/cover configuration, whether de-escalation methods were used, and the appropriateness of the tactics used by the involved Officers in this incident. Mr. Clark will opine on the use of deadly force standards, and the appropriateness of the use of deadly force under the circumstances of this case. Mr. Clark will further opine on the appropriateness of shots, the standard of immediate threat of death or serious bodily injury required when an officer uses deadly force; whether a reasonable officer under these circumstances would have resorted to deadly force; hypothetical questions based on the officers' versions and hypothetical questions; his understanding of the forensic and physical evidence presented in this case; and the appropriate actions upon review of the materials. |  |  |  |
| **Ryan O'Connor, M.D.** c/o Plaintiff's counsel; P.O. Box 86166, Los Angeles, CA 90086; 310-990-9979 | Plaintiff's Medical Expert. | **0.75 Hours** |  |  |
| **Dana Tannenbaum, M.D.** c/o Plaintiff's counsel; 2031 W. Alameda | Plaintiff's Eye Expert. | **0.75 Hours** |  |  |

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness's Name, Phone Number, Address** | **Summary of Testimony / Why Testimony Unique** | **Time for Direct Exam (hours)** | **Time for Cross Exam (hours)** | **Dates of Testimony** |
| Alameda Ave., Suite 300, Burbank, CA 91506; 818-762-0647 | | | | |
| **Stephanie Anne Loe, M.D.** 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5650 | Dr. Loe is a physician who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm. | **0.5 Hours** | | |
| **Karim Rasheed, M.D.** 1315 Las Tablas Road, Templeton, CA 93465; (805) 434-2533 | Dr. Rasheed is a physician who treated Plaintiff's eye and who may testify to Plaintiff's injuries and harm. | **0.4 Hours** | | |
| *Custodians of Records | Any custodians of records necessary to lay any foundation required. | | | |

* Indicates an individual that may be called if necessary.