**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive.<br><br>            Defendants. | **Case No.: 5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**PLAINTIFF'S EXHIBIT LIST**<br><br>**Final Pretrial Conference:**<br>Date:   March 16, 2026<br>Time:   11:00 a.m.<br>**Trial:**<br>Date:   April 7, 2026<br>Time:   09:00 a.m.<br>Place:  Courtroom 1 |

1 | **TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF**
2 | **RECORD:**
3 |     Plaintiff Henry Barnhill hereby submits the following Exhibit List. The
4 | parties reserve the right to supplement and/or amend this list and objections
5 | herein.

8 | Respectfully Submitted,
9 | DATED: February 23, 2026     **LAW OFFICES OF DALE K. GALIPO GRECH, PACKER, & HANKS**

11 | By:    */s/ Marcel F. Sincich*
    Dale K. Galipo
    Marcel F. Sincich
    Trent C. Packer
    *Attorney for Plaintiff*

**PLAINTIFF'S EXHIBIT LIST**

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | **VIDEOS** | | | |
| 1. | Maynard BWC (1537) | | | |
| 2. | Screenshots of Maynard BWC (reserved) | | | |
| 3. | Bishop BWC (1538) | | | |
| 4. | Screenshots of Bishop BWC (reserved) | | | |
| 5. | Aguila BWC (1539) | | | |
| 6. | Screenshots of Aguila BWC (reserved) | | | |
|  | **PHOTOGRAPHS** | | | |
| 7. | Injury Photos | | | |
| 8. | Scene Photos | | | |
| 9. | Reserved | | | |
|  | **MEDICAL RECORDS** | | | |
| 10. | RUHS Medical Records (Select Portions) | | | |
| 11. | County of Riverside Medical Records (Select Portions) | | | |
| 12. | CDCR Medical Records (Select Portions) | | | |
| 13. | Sani Eye Center Medical Records (Select Portions) | | | |
| 14. | California Retina Medical Records (Select Portions) | | | |
|  | **DISCOVERY RESPONSES** | | | |
| 15. | City Responses to Requests for Admission (11/06/25) | | | |
| 16. | City Responses to Interrogatories | | | |

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (01/05/24) | | | |
| 17. | Aguila Responses to Requests for Admission (11/06/25) | | | |
| 18. | Aguila Responses to Interrogatories (11/06/25) | | | |
| 19. | Bishop Responses to Requests for Admission (11/06/25) | | | |
| 20. | Bishop Responses to Interrogatories (11/06/25) | | | |
| 21. | Maynard Responses to Requests for Admission (11/06/25) | | | |
| 22. | Maynard Responses to Interrogatories (11/06/25) | | | |
|  | **\*For Impeachment or Record Refresh Only\*** | | | |
| 23. | Incident Report (7-46) | | | |
| 24. | Supplemental Incident Report (47-66) | | | |
| 25. | Maynard Training Activity | | | |
| 26. | Maynard Employee Portfolio | | | |
| 27. | Bishop Training Activity | | | |
| 28. | Bishop Employee Portfolio | | | |
| 29. | Aguila Training Activity | | | |
| 30. | Aguila Employee Portfolio | | | |
| 31. | Klinzing Training Activity | | | |
| 32. | City Use of Force Policy | | | |

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| | Nos. 35-99 – reserved for Plaintiff | | | |
| | **DEFENDANTS' ADDITIONAL EXHIBITS** | | | |
| 100. | | | | |
| 101. | | | | |
| 102. | | | | |
| 103. | | | | |
| 104. | | | | |
| 105. | | | | |