Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
*andrea.kornblau@manningkass.com*
Kimberly L. Aceves (State Bar No. 364642)
*kimberly.aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HENRY BARNHILL,

Plaintiff,

v.

CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,

Defendants.

Case No. 5:23-cv-00589 JGB(SPx)
[*District Judge: Jesus G. Bernal*
*Magistrate Judge: Sheri Pym*]

**DEFENDANTS' PROPOSED EXHIBIT LIST**

Complaint Filed: 04/12/2024
Final Pre-Trial Conf.: 03/16/2026
Trial Date: 04/07/2026

**<u>TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL</u>:**

By and through their counsel of record in this action, defendants CITY OF HEMET ("City"), OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON (collectively referred to as "Defendants") hereby submit the following proposed joint Exhibit List of tangible/documentary

evidence which may potentially be provided-published to the jury at the time of trial (to the extent admissible under the Federal Rules of Evidence), pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

Defendants reserve the **right to amend** this Exhibit List, subject to any objections, motions *in limine*, and applicable Orders of the Court.

**EXHIBIT STIPULATION RE AUTHENTICITY.**

Notwithstanding any objections or motions *in limine* as to admissibility on grounds *other than authenticity*, except where an objection is made herein below specifically on the basis of authenticity, the signatory parties also hereby stipulate to the authenticity of each, all, and any of the following exhibits; and the parties hereby stipulate that, for purposes of authentication only (*e.g.*, pursuant to Fed. R. Evid. 901-903, 1001-1007); thus, except where an objection is made specifically on the basis of authenticity herein below, the parties hereby waive all objections to the listed exhibits on grounds of authenticity.

Nothing in this Stipulation shall be construed as any waiver by any of the parties of any objections to any exhibits on any grounds other than authenticity.

**A. Exhibits to Which the Parties Stipulate for Admission.**

**Plaintiffs' exhibits no.:** TBD.

**Defendants' exhibits nos**.: TBD.

**B. Exhibits Objected To Solely on Authenticity Grounds.**

TBD.

**C. Exhibits Marked Herein Only For Identification And For Which Admission At Trial (If Any) Will Be Subject to Proof.**

All exhibits not identified herein above as stipulated for admission. (*e.g.*, all exhibits *except* those identified under section A above).



MK MANNING | KASS

**IT IS SO STIPULATED.**

DATED: February 23, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Andrea K. Kornblau
Eugene P. Ramirez, Esq.
Andrea K. Kornblau, Esq.
Attorneys for Defendants,
CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

3
Case No. 5:23-cv-00589 JGB(SPx)
DEFENDANTS' PROPOSED EXHIBIT LIST(S) OF THE PARTIES

MK MANNING | KASS

MANNING | KASS

## EXHIBIT LIST

| EX. # | EXHIBIT DESCRIPTION | OBJECT. | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|---|
| *** | **DEFENDANTS' EXHIBIT LIST** | *** | *** | *** |
| *** | ***RECORDINGS & TRANSCRIPTS*** | *** | *** | *** |
| 001 | Barnhill Booking Records. 04/29/22.<br><br>**[HPD000001-9]** | | | |
| 002 | Emergency Protective Order. 04/29/22.<br><br>**[HPD000010-11]** | | | |
| 003 | Bail Enhancement. 04/29/22.<br><br>**[HPD000012-13]** | | | |
| 004 | Barnhill CA DMV Photo Record. 04/30/22.<br><br>**[HPD000014]** | | | |
| 005 | Cadillac DMV Information. 04/30/22.<br><br>**[HPD000015]** | | | |
| 006 | Dodge Challenger DMV Information. 04/30/22.<br><br>**[HPD000016]** | | | |
| 007 | Officer Maynard. Declaration and Determination. 04/29/22.<br><br>**[HPD000017-18]** | | | |

4

Case No. 5:23-cv-00589 JGB(SPx)

