Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Kimberly L. Aceves (State Bar No. 364642)
  *kimberly.aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br>[*District Judge: Jesus G. Bernal*<br>*Magistrate Judge: Sheri Pym*]<br><br>**DEFENDANTS' PROPOSED WITNESS LIST OF THE PARTIES AND TIME ESTIMATES; NOTICE OF LIMITED WITNESS AVAILABILITY**<br><br>Complaint Filed:　　　04/12/2024<br>Final Pre-Trial Conf.:　03/16/2026<br>Trial Date:　　　　　　04/07/2026 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

　　By and through their counsel of record in this action, defendants CITY OF HEMET ("City"), OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON (collectively referred to as "Defendants") hereby submit the following proposed Witness List of testimonial evidence to be

provided-published to the jury at the time of trial (to the extent admissible under the Federal Rules of Evidence), pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

The signatory parties reserve the **right to amend** this Witness List, subject to any objections, motions *in limine*, and applicable Orders of the Court.

### NOTICE OF LIMITED WITNESS AVAILABILITY AND INTENT TO CALL OUT OF ORDER OR PROCEED BY STIPULATION OF FACT:

Defendants' Witnesses:

- Defendants are assessing availability, and defendants reserve the right to alert the honorable Court of conflicts at a later date.

DATED: February 23, 2026　　**MANNING & KASS**
　　　　　　　　　　　　　　　**ELLROD, RAMIREZ, TRESTER LLP**


By: 　　/s/ Andrea K. Kornblau
　　　　Eugene P. Ramirez, Esq.
　　　　Andrea K. Kornblau, Esq.
　　　　Kimberly L. Aceves, Esq.
　　Attorneys for Defendants,
　　CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

## WITNESS LIST OF THE PARTIES

| # | Witness Name | Date Called to Testify | Direct Exam Est. (Hrs.) | Cross-Exam Est. (Hrs.) | Re-Direct Exam Est. (Hrs.) | Total Exam Time Est. Hours | Summary of Expected Testimony | Cmt & Obj. |
|---|---|---|---|---|---|---|---|---|
| ** | *DEFENDANTS' CASE IN CHIEF (Defendants' Witness List)* | | *** | *** | | *** | *** | *** |
| 1. | *HPD Officer Brett Maynard (Δ)* | | 1.5 | | | | Incident Facts Re Call for Service, Uses of Force, Training | |
| 2. | *HPD Officer Joshua Bishop (Δ)* | | 1.5 | | | | Incident Facts Re Call for Service, Uses of Force, Training | |
| 3. | *HPD Officer Pedro Aguila (Δ)* | | 1.5 | | | | Incident Facts Re Call for Service, Uses of Force, Training | |
| 4. | *HPD Officer Corporal Klinzing (Δ)* | | 0.5 | | | | Incident Facts Re Call for Service, Uses of Force, Training | |
| 5. | *Jamie Gonzalez (Δ)* | | 0.0 | | | | None; No incident knowledge | |
| 6. | *Catherine Tipton (Δ)* | | 0.0 | | | | None; No incident knowledge | |
| 7. | *HPD Officer Dominguez* | | 0.5 | | | | Assisted with DV | |

1

Case No. 5:23-cv-00589 JGB(SPx)

**JOINTLY PROPOSED WITNESS LIST & TIME ESTIMATES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8. | *HPD Officer Walker* | | | | | | investigation Conducted Safety Sweep | |
| 9. | *HPD Officer McDonough* | | | | | | Assisted with DV investigation | |
| 10. | *HPD Sergeant Reynoso* | | | | | | Assisted with DV investigation | |
| 11. | **Chief Phillip Sanchez (Ret.)** | | Δ: 0.75 | Π: 0.5 | Δ: 0.1 | **1.1** *Page Sub-Total: 4.3* | Δ's Retain. Expert: Police Practices re Contact-Arrest & Force; Training | |
| 12. | **Rosabel Young, MD** | | Δ: 0.8 | Π: 0.5 | Δ: 0.2 | **1.5** *Page Sub-Total: 4.5* | Δ's Retained Expert: Neuropsychology | |

**Estimated Total Exam Time = 24.6 hours**.[1]

*(Total Exam Estimate does not duplicate exam time for witnesses listed on both plaintiffs' witness list and defendants' witness list.)*

Defendants reserve the **right to amend** this Witness List.

---

[1] Assuming approximately six (6) hours of trial (on-the-record) time per court day, witness examination should be completed within approximately five (5) court days.