
**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>                  Plaintiff,<br><br>       v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>                  Defendants. | **Case No.: 5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**PLAINTIFF'S [PROPOSED] STATEMENT OF THE CASE**<br><br>**Final Pretrial Conference:**<br>Date:   March 16, 2026<br>Time:   11:00 a.m.<br>**Trial:**<br>Date:   April 7, 2026<br>Time:   09:00 a.m.<br>Place:  Courtroom 1 |

PLAINTIFF'S [PROPOSED] STATEMENT OF THE CASE

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff Henry Barnhill hereby serves Plaintiff's [Proposed] Statement of the Case. Plaintiff reserves the right to amend this Statement of the Case subject to the parties' recent *ex parte* application and any applicable Orders of the Court.

Respectfully Submitted,

DATED: March 2, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: _____*/s/ Marcel F. Sincich*_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

## PLAINTIFF'S STATEMENT OF THE CASE

This civil rights action arises from the use of force against Henry Barnhill on April 29, 2022, by the City of Hemet Police Officers Brett Maynard, Joshua Bishop, Pedro Aguila, Douglas Klinzing.

Mr. Barnhill asserts claims against the Defendant Officers for use of excessive and unreasonable force for their negligent use of force against him. Mr. Barnhill also alleges claims against the City of Hemet for vicarious liability under state law. Mr. Barnhill seeks damages as permitted by law.

The defendants City of Hemet and officers Brett Maynard, Joshua Bishop, Pedro Aguila, and Douglas Klinzing deny those claims. The defendants claim that Plaintiff is comparatively negligent and has the burden of proving that claim.