**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:      (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-00589-JGB-SP<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**[PLAINTIFF'S PROPOSED] SPECIAL VERDICT FORM**<br><br>**Final Pretrial Conference:**<br>Date:     March 16, 2026<br>Time:     11:00 a.m.<br>**Trial:**<br>Date:     April 7, 2026<br>Time:     09:00 a.m.<br>Place:    Courtroom 1 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Court Order (Doc. 30), by and through his attorneys of record in this action, Plaintiff Henry Barnhill hereby submits the following [Plaintiff's Proposed] Special Verdict Form to be provided to the jury at trial.

Plaintiff reserves the right to amend this and any other [Proposed] Special Verdict Form, including but not limited to, subject to any objections, motions *in limine*, and the parties' recent *ex parte* application and any applicable Orders of the Court.

Respectfully submitted,

DATED:  March 2, 2026          **LAW OFFICES OF DALE K. GALIPO**
                               **GRECH, PACKER, & HANKS**

                               By:  _____/s/  Marcel F. Sincich_____
                               Dale K. Galipo
                               Marcel F. Sincich
                               Trent C. Packer
                               *Attorney for Plaintiff*

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13

| | |
|---|---|
| HENRY BARNHILL,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>             Defendants. | **Case No.: 5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**[PROPOSED] VERDICT FORM** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**Question No. 1: Did any of the Defendant Officers use excessive force against Mr. Barnhill?**

Brett Maynard        _____ YES        _____ NO

Joshua Bishop        _____ YES        _____ NO

Pedro Aguila        _____ YES        _____ NO

Douglas Klinzing        _____ YES        _____ NO

*If you answered "Yes" to any officer in either Question No. 1, please answer Question No. 2 as to those officers.*

*If you answered "No" as to all officers in Question No. 1, please answer Question No. 3.*

**Question No. 2: Was any of the Defendant Officer's use of excessive force a cause of injury or harm to Mr. Barnhill?**

Brett Maynard        _____YES        _____ NO

Joshua Bishop        _____YES        _____ NO

Pedro Aguila        _____YES        _____ NO

Douglas Klinzing        _____YES        _____ NO

*Please proceed to the Battery Claim Section and answer Question No. 3.*

///

PROPOSED SPECIAL VERDICT FORM

## __BATTERY CLAIM__

**Question No. 3: Did any of the Defendant Officer use unreasonable force against Mr. Barnhill?**

Brett Maynard _____YES        _____NO

Joshua Bishop _____YES        _____NO

Pedro Aguila _____YES        _____NO

Douglas Klinzing _____YES        _____NO

*If you answered "Yes" to any officer in either Question No. 3, please answer Question No. 4 as to those officers.*

*If you answered "No" as to all officers in Question No. 3, please answer Question No. 5.*

**Question No. 4: Was any of the Defendant Officer's use of unreasonable force a cause of injury or harm to Mr. Barnhill?**

Brett Maynard _____YES        _____NO

Joshua Bishop _____YES        _____NO

Pedro Aguila _____YES        _____NO

Douglas Klinzing _____YES        _____NO

*Please proceed to the Negligence Claim Section and answer Question No. 5.*

/ / /

/ / /

# NEGLIGENCE CLAIM

**Question No. 5: Was any of the Defendant Officers negligent in their use of force against Mr. Barnhill?**

|  |  |  |  |
|---|---|---|---|
| Brett Maynard | _____ YES | _____ NO |  |
| Joshua Bishop | _____ YES | _____ NO |  |
| Pedro Aguila | _____ YES | _____ NO |  |
| Douglas Klinzing | _____ YES | _____ NO |  |

*If you answered "Yes" to any officer in either Question No. 5, please answer Question No. 6 as to those officers.*

*If you answered "No" as to all officers in Question No. 5 but answered "Yes" as to any officer in Question No. 2, please answer Question No. 10.*

*If you answered "No" as to all officers in Question No. 2 and Question No. 5, but answered "Yes" as to Question No. 4, please answer Question No. 15.*

*If you answered "No" as to all offices in Question No. 2, Question No. 4, and Question No. 5, please sign and return this form.*

**Question No. 6: Was the negligence of any of the Defendant Officers a cause of injury or harm to Mr. Barnhill?**

|  |  |  |  |
|---|---|---|---|
| Brett Maynard | _____ YES | _____ NO |  |
| Joshua Bishop | _____ YES | _____ NO |  |
| Pedro Aguila | _____ YES | _____ NO |  |
| Douglas Klinzing | _____ YES | _____ NO |  |

