Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Kimberly L. Aceves (State Bar No. 364642)
  *kimberly.aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET,
OFFICER BRETT MAYNARD, OFFICER JOSHUA
BISHOP, OFFICER PEDRO AGUILA, CORPORAL
DOUGLAS KLINZING; JAMIE GONZALEZ and
CATHERINE TIPTON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY BARNHILL,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br>[*District Judge: Jesus G. Bernal*<br>*Magistrate Judge: Sheri Pym*]<br><br>**DEFENDANTS' PROPOSED STATEMENT OF THE CASE**<br><br>Complaint Filed:        04/12/2024<br>Final Pre-Trial Conf.:    03/16/2026<br>Trial Date:              04/07/2026 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

By and through their counsel of record in this action, defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON (collectively "Defendants") hereby submit the following Joint Statement of the Case to be provided to the jury panel at the time

of trial, pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable). The signatory parties reserve the **right to amend** this Joint Statement of the Case, subject to any objections, motions *in limine*, and pertinent Orders of the Court.

DATED:  March 2, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Andrea Kornblau_____
Eugene P. Ramirez, Esq.
Andrea K. Kornblau, Esq.
Kimberly L. Aceves, Esq.
Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

MANNING | KASS

## **STATEMENT OF THE CASE**

Plaintiff Henry Barnhill claims excessive force, battery, negligence, and a violation of the California Bane Act against the defendants, City of Hemet, Hemet Police Officer Brett Maynard, Hemet Police Officer Joshua Bishop, Hemet Police Officer Pedro Aguila, Hemet Police Corporal Douglas Klinzing, Jamie Gonzalez, and Catherine Tipton.  Mr. Barnhill claims that the defendant police officers did not have reasonable suspicion to detain him, and that the defendant police officers used unreasonable and unnecessary force to take him to the ground and handcuff him.  Mr. Barnhill further claims that the defendant police officers had the specific intent to violate his constitutional rights.  City of Hemet Police Officer Brett Maynard, Hemet Police Officer Joshua Bishop, Hemet Police Officer Pedro Aguila, and Hemet Police Corporal Douglas Klinzing respond that Mr. Barnhill was reported to have assaulted and falsely imprisoned his girlfriend and her daughter with a .45 caliber handgun, refused to pull his car over when the Defendants used their police lights and sirens, ran from his car to the front door of his home, refused to comply with their lawful commands, and physically struggled and fought with the defendant officers. The defendant officers further respond that they acted reasonably under the circumstances to prevent Mr. Barnhill from escaping and gaining access to the .45 caliber firearm, and to effectuate his arrest.  The defendant officers deny that they specifically intended to violate Mr. Barnhill's constitutional rights.

DEFENDANTS' PROPOSED STATEMENT OF THE CASE