1  Eugene P. Ramirez (State Bar No. 134865)
   *eugene.ramirez@manningkass.com*
2  Andrea Kornblau (State Bar No. 291613)
   *andrea.kornblau@manningkass.com*
3  Kimberly L. Aceves (State Bar No. 364642)
   *kimberly.aceves@manningkass.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
7
   Attorneys for Defendants, CITY OF HEMET, OFFICER
8  BRETT MAYNARD, OFFICER JOSHUA BISHOP,
   OFFICER PEDRO AGUILA, CORPORAL DOUGLAS
9  KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  HENRY BARNHILL,                     Case No. 5:23-cv-00589 JGB(SPx)
                                        District Judge: Jesus G. Bernal
15              Plaintiff,              Magistrate Judge:  Sheri Pym

16       v.                            **[PROPOSED] SPECIAL VERDICT**
                                        **FORM**
17  CITY OF HEMET, OFFICER BRETT
    MAYNARD; OFFICER JOSHUA
18  BISHOP; OFFICER PEDRO AGUILA;
    CORPORAL DOUGLAS KLINZING;
19  JAMIE GONZALEZ; CATHERINE
    TIPTON; and DOES 1-10, inclusive,
20                                      Complaint Filed:      04/12/2024
                Defendants.             Final Pre-Trial Conf.:  03/16/2026
21                                      Trial Date:           04/07/2026

22

23  **TO THE HONORABLE COURT:**

24       Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER

25  JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS

26  KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON ("Defendants"),

27  through their counsel of record, hereby submit the following proposed Verdict Form

28  to be provided to the jury at the time of trial, pursuant to Federal Rules of Civil

                                 1

1  Procedure 16 and 51; United States District Court, Central District of California Local

2  Rule 49, and this Court's Civil Trial Order [Doc. 65.]

3      The signatory parties reserve the right to amend this Verdict Form, subject to

4  any objections, motions *in limine*, and applicable Orders of the Court.

5

6  DATED: March 2, 2026            **MANNING & KASS, ELLROD, RAMIREZ,**
                                    **TRESTER LLP**
7

8

9                                  By:       */s/ Andrea Kornblau*

10                                      Eugene P. Ramirez
                                        Andrea K. Kornblau
11                                      CITY OF HEMET, OFFICER BRETT
                                        MAYNARD, OFFICER JOSHUA
12                                      BISHOP, OFFICER PEDRO AGUILA,
                                        CORPORAL DOUGLAS KLINZING;
13                                      JAMIE GONZALEZ and CATHERINE
                                        TIPTON
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**[PROPOSED] SPECIAL VERDICT FORM**

1                                **VERDICT FORM**

2        We, the jury, being first empaneled and sworn, do find our verdict as follows:

3

4   **ISSUE 1:    Use of Force (§ 1983 Excessive Force, §1983 Interference with**

5   **Familial Relations, Battery, Negligence in Force, Bane Act Claims).**

6         1.      Did defendant [OFFICER BRETT MAYNARD / OFFICER JOSHUA

7   BISHOP / OFFICER PEDRO AGUILA / CORPORAL DOUGLAS KLINZING /

8   JAMIE GONZALEZ / CATHERINE TIPTON] use excessive or unreasonable force

9   against HENRY BARNHILL during the incident?

10

11                         YES _____       NO _____

12

13

14        If you answered "Yes" to this question, proceed to Question No. 2.

15        If you answered "No" to this question, <u>Skip Question No. 2</u> and proceed to

16   Question No. 3 (Issue 2).

17

18

19         2.      Was the use of excessive or unreasonable force a cause of injury,

20   damage, loss, or harm to HENRY BARNHILL?

21

22                         YES _____       NO _____

23

24        Proceed to Question No. 3 (Issue 2).

25

26

27

28

**[PROPOSED] SPECIAL VERDICT FORM**

MANNING | KASS

**ISSUE 2:    Negligence in Pre-Force Tactical Conduct.**

3.    Was defendant [OFFICER BRETT MAYNARD / OFFICER JOSHUA BISHOP / OFFICER PEDRO AGUILA / CORPORAL DOUGLAS KLINZING / JAMIE GONZALEZ / CATHERINE TIPTON] negligent in his/her tactical conduct leading up to and precipitating his use of force against HENRY BARNHILL?

