UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 23-589 JGB (SPx)** | Date | March 3, 2026 |
| Title | *Henry Barnhill v. City of Hemet, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order (1) CONTINUING Pre-Trial Dates; and (2) DENYING AS MOOT Parties' Ex Parte Application (Dkt. No. 84) (IN CHAMBERS)

The Court, on its own motion, continues the pre-trial dates as follows:

| EVENT | DEADLINE |
|---|---|
| Motions in Limine | May 4, 2026 |
| Memorandum of Contentions of Fact and Law and Oppositions to Motions in Limine | May 11, 2026 |
| Proposed Final Pretrial Conference Order, Proposed Jury Instructions (and Any Objections), Proposed Verdict Forms, Joint Statement of the Case, Proposed Voir Dire Questions, Witness Lists, and Joint Exhibit List | May 18, 2026 |
| Final Pretrial Conference and Hearing on Motions in Limine | June 1, 2026, at 11:00 a.m. |
| Jury Trial | June 16, 2026, at 9:00 a.m. |

In light of the Court continuing the aforementioned pre-trial dates, the parties' ex parte application (Dkt. No. 84) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**