Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Kimberly Aceves (State Bar No. 364642)
  *Kimberly.Aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br>District Judge: Jesus G. Bernal<br>Magistrate Judge:  Sheri Pym<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DEFENDANTS' COUNSEL TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 11, 2026<br>Time: 9:00 AM<br>Judge: Hon. Jesus G. Bernal<br>Courtroom: 1<br><br>Complaint Filed:          04/12/2024 |

1

[Proposed] Order

The Court, having considered Request for Defendants' Counsel to Appear Remotely at the Hearing on Defendants' Motion for Summary Judgment filed by Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON, and finding **GOOD CAUSE**, rules as follows:

1.     The request is **GRANTED**.

2.     Defendants' counsel, Andrea Kornblau, is permitted to appear remotely at the motion hearing scheduled before the Court on May 11, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

MANNING | KASS

[Proposed] Order