Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Kimberly Aceves (State Bar No. 364642)
  *Kimberly.Aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br>District Judge: Jesus G. Bernal<br>Magistrate Judge: Sheri Pym<br><br>**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF REQUEST FOR DEFENDANTS' COUNSEL TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 18, 2026<br>Time: 9:00 AM<br>Judge: Hon. Jesus G. Bernal<br>Courtroom: 1<br><br>Complaint Filed:         04/12/2024 |

MANNING | KASS

1

Declaration of Andrea Kornblau

## DECLARATION OF ANDREA KORNBLAU

I, Andrea Kornblau, declare as follows:

1.      I am a Partner in the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record herein for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON (collectively "Defendants") in this action. I submit this declaration in support of my request to appear remotely at the hearing on Defendants' pending motion for summary judgment. I have personal knowledge of the facts set forth in this declaration. I could and would competently testify to these facts if called upon to do so.

2.      I am the attorney primarily responsible for briefing Defendants' pending motion for summary judgment. The hearing on the motion is set for May 18, 2026, at 9:00 a.m.

3.      I am requesting leave of Court to appear remotely at the hearing on Defendants' pending motion. Good cause exists for remote appearance because I reside outside of the County of Riverside—specifically, in Marin County, approximately 450 miles from the Courthouse

4.      Personal appearance at this hearing in Riverside will require substantial travel time and expense, and will not permit me to appropriately tend to my other professional responsibilities on that day.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 13, 2026, at San Rafael, California.

 _/s/ Andrea Kornblau_
Andrea Kornblau

2

Declaration of Andrea Kornblau