

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY BARNHILL, | ) Case No.: 5:23-cv-00589-JGB-SP |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| vs. | ) |
| CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON and DOES 1-10, inclusive, | ) |
| Defendants. | ) |

- 1 -
[PROPOSED] ORDER

## [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS: having considered the request for Plaintiff's counsel to appear telephonically or by Zoom at the Motion for Summary Judgment Hearing for May 18, 2026, at 9:00am, the Court hereby GRANTS that request. Counsel for Plaintiff may appear telephonically (by Zoom) on May 18, 2026.

**IT IS SO ORDERED**

Dated: _____    By: _____

Honorable Jesus G. Bernal
United States District Court

[PROPOSED] ORDER