**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:    (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>        Defendants. | **Case No.: 5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**PLAINTIFF'S [PROPOSED] *VOIR DIRE***<br><br>**Final Pretrial Conference:**<br>Date:    June 1, 2026<br>Time:    11:00 a.m.<br>**Trial:**<br>Date:    June 16, 2026<br>Time:    09:00 a.m.<br>Place:    Courtroom 1 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff HENRY BARNHILL, hereby serves the following [Proposed] *Voir Dire*.  Plaintiff reserves the right to amend this proposal.

Respectfully submitted,

DATED:  May 18, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: _____ */s/*    *Marcel F. Sincich* _____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

**PLAINTIFFS' [PROPOSED] *VOIR DIRE***

## PLAINTIFF'S PROPOSED *VOIR* DIRE QUESTIONS

**Questions re: Criminal History and/or Bad Acts**

*Plaintiff requests that this Court voir dire the jury on bias regarding CRIMINAL HISTORY including domestic violence and/or threats, substance use, prostitution, possession of a firearm, and delaying/evading a peace officer only if the Court will allow this testimony and/or evidence at trial by denying Plaintiff's motion in limine on this issue.*

1.    Do you have any feelings or thoughts about people who have a history that may include crimes, drugs, evading and guns?

2.    Does anyone have such strong feelings about such criminal history that if they hearing about it during trial, it would be difficult to be fair to the person?

3.    If you heard evidence that one of the parties had a criminal history that included issues of domestic violence, drugs, evading, or guns, do you think that you could still find that the officers' conduct was unreasonable if that is what the evidence showed?

4.    Do you have any feelings, one way or another, about whether a person who has committed a crime deserves the same protection from excessive force by police officers as everyone else?

5.    Could you put aside whatever knowledge, information or preconceptions you may have about people with a criminal history and make a determination on this case based on the evidence and the law presented at trial only?

**Questions re: Peace Officer Bias**

6.    Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?

7.    Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?

8.    Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?

9.      Are you or any of your family members or close friends current or former government employees or police officers?  If yes, what agency and what type of job?

10.      Are you or any of your family members or close friends current or former service members in any division or branch of our military?  If yes, what division or branch and what type of job?

11.      Are you or is anyone you know a current or former police officer?  If yes, who, what agency, and how long?

12.      Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?

13.      Have you applied to or are you a member of any branch of the armed forces?

14.      Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?

15.      Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force?

16.      Do you think police officers should be allowed to use excessive force in attempting to arrest or detain someone?

**Questions re: Juror Connection to Defendants**

17.      Have you, a family member, or any of your close friends had any contact or association with the City of Hemet, or any of their employees?

18.      If so, please describe the circumstances of the contact or association.

19.      If so, would you view the evidence in this case differently because of your past experience with the City of Hemet, or any of their employees?

20.      Are you or is anyone you know a current or former employee of the City of Hemet?  If so:

a)      Who do you know?

b)      What is or was their job?

PLAINTIFFS' [PROPOSED] *VOIR DIRE*

c)        How long were they employed?

d)        Would you view the evidence in this case differently because of your past experience with the City of Hemet, or any of their employees?

**Questions re: Justiciability of Peace Officer Conduct**

21.    Do you think that our society should hold police officers liable in court when they violate an individual's constitutional rights?

22.    Do you agree that police officers or the entity they work for should pay money damages when they violate an individual's constitutional rights?

23.    Do you think that police officers should be able to use as much force as they want when arresting someone?

24.    Do you think that our society should restrict the amount of force that police officers can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

25.    Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?

26.    Do you think that because the City finds the officers' conduct to be within police, that the officers' conduct is probably acceptable?

27.    Is there anybody that would hold it against the Plaintiff simply because they have pursued this case to trial?

**Other**

28.    How do you get your news?

29.    What newspapers and magazines do you regularly read?

30.    What websites or blogs do you visit?

31.    What are your favorite TV shows or movies?