**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, HENRY BARNHILL


Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*Attorneys for Defendants CITY OF HEMET,
BRETT MAYNARD, JOSHUA BISHOP,
PEDRO AGUILA, DOUGLAS KLINZING;
JAMIE GONZALEZ and CATHERINE TIPTON*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>                Defendants. | **Case No.: 5:23-cv-00589-JGB-SP**<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge Sheri Pym]<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**Final Pretrial Conference:**<br>Date:    June 1, 2026<br>Time:   11:00 a.m.<br>**Trial:**<br>Date:    June 16, 2026<br>Time:   09:00 a.m.<br>Place:   Courtroom 1 |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff Henry Barnhill and Defendants City of Hemet, Brett Maynard, Joshua Bishop, Pedro Aguila, Douglas Klinzing, Jamie Gonzalez, and Catherine Tipton hereby serve the following Joint Statement of the Case. The parties reserve the right to amend this statement.

Respectfully Submitted,

DATED:  May 18, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: _____/s/_____ _Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
_Attorney for Plaintiff_

DATED:  May 18, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: __/s/____ _Andrea Kornblau_____
Eugene P. Ramirez
Andrea Kornblau
_Attorneys for Defendants_

## JOINT STATEMENT OF THE CASE

This case arises from police officer use of force against Henry Barnhill on April 29, 2022 by Hemet Police Department Officers Brett Maynard, Joshua Bishop, Pedro Aguila, and Douglas Klinzing.

Mr. Barnhill claims that the Defendant Officers used excessive and unreasonable force against him. Mr. Barnhill seeks damages as permitted by law.

Defendants deny Plaintiffs' claims.

Case No. 5:23-cv-00589-JGB-SP
JOINT STATEMENT OF THE CASE