Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Kimberly L. Aceves (State Bar No. 364642)
  *Kimberly.Aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARHNILL,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 5:23-cv-00589 JGB (SPx)<br>[District Judg: Jesus G. Bernal<br>Magistrate Judge: Sheri Pym]<br><br>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**<br><br>**PTC Date:  June 1, 2026**<br>**Time:       11:00 a.m.**<br>**Ctrm:       1**<br><br>**Trial:        June 16, 2026** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

By and through their counsel of record in this action, defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON  ("Defendants") hereby submit the following proposed Voir Dire questions to be posed to prospective jurors/the jury panel at the time of trial (to the extent permissible under the Federal Rules of

Evidence), pursuant to Federal Rules of Civil Procedure 16, 47, and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

Defendants reserve the right to amend these Voir Dire questions.

Defendants also request that the Court distribute the attached oral Voir Dire Sheet (See, Exhibit "A") to the prospective jurors and ask if they have "Yes" responses to any of the questions.  Defendants request that follow-up questions to seek explanation for any "Yes" responses to either the questions below or those on the oral voir dire sheet be handled at sidebar, as appropriate.  Finally, defendants request leave to orally tender additional supplemental questions to the venire as may be necessitated by the answers of prospective jurors in oral voir dire.

DATED: 03/05/26

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____

Eugene P. Ramirez
Andrea Kornblau
Kimberly L. Aceves
Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

**VOIR DIRE QUESTION NO. 1 (Background):**

    a.     [For each juror in the panel:] Please state your:

        i.   Your full name (first name, last name);

        ii.   Your date of birth;

        iii.   Your city of primary residence (neighborhood you live in);

        iv.   Your marital status;

        v.   Your current job and employer (or employment status if not working), and if retired or unemployed, your most recent job and employer;

        vi.   Any previous job(s) and employer(s);

        vii.   If married or with significant other, their job and employer;

        viii.   Whether you have any children;

        ix.   If you have any children, ages (and occupation) of each child;

        x.   The occupation of any other adults living in your household;

        xi.   If you attended college, any licenses or degrees you obtained; and

        xii.   If you attended college, what your major/area of study was?

    b.     If your current occupation is different what you've done for the majority of your professional life, what has been your primary occupation?

    c.     Have you ever held a formal leadership role or position at work, in an organization, or in a labor union?  If yes, please explain.

    d.     Have you, any member of your immediate family, or anyone close to you ever been a member of, or made a charitable contribution to, or otherwise provided support to, the American Civil Liberties Union ("ACLU"), or any other civil rights group or organization?

e.      Have you, any member of your immediate family, or anyone close to you ever been affiliated with or supported restorative justice or criminal rehabilitation programs?

**VOIR DIRE QUESTION NO. 2 (Litigation, Jury, and Court Experience):**

a.      Other than a divorce, have you ever sued someone or been sued by someone?

   i.  If you were a party to a prior or current lawsuit, were you Plaintiff or Defendant?

   ii.  What were the circumstances, including when the events leading to the lawsuit occurred?

   iii.  Do you believe that anyone involved in the process treated you or anyone close to you unfairly?  If yes, please explain.

b.      Have you ever served on a jury before?  If so:

   i.  How many times have you been empaneled on a jury?

   ii.  Was it in a criminal or civil case?

   iii.  Did you reach a verdict?

   iv.  Were you satisfied that you and your fellow jurors reached the right result?

c.      Do you or anyone close to you have any experience, education, or training in the law, dispute resolution, or any legal field?  If so, please explain.

d.      Do you or someone close to you have any association with any attorney who represents or works on behalf of plaintiffs in police use-of-force or civil rights lawsuits against the police?

e.      Do you know anyone who has worked in or with the courts?  If yes, who do you know, what kind of work, and how do you know them?

f.      Have you, or has someone close to you, ever been an expert or a consultant in a legal case of any kind?

g.    Have you or anyone close to you ever had any negative experience with the justice system, including both the civil and criminal justice systems?

h.    Do you believe that any negative feelings you have about the justice system could affect your ability, in any way, to be a completely fair and impartial juror in this case?

