Eugene P. Ramirez (State Bar No. 134865)
   *eugene.ramirez@manningkass.com*
Andrea K. Kornblau (State Bar No. 291613)
   *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br>*[District Judge, Jesus G. Bernal; Magistrate Judge, Sheri Pym]*<br><br>**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING, JAMIE GONZALEZ, AND CATHERINE TIPTON'S *EX PARTE* APPLICATION TO CONTINUE TRIAL; AND EXHIBITS**<br><br>*Filed concurrently with:*<br>*Ex Parte Application; Memorandum of Points and Authorities In Support; and [PROPOSED] ORDER*<br><br>Judge:  Hon. Jesus Bernal<br>Location:  Courtroom 1; 2nd Floor<br>Hearing Date: N/A<br>Time: N/A<br><br>Complaint Filed:          4/4/2023<br>Final Pre-Trial Conference: 6/01/2026 |

1

**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE TRIAL; AND EXHIBITS**

Trial Date:    6/16/2026

## DECLARATION OF ANDREA KORNBLAU

I, Andrea Kornblau, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am a partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ and CATHERINE TIPTON.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.  I make this declaration in support of Defendants City of Hemet, Officer Brett Maynard, Officer Joshua Bishop, Officer Pedro Aguila, Corporal Douglas Klinzing, Jamie Gonzalez, and Catherine Tipton's *Ex Parte* Application to Continue Trial.

2.    On or about Friday, May 15, 2026, at 2:26 p.m., Plaintiff's counsel emailed me pre-trial documents for review for filing on Monday, May 18, 2026.  On Monday, May 18, 2026, given that insufficient time was given to review the documents before filing, I informed Plaintiff's counsel that I would be requesting a continuance of the pretrial conference and trial date.  I also indicated that this was not the first time the topic of a continuance was raised with Plaintiff's counsel.  I also indicated that one reason specified is that the hearing on the motion for summary judgment was continued to June 1, 2026, the same date as the pretrial conference.  Attached as **Exhibit A** is a true and correct copy of the email correspondence between counsel between May 15, 2026, and May 18, 2026.

3.    I am currently scheduled to commence trial on June 16, 2026, in *Jaaye Person-Lynn v. County of San Bernardino, et al.,* 2:20-cv-11578-DSF (C.D. Cal.) for which a pretrial conference is scheduled for June 1, 2026, and trial is scheduled June 16, 2026.  Attached as **Exhibit B** is a true and correct copy of the Court's

DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE TRIAL; AND EXHIBITS

Order re: 6th Joint Stipulation to Modify the Scheduling Order documenting the June 1, 2026, trial date.

4.    Notwithstanding that the pretrial documents were filed per the Court's order on May 18, 2026, the parties continue to edit the pretrial documents because the filed documents are not final.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of May 2026, at Los Angeles, California.


/s/ Andrea Kornblau
Andrea Kornblau

**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE TRIAL; AND EXHIBITS**