# EXHIBIT "A"

# EXHIBIT "A"

**Katherine J. Hwang**

| | |
|---|---|
| **From:** | Andrea K. Kornblau |
| **Sent:** | Friday, May 22, 2026 7:16 AM |
| **To:** | Andrew Magaline; Katherine J. Hwang |
| **Subject:** | Fwd: Barnhill - Pre-trial Docs |
| **Attachments:** | 2026.05.18 - Joint Statement of the Case FINAL (002).doc |

Sent from my iPhone

**Andrea K. Kornblau**
Partner

 MANNING | KASS

801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900 | Ext.: 2247
Direct: (213) 486-2247
Andrea.Kornblau@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

Begin forwarded message:

> **From:** "Andrea K. Kornblau" <Andrea.Kornblau@manningkass.com>
> **Date:** May 19, 2026 at 6:48:30 PM PDT
> **To:** Andrew Magaline <Andrew.Magaline@manningkass.com>
> **Subject: FW: Barnhill - Pre-trial Docs**
>
> **From:** Marcel Sincich <msincich@galipolaw.com>
> **Sent:** Monday, May 18, 2026 5:35 PM
> **To:** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>
> **Cc:** Kimberly Aceves <Kimberly.Aceves@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Trenton Packer <tpacker@grechpackerlaw.com>
> **Subject:** Re: Barnhill - Pre-trial Docs
>
> Good afternoon,
>
> I hope all is well. Please provide the following:

1

(a) let us know if you approve the **joint statement of the case** and provide your authority to file with your e-signature;

(b) provide the defendants' portion to the **final pretrial conference order** and authority to file with the addition of plaintiff's contentions re defendants' affirmative defenses (given that there are no other substantive changes);

(c) approval of the **joint exhibit list** and authority to file with your e-signature;

(d) confirm that defendants agree to the **jury instructions** in the agreed upon set and/or if there are any in plaintiff's disputed set that defendants would be agreeable to so that I can move them over, and provide your authority to file with your e-signature, I am attaching again plaintiff's objections to certain instructions proposed by defendants.

Thank you.

Very Respectfully,

**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo**  |  21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367  |  Office: +1.818.347.3333  |  Fax: +1.818.347.4118  |  Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Trenton Packer <tpacker@grechpackerlaw.com>
**Sent:** Monday, May 18, 2026 14:49
**To:** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>
**Cc:** Marcel Sincich <msincich@galipolaw.com>; Kimberly Aceves <Kimberly.Aceves@manningkass.com>
**Subject:** Re: Barnhill - Pre-trial Docs

Good afternoon,

We agree to the JSOTC.  Here it is for your final approval.

Thank you,

Trent

Trenton C. Packer
Attorney at Law

2

Grech, Packer & Hanks
(951) 682-9311

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.

**From:** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>
**Date:** Monday, May 18, 2026 at 11:23 AM
**To:** Trenton Packer <tpacker@grechpackerlaw.com>
**Cc:** Marcel Sincich <msincich@galipolaw.com>; Kimberly Aceves <Kimberly.Aceves@manningkass.com>
**Subject:** RE: Barnhill - Pre-trial Docs

Here are two of the documents with our revisions. I have no idea what medical records of plaintiff you are referring to. And some say "portions," so I deleted all of those exhibits.

It appears that plaintiff did not incorporate defendants' versions of the jury instructions and verdict form within the joint documents. Please do so and send us new drafts. Thank you.

**Andrea K. Kornblau**
Partner

801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900 | Ext.: 2247
Direct: (213) 486-2247
Andrea.Kornblau@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>
**Sent:** Monday, May 18, 2026 11:03 AM
**To:** Trenton Packer <tpacker@grechpackerlaw.com>
**Cc:** Marcel Sincich <msincich@galipolaw.com>; Kimberly Aceves <Kimberly.Aceves@manningkass.com>
**Subject:** RE: Barnhill - Pre-trial Docs

Counsel:

We are reviewing the documents that were emailed to us for the first time on Friday afternoon. I'm not sure we will agree on a final joint version of the documents by this afternoon since I am in meetings all day today but we will do our best.

Once again, we are suggesting a continuance of the pretrial conference and trial date.

As you are aware, the hearing on defendants' MSJ was just continued to June 1, the same day as the PTC. If you will not stipulate to a continuance of the PTC and trial date, then we will need to file a motion. The motion will obviously include information about when we received drafts of the joint documents to support the need for a continuance. Thank you.

Andrea

**Andrea K. Kornblau**
Partner
<Outlook-dseutnod.jpg>

801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900 | Ext.: 2247
Direct: (213) 486-2247
Andrea.Kornblau@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Trenton Packer <tpacker@grechpackerlaw.com>
**Sent:** Friday, May 15, 2026 2:26 PM
**To:** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>
**Cc:** Marcel Sincich <msincich@galipolaw.com>
**Subject:** Barnhill - Pre-trial Docs

Good afternoon,

I hope you are doing well.  Attached are drafts of the documents due Monday.  Please let us know your thoughts and send any redlines or comments to us in time to have them filed on Monday.

Thanks,

4

Trent


Trenton C. Packer
Attorney at Law
Grech, Packer & Hanks
(951) 682-9311

This email and any files or attachments transmitted with it may contain privileged or otherwise
confidential information. If you are not the intended recipient or believe that you may have
received this communication in error, please advise the sender via reply email and immediately
delete the email you received.




<2026.05.18 - Proposed AGREED UPON Jury Instructions (redline) [FINAL].doc>
<2026.05.18 - P's Proposed Jury Instructions DISPUTED (redline) [FINAL].doc>
<2026.05.18 - P's Objections to Ds' Proposed Jury Instructions [FINAL].doc>