# EXHIBIT "B"

# EXHIBIT "B"

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JAAYE PERSON-LYNN, an individual,

Plaintiff,

v.

COUNTY OF SAN BERNARDINO, a public entity, DEPUTY BARRIE #83216, an individual, DEPUTY K. SUTTON, an individual, and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:20-cv-11578-DSF (ASx)

ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL DATES

# **ORDER**

HAVING REVIEWED AND CONSIDERED the Stipulation to Continue Final Pretrial Conference and Trial Dates, filed September 5, 2025, it is HEREBY ORDERED:

1. Discovery remains closed.

| Event | Current Date | New Date |
| --- | --- | --- |
| Final Pretrial Conference | September 29, 2025 | June 1, 2026 |
| Trial Date | October 14, 2025 | June 16, 2026 |

IT IS SO ORDERED.

DATED: September 8, 2025

Dale S. Fischer,
United States District Judge