**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br>*[District Judge, Jesus G. Bernal;*<br>*Magistrate Judge, Sheri Pym]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE TRIAL TO PREVENT PREJUDICE TO DEFENDANTS**<br><br>*Filed concurrently with:*<br>*Ex Parte Application and Memorandum of Points and Authorities; and Declaration and Andrea K. Kornblau and Exhibits;*<br><br>Judge:   Hon. Jesus Bernal<br>Location:  Courtroom 1; 2nd Floor<br>Hearing Date: N/A<br>Time: N/A |

The Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING, JAMIE GONZALEZ, AND CATHERINE TIPTON'S (collectively, "the Defendants") *Ex Parte* Application to Continue Trial To Prevent Prejudice to Defendants came before the Court, and after consideration the papers

1

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL TO PREVENT PREJUDICE TO DEFENDANTS

on file, the Court concludes as follows:

    (1)    Defendants' *Ex Parte* Application is Granted; and

    (2)    The current trial date of June 16, 2026 is continued to [*Monday, August 6, 2026/other date*] and all pretrial dates are continued in accordance with this new trial date.

Dated:

_____

HON. JESUS G. BERNAL

United States District Judge

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL TO PREVENT PREJUDICE TO DEFENDANTS**