# "EXHIBIT 1"

 Outlook

---

**Barnhill - Plaintiff's proposed JI and VF**

---

**From** Marcel Sincich <msincich@galipolaw.com>

**Date** Wed 2026-01-21 17:14

**To** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>

**Cc** Trenton Packer <tpacker@grechpackerlaw.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; akk@manningllp.com <akk@manningllp.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; sia@manningllp.com <sia@manningllp.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Delia Flores <delia.flores@manningkass.com>

---

🔗 2 attachments (367 KB)
2026.01.21 - P's Proposed Jury Instructions (redline) [FINAL].doc; 2026.01.21 - P's Proposed Verdict Form [FINAL].doc;

Please find plaintiff's proposed jury instructions and verdict form.

Very Respectfully,

**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo**  |  21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367  |  Office: +1.818.347.3333  |  Fax: +1.818.347.4118  |  Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.