# "EXHIBIT 2"

 Outlook

---

## Re: Barnhill - Plaintiff's proposed JI and VF

---

**From** Marcel Sincich <msincich@galipolaw.com>

**Date** Fri 2026-02-13 14:58

**To** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>

**Cc** Trenton Packer <tpacker@grechpackerlaw.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Delia Flores <Delia.Flores@manningkass.com>; Kimberly Aceves <Kimberly.Aceves@manningkass.com>; Christopher Kinney <Christopher.Kinney@manningkass.com>

📎 2 attachments (424 KB)

2026.02.13 - P's Objections to Ds' Proposed Jury Instructions.pdf; 2026.02.13 - BARNHILL Stip re MILs [DRAFT].docx;

Good afternoon,

Please find plaintiff's objections to defendants' proposed jury instructions.

Please also find a proposed stipulation regarding evidence at trial/MILs - let me now if there is anything therein that we can reach an agreement on and if there is anything else you would like to propose. Have a good weekend.

Very Respectfully,

**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo**  |  21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367  |  Office: +1.818.347.3333  |  Fax: +1.818.347.4118  |  Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>
**Sent:** Friday, February 6, 2026 13:15
**To:** Marcel Sincich <msincich@galipolaw.com>
**Cc:** Trenton Packer <tpacker@grechpackerlaw.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Delia Flores <Delia.Flores@manningkass.com>; Kimberly Aceves <Kimberly.Aceves@manningkass.com>; Christopher Kinney <Christopher.Kinney@manningkass.com>
**Subject:** RE: Barnhill - Plaintiff's proposed JI and VF