# "EXHIBIT 3"

Outlook

## Barnhill - Pretial docs

**From** Marcel Sincich <msincich@galipolaw.com>

**Date** Wed 2026-02-25 14:47

**To** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>

**Cc** Trenton Packer <tpacker@grechpackerlaw.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; Delia Flores <Delia.Flores@manningkass.com>; Kimberly Aceves <Kimberly.Aceves@manningkass.com>; Christopher Kinney <Christopher.Kinney@manningkass.com>

📎 4 attachments (630 KB)
2026.02.25 - Proposed FPTCO - BARNHILL [DRAFT].doc; 2026.02.25 - Joint Statement of the Case [DRAFT].doc; 2026.02.25 - P's Proposed Verdict Form [DRAFTv2].doc; 2026.02.25 - Proposed Agreed Upon Jury Instructions (redline) [DRAFT].doc;

Hi everyone. I hope all is well.

Since we still have not heard from the court here are the draft joint docs that would be due on Mar 2.

Dale has been in trial and has not been able to review them thoroughly, so we reserve the right to make amendments. Please add in defendants' portion to the PFPTCO. For the jury instructions please let us know which of these instructions we do not have an agreement to and provide your objections so that those can be moved to a Plaintiff's Disputed Jury Instruction set. Likewise, let us know if the verdict form is agreeable or if you intend to file a separate Defendants' proposed verdict form.

I will work on consolidating the exhibit lists into a Joint Exhibit List as well.

We will make ourselves available tomorrow, Friday, and Monday to discuss if necessary. Thanks.

Very Respectfully,

**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.