# "EXHIBIT 4"

Case 5:23-cv-00589-JGB-SP     Document 104-4     Filed 05/26/26     Page 1 of 2   Page ID #:3301

 Outlook

---

**RE: Barnhill - Pretial docs**

---

**From** Andrea K. Kornblau <Andrea.Kornblau@manningkass.com>

**Date** Wed 2026-02-25 14:58

**To** Marcel Sincich <msincich@galipolaw.com>

**Cc** Trenton Packer <tpacker@grechpackerlaw.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; Delia Flores <Delia.Flores@manningkass.com>; Kimberly Aceves <Kimberly.Aceves@manningkass.com>; Christopher Kinney <Christopher.Kinney@manningkass.com>; dalekgalipo@yahoo.com <dalekgalipo@yahoo.com>; dgalipo@galipolaw.com <dgalipo@galipolaw.com>

External (andrea.kornblau@manningkass.com)

Graymail  Spam  Phish  More...  FAQ  Protection by INKY

Hi Marcel,

Is there a reason we are not filing a stipulation to continue the PTC and trial date? We noticed that some of your pretrial documents are for a different case – a shooting incident involving "Mr. Valdivia". Rather than just going through the motions of filing erroneous documents, we should really just request to continue the trial date.

If you disagree, then we will continue to work on the drafts that you have provided but I do not think it is a good use of our time. Thank you.

Andrea

**Andrea K. Kornblau**
Partner

 MANNING | KASS

801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900 | Ext.: 2247
Direct: (213) 486-2247
Andrea.Kornblau@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

---

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Wednesday, February 25, 2026 2:48 PM