Name, Address and Phone number of Attorney(s):

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333 | Fax: 818-347-4118

GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057) 7095
Indiana Ave., Suite 200 Riverside, CA
92506
Tel: (951) 682-9311
Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HENRY BARNHILL | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:23-cv-00589-JGB-SP |
| v.<br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive        Defendant(s). | **APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: Henry Michael Barnhill
          Alias: _____
BOP/Booking No: CDCR # BW0358
     Detained by:  ☑ Warden Brian Allo
             ☐ Other _____
     Detained at: California State Prison, Los Angeles County (LAC)
                      *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on ___June 16-29, 2026___ at ___9 a.m.___ before the Honorable

Jesus G. Bernal_____ Judge/Magistrate Judge.

Location:     ☑ U.S. District Court 3470 Twelfth Street, Courtroom 1, 2nd Floor, Riverside, CA 92501-3801
                                      *(Court Address)*
             ☐ Other _____
                      *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: 05/28/2026_____        *Trenton C. Packer*_____
                                          Signature of attorney

An *ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.

G-09 (10/06)        APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM