GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311
Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL<br><br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF HEMET, et al.<br><br><br><br>Defendant(s) | CASE NUMBER:<br><br>CR<br><br>CV 5:23-cv-00589-JGB-SP<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable Jesus G. Bernal

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:

California State Prison, Los Angeles County (LAC) / CDCR

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Henry Michael Barnhill**

before the Honorable Jesus G. Bernal Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No. **1** , located at

3470 Twelfth Street, 2nd Floor, Riverside, CA 92501-3801 on **June 16-29, 2026**

at **9 a.m.** , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.


**WITNESS** the Honorable Jesus G. Bernal Judge/Magistrate Judge of the

United States District Court for the Central District of California.


Dated: _____

CLERK, U.S. DISTRICT COURT



By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)