UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

|  |  |
|---|---|
| HENRY BARNHILL,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF HEMET, OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 5:23-cv-00589 JGB(SPx)<br>*[District Judge, Jesus G. Bernal; Magistrate Judge, Sheri Pym]*<br><br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE TRIAL TO PREVENT PREJUDICE TO DEFENDANTS [DKT. NO. 103]**<br><br>**[NOTE CHANGES BY COURT]** |

The Defendants CITY OF HEMET, OFFICER BRETT MAYNARD, OFFICER JOSHUA BISHOP, OFFICER PEDRO AGUILA, CORPORAL DOUGLAS KLINZING, JAMIE GONZALEZ, AND CATHERINE TIPTON'S (collectively, "the Defendants") *Ex Parte* Application to Continue Trial To Prevent Prejudice to Defendants came before the Court, and after consideration the papers on file, the Court concludes as follows:

//

//

//

1

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL TO PREVENT PREJUDICE TO DEFENDANTS**

(1)     Defendants' *Ex Parte* Application is Granted (Dkt. No. 103); and

(2)     The current trial date of June 16, 2026 is continued to July 14, 2026, at 9:00 a.m.; final pretrial conference is continued to June 29, 2026, at 11:00 a.m.

Dated:  May 28, 2026

HON. JESUS G. BERNAL

United States District Judge

2

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL TO PREVENT PREJUDICE TO DEFENDANTS**