LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333 | Fax: 818-347-4118

GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311; Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

*Attorneys for Plaintiff* Henry Barnhill

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF HEMET; OFFICER BRETT MAYNARD; OFFICER JOSHUA BISHOP; OFFICER PEDRO AGUILA; CORPORAL DOUGLAS KLINZING; JAMIE GONZALEZ; CATHERINE TIPTON; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br>5:23-cv-00589-JGB-SP<br><br>**ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM   ■ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   ☐ Ad Prosequendum   ■ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   Henry Michael Barnhill (CDCR # BW0358)

         Alias:

on   July 14-28, 2026_____   at   9:00 a.m. before Judge/Magistrate Judge Honorable Jesus G. Bernal
         *(Date of Appearance)*             (Time)

Dated: _____          _____

                                                                         **U.S. District Judge/U.S. Magistrate Judge**