**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

Attorneys for Plaintiff, *Henry Barnhill*

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, *City of Hemet, Officer Brett Maynard, Officer Joshua Bishop, Officer Pedro Aguila, Corporal Douglas Klinzing, Jamie Gonzalez and Catherine Tipton*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BARNHILL,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF HEMET; BRETT MAYNARD; JOSHUA BISHOP; and PEDRO AGIULA,<br><br>        Defendants. | Case No. 5:23-cv-00589-JGB (SPx)<br><br>[*Honorable Jesus G. Bernal*]<br>[*Magistrate Judge Sheri Pym*]<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** Plaintiff HENRY BARNHILL and Defendants CITY OF HEMET; BRETT MAYNARD; JOSHUA BISHOP; and PEDRO AGUILA ("the Parties"), by and through their respective counsel of record, hereby notify the Court as follows:

1.      The Parties have reached a conditional settlement in this matter for an agreed upon amount that requires Board approval. The City Board is scheduled to hear this matter on July 22, 2026, which the parties anticipate will be approved and approval will be recommended by Defense Counsel. It is further anticipated that the settlement funds will be delivered within 30 days of Board approval.

2.      As part of the agreement of the parties, there will be no interlocutory appeal.  Further, within five (5) days of approval, Plaintiff will first dismiss the individual Defendant officers as the settlement will be between the City and Plaintiff alone by agreement of the parties.

3.      Within ten (10) days of receipt of the settlement funds, the Parties will file a Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing Defendant City and the entire action.

4.      Thus, the parties anticipate filing their joint stipulation to dismiss this action with prejudice within seventy-five (75) days.

5.      In light of this settlement, the parties respectfully request that the Court vacate all dates and deadlines currently on the calendar including the Final Pretrial Conference currently set for June 29, 2026 at 11:00 a.m., and Jury Trial currently set for July 14, 2026 at 9:00 a.m.

/ / /

/ / /

NOTICE OF CONDITIONAL SETTLEMENT

Respectfully Submitted,

DATED:  June 16, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER & HANKS**

By:  _/s/     Trenton C. Packer_____
Dale K. Galipo
Trent C. Packer
Marcel F. Sincich
Attorneys for Plaintiff

DATED:  June 16, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:  _/s/     Andrea K. Kornblau_____
Eugene P. Ramirez
Andrea K. Kornblau
*Attorneys for Defendants*

NOTICE OF CONDITIONAL SETTLEMENT