**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel: (951) 682-9311

Attorneys for Plaintiff, *Henry Barnhill*

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
*andrea.kornblau@manningkass.com*
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, *City of Hemet, Officer Brett Maynard, Officer Joshua Bishop, Officer Pedro Aguila, Corporal Douglas Klinzing, Jamie Gonzalez and Catherine Tipton*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HENRY BARNHILL,

Plaintiff,

v.

CITY OF HEMET; BRETT MAYNARD; JOSHUA BISHOP; and PEDRO AGIULA,

Defendants.

Case No. 5:23-cv-00589-JGB (SPx)

*[Honorable Jesus G. Bernal]*
*[Magistrate Judge Sheri Pym]*

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

[Fed. R. Civ. P. 41(a)(1)(A)(ii)]

**<u>TO THIS HONORABLE COURT</u>:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

DATED: Sept. 23, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER & HANKS**

By: *<u>/s/ Marcel F. Sincich</u>*
Dale K. Galipo
Trent C. Packer
Marcel F. Sincich
Attorneys for Plaintiff

DATED: Sept. 23, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: *<u>/s/ Andrea Kornblau</u>*
Eugene P. Ramirez
Andrea K. Kornblau
*Attorneys for Defendants*