DEFENDANTS' PROPOSED EXHIBIT LIST(S) OF THE PARTIES

| EX. # | EXHIBIT DESCRIPTION | OBJECT. | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|---|
| 008 | Officer Maynard. Booking Record and Declaration in Support of Arrest. 04/29/22. **[HPD000019-22]** | | | |
| 009 | Officer Maynard. Statement of Case. 04/29/22. **[HPD000023-30]** | | | |
| 010 | Adult Disposition of Arrest and Court Action. 04/29/22. **[HPD000031-34]** | | | |
| 011 | Officer Maynard District Attorney Complaint Assignment Form. 04/29/22. **[HPD000035-38]** | | | |
| 012 | Booking Record. 04/29/22. **[HPD000039]** | | | |
| 013 | District Attorney Complaint Assignment Form. 04/29/22. **[HPD000040]** | | | |
| 014 | Officer Bishop Property Entry Form. 04/29/22. **[HPD000041-42]** | | | |
| 015 | Officer Bishop Vehicle Property Summary. 04/29/22. **[HPD000043-52]** | | | |
| 016 | Officer Bishop Use of Force Report. 04/29/22. **[HPD000053-60]** | | | |

MK MANNING | KASS

MANNING | KASS

| EX. # | EXHIBIT DESCRIPTION | OBJECT. | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|---|
| 017 | Officer Aguila. Supplemental Use of Force Report. 04/29/22. **[HPD000061-64]** | | | |
| 018 | Officer Maynard Crime Incident Report Cover Sheet. 04/29/22. **[HPD000065-77]** | | | |
| 019 | Officer Maynard Crime Incident Report. 04/29/22. **[HPD000078-122]** | | | |
| 020 | Officer Maynard Confidential Persons Addendum. 05/02/22. **[HPD000123-127]** | | | |
| 021 | Officer Maynard Arrest Report. 04/30/22. **[HPD000128-142]** | | | |
| 022 | Officer Maynard Confidential Reporting persons. 05/02/22. **[HPD000143]** | | | |
| 023 | Officer Maynard Property Entry Form2. 05/03/22. **[HPD000144-145]** | | | |
| 024 | Officer Maynard Supplemental Report. 05/04/22. **[HPD000146-147]** | | | |
| 025 | 911 Call. 04/29/22. **[HPD000148]** | | | |

6

Case No. 5:23-cv-00589 JGB(SPx)

**DEFENDANTS' PROPOSED EXHIBIT LIST(S) OF THE PARTIES**

| EX. # | EXHIBIT DESCRIPTION | OBJECT. | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|---|
| 026 | BWC. Ofcr. Aguila.001. Speaking with other Officers. 04/29/22. **[HPD000149]** | | | |
| 027 | BWC. Ofcr. Aguila.002. Speaking with Rachel. 04/29/22. **[HPD000150]** | | | |
| 028 | BWC. Ofcr. Aguila.003. Use of Force. 04/29/22. **[HPD000151]** | | | |
| 029 | BWC. Ofcr. Bishop.001. Pursuit. 04/29/22. **[HPD000152]** | | | |
| 030 | BWC. Ofcr. Bishop.002. Entering House. 04/29/22. **[HPD000153]** | | | |
| 031 | BWC. Ofcr. Bishop.003. Oliver Interview. 04/29/22. **[HPD000154]** | | | |
| 032 | BWC. Ofcr. Dominguez.001. McKweeny Elementary. 04/29/22. **[HPD000155]** | | | |
| 033 | BWC. Ofcr. Klinzing.001. Barnhill at Scene. 04/29/22. **[HPD000156]** | | | |

MK MANNING | KASS

7

Case No. 5:23-cv-00589 JGB(SPx)

DEFENDANTS' PROPOSED EXHIBIT LIST(S) OF THE PARTIES

| EX. # | EXHIBIT DESCRIPTION | OBJECT. | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|---|
| 034 | BWC. Ofcr. Klinzing.002. Barnhill Interview re Initial Pursuit. 04/29/22. **[HPD000157]** | | | |
| 035 | BWC. Ofcr. Klinzing.003. Barnhill Hospital Scna. 04/29/22. **[HPD000158]** | | | |
| 036 | BWC. Ofcr. Klinzing.004. Barnhill reject Search of Car. 04/29/22. **[HPD000159]** | | | |
| 037 | BWC. Ofcr. Klinzing.005. Barnhill Interview re Chase and Safety Sweep. 04/29/22. **[HPD000160]** | | | |
| 038 | BWC. Ofcr. Klinzing.006. Drive. 04/29/22. **[HPD000161]** | | | |
| 039 | BWC. Ofcr. Klinzing.007. Barnhill in Hospital. 04/29/22. **[HPD000162]** | | | |
| 040 | BWC. Ofcr. Maynard.001. Pursuit and Arrest. 04/29/22. **[HPD000163]** | | | |
| 041 | BWC. Ofcr. Maynard.002. Rachel Interview. 04/29/22. **[HPD000164]** | | | |