*If you answered "Yes" as to any officer in Question No. 6, please answer Question No. 7.*

*If you answered "No" as to all officers in Question No. 6 but answered "Yes" as to any officer in Question No. 2, please answer Question No. 10.*

*If you answered "No" as to all officers in Question No. 2 and Question No. 6, but answered "Yes" as to Question No. 4, please answer Question No. 15.*

*If you answered "No" as to all offices in Question No. 2, Question No. 4, and Question No. 6, please sign and return this form.*

**Question No. 7: Was Mr. Barnhill negligent?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 7, please answer Question No. 8.*

*If you answered "No" to Question No. 7, please answer Question No. 9 as to all the officers you Answered "Yes" as in Question No. 6 and mark "0" for Mr. Barnhill.*

**Question No. 8: Was Mr. Barnhill's negligence a cause of his own injuries or harm?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 8, please answer Question No. 9 for all Defendant Officers you answered "Yes" to in Question No. 6 and for Mr. Barnhill.*

*If you answered "No" to Question No. 8, please answer Question No. 9 for all Defendant Officers you answered "Yes" to in Question No. 6 and mark "0" for Mr. Barnhill.*

PROPOSED SPECIAL VERDICT FORM

**Question No. 9: What percentage of responsibility for Mr. Barnhill's injury or harm do you assign to the negligent conduct, if any, of the following?**

| | |
|---|---|
| Defendant Brett Maynard | _____ % |
| Defendant Joshua Bishop | _____ % |
| Defendant Pedro Aguila | _____ % |
| Defendant Douglas Klinzing | _____ % |
| Plaintiff Mr. Barnhill | _____ % |

(Total must equal 100 %)

*If you answered "Yes" as to all Officers in Question No. 2, please answer Question No. 10.*

*If you answered "No" as to all Officers in Question No. 2, please answer Question No. 15.*

## <u>BANE ACT CLAIM</u>

**Question No. 10: Did any of the Defendant Officers violate the Bane Act by using excessive force against Mr. Barnhill?**

| | | | |
|---|---|---|---|
| Brett Maynard | _____ YES | _____ NO |
| Joshua Bishop | _____ YES | _____ NO |
| Pedro Aguila | _____ YES | _____ NO |
| Douglas Klinzing | _____ YES | _____ NO |

*Please proceed to the Municipal Liability Section and answer Question No. 11.*

/ / /

## MUNICIPAL LIABILITY

1     **MUNICIPAL LIABILITY**

2 **Question No. 11: Is the City of Hemet liable for unconstitutional custom,**

3 **practice, or policy?**

5       _____ YES      _____ NO

7     *Please proceed to Question No. 12.*

9 **Question No. 12: Is the City of Hemet liable for failure to adequately train its**

10 **officers?**

12       _____ YES      _____ NO

14     *Please proceed to Question No. 13.*

16 **Question No. 13: Is the City of Hemet liable for ratification?**

18       _____ YES      _____ NO

20     *If you answered "Yes" to either Question No. 11, Question No. 12, or*

21 *Question No. 13, please answer Question No. 14.*

22     *If you answered "No" to Question No. 11, Question No. 12, and Question No.*

23 *13, please answer Question No. 15.*

25 **Question No. 14: Was the City of Hemet's unconstitutional custom or practice,**

26 **inadequate training, or ratification a moving force in causing Mr. Barnhill's**

27 **injury or harm?**

28       _____ YES      _____ NO

*Please proceed to Question No. 15.*

## **HENRY BARNHILL'S DAMAGES**

**Question No. 15: What are Mr. Barnhill's damages for the following**:

Past Damages:            $ _____

Future Damages:          $ _____

*Please proceed to Question No. 16.*

## **PUNITIVE DAMAGES**

**Question No. 16: Did any of the Defendant Officer act with malice, oppression, or in reckless disregard of Mr. Barnhill's rights?**

| | | |
|---|---|---|
| Brett Maynard | _____ YES | _____ NO |
| Joshua Bishop | _____ YES | _____ NO |
| Pedro Aguila | _____ YES | _____ NO |
| Douglas Klinzing | _____ YES | _____ NO |

*Please sign and date the verdict form and return it to the Court.*

Date: _____      _____

                                    Jury Foreperson