YES _____        NO _____

If you answered "No" to Question No. 3 <u>and</u> you also answered "No" to Question No. 1, <u>or</u> if you answered "Yes" to Question No. 1 but you skipped (left blank) or answered "No" to Question Nos. 2 <u>and</u> 3, **answer no more questions on this Verdict Form**, and have the presiding juror sign and date this form in the space provided at the end.

If you answered "Yes" to Question No. 3, proceed to Question No. 4.

4.    Was the negligence in the pre-force tactical conduct of [OFFICER BRETT MAYNARD / OFFICER JOSHUA BISHOP / OFFICER PEDRO AGUILA / CORPORAL DOUGLAS KLINZING / JAMIE GONZALEZ / CATHERINE TIPTON] a cause of HENRY BARNHILL'S injury, damage, loss, or harm?

YES _____        NO _____

If your answer to Question Nos. 2 <u>or</u> 4 was "Yes", proceed to Question No. 5 (Issue 3).

If your answer to Question Nos. 2 <u>and</u> 4 was "No" or blank (skipped), **answer no more questions on this Verdict Form**, and have the presiding juror sign and date this form in the space provided at the end.

4

**[PROPOSED] SPECIAL VERDICT FORM**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
**[PROPOSED] SPECIAL VERDICT FORM**

**ISSUE 3:     Municipal Liability (*Monell* Claim).**

5.     If your answer to Question No. 2 was "Yes," did municipal defendant CITY OF HEMET have an express policy or long-standing, widespread practice that was deliberately indifferent to the constitutional rights of HENRY BARNHILL to be free from unreasonable or excessive force?

YES _____          NO _____

If you answered "Yes" to this question (No. 5) for the municipal defendant, proceed to Question No. 6.

If your answer to Question No. 5 was "No" or blank (skipped) for the municipal defendant, skip Question Nos. 6 and 7 and proceed to Question No. 8.

6.     Was the municipal defendant's unconstitutional policy or practice the moving force of any injury or harm to HENRY BARNHILL?

YES _____          NO _____

If your answer to Question No. 6 was "No" or blank (skipped) for the municipal defendant, skip Question No. 7 and proceed to Question No. 8.

7.     If your answer to Question Nos. 5 and 6 was "Yes," what amount of damages, if any, do you find that HENRY BARNHILL sustained as a result of the actions of a municipal defendant?

$_____

Proceed to Question No. 8 (Issue 4).

6

**[PROPOSED] SPECIAL VERDICT FORM**

**ISSUE 4:     Bane Act (Civil Code § 52.1) Claim.**

8.     If your answer to Question Nos. 1 <u>and</u> 2 was "Yes," did defendant [OFFICER BRETT MAYNARD / OFFICER JOSHUA BISHOP / OFFICER PEDRO AGUILA / CORPORAL DOUGLAS KLINZING / JAMIE GONZALEZ / CATHERINE TIPTON] act with the specific intent of interfering with HENRY BARNHILL'S constitutional right to be free from unreasonable seizures, including unreasonable force, by threatening or committing violent acts?

YES _____          NO _____

If you answered "Yes" to this question, proceed to Question No. 9.

If you answered "No" to this question, <u>Skip Question Nos. 9 and 10</u>, and proceed to Question No. 11 (Issue 5).

9.     Did HENRY BARNHILL reasonably believe that if he exercised his right to be free from unreasonable seizures, including unreasonable force, defendant [OFFICER BRETT MAYNARD / OFFICER JOSHUA BISHOP / OFFICER PEDRO AGUILA / CORPORAL DOUGLAS KLINZING / JAMIE GONZALEZ / CATHERINE TIPTON] would commit violence against him?

YES _____          NO _____

If you answered "Yes" to this question, proceed to Question No. 10.