**VOIR DIRE QUESTION NO. 3 (Familiarity With Case, Parties, Jurors):**

a.    [*After introductions of court staff and attorneys*:] Do you, or someone close to you, know any of the court staff, lawyers, or law firms in this case?

b.    [*After reading list of parties and potential witnesses in the case*:] Do you, or someone close to you, have any experience or association with any of the parties or potential witnesses in this case?

c.    Do you or someone close to you have any experience or association with the City of Hemet or the Riverside County District Attorney's Office? Please explain.

d.    Have you or anyone close ever had a negative experience with the City of Hemet, or anyone who works for the City of Hemet or any of its agencies?

   i.    If yes [*sidebar*], please describe what happened and who was involved.

   ii.   Is it possible that those experiences could affect your ability to be an entirely fair and impartial juror in this case given that the City of Hemet is a party in the case?

e.    Prior to arriving in the courtroom today, had you heard or read anything about the City of Hemet?  If so, because of what you have read or heard, do you have any opinions about this case?

f.    Prior to arriving in the courtroom today, had you heard or read anything about the Riverside County District Attorney's Office?  If so, because of what you have read or heard, do you have any opinions about this case.

g.    Prior to arriving in the courtroom today, had you heard or read anything about this case?  If so, because of what you have read or heard, do you have any opinions about this case?

h.    Do you generally assume that a lawsuit must be valid if it makes it to trial?

i.    Do you believe that people who have experienced losses generally do not receive enough compensation when they file a lawsuit?

j.    Did you know or recognize anyone else in the jury panel before coming here today?  If so, how do you know each other, and will your relationship affect you during the trial if you both end up on the jury [*offer sidebar*]?

**VOIR DIRE QUESTION NO. 4 (Potential Bias to Case Facts):**

a.    Does the fact that the Plaintiffs claim they were subjected to an unreasonable search using excessive force cause you to believe that they deserve some compensation from the Defendants?

b.    Have you or someone close to you ever spent time in jail?  If yes [*sidebar*]:

   i.    When and where did this occur?

   ii.    Did you/they undergo a strip search when you/they were booked?

   iii.    Is it possible that those experiences could affect your ability to be a completely fair and impartial juror in this case?

c.    Have you or anyone close to you ever been detained, arrested, suspected, or accused of a crime by the City of Hemet or the Riverside County District Attorney's office?  If so [*sidebar*]:

   i.    When and where did this occur?

   ii.    In your view, did the officers handle the matter properly or improperly?

   iii.    What was the outcome of the arrest/detention?

iv. Is there anything about that experience that could affect your ability to be a completely fair and impartial juror in this case?

**VOIR DIRE QUESTION NO. 5 (Potential Bias re Police or Government):**

a. Have you or anyone close to you ever had experience or training in law enforcement?

i. If so, please describe the type of knowledge or training, and where it was acquired.

ii. Is there anything about your knowledge or training (or that of someone close) that you believe would affect your ability to be an entirely fair and impartial juror in this case?

b. Have you or anyone close to you had any personal contact with the Riverside County District Attorney, and/or the City of Hemet Police Department? [*Request a sidebar.*]

i. If so, did you ever experience or observe any inappropriate conduct by the deputies, investigators, or others with whom you had contact?

ii. [*If yes:*] Do you think that experience might affect your ability to be a completely fair and impartial juror in this case?

c. Have you or anyone close to you had any personal contact with the City of Hemet Police Department?

i. Is there anything about this experience that might affect your ability to be a completely fair and impartial juror in this case?

d. Do you have any negative opinions at all of the City of Hemet or the City of Hemet Police Department specifically? If yes, please explain.

e. Do you have any ill feeling toward, or a generally negative opinion of, law enforcement agencies?

i. If so, please explain [*offer sidebar*].