MK MANNING | KASS

MANNING | KASS

| EX. # | EXHIBIT DESCRIPTION | OBJECT. | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|---|
| 042 | BWC. Ofcr. Maynard.003. Rachel Follow Up re Gun. 04/29/22. **[HPD000165]** | | | |
| 043 | BWC. Ofcr. Maynard.004. Rachel Follow Up re Car. 04/29/22. **[HPD000166]** | | | |
| 044 | BWC. Ofcr. Maynard.005. Unknown Gun. 04/29/22. **[HPD000167]** | | | |
| 045 | BWC. Ofcr. Maynard.006. Photographing Pre-Search. 04/29/22. **[HPD000168]** | | | |
| 046 | BWC. Ofcr. Maynard.007. Searching Safe. 04/29/22. **[HPD000169]** | | | |
| 047 | BWC. Ofcr. Maynard.008. Photographing Post Search. 04/29/22. **[HPD000170]** | | | |
| 048 | BWC. Ofcr. McDonough.001. Rachel Interview. 04/29/22. **[HPD000171]** | | | |
| 049 | BWC. Ofcr. Walker.001. Safety Sweep. 04/29/22. **[HPD000172]** | | | |

| EX. # | EXHIBIT DESCRIPTION | OBJECT. | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|---|
| 050 | Screenshot of Facebook Profile. **[HPD000173]** | | | |
| 051 | Screengrab of Text Conversation with "Hank." **[HPD000174]** | | | |
| 052 | Photos of Barnhill. **[HPD000175-185]** | | | |
| 053 | Photo Selfie of Man. **[HPD000186]** | | | |
| 054 | Photos of Woman. **[HPD000187-208]** | | | |
| 055 | Photos of Warrant. 04/22/22. **[HPD000209-210]** | | | |
| 056 | Photos. Inside House. Living Room. **[HPD000211-222]** | | | |
| 057 | Photos. Inside House. Bedroom 001. **[HPD000223-234]** | | | |
| 058 | Photos. Inside House. Kitchen. **[HPD000235-243]** | | | |
| 059 | Photos. Inside House. Bedroom 002. **[HPD000244-253]** | | | |

10 Case No. 5:23-cv-00589 JGB(SPx)
DEFENDANTS' PROPOSED EXHIBIT LIST(S) OF THE PARTIES

| EX. # | EXHIBIT DESCRIPTION | OBJECT. | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|---|
| 060 | Photos. Inside House. Bathroom. **[HPD000254-264]** | | | |
| 061 | Photos. Inside House. Master Bedroom. **[HPD000265-281]** | | | |
| 062 | Photos. Inside House. Closet. **[HPD000282-286]** | | | |
| 063 | Photos. Inside House. Garage. **[HPD000287-295]** | | | |
| 064 | Photos. Front Door. **[HPD000296-297]** | | | |
| 065 | Photos. Inside House. Safe. **[HPD000298-303]** | | | |
| 066 | Photos. Inside House. Laundry. **[HPD000304]** | | | |
| 067 | Photos. Cadillac. 6CDF193. **[HPD000305-310]** | | | |
| 068 | Photos. Motorcvcle. 20H4518. **[HPD000311-313]** | | | |
| 069 | Photos. Guns and Ammunition. **[HPD000314-338]** | | | |

11 Case No. 5:23-cv-00589 JGB(SPx)
DEFENDANTS' PROPOSED EXHIBIT LIST(S) OF THE PARTIES

MK MANNING | KASS

| **EX. #** | **EXHIBIT DESCRIPTION** | **OBJECT.** | **DATE EX. ID'D** | **DATE EX. ADMIT'D TO EVID.** |
|---|---|---|---|---|
| 070 | Barnhill Mugshot. **[HPD000339]** | | | |
| 071 | Hemet Police Department. Policy 300. Use of Force. 02/15/22. **[HPD000340-349]** | | | |

MANNING | KASS

12 Case No. 5:23-cv-00589 JGB(SPx)
DEFENDANTS' PROPOSED EXHIBIT LIST(S) OF THE PARTIES