If you answered "No" to this question, <u>Skip Question No. 10</u>, and proceed to Question No. 11 (Issue 5).

10.     Was the above-described conduct of defendant [OFFICER BRETT MAYNARD / OFFICER JOSHUA BISHOP / OFFICER PEDRO AGUILA /

7

**[PROPOSED] SPECIAL VERDICT FORM**

MANNING | KASS

1 CORPORAL DOUGLAS KLINZING / JAMIE GONZALEZ / CATHERINE

2 TIPTON] a substantial factor in causing harm to HENRY BARNHILL?

3

4                                     YES _____        NO _____

5

6 Proceed to Question No. 11 (Issue 5).

7 **ISSUE 5:    Damages & Comparative Fault.**

8          11.    If your answer to Question Nos. 2 <u>or</u> 4 <u>or</u> 10 was "Yes," what amount of

9 damages, if any, do you find that HENRY BARNHILL sustained as a result of the

10 actions of defendant [OFFICER BRETT MAYNARD / OFFICER JOSHUA BISHOP

11 / OFFICER PEDRO AGUILA / CORPORAL DOUGLAS KLINZING / JAMIE

12 GONZALEZ / CATHERINE TIPTON]?

13

14                                     $_____

15

16

17       If you awarded any amount of damages for Question No. 11, proceed to

18 Question No. 12.

19       If you awarded <u>no</u> damages under Question No. 11, <u>Skip</u> Question Nos. 12

20 and 13, and proceed to Question No. 14

21 .

22

23          12.    Was HENRY BARNHILL negligent during the incident events?

24

25                                     YES _____        NO _____

26

27       If you answered "Yes" to this question, proceed to Question No. 13.

28

**[PROPOSED] SPECIAL VERDICT FORM**

MANNING | KASS

1    If you answered "No" to this question, <u>Skip Question No. 13</u>, and proceed to

2  Question No. 14.

3

4

5

6

7

8

9    13.    If your answer to Question Nos. 2 <u>or</u> 4 was a "Yes," <u>and</u> your answer to

10  Question No. 12 was also a "Yes", what percentage of responsibility for HENRY

11  BARNHILL'S injury, damage, loss, or harm do you assign to the negligent conduct,

12  if any, of the following persons?

13

14    HENRY BARNHILL                                    _____%

15

16    Defendant    [OFFICER    BRETT    MAYNARD    /    OFFICER

17    JOSHUA BISHOP / OFFICER PEDRO AGUILA / CORPORAL

18    DOUGLAS KLINZING / JAMIE GONZALEZ / CATHERINE

19    TIPTON]                                    _____%

20

21    *TOTAL*                                    **100**%

22

23

24    If your answer to Question Nos. 1 <u>and</u> 2 was "Yes," proceed to Question No.

25  14 (Issue 6).

26    If your answer to Question Nos. 1 <u>or</u> 2 was "No," <u>Skip Question No. 14</u>, **answer**

27  **no more questions on this Verdict Form**, and have the presiding juror sign and date

28  this form in the space provided at the end.

9

**[PROPOSED] SPECIAL VERDICT FORM**

1  **ISSUE 6:**  **PUNITIVE DAMAGES – PREDICATE.**

2  14.  If your answer to Question Nos. 1 <u>and</u> 2 was "Yes," was the conduct of

3  defendant [OFFICER BRETT MAYNARD / OFFICER JOSHUA BISHOP /

4  OFFICER PEDRO AGUILA / CORPORAL DOUGLAS KLINZING / JAMIE

5  GONZALEZ / CATHERINE TIPTON] malicious, oppressive, or in reckless

6  disregard of HENRY BARNHILL'S rights?

7

8  YES _____  NO _____

9

10

11

12  Please date and sign this Verdict Form in the space provided on the <u>next page</u>.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

10

**[PROPOSED] SPECIAL VERDICT FORM**

1    Please date, sign, and return this Verdict Form to the Court Clerk.

2

3           I hereby certify that this verdict is unanimous.

4

5    Dated: _____, 2026

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] SPECIAL VERDICT FORM**