f. Have you or anyone close to you ever been harassed or treated in an

unfair manner by a law enforcement officer or agency for any reason? [*Request sidebar.*]

   i. Please describe the circumstances.

   ii. Do you believe that this experience could affect your ability to be a completely fair and impartial juror in this case?

g.    Have you or anyone close ever considered filing, or actually did file, a formal complaint against a law enforcement agency or officer?

   i. If so, please describe the circumstances [*sidebar*]?

   ii. Was the outcome of the lawsuit or complaint satisfactory for you?

h.    Other than anything we have already discussed in reference to the City of Hemet specifically, have you or anyone close to you ever been detained, arrested, investigated, or suspected or accused of a crime by any law enforcement agency?  If so [*offer sidebar*]:

   i. When and where did this occur?

   ii. What law enforcement agency or agencies were involved?

   iii. In your view, did the officers handle the matter properly or improperly?

   iv. What was the outcome of the arrest/detention?

   v. Is there anything about that experience that could affect your ability to be a completely fair and impartial juror in this case?

i.    Have you or anyone close ever been charged with or convicted of any criminal offense?  If so, please describe the circumstances [*offer sidebar*].

   i. Do you feel that law enforcement and the court system handled the matter properly or improperly?  If not, why not, and in what ways?

j.    Have you or anyone close to you ever felt like you/they were falsely arrested or imprisoned?  If so [*offer sidebar*]:

i. When and where did this occur?

ii. What law enforcement agency or agencies were involved?

iii. What was the outcome of the arrest/detention?

iv. Is there anything about that experience that could affect your ability to be a completely fair and impartial juror in this case?

k. Have you ever felt that the police or other government agency improperly or unreasonably searched or seized your property, or the property of a family member or close friend?  If so [*offer sidebar*]:

i. When and where did this occur?

ii. What law enforcement agency or agencies were involved?

iii. What was the outcome?

iv. Is there anything about that experience that could affect your ability to be a completely fair and impartial juror in this case?

l. Have you or anyone close ever been a victim of, or witness to, a crime, whether it was reported to law enforcement or not?  [*Request sidebar.*]

i. Do you feel law enforcement handled the matter properly or improperly?  If improperly, why, and in what ways?

m. Do you feel concerned about relations with law enforcement in your community?

n. Have you ever witnessed any kind of misconduct by the police, District Attorney's Office, or a similar government agency?

i. [*If yes:*] Do you think that experience might affect your ability to be a completely fair and impartial juror in this case?

o. Do you believe that when government officials or law enforcement officers testify as witnesses they are any less truthful and accurate than civilian witnesses?

p. In a case like this one with government officials or law enforcement officers as defendants, would you tend to distrust the testimony of the witness

testifying in favor of the county?

    i.  If yes, please explain [*offer sidebar*].

q.    Do any of you have any bias, even a small one, against government officials or law enforcement officers that we have not yet discussed?

    i.  If yes, please explain [*offer sidebar*].

r.    Do you believe that government officials or law enforcement officers tend to abuse their positions of power and authority?

s.    Do you believe government officials or law enforcement officers very often conduct unreasonable searches or seizures?

t.    Do you believe that government officials or law enforcement officers often retaliate against people who speak poorly about them?

u.    Have you or anyone close to you ever been a victim of retaliation by a government or law enforcement official?  If yes, please explain.

v.    Have you or someone close to you served in the military or reserves?

    i.  If yes, please explain, who served, in what branch, the dates, how the person was discharged, and where the person served.

    ii.  Was the person ever in combat?  If yes, please explain.

**VOIR DIRE QUESTION NO. 6 (Potential Bias re Police Practices):**

a.    Have you watched or followed any of the news concerning recent events that have put some police officers in an unfavorable or negative light, including allegations of using excessive force, or unreasonable searches and seizures?  If so [*offer sidebar*]:

    i.  What have you heard or read?

    ii.  Have you read anything regarding ICE law enforcment incidents?

    iii.  How closely have you followed such news?

   iv. Has your opinion of law enforcement changed as a result of the deaths of Michael Brown, Freddie Gray, Renee Nicole Good, Alex Pretti, or others?

   v. Would such reports affect your ability to be an entirely fair and impartial juror in this case, even a little bit?

b. Do you believe that law enforcement officers usually do not receive adequate training on the use of force or other skills, such as what constitutes a reasonable search or seizure of someone's property?

c. Please raise your hand if you do not trust police officers to use the right amount of force when arresting a suspect or to conduct reasonable searches and seizures.

d. Please raise your hand if you believe police officers generally do not do enough to deescalate situations.

**VOIR DIRE QUESTION NO. 7 (Potential Bias re Injuries and Training):**

a. Do you know anyone who has experienced emotional distress due to the misconduct of another person or party? If yes (*offer sidebar*):

   i. Please explain.

   ii. Do you believe that such person was entitled to compensation from the other party or person? If so, please explain.

b. Do you or anyone close to you have any experience or training in psychology, mental health, or counseling?

   i. If yes, please explain.

c. Do you or anyone close to you have any experience or training in medicine or nursing?

   i. If yes, please explain.

d. Do you or anyone close to you have any experience or training in the use of a taser?

   i. If yes, please explain.

e.    Do you or anyone close to you have any experience or training in conducting investigations?

    i. If yes, please explain.

f.    Do you or anyone close to you have any experience or training with the jail or prison system?

    i. If yes, please explain.

**VOIR DIRE QUESTION NO. 8 (Compliance With Law & Reason):**

a.    I will explain the law to you in greater detail later on, but the way our system of justice works in civil cases is that the Plaintiffs have the burden of proof.  Does anyone disagree with this rule?

    i. Is there anyone who would be unwilling or unable to follow the law about the burden of proof being on the Plaintiffs from the start of the trial through the end of the trial?

    ii. Does anyone believe that a defendant in a civil case should have to prove that they are not responsible for any of the harm suffered by the Plaintiffs?

b.    Based on what you have heard so far, do you believe that the Plaintiffs should receive some compensation or recover something because they filed this lawsuit?

    i. Will you promise to base your decision only on credible evidence that is presented to you in this courtroom, and to wait until the very end of the trial after you have heard from both sides before making up your mind?

c.    If you find that Plaintiffs have failed to prove their case against the Defendants, would anyone here be unwilling, unable, or reluctant to send Plaintiffs out of this courtroom empty-handed?

d.    If you are selected as a juror in this case, you will take an oath to base your verdict only on the evidence and the law. Is there anyone who might have any difficulty following that oath?

e.    It is the duty of the Court to instruct the jury on the law that applies to this case, and it is the duty of the jurors to follow those instructions whether they agree or disagree with them. Will you have any difficulty following the Court's instructions and applying the law to this case without any reservation, whether you approve or disapprove of the legal principles stated in those instructions?

f.    You are prohibited from doing any independent investigation or research whatsoever regarding this case, the parties in this case, the subject matter involved in this case, or the attorneys involved in this case. Do not do any internet searches (Google, ChatGPT, Yahoo, etc.) or communicate on the Internet regarding any person, company, or topic in any way involved in this case. To do so compromises the fairness of the trial and violates your oath as a juror. If selected as a juror, this prohibition will extend through the end of your jury service in this case.

   i.   Do you understand this Court order?

   ii.  Is there anyone who thinks it might be difficult to avoid researching something about the case?

g.    Do you have any special disabilities, medical problems, or difficulties with language that you believe would impair your ability to devote your full attention to this case?

   i.   If there is, it is your duty to tell me at this time.

h.    Is there anything that makes you doubt that you would be completely fair, impartial, and unbiased in this case?

   i.   If there is, it is your duty to tell me at this time.

i.    Is there anything else that the Court or parties should know that might affect your ability to serve as a juror?

DATED:  May 18, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:  _____/s/ Andrea Kornblau_____
Eugene P. Ramirez, Esq.
Andrea Kornblau. Esq.
Kimberly L. Aceves, Esq.
Attorneys for Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON